3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 6 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CANDELARIO DE LEON § § § § § § | COMPLAINT FOR DAMAGES FOR VIOLATIONS OF CIVIL RIGHTS UNDER COLOR OF STATE LAW (42 U.S.C. §§ 1983, 1985, 1988) |
| VS. § § § | CIVIL ACTION NO. CV-B-00-192 |
| CITY OF BROWNSVILLE, TEXAS; BENIGNO REYNA, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE FOR THE CITY OF BROWNSVILLE; CITY OF BROWNSVILLE POLICE OFFICER ANDRE S. TORRES, JR., INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; CITY OF BROWNSVILLE POLICE OFFICER HENRY JUAREZ, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; AND CITY OF BROWNSVILLE POLICE OFFICER ALEX ORTIZ, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY § § § § § § § § § § § § § § § § | |

## MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES plaintiff in the above styled and numbered cause of action, and files his Motion for Leave to File First Amended Complaint, a copy of which is attached hereto, and in support thereof would show the Court the following:

1. Plaintiff's Original Complaint was filed on December 21, 2000, erroneously including HENRY JUAREZ as a defendant. Plaintiff wishes to amend his Original Complaint to correctly reflect the appropriate parties and dismiss all causes of action as to defendant HENRY JUAREZ only.

2.  Plaintiff is also seeking leave to amend the style of this cause of action to correctly reflect the parties against whom claims are being made.

3.  To date, no other parties are before this Court. Therefore, plaintiff has not conferred with any other defendants or their counsel.

WHEREFORE, plaintiff prays for leave to file his First Amended Complaint, as indicated above, and for such other and further relief to which he may show himself entitled.

Respectfully submitted,

BRANTON & HALL, P.C.
One Riverwalk Place
Suite 1700
700 North St. Mary's Street
San Antonio, Texas 78205
(210) 224-4474
(210) 224-1928 (Fax)

By: _____
CAROL P. LOMAX
State Bar No. 12509100
Fed. I.D. # 13464
ATTORNEYS FOR PLAINTIFF

PLAINTIFF'S MOTION FOR LEAVE – PAGE 2