5

United States District Court
Southern District of Texas
FILED

JAN 1 6 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CANDELARIO DE LEON § § § § § § § § VS. § § § § CITY OF BROWNSVILLE, TEXAS; § BENIGNO REYNA, INDIVIDUALLY AND § IN HIS OFFICIAL CAPACITY AS § CHIEF OF POLICE FOR THE CITY OF § BROWNSVILLE; CITY OF BROWNSVILLE § POLICE OFFICER ANDRE S. TORRES, JR., § INDIVIDUALLY AND IN HIS OFFICIAL § CAPACITY; CITY OF BROWNSVILLE § POLICE OFFICER HENRY JUAREZ, § INDIVIDUALLY AND IN HIS OFFICIAL § CAPACITY; AND CITY OF § BROWNSVILLE POLICE OFFICER § ALEX ORTIZ, INDIVIDUALLY AND IN § HIS OFFICIAL CAPACITY § | COMPLAINT FOR DAMAGES FOR VIOLATIONS OF CIVIL RIGHTS UNDER COLOR OF STATE LAW (42 U.S.C. §§ 1983, 1985, 1988) CIVIL ACTION NO. CV-B-00-192 |

## MOTION TO DISMISS

Now comes Plaintiff, CANDELARIO DE LEON, and requests leave to dismiss all causes of action against Defendant, HENRY JUAREZ in the above entitled and numbered cause, and would respectfully show unto the Court that Plaintiff, CANDELARIO DE LEON, does not desire to pursue any claims against HENRY JUAREZ only, and this cause should be dismissed without prejudice to refile same.

PLAINTIFF'S MOTION TO DISMISS – PAGE 1

Respectfully submitted,

BRANTON & HALL, P.C.
One Riverwalk Place
Suite 1700
700 North St. Mary's Street
San Antonio, Texas 78205
(210) 224-4474
(210) 224-1928 (Fax)

By: _____
CAROL P. LOMAX
State Bar No. 12509100
Fed. I.D. # 13464
ATTORNEYS FOR PLAINTIFF

PLAINTIFF'S MOTION TO DISMISS – PAGE 2