# OFFICERS RETURN OF SERVICE



B-00-192
**ORIGINAL** 6

CASE # B00192  COURT
Clt. Ref.#           Clt.# 313

CANDELARIO DE LEON

United States District Court
Southern District of Texas
FILED

**JAN 2 2 2001**

Michael N. Milby
Clerk of Court

VS

CITY OF BROWNSVILLE, TEXAS; BENIGNO REYNA, INDIVIDUALLY AND IN
HIS OFFICIAL CAPACITY AS CHIEF OF POLICE FOR THE CITY OF

The documents came to our hand for service on 01/08/01   Time: 09:00:00

Documents received for service:

**FEDERAL SUMMONS**


The documents were delivered on 01/08/01  Time: 16:30:00

Executed at: City Hall, 12th Market Square
             Brownsville, TX 78522

to the following: **City Of Brownsville, Texas By Serving Sarah M. Reed,
                   City Secretary**

✓   PERSONALLY delivering the document to the person above.
___ SUBSTITUTE SERVICE per Order by delivering to _____ in person
    who is sixteen (16) years of age or older, at the above listed address which is the
    usual place of abode/business of the above named person.
___ POSTING per Order by securely affixing to the main entry way at the above address.

_____
Eddie M Gonzalez


## AFFIDAVIT

I, am over the age of eighteen, not a party to nor interested in the outcome of the above
suit, I have studied and am familiar with the TEXAS RULES OF CIVIL PROCEDURE, VERNON'S
TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE, and all other applicable rules and
other applicable rules and statutes relating to service of citation and/or notices.

Service Fee: __55__                     Eddie M Gonzalez
                                        Professional Civil Process Brownsville
Witness Fee Tendered: _____            700 Paredes Ave. Suite 208
                                        Brownsville, Texas 78520
STATE OF TEXAS}
                        VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized
person known to me to be the person whose name is subscribed to the foregoing document
and, being by me first duly sworn declared that the statements therein contained are
true and correct. Given my hand and seal of office this ___ day of _____ 2001.

ABEL BETANCOURT JR
Notary Public
State of Texas
Comm. Exp. 03-10-2001

NOTARY PUBLIC SIGNATURE

AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

Southern DISTRICT OF Texas

Candelario De Leon

V.

City of Brownsville, Texas; Benigno Reyna, Individually and in his Official Capacity as Chief of Police for the City of Brownsville; City of Brownsville Police Officer Andre S. Torres, Jr., Individually and in his Official Capacity; City of Brownsville Police Officer Henry Juarez, Individually and in his Official Capacity; And City of Brownsville Police Officer Alex Ortiz, Individually and in his Official Capacity

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: B-00-192

TO: (Name and Address of Defendant)

City of Brownsville, Texas
Sarah M. Reed, City Secretary
City of Brownsville, City Hall, 12th Market Square
Brownsville, Texas 78522

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Carol P. Lomax
Branton & Hall, P.C.
737 Travis Park Plaza
711 Navarro Street
San Antonio, Texas 78205

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N. Milby, Clerk
CLERK

BY DEPUTY CLERK

12-21-00
DATE