## OFFICERS RETURN OF SERVICE

CASE # B00192

CANDELARIO DE LEON

VS

CITY OF BROWNSVILLE, TEXAS; BENIGNO REYNA, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE FOR THE CITY OF

COURT
Clt. Ref.#

**ORIGINAL** 8

Clt.# 313
B-00-192

United States District Court
Southern District of Texas
FILED

JAN 2 2 2001

Michael N. Milby
Clerk of Court

The documents came to our hand for service on **01/08/01**  Time: **09:00:00**

Documents received for service:

**FEDERAL SUMMONS**

The documents were delivered on **01/08/01**  Time: **17:10:00**

Executed at: 600 East Jackson
             Brownsville, TX 78520

to the following: **Ortiz, Alex, City Of Brownsville Police Officer**

_✓_  PERSONALLY delivering the document to the person above.
___  SUBSTITUTE SERVICE per Order by delivering to _____ in person who is sixteen (16) years of age or older, at the above listed address which is the usual place of abode/business of the above named person.
___  POSTING per Order by securely affixing to the main entry way at the above address.

Eddie M Gonzalez

### AFFIDAVIT

I, am over the age of eighteen, not a party to nor interested in the outcome of the above suit, I have studied and am familiar with the TEXAS RULES OF CIVIL PROCEDURE, VERNON'S TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE and all other applicable rules and other applicable rules and statutes relating to service of citation and/or notices.

Service Fee: **55**

Witness Fee Tendered: _____

Eddie M Gonzalez
Professional Civil Process Brownsville
700 Paredes Ave. Suite 208
Brownsville, Texas 78520

STATE OF TEXAS}

### VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized person known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn declared that the statements therein contained are true and correct. Given my hand and seal of office this ___ day of _____ 2001.

ABEL BETANCOURT JR
Notary Public
State of Texas
Comm. Exp. 03-10-2001

NOTARY PUBLIC SIGNATURE

AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

Southern **DISTRICT OF** Texas

Candelario De Leon

V.

City of Brownsville, Texas; Benigno Reyna, Individually and in his Official Capacity as Chief of Police for the City of Brownsville; City of Brownsville Police Officer Andre S. Torres, Jr., Individually and in his Official Capacity; City of Brownsville Police Officer Henry Juarez, Individually and in his Official Capacity; And City of Brownsville Police Officer Alex Ortiz, Individually and in his Official Capacity

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: B-00-192

TO: (Name and Address of Defendant)
City of Brownsville Police Officer Alex Ortiz
Brownsville Police Department
600 East Jackson
Brownsville, Texas 78522

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)
Carol P. Lomax
Branton & Hall, P.C.
737 Travis Park Plaza
711 Navarro Street
San Antonio, Texas 78205

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N. Milby, Clerk                    12-21-00
CLERK                                       DATE

BY DEPUTY CLERK