14

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 3 1 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CANDELARIO DE LEON | § § § | |
| VS. | § § | CIVIL ACTION NO. B-00-192 |
| CITY OF BROWNSVILLE, TEXAS; BENIGNO REYNA, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE FOR THE CITY OF BROWNSVILLE; CITY OF BROWNSVILLE POLICE OFFICER ANDRE S. TORRES, JR. INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; CITY OF BROWNSVILLE POLICE OFFICER HENRY JUAREZ, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; AND CITY OF BROWNSVILLE POLICE OFFICER ALEX ORTIZ, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY | § § § § § § § § § § § § § § § § § | (JURY REQUESTED) |

**DEFENDANTS CITY OF BROWNSVILLE, BENIGNO REYNA, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE, ANDRE S. TORRES, JR AND ALEX ORTIZ' CERTIFIED DISCLOSURES OF INTERESTED PARTIES**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to the Court's Order, Defendants City of Brownsville, Benigno Reyna, individually and in his official capacity as Chief of Police, Andre S. Torres, Jr and Alex Ortiz' counsel certifies that the only persons, associations, etc., that are known to Defendants to be financially interested in the outcome of this litigation are:

1. Plaintiff Candelario De Leon

2. Defendant City of Brownsville, Texas

3. Benigno Reyna, Individually and in his Official Capacity as Chief of Police for the City of Brownsville

4.  City of Brownsville Police Officer Andre S. Torres, Jr., Individually and in his Official Capacity

5.  City of Brownsville Police Officer Alex Ortiz, Individually and in his Official Capacity

6.  Texas Municipal League

7.  Texas Municipal League Intergovernmental Risk Pool

Signed on January 31, 2001.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
Ryan Henry
State Bar No. 24007347
USDC Adm. No. 22968

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing, **DEFENDANTS CITY OF BROWNSVILLE, BENIGNO REYNA, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE, ANDRE S. TORRES, JR AND ALEX ORTIZ' CERTIFIED DISCLOSURES OF INTERESTED PARTIES**, has on, January 31, 2001 been served via certified mail, return receipt requested to:

Ms. Carol P. Lomax
BRANTON & HALL, P.C.
737 Travis Park Plaza Building
711 Navarro Street
San Antonio, Texas 78205

_____
Ryan Henry