IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 1 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CANDELARIO DE LEON | § § § § § | COMPLAINT FOR DAMAGES FOR VIOLATIONS OF CIVIL RIGHTS UNDER COLOR OF STATE LAW (42 U.S.C. §§ 1983, 1985, 1988) |
| VS. | § § § | CIVIL ACTION NO. CV-B-00-192 |
| CITY OF BROWNSVILLE, TEXAS; BENIGNO REYNA, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE FOR THE CITY OF BROWNSVILLE; CITY OF BROWNSVILLE POLICE OFFICER ANDRE S. TORRES, JR., INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; CITY OF BROWNSVILLE POLICE OFFICER HENRY JUAREZ, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; AND CITY OF BROWNSVILLE POLICE OFFICER ALEX ORTIZ, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY | § § § § § § § § § § § § § § § | |

## MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES plaintiff in the above styled and numbered cause of action, and files his Motion for Leave to File Second Amended Complaint, a copy of which is attached hereto as Exhibit "A", and in support thereof would show the Court the following:

1. Plaintiff's First Amended Complaint was filed on January 16, 2001, prior to the expiration of the notice provisions afforded defendant healthcare providers as required by TEX.REV.CIV.STAT.ANN. art 4590i, §4.01 (Vernon Supp. 1995), commonly known as the Texas Medical Liability and Insurance Improvement Act. Defendants HCA - THE HEALTHCARE

PLAINTIFF'S MOTION FOR LEAVE – PAGE 1

COMPANY, FORMERLY D/B/A COLUMBIA/HCA HEALTHCARE CORPORATION; COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P., INDIVIDUALLY AND D/B/A VALLEY REGIONAL MEDICAL CENTER AND FORMERLY D/B/A COLUMBIA VALLEY REGIONAL MEDICAL CENTER; JOAO DOVALE, M.D.; and STAT PHYSICIANS, P.A. have now been served with notice by certified mail, return receipt requested, as required by said Medical Liability and Insurance Improvement Act. Plaintiff wishes to amend his First Amended Complaint to add these entities and individuals as party defendants. The Second Amended Original Complaint is attached hereto as Exhibit "A".

    2.    To date, no other parties are before this Court. Therefore, plaintiff has not conferred with counsel.

    WHEREFORE, plaintiff prays for leave to file his Second Amended Complaint, as indicated above, and for such other and further relief to which he may show himself entitled.

Respectfully submitted,

BRANTON & HALL, P.C.
One Riverwalk Place
Suite 1700
700 North St. Mary's Street
San Antonio, Texas 78205
(210) 224-4474
(210) 224-1928 (Fax)

By: _____
CAROL P. LOMAX
State Bar No. 12509100
Federal I.D. No. 13464

ATTORNEYS FOR PLAINTIFF

PLAINTIFF'S MOTION FOR LEAVE – PAGE 2