*17*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
FEB 0 5 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Candelario De Leon, | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. B-00-192 |
| | § § | |
| City of Brownsville, Texas, et al, | § § | |
| Defendants. | § | |

**ORDER**

BE IT REMEMBERED, that on February 2, 2001 the Court **STRUCK** the Plaintiff's Motion for Leave to File Second Amended Complaint [Dkt. No. 15] because it does not include a certificate of conference. If the Plaintiff wishes the Court to consider his motion, he must file an amended motion that complies with this Court's Local and Chamber Rules.

DONE at Brownsville, Texas, this 2 day of February 2001.

Hilda G. Tagle
United States District Judge