IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FEB 2 2001

| | |
|---|---|
| CANDELARIO De LEON § § § § § § VS. § § § CITY OF BROWNSVILLE, TEXAS; § BENIGNO REYNA, INDIVIDUALLY AND § IN HIS OFFICIAL CAPACITY AS § CHIEF OF POLICE FOR THE CITY OF § BROWNSVILLE; CITY OF BROWNSVILLE § POLICE OFFICER ANDRE S. TORRES, JR., § INDIVIDUALLY AND IN HIS OFFICIAL § CAPACITY; CITY OF BROWNSVILLE § POLICE OFFICER HENRY JUAREZ, § INDIVIDUALLY AND IN HIS OFFICIAL § CAPACITY; AND CITY OF § BROWNSVILLE POLICE OFFICER § ALEX ORTIZ, INDIVIDUALLY AND IN § HIS OFFICIAL CAPACITY § | COMPLAINT FOR DAMAGES FOR VIOLATIONS OF CIVIL RIGHTS UNDER COLOR OF STATE LAW (42 U.S.C §§ 1983, 1985, 1986 and 1988) CIVIL ACTION NO.CV- B-00-192 |

## ADVISORY TO THE COURT
## ENTITIES FINANCIALLY INTERESTED IN THIS LITIGATION

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES now the Plaintiff in the above-styled and numbered cause and pursuant to the Court's Order Setting Conference files the following Entities Financially Interested in this Litigation.

Those entities are as follows:

1. CANDELARIO De LEON
2. CITY OF BROWNSVILLE, TEXAS
3. BENIGNO REYNA
4. ANDRE S. TORRES, JR.
5. ALEX ORTIZ

6.    HCA - THE HEALTHCARE COMPANY, FORMERLY D/B/A COLUMBIA/HCA HEALTHCARE CORPORATION
7.    COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P., INDIVIDUALLY AND D/B/A VALLEY REGIONAL MEDICAL CENTER AND FORMERLY COLUMBIA VALLEY REGIONAL MEDICAL CENTER
8.    JOAO DOVALE, M.D.
9.    STAT PHYSICIANS, P.A.

Respectfully submitted,

BRANTON & HALL, P.C.
One Riverwalk Place, Suite 1700
700 North St. Mary's Street
San Antonio, Texas 78205
(210) 224-4474
(210) 224-1928 (Fax)

By: _____
CAROL P. LOMAX
State Bar No. 12509100
Federal I.D. No. 13464

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been forwarded by certified mail return receipt requested, on this 21st day of February, 2001, to:

Ryan Henry
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
Brownsville, Texas 78521

ATTORNEYS FOR DEFENDANTS,
CITY OF BROWNSVILLE, CITY OF
BROWNSVILLE POLICE OFFICERS

_____
CAROL P. LOMAX

Advisory to the Court -- Page 2