IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Candelario De Leon, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-192 |
| | § | |
| City of Brownsville, Texas, et al, | § | |
| | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED, that on March 1, 2001 the Court **GRANTED** the Plaintiff's Amended Motion for Leave to File Second Amended Complaint [Dkt. No. 20]. The Plaintiff's Motion for Leave to File Third Amended Complaint [Dkt. No. 18] and Motion to Reconsider [Dkt. No. 19] are therefore **MOOT**.

DONE at Brownsville, Texas, this 2 day of March 2001.

Hilda G. Tagle
United States District Judge