24

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 1 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CANDELARIO De LEON § § § § § § VS. § § § § CITY OF BROWNSVILLE, TEXAS; § BENIGNO REYNA, INDIVIDUALLY AND § IN HIS OFFICIAL CAPACITY AS § CHIEF OF POLICE FOR THE CITY OF § BROWNSVILLE; CITY OF BROWNSVILLE § POLICE OFFICER ANDRE S. TORRES, JR., § INDIVIDUALLY AND IN HIS OFFICIAL § CAPACITY; CITY OF BROWNSVILLE § POLICE OFFICER HENRY JUAREZ, § INDIVIDUALLY AND IN HIS OFFICIAL § CAPACITY; AND CITY OF § BROWNSVILLE POLICE OFFICER § ALEX ORTIZ, INDIVIDUALLY AND IN § HIS OFFICIAL CAPACITY § | COMPLAINT FOR DAMAGES FOR VIOLATIONS OF CIVIL RIGHTS UNDER COLOR OF STATE LAW (42 U.S.C §§ 1983, 1985, 1986 and 1988)<br><br>CIVIL ACTION NO.CV- B-00-192 |

## PLAINTIFF CANDELARIO DE LEON'S SUPPLEMENTAL DISCLOSURES OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES now the Plaintiff, CANDELARIO DE LEON, in the above-styled and numbered cause and pursuant to the Court's Order Setting Conference files the following Supplemental Disclosures of Financially Interested Parties in this Litigation. Those entities are as follows:

1. TEXAS MUNICIPAL LEAGUE
2. TEXAS MUNICIPAL LEAGUE INTERGOVERNMENTAL RISK POOL

Respectfully submitted,

BRANTON & HALL, P.C.
One Riverwalk Place, Suite 1700
700 North St. Mary's Street
San Antonio, Texas 78205
(210) 224-4474
(210) 224-1928 (Fax)

By: _____
CAROL P. LOMAX
State Bar No. 12509100
Federal I.D. No. 13464

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been forwarded by certified mail return receipt requested, on this ___19th___ day of ___March___, 2001, to:

Ryan Henry
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
Brownsville, Texas 78521

ATTORNEYS FOR DEFENDANTS,
CITY OF BROWNSVILLE, CITY OF
BROWNSVILLE POLICE OFFICERS

_____
CAROL P. LOMAX

G:\WPFILES\FILES.CLT\D\DEL9827\SUP.DIS

PLAINTIFF CANDELARIO DE LEON'S SUPPLEMENTAL DISCLOSURES OF INTERESTED PARTIES PAGE 2