IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED

MAR 29 2001

Michael N. Milby, Clerk of Court

| | |
|---|---|
| CANDELARIO De LEON § § § § § § VS. § § § § CITY OF BROWNSVILLE, TEXAS; § BENIGNO REYNA, INDIVIDUALLY AND § IN HIS OFFICIAL CAPACITY AS § CHIEF OF POLICE FOR THE CITY OF § BROWNSVILLE; CITY OF BROWNSVILLE § POLICE OFFICER ANDRE S. TORRES, JR., § INDIVIDUALLY AND IN HIS OFFICIAL § CAPACITY; CITY OF BROWNSVILLE § POLICE OFFICER HENRY JUAREZ, § INDIVIDUALLY AND IN HIS OFFICIAL § CAPACITY; AND CITY OF § BROWNSVILLE POLICE OFFICER § ALEX ORTIZ, INDIVIDUALLY AND IN § HIS OFFICIAL CAPACITY § | COMPLAINT FOR DAMAGES FOR VIOLATIONS OF CIVIL RIGHTS UNDER COLOR OF STATE LAW (42 U.S.C §§ 1983, 1985, 1986 and 1988) CIVIL ACTION NO.CV- B-00-192 |

## MOTION TO DISMISS

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Comes now the Plaintiff in the above-styled and numbered cause and files this Motion to Dismiss all causes of action against the following individuals only at this time. CANDELARIO DE LEON does not desire to pursue claims against these individuals only and this cause should be dismissed without prejudice to refile same.

1. Alex Ortiz

2. Benigno Reyna

3. Andre S. Torres, Jr.

WHEREFORE, Plaintiff respectfully requests that the court GRANT this Motion to Dismiss Alex Ortiz, Benigno Reyna and Andre S. Torres, Jr. only without prejudice to refile same and for such other and further relief as the court deems proper.

Respectfully submitted,

BRANTON & HALL, P.C.
One Riverwalk Place, Suite 1700
700 North St. Mary's Street
San Antonio, Texas 78205
(210) 224-4474
(210) 224-1928 (Fax)

By: _____
CAROL P. LOMAX
State Bar No. 12509100
Federal I.D. No. 13464

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff has conferred with Ryan Henry, counsel for all Defendants who have answered in this case and Mr. Henry does not oppose this motion. Counsel for the other named Defendants have not yet filed an answer.

_____
CAROL P. LOMAX

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing has been forwarded by certified mail return receipt requested, on this ___26___ day of ___March___, 2001, to:

Ryan Henry
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
Brownsville, Texas 78521

ATTORNEYS FOR DEFENDANTS,
CITY OF BROWNSVILLE, CITY OF
BROWNSVILLE POLICE OFFICERS

_____
CAROL P. LOMAX