26

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 0 9 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Candelario De Leon, | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. B-00-192 |
| City of Brownsville, Texas, et al, | § § § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED, that on April 6, 2001 the Court **GRANTED** the Plaintiff's Unopposed Motion to Dismiss [Dkt. No. 25] Defendants Alex Ortiz, Benigno Reyna, and Andre S. Torres, Jr. without prejudice. The Defendants who have appeared in this lawsuit do not oppose the Plaintiff's motion and the Plaintiff may dismiss Defendants who have not made an appearance without leave of Court pursuant to Federal Rule of Civil Procedure 41(a)(1)(I). The Defendants' Motion to Compel Rule 7(a) Reply is **MOOT** and the Defendants' 12(b)(6) Partial Motion to Dismiss [Dkt. No. 11] is **MOOT IN PART** because Defendants Alex Ortiz, Benigno Reyna, and Andre S. Torres, Jr. are no longer party to this lawsuit.

DONE at Brownsville, Texas, this 6th day of April 2001.

Hilda G. Tagle
United States District Judge