AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern  District of  Texas

Candelario De Leon

V.

City of Brownsville, Texas; Benigno Reyna, Individually and in his Official Capacity as Chief of Police for the City of Brownsville; et al.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV-B-00-192

United States District Court
Southern District of Texas
FILED

APR 0 6 2001

Michael N. Milby
Clerk of Court

TO: (Name and address of Defendant)

STAT Physicians, P.A.
National Registered Agents, Inc.
905 Congress Avenue
Austin, Texas 78701

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Carol P. Lomax
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 North St. Mary's Street
San Antonio, Texas 78205

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk

03-9-01

CLERK

(By) DEPUTY CLERK

DATE

## OFFICERS RETURN OF SERVICE

**CASE # CVB00192**

CANDERLARIO DELEON

VS

CITY OF BROWNSVILLE, TEXAS, ET AL.

**COURT**
Clt. Ref.#                                   Clt.#   1002

The documents came to our hand for service on 03/19/01   Time: 11:49:23

Documents received for service:

**SUMMONS; PLAINTIFF'S SECOND AMENDED COMPLAINT**

The documents were delivered on **03/20/01   Time: 14:00:00**

Executed at: 905 Congress Avenue
             Austin, TX 78701

to the following: **STAT Physician, P.A.**
                  **National Registered Agents, Inc.**
                  **By Delevering To Linn Conrad**

✓ ____ PERSONALLY delivering the document to the person above.
____ SUBSTITUTE SERVICE per Order by delivering to _____ in person who is sixteen (16) years of age or older, at the above listed address which is the usual place of abode/business of the above named person.
____ POSTING per Order by securely affixing to the main entry way at the above address.

Steve W Broussard

### AFFIDAVIT

I, am over the age of eighteen, not a party to nor interested in the outcome of the above suit, I have never been convicted of a felony or misdemeanor involving moral turpitude in any state of federal jurisdicion and I have studied and am familiar with the Texas RULES OF CIVIL PROCEDURE, VERNON'S TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE and all other applicable rules and statutes relating to service of citation and/or notices.

Service Fee: 60.00

Witness Fee Tendered: _____

STATE OF TEXAS}

Steve W Broussard
Professional Civil Process Austin
P.O. Box 342467
Austin, Texas 78734-0042
(512) 477-3500

### VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized person known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn declared that the statements therein contained are true and correct. Given my hand and seal of office this 25 day of March 2001.

NOTARY PUBLIC SIGNATURE

PCP Inv.# A030_____

D. KEENEY
Notary Public
STATE OF TEXAS
My Comm. Exp. 10-15-2003