# OFFICERS RETURN OF SERVICE

30

COUNTY: USDC

CANDERLARIO DELEON

CASE # CVB00192

COURT
Clt. Ref.#

Clt.# 1002

CAB-00-192

VS

United States District Court
Southern District of Texas
FILED

CITY OF BROWNSVILLE, TEXAS; BENIGNO REYNA, INDIVIDUALLY AND IN
HIS OFFICIAL CAPATIY AS CHIEF OF POLICE FOR THE CITY OF BROWNS-
VILLE; ET AL;

APR 1 2 2001

Michael N. Milby
Clerk of Court

The documents came to our hand for service on 03/29/01  Time: 13:20:07

Documents received for service:

**SUMMONS; SECOND AMENDED COMPLAINT**

The documents were delivered on **03/30/01  Time: 15:30:00**

Executed at: 1019 Brazos, 2nd Floor
             Austin, TX 78701

to the following: **HCA-The Healthcare Company, Formerly Dba Columbia/HCA
                   Healthcare Coporation By Delivering To The Texas Secretay Of
                   State, By Delivering To Helen Lupercio, Designated Agent**

_____  PERSONALLY delivering the document to the person above.
_____  SUBSTITUTE SERVICE per Order by delivering to _____in person
       who is sixteen (16) years of age or older, at the above listed address which is the
       usual place of abode/business of the above named person.
_____  POSTING per Order by securely affixing to the main entry way at the above address.

Jackie McConnell

**AFFIDAVIT**

I, am over the age of eighteen, not a party to nor interested in the outcome of the above
suit, I have never been convicted of a felony or misdemeanor involving moral turpitude
in any state of federal jurisdicion and I have studied and am familiar with the Texas RULES
OF CIVIL PROCEDURE, VERNON'S TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE and all
other applicable rules and statutes relating to service of citation and/or notices.

Service Fee: 60 00

Witness Fee Tendered: _____

STATE OF TEXAS}

Jackie McConnell
Professional Civil Process Austin
P.O. Box 342467
Austin, Texas 78734-0042
(512) 477-3500

VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized
person known to me to be the person whose name is subscribed to the foregoing document
and, being by me first duly sworn declared that the statements therein contained are
true and correct.  Given my hand and seal of office this 3 day of Apr 2001.

PCP Inv.# A03012913

D. KEENEY
Notary Public
STATE OF TEXAS
My Comm. Exp. 10-15-2003

NOTARY PUBLIC SIGNATURE

AO 440 (Rev. 10/93) Summons in a Civil Action

# **ORIGINAL**

## UNITED STATES DISTRICT COURT

| Southern | District of | Texas |
|---|---|---|

Candelario De Leon

### **SUMMONS IN A CIVIL CASE**

V.

City of Brownsville, Texas; Benigno Reyna
Individually and in his Official Capacity as
Chief of Police for the City of Brownsville;
Andre S. Torres, Jr. individually and in his
Official Capacity; Henry Juarez, Individually
and in his Official Capacity; and Alex Ortiz
Individually and in his Official Capacity

CASE NUMBER: B-00-192

TO: (Name and address of Defendant)

HCA-The Healthcare Company, formerly d/b/a Columbia/HCA Healthcare Corporation
Secretary of State - Capitol Building, Austin, Travis County, Texas
Prentice-Hall Corporation System, 2908 Poston Avenue
Nashville, Tennessee 37203

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Carol P. Lomax
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 North St. Mary's Street
San Antonio, Texas 78205

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk

3/21/01

CLERK

DATE

(By) DEPUTY CLERK