## OFFICERS RETURN OF SERVICE

COUNTY: USDC             CASE # CVB00192            COURT
                                                    Clt. Ref.#                    Clt.#   1002

CANDERLARIO DELEON

                                                    *CAB-00-192*

VS
                                                    United States District Court
                                                    Southern District of Texas
                                                    FILED

CITY OF BROWNSVILLE, TEXAS; BENIGNO REYNA, INDIVIDUALLY AND IN
HIS OFFICIAL CAPATIY AS CHIEF OF POLICE FOR THE CITY OF BROWNS-        APR 1 2 2001
VILLE; ET AL;
                                                    Michael N. Milby
                                                    Clerk of Court

The documents came to our hand for service on 03/29/01   Time: 13:20:07

Documents received for service:

**SUMMONS; SECOND AMENDED COMPLAINT**

The documents were delivered on **03/30/01**  **Time: 15:30:00**

Executed at: 1019 Brazos, 2nd Floor
              Austin, TX 78701

to the following: **HCA-The Healthcare Company, Formerly Dba Columbia/HCA
                   Healthcare Coporation By Delivering To The Texas Secretay Of
                   State, By Delivering To Helen Lupercio, Designated Agent**

✓   PERSONALLY delivering the document to the person above.
____ SUBSTITUTE SERVICE per Order by delivering to _____ in person
     who is sixteen (16) years of age or older, at the above listed address which is the
     usual place of abode/business of the above named person.
____ POSTING per Order by securely affixing to the main entry way at the above address.

                                        Jackie McConnell

                              **AFFIDAVIT**

I, am over the age of eighteen, not a party to nor interested in the outcome of the above
suit, I have never been convicted of a felony or misdemeanor involving moral turpitude
in any state of federal jurisdicion and I have studied and am familiar with the Texas RULES
OF CIVIL PROCEDURE, VERNON'S TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE and all
other applicable rules and statutes relating to service of citation and/or notices.

Service Fee: 60 ⁰⁰            Jackie McConnell
                              Professional Civil Process Austin
Witness Fee Tendered: _____  P.O. Box 342467
                              Austin, Texas 78734-0042
STATE OF TEXAS}               (512) 477-3500
              VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized
person known to me to be the person whose name is subscribed to the foregoing document
and, being by me first duly sworn declared that the statements therein contained are
true and correct.  Given my hand and seal of office this  3  day of April        2001.



PCP Inv.# A0301294̶3̶                   NOTARY PUBLIC SIGNATURE

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern         District of         Texas

Candelario De Leon

**SUMMONS IN A CIVIL CASE**

V.

City of Brownsville, Texas; Benigno Reyna Individually and in his Official Capacity as Chief of Police for the City of Brownsville; Andre S. Torres, Jr. individually and in his Official Capacity; Henry Juarez, Individually and in his Official Capacity; and Alex Ortiz Individually and in his Official Capacity

CASE NUMBER: B-00-192

TO: (Name and address of Defendant)

HCA-The Healthcare Company, formerly d/b/a Columbia/HCA Healthcare Corporation
Secretary of State - Capitol Building, Austin, Travis County, Texas
Prentice-Hall Corporation System, 2908 Poston Avenue
Nashville, Tennessee 37203

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Carol P. Lomax
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 North St. Mary's Street
San Antonio, Texas 78205

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk                    3/21/01

CLERK                                       DATE

(By) DEPUTY CLERK