IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 6 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CANDELARIO DE LEON | § § § |
| VS. | § § CIVIL ACTION NO. B-00-192 § |
| CITY OF BROWNSVILLE, TEXAS; BENIGNO REYNA, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE FOR THE CITY OF BROWNSVILLE; CITY OF BROWNSVILLE POLICE OFFICER ANDRE S. TORRES, JR. INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; CITY OF BROWNSVILLE POLICE OFFICER HENRY JUAREZ, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; AND CITY OF BROWNSVILLE POLICE OFFICER ALEX ORTIZ, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY | § § § § § § § § § § § § § § § (JURY REQUESTED) |

**PLAINTIFF'S AND DEFENDANTS'
JOINT DISCOVERY/CASE MANAGEMENT PLAN**

TO THE HONORABLE JUDGE OF THIS COURT:

NOW COME Defendants City of Brownsville and Plaintiff Candelario De Leon, in the above-referenced action and file this their Joint Discovery/Case Management Plan, as required by the Cost and Delay Reduction Plan in the Civil Justice Reform Act of 1990 adopted by the Court on October 24, 1991.

1. State where and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.

   **The initial meeting was held on April 12, 2001 between Carol Lomax, attorney for Plaintiff, Ryan Henry, attorney for City of Brownsville. Several other parties were brought into the suit but have not filed answers on this date. As a result, the parties could not contact the remaining defendants in order to consult. After all parties have**

been served and answer an amended joint plan may be necessary to allow all parties to express their opinions.

2. List the cases related to this one that are pending in any state or federal court, with the case number and court.

   **None.**

3. Briefly describe what this case is about.

   **Plaintiff is alleging he suffered serious spinal cord injuries as a result of an automobile accident. As a result he was transported to a local hospital where he alleges he was misdiagnosed. He was then released to the Brownsville Police. He alleges he was not given medical treatment by Brownsville and is now a quadriplegic. Plaintiff is bringing this suit against the Brownsville Defendant under 42 U.S.C. §§ 1983, 1985 and 1988 for alleged violations of his 4th, 5th, 8th, and 14th, Amendment rights under the United States Constitution. The Plaintiff has sued the remaining medical defendants for medical malpractice.**

4. Specify the allegation of federal jurisdiction.

   **Plaintiffs are bringing this suit under 42 U.S.C. §§1983, 1985 and 1988 for the alleged violation of his 4th, 5th, 8th, and 14th, Amendment rights under the United States Constitution. Jurisdiction is proper pursuant to 28 U.S.C. § 1330 as well as § 1343.**

5. Name the parties who disagree and the reasons.

   **At this time there are no disagreements other than liability and damages.**

6. List anticipated additional parties that should be included, when they can be added, and by who they are wanted.

   **None at this time as all have been added. However, several defendants have not filed answers yet and may not be able to appear before the initial pretrial conference.**

7. List anticipated interventions.

   **None at this time.**

8. Describe class-action issues.

   **None at this time.**

2

ClibPDF - www.fastio.com

9. State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

   **The Plaintiff and City of Brownsville have already exchanged their Rule 26 disclosures. Since the remaining defendants have not answered, they have not exchanged disclosures.**

10. Describe the proposed agreed discovery plan, including:

    A. Responses to all the matters raised in Rule 26(f).

        (a) Rule 26(f)(1)- See response to Number 9
        (b) Rule 26(f)(2)- Plaintiff and Defendants will conduct discovery based upon claims made and defenses asserted in this lawsuit. Plaintiff and Defendants anticipate discovery will be completed within 150 days.
        (c) Rule 26(f)(3)- No changes need at this time, subject to arrangements of the parties
        (d) Rule 26(f)(4)- None

    B. When and to whom the plaintiff anticipates it may send interrogatories.

    **Plaintiff anticipates sending out discovery including Interrogatories, Requests for Admissions, and Requests for Production by May 30, 2001.**

    C. When and to whom the defendants anticipate it may send interrogatories.

    **Brownsville Defendants anticipate sending out discovery including Interrogatories, Requests for Admissions, and Requests for Production by June 30, 2001.**

    D. Of whom and by when the plaintiff anticipated taking oral depositions.

    **Plaintiff anticipates needing the depositions of the doctors and hospital staff involved and officers and jailors involved and named experts.**

    **Plaintiff anticipates that he may need to take two or three additional depositions of witnesses who may surface as discovery progresses.**

    **Plaintiff will take these depositions at a time convenient to both Plaintiff's and Defendants' counsel.**

E.  Of whom and by when the defendants anticipate taking oral depositions.

**Brownsville Defendant anticipate the need to take the depositions of Plaintiff Candelario De Leon as well as the doctors and hospital staff involved.**

**Brownsville Defendant anticipate that it may need to take two or three additional depositions of witnesses who may surface as discovery progresses.**

**Since the remaining defendants have not answered their impute regarding discovery was not able to be considered.**

**Defendants will take these depositions at a time convenient to both Plaintiff's and Defendants' counsel.**

F.  When the plaintiff (or party the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B), and when the opposing party will be able to designate responsive experts and provide their reports.

**Plaintiff anticipates designating his experts and providing reports by July 2, 2001. Defendant City of Brownsville anticipates designating it responsive experts and providing reports by August 2, 2001.**

G.  List expert depositions the Plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. See Rule 26(a)(2)(b) (experts report).

**Plaintiff may depose all experts listed by Defendant and will likely do so within 30 days of their designation and Plaintiffs' receipt of Defendant's experts' reports.**

H.  List expert depositions the opposing party anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

**Defendants may depose all experts listed by Plaintiffs and will likely do so within 30 days of their designation and Defendant's receipt of Plaintiff's experts' reports.**

**This deposition will be scheduled for a mutually convenient time for the expert, the Defendants and the Plaintiff.**

11. If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

   **Counsel have no disagreements at this time.**

12. Specify the discovery beyond initial disclosures that has been undertaken to date.

   **None.**

13. State the date the planned discovery can reasonably be completed.

   **Within 150 days of the initial scheduling conference.**

14. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

   **The parties have discussed possible mediation following preliminary discovery.**

15. Describe what each party has done or agreed to do to bring about a prompt resolution.

   **The parties have discussed possible mediation following preliminary discovery.**

16. From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable, and state when such a technique may be effectively used in this case.

   **Possible mediation following preliminary discovery.**

17. Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.

   **The Parties do not agree to the use of a magistrate.**

18. State whether a jury demand has been made and if it was made on time.

   **Plaintiff has filed a jury demand.**

19. Specify the number of hours it will take to present the evidence in this case.

   **At this time, the parties anticipate ten (10) eight (8) hour days.**

20. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

    **Defendant City of Brownsville's 12(b)(6) Partial Motion to Dismiss.**

21. List other motions pending.

    **None.**

22. Indicate other matter peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

    **None.**

23. Certify that all parties have filed Disclosure of Interested Partes as directed in the Order for conference and Disclosure of Interested Parties, listing the date of filing for original and any amendments.

    **Brownsville Defendants filed their Disclosure of Interested Parties on January 31, 2001.**

    **Plaintiff filed his Disclosure of Interested Parties on March 21, 2001.**

24. List the names, bar numbers, addresses and telephone numbers of all counsel.

Defendant:

**Ryan Henry**
State Bar No. 240073447
Fed. ID. No. 22968
**Eileen Leeds**
State Bar No. 00791093
Fed. ID. No. 1679
**WILLETTE & GUERRA, L.L.P.**
International Plaza
3505 Boca Chica Blvd., Ste. 460
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

Plaintiff:

**Carol Lomax**
State Bar No. 12509100
Fed. Id. No.
**BRANTON & HALL, P.C.**
One Riverwalk Place
700 St. Mary's Street, Ste. 1700
Telephone: (210) 224-4474
Facsimile: (210) 224-1928

Signed on April 16, 2001

                              Respectfully submitted,

                              WILLETTE & GUERRA, L.L.P.
                              International Plaza, Ste. 460
                              3505 Boca Chica Blvd.
                              Brownsville, Texas 78521
                              Telephone: (956) 541-1846
                              Facsimile: (956) 541-1893
                              Attorney for Defendants

                              By: _____
                                  Ryan Henry
                                  State Bar No. 24007347
                                  Fed ID. No. 22968


                              Carol Lomax
                              BRANTON & HALL, P.C.
                              One Riverwalk Place
                              700 St. Mary's Street, Ste. 1700
                              Telephone: (210) 224-4474
                              Facsimile: (210) 224-1928


                              By:_____
                                  Carol Lomax
                                  State Bar No. 12509100
                                  Fed ID. No. _____

ClibPDF - www.fastio.com

Signed on April 13, 2001

                                              Respectfully submitted,

                                              WILLETTE & GUERRA, L.L.P.
                                              International Plaza, Ste. 460
                                              3505 Boca Chica Blvd.
                                              Brownsville, Texas 78521
                                              Telephone: (956) 541-1846
                                              Facsimile: (956) 541-1893
                                              Attorney for Defendants


                                          By:_____
                                                Ryan Henry
                                                State Bar No. 24007347
                                                Fed ID. No. 22968


                                              Carol Lomax
                                              BRANTON & HALL, P.C.
                                              One Riverwalk Place
                                              700 St. Mary's Street, Ste. 1700
                                              Telephone: (210) 224-4474
                                              Facsimile: (210) 224-1928

                                          By:_____
                                                Carol Lomax
                                               State Bar No. 12509100
                                                Fed ID. No. *13464*