

United States District Court
Southern District of Texas
FILED

APR 1 9 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON | § § § § § § | |
| | § § | COMPLAINT FOR DAMAGES FOR VIOLATIONS OF CIVIL RIGHTS UNDER COLOR OF STATE LAW |
| VS. | § § § | (42 U.S.C. §§ 1983, 1985, 1988) |
| | § | CIVIL ACTION NO. CV-B-00-192 |
| CITY OF BROWNSVILLE, TEXAS; BENIGNO REYNA, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE FOR THE CITY OF BROWNSVILLE; CITY OF BROWNSVILLE POLICE OFFICER ANDRE S. TORRES, JR., INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; AND CITY OF BROWNSVILLE POLICE OFFICER ALEX ORTIZ, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY | § § § § § § § § § § § § § | |

## PLAINTIFF'S DEMAND FOR JURY

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW comes Plaintiff CANDELARIO DE LEON, hereinafter referred to as plaintiff, and pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, requests a trial by jury.

PLAINTIFF'S DEMAND FOR TRIAL BY JURY – PAGE 1

Respectfully submitted,

BRANTON & HALL, P.C.
One Riverwalk Place
Suite 1700
700 North St. Mary's Street
San Antonio, Texas 78205
(210) 224-4474
(210) 224-1928 (Fax)

By: _____
CAROL P. LOMAX
State Bar No. 12509100

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been forwarded by certified mail, return receipt requested, on this 17th day of April, 2001, to:

Ryan Henry
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
Brownsville, Texas 78521

ATTORNEYS FOR DEFENDANTS,
CITY OF BROWNSVILLE, CITY OF
BROWNSVILLE POLICE OFFICERS

Tyler Scheuerman
UZICK & ONCKEN, P.C.
8200 IH 10 West, Suite 208
San Antonio, Texas 78230

ATTORNEYS FOR DEFENDANTS,
STAT PHYSICIANS, P.A. and
JOAO DOVALE, M.D.

_____
CAROL P. LOMAX