IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON | § § § § § | |
| VS. | § § § § | CIVIL ACTION NO. CV-B-00-192 |
| CITY OF BROWNSVILLE, TEXAS; BENIGNO REYNA, IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE FOR THE CITY OF BROWNSVILLE | § § § § § | |

United States District Court
Southern District of Texas
FILED

APR 3 0 2001

Michael N. Milby
Clerk of Court

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A RESPONSE TO DEFENDANTS'
12(b)(6) PARTIAL MOTION TO DISMISS**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES, Plaintiff CANDELARIO DE LEON in the above styled and numbered cause of action, and files this, his Motion for Leave to File a Response to Defendants' 12(b)(6) Partial Motion to Dismiss, and in support thereof would show the Court the following:

1. Plaintiff's Original Complaint was filed on December 21, 2000. Thereafter, Plaintiff filed a Motion for Leave to file his First Amended Complaint in which Plaintiff dismissed Defendant Henry Juarez. The Plaintiff then filed his Motion for Leave to file his Second Amended Complaint to add medical negligence defendants. This Motion was ultimately granted and to date one Defendant has filed an answer.

1

2.	On January 26, 2001, Defendants, CITY OF BROWNSVILLE, TEXAS and BENIGNO REYNA, IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE FOR THE CITY OF BROWNSVILLE, all in their official capacities, and pursuant to Federal Rule of Civil Procedure 12(b)(6), filed a Partial Motion to Dismiss. Benigno Reyna, Andre S. Torres Jr., and Alex Ortiz have all been dismissed in their individual capacities.

3.	Plaintiff is seeking leave to respond to Defendants' Partial Motion to Dismiss in order to present all material pertinent to such a motion.

4.	To date, no other Motion to Dismiss has been filed. Therefore, Plaintiff has not previously been given the opportunity to respond to such allegations.

WHEREFORE, Plaintiff prays for leave to file his Response to Defendants' 12(b)(6) Partial Motion to Dismiss, as indicated above, and for such other and further relief to which he may show himself entitled.

Respectfully Submitted,

BRANTON & HALL, P.C.
One Riverwalk Place
700 N. St. Mary's, Ste 1700
San Antonio, Texas 78205
(210) 224-4474
(210) 224-1928 (Fax)

By: _____
CAROL P. LOMAX
STATE BAR NO. 12509100
FEDERAL ID. 13464

ATTORNEY FOR PLAINTIFF

2

## CERTIFICATE OF CONFERENCE

The undersigned counsel contacted counsel for Defendants regarding this motion. Defendants' counsel was not opposed to the filing of this motion.

_____
CAROL P. LOMAX

## CERTIFICATION OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served on all counsel of record, via United States mail, postage prepaid, on this __26__ day of __April__, 2001.

Ryan Henry
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
Brownsville, Texas 78521

ATTORNEYS FOR DEFENDANTS,
CITY OF BROWNSVILLE, CITY OF
BROWNSVILLE POLICE OFFICERS

Tyler Scheuerman
UZICK & ONCKEN, P.C.
8200 IH 10 West, Suite 208
San Antonio, Texas 78230

ATTORNEYS FOR DEFENDANTS,
STAT PHYSICIANS, P.A. and
JOAO DOVALE, M.D.

_____
CAROL P. LOMAX

G:\WPFILES\FILES.CLT\D\DEL9827\RESP.MTD