35

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 02 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CANDELARIO DE LEON | § § | |
| VS. | § § § | |
| CITY OF BROWNSVILLE, TEXAS, BENIGNO REYNA, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE FOR THE CITY OF BROWNSVILLE, CITY OF BROWNSVILLE POLICE OFFICER ANDRE S. TORRES, JR., INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; AND CITY OF BROWNSVILLE POLICE OFFICER ALEX ORTIZ, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. CV-B-00-192 JURY DEMANDED |

## DEFENDANT HCA-THE HEALTHCARE COMPANY'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Comes Now Defendant, HCA-The Healthcare Company and pursuant to Federal Rule of Civil Procedure 12(b)(6) files this Motion to Dismiss Plaintiff's Claim for failure to State a Claim and in support thereof would respectfully show the Court as follows:

I.

### STATEMENT OF THE CASE

Plaintiff's Second Amended Complaint brings medical negligence claims against various Defendants for allegedly failing to provide medical attention to Plaintiff. Plaintiff has made all of his

DELEON/VRMC: MOTION
PAGE 1

factual allegations against "The defendant hospital" which Plaintiff and his counsel know to be Columbia Valley Healthcare System, L.P. d/b/a, Valley Regional Medical Center (VRMC). Plaintiff makes no allegations against HCA-The Healthcare Company (HCA). As such, Defendant HCA moves to dismiss.

II.

## ARGUMENT

A. Plaintiff's claims are against "The hospital defendant" which is VRMC. Furthermore, HCA and VRMC acknowledge that VRMC is the appropriate entity to defend the Plaintiff's allegations against the hospital. There are no allegations against HCA.

B. Plaintiff has failed to state a claim for which relief can be granted as to HCA. Accordingly, Plaintiff's claims should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6). A motion to dismiss under Rule 12 (b)(6) tests the formal sufficiency of the statement of claim for relief in the complaint. *Doe v. Hilsboro ISD*, 81 F.3d 1395, 1401(5th cir. 1996). The complaint should be dismissed for failure to state a claim if it appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief. *Garrett v. Comonwealth Mtg. Co.*, 938 F.2d 591,594 (5th cir. 1991)

III.

## SUMMARY

Plaintiff has made no claim against HCA. Plaintiff has failed to allege any act or omission by HCA or any act or omission by an employee, vicariously or otherwise, of HCA. HCA and VRMC acknowledge that VRMC is the appropriate entity to defend Plaintiff's claims against the hospital and it is clear on its face that Plaintiff's Second Amended Complaint that HCA should be dismissed.

DELEON/VRMC: MOTION
PAGE 2

WHEREFORE, PREMISES CONSIDERED, Defendant HCA-The Healthcare Company respectfully prays that this Court grant its Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) and for such other and further relief, at law or in equity, to which plaintiff may show justly entitled.

Respectfully submitted,

By: _____
William Gault
Federal I.D. No. 14685
State Bar No. 07765050
Paul Fourt
Federal I.D. No. 19663
State Bar No. 00785874

Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

Of Counsel:

Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

ATTORNEYS FOR DEFENDANT
HCA-THE HEALTHCARE COMPANY

DELEON/VRMC: MOTION
PAGE 3

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing instrument has been forwarded to counsel as indicated below on this the 2nd day of May, 2001.

| | |
|---|---|
| Ms. Carol Lomax<br>BRANTON & HALL, P.C.<br>One Riverwalk Place, Suite 1700<br>700 N. St. Mary's Street<br>San Antonio, Texas 78205 | VIA CM#7000 0520 0022 1414 4073 |
| Mr. Ryan Henry<br>Willette & Guerra, L.L.P.<br>3505 Boca Chica Boulevard<br>Brownsville, Texas 78521 | VIA REGULAR MAIL |
| Mr. Tyler Scheuerman<br>Uzick & Oncken, P.C.<br>Fountainhead One Building<br>8200 IH-10 West, Suite 208<br>San Antonio, Texas 78230 | VIA REGULAR MAIL |

_____
William Gault

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CANDELARIO DE LEON § <br> § <br> VS. § <br> § <br> § <br> CITY OF BROWNSVILLE, § <br> TEXAS, BENIGNO REYNA, § <br> INDIVIDUALLY AND IN HIS § <br> OFFICIAL CAPACITY § <br> AS CHIEF OF POLICE § <br> FOR THE CITY OF § <br> BROWNSVILLE, CITY § <br> OF BROWNSVILLE § <br> POLICE OFFICER ANDRE § <br> S. TORRES, JR., INDIVIDUALLY § <br> AND IN HIS OFFICIAL CAPACITY; § <br> AND CITY OF BROWNSVILLE § <br> POLICE OFFICER ALEX ORTIZ, § <br> INDIVIDUALLY AND IN HIS OFFICIAL § <br> CAPACITY § | CIVIL ACTION NO. CV-B-00-192 <br> JURY DEMANDED |

## ORDER SETTING HEARING FOR DEFENDANT HCA-THE HEALTHCARE COMPANY'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

On this the _____ day of _____,2001, came on to be considered Defendant HCA-The Healthcare Company's Motion to Dismiss for Failure to State a Claim and the Court is of the opinion that a hearing should be held.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant HCA-The Healthcare Company's Motion to Dismiss for Failure to State a Claim be, and is, hereby set for hearing on the _____ day of _____,2001 at _____o'clock in this Honorable Court.

Signed and Entered this the _____ day of _____ , 2001.

_____
JUDGE PRESIDING

COPIES TO:

Ms. Carol Lomax, BRANTON & HALL, P.C., One Riverwalk Place, Suite 1700, 700 N. St. Mary's Street, San Antonio, Texas 78205
Mr. William Gault, 1325 Palm Boulevard, Suite A, Brownsville, Texas 78520
Mr. Ryan Henry, Willette & Guerra, L.L.P., 3505 Boca Chica Boulevard, Brownsville, Texas 78521
Mr. Tyler Scheuerman, Uzick & Oncken, P.C., Fountainhead One Building, 8200 IH-10 West, Suite 208, San Antonio, Texas 78230

DELEON/VRMC: MOTION
PAGE 5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CANDELARIO DE LEON § | |
| § | |
| VS. § | |
| § | |
| CITY OF BROWNSVILLE, § | |
| TEXAS, BENIGNO REYNA, § | CIVIL ACTION NO. CV-B-00-192 |
| INDIVIDUALLY AND IN HIS § | JURY DEMANDED |
| OFFICIAL CAPACITY § | |
| AS CHIEF OF POLICE § | |
| FOR THE CITY OF § | |
| BROWNSVILLE, CITY § | |
| OF BROWNSVILLE § | |
| POLICE OFFICER ANDRE § | |
| S. TORRES, JR., INDIVIDUALLY § | |
| AND IN HIS OFFICIAL CAPACITY; § | |
| AND CITY OF BROWNSVILLE § | |
| POLICE OFFICER ALEX ORTIZ, § | |
| INDIVIDUALLY AND IN HIS OFFICIAL § | |
| CAPACITY § | |

### ORDER GRANTING DEFENDANT HCA-THE HEALTHCARE COMPANY'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Came on to be considered Defendant HCA-The Healthcare Company's Motion to Dismiss for Failure to State a Claim and it appeared to the Court that the Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant HCA-The Healthcare Company's Motion to Dismiss for Failure to State a Claim is hereby granted and Plaintiffs claims against Defendant HCA-The Healthcare Company in Plaintiff's Second Amended Complaint are hereby Dismissed.

Signed on this _____ day of _____ , 2001.

_____
JUDGE PRESIDING

COPIES TO:

Ms. Carol Lomax, BRANTON & HALL, P.C., One Riverwalk Place, Suite 1700, 700 N. St. Mary's Street, San Antonio, Texas 78205
Mr. William Gault, 1325 Palm Boulevard, Suite A, Brownsville, Texas 78520
Mr. Ryan Henry, Willette & Guerra, L.L.P., 3505 Boca Chica Boulevard, Brownsville, Texas 78521
Mr. Tyler Scheuerman, Uzick & Oncken, P.C., Fountainhead One Building, 8200 IH-10 West, Suite 208, San Antonio, Texas 78230