36

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 2 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **CANDELARIO DE LEON** | § | |
| | § | |
| **VS.** | § | |
| | § | |
| | § | |
| **CITY OF BROWNSVILLE,** | § | |
| **TEXAS, BENIGNO REYNA,** | § | **CIVIL ACTION NO. CV-B-00-192** |
| **INDIVIDUALLY AND IN HIS** | § | **JURY DEMANDED** |
| **OFFICIAL CAPACITY** | § | |
| **AS CHIEF OF POLICE** | § | |
| **FOR THE CITY OF** | § | |
| **BROWNSVILLE, CITY** | § | |
| **OF BROWNSVILLE** | § | |
| **POLICE OFFICER ANDRE** | § | |
| **S. TORRES, JR., INDIVIDUALLY** | § | |
| **AND IN HIS OFFICIAL CAPACITY;** | § | |
| **AND CITY OF BROWNSVILLE** | § | |
| **POLICE OFFICER ALEX ORTIZ,** | § | |
| **INDIVIDUALLY AND IN HIS OFFICIAL** | § | |
| **CAPACITY** | § | |

### DEFENDANT HCA-THE HEALTHCARE COMPANY'S MOTION FOR MORE DEFINITE STATEMENT TO PLAINTIFF'S SECOND AMENDED COMPLAINT SUBJECT TO DEFENDANT'S MOTION TO DISMISS

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Comes Now, Defendant HCA-The Healthcare Company and pursuant to Rule 12(e) of the

Federal Rules of Civil Procedure makes this Motion for More Definite Statement and would show

the Court as follows:

I.

Plaintiff's claim in paragraphs 28, 29 and 30 of Plaintiff's Second Amended Complaint is so

vague and ambiguous that this defendant cannot reasonably be required to frame a responsive

pleading thereto and cannot reasonably defend its actions.

DELEON/VRMC: MTN-DEF
PAGE 1

## II.

In paragraphs 28, 29 and 30 of Plaintiff's Second Amended Complaint, all of Plaintiff's allegations relate to "The hospital Defendant" which is clearly Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center(VRMC). There are no allegations in Plaintiff's Complaint related to HCA-The Healthcare Company (HCA). This Defendant moves that the Court order Plaintiff to either dismiss HCA or to replead making specific allegations against HCA.

## III.

Additionally, Plaintiff has failed to plead anywhere in his complaint any relationship whatsoever between HCA and Plaintiff. Defendant request that Plaintiff replead his claims, if he can, identifying any relationship between HCA, Plaintiff and the specific facts would show how HCA is liable to Plaintiff.

## IV.

In paragraph 38 of Plaintiff's Second Amended Complaint, Plaintiff alleges a cause of action for gross negligence which is not a cause of action available to Plaintiff under Chapter 41 of the Texas Civil Practice and Remedies Code. Furthermore, Plaintiff has not plead any facts necessary to impute any cause of action, including any cause of action available under Chapter 41 of the Texas Civil Practices & Remedies Code to this Defendant. Defendant moves that the Court order Plaintiff to replead paragraph 38 setting forth a cause of action, facts to support it and how it can be imputed to this Defendant.

WHEREFORE, PREMISES CONSIDER, Defendant HCA-The Healthcare Company respectfully request that the court grant its Motion for More Definite Statement and order Plaintiff to replead its allegations and for such other and further relief, at law or in equity, to which it may show itself justly entitled to receive.

Respectfully submitted,

By: _____
    William Gault
    Federal I.D. No. 14685
    State Bar No. 07765050
    Paul Fourt
    Federal I.D. No.19663
    State Bar No. 00785874

Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

Of Counsel:

Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

ATTORNEYS FOR DEFENDANT
HCA-THE HEALTHCARE COMPANY

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing instrument has been forwarded to counsel as indicated below on this the 2nd day of May, 2001.

Ms. Carol Lomax                          **VIA CM#7000 0520 0022 1414 4073**
BRANTON & HALL, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's Street
San Antonio, Texas 78205

Mr. Ryan Henry                           **VIA REGULAR MAIL**
Willette & Guerra, L.L.P.
3505 Boca Chica Boulevard
Brownsville, Texas 78521

Mr. Tyler Scheuerman                     **VIA REGULAR MAIL**
Uzick & Oncken, P.C.
Fountainhead One Building
8200 IH-10 West, Suite 208
San Antonio, Texas 78230

_____
William Gault

DELEON/VRMC: MTN-DEF
PAGE 3