38

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 2 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CANDELARIO DE LEON | § § | |
| VS. | § § § | |
| CITY OF BROWNSVILLE, TEXAS, BENIGNO REYNA, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE FOR THE CITY OF BROWNSVILLE, CITY OF BROWNSVILLE POLICE OFFICER ANDRE S. TORRES, JR., INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; AND CITY OF BROWNSVILLE POLICE OFFICER ALEX ORTIZ, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. CV-B-00-192 JURY DEMANDED |

**DEFENDANT COLUMBIA VALLEY HEALTHCARE SYSTEMS, L.P., d/b/a VALLEY REGIONAL MEDICAL CENTER'S MOTION FOR MORE DEFINITE STATEMENT TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Comes Now, Defendant Columbia Valley Healthcare System, L.P. d/b/a, Valley Regional Medical Center and pursuant to Rule 12(e) of the Federal Rules of Civil Procedure makes this Motion for More Definite Statement and would show the Court as follows:

I.

Plaintiff's claim in paragraphs 28, 29 and 30 of Plaintiff's Second Amended Complaint is so vague and ambiguous that this defendant cannot reasonably be required to frame a responsive pleading thereto and cannot reasonably defend its actions. Plaintiff does not set forth what actions Defendant is liable for and how it fell below the standard of care.

DELEON/VRMC: MTN-DEF2
PAGE 1

II.

Plaintiff alleges that Dr. Dovale is a contract employee for VRMC and apparently attempts to allege an agency relationship but does not allege any facts to support such claim. This is so vague and ambiguous that Defendant cannot reasonably be required to frame a responsive pleading thereto and cannot reasonably defend its actions.

III.

In paragraph 38 of Plaintiff's Second Amended Complaint Plaintiff alleges a cause of action for gross negligence which is not a cause of action available to Plaintiff under Chapter 41 of the Texas Civil Practice and Remedies Code. Furthermore, Plaintiff has not plead any facts necessary to impute any cause of action including any cause of action available under Chapter 41 of the Texas Civil Practices & Remedies Code to this Defendant. Defendant moves that the Court order Plaintiff to replead paragraph 38 setting forth a caus of action, facts to support it and how it can be imputed to this Defendant.

WHEREFORE, PREMISES CONSIDER, Defendant Columbia Valley Healthcare System, L.P. d/b/a, Valley Regional Medical Center respectfully request that the Court grant its Motion for More Definite Statement and order Plaintiff to replead its allegations and for such other and further relief, at law or in equity, to which it may show itself justly entitled to receive.

Respectfully submitted,

By: _____
William Gault
Federal I.D. No. 14685
State Bar No. 07765050
Paul Fourt
Federal I.D. No.19663
State Bar No. 00785874
Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

Of Counsel:

Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

ATTORNEYS FOR DEFENDANT
COLUMBIA VALLEY HEALTHCARE
SYSTEM, L.P. D/B/A VALLEY
REGIONAL MEDICAL CENTER

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing instrument has been forwarded to counsel as indicated below on this the 2nd day of May, 2001.

| | |
|---|---|
| Ms. Carol Lomax<br>BRANTON & HALL, P.C.<br>One Riverwalk Place, Suite 1700<br>700 N. St. Mary's Street<br>San Antonio, Texas 78205 | VIA CM#7000 0520 0022 1414 4059 |
| Mr. Ryan Henry<br>Willette & Guerra, L.L.P.<br>3505 Boca Chica Boulevard<br>Brownsville, Texas 78521 | VIA REGULAR MAIL |
| Mr. Tyler Scheuerman<br>Uzick & Oncken, P.C.<br>Fountainhead One Building<br>8200 IH-10 West, Suite 208<br>San Antonio, Texas 78230 | VIA REGULAR MAIL |

William Gault