40

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Candelario De Leon, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-192 |
| | § | |
| City of Brownsville, Texas, et al, | § | |
| | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED, that on May 7, 2001 the Court **GRANTED** the Plaintiff's Motion for Leave to File a Response to Defendants' 12(b)(6) Partial Motion to Dismiss [Dkt. No. 33].

DONE at Brownsville, Texas, this 7th day of May 2001.

Hilda G. Tagle
United States District Judge