41

United States District Court
Southern District of Texas
FILED

MAY 08 2001

Michael N. Milby, Clerk of Court

# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Fajardo    ■ Koerner |
| DATE | 05 / 08 / 01 |
| TIME | ___ a.m. / 1:53 p.m.    ___ a.m. / 2:13 p.m. |
| CIVIL ACTION | B / 00 / 192 |
| STYLE | De Leon *versus* City of Brownsville, et al. |

**DOCKET ENTRY**

(HGT) ■ Initial Pretrial Conference;    ☐ Motion Hearing;    (Rptr. Breck Record )

Carol Lomax     for    ■ Ptf. #_____  ☐ Deft. #_____

Ryan Henry      for    ☐ Ptf. #_____  ■ Deft. City of Brownsville

William Gault   for    ☐ Ptf. #_____  ■ Defts. HCA and Columbia Valley Healthcare

                for    ☐ Ptf. #_____  ■ Deft. State Physicians, P.A.

☐ All motions not expressly decided are denied without prejudice.

☐ Evidence taken [exhibits or testimony].

■ Argument heard on:    ☐ all pending motions;    ■ Following motions

1. Defendant's City of Brownsville's 12(b)(6) partial motion to dismiss [Dkt. No. 11] the Plaintiff's 42 USC § 1983 claim based on the 5th and 8th amendments, the Plaintiff's 42 USC § 1985(3) claim, and 42 USC § 1986 claim.

☐ Motions taken under advisement: _____

☐ Order to be entered.

☐ Miscellaneous review set: _____

■ Rulings orally rendered on:

1. Oral motion for leave to appear on behalf Defendant State Physicians is **GRANTED**.

1

2. Defendants' 12(b)(6) Partial Motion to Dismiss [Dkt. No. 11] is **GRANTED** as to Plaintiff's 42 U.S.C. § 1983 claim based on the 5th and 8th Amendments, the Plaintiff's 42 U.S.C. § 1985(3) claim, and Plaintiff's 42 U.S.C. § 1986 claim.

3. The Parties are **ORDERED** to submit a Joint Discovery/Case Management Plan that includes all of the Parties by June 7, 2001. The City of Brownsville will file an answer to the live complaint by June 7, 2001. A proposed scheduling order must be submitted to the Court by June 15, 2001.

■ <u>Comments</u>:

1. Dr. Dovale was served on May 3, 2001 and he has not made an appearance.

2. Columbia Valley Healthcare Systems (CVHS) owns the hospital and The Healthcare Company (HCA) have some sort of stock ownership relationship. HCA owns some of CVHS' stock indirectly.

3. Counsel for State Physicians, Inc. was not certain what the employment relationship was with Dr. Dovale.

2