AO 440 (Rev. 10/93) Summons in a Civil Action

# ORIGINAL

# UNITED STATES DISTRICT COURT

Southern District of Texas

Candelario De Leon

**SUMMONS IN A CIVIL CASE**

V.

City of Brownsville, Texas; Benigno Reyna,
Individually and in his Official Capacity as Chief
of Police for the City of Brownsville; et al.,

CASE NUMBER: CV-B-00-192

United States District Court
Southern District of Texas
FILED

MAY 17 2001

Michael N. Milby
Clerk of Court

**TO:** (Name and address of Defendant)

Joao Dovale, M.D.
301 West Expressway 83
McAllen, Texas

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Carol P. Lomax
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 North St. Mary's Street
San Antonio, Texas 78205

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk

CLERK

(By) DEPUTY CLERK

DATE 03-9-01

# AUTHORIZED OFFICER'S RETURN

CASE #: CVB00192                                         COURT

Came to hand on the __29__ day of __March__, 20__01__ at __7:51__ o'clock __P__.M.

Documents received for service:

SUMMONS AND COMPLAINT

Executed on the __3__ day of __May__, 20__01__ at __11:40__ o'clock __A__.M.

Executed at __1102 W. Trenton Road   Edinburg__ __Texas__ within the County of __Hidalgo__ by delivering to: **Dovale, Joao M.D.**

a true copy of the documents listed above having first endorsed on the date of delivery in the following manner:

__✓__ by delivering to the above in person.

_____ (Substitute Service) per Rule 106/536 Order by delivering to:_____ _____ in person the age of sixteen then residing therein, to wit:

_____ by posting; by securely affixing to the main door at the above address, per Rule 106/536 Order.

_____ by delivering them to an officer or managing agent whose name and title is: _____

_____ Other: _____

Not Executed for the following reasons:_____

I, am over the age of eighteen, not a party to nor interested in the outcome of the above numbered suit and am authorized by written order of the court to serve citations and other notices.

Service Fee $ __100.00__

Printed Name: __Beatrice Cantu__
Authorized Person / Constable / Sheriff
OR#/ID#_____

STATE OF TEXAS   }

## VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized person known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn declared that the statements therein contained are true and correct. Given my hand and seal of office on this the __3__ day of __May__, __2001__.

NOTARY PUBLIC SIGNATURE



CYNTHIA C. CANTU
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
APRIL 13, 2005