43

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 2 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CANDELARIO DE LEON | § § § | |
| VS. | § § | CIVIL ACTION NO. B-00-192 |
| CITY OF BROWNSVILLE, TEXAS; HCA - THE HEALTHCARE COMPANY, FORMERLY D/B/A COLUMBIA/HCA HEALTHCARE CORPORATION, COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P., INDIVIDUALLY AND D/B/A VALLEY REGIONAL MEDICAL CENTER AND FORMERLY D/B/A COLUMBIA VALLEY REGIONAL MEDICAL CENTER, JOAO DOVALE, M.D., AND STAT PHYSICIANS, P.A. | § § § § § § § § § § § § | (JURY REQUESTED) |

**DEFENDANT CITY OF BROWNSVILLE'S NOTICE TO THE COURT OF ITS FILING OF ITS INITIAL DISCLOSURE TO PLAINTIFF UNDER FEDERAL RULE OF CIVIL PROCEDURE 26**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

NOW COMES, Defendant City of Brownsville, and files this its Notice to the Court of its Filing of the Initial Disclosure to Plaintiff Under Federal Rule of Civil Procedure 26.

Signed on, May 22, 2001.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: *[signature]*
Ryan Henry
State Bar No: 24007347
USDC Adm. No:22968
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing, **DEFENDANT CITY OF BROWNSVILLE'S NOTICE TO THE COURT OF ITS FILING OF ITS INITIAL DISCLOSURE TO PLAINTIFF UNDER FEDERAL RULE OF CIVIL PROCEDURE 26** on, May 22, 2001 has been served via certified mail, return receipt requested to:

Carol P. Lomax
Branton & Hall P. C.
One Riverwalk Place, Ste. 1700
700 St. Mary's Street
San Antonio, Texas 78205
*Attorney for Plaintiff*

Tyler Scheuerman
Uzick & Oncken, P.C.
Fountainhead One Building
8200 IH- 10 West, Ste. 208
San Antonio, Texas 78230
*Attorney for Defendant Stat Physicians, P.A, and Dr. Dovale*

Mr. Paul Fourt
Mr. William Gault
Brin & Brin, P.C.
1325 Palm Blvd., Ste. A
Brownsville, Texas 78520
*Attorney for Defendant Valley Regional Medical Center*

*[signature]*
Ryan Henry

2