44

United States District Court
Southern District of Texas
FILED

MAY 2 4 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CANDELARIO DELEON | |
| v. | CIVIL ACTION NO. CV-B-00-192 |
| CITY OF BROWNSVILLE, TEXAS; BENIGNO REYNA, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE FOR THE CITY OF BROWNSVILLE, CITY OF BROWNSVILLE POLICE OFFICER ANDRE S. TORRES, JR., INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; AND CITY OF BROWNSVILLE POLICE OFFICER ALEX ORTIZ, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; HCA – THE HEALTHCARE COMPANY, FORMERLY D/B/A COLUMBIA/HCA HEALTHCARE CORPORATION, COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P., INDIVIDUALLY AND D/B/A VALLEY REGIONAL MEDICAL CENTER and FORMERLY D/B/A COLUMBIA VALLEY REGIONAL MEDICAL CENTER, JOAO DOVALE, M.D., and STAT PHYSICIANS, P.A. | |

## DEFENDANT, JOAO DOVALE, M.D.'S ORIGINAL ANSWER

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant, JOAO DOVALE, M.D., files this his Original Answer to Plaintiff's Second Amended Original Complaint, and would show the following:

1. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments stated in Paragraphs 1 though 10;

2. Defendant admits the averments stated in Paragraphs 11 through 12;

3. Defendant admits the first 2 sentences of Paragraph 13, but denies the remainder of the averments stated therein;

1

4. Defendant admits the first sentence of Paragraph 14, but denies the remainder of the averments stated therein and/or lacks sufficient knowledge or information to form a belief as to the truth of said averments;

5. Defendant denies the averments stated in Paragraph 15;

6. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments stated in Paragraphs 16 though 18;

7. To the extent they are asserted against this Defendant, Defendant denies the averments stated in Paragraphs 19 through 27;

8. Defendant denies the averments stated in Paragraphs 28 through 38;

9. Defendant admits that the expert report referenced in Paragraph 39 is attached but denies that said report complies with Article 4590i;

10. Defendant denies that Plaintiff claim in Paragraph 40 that he would be entitled to an award of attorney's fees against this Defendant under any circumstances, because neither state nor federal law permit such a recovery in medical malpractice claims;

11. Defendant joins in Plaintiff's request for a trial by jury in Paragraph 41; and

12. Defendant denies that Plaintiff is entitled to relief sought in his prayer and all subsections thereof.

## **AFFIRMATIVE DEFENSES**

1. Defendant invokes the limitations within §§11.01–11.05 of Texas Revised Civil Statutes Ann. Art. 4590i (Vernon Supp. 1999).

2. Defendant invokes the requirements within §14.01 of Texas Revised Civil Statutes Ann. Art. 4590i (Vernon Supp. 1999).

3. Defendant invokes the limitations of §16.01 of Texas Revised Civil Statutes Ann. Art. 4590i (Vernon Supp. 1999).

4. Defendant gives notice that he hereby exercises his right to credit for settlement values

of all settling parties.

5.   Defendant affirmatively asserts that Plaintiff's injuries, if any, were proximately caused by some intervening, subsequent, and/or superseding event, injury, condition and/or circumstance.

PREMISES CONSIDERED, Defendant, JOAO DOVALE, M.D., prays that Plaintiff takes nothing by way of this lawsuit, that he recover all taxable court costs expended on his behalf, and that he be awarded such further relief to which he may show himself justly entitled.

Respectfully submitted,

**UZICK & ONCKEN, P.C.**

By: _____
Tyler Scheuerman
State Bar No. 00791610
Federal No. 19683

Fountainhead One Building
8200 IH-10 West, Suite 208
San Antonio, Texas 78230
(210) 341-7703
(210) 341-1570 facsimile
**ATTORNEYS FOR DEFENDANT,
JOAO DOVALE, M.D.**

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document has been sent in accordance with the Texas Rules of Civil Procedure to the following parties on the 22nd of May 2001:

Carol P. Lomax
Branton & Hall, P.C.
700 N. St. Mary's St., Ste. 1700
San Antonio, Texas 78205

Ryan Henry
Willette & Guerra, L.L.P.
3505 Boca Chica Blvd., Ste. 460
Brownsville, Texas 78521

Peter Ford
Brin & Brin, P.C.
1325 Palm Blvd., Ste. A
Brownsville, Texas 78521

_____
Tyler Scheuerman