46

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 9 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CANDELARIO DELEON | ' | |
| VS. | ' | CIVIL ACTION NO. CV-B-00-192 |
| CITY OF BROWNSVILLE, TEXAS; BENIGNO REYNA, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE FOR THE CITY OF BROWNSVILLE, CITY OF BROWNSVILLE POLICE OFFICER ANDRE S. TORRES, JR., INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; AND CITY OF BROWNSVILLE POLICE OFFICER ALEX ORTIZ, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; HCA – THE HEALTHCARE COMPANY, FORMERLY D/B/A COLUMBIA/HCA HEALTHCARE CORPORATION, COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P., INDIVIDUALLY AND D/B/A VALLEY REGIONAL MEDICAL CENTER and FORMERLY D/B/A COLUMBIA VALLEY REGIONAL MEDICAL CENTER, JOAO DOVALE, M.D., and STAT PHYSICIANS, P.A. | ' | |

**DEFENDANTS, JOAO DOVALE, M.D. AND STAT PHYSICIANS P.A.'S
<u>DISCLOSURE OF INTERESTED PARTIES</u>**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendants, JOAO DOVALE, M.D. and STAT PHYSICIANS P.A., files this their Disclosures of Interested Parties:

1

Respectfully submitted,

**UZICK & ONCKEN, P.C.**

By: _____
Tyler Scheuerman
State Bar No. 00791610
Federal No. 19683

Fountainhead One Building
8200 IH-10 West, Suite 208
San Antonio, Texas 78230
(210) 341-7703
(210) 341-1570 facsimile

**ATTORNEYS FOR DEFENDANTS,
JOAO doVALE, M.D. and
STAT PHYSICIANS, P.A.**

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document has been sent in accordance with the Texas Rules of Civil Procedure to the following parties on the 24th day of May 2001:

Carol P. Lomax
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205

Ryan Henry
Willette & Guerra, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521

Peter Ford
Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78521

_____
Tyler Scheuerman

2

## DISCLOSURE OF INTERESTED PARTIES

The name and, if known, the address and telephone number of each interested party to this lawsuit:

**RESPONSE:**

This will be supplemented if more names are made known to Defendant.

Joao Dovale, M.D.
2121 Sabinal
Mission, Texas 78574

STAT Physicians, P.A.
No address available

City of Brownsville, Texas

Columbia Valley Regional Medical Center

Candelario DeLeon

HCA The Health Care Company
d/b/a Columbia/HCA Healthcare Corp.

Henry Juarez, Officer

Alex Ortiz, Officer

Benigno Reyna, Officer

Andre S. Torres Jr., Officer

3