48

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 5 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CANDELARIO DE LEON | § § § | |
| VS. | § § § | CIVIL ACTION NO. CV-B-00-192 JURY DEMANDED |
| CITY OF BROWNSVILLE, TEXAS, ET AL | § § § § | |

### DEFENDANT COLUMBIA VALLEY HEALTHCARE SYSTEMS, L.P. D/B/A VALLEY REGIONAL MEDICAL CENTER AND HCA-THE HEALTHCARE COMPANY'S DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant Columbia Valley Healthcare Systems, L.P. d/b/a Valley Regional Medical Center and HCA-The Healthcare Company file this their Disclosures of Interested Parties.

Respectfully submitted,

By: _____
William Gault
Federal I.D. No. 14685
State Bar No. 07765050
Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

Of Counsel:

Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

ATTORNEYS FOR DEFENDANTS
COLUMBIA VALLEY HEALTHCARE
SYSTEM, L.P. D/B/A VALLEY
REGIONAL MEDICAL CENTER AND
HCA-THE HEALTHCARE COMPANY

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing instrument has been forwarded to counsel as indicated below on this the 4th day of June, 2001.

| | |
|---|---|
| Ms. Carol Lomax<br>BRANTON & HALL, P.C.<br>One Riverwalk Place, Suite 1700<br>700 N. St. Mary's Street<br>San Antonio, Texas 78205 | VIA CM#7000 0520 0022 1414 4288 |
| Mr. Ryan Henry<br>Willette & Guerra, L.L.P.<br>3505 Boca Chica Boulevard<br>Brownsville, Texas 78521 | VIA REGULAR MAIL |
| Mr. Tyler Scheuerman<br>Uzick & Oncken, P.C.<br>Fountainhead One Building<br>8200 IH-10 West, Suite 208<br>San Antonio, Texas 78230 | VIA REGULAR MAIL |

_____
William Gault

DELEON/VRMC: ANSRFD
PAGE 2

## DEFENDANT COLUMBIA VALLEY HEALTHCARE SYSTEMS, L.P. D/B/A VALLEY REGIONAL MEDICAL CENTER AND HCA-THE HEALTHCARE COMPANY'S DISCLOSURE OF INTERESTED PARTIES

The name and, if known, the address and telephone number of each interested party to this lawsuit:

**RESPONSE**: Candelario DeLeon, 140 E. 10th Street, Brownsville, Texas 78521, (956) 504-0020

Joao Dovale, M.D., 2121 Sabinal, Mission, Texas 78574

STAT Physicians, P.A.

City of Brownsville, Texas

Columbia Valley Healthcare Systems, L.P. d/b/a Valley Regional Medical Center, 100 A Alton Gloor, Brownsville, Texas 78520, (956) 350-7000.

HCA-The Healthcare Company, One Park Plaza, P.O. Box 550, Nashville, TN 37202-0550

Brownsville-Valley Regional Medical Center, Inc., 100 A Alton Gloor, Brownsville, Texas 78520, (956) 350-7000.