49

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 0 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Candelario De Leon, | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. B-00-192 |
| City of Brownsville, Texas, et al, | § § § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED, that on June 5, 2001 the Court **GRANTED** Plaintiff's Motion for Leave to File Third Amended Complaint [Dkt. No. 45]. The Plaintiff indicates in his certificate of conference that the motion is unopposed. The Plaintiff did not include the word "unopposed" in the caption of his motion as required by the Local Rules of the Southern District of Texas. In the future, the Court will strike filings that do not comply with the Local Rules or this Court's Chamber Rules.

DONE at Brownsville, Texas, this 5th day of June 2001.

_____
Hilda G. Tagle
United States District Judge