*50*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**United States District Court**
**Southern District of Texas**
**FILED**

**JUN 0 7 2001**

**Michael N. Milby**
**Clerk of Court**

| | | |
|---|---|---|
| CANDELARIO DE LEON | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. <u>B-00-192</u> |
| | § | |
| CITY OF BROWNSVILLE, TEXAS; | § | (JURY REQUESTED) |
| HCA - THE HEALTHCARE COMPANY, | § | |
| FORMERLY D/B/A COLUMBIA/HCA | § | |
| HEALTHCARE CORPORATION, | § | |
| COLUMBIA VALLEY HEALTHCARE | § | |
| SYSTEM, L.P., INDIVIDUALLY AND | § | |
| D/B/A VALLEY REGIONAL MEDICAL | § | |
| CENTER AND FORMERLY D/B/A | § | |
| COLUMBIA VALLEY REGIONAL | § | |
| MEDICAL CENTER, JOAO DOVALE, M.D., | § | |
| AND STAT PHYSICIANS, P.A. | § | |

**PLAINTIFF'S AND DEFENDANTS CITY OF BROWNSVILLE, HCA-THE HEALTHCARE COMPANY, COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P. D/B/A VALLEY REGIONAL MEDICAL CENTER JOAO DOVALE, M.D, AND STAT PHYSICIANS, P.A. AMENDED JOINT DISCOVERY/CASE MANAGEMENT PLAN**

TO THE HONORABLE JUDGE OF THIS COURT:

NOW COME Defendants City of Brownsville, HCA-The Healthcare Company, Columbia Valley Healthcare System, L.P. D/B/A Valley Regional Medical Center, Joao Dovale, M.D. and Stat Physicians, P.A. and Plaintiff Candelario De Leon, in the above-referenced action and file this their Amended Joint Discovery/Case Management Plan, as required by the Cost and Delay Reduction Plan in the Civil Justice Reform Act of 1990 adopted by the Court on October 24, 1991.

ClibPDF - www.fastio.com

1.      State where and when the meeting of the parties required by Rule 26(f) was held, and
        identify the counsel who attended for each party.

        **The required meeting was held on June 7, 2001, between all counsel, including Carol
        Lomax, attorney for Plaintiff, Ryan Henry, attorney for City of Brownsville, William
        Gault, attorney for Defendants Columbia Valley Healthcare Systems, L.P. d/b/a Valley
        Regional Medical Center and HCA-The Healthcare Company, and Tyler Sheuerman,
        Attorney for Defendants Stat Physicians, P.A. and Joao Dovale, M.D.**

2.      List the cases related to this one that are pending in any state or federal court, with
        the case number and court.

        **None.**

3.      Briefly describe what this case is about.

        **Plaintiff is alleging he suffered serious spinal cord injuries as a result of an automobile
        accident.  As a result he was transported to a local hospital where he alleges he was
        misdiagnosed.  He was then released to the Brownsville Police.  He alleges he was not
        given medical treatment by Brownsville and is now a quadriplegic.  Plaintiff is bringing
        this suit against the Brownsville Defendant under 42 U.S.C. §§ 1983 for alleged
        violations of his 4th and 14th, Amendment rights under the United States Constitution.
        The Plaintiff has sued the remaining medical defendants for medical malpractice.**

4.      Specify the allegation of federal jurisdiction.

        **Plaintiffs are bringing this suit under 42 U.S.C. §§1983 for the alleged violation of his
        4th and 14th, Amendment rights under the United States Constitution.  Jurisdiction is
        proper pursuant to 28 U.S.C. § 1330 as well as § 1343.**

5.      Name the parties who disagree and the reasons.

        **At this time there are no disagreements other than liability and damages.**

6.      List anticipated additional parties that should be included, when they can be added,
        and by who they are wanted.

        **None at this time.**

7.      List anticipated interventions.

        **None at this time.**

8.      Describe class-action issues.

        **None at this time.**

9.      State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

        **All parties have already exchanged their Rule 26 disclosures.**

10.     Describe the proposed agreed discovery plan, including:

        A.      Responses to all the matters raised in Rule 26(f).

                **(a)      Rule 26(f)(1)- See response to Number 9**
                **(b)      Rule 26(f)(2)- Plaintiff and Defendants will conduct discovery based upon claims made and defenses asserted in this lawsuit. Plaintiff and Defendants anticipate discovery will be completed within 180 days from the date order for the  filing of this Amended Joint Management and Discovery Control Plan, June 7, 2001.**
                **(c)      Rule 26(f)(3)- No changes need at this time, subject to arrangements of the parties**
                **(d)      Rule 26(f)(4)- None**

        B.      When and to whom the plaintiff anticipates it may send interrogatories.

                **Plaintiff anticipates sending out discovery including Interrogatories, Requests for Admissions, and Requests for Production by June 30, 2001, to all Defendants.**

        C.      When and to whom the defendants anticipate it may send interrogatories.

                **All Defendants anticipate sending out discovery including Interrogatories, Requests for Admissions, and Requests for Production no later than July 30, 2001.**

        D.      Of whom and by when the plaintiff anticipated taking oral depositions.

                **Plaintiff anticipates needing the depositions of the doctors and hospital staff involved and officers and jailors involved and named experts.**

                **Plaintiff anticipates that he may need to take two or three additional depositions**

3

**of witnesses who may surface as discovery progresses.**

**Plaintiff will take these depositions at a time convenient to both Plaintiff's and Defendants' counsel.**

E.     Of whom and by when the defendants anticipate taking oral depositions.

**All Defendants anticipate the need to take the depositions of Plaintiff Candelario De Leon.**

**Brownsville Defendant anticipates the need to take the deposition of the doctors and hospital staff involved as well as all experts designated by all parties.**

**HCA and Valley Regional Medical Center anticipates needing the depositions of the officers and jailors involved and named experts.**

**Defendants Stat Physicians, P.A. and Joao doVale, M.D. anticipate needing the depositions of the officers and jailors involved and named experts.**

**All Defendants anticipate that they may need to take two or three additional depositions of witnesses who may surface as discovery progresses.**

**Defendants will take these depositions at a time convenient to both Plaintiff's and Defendants' counsel.**

F.     When the plaintiff (or party the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B), and when the opposing party will be able to designate responsive experts and provide their reports.

**Plaintiff anticipates designating his experts and providing reports by July 3, 2001. Defendants anticipate designating their responsive experts and providing reports by September 4, 2001.**

G.     List expert depositions the Plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. See Rule 26(a)(2)(b) (experts report).

**Plaintiff may depose all experts listed by Defendant and will likely do so within 30 days of their designation and Plaintiff's receipt of Defendants' experts' reports.**

4

H.      List expert depositions the opposing party anticipates taking and their anticipated completion date.  See Rule 26(a)(2)(B) (expert report).

**Defendants may depose all experts listed by Plaintiffs and will likely do so within 60 days of their designation and Defendants' receipt of Plaintiff's experts' reports.**

**These depositions will be scheduled for a mutually convenient time for the experts, the Defendants and the Plaintiff.**

11.     If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

**Counsel have no disagreements at this time.**

12.     Specify the discovery beyond initial disclosures that has been undertaken to date.

**Initial discovery has been undertaken.  Some written discovery has already been propounded by the parties but not yet answered.  No depositions have been taken to date.**

13.     State the date the planned discovery can reasonably be completed.

**December 7, 2001.**

14.     Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

**The parties have discussed possible mediation following preliminary discovery.**

15.     Describe what each party has done or agreed to do to bring about a prompt resolution.

**The parties have discussed possible mediation following preliminary discovery.**

16.     From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable, and state when such a technique may be effectively used in this case.

**Possible mediation following preliminary discovery.**

17.     Magistrate judges may now hear jury and non-jury trials.  Indicate the parties' joint position on a trial before a magistrate judge.

**The Parties do not agree to the use of a magistrate.**

5

18.    State whether a jury demand has been made and if it was made on time.

**Plaintiff and Defendants have filed a jury demand.**

19.    Specify the number of hours it will take to present the evidence in this case.

**At this time, the parties anticipate ten (10) eight (8) hour days.**

20.    List pending motions that could be ruled on at the initial pretrial and scheduling conference.

**HCA's Motion to Dismiss and Motion for a more definite statement. Valley Regional's Motion for more definite statements.**

21.    List other motions pending.

**None.**

22.    Indicate other matter peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

**None.**

23.    Certify that all parties have filed Disclosure of Interested Partes as directed in the Order for conference and Disclosure of Interested Parties, listing the date of filing for original and any amendments.

**Brownsville Defendants filed their Disclosure of Interested Parties on January 31, 2001.**

**Plaintiff filed his Disclosure of Interested Parties on March 21, 2001.**

**Defendant Stat Physicians and Dr. doVale filed their Disclosure of Interested Parties on May 22, 2001.**

**All other Defendants anticipate filing their Disclosure of Interested Parties by June 30, 2001.**

24.    List the names, bar numbers, addresses and telephone numbers of all counsel.

6

| | |
|---|---|
| Attorneys for Defendant City of Brownsville:<br>**WILLETTE & GUERRA, L.L.P.**<br>**International Plaza, Ste. 460**<br>**3505 Boca Chica Blvd.**<br>**Brownsville, Texas 78521**<br>**Phone: 956-541-1846**<br>**Fax: 956-541-1893**<br><br>**Ryan Henry**<br>**State Bar No. 24007347**<br>**Fed Id No. 22968**<br>**Eileen Leeds**<br>**State Bar No. 0791093**<br>**Fed Id No. 16799** | Attorney for Defendants Columbia Valley<br>Healthcare Systems, L.P. d/b/a Valley<br>Regional Medical Center; HCA-The<br>Healthcare Company:<br>**BRIN & BRIN, P.C.**<br>**1325 Palm Blvd., Ste. A.**<br>**Brownsville, Texas 78520**<br>**Phone: 956-544-7110**<br>**Fax: 956-544-0607**<br><br>**William Gault**<br>**State Bar No. 07765050**<br>**Fed Id No. 14685** |
| Attorney for Defendants Stat Physicians, P.A.<br>and Joao doVale, M.D.<br>**UZICK & ONCKEN, P.C.**<br>**Fountainhead One Building**<br>**8200 IH 10 West, Ste. 208**<br>**San Antonio, Texas 78230**<br>**Phone: 210-341-7703**<br>**Fax: 210-341-1570**<br><br>**Tyler Scheuerman**<br>**State Bar No. 00791610**<br>**Fed Id No. 19683** | Attorney for Plaintiff:<br>**BRANTON & HALL, P.C.**<br>**One Riverwalk Place, Ste. 1700**<br>**700 N. St. Mary's Street**<br>**San Antonio, Texas 78205**<br>**Phone: 210-224-4474**<br>**Fax: 210-224-1928**<br><br>**Carol Lomax**<br>**State Bar No. 12509100**<br>**Fed Id No. 13464** |

Signed on June 7, 2001.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas  78521
Telephone:  (956) 541-1846
Facsimile:  (956) 541-1893
Attorney for Defendants

By: _____
     Ryan Henry
     State Bar No. 24007347
     Fed ID. No. 22968
Attorneys for Defendant City of Brownsville

7

BRIN & BRIN, P.C.
1325 Palm Blvd., Ste. A.
Brownsville, Texas 78520
Phone: 956-544-7110
Fax: 956-544-0607


By: _William Gault wp - Ryan Henry_
      William Gault
      State Bar No. 07765050
      Fed Id No. 14685
Attorney for Defendants Columbia Valley Healthcare
Systems, L.P. d/b/a Valley Regional Medical Center;
HCA-The Healthcare Company:


UZICK & ONCKEN, P.C.
Fountainhead One Building
8200 IH 10 West, Ste. 208
San Antonio, Texas 78230
Phone: 210-341-7703
Fax: 210-341-1570


By: _Tyler Scheuerman wp - Ryan Henry_
      Tyler Scheuerman
      State Bar No. 00791610
      Fed Id No.
Attorney for Defendants Stat Physicians, P.A.; Joao
Dovale, M.D.


Carol Lomax
BRANTON & HALL, P.C.
One Riverwalk Place
700 St. Mary's Street, Ste. 1700
Telephone: (210) 224-4474
Facsimile: (210) 224-1928


By: _Carol Lomax wp - Ryan Henry_
      Carol Lomax
      State Bar No. 12509100
      Fed ID. No. 13464
      Attorney for Plaintiff


8

BRIN & BRIN, P.C.
1325 Palm Blvd., Ste. A.
Brownsville, Texas 78520
Phone: 956-544-7110
Fax: 956-544-0607


By:_____
    William Gault
    State Bar No. 07765050
    Fed Id No. 14685
Attorney for Defendants Columbia Valley Healthcare
Systems, L.P. d/b/a Valley Regional Medical Center;
HCA-The Healthcare Company;

UZICK & ONCKEN, P.C.
Fountainhead One Building
8200 III 10 West, Ste. 208
San Antonio, Texas 78230
Phone: 210-341-7703
Fax: 210-341-1570


By:_____
    Tyler Scheuerman
    State Bar No. 00791610
    Fed Id No.
Attorney for Defendants Stat Physicians, P.A.; Joao
Dovale, M.D.

Carol Lomax
BRANTON & HALL, P.C.
One Riverwalk Place
700 St. Mary's Street, Ste. 1700
Telephone: (210) 224-4474
Facsimile: (210) 224-1928

By:_____
    Carol Lomax
    State Bar No. 12509100
    Fed ID. No. 13464
    Attorney for Plaintiff

8

BRIN & BRIN, P.C.
1325 Palm Blvd., Ste. A.
Brownsville, Texas 78520
Phone: 956-544-7110
Fax: 956-544-0607

By: _____
        William Gault
        State Bar No. 07765050
        Fed Id No. 14685
Attorney for Defendants Columbia Valley Healthcare
Systems, L.P. d/b/a Valley Regional Medical Center;
HCA-The Healthcare Company:


UZICK & ONCKEN, P.C.
Fountainhead One Building
8200 IH 10 West, Ste. 208
San Antonio, Texas 78230
Phone: 210-341-7703
Fax: 210-341-1570



By: _____
        Tyler Scheuerman
        State Bar No. 00791610
        Fed Id No.
Attorney for Defendants Stat Physicians, P.A.; Joao
Dovale, M.D.


Carol Lomax
BRANTON & HALL, P.C.
One Riverwalk Place
700 St. Mary's Street, Ste. 1700
Telephone: (210) 224-4474
Facsimile: (210) 224-1928



By: _____
        Carol Lomax
        State Bar No. 12509100
        Fed ID. No. 13464
        Attorney for Plaintiff


8

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893
Attorney for Defendants

By:_____
    Ryan Henry
    State Bar No. 24007347
    Fed ID. No. 22968
Attorneys for Defendant City of Brownsville

BRIN & BRIN, P.C.
1325 Palm Blvd., Ste. A.
Brownsville, Texas 78520
Phone: 956-544-7110
Fax: 956-544-0607

By:_____
    William Gault
    State Bar No. 07765050
    Fed Id No. 14685
    Paul Fourt
    Sate Bar No. 00785274
    Fed Id No. 19663
Attorney for Defendants Columbia Valley Healthcare
Systems, L.P. d/b/a Valley Regional Medical Center;
HCA-The Healthcare Company:

UZICK & ONCKEN, P.C.
Fountainhead One Building
8200 IH 10 West, Ste. 208
San Antonio, Texas 78230
Phone: 210-341-7703
Fax: 210-341-1570

By:_____
    Tyler Scheuerman
    State Bar No. 00791610
    Fed Id No. 19683
Attorney for Defendants Stat Physicians, P.A.; Joao
Dovale, M.D.

8

** TOTAL PAGE.03 **