*51*

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

| | |
|---|---|
| CANDELARIO DE LEON § | |
| § | |
| VS. § | CIVIL ACTION NO. B-00-192 |
| § | |
| CITY OF BROWNSVILLE, TEXAS; § | (JURY REQUESTED) |
| HCA - THE HEALTHCARE COMPANY, § | |
| FORMERLY D/B/A COLUMBIA/HCA § | |
| HEALTHCARE CORPORATION, § | |
| COLUMBIA VALLEY HEALTHCARE § | |
| SYSTEM, L.P., INDIVIDUALLY AND § | |
| D/B/A VALLEY REGIONAL MEDICAL § | |
| CENTER AND FORMERLY D/B/A § | |
| COLUMBIA VALLEY REGIONAL § | |
| MEDICAL CENTER, JOAO DOVALE, M.D., § | |
| AND STAT PHYSICIANS, P.A. § | |

## SCHEDULING ORDER

1. Trial:   Estimated time to try __10__ days.    ☐ Bench    ☒ Jury

2. New parties must be joined by:    __July 30, 2001__

   *Furnish a copy of this scheduling order to new parties*

3. The plaintiff's experts will be named with a report furnished by:    __July 2, 2001__

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:    __December~~November~~ 7, 2001__
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*
   ************************ The court will provide these dates.************************

6. Dispositive Motions will by filed by:    __12/28/01__
7. Joint pretrial order is due:    __2/21/02__
8. Docket Call and final pretrial conference is set for 1:30 p.m. on:    __3/7/02__
9. Jury Selection is set for 9:00 a.m. on :    __3/11/02__

The case will remain on standby until tried.
   Signed on __June 19__, 2001, at Brownsville, Texas.

*/s/ Hilda Tagle*

Hilda G. Tagle
United States District Judge

Case 1:00-cv-00192   Document 51   Filed in TXSD on 06/19/2001   Page 2 of 5

By: /s/ Ryan Henry
Ryan Henry
Attorney for City of Brownsville
State Bar # 24007347
Federal Bar # 22965

By: /s/ William Gault w/p Ryan Henry
William Gault
Attorney for Defendants Columbia
Valley Healthcare Systems, L.P.
d/b/a Valley Regional Medical
Center; HCA-The Healthcare
Company:

By: /s/ Tyler Scheuerman w/p Ryan Henry
Tyler Scheuerman
Attorney for Defendants Stat Physicians
P.A.; Joao Dovale, M.D.

By: /s/ Carol Lomax w/p Ryan Henry
Carol Lomax
Attorney for Plaintiff

ClibPDF - www.fastio.com

By: _____  
Ryan Henry  
Attorney for City of Brownsville

By: _____  
William Gault  
Attorney for Defendants Columbia Valley Healthcare Systems, L.P. d/b/a Valley Regional Medical Center; HCA-The Healthcare Company:

By: /s/ Tyler Scheuerman  
Tyler Scheuerman  
Attorney for Defendants Stat Physicians P.A.; Joao Dovale, M.D.

By: _____  
Carol Lomax  
Attorney for Plaintiff

By: _____          By: *[signature: William Gault]* _____
    Ryan Henry                              William Gault
    Attorney for City of Brownsville         Attorney for Defendants Columbia
                                             Valley Healthcare Systems, L.P.
                                             d/b/a Valley Regional Medical
                                             Center; HCA-The Healthcare
                                             Company:


By: _____          By: _____
    Tyler Scheuerman                         Carol Lomax
    Attorney for Defendants Stat Physicians  Attorney for Plaintiff
    P.A.; Joao Dovale, M.D.

By: _____
    Ryan Henry
    Attorney for City of Brownsville

By: _____
    William Gault
    Attorney for Defendants Columbia
    Valley Healthcare Systems, L.P.
    d/b/a Valley Regional Medical
    Center; HCA-The Healthcare
    Company:

By: _____
    Tyler Scheuerman
    Attorney for Defendants Stat Physicians
    P.A.; Joao Dovale, M.D.

By: _____
    Carol Lomax
    Attorney for Plaintiff