IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 9 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CANDELARIO DE LEON | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-192 |
| | § | |
| CITY OF BROWNSVILLE, TEXAS; | § | (JURY REQUESTED) |
| HCA - THE HEALTHCARE COMPANY, | § | |
| FORMERLY D/B/A COLUMBIA/HCA | § | |
| HEALTHCARE CORPORATION, | § | |
| COLUMBIA VALLEY HEALTHCARE | § | |
| SYSTEM, L.P., INDIVIDUALLY AND | § | |
| D/B/A VALLEY REGIONAL MEDICAL | § | |
| CENTER AND FORMERLY D/B/A | § | |
| COLUMBIA VALLEY REGIONAL | § | |
| MEDICAL CENTER, JOAO DOVALE, M.D., | § | |
| AND STAT PHYSICIANS, P.A. | § | |

## NOTICE OF FILING AMENDED SCHEDULING ORDER

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

NOW COME Defendants City of Brownsville, HCA-The Healthcare Company, Columbia

Valley Healthcare System, L.P. D/B/A Valley Regional Medical Center, Joao Dovale, M.D. and Stat

Physicians, P.A. and Plaintiff Candelario De Leon, and hereby files this their Notice of filing

Amended Scheduling Order.

## I.

On June 12, 2001, a Scheduling Order was filed with the Court. However, due to a clerical

error the order on file is not consistent with that of the Joint Discovery/Case Management Plan filed

on June 7, 2001. All parties now file this their Amended Scheduling Order.

Signed on June 19, 2001.

ClibPDF - www.fastio.com

Respectfully submitted,
WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
      Ryan Henry
      State Bar No. 24007347
      Fed ID. No. 22968


BRIN & BRIN, P.C.
1325 Palm Blvd., Ste. A.
Brownsville, Texas 78520
Phone: 956-544-7110
Fax: 956-544-0607

By: _____
      William Gault
      State Bar No. 07765050
      Fed Id No. 14685

Attorney for Defendants Columbia Valley
Healthcare Systems, L.P. d/b/a Valley
Regional Medical Center; HCA-The
Healthcare Company:


UZICK & ONCKEN, P.C.
Fountainhead One Building
8200 IH 10 West, Ste. 208
San Antonio, Texas 78230
Phone: 210-341-7703
Fax: 210-341-1570

By: _____
      Tyler Scheuerman
      State Bar No. 00791610
      Fed Id No. 19683

Attorney for Defendants Stat Physicians, P.A.;
Joao Dovale, M.D.

2

Respectfully submitted,
WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893


By:_____
        Ryan Henry
        State Bar No. 24007347
        Fed ID. No. 22968


BRIN & BRIN, P.C.
1325 Palm Blvd., Ste. A.
Brownsville, Texas 78520
Phone: 956-544-7110
Fax: 956-544-0607

By:_____
        William Gault
        State Bar No. 07765050
        Fed Id No. 14685
Attorney for Defendants Columbia Valley
Healthcare Systems, L.P. d/b/a Valley
Regional Medical Center; HCA-The
Healthcare Company:


UZICK & ONCKEN, P.C.
Fountainhead One Building
8200 IH 10 West, Ste. 208
San Antonio, Texas 78230
Phone: 210-341-7703
Fax: 210-341-1570


By:_____
        Tyler Scheuerman
        State Bar No. 00791610
        Fed Id No. 19683
Attorney for Defendants Stat Physicians, P.A.;
Joao Dovale, M.D.

2

ClibPDF - www.fastio.com

Case 1:00-cv-00192   Document 52   Filed in TXSD on 06/19/2001   Page 4 of 6

Respectfully submitted,
WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893


By:_____
       Ryan Henry
       State Bar No. 24007347
       Fed ID. No. 22968


BRIN & BRIN, P.C.
1325 Palm Blvd., Ste. A.
Brownsville, Texas 78520
Phone: 956-544-7110
Fax: 956-544-0607


By:_____
       William Gault
       State Bar No. 07765050
       Fed Id No. 14685
Attorney for Defendants Columbia Valley
Healthcare Systems, L.P. d/b/a Valley
Regional Medical Center; HCA-The
Healthcare Company:


UZICK & ONCKEN, P.C.
Fountainhead One Building
8200 IH 10 West, Ste. 208
San Antonio, Texas 78230
Phone: 210-341-7703
Fax: 210-341-1570

By:_____
       Tyler Scheuerman
       State Bar No. 00791610
       Fed Id No. 19683
Attorney for Defendants Stat Physicians, P.A.;
Joao Dovale, M.D.

2

Carol Lomax
BRANTON & HALL, P.C.
One Riverwalk Place
700 St. Mary's Street, Ste. 1700
Telephone: (210) 224-4474
Facsimile: (210) 224-1928


By: *Carol Lomax w/ ʃpon ʃhy*
      Carol Lomax
      State Bar No. 12509100
      Fed ID. No. 13464
      Attorney for Plaintiff

3

Case 1:00-cv-00192   Document 52   Filed in TXSD on 06/19/2001   Page 6 of 6

Carol Lomax
BRANTON & HALL, P.C.
One Riverwalk Place
700 St. Mary's Street, Ste. 1700
Telephone: (210) 224-4474
Facsimile: (210) 224-1928


By: _____
        Carol Lomax
        State Bar No. 12509100
        Fed ID. No. 13464
        Attorney for Plaintiff

3