54

**BRIN & BRIN, P.C.**
ATTORNEYS AT LAW

WILLIAM GAULT
MEMBER OF THE FIRM

Board Certified
Personal Injury Trial Law

1325 PALM BLVD., SUITE A
BROWNSVILLE, TEXAS 78520
TELEPHONE (956) 544-7110
FAX (956) 544-0607
bgault@brinandbrin.com

United States District Court
Southern District of Texas
RECEIVED

JUL 0 6 2001
Mail 10:13 AM
Michael N. Milby, Clerk

CORPUS CHRISTI OFFICE
1202 THIRD STREET
CORPUS CHRISTI, TEXAS 78404
TELEPHONE (361) 881-9643
FAX (361) 883-0506

SAN ANTONIO OFFICE
FOUNTAINHEAD ONE
8200 I-10 WEST, SUITE 610
SAN ANTONIO, TEXAS 78230
TELEPHONE (210) 341-9711
FAX (210) 341-1854

EDINBURG OFFICE
123 W. MCINTYRE
COURTHOUSE SQUARE SUITES
EDINBURG, TEXAS 78539
TELEPHONE (956) 381-6602
FAX (956) 381-0725

July 3, 2001

Mr. Michael N. Milby
District Clerk of Court
600 E. Harrison, #101
Brownsville, Texas 78520

United States District Court
Southern District of Texas
FILED

JUL 0 6 2001

Michael N. Milby
Clerk of Court

Re: Civil Action No. CV-B-00-192
    Candelario De Leon v. City of Brownsville, Texas, et al
    In the Southern District of Texas, Brownsville Division

Dear Mr. Milby:

Please find enclosed for filing with the Court, a LR 83.5 Agreement in the above-styled and numbered cause.

By copy of this letter, I am sending a copy to all counsel of record.

Thank you for your usual courtesies, I remain

Sincerely yours,

William Gault

WRG/mmg
CLERK-5
ENCLOSURES

xc: Ms. Carol Lomax
    Branton & Hall, P.C.
    One Riverwalk Place, Suite 1700
    700 N. St. Mary's Street
    San Antonio, Texas 78205

    VIA CM#7000 0520 0022 1414 2345

    Mr. Ryan Henry
    Willette & Guerra, L.L.P.
    3505 Boca Chica Boulevard
    Brownsville, Texas 78521

    VIA REGULAR MAIL

Mr. Michael N. Milby
Re:     Civil Action No. CV-B-00-192
        Candelario De Leon v. City of Brownsville, Texas, et al
        In the Southern District of Texas, Brownsville Division
July 3, 2001
Page 2

xc:     Mr. Tyler Scheuerman                    **VIA REGULAR MAIL**
        Uzick & Oncken, P.C.
        Fountainhead One Building
        8200 IH-10 West, Suite 208
        San Antonio, Texas 78230

# BRIN & BRIN, P.C.
### ATTORNEYS AT LAW

**WILLIAM GAULT**
MEMBER OF THE FIRM

Board Certified
Personal Injury Trial Law

1325 PALM BLVD., SUITE A
BROWNSVILLE, TEXAS 78520
TELEPHONE (956) 544-7110
FAX (956) 544-0607
bgault@brinandbrin.com

CORPUS CHRISTI OFFICE
1202 THIRD STREET
CORPUS CHRISTI, TEXAS 78404
TELEPHONE (361) 881-9643
FAX (361) 883-0506

SAN ANTONIO OFFICE
FOUNTAINHEAD ONE
8200 I-10 WEST, SUITE 610
SAN ANTONIO, TEXAS 78230
TELEPHONE (210) 341-9711
FAX (210) 341-1854

EDINBURG OFFICE
123 W. MCINTYRE
COURTHOUSE SQUARE SUITES
EDINBURG, TEXAS 78539
TELEPHONE (956) 381-6602
FAX (956) 381-0725

June 22, 2001

**VIA FAX TRANSMISSION**

Ms. Carol Lomax
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's Street
San Antonio, Texas 78205

Mr. Tyler Scheuerman
Uzick & Oncken, P.C.
Fountainhead One Building
8200 IH-10 West, Suite 208
San Antonio, Texas 78230

Mr. Ryan Henry
Willette & Guerra, L.L.P.
3505 Boca Chica Boulevard
Brownsville, Texas 78521

Re: Civil Action No. CV-B-00-192
Candelario De Leon v. City of Brownsville, Texas, et al
In the Southern District of Texas, Brownsville Division

Dear Counsel:

As you will recall at the last Court hearing, all parties had agreed that defendants would designate their experts and produce their reports by September 4, 2001. However, this cut off date was not reflected in the scheduling order.

Rather than amending the scheduling order, if this accurately reflects our agreement, I would appreciate your signatures below and returning the agreement to me so that I may file it with the Court as a LR 83.5 agreement.

Sincerely yours,

William Gault

WRG/mmg
ATTYS-1

All Attorneys
Re:   Civil Action No. CV-B-00-192
      Candelario De Leon v. City of Brownsville, Texas, et al
      In the Southern District of Texas, Brownsville Division
June 22, 2001
Page 2

AGREED TO AND APPROVED:

_____
Ms. Carol Lomax
Attorney for Plaintiff


_____
Mr. Tyler Scheuerman
Attorney for Defendants Stat
Physicians, PA & Joao Dovale, MD


_____
Mr. Ryan Henry
Attorney for Defendant City of
Brownsville

All Attorneys
Re:   Civil Action No. CV-B-00-192
      Candelario De Leon v. City of Brownsville, Texas, et al
      In the Southern District of Texas, Brownsville Division
June 22, 2001
Page 2

AGREED TO AND APPROVED:


_____
Ms. Carol Lomax
Attorney for Plaintiff


*[signature]*
_____
Mr. Tyler Scheyerman
Attorney for Defendants Stat
Physicians, PA & Joao Dovale, MD


_____
Mr. Ryan Henry
Attorney for Defendant City of
Brownsville

All Attorneys
Re: Civil Action No. CV-B-00-192
    Candelario De Leon v. City of Brownsville, Texas, et al
    In the Southern District of Texas, Brownsville Division
June 22, 2001
Page 2

AGREED TO AND APPROVED:


_____
Ms. Carol Lomax
Attorney for Plaintiff



_____
Mr. Tyler Scheuerman
Attorney for Defendants Stat
Physicians, PA & Joao Dovale, MD



_____
Mr. Ryan Henry
Attorney for Defendant City of
Brownsville