United States District Court
Southern District of Texas
FILED

JUL 1 9 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON, | § | |
| | § | COMPLAINT FOR DAMAGES FOR VIOLATIONS |
| Plaintiff, | § | OF CIVIL RIGHTS UNDER COLOR OF STATE |
| | § | LAW (42 U.S.C. §§ 1983) |
| VS. | § | |
| | § | CIVIL ACTION NO. CV-B-00-192 |
| CITY OF BROWNSVILLE, TEXAS, ET AL., | § | |
| | § | |
| Defendants. | § | |

## MOTION TO QUASH DEPOSITION OF CANDELARIO DE LEON

TO THE HONORABLE HILDA TAGLE, UNITED STATES DISTRICT COURT

COMES now the Plaintiff in the above-styled and numbered cause and file this Motion to Quash and would show unto the Court as follows:

I.

Defendant, Valley Regional Medical Center et al., represented by William Gault has noticed the deposition of Candelario De Leon. When these depositions were first discussed, they were discussed in light of scheduling Mr. De Leon's along with the police officers who are employees of the City of Brownsville represented by Ryan Henry. Because of some scheduling problems, Mr. Henry was unable to produce those police officers. Therefore, it was my understanding that all of the depositions would be postponed so that we could do two days of depositions at a time convenient to all parties calendar.

II.

Mr. Gault maintained that my office never informed him of that. That is false. I have asked him to reschedule Mr. De Leon's deposition in every way that I possibly can. In addition to the fact that I already have a hearing scheduled in Los Angeles in Cause No. BC244270, *John Merchant et*

*al. v. Sumner Red Stone et al.* on the date of the deposition notice. This case is set in Federal Court. This will be my first appearance before this judge. She has specifically ask that a woman be included in the multiple attorneys who are representing the Plaintiffs in this case. The matter to be heard is a Joint Report, Re: Proposed Case Management Conference Order. It is imperative that I have as much time as needed on Monday to present this report to the court. As I am the only woman on this case and a new member of the team, I will be the one who is in charge of this hearing. It is impossible for me to attend the deposition.

### III.

In no way does counsel for the Plaintiff seek to hinder the progress of this case. However, for Mr. Gault to notice the deposition of the Plaintiff and to notice the deposition of one of Plaintiff's experts for later in August is not the way that senior attorneys practice law in this state.

### IV.

Plaintiff would request that this court Quash the notice of Deposition of Candelario De Leon a copy of which is attached hereto and incorporated herein by reference. The deposition is set for Monday, July 23, 2001. This is the day counsel for plaintiff must be arguing the proposed case management conference in Federal Court in Los Angeles for whatever time allowance the Court requires.

### V.

Counsel for Plaintiff understands that the court does not like to be drawn into these sorts of controversies and apologizes to the court for the necessity of filing this Motion to Quash.

2

ClibPDF - www.fastio.com

WHEREFORE, Plaintiff respectfully requests that this court Quash the deposition of Candelario De Leon and order the parties to reschedule at a time convenient to the calendars of all parties.

Respectfully submitted,

By: /s/ Carol P. Lomax
CAROL P. LOMAX
State Bar No. 12509100
Federal I.D. No. 13464
BRANTON & HALL, P.C.
One Riverwalk Place, Suite 1700
700 North St. Mary's Street
San Antonio, Texas 78205
(210) 224-4474
(210) 224-1928 (Fax)

COUNSEL FOR PLAINTIFF

3

## VERIFICATION

STATE OF TEXAS          §

COUNTY OF BEXAR      §

BEFORE ME, the undersigned authority, on this day personally appeared CAROL P. LOMAX, who, after having been duly sworn, deposed and said as follows:

"My name is CAROL P. LOMAX. I am over the age of eighteen (18) years, competent to testify, and have personal knowledge of the facts stated herein. I am the attorney of record for CANDELARIO DE LEON in the above-styled and numbered cause. I have read the above and foregoing Motion to Quash Deposition of Candelario De Leon and every statement contained therein which is within my personal knowledge is true and correct."

_____
CAROL P. LOMAX

SWORN TO AND SUBSCRIBED before me by the said CAROL P. LOMAX on this 16 day of July 2001, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC, STATE OF TEXAS

CATALINA E. BARKER
Notary Public State of Texas
My Commission Expires
SEPTEMBER 02, 2003

My commission expires: 09-02-03

4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CANDELARIO DE LEON | § |
| | § |
| VS. | § |
| | § CIVIL ACTION NO. CV-B-00-192 |
| | § JURY DEMANDED |
| | § |
| CITY OF BROWNSVILLE, | § |
| TEXAS, ET AL | § |

### AMENDED DEPOSITION NOTICE OF PLAINTIFF CANDELARIO DE LEON

TO:   Plaintiff by and through his attorney of record:

Ms. Carol Lomax
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's Street
San Antonio, Texas 78205

YOU WILL TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants Columbia Valley Healthcare Systems, LP d/b/a Valley Regional Medical Center and HCA - The Healthcare Company intend to take the oral deposition of Candelario De Leon in the above-styled cause, such witness being under your control, you are expected to produce him. The deposition will take place on July 23, 2001, at 11:00 a.m. at Valley Grande Manor, Inc., 901 Wild Rose Lane, Brownsville, Texas 78521, and will continue from day to day until the deposition is completed.

Said deposition shall be taken before a duly certified court reporter to take such deposition under oath and such deposition may be taken to be used as evidence in the above styled and numbered cause.

DELEON/VRMC: DEP-NTC1
PAGE 1



Respectfully submitted,

By: _____
William Gault
Federal I.D. No. 14685
State Bar No. 07765050
Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

Of Counsel:

Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

ATTORNEYS FOR DEFENDANTS
COLUMBIA VALLEY HEALTHCARE
SYSTEM, L.P. D/B/A VALLEY
REGIONAL MEDICAL CENTER AND
HCA-THE HEALTHCARE COMPANY

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing instrument has been forwarded to counsel as indicated below on this the 10th day of July, 2001.

Ms. Carol Lomax
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's Street
San Antonio, Texas 78205

VIA CM#7000 0520 0022 1414 2369

Mr. Ryan Henry
Willette & Guerra, L.L.P.
3505 Boca Chica Boulevard
Brownsville, Texas 78521

**VIA REGULAR MAIL**

Mr. Tyler Scheuerman
Uzick & Oncken, P.C.
Fountainhead One Building
8200 IH-10 West, Suite 208
San Antonio, Texas 78230

**VIA REGULAR MAIL**

William Gault

DELEON/VRMC: DEP-NTC1
PAGE 3

# CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the above and foregoing has been forwarded by facsimile and certified mail return receipt requested, on this \_\_16\_\_ day of \_\_July\_\_, 2001, to:

Ryan Henry
Eileen M. Leeds
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521

ATTORNEYS FOR DEFENDANTS,
CITY OF BROWNSVILLE, TEXAS and
BENIGNO REYNA IN HIS OFFICIAL
CAPACITY AS CHIEF OF POLICE
FOR THE CITY OF BROWNSVILLE

Tyler Scheuerman
UZICK & ONCKEN, P.C.
8200 IH 10 West, Suite 208
San Antonio, Texas 78230

ATTORNEYS FOR DEFENDANTS,
STAT PHYSICIANS, P.A. and
JOAO DOVALE, M.D.

William Gault
Paul Fourt
BRIN & BRIN, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520

ATTORNEYS FOR DEFENDANTS
COLUMBIA VALLEY HEALTHCARE
SYSTEM, L.P. D/B/A VALLEY
REGIONAL MEDICAL CENTER AND
HCA-THE HEALTHCARE COMPANY

                                  CAROL P. LOMAX