58

United States District Court
Southern District of Texas
ENTERED

JUL 2 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON, | § | |
| | § | COMPLAINT FOR DAMAGES FOR VIOLATIONS |
| Plaintiff, | § | OF CIVIL RIGHTS UNDER COLOR OF STATE |
| | § | LAW (42 U.S.C. §§ 1983) |
| VS. | § | |
| | § | CIVIL ACTION NO. CV-B-00-192 |
| CITY OF BROWNSVILLE, TEXAS, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER

On this 23rd day of July came on to be heard Plaintiff's Motion to Quash Deposition of Candelario De Leon and the court having reviewed the pleadings on file and the Motion recently filed by counsel for Plaintiff finds that said Motion should be and is hereby ~~granted~~ denied.

It is, ~~therefore~~, ORDERED that the Deposition of Candelario De Leon set for Monday, July 23, 2001 is not Quashed ~~and that the deposition be rescheduled to a date convenient to the calendar of all parties~~.

SIGNED this 23rd day of July, 2001.

_____
HONORABLE JUDGE HILDA TAGLE
UNITED STATES DISTRICT COURT

G:\WPFILES\FILES.CLT\D\DEL9827\PLEAD\DEPQUASH.MOT

6