Case 1:00-cv-00192   Document 59   Filed in TXSD on 07/24/2001   Page 1 of 4

*59*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

**JUL 2 4 2001**

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CANDELARIO DE LEON, | § | |
| | § | COMPLAINT FOR DAMAGES FOR VIOLATIONS |
| Plaintiff, | § | OF CIVIL RIGHTS UNDER COLOR OF STATE |
| | § | LAW (42 U.S.C. §§ 1983) |
| VS. | § | |
| | § | CIVIL ACTION NO. CV-B-00-192 |
| CITY OF BROWNSVILLE, TEXAS, ET AL., | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF FILING RULE 11 AGREEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Please take notice that CANDELARIO DE LEON, Plaintiff, files the attached letter which

constitutes an agreement in writing pursuant to Local Rule 8.53 the Federal Rules of Civil Procedure.

Respectfully submitted,

By: _____
CAROL P. LOMAX
State Bar No. 12509100
Federal I.D. No. 13464
BRANTON & HALL, P.C.
One Riverwalk Place, Suite 1700
700 North St. Mary's Street
San Antonio, Texas 78205
(210) 224-4474
(210) 224-1928 (Fax)

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been forwarded by certified mail return receipt requested, on this _____ day of _____, 2001, to:

Ryan Henry
Eileen M. Leeds
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521

ATTORNEYS FOR DEFENDANTS,
CITY OF BROWNSVILLE, TEXAS and
BENIGNO REYNA IN HIS OFFICIAL
CAPACITY AS CHIEF OF POLICE
FOR THE CITY OF BROWNSVILLE

Tyler Scheuerman
UZICK & ONCKEN, P.C.
8200 IH 10 West, Suite 208
San Antonio, Texas 78230

ATTORNEYS FOR DEFENDANTS,
STAT PHYSICIANS, P.A. and
JOAO DOVALE, M.D.

William Gault
Paul Fourt
BRIN & BRIN, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520

ATTORNEYS FOR DEFENDANTS
COLUMBIA VALLEY HEALTHCARE
SYSTEM, L.P. D/B/A VALLEY
REGIONAL MEDICAL CENTER AND
HCA-THE HEALTHCARE COMPANY

CAROL P. LOMAX



JAMES L. BRANTON
Board Certified • Personal Injury Trial Law
• Civil Trial Law
Texas Board of Legal Specialization

CAROL P. LOMAX
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

MICHAEL D. REYNA

BRANTON&HALL
A PROFESSIONAL CORPORATION
OF TRIAL LAWYERS

JAMES A. HALL
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

THOMAS A. CROSLEY
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

Of Counsel
HARRY L. MUNSINGER

July 18, 2001

**Via facsimile (210) 341-1570**

*4 mail 4*
United States District Court
Southern District of Texas
RECEIVED

'01  24 2001

Michael N. Milby, Clerk

@ 10 14 14

Mr. Tyler Scheuerman
Uzick & Oncken, P.C.
Fountainhead One Bldg.
8200 IH 10 West, Suite 208
San Antonio, Texas 78230

RE:     *Candelario DeLeon v. City of Brownsville, Texas,* Civil Action No. CV-V-00-192,
        United States District Court for the Southern District of Texas, Brownsville Division
        Our File No. 9827

Dear Mr. Scheuerman:

        Pursuant to your conversation of this date with Phyllis Burke of my office, it is my understanding that you have graciously agreed to extend Plaintiff's deadline to object and respond to discovery propounded by Defendants, Joao Dovale, M.D., and Stat Physicians. The due date to object and respond is currently July 20, 2001, but has now been extended by agreement to August 3, 2001.

        If this correctly reflects our agreement, please date and sign below and return to me via facsimile.

        Thank you for your attention to this matter.

                                Sincerely,

                                *Carol P. Lomax*

                                CAROL P. LOMAX

        I hereby agree that Plaintiff's deadline to object and respond to discovery propounded by Defendants Joao Dovale, M.D. and StatPhysicians is hereby extended to August 3, 2001.

Dated:_____              _____
                                TYLER SCHEUERMAN

One Riverwalk Place, Suite 1700 · 700 N St Mary's Street · San Antonio, Texas 78205

Tel (210) 224-4474 · www.branton-hall.com · Fax (210) 224-1928

Case 1:00-cv-00192   Document 59   Filed in TXSD on 07/24/2001   Page 4 of 4

# B&H
## BRANTON & HALL

JAMES E. BRANTON
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

CAROL P. LOMAX
Board Certified • Civil Trial Law Texas
Board Certification of Legal Specialization

MICHAEL D. REYNA

JAMES A. HALL
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

THOMAS A. CROSLEY
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

Of Counsel
HARRY L. MUNSINGER

July 18, 2001

Via facsimile (210) 341-1570

United States District Court
Southern District of Texas
RECEIVED

JUL 2 4 2001

Michael N. Milby, Clerk

Mr. Tyler Scheuerman
Uzick & Oncken, P.C.
Fountainhead One Bldg.
8200 IH 10 West, Suite 208
San Antonio, Texas 78230

RE:   *Candelario DeLeon v. City of Brownsville, Texas*, Civil Action No. CV-V-00-192,
      United States District Court for the Southern District of Texas, Brownsville Division
      Our File No. 9827

Dear Mr. Scheuerman:

Pursuant to your conversation of this date with Phyllis Burke of my office, it is my understanding that you have graciously agreed to extend Plaintiff's deadline to object and respond to discovery propounded by Defendants, Joao Dovale, M.D., and Stat Physicians. The due date to object and respond is currently July 20, 2001, but has now been extended by agreement to August 3, 2001.

If this correctly reflects our agreement, please date and sign below and return to me via facsimile.

Thank you for your attention to this matter.

Sincerely,

*Carol P. Lomax*

CAROL P. LOMAX

I hereby agree that Plaintiff's deadline to object and respond to discovery propounded by Defendants Joao Dovale, M.D. and StatPhysicians is hereby extended to August 3, 2001.

Dated: __7/18/01__

TYLER SCHEUERMAN

** TOTAL PAGE.02 **