# BRIN & BRIN, P.C.
## ATTORNEYS AT LAW

1325 PALM BLVD.
BROWNSVILLE, TEXAS 78520
TELEPHONE (956) 544-7110
FAX (956) 544-0607
tsullivan@brinandbrin.com

THOMAS SULLIVAN
MEMBER OF THE FIRM

CERTIFIED MEDIATOR
CERTIFIED FAMILY LAW MEDIATOR

CORPUS CHRISTI OFFICE
1202 THIRD STREET
CORPUS CHRISTI, TEXAS 78404
TELEPHONE (361) 881-9643
FAX (361) 883-0506

SAN ANTONIO OFFICE
FOUNTAINHEAD ONE
8200 I-10 WEST, SUITE 610
SAN ANTONIO, TEXAS 78230
TELEPHONE (210) 341-9711
FAX (210) 341-1854

EDINBURG OFFICE
123 W. MCINTYRE
COURTHOUSE SQUARE SUITES
EDINBURG, TEXAS 78539
TELEPHONE (956) 381-6602
FAX (956) 381-0725

July 20, 2001

Mr. Michael N. Milby
District Clerk of Court
600 E. Harrison, #101
Brownsville, Texas 78520

Re:  Civil Action No. CV-B-00-192
     Candelario De Leon v. City of Brownsville, Texas, et al
     In the Southern District of Texas, Brownsville Division

Dear Mr. Milby:

Please find enclosed for filing with the Court, a LR 83.5 Agreement in the above-styled and numbered cause.

By copy of this letter, I am sending a copy to all counsel of record.

Thank you for your usual courtesies, I remain

Sincerely yours,

Thomas Sullivan

ts/mmg
CLERK-7
ENCLOSURES

xc:  Ms. Carol Lomax                        VIA CM#7000 0520 0022 1414 2383
     Branton & Hall, P.C.
     One Riverwalk Place, Suite 1700
     700 N. St. Mary's Street
     San Antonio, Texas 78205

     Mr. Ryan Henry                         VIA REGULAR MAIL
     Willette & Guerra, L.L.P.
     3505 Boca Chica Boulevard
     Brownsville, Texas 78521

Mr. Michael N. Milby
Re:     Civil Action No. CV-B-00-192
        Candelario De Leon v. City of Brownsville, Texas, et al
        In the Southern District of Texas, Brownsville Division
July 20, 2001
Page 2

xc:     Mr. Tyler Scheuerman                **VIA REGULAR MAIL**
        Uzick & Oncken, P.C.
        Fountainhead One Building
        8200 IH-10 West, Suite 208
        San Antonio, Texas 78230

# BRIN & BRIN, P.C.
### ATTORNEYS AT LAW

1325 Palm Blvd.
Brownsville, Texas 78520
Telephone (956) 544-7110
Fax (956) 544-0017
tsullivan@brin-brin.com

CORPUS CHRISTI OFFICE
1202 Third Street
Corpus Christi, Texas 78404
Telephone (361) 881-9643
Fax (361) 883-0506

SAN ANTONIO OFFICE
FOUNTAINHEAD ONE
8200 I-10 West, Suite 610
San Antonio, Texas 78230
Telephone (210) 341-9711
Fax (210) 341-1851

EDINBURG OFFICE
123 W. McIntyre
Courthouse Square Suites
Edinburg, Texas 78539
Telephone (956) 381-6603
Fax (956) 381-0725

THOMAS SULLIVAN
Member of the Firm

Certified Mediator
Certified Family Law Mediator

July 18, 2001

**VIA FAX TRANSMISSION**

Ms. Carol Lomax
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's Street
San Antonio, Texas 78205

Re:   Civil Action No. CV-B-00-192
      Candelario De Leon v. City of Brownsville, Texas, et al
      In the Southern District of Texas, Brownsville Division

Dear Ms. Lomax:

Pursuant to your conversation with Maribel Gonzales on July 17, you have agreed to extend our expert designation deadline 21 days after we obtain the depositions of Mr. De Leon, Mr. Ross, Dr. Garriott, Dr. Willingham and Mr. Rodriguez.

If this accurately reflects our agreement, I would appreciate your signature below and returning the agreement to me so that I may file it with the Court as a LR 83.5 agreement.

Sincerely yours,

*Thomas Sullivan*

Thomas Sullivan

ts/mmg
LOMAX-23

AGREED TO AND APPROVED:

*Carol Lomax*

Ms. Carol Lomax
Attorney for Plaintiff