*6 1*

United States District Court
Southern District of Texas
FILED

**JUL 2 7 2001**

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CANDELARIO DE LEON,               §
                                  §
                                  §   COMPLAINT FOR DAMAGES FOR VIOLATIONS
                  Plaintiff,       §   OF CIVIL RIGHTS UNDER COLOR OF STATE
                                  §   LAW (42 U.S.C. §§ 1983)
VS.                               §
                                  §        CIVIL ACTION NO. CV-B-00-192
CITY OF BROWNSVILLE, TEXAS, ET AL., §
                                  §
                  Defendants.      §

## MOTION TO DISMISS

TO THE HONORABLE HILDA TAGLE, UNITED STATES DISTRICT COURT:

Plaintiff, CANDELARIO DE LEON, asks this Court to dismiss his suit against CITY OF

BROWNSVILLE, TEXAS, and BENIGNO REYNA, INDIVIDUALLY AND IN HIS OFFICIAL

CAPACITY AS CHIEF OF POLICE FOR THE CITY OF BROWNSVILLE, as authorized by

FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2).

1.     Plaintiff, CANDELARIO DE LEON has sued Defendants, CITY OF

BROWNSVILLE, TEXAS, and BENIGNO REYNA, INDIVIDUALLY AND IN HIS OFFICIAL

CAPACITY AS CHIEF OF POLICE FOR THE CITY OF BROWNSVILLE, pursuant to federal

statutes and in particular U.S.C. (§ 1983) .

2.     Plaintiff asks Court to dismiss his lawsuit against CITY OF BROWNSVILLE,

TEXAS, and BENIGNO REYNA, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS

CHIEF OF POLICE FOR THE CITY OF BROWNSVILLE in that sufficient discovery has taken

place with these particular Defendants.  It appears that they relied on representations on the other

Defendants in this case.  Under the law they may not be held liable for that reliance.

3.     The Court may grant a Motion for voluntary dismissal.  If the dismissal will not

prejudice or operate to the detriment of the non-movement FEDERAL RULES OF CIVIL PROCEDURE

41(a)(2).    Defendant, CITY OF BROWNSVILLE, TEXAS, and BENIGNO REYNA, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE FOR THE CITY OF BROWNSVILLE, will not be prejudice by this dismissal nor will the remaining defendants who will remain in the case, Stat Physicians, P.A. and Joao Dovale, M.D., Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center and HCA-The Healthcare Company. Defendant has not filed a counter claim.

    4.    Counsel for Defendant, CITY OF BROWNSVILLE, TEXAS, and BENIGNO REYNA IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE FOR THE CITY OF BROWNSVILLE has agreed that this dismissal is appropriate and timely.

    WHEREFORE, Plaintiff respectfully requests that the Court GRANT its Motion to Voluntarily Dismiss CITY OF BROWNSVILLE, TEXAS, and BENIGNO REYNA, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE FOR THE CITY OF BROWNSVILLE with prejudice to refile same and for such other and further belief as the Court deems proper.

Respectfully submitted,

By: _____
CAROL P. LOMAX
State Bar No. 12509100
Federal I.D. No. 13464
BRANTON & HALL, P.C.
One Riverwalk Place, Suite 1700
700 North St. Mary's Street
San Antonio, Texas 78205
(210) 224-4474
(210) 224-1928 (Fax)

COUNSEL FOR PLAINTIFF

2

## <u>CERTIFICATE OF CONFERENCE</u>

Carol Lomax has conferred with counsel for these Defendants, Ryan Henry.  Mr. Henry is

in agreement with the dismissal of this cause against only these Defendants.

_____
CAROL P. LOMAX

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been forwarded by certified mail return receipt requested, on this _____ day of _____, 2001, to:

Ryan Henry
Eileen M. Leeds
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521

ATTORNEYS FOR DEFENDANTS,
CITY OF BROWNSVILLE, TEXAS and
BENIGNO REYNA IN HIS OFFICIAL
CAPACITY AS CHIEF OF POLICE
FOR THE CITY OF BROWNSVILLE

Tyler Scheuerman
UZICK & ONCKEN, P.C.
8200 IH 10 West, Suite 208
San Antonio, Texas 78230

ATTORNEYS FOR DEFENDANTS,
STAT PHYSICIANS, P.A. and
JOAO DOVALE, M.D.

William Gault
Paul Fourt
BRIN & BRIN, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520

ATTORNEYS FOR DEFENDANTS
COLUMBIA VALLEY HEALTHCARE
SYSTEM, L.P. D/B/A VALLEY
REGIONAL MEDICAL CENTER AND
HCA-THE HEALTHCARE COMPANY

_____
CAROL P. LOMAX

4