United States District Court
Southern District of Texas
FILED

AUG 0 3 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DELEON | § § | |
| VS. | § § | CIVIL ACTION NO. CV-B-00-192 |
| CITY OF BROWNSVILLE, TEXAS, et al., DEFENDANTS. | § § § § | |

## NOTICE OF FILING

TO THE HONORABLE UNITED STATES DISTRICT COURT:

In compliance with Federal Rule of Civil Procedure 29, Defendant, Joao doVale, M.D., submits the attached written stipulation between counsel for Plaintiff and counsel for Defendant be filed among the papers in this cause.

Respectfully submitted,

**UZICK & ONCKEN, P.C.**

By: _____
Tyler Scheuerman
State Bar No. 00791610

Fountainhead One Building
8200 IH-10 West, Suite 208
San Antonio, Texas 78230
(210) 341-7703
(210) 341-1570 facsimile

**ATTORNEYS FOR DEFENDANT,
JOAO DOVALE, M.D.**

1

PAGE

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document has been sent by certified mail, return receipt requested, on the 1st day of August 2001, to:

Carol P. Lomax
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205

Ryan Henry
Willette & Guerra, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521

William Gault
Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520

_____
Tyler Scheuerman

# UZICK & ONCKEN, P.C.
## ATTORNEYS AT LAW

| | | |
|---|---|---|
| JEFFREY H. UZICK | 8200 IH-10 West, Suite 208 | ROGER A. BERGER |
| J. KEVIN ONCKEN | San Antonio, Texas 78230 | TYLER SCHEUERMAN |
| | Telephone (210) 341-7703 | ALFRED M. CASTILLAS |
| | Facsimile (210) 341-1570 | STEPHEN FILIPOVITCH |
| | | CYNTHIA A. GODOWSKI, R.N. |

July 23, 2001

Carol P. Lomax                                      **VIA FACSIMILE**
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205

RE:   *Candelario DeLeon v. City of Brownsville, Texas, et al.*, Case Number: CV-B-00-192 in the United States District Court, Southern District of Texas, Brownsville Division.

Dear Carol:

Just in case Mr. Sullivan's letter of July 18, 2001 is not clear, I also request your agreement to extend my clients' expert designation deadline until 21 days after we have obtained the deposition of your client and your designated expert witnesses. Please sign in the space provided below to indicate your agreement pursuant to Local Rule 83.5.

Best regards,

Tyler Scheuerman

TS:lap

AGREED:

_____
Carol P. Lomax

cc:   Ryan Henry
      William Gault

Houston Office
550 Westcott, Suite 290
Houston, Texas 77007
Telephone: (713) 869-2500
Facsimile: (713) 869-6699

** TOTAL PAGE.02 **