```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF TEXAS
                          BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED

AUG 1 5 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CANDELARIO DELEON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. CV-B-00-192 |
| | § | |
| CITY OF BROWNSVILLE, | § | |
| TEXAS, et al., | § | |
| DEFENDANTS. | § | |

## NOTICE OF FILING

TO THE HONORABLE UNITED STATES DISTRICT COURT:

In compliance with Federal Rule of Civil Procedure 29, Defendant, Joao doVale, M.D., submits the attached written stipulation between counsel for Plaintiff and counsel for Defendant be filed among the papers in this cause.

Respectfully submitted,

**UZICK & ONCKEN, P.C.**

By: _____
Tyler Scheuerman
State Bar No. 00791610
Federal No. 19683

Fountainhead One Building
8200 IH-10 West, Suite 208
San Antonio, Texas 78230
(210) 341-7703
(210) 341-1570 facsimile

**ATTORNEYS FOR DEFENDANT,
JOAO DOVALE, M.D.**

1

PAGE

## **CERTIFICATE OF SERVICE**

  This is to certify that a copy of the foregoing document has been sent by certified mail, return receipt requested, on the 13th day of August 2001, to:

Carol P. Lomax
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205

Ryan Henry
Willette & Guerra, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521

William Gault
Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520

                _____
                Tyler Scheuerman

# UZICK & ONCKEN, P.C.
## ATTORNEYS AT LAW

JEFFREY H. UZICK
J. KEVIN ONCKEN

8200 IH-10 West, Suite 203
San Antonio, Texas 78230
Telephone (210) 341-7703
Facsimile (210) 341-1570

ROGER A. BERGER
TYLER SCHEUERMAN
ALFRED M. CASTILLAS
STEPHEN FILIPOWITCH
CYNTHIA A. GODOWSKI, R.N.

July 23, 2001

Carol P. Lomax
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205

**VIA FACSIMILE**

RE: *Candelario DeLeon v. City of Brownsville, Texas, et al.*, Case Number: CV-B-00-192 in the United States District Court, Southern District of Texas, Brownsville Division.

Dear Carol:

Just in case Mr. Sullivan's letter of July 16, 2001 is not clear, I also request your agreement to extend my clients' expert designation deadline until 21 days after we have obtained the deposition of your client and your designated expert witnesses. Please sign in the space provided below to indicate your agreement pursuant to Local Rule 83.5.

Best regards,

Tyler Scheuerman

TS:lap

AGREED: _____
Carol P. Lomax

cc: Ryan Henry
    William Gault

Houston Office
510 Westcott, Suite 290
Houston, Texas 77007
Telephone: (713) 869-2900
Facsimile: (713) 869-6699