United States District Court
Southern District of Texas
FILED

AUG 1 6 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-192 |
| | § | |
| CITY OF BROWNSVILLE, TEXAS; | § | (JURY REQUESTED) |
| HCA - THE HEALTHCARE COMPANY, | § | |
| FORMERLY D/B/A COLUMBIA/HCA | § | |
| HEALTHCARE CORPORATION, | § | |
| COLUMBIA VALLEY HEALTHCARE | § | |
| SYSTEM, L.P., INDIVIDUALLY AND | § | |
| D/B/A VALLEY REGIONAL MEDICAL | § | |
| CENTER AND FORMERLY D/B/A | § | |
| COLUMBIA VALLEY REGIONAL | § | |
| MEDICAL CENTER, JOAO DOVALE, M.D., | § | |
| AND STAT PHYSICIANS, P.A. | § | |

## DEFENDANT CITY OF BROWNSVILLE'S EXPEDITED MOTION REQUESTING RULING ON PLAINTIFF'S MOTION FOR DISMISSAL

TO THE HONORABLE DISTRICT COURT:

NOW COMES the City of Brownsville, Defendant in the above styled and numbered case and files this its Expedited Motion Requesting Ruling on Plaintiff's Motion for Dismissal and for cause would respectfully show unto the Court the following:

### FACTS AND PROCEDURAL HISTORY

1. Plaintiff originally brought suit against the municipal Defendants under 42 U.S.C. § 1983, 1985, 1986, and 1988, alleging Defendants violated his Fourth, Fifth, Eighth, and Fourteenth Amendment rights guaranteed by the United States Constitution arising from his arrest on December 24, 1998. Later, Plaintiff sued the remaining Defendants, the Health Care Company (HCA), formerly D/B/A Columbia/HCA Healthcare Corporation, Columbia Valley Health Care Systems, L.P, individual and D/B/A Columbia Valley Regional Medical Center and Dr. Joao Doval, M.D.

alleging medical malpractice. Plaintiff then filed a Motion to Dismiss the individual municipal Defendants, Alex Ortiz, Benigno Reyna, and Andre Torres, which was granted on April 6, 2001. This Court then dismissed a majority of the Plaintiff's claims against the Defendant City of Brownsville. The only remaining claim against the Defendant City was under 42. U.S.C. § 1983. After discovery commenced in this case the Plaintiff had the opportunity to evaluate the true facts. As a result, on July 27, 2001, Plaintiff filed a Motion to Dismiss the Defendant City of Brownsville.

## DEFENDANT CITY OF BROWNSVILLE REQUESTS AN EXPEDITED RULING

2. Plaintiff's Motion to Dismiss was filed requesting this Court dismiss the City of Brownsville and Benigno Reyna, individual and in his official capacity. Such motion has gone unopposed. While Benigno Reyna, in his individual capacity has already been dismissed, Plaintiff's motion wishes to dismiss him in his official capacity as well as his individual capacity, again.

3. Several non-municipal defendants still remain in the lawsuit. Discovery is continuing and until this Court rules on Plaintiff's Motion to Dismiss, Defendants City of Brownsville and Reyna will continue to incur costs and expenses associated with complying with discovery and attending depositions and hearings. As a result, Defendants requests this Court consider the Plaintiff's Motion to Dismiss and make an expedited ruling so the Defendant City and Defendant Reyna can be aware of their standing in the case.

4. WHEREFORE, PREMISES CONSIDERED, Defendants, the City of Brownsville and Benigno Reyna, individually and in his official capacity, respectfully prays this Court consider Plaintiff's Motion to Dismiss in an expedited manner, grant Plaintiff's Motion to Dismiss, Dismiss Defendant City of Brownsville and Benigno Reyna, individually (again) and in his official capacity, and for such other relief, in law or in equity, as Defendants may show themselves justly entitled.

Signed on August 16, 2001.

                          Respectfully submitted,

                          **WILLETTE & GUERRA, L.L.P.**
                          International Plaza, Suite 460
                          3505 Boca Chica Boulevard
                          Brownsville, Texas 78504
                          Telephone: (956) 541-1846
                          Facsimile: (956) 541-1893

                          By: _/s/ Ryan Henry_____
                              Ryan Henry
                              State Bar No. 24007247
                              Fed. Id. No. 22968

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the above and foregoing instrument has on, August 16, 2001 been forwarded to:

| | |
|---|---|
| Ms. Carol P. Lomax | Mr. William Gault |
| BRANTON & HALL, P.C. | BRIN & BRIN, P.C. |
| One Riverwalk Place | 1325 Palm Blvd., Ste. A |
| 700 St. Mary's Street, Ste. 1700 | Brownsville, Texas 78520 |
| San Antonio, Texas 78205 | |

Mr. Tyler Scheuerman
UZICK & ONCKEN, P.C.
Fountainhead One Building
8200 IH 10 West, Ste. 208
San Antonio, Texas 78230

                                       _/s/ Ryan Henry_____
                                          Ryan Henry

## **CERTIFICATE OF CONFERENCE**

     The undersigned contacted counsel for the Plaintiff and for all other Defendants regarding this motion, all are unopposed to the filing of such motion.

                                       _/s/ Ryan Henry_____
                                          Ryan Henry

ClibPDF - www.fastio.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON | § § § § | |
| VS. | § § | CIVIL ACTION NO. B-00-192 |
| CITY OF BROWNSVILLE, TEXAS; HCA - THE HEALTHCARE COMPANY, FORMERLY D/B/A COLUMBIA/HCA HEALTHCARE CORPORATION, COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P., INDIVIDUALLY AND D/B/A VALLEY REGIONAL MEDICAL CENTER AND FORMERLY D/B/A COLUMBIA VALLEY REGIONAL MEDICAL CENTER, JOAO DOVALE, M.D., AND STAT PHYSICIANS, P.A. | § § § § § § § § § § § § | (JURY REQUESTED) |

## ORDER FOR DISMISSAL

Be it remembered, on this day, came on to be considered, the above-entitled and numbered matter wherein CANDELARIO DE LEON is the Plaintiff and CITY OF BROWNSVILLE, TEXAS and Benigno Reyna, in his official capacity are named Defendants. Upon consideration of the announcement of the parties that Plaintiff no longer wishes to prosecute any claims against the CITY OF BROWNSVILLE, TEXAS, or Benigno Reyna in his individual and his official capacity, pursuant to Fed. R. Civ. P. 41(a), the Court is of the opinion that a Dismissal is warranted and should be granted.

THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff, CANDELARIO DE LEON's claims in the above-referenced matter against Defendants CITY OF BROWNSVILLE, TEXAS and Benigno Reyna in his individual and official capacity, and be and are DISMISSED with prejudice.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that taxable costs of court

incurred to date by Plaintiff and Defendants CITY OF BROWNSVILLE, TEXAS and Benigno Reyna in his individual and official capacity, be paid by party incurring same. Any and all other relief which may have been sought in this cause, whether prayed for or not, is hereby DENIED.

Signed on this _____ day of _____, 2001.

_____
PRESIDING JUDGE

xc:
Ryan Henry, WILLETTE & GUERRA, L.L.P., International Blvd., Ste 460, 3505 Boca Chica, Brownsville, Texas 78521
Carol P. Lomax, BRANTON & HALL, P.C., 737 Travis Park Plaza Building, 711 Navarro Street, San Antonio, Texas 78205
Tyler Scheuerman, UZICK & ONCKEN, P.C., 8200 IH 10 West, Ste. 208, San Antonio, Texas 78230
William Gault, BRIN & BRIN, P.C., 1325 Palm Blvd., Ste. A, Brownsville, Texas 78520

ClibPDF - www.fastio.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON | § § § | |
| VS. | § § | CIVIL ACTION NO. B-00-192 |
| CITY OF BROWNSVILLE, TEXAS; HCA - THE HEALTHCARE COMPANY, FORMERLY D/B/A COLUMBIA/HCA HEALTHCARE CORPORATION, COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P., INDIVIDUALLY AND D/B/A VALLEY REGIONAL MEDICAL CENTER AND FORMERLY D/B/A COLUMBIA VALLEY REGIONAL MEDICAL CENTER, JOAO DOVALE, M.D., AND STAT PHYSICIANS, P.A. | § § § § § § § § § § § | (JURY REQUESTED) |

## ORDER SETTING HEARING MOTION FOR DISMISSAL

On this the ____ day of _____, 2001 came on for consideration Defendant City of Brownsville's Expedited Motion Requesting Ruling on Plaintiffs Motion to Dismiss. The court having reviewed said motion together with the papers on file is of the opinion that a hearing shall be held thereon.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED, that Defendant's Expedited Motion Requesting Ruling on Plaintiff's Motion to Dismiss is hereby set for hearing on the _____ day of _____, 2001 at _____ o'clock in this Honorable court

Signed for entry on this _____ day of _____, 2001.

_____
JUDGE PRESIDING

xc:
Ryan Henry, WILLETTE & GUERRA, L.L.P., International Blvd., Ste 460, 3505 Boca Chica, Brownsville, Texas 78521
Carol P. Lomax, BRANTON & HALL, P.C., 737 Travis Park Plaza Building, 711 Navarro Street, San Antonio, Texas 78205
Tyler Scheuerman, UZICK & ONCKEN, P.C., 8200 IH 10 West, Ste. 208, San Antonio, Texas 78230
William Gault, BRIN & BRIN, P.C., 1325 Palm Blvd., Ste. A, Brownsville, Texas 78520