

**COPY**

67

United States District Court
Southern District of Texas
FILED

OCT 0 5 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON, | § § | COMPLAINT FOR DAMAGES FOR VIOLATIONS |
| Plaintiff, | § § | OF CIVIL RIGHTS UNDER COLOR OF STATE LAW (42 U.S.C. §§ 1983) |
| VS. | § § | CIVIL ACTION NO. CV-B-00-192 |
| CITY OF BROWNSVILLE, TEXAS, ET AL., | § § | |
| Defendants. | § | |

## PLAINTIFF'S FIRST SUPPLEMENTAL DESIGNATION OF EXPERT WITNESSES

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES Plaintiff in the above styled and numbered cause of action, and pursuant to the Court's Scheduling Order, files designates his expert witnesses as follows:

1. Jose Luis Ayola, M.D.
   500 Paredes Line Road, Suite 4
   Brownsville, Texas 78520
   (956) 456-4119
   *Dr. Ayola has treated and continues to treat plaintiff Candelario DeLeon as a result of injuries sustained in the incident occurring on or after December 24, 1998. He may be called to testify regarding plaintiff's injuries and damages. He may be called to testify regarding the reasonableness and necessity of past and future medical treatment rendered and to be rendered to plaintiff as a result of subject incident. He or his custodian of records may also be called to testify regarding the authenticity of his business records.*

2. Dan Bagwell, R.N.
   Rehabilitation Professional Consultants, Inc.
   5101 Medical Drive
   San Antonio, Texas 78229
   (210) 615-7772
   *Mr. Bagwell is a nurse retained by plaintiff, who specializes in the preparation of life care plans. He will assist Dr. Willingham in the preparation of a life care plan for Candelario De Leon. He will assess the activities of daily living and medical needs of Candelario De Leon for the rest of his life expectancy. The Life Care Plan compiled by Alex C. Willingham, M.D. and Dan Bagwell was previously provided. The curriculums vitae and fee schedule of Alex C. Willingham and Dan Bagwell have also been provided. Publications by this expert*

*are contained in his curriculum vitae. A list of deposition and trial testimony for the past four years was previously provided.*

3. James L. Branton, P.C.
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's Street
San Antonio, Texas 78205
(210) 224-4474
*Plaintiff's attorney who may be called to testify regarding the reasonableness and necessity of attorneys' fees incurred by plaintiff as a result of the negligence of defendants.*

4. Agents, employees, representatives,
healthcare providers and
custodian of records of
Brownsville Medical Center
1048 West Jefferson Street
Brownsville, Texas 78520
(956) 544-1400
*These witnesses may be called to testify regarding the injuries and damages sustained by plaintiff as a result of subject incident. They may also be called to testify regarding the reasonableness and necessity of treatment rendered and to be rendered to plaintiff in the future as a result of injuries sustained in subject incident. They may also be called to testify regarding the authenticity of their business records.*

5. Agents, employees, representatives,
officers, and custodian of records of
City of Brownsville
Brownsville Police Department
600 East Jackson Street
Brownsville, Texas
(956) 548-7000
*These witnesses may be called to testify regarding their knowledge of subject incident and the injuries and damages resulting therefrom. They may also be called to testify regarding the authenticity of their business records, including photographs, videotapes, and all other evidence created by or for this agency as a result of the detainment and arrest of Candelario De Leon.*

6.    Agents, employees, representatives,
healthcare providers and
custodian of records of
City of Brownsville E.M.S.
954 East Madison Street
Brownsville, Texas 78520
(956) 541-9491
*Provided emergency medical treatment to plaintiff. These witnesses may be called to testify regarding treatment provided to plaintiff, injuries and damages he sustained, the authenticity of their business records, and the reasonableness and necessity of treatment rendered.*

7.    Agents, employees, representatives,
healthcare providers and
custodian of records of
Columbia Valley Regional Medical Center
now referred to as Valley Regional Medical Center
100 A. E. Alton Gloor
Brownsville, Texas
(956) 350-7000
*These witnesses may be called to testify regarding treatment rendered to Candelario De Leon while a patient at their facility. They may also be called to testify regarding the authenticity of their business records and the reasonableness and necessity of treatment rendered.*

8.    Joao Dovale, M.D.
1102 West Trenton Road
Edinburg, Texas
*Defendant who provided treatment to plaintiff while a patient at Columbia Valley Regional Medical Center who will be called to testify regarding that treatment.*

9.    Jesus Dovalina
Dovalina & Fernandez, P.C.
P.O. Drawer 1209
Del Rio, Texas 78840
(956) 774-5252
*Attorney who may be called to testify regarding the reasonableness and necessity of attorneys' fees incurred by plaintiff as a result of the negligence of defendants.*

10.    S. Fonseca, EMT
City of Brownsville E.M.S.
954 East Madison Street
Brownsville, Texas 78520
(956) 541-9491

*Provided emergency medical treatment to plaintiff. This witness may be called to testify regarding treatment provided to plaintiff, injuries and damages he sustained, the authenticity of business records, and the reasonableness and necessity of treatment rendered.*

11. Luis Gayton, M.D.
    2137 East 22nd Street
    Brownsville, Texas 78520
    (956) 548-7400
    *Dr. Gayton has treated and continues to treat plaintiff Candelario DeLeon as a result of injuries sustained in the incident occurring on or after December 24, 1998. He may be called to testify regarding plaintiff's injuries and damages. He may be called to testify regarding the reasonableness and necessity of past and future medical treatment rendered and to be rendered to plaintiff as a result of subject incident. He or his custodian of records may also be called to testify regarding the authenticity of his business records.*

12. James C. Garriott, Ph.D., Forensic Toxicologist
    16031 Oak Grove
    San Antonio, Texas 78255
    (210) 695-9520
    *Dr. Garriott is a forensic toxicologist retained by plaintiff to testify as to the blood alcohol level of Candelario De Leon at the time of subject incident and the effects the alcohol would have on his physical and mental capacity. His report was previously provided. His curriculum vitae and fee schedule have been provided. Publications for the past ten years by this expert are contained in his curriculum vitae. A list of depositions and trial testimony for the past four years will be supplemented.*

13. James Henson, EMT
    City of Brownsville E.M.S.
    954 East Madison Street
    Brownsville, Texas 78520
    (956) 541-9491
    *Provided emergency medical treatment to plaintiff. This witness may be called to testify regarding treatment provided to plaintiff, injuries and damages he sustained, the authenticity of business records, and the reasonableness and necessity of treatment rendered.*

14. Agents, representatives, employees and
    custodian of records of
    Internal Revenue Service
    Austin, Texas
    (exact address & phone unknown)
    *These witnesses may be called to testify regarding the authenticity of tax records relating to plaintiff.*

15. Victor Leal, M.D.
    30 North Park Place
    Brownsville, Texas 78520
    (956) 542-9118
    *Dr. Leal has treated and continues to treat plaintiff Candelario DeLeon as a result of injuries sustained in the incident occurring on or after December 24, 1998. He may be called to testify regarding plaintiff's injuries and damages. He may be called to testify regarding the reasonableness and necessity of past and future medical treatment rendered and to be rendered to plaintiff as a result of subject incident. He or his custodian of records may also be called to testify regarding the authenticity of his business records.*

16. Carol P. Lomax
    Branton & Hall, P.C.
    One Riverwalk Place, Suite 1700
    700 N. St. Mary's Street
    San Antonio, Texas 78205
    (210) 224-4474
    *Plaintiff's attorney who may be called to testify regarding the reasonableness and necessity of attorneys' fees incurred by plaintiff as a result of the negligence of defendants.*

17. G. Mendoza, E.M.T.
    City of Brownsville E.M.S.
    954 East Madison Street
    Brownsville, Texas 78520
    (956) 541-9491
    *Provided emergency medical treatment to plaintiff. This witness may be called to testify regarding treatment provided to plaintiff, injuries and damages he sustained, the authenticity of business records, and the reasonableness and necessity of treatment rendered.*

18. Nagarjun Narra, M.D.
    Brownsville Medical Center
    1048 West Jefferson Street
    Brownsville, Texas 78528
    (956) 544-1400
    *Dr. Narra diagnosed and treated plaintiff Candelario DeLeon for his spinal cord injuries. He may be called to testify regarding plaintiff's injuries and damages. He may be called to testify regarding the reasonableness and necessity of past and future medical treatment rendered and to be rendered to plaintiff as a result of subject incident. He or his custodian of records may also be called to testify regarding the authenticity of his business records.*

19. Philip Onghai, M.D.
    Brownsville Medical Center
    1048 West Jefferson Street
    Brownsville, Texas 78520
    (956) 544-1400
    *or*
    Medical Billing Services
    302 Kings Highway, Suite 210
    Brownsville, Texas 78521
    (956) 982-0400
    *Dr. Onghai diagnosed and treated plaintiff Candelario DeLeon for his spinal cord injuries. He may be called to testify regarding plaintiff's injuries and damages. He may be called to testify regarding the reasonableness and necessity of past and future medical treatment rendered and to be rendered to plaintiff as a result of subject incident. He or his custodian of records may also be called to testify regarding the authenticity of his business records.*

20. Officer Alex Ortiz
    c/o Brownsville Police Department
    600 East Jackson Street
    Brownsville, Texas 78520
    (830) 548-7000
    *This officer was one of the investigating and/or arresting officers involved in the detainment and arrest of plaintiff. He may be called to testify regarding the scene of the accident, injuries and damages resulting therefrom, the detainment, transfer and treatment of plaintiff while under detainment by the City of Brownsville. He may also be called to testify regarding the authenticity of business records, photographs and other demonstrative evidence originated a result of subject incident.*

21. Nick Peters, M.D.
    2300 Marie Curie Road
    Garland, Texas 75042
    (972) 562-8541
    *Dr. Peters is a board certified Emergency Medicine physician retained by plaintiffs to review the medical treatment provided to Candelario De Leon while a patient at Columbia Valley Regional Medical Center. His mental impressions and opinions are contained in his report of November 10, 2000, previously attached. His curriculum vitae and fee schedule has been attaqched. Lists of publications for the past ten years and testimony, whether by deposition or trial for the past four years, have been requested and will be supplemented.*

22. Chief Beningo Reyna
    c/o Brownsville Police Department
    600 East Jackson Street
    Brownsville, Texas 78520
    (956) 548-7000
    *Chief Reyna may be called to testify regarding the facts and circumstances relevant to subject incident and the polices of the police department in handling detainees who are injured. He may also be called to testify regarding the authenticity of business records, photographs and other demonstrative evidence originated by or for defendants as a result of subject incident.*

23. Commander Albert Rodriguez
    11017 Crossland
    Austin, Texas 78726
    (512) 424-2218
    *Commander Rodriguez is Director of Training for the Texas Department of Public Safety and has been retained as an expert to testify regarding the police officers' actions during the arrest and detainment of Candelario De Leon beginning on December 24, 1998. His mental impressions and opinions are contained in his report which has been provided. His curriculum vitae has also been provided. Lists of his publications of the last ten years and testimony at deposition and trial for the past four years have been ordered and will be supplemented upon receipt.*

24. P. Rojas, EMT
    City of Brownsville E.M.S.
    954 East Madison Street
    Brownsville, Texas 78520
    (956) 541-9491
    *Provided emergency medical treatment to plaintiff. This witness may be called to testify regarding treatment provided to plaintiff, injuries and damages he sustained, the authenticity of business records, and the reasonableness and necessity of treatment rendered.*

25. Rey Rosat, EMT
    City of Brownsville E.M.S.
    954 East Madison Street
    Brownsville, Texas 78520
    (956) 541-9491
    *Provided emergency medical treatment to plaintiff. This witness may be called to testify regarding treatment provided to plaintiff, injuries and damages he sustained, the authenticity of business records, and the reasonableness and necessity of treatment rendered.*

26. Zeff Ross, FACHE
    10213 Capri Street
    Cooper City, Florida 33026-4637
    (954) 433-7199
    *Mr. Ross is a retained expert who is a certified healthcare executive and Fellow in the American College of Healthcare Executives. He is currently the Administrator of a hospital in Florida. Mr. Ross will be called to testify regarding hospital policies and procedures to ensure healthcare providers meet the standard of care in the treatment of its patients. His curriculum vitae and fee schedule have been provided. His report has also been provided. He will testify regarding the care and treatment rendered by Columbia Valley Regional Medical Center. He may also testify regarding Stat Physicians and the hospital's policies and procedures for selecting and hiring physicians. His fee schedule has been provided. His list of testimony for the past four years is attached.*

27. Homayon Sidiq, M.D.
    2137 East 22nd Street
    Brownsville, Texas 78521
    (956) 548-7400
    *Dr. Sidiq diagnosed and treated and continues to treat plaintiff Candelario DeLeon for his spinal cord injuries. He may be called to testify regarding plaintiff's injuries and damages. He may be called to testify regarding the reasonableness and necessity of past and future medical treatment rendered and to be rendered to plaintiff as a result of subject incident. He or his custodian of records may also be called to testify regarding the authenticity of his business records.*

28. Jeremy Slater, M.D.
    St. John's Physicians & Clinics
    3231 South National Avenue
    Springfield, Missouri 65807-7396
    (417) 883-7422
    *Dr. Slater is a Board Certified Neurologist retained by plaintiffs. His mental impressions and opinions are contained in his report previously provided. His curriculum vitae and fee schedule have also been provided. Lists of his publications for the past ten years and testimony, by deposition and at trial for the past four years, have been ordered and will be supplemented.*

29. Khalid R. Solija, M.D.
    109 East Price Road
    Brownsville, Texas 78520
    (956) 546-5237
    *Dr. Solija has treated and continues to treat plaintiff Candelario DeLeon as a result of injuries sustained in the incident occurring on or after December 24, 1998. He may be called to testify regarding plaintiff's injuries and damages. He may be called to testify regarding*

*the reasonableness and necessity of past and future medical treatment rendered and to be rendered to plaintiff as a result of subject incident. He or his custodian of records may also be called to testify regarding the authenticity of his business records.*

30. Andre S. Torres, Jr.
    c/o Brownsville Police Department
    600 East Jackson Street
    Brownsville, Texas 78520
    (830) 548-7000
    *This officer was one of the investigating and/or arresting officers involved in the detainment and arrest of plaintiff. He may be called to testify regarding the scene of the accident, injuries and damages resulting therefrom, the detainment, transfer and treatment of plaintiff while under detainment by the City of Brownsville. He may also be called to testify regarding the authenticity of business records, photographs and other demonstrative evidence originated by or for defendants as a result of subject incident.*

31. Maria C. Uribe, M.D.
    Brownsville Medical Center
    1048 West Jefferson Street
    Brownsville, Texas 78528
    (956) 544-1400
    *Dr. Uribe diagnosed and treated plaintiff Candelario DeLeon for his spinal cord injuries. She may be called to testify regarding plaintiff's injuries and damages. She may be called to testify regarding the reasonableness and necessity of past and future medical treatment rendered and to be rendered to plaintiff as a result of subject incident. She or her custodian of records may also be called to testify regarding the authenticity of his business records.*

32. Anant Utturkar, M.D.
    Brownsville Medical Center
    1048 West Jefferson Street
    Brownsville, Texas 78528
    (956) 544-1400
    *Dr. Utturkar diagnosed and treated plaintiff Candelario DeLeon for his spinal cord injuries. He may be called to testify regarding plaintiff's injuries and damages. He may be called to testify regarding the reasonableness and necessity of past and future medical treatment rendered and to be rendered to plaintiff as a result of subject incident. He or his custodian of records may also be called to testify regarding the authenticity of his business records.*

33. Agents, employees, representatives,
    healthcare providers and
    custodian of records of
    Valley Grande Manor Nursing Home
    901 Wild Rose Lane
    Brownsville, Texas 78520
    (956) 546-4568
    *These witnesses may be called to testify regarding the care required by plaintiff Candelario De Leon as a result of injuries he sustained in subject incident. They may also be called to testify regarding the reasonableness and necessity of treatment rendered and to be rendered in the future plaintiff. They may be called to testify regarding the authenticity of their business records.*

34. Jose Luis Villalobos, M.D.
    864 Central Boulevard
    Brownsville, Texas 78520
    (956) 546-3595
    *Dr. Villalobos has treated and continues to treat plaintiff Candelario DeLeon as a result of injuries sustained in the incident occurring on or after December 24, 1998. He may be called to testify regarding plaintiff's injuries and damages. He may be called to testify regarding the reasonableness and necessity of past and future medical treatment rendered and to be rendered to plaintiff as a result of subject incident. He or his custodian of records may also be called to testify regarding the authenticity of his business records.*

35. Alex C. Willingham, M.D.
    Rehabilitation Professional Consultants, Inc.
    5101 Medical Drive
    San Antonio, Texas 78229
    (210) 615-7772
    *Dr. Willingham is a Physical Medicine and Rehabilitation physician, retained by plaintiff to prepare a Life Care Plan for Candelario De Leon. He has assessed the activities of daily living and medical needs of Candelario De Leon for the rest of his life expectancy. His report, curriculum vitae and fee schedule have been provided. Publications for the past ten years by this expert are contained in his curriculum vitae. A list of depositions and trial testimony for the past four years has also been provided.*

-11-

Plaintiff reserves the right to call all expert witnesses previously and subsequently designated by all parties to this lawsuit.

Respectfully submitted,

By: /s/ Carol P. Lomax
CAROL P. LOMAX
State Bar No. 12509100
Federal I.D. No. 13464
BRANTON & HALL, P.C.
One Riverwalk Place, Suite 1700
700 North St. Mary's Street
San Antonio, Texas 78205
(210) 224-4474
(210) 224-1928 (Fax)

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been forwarded by certified mail return receipt requested, on this **3rd** day of **October**, 2001, to:

Ryan Henry
Eileen M. Leeds
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521

ATTORNEYS FOR DEFENDANTS,
CITY OF BROWNSVILLE, TEXAS and
BENIGNO REYNA IN HIS OFFICIAL
CAPACITY AS CHIEF OF POLICE
FOR THE CITY OF BROWNSVILLE


Tyler Scheuerman
UZICK & ONCKEN, P.C.
8200 IH 10 West, Suite 208
San Antonio, Texas 78230
ATTORNEYS FOR DEFENDANTS,
STAT PHYSICIANS, P.A. and
JOAO DOVALE, M.D.


William Gault
Paul Fourt
BRIN & BRIN, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
ATTORNEYS FOR DEFENDANTS
COLUMBIA VALLEY HEALTHCARE
SYSTEM, L.P. D/B/A VALLEY
REGIONAL MEDICAL CENTER AND
HCA-THE HEALTHCARE COMPANY

_____
CAROL P. LOMAX

Zeff Ross, FACHE
10213 Capri St.
Cooper City, FL 33026-4637

## PAST CASES

Bruce Rosenberg, DO vs. Universal Medical Center
Expert for the Defense
Deposed: April 2, 1993

Atkins vs. Universal Medical Center
Expert for the Defense
Deposed: September 8, 1994

Alicia M. Dromgoole vs. Doctors Hospital of Laredo and Hector Hermandez
Expert for the Defense
Deposed: May 3, 1995
Testified: December 14, 1995

Marie Arnette and Reginald D. Arnette vs. Timothy G. Day, M.D. et al.,
  Angelia Michelle Davidson and Charles Wayne Davidson vs. Timothy G. Day, M.D. et al.,
  Charles Bentley et al. vs McKowen, et. al.
Expert for the Plaintiff
Deposed: January 13, 1997

Richard Barringer vs. Baptist Healthcare of Oklahoma, Inc. d/b/a Blackwell Regional Hospital
Expert for the Plaintiff
Deposed: October 1, 1997

Morgan vs. Wiregrass Hospital and Nursing Home and Quorum Healthcare, Jeff Sheppard, Dr. Arnold and Dr. John Martin
Expert for the Plaintiff
Deposed: November 16, 1998

Lorene Wallace vs. Baptist Memorial Healthcare Corporation
Expert for the Plaintiff
Deposed: June 14, 1999

Darlene Doty vs. Columbia HCA Healthcare d/b/a Columbia Southwest Regional Medical Center
Expert for the Plaintiff
Deposed: September 30, 1999
Videotape Deposition: January 26, 2000

Zeff Ross, FACHE
10213 Capri St.
Cooper City, FL  33026-4637

## PAST CASES (Cont.)

Ben Farbstein, Esq.
Domestic Case
Broward County, Florida
Testimony: January 28, 2000

Lawrence Carter vs. Rolling, M.D., et. al.
Expert for the Plaintiff
Deposed: August 23, 1999
Testimony: January 31, 2000

Pamela J. Ghormley vs. Luis Barandiaran, M.D.,
    Judith E. Holt, CRNA & Bay Area Healthcare Group, LTD
    d/b/a Columbia Bay Area Medical Center
Expert for the Plaintiff
Deposed: December 27, 2000

Jesus Urdiales vs. Peggy Robinson, CRNA & Mercy Regional Medical Center, Texas
Expert for the Plaintiff
Deposed: January 15, 2001

8/22/01