

United States District Court
Southern District of Texas
FILED

NOV 0 9 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON, | § | |
| | § | COMPLAINT FOR DAMAGES FOR VIOLATIONS |
| Plaintiff, | § | OF CIVIL RIGHTS UNDER COLOR OF STATE |
| | § | LAW (42 U.S.C. §§ 1983) |
| VS. | § | |
| | § | CIVIL ACTION NO. CV-B-00-192 |
| CITY OF BROWNSVILLE, TEXAS, ET AL., | § | |
| | § | |
| Defendants. | § | |

### PLAINTIFF'S RESPONSE TO DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS

TO THE HONORABLE HILDA TAGLE, UNITED STATES DISTRICT JUDGE:

COMES now the Plaintiff CANDELARIO DE LEON and files this Plaintiff's Response to Defendants' Reply to Plaintiff's Response to Defendants' Motion to Dismiss, and would show unto the Court as follows:

1. The Plaintiff has provided to the Court ample documentation of his compliance with all aspects of medical malpractice statutes and law in Texas. Plaintiff is in absolute compliance with all statutes and law.

2. As Defendants well know, no depositions have been taken in this case, and as those depositions of the Defendants and Defendants' employees are taken, the reports of Plaintiff's experts will be supplemented from information obtained in those depositions. Plaintiff has on numerous occasions sought to set up the depositions of various witnesses and has met with no cooperation from the Defendants.

3. Plaintiff is confident that the Defendants will work with the Plaintiff to set up these depositions and that there will be no need for court intervention. The expert reports will be supplemented with any new opinions or information.

WHEREFORE, Plaintiff respectfully requests that this Court deny Defendants' Motion to Dismiss in its entirety and for such other and further relief as the Court deems proper.

Respectfully submitted,

By: _____
CAROL P. LOMAX
State Bar No. 12509100
Federal I.D. No. 13464
BRANTON & HALL, P.C.
One Riverwalk Place, Suite 1700
700 North St. Mary's Street
San Antonio, Texas 78205
(210) 224-4474
(210) 224-1928 (Fax)

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been forwarded by certified mail return receipt requested, on this _2_ day of _November_, 2001, to:

Ryan Henry
Eileen M. Leeds
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521

ATTORNEYS FOR DEFENDANTS,
CITY OF BROWNSVILLE, TEXAS and
BENIGNO REYNA IN HIS OFFICIAL
CAPACITY AS CHIEF OF POLICE
FOR THE CITY OF BROWNSVILLE

Tyler Scheuerman
UZICK & ONCKEN, P.C.
8200 IH 10 West, Suite 208
San Antonio, Texas 78230

ATTORNEYS FOR DEFENDANTS,
STAT PHYSICIANS, P.A. and
JOAO DOVALE, M.D.

William Gault
Paul Fourt
BRIN & BRIN, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520

ATTORNEYS FOR DEFENDANTS
COLUMBIA VALLEY HEALTHCARE
SYSTEM, L.P. D/B/A VALLEY
REGIONAL MEDICAL CENTER AND
HCA-THE HEALTHCARE COMPANY

_____
CAROL P. LOMAX

G\WPFILES\FILES CLT\D\DEL9827\PLEAD\RSP-MTD.RSP

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON, | § § | COMPLAINT FOR DAMAGES FOR VIOLATIONS |
| Plaintiff, | § § | OF CIVIL RIGHTS UNDER COLOR OF STATE LAW (42 U.S.C. §§ 1983) |
| VS. | § § | CIVIL ACTION NO. CV-B-00-192 |
| CITY OF BROWNSVILLE, TEXAS, ET AL., | § § | |
| Defendants. | § | |

## ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE PLAINTIFF'S RESPONSE TO DEFENDANTS' REPLY TO DEFENDANTS' MOTION TO DISMISS

On this _____ day of _____, 2001, came on to heard, Defendants' Motion to Dismiss and Plaintiff's response thereto. The Court having considered the pleadings on file and having heard the arguments of counsel finds that same should be and is hereby denied in its entirety.

IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss is denied in its entirety.

SIGNED this _____ day of _____, 2001.

_____
HONORABLE HILDA TAGLE
UNITED STATES DISTRICT COURT