71

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas

NOV 1 4 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CANDELARIO DE LEON | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. CV-B-00-192 |
| | § | JURY DEMANDED |
| | § | |
| CITY OF BROWNSVILLE, | § | |
| TEXAS, ET AL | § | |

## DEFENDANTS REJOINDER TO PLAINTIFF'S RESPONSE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Comes Now, Defendants Columbia Valley Healthcare System, L.P. d/b/a, Valley Regional

Medical Center and HCA - The Healthcare Company and file this, their Rejoinder to Plaintiff's

Response dated November 2, 2001 and would show the Court as follows:

I.

Paragraphs 2 and 3 of Plaintiff's response are incorrect. Attached hereto is exhibits 1-31

which are the entirety of the letters between the parties concerning setting up depositions up to

November 7, 2001. Exhibit 1 is an offer to depose the Plaintiff's daughter which the Defendants

were not interested in doing. The remainder of the exhibits show these Defendants persistence in

attempting to set up the deposition of the Plaintiff and Plaintiff's experts. The Plaintiff's attorney

gave us the date of July 23, 2001 to depose the Plaintiff. After that, the deposition was noticed with

the agreement of the Plaintiff's counsel, Plaintiff's counsel forwarded exhibit 8, 11, 12, 13 and 15

citing multiple reasons why she was not able to provide the Plaintiff for his deposition in July,

including an agreement with counsel for the City of Brownsville that the Plaintiff's deposition had

to be taken at the same time as the police officer's deposition or on consecutive dates. This did not

seem to have ever been an agreement, and appeared only to have been an attempt to accommodate

DELEON/VRMC: REJ-MTN
PAGE 1

Plaintiff's counsel. See Exhibit 16 and 8. The Plaintiff's attorney filed a motion to quash the Plaintiff's deposition and while it was pending, counsel entered into an agreement to postpone the deposition as long as the Plaintiff's attorney provided the Plaintiff's deposition and the Plaintiff's experts depositions before defense counsel had to designate their experts. Subsequently, the Court denied Plaintiff's motion to quash. The Plaintiff still has not been deposed.

As shown in the subsequent exhibits, counsel for these Defendants finally has left the scheduling of the Plaintiff and Plaintiff's experts depositions up to the Plaintiff's counsel and the counsel for the Co-Defendant and asked them to notify the undersigned of the available dates. See Exhibit 29. Plaintiff's counsel has repeatedly stated that she was unavailable until September to schedule the depositions of the Plaintiff and Plaintiff's experts. The undersigned counsel has patiently attempted to get an agreeable date for these depositions. Still, as of today's date, Plaintiff's counsel has not provided us a date agreeable to her to depose the Plaintiff and Plaintiff's expert witnesses.

Plaintiff's aver that Plaintiff has on numerous occasions sought to set up the deposition of various witnesses and met with no cooperation from the Defendants. The entirety of the correspondence up to November 7, 2001 relating to setting up depositions is attached, except for the correspondence attached to matters filed with the court. Clearly, Plaintiff's counsel has not been interested in presenting any of her witnesses. The only correspondence related to Plaintiff's request for depositions is Exhibit 15 which makes a general statement there are several depositions that the Plaintiff's counsel needs to take, but does not suggest any particular persons to be deposed or when to depose them.

WHEREFORE, PREMISES CONSIDER, Defendant Columbia Valley Healthcare System, L.P. d/b/a, Valley Regional Medical Center and HCA- The Healthcare Company would move that Court disregard paragraph 2 and 3 of Plaintiff's Response dated November 2, 2001 and that the

Court grant its Motion to Dismiss and for such other and further relief, at law or in equity, to which it may show itself justly entitled to receive.

Respectfully submitted,

By: _____

William Gault
Federal I.D. No. 14685
State Bar No. 07765050

Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

Of Counsel:

Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

ATTORNEYS FOR DEFENDANT
COLUMBIA VALLEY HEALTHCARE
SYSTEM, L.P. D/B/A VALLEY
REGIONAL MEDICAL CENTER AND
HCA-THE HEALTHCARE COMPANY

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing instrument has been forwarded to counsel as indicated below on this the _____ day of November, 2001.

Ms. Carol Lomax                        **VIA CM#7000 1670 0001 2716 0174**
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's Street
San Antonio, Texas 78205

Mr. Ryan Henry                        **VIA REGULAR MAIL**
Willette & Guerra, L.L.P.
3505 Boca Chica Boulevard
Brownsville, Texas 78521

Mr. Tyler Scheuerman                 **VIA REGULAR MAIL**
Uzick & Oncken, P.C.
Fountainhead One Building
8200 IH-10 West, Suite 208
San Antonio, Texas 78230

_____
William Gault

# B&H
## BRANTON&HALL
A PROFESSIONAL CORPORATION
TRIAL LAWYERS

JAMES L. BRANTON
 Board Certified •
 Texas

CAROL P. LOMAX
 Board Certified •
 Texas

JASON P. HOELSCHER

JAMES A. HALL
 Board Certified • Personal
 Texas Board of Legal Specialization

THOMAS A. CROSLEY
 Board Certified • Personal
 Texas Board of Legal Specialization

Of Counsel
HARRY L. MUNSINGER

June 25, 2001

Mr. William Gault
BRIN & BRIN, P.C.
Attorneys at Law
1325 Palm Blvd.
Brownsville, Texas 78520

Mr. Ryan Henry
WILLETTE & Guerra, L.L.P.
3505 Boca Chica Blvd.
Brownsville, Texas 78521

Mr. Tyler Scheuerman
Uzick & Oncken, P.C.
Fountainhead One Bldg.
8200 IH 10 West, Suite 208
San Antonio, Texas 78230

RE:  *Candelario DeLeon v. City of Brownsville, Texas,* Civil Action No. CV-V-00-192,
     United States District Court for the Southern District of Texas, Brownsville Division
     Our File No. 9827

Dear Counsel:

Mr. DeLeon's daughter, Rosalva, will be moving to Washington State near the end of July. If you wish to take her deposition, I would like to set it up before she moves so that she will not have to return to give a deposition. Although, the alternative is that all of us go to Seattle. She will be living in Takoma which is right next door to Seattle. Please give me your thoughts on this matter.

Sincerely,

CAROL P. LOMAX

CPL:sf

EXHIBIT
1

# BRIN & BRIN, P.C.
## ATTORNEYS AT LAW

**WILLIAM GAULT**
MEMBER OF THE FIRM

Board Certified
Personal Injury Trial Law

1325 PALM BLVD., SUITE A
BROWNSVILLE, TEXAS 78520
TELEPHONE (956) 544-7110
FAX (956) 544-0607
bgault@brinandbrin.com

CORPUS CHRISTI OFFICE
1202 THIRD STREET
CORPUS CHRISTI, TEXAS 78404
TELEPHONE (361) 881-9643
FAX (361) 883-0506

SAN ANTONIO OFFICE
FOUNTAINHEAD ONE
8200 I-10 WEST, SUITE 610
SAN ANTONIO, TEXAS 78230
TELEPHONE (210) 341-9711
FAX (210) 341-1854

EDINBURG OFFICE
123 W. MCINTYRE
COURTHOUSE SQUARE SUITES
EDINBURG, TEXAS 78539
TELEPHONE (956) 381-6602
FAX (956) 381-0725

June 27, 2001

**VIA FAX TRANSMISSION**

Ms. Carol Lomax
Attn: Beth
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's Street
San Antonio, Texas 78205

Re.    Civil Action No. CV-B-00-192
       Candelario De Leon v. City of Brownsville, Texas, et al
       In the Southern District of Texas, Brownsville Division

Dear Ms. Lomax:

Pursuant to my conversation with Beth of your office, we would like to take the deposition of your client, Candelario De Leon within 3 weeks and your expert, Zeff Ross within one month. Please provide us dates as soon as possible.

Sincerely yours,

Maribel Gonzales,
Paralegal to William Gault

.mng
LOMAX-9

**EXHIBIT**

2

# BRIN & BRIN, P.C.
## ATTORNEYS AT LAW

WILLIAM GAULT
MEMBER OF THE FIRM

Board Certified
Personal Injury Trial Law

1325 PALM BLVD., SUITE A
BROWNSVILLE, TEXAS 78520
TELEPHONE (956) 544-7110
FAX (956) 544-0607
bgault@brinandbrin.com

CORPUS CHRISTI OFFICE
1202 THIRD STREET
CORPUS CHRISTI, TEXAS 78404
TELEPHONE (361) 881-9643
FAX (361) 883-0506

SAN ANTONIO OFFICE
FOUNTAINHEAD ONE
8200 I-10 WEST, SUITE 610
SAN ANTONIO, TEXAS 78230
TELEPHONE (210) 341-9711
FAX (210) 341-1854

EDINBURG OFFICE
123 W. MCINTYRE
COURTHOUSE SQUARE SUITES
EDINBURG, TEXAS 78539
TELEPHONE (956) 381-6602
FAX (956) 381-0725

July 6, 2001

**VIA FAX TRANSMISSION**
2nd request

Ms. Carol Lomax
Attn. Beth
Branton & Hall, P C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's Street
San Antonio, Texas 78205

Re      Civil Action No. CV-B-00-192
        Candelario De Leon v. City of Brownsville, Texas, et al
        In the Southern District of Texas, Brownsville Division

Dear Ms. Lomax.

        Please provide us dates when we can depose your experts, Dr. Ross, Dr. Willingham and Dr. Garriott as soon as possible.

                                Sincerely yours,

                                Maribel Gonzales,
                                Paralegal to William Gault

.mmg
LOMAX-11

EXHIBIT
3

# BRIN & BRIN, P.C.
### ATTORNEYS AT LAW

WILLIAM GAULT
MEMBER OF THE FIRM

Board Certified
Personal Injury Trial Law

1325 PALM BLVD., SUITE A
BROWNSVILLE, TEXAS 78520
TELEPHONE (956) 544-7110
FAX (956) 544-0607
bgault@brinandbrin.com

CORPUS CHRISTI OFFICE
1202 THIRD STREET
CORPUS CHRISTI, TEXAS 78404
TELEPHONE (361) 881-9643
FAX (361) 883-0506

SAN ANTONIO OFFICE
FOUNTAINHEAD ONE
8200 I-10 WEST, SUITE 610
SAN ANTONIO, TEXAS 78230
TELEPHONE (210) 341-9711
FAX (210) 341-1854

EDINBURG OFFICE
123 W. MCINTYRE
COURTHOUSE SQUARE SUITES
EDINBURG, TEXAS 78539
TELEPHONE (956) 381-6602
FAX (956) 381-0725

July 9, 2001

**VIA FAX TRANSMISSION**

Ms. Carol Lomax
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's Street
San Antonio, Texas 78205

Re:     Civil Action No. CV-B-00-192
        Candelario De Leon v. City of Brownsville, Texas, et al
        In the Southern District of Texas, Brownsville Division

Dear Ms. Lomax:

Thank you for sending me your designation of experts in this case. However, we did not receive a list of the testimony that Drs. Garriott, Peters, Slater, Ross and Mr. Rodriguez had participated in. I believe that is required under the rules and I would appreciate you providing that to me immediately. Also, in reviewing the report of Mr. Rodriguez, he stated that he has reviewed several things that have not been provided to me in discovery. He cites two cases by name, but there is no further information that is given and he states that he has reviewed the code of criminal procedure and the penal code, but does not quote which portion of those that he is referring to. Lastly, he discussed some training materials that he has reviewed, however those have not been provided to us in discovery. I would appreciate you getting with each of these experts and providing to me the information requested in the next few days.

Also, we have asked for the deposition of Dr. Ross, Dr. Garriott, Dr. Willingham and have not been provided dates for those. I would appreciate you providing to me those dates as soon as possible. Furthermore, I would like to set up the deposition of Officer Rodriguez and I would appreciate you providing to me that date as soon as possible.



**EXHIBIT**

_4_

Ms. Carol Lomax
Re:    Civil Action No. CV-B-00-192
        Candelario De Leon v. City of Brownsville, Texas, et al
        In the Southern District of Texas, Brownsville Division
July 9, 2001
Page 2


Sincerely yours,

William Gault


WRG/ss
LOMAX-13

# UZICK & ONCKEN, P.C.

### ATTORNEYS AT LAW

JEFFREY H. UZICK
J. KEVIN ONCKEN

8200 IH-10 West, Suite 208
San Antonio, Texas 78230
Telephone (210) 341-7703
Facsimile (210) 341-1570

ROGER A. BERGER
TYLER SCHEUERMAN
ALFRED M. CASILLAS
STEPHEN FILIPOVITCH
CYNTHIA A. GODOWSKI, R.N.

July 10, 2001

William Gault
Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520

***Via Facsimile***

RE:   *Candelario DeLeon v. City of Brownsville, Texas, et al.*, Case Number: CV-B-00-192 in the United States District Court, Southern District of Texas, Brownsville Division.

Dear Bill:

   I am in receipt of your deposition notice for Mr. DeLeon. Can we move the start time for the deposition back to 10:30 or 11:00 a.m., so that those of us traveling from San Antonio can fly down that same morning? Let me know if that is acceptable.

Best regards,

Tyler Scheuerman

TS:lap

cc: Ryan Henry
    Carol Lomax

Houston Office
550 Westcott, Suite 290
Houston, Texas 77007
Telephone: (713) 869-2900
Facsimile: (713) 869-6699

EXHIBIT
5

# BRIN & BRIN, P.C.
## ATTORNEYS AT LAW

WILLIAM GAULT
MEMBER OF THE FIRM

Board Certified
Personal Injury Trial Law

1325 PALM BLVD., SUITE A
BROWNSVILLE, TEXAS 78520
TELEPHONE (956) 544-7110
FAX (956) 544-0607
bgault@brinandbrin.com

CORPUS CHRISTI OFFICE
1202 THIRD STREET
CORPUS CHRISTI, TEXAS 78404
TELEPHONE (361) 881-9643
FAX (361) 883-0506

SAN ANTONIO OFFICE
FOUNTAINHEAD ONE
8200 I-10 WEST, SUITE 610
SAN ANTONIO, TEXAS 78230
TELEPHONE (210) 341-9711
FAX (210) 341-1854

EDINBURG OFFICE
123 W. MCINTYRE
COURTHOUSE SQUARE SUITES
EDINBURG, TEXAS 78539
TELEPHONE (956) 381-6602
FAX (956) 381-0725

July 10, 2001

**VIA FAX TRANSMISSION**
3nd request

Ms. Carol Lomax
Attn: Beth
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's Street
San Antonio, Texas 78205

Re:     Civil Action No. CV-B-00-192
        Candelario De Leon v. City of Brownsville, Texas, et al
        In the Southern District of Texas, Brownsville Division

Dear Ms. Lomax:

        Please provide us dates when we can depose your experts, Dr. Ross, Dr. Willingham, Dr Garriott and Mr Rodriguez as soon as possible

                                                Sincerely yours,

                                                Maribel Gonzales,
                                                Paralegal to William Gault

.mmg
LOMAX-16

EXHIBIT
6

**BRIN & BRIN, P.C.**
ATTORNEYS AT LAW

WILLIAM GAULT
MEMBER OF THE FIRM

Board Certified
Personal Injury Trial Law

1325 PALM BLVD., SUITE A
BROWNSVILLE, TEXAS 78520
TELEPHONE (956) 544-7110
FAX (956) 544-0607
bgault@brinandbrin.com

CORPUS CHRISTI OFFICE
1202 THIRD STREET
CORPUS CHRISTI, TEXAS 78404
TELEPHONE (361) 881-9643
FAX (361) 883-0506

SAN ANTONIO OFFICE
FOUNTAINHEAD ONE
8200 I-10 WEST, SUITE 610
SAN ANTONIO, TEXAS 78230
TELEPHONE (210) 341-9711
FAX (210) 341-1854

EDINBURG OFFICE
123 W. MCINTYRE
COURTHOUSE SQUARE SUITES
EDINBURG, TEXAS 78539
TELEPHONE (956) 381-6602
FAX (956) 381-0725

July 11, 2001

**VIA CM/RRR# 7000 0520 0022 1414 2376**

Ms. Carol Lomax
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's Street
San Antonio, Texas 78205

Re:     Civil Action No. CV-B-00-192
        Candelario De Leon v. City of Brownsville, Texas, et al
        In the Southern District of Texas, Brownsville Division

Dear Ms. Lomax:

        I have asked for dates for the deposition of your expert, Zeff Ross, FACHE and have not had any response from you. Therefore, I have sent out a deposition notice. If this date is inconvenient, please provide me with a convenient date.

                                        Sincerely yours,

                                        *Bill Gault w/permission*
William Gault              *Jesse Buttery*
                           *TX. State Bar# 24025275*

WRG/ss
LOMAX-18
ENCLOSURES

**EXHIBIT**

7

Ms. Carol Lomax
Re:     Civil Action No. CV-B-00-192
        Candelario De Leon v. City of Brownsville, Texas, et al
        In the Southern District of Texas, Brownsville Division
July 11, 2001
Page 2


xc:     Mr. Ryan Henry                          **VIA REGULAR MAIL**
        Willette & Guerra, L.L.P.
        3505 Boca Chica Boulevard
        Brownsville, Texas 78521

        Mr. Tyler Scheuerman                    **VIA REGULAR MAIL**
        Uzick & Oncken, P.C.
        Fountainhead One Building
        8200 IH-10 West, Suite 208
        San Antonio, Texas 78230

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | |
|---|---|
| **CANDELARIO DE LEON** | § |
| | § |
| **VS.** | § |
| | § **CIVIL ACTION NO. CV-B-00-192** |
| | § **JURY DEMANDED** |
| | § |
| **CITY OF BROWNSVILLE,** | § |
| **TEXAS, ET AL** | § |

## DEPOSITION NOTICE OF ZEFF ROSS, FACHE
## WITH SUBPOENA DUCES TECUM

TO:  Ms. Carol Lomax
     Branton & Hall, P C.
     One Riverwalk Place, Suite 1700
     700 N. St. Mary's Street
     San Antonio, Texas 78205

YOU WILL TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil

Procedure, Defendants Columbia Valley Healthcare Systems, LP d/b/a Valley Regional Medical

Center and HCA - The Healthcare Company intend to take the oral deposition of Zeff Ross, FACHE

in the above-styled cause, such witness being under your control, you are expected to produce him.

The deposition will take place on August 21, 2001, at 10:00 a.m. at Memorial Hospital West, 703

Flamingo Road, Pembroke Pines, Florida 33028, and will continue from day to day until the

deposition is completed.

Said deposition shall be taken before a duly certified court reporter to take such deposition

under oath and such deposition may be taken to be used as evidence in the above styled and

numbered cause.

Attached hereto is a subpoena duces tecum requiring the witness to bring the items listed

therein.

Respectfully submitted,

By: _____
        William Gault
        Federal I.D. No. 14685
        State Bar No. 07765050
Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

Of Counsel:

Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

ATTORNEYS FOR DEFENDANTS
COLUMBIA VALLEY HEALTHCARE
SYSTEM, L.P. D/B/A VALLEY
REGIONAL MEDICAL CENTER AND
HCA-THE HEALTHCARE COMPANY

DELEON/VRMC: DEP-NTC2
PAGE 2

# CERTIFICATE OF SERVICE

This is to certify that the above and foregoing instrument has been forwarded to counsel as indicated below on this the _____ day of July, 2001.

Ms. Carol Lomax                                    **VIA CM#7000 0520 0022 1414 2376**
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's Street
San Antonio, Texas 78205

Mr. Ryan Henry                                     **VIA REGULAR MAIL**
Willette & Guerra, L.L.P.
3505 Boca Chica Boulevard
Brownsville, Texas 78521

Mr. Tyler Scheuerman                               **VIA REGULAR MAIL**
Uzick & Oncken, P.C.
Fountainhead One Building
8200 IH-10 West, Suite 208
San Antonio, Texas 78230

_____
William Gault

DELEON, VRMC. DEP-NTC2
PAGE 3

# SUBPOENA DUCES TECUM

Said witness is to produce any and all documents in her possession subject to her control as follows:

1.  The witness' most current professional resume or curriculum vitae;

2.  A list of all litigation-related matters in which the witness has been engaged, including a list of all depositions and trial engagements participated in by the witness, including dates, courts, and attorneys who have engaged the witness.

3.  Any papers, articles or textbooks authored, written or presented by the witness in any field in which the witness has an opinion in this matter.

4.  The amount of income or other consideration received by the witness or any entity with which the witness has been associated in the preceding ten (10) years for services rendered as an expert witness in connection with any claim or litigation.

5.  A copy of every report prepared by the witness, or at your direction as an expert witness in connection with any claim or lawsuit.

6.  All photographs reviewed by the witness.

7.  All notes, calculations, reports and other similar documents authored by or caused to be authored by, the witness which reflect in any way the witness' opinions and conclusions concerning the assignment in this case.

8.  All treatise, scholarly journals, professional studies, professional literature and other similar documents consulted by the witness and relied upon in expressing any of the opinions and conclusions in this matter.

9.  All promotional, advertising or other literature or documents which makes known or offers or purports to offer the witness as an expert witness available for consultation in the review of claims or litigation.

10. All contracts or agreements between the witness and any other party or organization concerning your ability to review claims or litigation as an expert witness.

11. All correspondence, telephone message slips, email, and any and all other records reflecting any and all communications between the witness and any Plaintiff or any of their counsel with respect to the witness' engagement in this matter.

12. All pleadings, depositions and/or interrogatory answers filed on behalf of or given by the witness as a Plaintiff in a lawsuit.

13. All invoices and bills for professional services sent by the witness to Plaintiffs or their counsel in this matter.

14. All records of professional time spent by the witness with respect to the engagement made the basis of this suit.

15. All documents provided to the witness by any Plaintiff or any of their counsel with respect to the witness' engagement in this matter, and upon which the witness has reviewed in expressing any opinions in this case.

16.     All documents which the witness has read, reviewed or used to refresh recollection with prior to the deposition.

17.     The most current list of any professional publications authored or edited to any extent by the witness which relate in any way to the subject matter of the witness' testimony.

18.     Any professional license held by the witness.

19.     Any board-certifications of the witness.

20.     Any and all documents and/or tangible items reviewed by you in connection with case.

21.     Any and all documents and/or tangible items sent to and/or provided to you in connection with this case.



# BRANTON&HALL

A PROFESSIONAL CORPORATION
TRIAL LAWYERS

JAMES L. BRANTON
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

CAROL P. LOMAX
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

JASON P. HOELSCHER

JAMES A. HALL
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

THOMAS A. CROSLEY
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

Of Counsel
HARRY L. MUNSINGER

July 12, 2001

**VIA FACSIMILE AND REGULAR MAIL**

Mr. William Gault
BRIN & BRIN, P.C.
1325 Palm Boulevard
Brownsville, Texas 78520

RE:   Civil Action No. CV-B-00-192; *Candelario DeLeon v. City of Brownsville, Texas, et al.* The Southern District of Texas, Brownsville Division

Dear Bill:

I am in receipt of your letter of July 9. As you may know from talking with Ryan's office, the officers are not available on that day. I would appreciate moving Mr. DeLeon's deposition to a time when those officers are available. Please let me know right away; otherwise, I will have to file Motion to Quash.

I know that we can all work together amicably in this case but noticing the deposition without checking with everyone needs to be discussed.

Sincerely,

CAROL P. LOMAX

CPL:sf

cc:   Mr. Tyler Scheuerman (**VIA FACSIMILE AND REGULAR MAIL**)

Mr. Ryan Henry (**VIA FACSIMILE AND REGULAR MAIL**)

**EXHIBIT**
8

# BRIN & BRIN, P.C.
## ATTORNEYS AT LAW

WILLIAM GAULT
MEMBER OF THE FIRM

Board Certified
Personal Injury Trial Law

1325 PALM BLVD., SUITE A
BROWNSVILLE, TEXAS 78520
TELEPHONE (956) 544-7110
FAX (956) 544-0607
bgault@brinandbrin.com

CORPUS CHRISTI OFFICE
1202 THIRD STREET
CORPUS CHRISTI, TEXAS 78404
TELEPHONE (361) 881-9643
FAX (361) 883-0506

SAN ANTONIO OFFICE
FOUNTAINHEAD ONE
8200 I-10 WEST, SUITE 610
SAN ANTONIO, TEXAS 78230
TELEPHONE (210) 341-9711
FAX (210) 341-1854

EDINBURG OFFICE
123 W. MCINTYRE
COURTHOUSE SQUARE SUITES
EDINBURG, TEXAS 78539
TELEPHONE (956) 381-6602
FAX (956) 381-0725

July 13, 2001

**VIA FAX TRANSMISSION**
4TH request

Ms. Carol Lomax
Attn: Beth
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St Mary's Street
San Antonio, Texas 78205

Re:    Civil Action No. CV-B-00-192
       Candelario De Leon v. City of Brownsville, Texas, et al
       In the Southern District of Texas, Brownsville Division

Dear Ms. Lomax:

    Please provide us dates when we can depose your experts, Dr. Willingham, Dr. Garriott and Mr. Rodriguez as soon as possible.

Sincerely yours,

Maribel Gonzales,
Paralegal to William Gault

/mmg
LOMAX-19

EXHIBIT
9

# BRIN & BRIN, P.C.
## ATTORNEYS AT LAW

**WILLIAM GAULT**
MEMBER OF THE FIRM

Board Certified
Personal Injury Trial Law

1325 PALM BLVD., SUITE A
BROWNSVILLE, TEXAS 78520
TELEPHONE (956) 544-7110
FAX (956) 544-0607
bgault@brinandbrin.com

CORPUS CHRISTI OFFICE
1202 THIRD STREET
CORPUS CHRISTI, TEXAS 78404
TELEPHONE (361) 881-9643
FAX (361) 883-0506

SAN ANTONIO OFFICE
FOUNTAINHEAD ONE
8200 I-10 WEST, SUITE 610
SAN ANTONIO, TEXAS 78230
TELEPHONE (210) 341-9711
FAX (210) 341-1854

EDINBURG OFFICE
123 W. MCINTYRE
COURTHOUSE SQUARE SUITES
EDINBURG, TEXAS 78539
TELEPHONE (956) 381-6602
FAX (956) 381-0725

July 13, 2001

**VIA FAX TRANSMISSION**

Ms. Carol Lomax
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's Street
San Antonio, Texas 78205

Re:     Civil Action No. CV-B-00-192
        Candelario De Leon v. City of Brownsville, Texas, et al
        In the Southern District of Texas, Brownsville Division

Dear Ms. Lomax

        Your office informed us Mr. Candelario De Leon was available for deposition on July 23rd and therefore, we intend on going forward with his scheduled deposition on such date.

                            Sincerely yours,

                            Maribel Gonzales,
                            Paralegal to William Gault

.mmg
LOMAX-20

xc:     Mr. Ryan Henry                          **VIA FAX TRANSMISSION**
        Willette & Guerra, L.L.P.
        3505 Boca Chica Boulevard
        Brownsville, Texas 78521

**EXHIBIT**
**10**

Ms. Carol Lomax
Re:     Civil Action No. CV-B-00-192
        Candelario De Leon v. City of Brownsville, Texas, et al
        In the Southern District of Texas, Brownsville Division
July 13, 2001
Page 2


xc:     Mr. Tyler Scheuerman         **VIA FAX TRANSMISSION**
        Uzick & Oncken, P.C.
        Fountainhead One Building
        8200 IH-10 West, Suite 208
        San Antonio, Texas 78230



## BRANTON & HALL

JAMES L. BRANTON

CAROL P. LOMAX

MICHAEL J. RETNA

JAMES A. HALL
Board Certified • Personal
Texas Board of Legal Specialization

THOMAS A. CROSLEY
Board Certified • Personal
Injury Trial Law Specialization

Of Counsel
HARRY L. MUNSINGER

July 13, 2001

**VIA FACSIMILE & REGULAR MAIL**

Mr. William Gault
BRIN & BRIN, P.C.
1325 Palm Boulevard
Brownsville, Texas 78520

> RE: Civil Action No. CV-B-00-192; *Candelario DeLeon v. City of Brownsville, Texas, et al.* The Southern District of Texas, Brownsville Division

Dear Bill:

It appears that we have another misunderstanding. I have spoken with Ryan and we have agreed that we would set up the officers in Candelario DeLeon and my client at the same time. To go ahead and notice this with that in mind is absolutely beyond the spectrum of reasonable attorney conduct. Please give me a call at your earliest convenience so that we may discuss and resolve our differences; otherwise, I will again file a Motion to Quash with Judge Tagle and I believe you know how she disapproves of these.

Sincerely,

Carol

CAROL P. LOMAX

CPL:sf

cc:   Mr. Ryan Henry         (VIA FACSIMILE AND REGULAR MAIL)
      Mr. Tyler Scheuerman (VIA FACSIMILE AND REGULAR MAIL)

**EXHIBIT**

11

P. 02/02



JAMES L. BRANTON
Board Certified • Personal Injury Trial Law
• Civil Trial Law
Texas Board of Legal Specialization

CAROL P. LOMAX
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

MICHAEL D. REYNA



BRANTON & HALL
A PROFESSIONAL CORPORATION
TRIAL LAWYERS

JAMES A. HALL
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

THOMAS A. CROSLEY
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

Of Counsel
HARRY L. MUNSINGER

July 13, 2001

<u>VIA FACSIMILE</u>

Mr. William Gault
BRIN & BRIN, P.C.
1325 Palm Boulevard
Brownsville, Texas 78520

RE:     Civil Action No. CV-B-00-192; *Candelario DeLeon v. City of Brownsville, Texas, et al.* The Southern District of Texas, Brownsville Division

Dear Bill:

I just received your notice of deposition. My understanding is that we told you that we were working to try to set up the deposition of Zeff Ross. He is having a few personal problems right now and needs to be sure of his availability. For you to notice the deposition when you have been in contact with us is absolutely not the custom and practice in San Antonio. And my feeling from talking with other lawyers in Brownsville is that it is not the custom and practice in Brownsville either.

I would like to work with you amicably on this case, but if you persist in these tactics, they will be answered. I would assume you will withdraw the deposition notice. I am certainly not available on the 21st as I have a trial beginning on the 20th. As you know, Zeff Ross is in Miami and this will be more than a one day trip. I look forward to hearing from you immediately. As you know, Judge Tagle likes attorneys to work together cooperatively. A Motion to Quash is going to dispel all her impressions that we work cooperatively.

Sincerely,

CAROL P. LOMAX

CPL:sf

cc:   Mr. Ryan Henry
      Mr. Tyler Scheuerman

EXHIBIT
*12*

One Riverwalk Place, Suite 1700 • 700 N. St. Mary's Street • San Antonio, Texas 78205

Tel (210) 224-4474 • www.branton-hall.com • Fax (210) 224-1928

JUL-13-2001   15:41                                              95%              P.02

# B&H
## BRANTON & HALL

JAMES L. BRANTON

CAROL P. LOMAX

MICHAEL D. REED

JAMES A. HALL

THOMAS A. CROSLEY

Of Counsel
HARRY L. MUNSINGER

July 16, 2001

**VIA FACSIMILE & REGULAR MAIL**

Mr. William Gault
BRIN & BRIN, P.C.
1325 Palm Boulevard
Brownsville, Texas 78520

      RE:    Civil Action No. CV-B-00-192; *Candelario DeLeon v. City of Brownsville, Texas, et al.* The Southern District of Texas, Brownsville Division

Dear Bill:

      On Sunday and Monday I am in Los Angeles at a Federal Court hearing with a judge who has asked that a woman be added to the team and this will be my first appearance. To get to Brownsville for the deposition of Candelario DeLeon in addition to everything else is absolutely impossible. I would appreciate your canceling and rescheduling the deposition. As I suggested to Maribel in the letter which I recently sent to her, which I assume you will see a copy of, I do believe that so there is no confusion as to what is going on in these cases that correspondence be done by mail and since you have accused my office of not cooperating.

                Sincerely,

                CAROL P. LOMAX

CPL:sf

cc:    Mr. Ryan Henry    **(VIA FACSIMILE AND REGULAR MAIL)**
        Mr. Tyler Scheuerman **(VIA FACSIMILE AND REGULAR MAIL)**

**EXHIBIT**
*13*

# BRIN & BRIN, P.C.
## ATTORNEYS AT LAW

WILLIAM GAULT
MEMBER OF THE FIRM

Board Certified
Personal Injury Trial Law

1325 PALM BLVD., SUITE A
BROWNSVILLE, TEXAS 78520
TELEPHONE (956) 544-7110
FAX (956) 544-0607
bgault@brinandbrin.com

CORPUS CHRISTI OFFICE
1202 THIRD STREET
CORPUS CHRISTI, TEXAS 78404
TELEPHONE (361) 881-9643
FAX (361) 883-0506

SAN ANTONIO OFFICE
FOUNTAINHEAD ONE
8200 I-10 WEST, SUITE 610
SAN ANTONIO, TEXAS 78230
TELEPHONE (210) 341-9711
FAX (210) 341-1854

EDINBURG OFFICE
123 W. MCINTYRE
COURTHOUSE SQUARE SUITES
EDINBURG, TEXAS 78539
TELEPHONE (956) 381-6602
FAX (956) 381-0725

July 16, 2001

**VIA FAX TRANSMISSION**
5ª request

Ms. Carol Lomax
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's Street
San Antonio, Texas 78205

Re:   Civil Action No  CV-B-00-192
       Candelario De Leon v. City of Brownsville, Texas, et al
       In the Southern District of Texas, Brownsville Division

Dear Ms. Lomax:

       We need to obtain the plaintiff's deposition and the depositions of your experts. Mr Ross, Dr. Garriott, Dr Willingham and Mr. Rodriguez  If you are not available for Mr. De Leon's deposition on Monday, we do not mind canceling that.  We have asked your office on 4 different requests for the plaintiff's deposition and we received Monday's date as an agreed upon date and then you withdrew it.  We have asked 5 times for Mr. Ross, 4 times for Dr. Garriott, 4 times for Dr. Willingham and 3 times for Mr. Rodriguez depositions and have not received any dates from your office  We need to obtain these depositions before we designate our experts.

       Since you are not available until September, will you agree to extend our expert designation deadline for 21 days after we obtain these depositions? If so, I will prepare an agreement so that we can file it with the Court. If not, I need these depositions before our expert deadline.

       Sincerely yours,

       Maribel Gonzales,
       Paralegal to William Gault

:mmg
LOMAX-21

**EXHIBIT**

14

Ms. Carol Lomax
Re:      Civil Action No. CV-B-00-192
          Candelario De Leon v. City of Brownsville, Texas, et al
          In the Southern District of Texas, Brownsville Division
July 16, 2001
Page 2

xc:      Mr. Ryan Henry                    **VIA FAX TRANSMISSION**
         Willette & Guerra, L.L.P.
         3505 Boca Chica Boulevard
         Brownsville, Texas 78521

         Mr. Tyler Scheuerman            **VIA FAX TRANSMISSION**
         Uzick & Oncken, P.C.
         Fountainhead One Building
         8200 IH-10 West, Suite 208
         San Antonio, Texas 78230



**BRANTON & HALL**

JAMES L. BRANTON

CAROL P. LOMAX

MICHAEL L. REY N

JAMES A. HALL

THOMAS A. CROSLEY

Of Counsel
HARRY L. MUNSINGER

July 16, 2001

**VIA FACSIMILE & REGULAR MAIL**

Ms. Maribel Gonzales
Paralegal to William Gault
BRIN & BRIN, P.C.
1325 Palm Boulevard
Brownsville, Texas 78520

> RE:   Civil Action No. CV-B-00-192; *Candelario DeLeon v. City of Brownsville, Texas, et al.* The Southern District of Texas, Brownsville Division

Dear Ms. Gonzales:

I would suggest that all of our correspondence in the future be done by mail in that Mr. Gault has said that our office failed to contact you on any number of occasions. As you know, this is absolutely not the case. First, there are several depositions that we need to take also and Mr. Henry has been extremely cooperative. There are several depositions that I need to take of your clients. I do not understand the rush to do this with the experts that we have. I also do not understand Mr. Gault's behavior in this matter. We will of course contact Dr. Willingham, Dr. Garriott and Mr. Rodriguez to see when these might be done. My schedule will not permit anything until September.

I only wish that your office was as cooperative as the other defense counsel in this case. We look forward to hearing from you.

Sincerely,

CAROL P. LOMAX

CPL:sf

cc:   Mr. Ryan Henry      **(VIA FACSIMILE AND REGULAR MAIL)**
      Mr. Tyler Scheuerman **(VIA FACSIMILE AND REGULAR MAIL)**

**EXHIBIT**
15

# WILLETTE & GUERRA, L.L.P.
## ATTORNEYS AT LAW

CHARLES WILLETTE, JR.
R. D. "BOBBY" GUERRA*
MARK SOSSI
HUGH P. TOUCHY
EILEEN M. LEEDS
GEORGE C. KRAEHE
_____
ELIZABETH SANDOVAL CANTU*
ROBERT L. DRINKARD*
EDUARDO G. GARZA
AMY LAWLER GONZALES
RYAN HENRY
SETH MOORE
LAWRENCE J. RABB*

INTERNATIONAL PLAZA, SUITE 460
3505 BOCA CHICA BOULEVARD
BROWNSVILLE, TEXAS 78521
TELEPHONE: (956) 541-1846
FACSIMILE: (956) 541-1893

*MCALLEN OFFICE:
801 NOLANA, SUITE 320-A
MCALLEN, TEXAS 78504
TELEPHONE: (956) 686-2222
FACSIMILE (956) 686-5913

July 17, 2001

**Via Facsimile: (210)224-1928**
Ms. Carol P. Lomax
BRANTON & HALL, P.C.
One Riverwalk Place
700 St. Mary's Place, Ste. 1700
San Antonio, Texas 78205

Re:   Civil No.  B-00-192
      Candelario De Leon
      vs. City of Brownsville, et. al.
      U. S. District Court
      Southern District-Brownsville Division
      Our File No.  01-112 __ EL/RH

Dear Ms. Lomax:

I am in receipt of your letter dated July 13, 2001 regarding the depositions of the Plaintiff and the officers involved. There does seem to be a misunderstanding regarding our conversation. I am not in agreement to have the deposition of Mr. De Leon and the officers taken on the same day. I intend to be reasonable regarding the timing of the depositions and we can try and schedule them for consecutive days to ease your travel schedule. However, as we discussed, we anticipate the deposition of the Plaintiff will take some time. As a result, it would be impractical to schedule the depositions on the same day. I felt it necessary to clarify this, given your letter.

Thank you for your prompt attention and cooperation in this matter. Should you have any questions or concerns please do not hesitate to contact our office.

Very Truly Yours,
WILLETTE & GUERRA, L.L.P.

By: _____
       Ryan Henry

RH/lb

**EXHIBIT**
**16**

# BRIN & BRIN, P.C.
## ATTORNEYS AT LAW

WILLIAM GAULT
MEMBER OF THE FIRM

Board Certified
Personal Injury Trial Law

1325 PALM BLVD., SUITE A
BROWNSVILLE, TEXAS 78520
TELEPHONE (956) 544-7110
FAX (956) 544-0607
bgault@brinandbrin.com

CORPUS CHRISTI OFFICE
1202 THIRD STREET
CORPUS CHRISTI, TEXAS 78404
TELEPHONE (361) 881-9643
FAX (361) 883-0506

SAN ANTONIO OFFICE
FOUNTAINHEAD ONE
8200 I-10 WEST, SUITE 610
SAN ANTONIO, TEXAS 78230
TELEPHONE (210) 341-9711
FAX (210) 341-1854

EDINBURG OFFICE
123 W. MCINTYRE
COURTHOUSE SQUARE SUITES
EDINBURG, TEXAS 78539
TELEPHONE (956) 381-6602
FAX (956) 381-0725

July 20, 2001

**VIA FAX TRANSMISSION**

Ms. Carol Lomax
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's Street
San Antonio, Texas 78205

Re:   Civil Action No. CV-B-00-192
      Candelario De Leon v. City of Brownsville, Texas, et al
      In the Southern District of Texas, Brownsville Division

Dear Ms. Lomax:

Please be advised that we are withdrawing the deposition of Zeff Ross scheduled for August 21, 2001.  Please provide us with available dates when we can depose him as soon as possible.

Sincerely yours,

William Gault

WRG/ss
ATTYS-4

xc:   Mr. Ryan Henry                          **VIA FAX TRANSMISSION**
      Willette & Guerra, L.L.P.
      3505 Boca Chica Boulevard
      Brownsville, Texas 78521

**EXHIBIT**

18

Ms. Carol Lomax

Re:    Civil Action No. CV-B-00-192
        Candelario De Leon v. City of Brownsville, Texas, et al
        In the Southern District of Texas, Brownsville Division

July 20, 2001

Page 2


xc:    Mr. Tyler Scheuerman           **VIA FAX TRANSMISSION**
        Uzick & Oncken, P.C.
        Fountainhead One Building
        8200 IH-10 West, Suite 208
        San Antonio, Texas 78230

        Esquire Deposition Services       **VIA FAX TRANSMISSION**
        7800 IH-10 West, Suite 100
        San Antonio, Texas 78230

 

JAMES L. BRANTON

CAROL P. LOMAN

MICHAEL D. REYNA

BRANTON & HALL
A PROFESSIONAL CORPORATION
OF TRIAL LAWYERS

JAMES A. HALL
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

THOMAS A. CROSLEY
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

Of Counsel
HARRY L. MUNSINGER

July 20, 2001

**VIA FACSIMILE & REGULAR MAIL**

Mr. Ryan Henry
WILLETTE & GUERRA, L.L.P.
3505 Boca Chica Blvd.
Brownsville, Texas 78521

> RE:   *Candelario DeLeon v. City of Brownsville, Texas,* Civil Action No. CV-V-00-192,
> United States District Court for the Southern District of Texas, Brownsville Division
> Our File No. 9827

Dear Ryan:

If my letter implies that I wanted Mr. De Leon and the officers on the same day, I am certainly amenable to scheduling on two different days. I would like to get all the officers done at the same time so that this would not necessitate an additional trip to Brownsville. Please let all counsel of record know when these officers will be available and we will make Mr. De Leon available on either the day before or the day after depending on whatever you would like to schedule. I think that all of us should block out two days for these depositions.

Sincerely,

CAROL P. LOMAX

CPL:sf

cc:   Tyler Scheuerman

William Gault

EXHIBIT
19



JAMES L. BRANTON

CAROL P. LOMAX

JASON P. HOELSCHER

**BRANTON & HALL**
A PROFESSIONAL CORPORATION
TRIAL LAWYERS

JAMES A. HALL

THOMAS A. CROSLEY

Of Counsel
HARRY L. MUNSINGER

July 23, 2001

Mr. Thomas Sullivan
BRIN & BRIN, P.C.
1325 Paim Boulevard
Brownsville, Texas 78520

    RE:    Civil Action No. CV-B-00-192; *Candelario DeLeon v. City of Brownsville, Texas,*
           *et al.* The Southern District of Texas, Brownsville Division

Dear Mr. Sullivan:

    Please be advised that our experts are available for deposition at their respective offices on
the following dates:

Alex Willingham, MD: Aug. 30, 31 or Sept. 6 pending trial. He is available afternoons only.

Commander Albert Rodriguez: August 27, 28, 29, 30. He is available mornings only.

Zeff Ross: Aug. 27, 12-5pm; Aug. 31-all day; Sept. 7, 12-5pm; Sept. 13, 8:30 -3:00pm; Sept. 14, all
day.

James Garriott, MD: Sept. 4, 5, 6, or 7. He is available mornings only. He is not available on
Mondays.

    Ms. Lomax is available Aug. 27, 28, 30, 31 and Sept. 4 thru 7 and Sept. 13, 14.

                              Sincerely,

                              Beth Barker
                              Secretary to
                              CAROL P. LOMAX

.bb
cc:    all counsel of record

**EXHIBIT**

20

Ms. Carol Lomax

Re:     Civil Action No. CV-B-00-192
        Candelario De Leon v. City of Brownsville, Texas, et al
        In the Southern District of Texas, Brownsville Division

July 25, 2001
Page 2


xc:     Mr. Tyler Scheuerman
        Uzick & Oncken, P.C.
        Fountainhead One Building
        8200 IH-10 West, Suite 208
        San Antonio, Texas 78230



**BRANTON & HALL**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

JAMES L. BRANTON
Board Certified • Personal Injury Trial Law
• Texas Board of Legal Specialization

CAROL P. LOMAX
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

JASON P. HOELSCHER

JAMES A. HALL
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

THOMAS A. CROSLEY
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

Of Counsel
HARRY L. MUNSINGER

July 25, 2001

Mr. William Gault
BRIN & BRIN, P.C.
Attorneys at Law
1325 Palm Blvd.
Brownsville, Texas 78520

Mr. Ryan Henry
WILLETTE & Guerra, L.L.P.
3505 Boca Chica Blvd.
Brownsville, Texas 78521

Mr. Tyler Scheuerman
Uzick & Oncken, P.C.
Fountainhead One Bldg.
8200 IH 10 West, Suite 208
San Antonio, Texas 78230

RE:     *Candelario DeLeon v. City of Brownsville, Texas,* Civil Action No. CV-V-00-192, United
        States District Court for the Southern District of Texas, Brownsville Division
        Our File No. 9827

Dear Counsel:

Please be advised that Ryan and I have reached an agreement with respect to his defendants. I
might refer you to the report of our police expert, Colonel Rodriguez. Ryan has agreed that we will take
the depositions of the police officers to solidify their reliance on the representations of the hospital and
physicians in this case.

Sincerely,

CAROL P. LOMAX

CPL:sf

**EXHIBIT**
*tabbies*
22



JAMES L. BRANTON
  Board Certified • Personal Injury Trial Law
  • Civil Trial Law
  Texas Board of Legal Specialization

CAROL P. LOMAX
  Board Certified • Personal Injury Trial Law
  Texas Board of Legal Specialization

JASON P. HOELSCHER

**BRANTON & HALL**

A PROFESSIONAL CORPORATION
OF TRIAL LAWYERS

JAMES A. HALL
  Board Certified • Personal Injury Trial Law
  Texas Board of Legal Specialization

THOMAS A. CROSLEY
  Board Certified • Personal Injury Trial Law
  Texas Board of Legal Specialization

Of Counsel
HARRY L. MUNSINGER

August 8, 2001

**(Via Facsimile & Regular Mail)**

Mr. William Gault
BRIN & BRIN, P.C.
Attorneys at Law
1325 Palm Blvd.
Brownsville, Texas 78520

Mr. Ryan Henry
WILLETTE & GUERRA, L.L.P.
3505 Boca Chica Blvd.
Brownsville, Texas 78521

Mr. Tyler Scheuerman
UZICK & ONCKEN, P.C.
Fountainhead One Bldg.
8200 IH 10 West, Suite 208
San Antonio, Texas 78230

RE:   *Candelario DeLeon v. City of Brownsville, Texas,* Civil Action No. CV-V-00-192, United
      States District Court for the Southern District of Texas, Brownsville Division
      Our File No. 9827

Dear Counsel:

Pursuant to Bill's notice, we are setting up the depositions of our experts. However, it is my understanding that Tyler will be in trial and will be doing depositions in the case on which he is going to trial in the week preceding the trial. The trial date is the week of August 27. Please resolve this issue among yourselves at your earliest convenience. It is my understanding that Tyler asked Bill for an agreement regarding these depositions and never received a response except for the notices. I do not want to get involved in any of your internal problems but my experts' time and Mr. De Leon's time are valuable.

You also need to be aware of the fact that my experts' testimony is preliminary in that they will need to review for further opinions the depositions of the defendants. Therefore, these depositions will need to be taken again at a later date for purposes of supplementation.

Finally, in response to Bill's inquiry regarding additional information from Commander Rodriguez and a list of prior depositions of testimony from my other experts, we are in the process of obtaining them. I look forward to hearing from you at your very earliest convenience.

Sincerely,

CAROL P. LOMAX

CPL:sf

**EXHIBIT**

tabbies

23

# BRIN & BRIN, P.C.
## ATTORNEYS AT LAW

WILLIAM GAULT
MEMBER OF THE FIRM

Board Certified
Personal Injury Trial Law

1325 PALM BLVD., SUITE A
BROWNSVILLE, TEXAS 78520
TELEPHONE (956) 544-7110
FAX (956) 544-0607
bgault@brinandbrin.com

CORPUS CHRISTI OFFICE
1202 THIRD STREET
CORPUS CHRISTI, TEXAS 78404
TELEPHONE (361) 881-9643
FAX (361) 883-0506

SAN ANTONIO OFFICE
FOUNTAINHEAD ONE
8200 I-10 WEST, SUITE 610
SAN ANTONIO, TEXAS 78230
TELEPHONE (210) 341-9711
FAX (210) 341-1854

EDINBURG OFFICE
123 W. MCINTYRE
COURTHOUSE SQUARE SUITES
EDINBURG, TEXAS 78539
TELEPHONE (956) 381-6602
FAX (956) 381-0725

August 8, 2001

Ms. Carol Lomax
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's Street
San Antonio, Texas 78205

Re:     Civil Action No. CV-B-00-192
        Candelario De Leon v. City of Brownsville, Texas, et al
        In the Southern District of Texas, Brownsville Division

Dear Ms. Lomax:

Please give me some dates to depose the Plaintiff before the depositions that we have set for your experts. We need to obtain the Plaintiff's deposition first and then your experts' depositions after that.

Sincerely yours,

William Gault

WRG/ss
LOMAX-28

xc:     Mr. Tyler Scheuerman            **VIA FAX TRANSMISSION**
        Uzick & Oncken, P.C.
        Fountainhead One Building
        8200 IH-10 West, Suite 208
        San Antonio, Texas 78230

**EXHIBIT**
21



JAMES L. BRANTON
Board Certified • Personal Injury Trial Law
• Civil Trial Law
Texas Board of Legal Specialization

CAROL P. LOMAX
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

JASON P. HOELSCHER

**BRANTON & HALL**
A PROFESSIONAL CORPORATION
OF TRIAL LAWYERS

JAMES A. HALL
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

THOMAS A. CROSLEY
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

Of Counsel
HARRY L. MUNSINGER

August 9, 2001

**VIA FACSIMILE**

Mr. William Gault
BRIN & BRIN, P.C.
Attorneys at Law
1325 Palm Blvd.
Brownsville, Texas 78520

Mr. Ryan Henry
WILLETTE & GUERRA, L.L.P.
3505 Boca Chica Blvd.
Brownsville, Texas 78521

Mr. Tyler Scheuerman
Uzick & Oncken, P.C.
Fountainhead One Bldg.
8200 IH 10 West, Suite 208
San Antonio, Texas 78230

RE:   *Candelario DeLeon v. City of Brownsville, Texas,* Civil Action No. CV-V-00-192, United
      States District Court for the Southern District of Texas, Brownsville Division
      Our File No. 9827

Dear Counsel:

I am responding to Bill's fax of August 8, 2001. We have tentatively scheduled dates for
Candelario DeLeon's deposition on the 20th or the 21st. As you know, I would like to take Ryan's
officers while I am there.

However, I would refer you to my fax to you yesterday. Neither these dates nor the dates for
the experts are good dates for Tyler. He is preparing for a jury trial the following week and taking
some depositions preceding that trial. Please work this out among yourselves. We have all been
Tyler's situation where he is pressed for time to get ready for trial. We do not to make his life any
more difficult.

I look forward to hearing from you.

Sincerely,

CAROL P. LOMAX

CPL:dlm

One Riverwalk Place, Suite 1700 • 700 N. St. Mary's Street • San Antonio, Texas 78205

Tel (210) 224-4474 • www.brantonhall.com • Fax (210) 224-1928

EXHIBIT
25

95%                                                                    P.02

BRIN & BRIN, P.C.
ATTORNEYS AT LAW

WILLIAM GAULT
MEMBER OF THE FIRM

Board Certified
Personal Injury Trial Law

1325 PALM BLVD., SUITE A
BROWNSVILLE, TEXAS 78520
TELEPHONE (956) 544-7110
FAX (956) 544-0607
bgault@brinandbrin.com

CORPUS CHRISTI OFFICE
1202 THIRD STREET
CORPUS CHRISTI, TEXAS 78404
TELEPHONE (361) 881-9643
FAX (361) 883-0506

SAN ANTONIO OFFICE
FOUNTAINHEAD ONE
8200 I-10 WEST, SUITE 610
SAN ANTONIO, TEXAS 78230
TELEPHONE (210) 341-9711
FAX (210) 341-1854

EDINBURG OFFICE
123 W. MCINTYRE
COURTHOUSE SQUARE SUITES
EDINBURG, TEXAS 78539
TELEPHONE (956) 381-6602
FAX (956) 381-0725

August 9, 2001

**VIA FAX TRANSMISSION**

Mr. Tyler Scheuerman
Uzick & Oncken, P.C.
Fountainhead One Building
8200 IH-10 West, Suite 208
San Antonio, Texas 78230

Re: Civil Action No. CV-B-00-192
Candelario De Leon v. City of Brownsville, Texas, et al
In the Southern District of Texas, Brownsville Division

Dear ~~Mr. Scheuerman:~~ T.C.

This will confirm my discussion with your paralegal that if your case goes to trial on August 27, 2001, we certainly will agree not to proceed with the depositions of Officer Rodriguez, Dr. Willingham, Dr. Ross and Dr. Garriot on the scheduled dates. We have requested deposition dates of the Plaintiff prior to these depositions and if the Plaintiff's lawyer does not provide me with those dates, we will have to cancel these experts' depositions anyhow and reset them after the Plaintiff's deposition.

Could you just add to your Rule 29 agreement that if the depositions are reset, you would work out agreeable dates with the Plaintiff's attorney and notify us of those dates so and I will renotice the depositions or something to that effect. As you know, we have been requesting the deposition dates of these experts for some time. I had obtained these dates with great difficulty and it remains extremely difficult to obtain discovery from the Plaintiff's attorney. Of course, we will take the lead on these 4 depositions and everything else related to it, the only thing that we wanted to do is to try to prevent scheduling conflicts from interrupt their resetting. I do not mean to add extra burdens to your staff, but your staff working out available dates with the Plaintiff's lawyer is probably the best way to proceed.

I had asked your paralegal to ask you to call me so that I could explain this to you, however, the letter from the Plaintiff's attorney that I received on August 8, 2001 had snide comments from

EXHIBIT
26

Mr. Tyler Scheuerman
Re:    Civil Action No. CV-B-00-192
        Candelario De Leon v. City of Brownsville, Texas, et al
        In the Southern District of Texas, Brownsville Division
August 9, 2001
Page 2

her that were unprofessional and have been typical of her comments. Curiously, she stated that you had asked me for an agreement and all that you got in response were deposition notices. My deposition notices had gone out well before I had ever heard from your office. There was one amendment to Dr. Willingham's deposition that changed the starting time from 9:00 a.m. to 1:00 p.m. at her request and that did go out after my telephone call with your office. It certainly was not indicative of any of my discussions with your office and I hope that you did not take it that way.

I hope that this is a reasonable request. All that we are asking for is that if the dates of these depositions are reset that your office obtain new dates from the Plaintiff's attorney's office and notify us and we will renotice the depositions and take the lead on them. It may also be better for us to stay in contact with each other because any communication with the Plaintiff's attorney seems to draw unprofessional letters from her.

I appreciate your cooperation and always look forward to working with you on our cases.

                                        Sincerely yours,

                                        William Gault

WRG/ss
TYL-1

# WILLETTE & GUERRA, L.L.P.
## ATTORNEYS AT LAW

CHARLES WILLETTE, JR
R. D. "BOBBY" GUERRA*
MARK SOSSI
HUGH P TOUCHY
EILEEN M. LEEDS
GEORGE C. KRAEHE

ELIZABETH SANDOVAL CANTU*
ROBERT L. DRINKARD*
EDUARDO G GARZA
AMY LAWLER GONZALES
RYAN HENRY
SETH MOORE
LAWRENCE J. RABB*

INTERNATIONAL PLAZA, SUITE 460
3505 BOCA CHICA BOULEVARD
BROWNSVILLE, TEXAS 78521
TELEPHONE: (956) 541-1846
FACSIMILE: (956) 541-1893

*MCALLEN OFFICE·
801 NOLANA, SUITE 320-A
MCALLEN, TEXAS 78504
TELEPHONE: (956) 686-2266
FACSIMILE (956) 686-5913

August 10, 2001

**Via Fax: 544-0607**
Mr. William Gault
Brin & Brin, P.C.
1325 Palm Blvd., Ste. A
Brownsville, Texas 78520

Re:   Civil No. B-00-192
      Candelario De Leon
      vs. City of Brownsville, et. al.
      U. S. District Court
      Southern District-Brownsville Division
      Our File No.  01-112___ EL/RH

Dear Mr. Gault:

     We have been informed by Plaintiff's counsel that you have noticed several depositions of experts. We have not received such notices. Please continue to provide our office with documents which pertain to the above-referenced matter until the order dismissing our clients has been signed by the Court.

     Thank you for your cooperation in this matter. Should you have any questions or concerns please do not hesitate to contact our office.

Very Truly Yours,

WILLETTE & GUERRA, L.L.P.

By: _____
          Ryan Henry

RH/lb
AUG-10-2001   16:14

EXHIBIT
27

## BRIN & BRIN, P.C.
### ATTORNEYS AT LAW

WILLIAM GAULT
MEMBER OF THE FIRM

Board Certified
Personal Injury Trial Law

1325 PALM BLVD., SUITE A
BROWNSVILLE, TEXAS 78520
TELEPHONE (956) 544-7110
FAX (956) 544-0607
bgault@brinandbrin.com

CORPUS CHRISTI OFFICE
1202 THIRD STREET
CORPUS CHRISTI, TEXAS 78404
TELEPHONE (361) 881-9643
FAX (361) 883-0506

SAN ANTONIO OFFICE
FOUNTAINHEAD ONE
8200 I-10 WEST, SUITE 610
SAN ANTONIO, TEXAS 78230
TELEPHONE (210) 341-9711
FAX (210) 341-1854

EDINBURG OFFICE
123 W. MCINTYRE
COURTHOUSE SQUARE SUITES
EDINBURG, TEXAS 78539
TELEPHONE (956) 381-6602
FAX (956) 381-0725

August 13, 2001

**VIA FAX TRANSMISSION**

Mr. Ryan Henry
Willette & Guerra, L.L.P.
3505 Boca Chica Boulevard, Suite 460
Brownsville, Texas 78521

Re:     Civil Action No. CV-B-00-192
        Candelario De Leon v. City of Brownsville, Texas, et al
        In the Southern District of Texas, Brownsville Division

Dear Mr. Henry:

        Attached is a copy of the notices that were sent to you on August 2, 2001.

                                        Sincerely yours,

                                        Sylvia Salas,
                                        Legal Secretary of William Gault

WRG/ss
HENRY5

**EXHIBIT**
**28**

# BRIN & BRIN, P.C.
## ATTORNEYS AT LAW

WILLIAM GAULT
MEMBER OF THE FIRM

Board Certified
Personal Injury Trial Law

1325 PALM BLVD., SUITE A
BROWNSVILLE, TEXAS 78520
TELEPHONE (956) 544-7110
FAX (956) 544-0607
bgault@brinandbrin.com

CORPUS CHRISTI OFFICE
1202 THIRD STREET
CORPUS CHRISTI, TEXAS 78404
TELEPHONE (361) 881-9643
FAX (361) 883-0506

SAN ANTONIO OFFICE
FOUNTAINHEAD ONE
8200 I-10 WEST, SUITE 610
SAN ANTONIO, TEXAS 78230
TELEPHONE (210) 341-9711
FAX (210) 341-1854

EDINBURG OFFICE
123 W. MCINTYRE
COURTHOUSE SQUARE SUITES
EDINBURG, TEXAS 78539
TELEPHONE (956) 381-6602
FAX (956) 381-0725

August 15, 2001

**VIA FAX TRANSMISSION**

Ms. Carol Lomax
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's Street
San Antonio, Texas 78205

Re:    Civil Action No. CV-B-00-192
       Candelario De Leon v. City of Brownsville, Texas, et al
       In the Southern District of Texas, Brownsville Division

Dear Ms. Lomax:

This will confirm that the parties have agreed to not proceed with the depositions of Albert Rodriguez, Dr. Willingham, Dr. Ross and Dr. Garriott as presently scheduled because of Tyler's trial conflicting with him attending these depositions. It is my understanding that Beth from your office and Yvonne from Tyler's office are working on dates that your office and Tyler's office are available for the depositions of the Plaintiff and the Plaintiff's experts and we will be notified of those dates so that we can schedule the depositions accordingly. We are generally available for those depositions.

Sincerely yours,

William Gault

William Gault

WRG/ss
LOMAX-30

EXHIBIT
29

Ms. Carol Lomax
Re:    Civil Action No. CV-B-00-192
        Candelario De Leon v. City of Brownsville, Texas, et al
        In the Southern District of Texas, Brownsville Division
August 15, 2001
Page 2


xc:    Mr. Ryan Henry                **VIA FAX TRANSMISSION**
        Willette & Guerra, L.L.P.
        3505 Boca Chica Boulevard, Suite 460
        Brownsville, Texas 78521

        Mr. Tyler Scheuerman        **VIA FAX TRANSMISSION**
        Uzick & Oncken, P.C.
        Fountainhead One Building
        8200 IH-10 West, Suite 208
        San Antonio, Texas 78230



**BRANTON & HALL**

A PROFESSIONAL CORPORATION
OF TRIAL LAWYERS

JAMES L. BRANTON
  Board Certified • Personal Injury Trial Law
  • Civil Trial Law
  Texas Board of Legal Specialization

CAROL P. LOMAX
  Board Certified • Personal Injury Trial Law
  Texas Board of Legal Specialization

JASON P. HOELSCHER

JAMES A. HALL
  Board Certified • Personal Injury Trial Law
  Texas Board of Legal Specialization

THOMAS A. CROSLEY
  Board Certified • Personal Injury Trial Law
  Texas Board of Legal Specialization

Of Counsel
HARRY L. MUNSINGER

August 17, 2001

**VIA FACSIMILE & REGULAR MAIL**

Mr. William Gault
BRIN & BRIN, P.C.
Attorneys at Law
1325 Palm Blvd.
Brownsville, Texas 78520

Mr. Ryan Henry
WILLETTE & Guerra, L.L.P.
3505 Boca Chica Blvd.
Brownsville, Texas 78521

Mr. Tyler Scheuerman
Uzick & Oncken, P.C.
Fountainhead One Bldg.
8200 IH 10 West, Suite 208
San Antonio, Texas 78230

RE:   *Candelario DeLeon v. City of Brownsville, Texas,* Civil Action No. CV-V-00-192, United
      States District Court for the Southern District of Texas, Brownsville Division
      Our File No. 9827

Dear Counsel:

      Thank you so much for working out the problems with scheduling my experts deposition and
the deposition of my client, Mr. DeLeon.  I think we have turned a corner on learning how to work
together.

                              Sincerely,

                              CAROL P. LOMAX

CPL:sf

**EXHIBIT**
tabbler
30

# BRIN & BRIN, P.C.
## ATTORNEYS AT LAW

WILLIAM GAULT
MEMBER OF THE FIRM

Board Certified
Personal Injury Trial Law

1325 PALM BLVD., SUITE A
BROWNSVILLE, TEXAS 78520
TELEPHONE (956) 544-7110
FAX (956) 544-0607
bgault@brinandbrin.com

CORPUS CHRISTI OFFICE
1202 THIRD STREET
CORPUS CHRISTI, TEXAS 78404
TELEPHONE (361) 881-9643
FAX (361) 883-0506

SAN ANTONIO OFFICE
FOUNTAINHEAD ONE
8200 I-10 WEST, SUITE 610
SAN ANTONIO, TEXAS 78230
TELEPHONE (210) 341-9711
FAX (210) 341-1854

EDINBURG OFFICE
123 W. McINTYRE
COURTHOUSE SQUARE SUITES
EDINBURG, TEXAS 78539
TELEPHONE (956) 381-6602
FAX (956) 381-0725

November 7, 2001

Ms. Carol Lomax
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's Street
San Antonio, Texas 78205

Re:    Civil Action No. CV-B-00-192
       Candelario De Leon v. City of Brownsville, Texas, et al
       In the Southern District of Texas, Brownsville Division

Dear Ms. Lomax:

I am in receipt of your letter dated October 25th. It is my understanding from your objections to discovery that you were going to obtain the Plaintiff's social security records and take out any privileged information. Much time has passed and that has not occurred. Therefore, please provide the authorization to me and let me obtain the social security records and any information that you think is private we can either agree upon that or you can ask that the court to keep us from referring to that information. I do not believe that a court reporter can even obtain these records without an authorization. We have gone full circle on this issue.

Also, on August 15, 2001, your office and Tyler Scheuerman's office were going to obtain agreeable dates for both of your offices to get the Plaintiff's deposition along with the depositions of the Plaintiffs experts. We have been waiting patiently for these depositions and as you know, we cannot proceed further in this case without them. We are waiting to get these depositions before we can designate experts. I would appreciate you working this out as soon as possible, so that we can proceed with the discovery in this case.

Sincerely yours,

William Gault

WG/bc
LOMAX-37

**EXHIBIT**
31

Ms. Carol Lomax
Re:     Civil Action No. CV-B-00-192
        Candelario De Leon v. City of Brownsville, Texas, et al
        In the Southern District of Texas, Brownsville Division
November 7, 2001
Page 2


xc:     Mr. Tyler Scheuerman
        Uzick & Oncken, P.C.
        Fountainhead One Building
        8200 IH-10 West, Suite 208
        San Antonio, Texas 78230