IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON | § | |
| | § | COMPLAINT FOR DAMAGES FOR |
| Plaintiff, | § | VIOLATIONS OF CIVIL RIGHTS UNDER |
| | § | COLOR OF STATE LAW (42 U.S.C. § 1983) |
| VS. | § | |
| | § | CIVIL ACTION NO. CV-B-00-192 |
| CITY OF BROWNSVILLE, TEXAS, ET AL. | § | |
| | § | JURY REQUESTED |
| Defendants. | § | |

United States District Court
Southern District of Texas
FILED

DEC 3 1 2001

Michael N. Milby
Clerk of Court

## NOTICE OF VACATION

The Law Office of Michael R. Cowen, P.C. will be on vacation on the following dates:

**Thursday, January 3, 2002 through Tuesday, January 8, 2002**

Please do not schedule any hearings, trials, or other proceedings on those dates

Respectfully submitted,

MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520
Telephone:    (956) 541-4981
Facsimile:    (956) 504-3674

_____
Michael R. Cowen
Federal ID# 19967
State Bar # 00795306

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been forwarded by certified mail, return receipt requested, on this 31 day of December, 2001, to:

Ryan Henry
Eileen M. Leeds
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521

Tyler Scheuerman
UZICK & ONCKEN, P.C.
8200 IH 10 West, Suite 208
San Antonio, Texas 78230

William Gault
Paul Fourt
BRIN & BRIN, P.C.
1325 Palm Boulevard, Suite A
Brownsville, Texas 78520

_____
MICHAEL R. COWEN