IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Candelario De Leon, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-192 |
| | § | |
| City of Brownsville, Texas, et al, | § | |
| | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED, that on January 9, 2002 the Court **GRANTS** the Plaintiff's Motion to Dismiss [Dkt. No. 61] Defendants City of Brownsville, Texas, and Benigno Reyna in both his official and individual capacities with prejudice. Because the Court has considered that Plaintiff no longer wishes to prosecute any claims against these Defendants the Court is of the opinion that a dismissal is warranted.

The Court therefore **ORDERS** that Defendants City of Brownsville, Texas, and Benigno Reyna in both his official and individual capacities are dismissed from the above and titled cause with prejudice to refile same. All other Defendants remain parties to this lawsuit.

All parties shall bear their own costs.

DONE at Brownsville, Texas, this 9th day of January, 2002.

Hilda G. Tagle
United States District Judge