*78*

United States District Court
Southern District of Texas
FILED

JAN 1 4 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-192 |
| | § | JURY REQUESTED |
| CITY OF BROWNSVILLE, | § | |
| TEXAS, ET AL | § | |

## CANDELARIO DE LEON'S MOTION TO EXCLUDE SUMMARY JUDGMENT EVIDENCE OF COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P. D/B/A VALLEY REGIONAL MEDICAL CENTER AND HCA-THE HEALTHCARE COMPANY

TO THE HONORABLE HILDA TAGLE
UNITED STATES DISTRICT COURT:

Comes now the Plaintiff, CANDELARIO DE LEON, and files this Motion to Exclude Summary Judgment Evidence of COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P. D/B/A VALLEY REGIONAL MEDICAL CENTER AND HCA-THE HEALTHCARE COMPANY and would show unto the Court as follows:

1.    The Federal Rules of Civil Procedure require that an affidavit of a person with knowledge stating that all copies of discovery and documents in the motion are true and correct copies of the original documents is required. Defendants have not verified any of the exhibits in the Motion for Summary Judgment.

WHEREFORE, Plaintiff respectfully requests the Summary Judgment Evidence attached to Defendants COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P. D/B/A VALLEY REGIONAL MEDICAL CENTER AND HCA-THE HEALTHCARE COMPANY Motion for Summary Judgment be excluded as they are improperly presented to this court.

Respectfully submitted,

BRANTON & HALL, P.C.
One Riverwalk Place, Suite 1700
700 North St. Mary's Street
San Antonio, Texas 78205
(210) 224-4474
(210) 224-1928 (Fax)

By: _____
     CAROL P. LOMAX
     State Bar No. 12509100
     Federal I.D. No. 13464

ATTORNEYS FOR PLAINTIFF

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent via Certified Mail Return Receipt Requested this _11th_ day of _January_____, 2002, to the following:

Tyler Scheuerman
UZICK & ONCKEN, P.C.
Fountainhead One Building
8200 IH-10 West, Suite 208
San Antonio, Texas 78230

ATTORNEYS FOR DEFENDANTS,
STAT PHYSICIANS, P.A. and
JOAO DOVALE, M.D.

William Gault
BRIN & BRIN, P.C.
1325 Palm Boulevard, Suite A
Brownsville, Texas 78520

ATTORNEYS FOR DEFENDANTS,
COLUMBIA VALLEY HEALTHCARE
SYSTEM, L.P. D/B/A VALLEY REGIONAL
MEDICAL CENTER AND HCA-THE
HEALTHCARE COMPANY

_____
CAROL P. LOMAX

G:\WPFILES\FILES CLT\D\DEL9827\PLEAD\SUMJUDEV.MOT

3