80

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
ENTERED

JAN 1 8 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

CANDELARIO DE LEON §
§
§
versus § CIVIL ACTION B:00-192
§
§
CITY OF BROWNSVILLE, et al §

# N O T I C E

Please take notice that the *Docket Call* set for March 7, 2002 at **1:30 p.m.** has been changed to **9:00 a.m.** as per order of the Court.

MICHAEL N. MILBY, Clerk

By: _____
Stella Cavazos, Case Manager for
U. S. District Judge Hilda G. Tagle

Date: 1/18/02