

```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF TEXAS
                         BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED

JAN 2 2 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CANDELARIO DE LEON | § | |
| | § | COMPLAINT FOR DAMAGES FOR |
| Plaintiff, | § | VIOLATIONS OF CIVIL RIGHTS UNDER |
| | § | COLOR OF STATE LAW (42 U.S.C. § 1983) |
| VS. | § | |
| | § | CIVIL ACTION NO. CV-B-00-192 |
| CITY OF BROWNSVILLE, TEXAS, ET AL. | § | |
| | § | JURY REQUESTED |
| Defendants. | § | |

### NOTICE OF APPEARANCE OF MICHAEL R. COWEN
### AS LOCAL COUNSEL FOR PLAINTIFF

TO THE HONORABLE HILDA TAGLE, UNITED STATES DISTRICT JUDGE:

Plaintiff CANDELARIO DE LEON files this his Notice of Appearance of Michael R. Cowen as Local Counsel for Plaintiff.

1. Plaintiff has retained Michael R. Cowen of the Law Offices of Michael R. Cowen, P.C., 765 E. 7th Street, Suite A, Brownsville, Texas 78520, as local counsel.

2. Michael R. Cowen hereby makes an entry as counsel of record in this case.

3. Carol P. Lomax shall continue as attorney-in-charge for Plaintiff.

RESPECTFULLY SUBMITTED,

*[signature: Carol P. Lomax, w/permission by MRC]*

CAROL P. LOMAX
State Bar No. 12509100
Federal I.D. No. 13464
BRANTON & HALL, P.C.
One Riverwalk Place, Suite 1700
San Antonio, Texas 78205
Telephone (210) 224-4474
Facsimile (210) 224-1928

ATTORNEY IN CHARGE FOR PLAINTIFF

*[signature]*

MICHAEL R. COWEN
State Bar No. 00795306
Federal I.D. No. 19967
MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520
Telephone (956) 541-4981
Facsimile (956) 504-3674

LOCAL COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been forwarded as indicated below on this 22nd day of January, 2002, to:

| | |
|---|---|
| Tyler Scheuerman<br>UZICK & ONCKEN, P.C.<br>8200 IH 10 West, Suite 208<br>San Antonio, Texas 78230 | Fax No.: 210-341-7703<br>**& Regular U.S. Mail** |
| William Gault<br>Paul Fourt<br>BRIN & BRIN, P.C.<br>1325 Palm Boulevard, Suite A<br>Brownsville, Texas 78520 | Fax No.: 956-544-0607<br>**& Regular U.S. Mail** |

_____
MICHAEL R. COWEN