84

## UZICK & ONCKEN, P.C.
ATTORNEYS AT LAW

JEFFREY H. UZICK
J. KEVIN ONCKEN

8200 IH-10 West, Suite 208
San Antonio, Texas 78230
Telephone (210) 341-7703
Facsimile (210) 341-1570

United States District Court
Southern District of Texas
FILED

JAN 22 2002

ROGER AUBERGER
TYLER SCHEUERMAN
Michael N. Maillas
Sherlock Courtovitch
CYNTHIA A. GODOWSKI, R.N.

DIPLOMATE, MEDICAL PROFESSIONAL LIABILITY,
AMERICAN BOARD OF PROFESSIONAL LIABILITY ATTORNEYS

January 18, 2002

Juan Barbosa, Deputy Clerk
United States District Court
1158 Federal Bldg.
600 E. Harrison St.
Brownsville, Texas 78520-7114

**CERTIFIED MAIL**

RE:  *Candelario DeLeon v. City of Brownsville, Texas, et al.*, Case Number: CV-B-00-192 in the United States District Court, Southern District of Texas, Brownsville Division.

Dear Mr. Barbosa:

This letter is to advise you that I will be on vacation throughout the following dates:

February 20, 2002 through February 22, 2002
May 17, 2002

I respectfully request that no trials or hearings be scheduled during this vacation period. I also request that this letter be filed with the papers of this cause. After filing, please return a file-stamped copy to me in the envelope enclosed for your convenience. Your cooperation and assistance to avoid any conflicts with this schedule will be greatly appreciated.

By copy of this letter, I am notifying all counsel of record of this vacation schedule and I am also requesting counsel to refrain from noticing any depositions or scheduling any hearing which would require a responsive pleading and/or attendance in Court during this time.

Best regards,

Tyler Scheuerman

TS:ppo
Enclosures

Houston Office
550 Westcott, Suite 290
Houston, Texas 77007
Telephone: (713) 869-2900
Facsimile: (713) 869-6699

## UZICK & ONCKEN, P.C.

Mr. Juan Barbosa
January 18, 2002
Page 2

cc: Carol P. Lomax
     Ryan Henry
     William Gault