```
                                                    United States District Court
                                                     Southern District of Texas
                                                              FILED
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF TEXAS              JAN 2 4 2002
                  BROWNSVILLE DIVISION
                                                         Michael N. Milby
                                                          Clerk of Court
```

| | |
|---|---|
| CANDELARIO DE LEON | § |
| | § |
| VS. | § |
| | § CIVIL ACTION NO. CV-B-00-192 |
| | § JURY DEMANDED |
| | § |
| CITY OF BROWNSVILLE, | § |
| TEXAS, ET AL | § |

## NOTICE OF FILING

TO THE HONORABLE UNITED STATES DISTRICT COURT:

In compliance with Federal Rule of Civil Procedure 29, Defendants Columbia Valley Healthcare Systems, LP d/b/a Valley Regional Medical Center and HCA-The Healthcare Company submit the attached written stipulation between counsel for Plaintiff and counsel for these Defendants be filed among the papers in this cause.

                                        Respectfully submitted,

                                        By: _____
                                            William Gault
                                            Federal I.D. No. 14685
                                            State Bar No. 07765050
                                        Brin & Brin, P.C.
                                        1325 Palm Blvd., Suite A
                                        Brownsville, Texas 78520
                                        (956) 544-7110
                                        (956) 544-0607 Telecopier

                                        Of Counsel:

                                        Brin & Brin, P.C.
                                        1325 Palm Blvd., Suite A
                                        Brownsville, Texas 78520
                                        (956) 544-7110
                                        (956) 544-0607 Telecopier

                                        ATTORNEYS FOR DEFENDANTS
                                        COLUMBIA VALLEY HEALTHCARE
                                        SYSTEM, L.P. D/B/A VALLEY
                                        REGIONAL MEDICAL CENTER AND
                                        HCA-THE HEALTHCARE COMPANY

## **CERTIFICATE OF SERVICE**

This is to certify that the above and foregoing instrument has been forwarded to counsel as indicated below on this the 23rd day of January, 2002.

Ms. Carol Lomax  
Branton & Hall, P.C.  
One Riverwalk Place, Suite 1700  
700 N. St. Mary's Street  
San Antonio, Texas 78205

**VIA CM/RRR# 7000 0520 0022 1414 1331**

Mr. Tyler Scheuerman  
Uzick & Oncken, P.C.  
Fountainhead One Building  
8200 IH-10 West, Suite 208  
San Antonio, Texas 78230

**VIA REGULAR MAIL**

_____  
William Gault

DELEON/VRMC: FILI-NTC  
PAGE 2

# BRIN & BRIN, P.C.
## ATTORNEYS AT LAW

1325 Palm Blvd
Brownsville, Texas 78520
Telephone (956) 544-7110
Fax (956) 544-0602
sullivan@sullivan.com

THOMAS SULLIVAN
Member of the Firm

Certified Mediator
Certified Family Law Mediator

Corpus Christi Office
1102 Third Street
Corpus Christi, Texas 78404
Telephone (361) 881-9643
Fax (361) 883-0306

San Antonio Office
Fountainhead One
8200 I-10 West, Suite 619
San Antonio, Texas 78230
Telephone (210) 349-9711
Fax (210) 341-1951

Edinburg Office
123 W. 14 Street
Courthouse Square Suites
Edinburg, Texas 78539
Telephone (956) 381-6802
Fax (956) 381-0723

July 18, 2001

**VIA FAX TRANSMISSION**

Ms. Carol Lomax
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's Street
San Antonio, Texas 78205

Re:   Civil Action No. CV-B-00-192
      Candelario De Leon v. City of Brownsville, Texas, et al
      In the Southern District of Texas, Brownsville Division

Dear Ms. Lomax,

Pursuant to your conversation with Maribel Gonzales on July 17, you have agreed to extend our expert designation deadline 21 days after we obtain the depositions of Mr. De Leon, Mr. Ross, Dr. Garriott, Dr. Willingham and Mr. Rodriguez.

If this accurately reflects our agreement, I would appreciate your signature below and returning the agreement to me so that I may file it with the Court as a LR 93.5 agreement.

Sincerely yours,

Thomas Sullivan

ts/mmg
LOMAX-23

AGREED TO AND APPROVED:

Ms. Carol Lomax
Attorney for Plaintiff