IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 3 1 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CANDELARIO DE LEON | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. CV-B-00-192 |
| | § | JURY DEMANDED |
| | § | |
| CITY OF BROWNSVILLE, | § | |
| TEXAS, ET AL | § | |

## NOTICE OF FILING

TO THE HONORABLE UNITED STATES DISTRICT COURT:

In compliance with Federal Rule of Civil Procedure 29, Defendants Columbia Valley Healthcare Systems, LP d/b/a Valley Regional Medical Center and HCA-The Healthcare Company submit the attached written stipulation between counsel for Plaintiff and counsel for these Defendants be filed among the papers in this cause.

Respectfully submitted,

By: _____
William Gault
Federal I.D. No. 14685
State Bar No. 07765050
Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

Of Counsel:

Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

ATTORNEYS FOR DEFENDANTS
COLUMBIA VALLEY HEALTHCARE
SYSTEM, L.P. D/B/A VALLEY
REGIONAL MEDICAL CENTER AND
HCA-THE HEALTHCARE COMPANY

DELEON/VRMC: RL29NTC2
PAGE 1

# CERTIFICATE OF SERVICE

This is to certify that the above and foregoing instrument has been forwarded to counsel as indicated below on this the 29th day of January, 2002.

| | |
|---|---|
| Ms. Carol Lomax<br>Branton & Hall, P.C.<br>One Riverwalk Place, Suite 1700<br>700 N. St. Mary's Street<br>San Antonio, Texas 78205 | VIA CM/RRR# 7099 3220 0000 1380 0341 |
| Mr. Michael Cowen<br>Attorney at Law<br>765 E. 7th Street<br>Brownsville, Texas 78520 | VIA REGULAR MAIL |
| Mr. Tyler Scheuerman<br>Uzick & Oncken, P.C.<br>Fountainhead One Building<br>8200 IH-10 West, Suite 208<br>San Antonio, Texas 78230 | VIA REGULAR MAIL |

_____
William Gault

DELEON/VRMC: RL29NTC2
PAGE 2

## BRIN & BRIN, P.C.
### ATTORNEYS AT LAW

WILLIAM GAULT
MEMBER OF THE FIRM

Board Certified
Personal Injury Trial Law

1325 PALM BLVD., SUITE A
BROWNSVILLE, TEXAS 78520
TELEPHONE (956) 544-7110
FAX (956) 544-0607
bgault@brinandbrin.com

CORPUS CHRISTI OFFICE
1202 THIRD STREET
CORPUS CHRISTI, TEXAS 78404
TELEPHONE (361) 881-9643
FAX (361) 883-0506

SAN ANTONIO OFFICE
FOUNTAINHEAD ONE
8200 I-10 WEST, SUITE 610
SAN ANTONIO, TEXAS 78230
TELEPHONE (210) 341-9711
FAX (210) 341-1854

EDINBURG OFFICE
129 W. MCINTYRE
COURTHOUSE SQUARE SUITES
EDINBURG, TEXAS 78539
TELEPHONE (956) 381-6602
FAX (956) 381-0725

January 24, 2002

VIA FAX TRANSMISSION

Ms. Carol Lomax
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's Street
San Antonio, Texas 78205

Re:   Civil Action No. CV-B-00-192
      Candelario De Leon v. City of Brownsville, Texas, et al
      In the Southern District of Texas, Brownsville Division

Dear Ms. Lomax:

This will confirm that plaintiff and defendant agree that Dr. Garriott's assumption that the plaintiff had a blood alcohol level of 0.08 at the time that he was treated at Valley Regional Medical Center on December 24, 1998 is without scientific basis and therefore he will not testify in that regard. The plaintiff and defendant also agree that based on that assumption, Dr. Garriott cannot testify as to the plaintiff's actions or behavior that he would have exhibited if he had a 0.08 blood alcohol content. At such time that Dr. Garriott has other information as to the plaintiff's actual blood alcohol content, he will be presented for deposition on these matters.

Please note your agreement to this so that it can be filed with the court as a Rule 29 Agreement.

Sincerely yours,

Bill

William Gault

WRG/mel
LOMAX-54

AGREED TO AND APPROVED

Carol Lomax
Attorney for Plaintiff