IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | NO. B-00-192 |
| | § | |
| CITY OF BROWNSVILLE, et al., | § | |
| | § | |
| Defendants. | § | |

### ORDER

BE IT REMEMBERED that on February 11, 2002, the Court considered Defendant Phico Insurance Company's Notice of Liquidation, and Order Staying Further Discovery and Proceedings [Dkt. No. 87]. The Court has been informed that on August 16, 2001, the Insurance Commissioner of the Commonwealth of the Pennsylvania ordered Phico Insurance Company into rehabilitation pursuant to Article V of the Insurance Department Act of 1921, Act of May 17, 1921, P.L. 789, *as amended*, 40 P.S. §§ 221.1-221.63. [Dkt. No. 87 Ex. 1]. Phico is the insurance carrier for Defendants Joao Do Vale and Stat Physicians, P.A. [Dkt. No 87]. On February 1, 2002, the Insurance Commissioner of the Commonwealth of Pennsylvania obtained an Order of Liquidation terminating Phico's rehabilitation and declaring Phico insolvent. [Dkt. No 87 Ex. B]. The Order also states that: No action at law or equity . . . shall be brought against Phico . . . not shall any existing action be maintained or further prosecuted after the effective date of this Order. All actions . . . currently pending against Phico . . . . are hereby stayed indefinitely." [Id.].

This order acts as a stay on proceedings in this Court, and therefore, pursuant to the Order by the Commonwealth court of Pennsylvania, the Court hereby **STAYS** all proceedings as to Defendant Phico in this case until further notice. Because

Defendants' counsel has been ordered not to proceed with the defense of Phico insureds until the Texas Guaranty Fund assumes Phico's obligations, all proceedings against its insureds, Joao Do Vale and Stat Physicians, P.A are likewise **STAYED**.

DONE this 11th day of February, 2002 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge