IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON, | § § | |
| Plaintiff, | § § | |
| v. | § | NO. B-00-192 |
| CITY OF BROWNSVILLE, et al., | § § § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on February 15, 2002, the Court **STAYED** all proceedings in this case until further notice. The Court previously stayed all actions as to Defendants Phico, Joao DoVale, M.D. and Stat Physicians, P.A., pursuant to the Order of the Commonwealth Court of Pennsylvania [Dkt. No. 88]. The Court notes that where joint and several liability is sought,[1] a judgment against any of the Defendants in this case would act as a judgment against the bankrupt Defendants, thus violating the stay imposed by the Pennsylvania Court. The Order of the Pennsylvania Court therefore stays all proceedings in this case, including proceedings against the non-bankrupt Defendants. Accordingly, the Court **STAYS** all proceedings in this case until further notice. The final pretrial conference set for March 7, 2002 is therefore **CANCELLED**.

DONE this 15th day of February, 2002 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

---

[1] 42 U.S.C. § 1985, asserted as a cause of action here [see Dkt. No. 16], allows damages "against any one or more of the conspirators."