United States District Court
Southern District of Texas
FILED

SEP 1 3 2002

Michael N. Milby
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON | § | COMPLAINT FOR DAMAGES |
| | § | FOR VIOLATIONS OF CIVIL |
| | § | RIGHTS UNDER COLOR OF |
| | § | STATE LAW |
| vs. | § | (42 U.S.C. §§ 1983, 1985, 1988) |
| | § | |
| CITY OF BROWNSVILLE, TEXAS; | § | |
| BENIGNO REYNA, INDIVIDUALLY | § | |
| AND IN HIS OFFICIAL CAPACITY AS | § | |
| CHIEF OF POLICE FOR THE CITY | § | |
| OF BROWNSVILLE, CITY OF | § | |
| BROWNSVILLE POLICE OFFICER | § | CIVIL ACTION NO. CV-B-00-192 |
| ANDRE S. TORRES, JR., | § | |
| INDIVIDUALLY AND IN HIS | § | |
| OFFICIAL CAPACITY; AND CITY OF | § | |
| BROWNSVILLE POLICE OFFICER | § | |
| ALEX ORTIZ, INDIVIDUALLY AND | § | |
| IN HIS OFFICIAL CAPACITY; | § | |
| HCA-THE HEALTHCARE COMPANY | § | |
| FORMERLY D/B/A COLUMBIA/HCA | § | |
| HEALTHCARE CORPORATION, | § | |
| COLUMBIA VALLEY HEALTHCARE | § | |
| SYSTEM, L.P., INDIVIDUALLY AND | § | |
| D/B/A VALLEY REGIONAL MEDICAL | § | |
| CENTER AND FORMERLY D/B/A | § | |
| COLUMBIA VALLEY REGIONAL | § | |
| MEDICAL CENTER, JOAO DOVALE, | § | |
| M.D. AND STAT PHYSICIANS, P.A. | § | |

## DEFENDANTS JOAO DOVALE, M.D. AND STAT PHYSICIANS, P.A.'S
## MOTION TO SUBSTITUTE ATTORNEY OF RECORD

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, DEFENDANTS, JOAO DOVALE, M.D. and STAT PHYSICIANS,

P.A. move this Honorable Court for an order substituting STEVEN M. GONZALEZ and

GERALD CASTILLO of the law firm of STEVEN M. GONZALEZ (Attorney In Charge)

& ASSOCIATES, P.C. as counsel of record for said defendants in lieu of TYLER

SCHEUERMAN of the law firm of UZICK & ONCKEN, P.C.  STEVEN GONZALEZ

(Attorney In Charge) and GERALD CASTILLO, as the substituting attorneys for TYLER

SCHEUERMAN, are located at the following address:

> Steven M. Gonzalez
> STEVEN M. GONZALEZ & ASSOCIATES, P.C.
> 208 Lindberg
> McAllen, Texas 78501
> (956) 618-0115
> FAX: (956) 618-0445
> SBN:  08131900
> Federal I.D.:  3321
> Attorney In Charge
>
> Gerald Castillo
> SBN: 24012399
> Federal I.D.: 25430

The parties approve of this substitution and this substitution is not sought for delay only.

WHEREFORE, PREMISES CONSIDERED, DEFENDANTS,  JOAO DOVALE,

M.D. and STAT PHYSICIANS, P.A. respectfully request that the Court enter an order

substituting STEVEN M. GONZALEZ (Attorney In Charge) and GERALD CASTILLO of

the law firm of STEVEN M. GONZALEZ & ASSOCIATES, P.C. as counsel of record for

said DEFENDANTS, JOAO DOVALE, M.D. and STAT PHYSICIANS, P.A. in lieu of

TYLER SCHEUERMAN of the law firm of UZICK & ONCKEN, P.C.

Respectfully submitted,


By:_____
     Tyler Scheuerman
     SBN: 00791610
     Federal I.D.: 19683

UZICK & ONCKEN, P.C.
8200 IH-10 West, Suite 208
San Antonio, Texas 78230
(210) 341-7703
Fax: (210) 341-1570

STEVEN M. GONZALEZ & ASSOCIATES, P.C.

By:_____
     Steven Gonzalez
     SBN:  08131900
     Federal I.D.: 3321
     Attorney In Charge

     Gerald Castillo
     SBN: 24012399
     Federal I.D.: 25430

208 Lindberg
McAllen, Texas 78501
(956) 618-0115
FAX: (956) 618-0445

Respectfully submitted,

By: _____

   Tyler Scheuerman
   SBN: 00791610
   Federal I.D.: 19683

UZICK & ONCKEN, P.C.
8200 IH-10 West, Suite 208
San Antonio, Texas 78230
(210) 341-7703
Fax: (210) 341-1570

STEVEN M. GONZALEZ & ASSOCIATES, P.C.


By: _____

   Steven Gonzalez
   SBN:  08131900
   Federal I.D.: 3321
   Attorney In Charge

   Gerald Castillo
   SBN: 24012399
   Federal I.D.: 25430

208 Lindberg
McAllen, Texas 78501
(956) 618-0115
FAX: (956) 618-0445

- 3 -

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing has been forwarded to Plaintiffs' counsel of record by certified mail, return receipt requested, and to all other counsel of record by regular U.S. mail, postage prepaid, on this 11th day of September, 2002.

_Steve Gonzalez_
Steven Gonzalez

F:\DATA\WPDOCS\D\De Leon, C. v. doVale.60\mtn substitution.laf.wpd

- 4 -