IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



| | § |
|---|---|
| CANDELARIO DE LEON, | § |
| | § |
| Plaintiffs, | § |
| | § |
| | § Civil Action B-00-192 |
| vs. | § |
| | § |
| CITY OF BROWNSVILLE, ET AL., | § |
| | § |
| Defendants. | § |

## ORDER

    Be it remembered that on September 30, 2002, the Court considered Defendants Joao Dovale, M.D. and Stat Physicians, P.A.'s Motion to Substitute Attorney of Record [Dkt. No. 90]. It is hereby ORDERED that the law firm of UZICK & ONCKEN, P.C. and all attorneys affiliated or associated with the law firm are discharged as counsel and Attorney in Charge for Defendants Joao Dovale, M.D. and Stat Physicians, P.A. Said law firm and attorneys are released from all further responsibilities in this cause.
    It is further ORDERED that STEVEN GONZALEZ, Attorney in Charge, and GERALD CASTILLO of the law firm of STEVEN M. GONZALEZ & ASSOCIATES, P.C. are substituted as the attorneys of record for said defendants in place of Tyler Scheuerman of the law firm of Uzick & Oncken, P.C.
    Defendants Joao Dovale, M.D. and Stat Physicians, P.A.'s Motion, therefore, is hereby **GRANTED**.

    DONE this 30th day of September, 2002, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge