# STEVEN M.
# GONZALEZ & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

STEVEN M. GONZALEZ
PAUL A. GAYTÁN
WILLIAM R. GARZA
GERALD E. CASTILLO
JAY D. VILLARREAL
NEAL R. REISMAN, MD, JD

ENRIQUETA G. SOSA, MSN, RNC
VICENTE H. ALVAREZ, BSN, RNC

THE LINDBERG CENTER
208 LINDBERG
McALLEN, TEXAS 78501
TEL (956) 618-0115
TEL (800) 290-8944
FAX (956) 618-0445

CORPUS CHRISTI OFFICE
FROST BANK PLAZA
802 N. CARANCAHUA, SUITE 475
CORPUS CHRISTI, TEXAS 78470
TEL (361) 884-0115
FAX (361) 884-0125
E-MAIL: law@smgfirm.com

February 19, 2003

Juan Barbosa, Deputy Clerk
United States District Court
1158 Federal Building
600 E. Harrison Street
Brownsville, Texas 78520-7114

Re:   Civil No. CV-B-00-192; *Candelario De Leon v. Joao Dovale, M.D., et al.;* Brownsville Division

Dear Mr. Barbosa:

This letter is to advise you that I will be on vacation on the following dates:

   April 28 - May 9, 2003
   July 21 - July 30, 2003
   August 1 - August 8, 2003
   August 8 - August 19, 2003
   August 22 - September 2, 2003

I would respectfully request that no trials or hearings be scheduled during this vacation period. I also request that this letter be filed with the papers of this cause and returned to my office in accordance with your normal procedures. By copy of this letter, I am advising all counsel of this request.

Thank you for your cooperation in this matter.

Respectfully,

STEVEN M. GONZALEZ & ASSOCIATES, P.C.

Steve Gonzalez

SG:yg\60.064

cc:   Carol P. Lomax
      Michael Cowen
      William Gault
      Ryan Henry