United States District Court
Southern District of Texas
FILED

MAR 2 0 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON, § | | |
| Plaintiff § | | COMPLAINT FOR DAMAGES FOR VIOLATIONS |
| § | | OF CIVIL RIGHTS UNDER COLOR OF STATE |
| VS. § | | LAW (42 U.S.C. §§ 1983) |
| § | | |
| CITY OF BROWNSVILLE, TEXAS, ET AL., § | | CIVIL ACTION NO. CV-B-00-192 |
| Defendants. § | | |

**PLAINTIFF'S MOTION FOR LEAVE TO
RE-DESIGNATE ATTORNEY-IN-CHARGE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff, CANDELARIO DE LEON, and files this Motion for Leave to Re-Designate Attorney-in-Charge, showing as follows:

I.

This case arises from the failure of the Defendants to diagnose the spinal cord injury that ultimately caused the Plaintiff's quadraplegia. The lawsuit was filed on December 21, 2000. The case is currently stayed.

II.

Until very recently, Plaintiff has been represented by Carol P. Lomax. Unfortunately, Ms. Lomax' health has required that Plaintiff re-designate his Attorney-in-Charge. Accordingly, Plaintiff moves the court for leave to file the Notice of Re-Designation of Attorney in Charge attached hereto, designating Thomas A. Crosley as the lead attorney-in-charge and James L. Branton and Sonia M. Rodriguez as an additional attorneys-of-record for this case. Mr. Crosley, Mr. Branton and Ms. Rodriguez are attorneys in the same law firm as Ms. Lomax.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that the court grant Plaintiff's Leave to File his Notice of Re-Designation of Attorney in Charge, listing Thomas A. Crosley as the lead attorney-in-charge and James L. Branton and Sonia M. Rodriguez as an additional attorneys-of-record for this cause and for such other and further relief, at law or in equity, to which they may be justly entitled.

Respectfully submitted,

**Branton & Hall, P.C.**
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205
(210) 224-4474
(210) 224-1928 (Fax)

By: _____
THOMAS A. CROSLEY
State Bar No. 00783902
S. Dist. Texas No. 15434
JAMES L. BRANTON
State Bar No. 00000069
S. Dist. Texas No. 20163
SONIA M. RODRIGUEZ
State Bar No. 24008466
S. Dist. Texas No. 29063

MICHAEL COWAN
Attorney at Law
765 E. 7th Street, Suite A
Brownsville, Texas 78520
(956) 541-4981
State Bar No. 00795306
S. Dist. Texas No. 19967

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing PLAINTIFF'S MOTION FOR LEAVE TO RE-DESIGNATE ATTORNEY-IN-CHARGE has been served via certified mail, return receipt requested, on this _17_ day of _March_, 2003, to:

Ryan Henry
Eileen M. Leeds
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521

ATTORNEYS FOR DEFENDANTS,
CITY OF BROWNSVILLE, TEXAS and
BENIGNO REYNA, ANDREW S. TORRES
and HENRY JUAREZ.

Steven Matthew Gonzalez
Gerald E. Castillo
Steven M. Gonzalez & Associates
208 Lindberg
McAllen, TX 78501
and
Tyler Scheuerman
UZICK & ONCKEN, P.C.
8200 IH 10 West, Suite 208
San Antonio, Texas 78230

ATTORNEYS FOR DEFENDANTS,
STAT PHYSICIANS, P.A. and
JOAO DOVALE, M.D.

William Gault
Paul Fourt
BRIN & BRIN, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520

ATTORNEYS FOR DEFENDANTS
COLUMBIA VALLEY HEALTHCARE
SYSTEM, L.P. D/B/A VALLEY
REGIONAL MEDICAL CENTER AND
HCA-THE HEALTHCARE COMPANY

_____
Thomas A. Crosley

G:\WPFILES\FILES.CLT\D\DEL9827\PLEAD\M-LeaveDesignAttyNCharge.wpd