United States District Court
Southern District of Texas
FILED

MAR 2 0 2003

Michael N. Milby
Clerk of Court

94

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON,<br>Plaintiff | § <br> § <br> § | COMPLAINT FOR DAMAGES FOR VIOLATIONS<br>OF CIVIL RIGHTS UNDER COLOR OF STATE |
| VS. | § <br> § | LAW (42 U.S.C. §§ 1983) |
| CITY OF BROWNSVILLE, TEXAS, ET AL.,<br>Defendants. | § <br> § | CIVIL ACTION NO. CV-B-00-192 |

## NOTICE OF RE-DESIGNATION OF ATTORNEY-IN-CHARGE

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

Comes now Plaintiff and files this Re-Designation of Attorney-In-Charge as follows:

1.      Plaintiff, CANDELARIO DELEON, re-designates Thomas A. Crosley as the lead Attorney-In-Charge, in this case in place of Carol P. Lomax.  Please also reflect that Plaintiff designates James L. Branton and Sonia M. Rodriguez as additional attorneys-of-record for this case, all of the same firm.

2.      Mr. Crosley will be responsible for the suit and shall be the attorney to receive all communications from the court and of the parties. James L. Branton and Sonia M. Rodriguez will remain on the pleadings in this case as an additional counsel of record.

3.      Notice of this designation has been provided to all other parties.

Respectfully submitted,

**Branton & Hall, P.C.**
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205
(210) 224-4474
(210) 224-1928 (Fax)


By: _____
THOMAS A. CROSLEY
State Bar No. 00783902
S. Dist. Texas No. 15434
JAMES L. BRANTON
State Bar No. 00000069
S. Dist. Texas No.20163
SONIA M. RODRIGUEZ
State Bar No. 24008466
S. Dist. Texas No.29063

MICHAEL COWAN
Attorney at Law
765 E. 7th Street, Suite A
Brownsville, Texas 78520
(956) 541-4981
State Bar No. 00795306
S. Dist. Texas No. 19967

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing NOTICE OF RE-DESIGNATION OF ATTORNEY-IN-CHARGE has been served via certified mail, return receipt requested, on this _17_ day of _march_ , 2003, to:

Ryan Henry
Eileen M. Leeds
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521

ATTORNEYS FOR DEFENDANTS,
CITY OF BROWNSVILLE, TEXAS and
BENIGNO REYNA, ANDREW S. TORRES
and HENRY JUAREZ.

Steven Matthew Gonzalez
Gerald E. Castillo
Steven M. Gonzalez & Associates
208 Lindberg
McAllen, TX 78501
and
Tyler Scheuerman
UZICK & ONCKEN, P.C.
8200 IH 10 West, Suite 208
San Antonio, Texas 78230

ATTORNEYS FOR DEFENDANTS,
STAT PHYSICIANS, P.A. and
JOAO DOVALE, M.D.

William Gault
Paul Fourt
BRIN & BRIN, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520

ATTORNEYS FOR DEFENDANTS
COLUMBIA VALLEY HEALTHCARE
SYSTEM, L.P. D/B/A VALLEY
REGIONAL MEDICAL CENTER AND
HCA-THE HEALTHCARE COMPANY

Thomas A. Crosley