IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 0 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CANDELARIO DE LEON, | § | |
| Plaintiff | § | COMPLAINT FOR DAMAGES FOR VIOLATIONS |
| | § | OF CIVIL RIGHTS UNDER COLOR OF STATE |
| VS. | § | LAW (42 U.S.C. §§ 1983) |
| | § | |
| CITY OF BROWNSVILLE, TEXAS, ET AL., | § | CIVIL ACTION NO. CV-B-00-192 |
| Defendants. | § | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO RE-DESIGNATE ATTORNEY-IN-CHARGE

On the 7th day of April, 2003, the Court considered the Plaintiff's Motion for Leave to Re-Designate Attorney-In-Charge. After considering Plaintiff's Motion, the Court finds that the Plaintiff's Motion for Leave to Re-Designate Attorney-In-Charge should be GRANTED.

It is, therefore, ORDERED that THOMAS A. CROSLEY shall be allowed to appear as lead attorney-in-charge and JAMES L. BRANTON and SONIA M. RODRIGUEZ as additional attorneys of record until the conclusion of this case.

SIGNED this 7th day of April, 2003.

UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO RE-DESIGNATE ATTORNEY-IN-CHARGE has been served via certified mail, return receipt requested, on this _2-1_ day of _march_, 2003, to:

Ryan Henry
Eileen M. Leeds
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521

ATTORNEYS FOR DEFENDANTS,
CITY OF BROWNSVILLE, TEXAS and
BENIGNO REYNA, ANDREW S. TORRES
and HENRY JUAREZ.

Steven Matthew Gonzalez
Gerald E. Castillo
Steven M. Gonzalez & Associates
208 Lindberg
McAllen, TX 78501
and
Tyler Scheuerman
UZICK & ONCKEN, P.C.
8200 IH 10 West, Suite 208
San Antonio, Texas 78230

ATTORNEYS FOR DEFENDANTS,
STAT PHYSICIANS, P.A. and
JOAO DOVALE, M.D.

William Gault
Paul Fourt
BRIN & BRIN, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520

ATTORNEYS FOR DEFENDANTS
COLUMBIA VALLEY HEALTHCARE
SYSTEM, L.P. D/B/A VALLEY
REGIONAL MEDICAL CENTER AND
HCA-THE HEALTHCARE COMPANY

Thomas A. Crosley

G:\WPFILES\FILES.CLT\D\DEL9827\PLEAD\ORDERAsignAttyNCharge.wpd