IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON, | § | |
| Plaintiff, | § | COMPLAINT FOR DAMAGES FOR VIOLATIONS |
| | § | OF CIVIL RIGHTS UNDER COLOR OF STATE |
| VS. | § | LAW (42 U.S.C. §§ 1983) |
| | § | |
| CITY OF BROWNSVILLE, TEXAS, ET AL., | § | CIVIL ACTION NO. CV-B-00-192 |
| Defendants. | § | |

## Plaintiff's Motion to Lift Stay

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

1.  On or about December 21, 2000, Plaintiff, Candelario De Leon, filed suit against Defendants seeking damages arising out of an automobile accident.

2.  Defendants, Joao DoVale, M.D. and STAT Physicians, P.A., were insured by PHICO Insurance Company of Mechanicsburg, Pennsylvania (hereinafter "PHICO"). On or about February 1, 2002, the Insurance Commissioner of the Commonwealth of Pennsylvania obtained an order finding PHICO to be insolvent and stayed all proceedings pending against PHICO. On February 11, 2002, this Court entered an Order staying Plaintiff's proceedings against Defendants Joao DoVale, M.D. and STAT Physicians, P.A. until Texas Guaranty Fund assumed PHICO's obligations pursuant to the Pennsylvania order. On February 15, 2002, this Court further ordered that proceedings against all other Defendants were also stayed because a judgment against any of the non-bankrupt Defendants would act as a judgment against the bankrupt Defendants in violation of the Court's Order.

3. It has been approximately twenty-one months since this case was stayed. Upon information and belief, Texas Guaranty Fund has assumed PHICO's obligations.

4. Counsel for Plaintiff has conferred with counsel for Defendants and no party opposes this Motion.

5. WHEREFORE, Plaintiff requests that the Orders staying these proceedings entered on February 11, 2002 and February 15, 2002 be lifted and that Plaintiff be allowed to proceed against Joao DoVale, M.D., STAT Physicians, P.A. as well as the other Defendants in this matter.

Respectfully submitted,

**Branton & Hall, P.C.**
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205
(210) 224-4474
(210) 224-1928 (Fax)

By: _____
THOMAS A. CROSLEY
State Bar No. 00783902
S. Dist. Texas No. 15434
JAMES L. BRANTON
State Bar No. 00000069
S. Dist. Texas No. 20163
SONIA M. RODRIGUEZ
State Bar No. 24008466
S. Dist. Texas No. 29063

MICHAEL COWAN
Attorney at Law
520 E. Levee
Brownsville, Texas 78520
(956) 541-4981
State Bar No. 00795306
S. Dist. Texas No. 19967

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

The undersigned counsel contacted counsel for Defendants regarding this Motion. Defendants' counsel was not opposed to the filing of this Motion.

THOMAS A. CROSLEY

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served via certified mail, return receipt requested, on this __11__ day of __Nov._____, 2003, to:

Ryan Henry
Eileen M. Leeds
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521

ATTORNEYS FOR DEFENDANTS,
CITY OF BROWNSVILLE, TEXAS and
BENIGNO REYNA, ANDREW S. TORRES
and HENRY JUAREZ.

Steven Matthew Gonzalez
Gerald E. Castillo
Steven M. Gonzalez & Associates
208 Lindberg
McAllen, TX 78501

ATTORNEYS FOR DEFENDANTS,
STAT PHYSICIANS, P.A. and
JOAO DOVALE, M.D.

William Gault
Paul Fourt
BRIN & BRIN, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520

ATTORNEYS FOR DEFENDANTS
COLUMBIA VALLEY HEALTHCARE
SYSTEM, L.P. D/B/A VALLEY
REGIONAL MEDICAL CENTER AND
HCA-THE HEALTHCARE COMPANY

THOMAS A. CROSLEY

G:\WPFILES\FILES.CLT\D\DEL9827\M-Lift-Stay.wpd

4