IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
NOV 1 9 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CANDELARIO DE LEON, | § § | |
| Plaintiff, | § | |
| v. | § § | NO. B-00-192 |
| CITY OF BROWNSVILLE, et al., | § § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on November 17, 2003, the Court **GRANTED** Plaintiff's unopposed Motion to Lift Stay [Dkt. No. 96]. Accordingly, the Court **VACATES** its orders staying proceedings, entered February 11, 2002, and February 15, 2002, and lifts the stay of proceedings.

The Court **ORDERS** the parties to submit a joint status report on the posture of this case no later than 4:00 p.m. on December 10, 2003. This report should include proposed deadlines for dispositive motions and an update on the parties' most recent efforts at settlement, if any. The Court notes that because this case has been stayed for nearly two years, there are currently no motions pending. The parties, therefore, must reurge any motions on which they wish the Court to rule.

DONE this 17th day of November, 2003 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge