United States District Court
Southern District of Texas
FILED

DEC 1 0 2003

Michael N. Milby
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **CANDELARIO DE LEON** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. CV-B-00-192** |
| | § | |
| **HCA - THE HEALTHCARE COMPANY,** | § | **(JURY REQUESTED)** |
| **COLUMBIA VALLEY HEALTHCARE** | § | |
| **SYSTEM, L.P. D/B/A VALLEY REGIONAL** | § | |
| **MEDICAL CENTER, JOAO DOVALE, M.D.** | § | |
| **AND STAT PHYSICIANS, P.A.** | § | |

**PLAINTIFF'S AND DEFENDANTS HCA - THE HEALTHCARE COMPANY,
COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P. D/B/A VALLEY REGIONAL
MEDICAL CENTER, JOAO DOVALE, M.D.AND STAT PHYSICIANS, P.A.
AMENDED JOINT DISCOVERY/CASE MANAGEMENT PLAN**

TO THE HONORABLE JUDGE OF THIS COURT:

NOW COMES Defendants HCA- Healthcare Company, Columbia Valley Healthcare System, L.P., D/B/A Valley Regional Medical Center, Joao Dovale, M.D. and Stat Physicians, PA. and Plaintiff Candelario De Leon, in the above-referenced action and file this their Amended Joint Discovery/Case Management Plan, as required by the Cost and Delay Reduction Plan in the Civil Justice Reform Act of 1990 adopted by the Court on October 24, 1991.

1. State where and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.

   **The required meeting was held on December 14, 2003 between all counsel, including Thomas Crosley, Attorney for Plaintiff, William Gault, Attorney for Defendants Columbia Valley Healthcare Systems, L.P. d/b/a Valley Regional Medical Center and HCA - Healthcare Company, and Gerald Castillo, Attorney for Defendants Stat Physicians, P.A. and Joao Dovale, M.D.**

2. List the cases related to this one that are pending in any state or federal court, with the case number and court.

   **None.**

3. Briefly describe what this case is about.

   **Plaintiff is alleging he suffered serious spinal cord injuries as a result of an automobile accident. As a result he was transported to a local hospital where he alleges he was misdiagnosed. He was then released to the Brownsville Police. He alleges he was not given medical treatment by Brownsville and is now a quadriplegic. The Plaintiff has sued the medical defendants for medical malpractice.**

4. Specify the allegation of federal jurisdiction.

   **None.**

5. Name the parties who disagree and the reasons.

   **At this time there are no disagreements other than liability and damages.**

6. List anticipated additional parties that should be included, when they can be added, and by who they are wanted.

   **None at this time.**

7. List anticipated interventions.

   **None at this time.**

8. Describe class-action issues.

   **None at this time.**

9. State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe th arrangements that have been made to complete the disclosures.

   **All parties have already exchanged their Rule 26 disclosures.**

10. Describe the proposed agreed discovery plan, including:

A.    Responses to all the matters raised in Rule 26(f).

    (a)    **Rule 26(f)(1)- See response to Number 9.**
    (b)    **Rule 26(f)(2)- Plaintiff and Defendants will conduct based upon claims made and defenses asserted in this lawsuit. Plaintiff and Defendants anticipate discovery will be completed by May 21, 2004 the date order for the filing of this Amended Joint Management and Discovery Control Plan.**
    (c)    **Rule 26(1)(3)- No changes need at this time, subject to arrangements of the parties**
    (d)    **Rule 26(0(4)- None**

B.    When and to whom the plaintiff anticipates it may send interrogatories.

    **Plaintiff sent out written discovery to all Defendants.**

C.    When and to whom the defendants anticipate it may send Interrogatories.

    **Defendants sent out written discovery to Plaintiff.**

D.    Of whom and by when the plaintiff anticipated taking oral depositions.

    **Plaintiff anticipates needing the depositions of the Defendants, treating doctors and all Defendants experts.**

    **Plaintiff anticipates that he may need to take two or three additional depositions of witnesses who may surface as discovery progresses.**

    **Plaintiff will take these depositions at a time convenient to both Plaintiff's and Defendants counsel.**

E.    Of whom and by when the defendants anticipate taking oral depositions.

    **All Defendants anticipate the need to take the remaining depositions of Plaintiff's experts that have not been deposed.**

    **All Defendants anticipate that they may need to take two or three additional depositions of witnesses who may surface as discovery progresses.**

    **Defendants will take these depositions at a time convenient to both Plaintiff's and Defendants' counsel.**

F.    When the plaintiff (or party the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B), and when the opposing party will be able to designate responsive experts and provide their reports.

    **Plaintiff has designated his experts and provided reports. Plaintiff seeks thirty days in which to designate any additional experts and produce expert reports. Defendants oppose this request. Defendants anticipate designating their responsive experts and providing reports thirty days after the Plaintiff's experts are deposed.**

G.     List expert depositions the Plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. See Rule 26(a)(2)(b) (experts report).

**Plaintiff may depose all experts listed by Defendant and will likely do so within 30 days of their designation and Plaintiff's receipt of Defendants' experts' reports.**

H.     List expert depositions the opposing party anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

**Defendants will depose all remaining experts listed by Plaintiff within 60 days.**

**These depositions will be scheduled for a mutually convenient time for the experts, the Defendants and the Plaintiff.**

11.    If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

**Counsel have no disagreements at this time.**

12.    Specify the discovery beyond initial disclosures that has been undertaken to date.

**Initial discovery has been undertaken. Some written discovery has already been propounded by the parties. Depositions of the Plaintiff and three of the Plaintiff's experts have been taken.**

13.    State the date the planned discovery can reasonably be completed.

**May 21, 2004.**

14.    Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

**The parties have discussed possible mediation following preliminary discovery.**

15.    Describe what each party has done or agreed to do to bring about a prompt resolution.

**The parties have discussed possible mediation following preliminary discovery.**

16.    From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable, and state when such a technique may be effectively used in this case.

**Possible mediation following preliminary discovery.**

17.    Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.

**The Parties do not agree to the use of a magistrate.**

18.    State whether a jury demand has been made and if it was made on time.

**Plaintiff and Defendants have a jury demand.**

19.    Specify the number of hours it will take to present the evidence in this case.

**At tins time, the parties anticipate six eight (8) hour days.**

20.    List pending motions that could be ruled on at the initial pretrial and scheduling conference.

**Defendant HCA's motion to dismiss for failure to state a claim and motion for more definite statement.**

21    List other motions pending.

**None.**

22.     Indicate other matter peculiar to this case including discovery, that deserve the special attention of the court at the conference.

**None.**

23.    Certify that all parties have filed Disclosure of Interested Parties as directed in the Order for conference and Disclosure of Interested Parties, listing the date of filing for original and any amendments.

**Brownsville Defendants filed their Disclosure of Interested Parties on January 31,2001.**

**Plaintiff filed his Disclosure of Interested Parties on March 21, 2001.**

**Defendant Stat Physicians and Dr. DoVale filed their Disclosure of Interested Parties on May 22, 2001.**

**Defendant HCA and Valley Regional filed their Disclosure of Interested Parties on June 4, 2001.**

24.    List the names, bar numbers, addresses and telephone numbers of all counsel.

| | |
|---|---|
| ATTORNEYS FOR DEFENDANTS COLUMBIA VALLEY HEALTHCARE SYSTEMS, L.P. d/b/a VALLEY REGIONAL MEDICAL CENTER AND HCA- THE HEALTHCARE COMPANY<br><br>**Brin & Brin, P.C.**<br>**1325 Palm Boulevard, Suite A**<br>**Brownsville, Texas 78520**<br>**(956) 544-7110**<br>**(956) 544-0607 Telecopier**<br><br>**William Gault**<br>**State Bar No. 07765050**<br>**Fed. ID No. 14685**<br>**Michael Quintana**<br>**State Bar No. 24037314**<br>**Fed. ID No. 33291** | ATTORNEY FOR THE PLAINTIFFS<br><br>**Branton & Hall, P.C.**<br>**One Riverwalk Place, Suite 1700**<br>**700 N. St. Mary's St.**<br>**San Antonio, Texas 78205**<br>**(210) 224- 4474**<br>**(210) 224- 1928  Telecopier**<br><br>**Thomas Crosley**<br>**State Bar No. 00783902**<br>**Fed. ID No.15434** |
| ATTORNEYS FOR PLAINTIFF<br>**Michael Cowen**<br>**Attorney At Law**<br>**520 E. Levee**<br>**Brownsville, Texas 78520**<br>**(956) 541- 4981**<br>**(956) 504- 3674 Telecopier**<br><br>**Michael Cowen**<br>**State Bar No. 00795306**<br>**Fed. ID No. 19967** | ATTORNEY FOR DEFENDANTS STAT PHYSICIANS, P.A. and JOAO DOVALE, M.D.<br>**Steven Gonzalez &Associates**<br>**208 Lindberg**<br>**McAllen, Texas 78501**<br>**(956) 618- 0115**<br>**(956) 618- 0445 Telecopier**<br><br>**Steven M. Gonzalez**<br>**State Bar No. 08131900**<br>**Fed. ID No. 3321**<br>**Gerald Castillo**<br>**State Bar No. 24012399**<br>**Fed. ID No. 25430** |

Signed on December 10, 2004.

Respectfully submitted,

Brin & Brin, P.C.
1325 Palm Boulevard, Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

By: _____
        William Gault
State Bar No. 07765050
Fed. ID No. 14685
Michael Quintana
State Bar No. 24037314
Fed. ID No. 33291
ATTORNEYS FOR DEFENDANTS
COLUMBIA   VALLEY   HEALTHCARE
SYSTEMS, L.P. d/b/a VALLEY REGIONAL
MEDICAL   CENTER   AND   HCA-   THE
HEALTHCARE COMPANY

Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205
(210) 224- 4474
(210) 224- 1928  Telecopier

By: _____
        Thomas Crosley
State Bar No. 00783902
Fed. ID No.15434

Michael Cowen
Attorney At Law
520 E. Levee
Brownsville, Texas 78520
(956) 541- 4981
(956) 504- 3674 Telecopier
State Bar No. 00795306
Fed. ID No. 19967
ATTORNEYS FOR PLAINTIFF

DeLeon/VRMC: Amd-JointDisc

Respectfully submitted,

Brin & Brin, P.C.
1325 Palm Boulevard, Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

By: _____
William Gahl
State Bar No. 07766050
Fed. ID No. 14685
Michael Quintana
State Bar No. 24037314
Fed. ID No. 33291
ATTORNEYS FOR DEFENDANTS
COLUMBIA VALLEY HEALTHCARE
SYSTEMS, L.P. d/b/a VALLEY REGIONAL
MEDICAL CENTER AND HCA- THE
HEALTHCARE COMPANY

Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205
(210) 224- 4474
(210) 224- 1928  Telecopier

By: _____
Thomas Crosley
State Bar No. 00783902
Fed. ID No.15434

Michael Cowen
Attorney At Law
520 E. Levee
Brownsville, Texas 78520
(956) 541- 4981
(956) 504- 3674 Telecopier
State Bar No. 00795306
Fed. ID No. 19967
ATTORNEYS FOR PLAINTIFF

Steven Gonzalez & Associates
Steven M. Gonzalez
208 Lindberg
McAllen, Texas 78501
(956) 618-0115
(956) 618-0445 Telecopier

By: _____
      Steven M. Gonzalez
State Bar No. 08131900
Fed. ID No. 3321
Gerald Castillo
State Bar No. 24012399
Fed. ID No. 25430
ATTORNEY FOR DEFENDANTS
STAT  PHYSICIANS,  P.A. and  JOAO
DOVALE, M.D.