IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 2 2 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| CANDELARIO DE LEON, | § § | |
| Plaintiff, | § § | |
| v. | § § | NO. B-00-192 |
| CITY OF BROWNSVILLE, et al., | § § | |
| Defendants. | § § | |

### ORDER

BE IT REMEMBERED that on December 19, 2003, the Court **SCHEDULED** a status conference in this case for _February 23, 2004 @ 3:30 pm_. As this Court recently lifted a stay on this case, the parties have filed an amended Joint Discovery/Case Management Plan. In this plan, the parties indicate there is a motion to dismiss and a motion for more definite statement pending before the Court. The Court's docket, however, does not reflect any pending motions. The parties are **ORDERED** to submit, or re-submit if appropriate, any motions on which they wish the Court to rule.

DONE this 19th day of December, 2003 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge