United States District Court
Southern District of Texas
FILED

JAN - 9 2004

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON | § § § § | COMPLAINT FOR DAMAGES FOR VIOLATIONS OF CIVIL RIGHTS UNDER COLOR OF STATE LAW |
| vs. | § § | (42 U.S.C. §§ 1983, 1985, 1988) |
| CITY OF BROWNSVILLE, TEXAS; BENIGNO REYNA, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE FOR THE CITY OF BROWNSVILLE, CITY OF BROWNSVILLE POLICE OFFICER ANDRE S. TORRES, JR., INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; AND CITY OF BROWNSVILLE POLICE OFFICER ALEX ORTIZ, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; HCA-THE HEALTHCARE COMPANY FORMERLY D/B/A COLUMBIA/HCA HEALTHCARE CORPORATION, COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P., INDIVIDUALLY AND D/B/A VALLEY REGIONAL MEDICAL CENTER AND FORMERLY D/B/A COLUMBIA VALLEY REGIONAL MEDICAL CENTER, JOAO DOVALE, M.D. AND STAT PHYSICIANS, P.A. | § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. CV-B-00-192 |

NOTICE OF CHANGE OF FIRM NAME & ADDRESS

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Steven M. Gonzalez and Gerald E. Castillo, attorneys of record for

Defendant, Joao Dovale, M.D. and STAT Physicians, P.A., in the above-entitled and

numbered cause, and hereby notify the Court and all counsel of record that effective January 5, 2004 will be practicing under the following new firm name and new address:

GONZALEZ, GAYTAN, GARZA & CASTILLO, L.L.P.
1317 E. Quebec Avenue
McAllen, Texas 78503
(956) 618-0115
FAX: (956) 618-0445

Respectfully submitted,

GONZALEZ, GAYTAN, GARZA & CASTILLO, L.L.P.

By: _____
Steven Gonzalez
SBN: 08131900
Gerald E. Castillo
SBN: 24012399

1317 E. Quebec Avenue
McAllen, Texas 78503
(956) 618-0115
FAX: (956) 618-0445

ATTORNEYS FOR DEFENDANT,
Joao Dovale, M.D. and STAT Physicians, P.A.

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing has been forwarded to all counsel of record by facsimile transmission (FAX) and/or by certified mail, return receipt requested, on this _____ day of January, 2004.

_____
Gerald E. Castillo

GEC:yg\60.064
F:\DATA\WPDOCS\D\De Leon, C. v. doVale.60\notice of change.yg.wpd

-2-