United States District Court
Southern District of Texas
ENTERED

FEB 0 9 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| UNITED STATES DISTRICT COURT | ☆ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

CANDELARIO DE LEON §
§
*versus* §   CIVIL ACTION NO. B-00-192
§
CITY OF BROWNSVILLE, ET AL §

### ORDER RE-SETTING CONFERENCE

1. The status conference scheduled for February 23, 2004 has been moved-up to:

   **February 19, 2004 at 2:30 p.m**

   Before the Honorable Hilda G. Tagle
   United States District Judge
   Third Floor-Courtroom No. 3
   United States Courthouse
   600 East Harrison Street, #306
   Brownsville, Texas  78520

2. Counsel in charge of a case must appear at all hearings or conferences. A motion to appear on behalf of the attorney in charge will be granted only upon showing of good cause, and only if the attorney to be substituted is familiar with the case and has authority to bind the client. The motion to appear must be ruled on in advance of the hearing or conference date.

Signed  February 9 , 2004 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge