IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON, | § § | |
| Plaintiff, | § | |
| v. | § | NO. B-00-192 |
| | § | |
| CITY OF BROWNSVILLE, et al., | § § | |
| Defendants. | § | |

### ORDER

BE IT REMEMBERED that on February 19, 2004, due to a noticing error, the Court **RESET** the status conference in this case for **March 16, 2004, at 9:30 a.m.** The status conference previously scheduled for February 23, 2004, is **CANCELLED**. The parties are reminded that they must apprise the Court of any motions they wish the Court to reactivate. The parties should reference the docket number and motion name of the motions they wish the Court to consider.

DONE this 19th day of February, 2004 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge