United States District Court
Southern District of Texas
FILED

FEB 2 3 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON | § § § § § | |
| | § | COMPLAINT FOR DAMAGES FOR VIOLATIONS OF CIVIL RIGHTS UNDER COLOR OF STATE LAW (42 U.S.C. §§ 1983, 1985, 1988) |
| VS. | § § § | |
| | § | CIVIL ACTION NO. CV-B-00-192 |
| CITY OF BROWNSVILLE, TEXAS; BENIGNO REYNA, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE FOR THE CITY OF BROWNSVILLE; CITY OF BROWNSVILLE POLICE OFFICER ANDRE S. TORRES, JR., INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; CITY OF BROWNSVILLE POLICE OFFICER HENRY JUAREZ, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; AND CITY OF BROWNSVILLE POLICE OFFICER ALEX ORTIZ, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY | § § § § § § § § § § § § § § § § | |

## UNOPPOSED MOTION TO DISMISS

Now comes Plaintiff, CANDELARIO DE LEON, and requests leave to dismiss all causes of action against Defendant, HCA - THE HEALTHCARE COMPANY in the above entitled and numbered cause, and would respectfully show unto the Court that Plaintiff, CANDELARIO DE LEON, does not desire to pursue any claims against HCA - THE HEALTHCARE COMPANY only, and this cause should be dismissed without prejudice to refile same. See attached Exhibit 1.

WHEREFORE, Plaintiff respectfully requests that the court GRANT this Unopposed Motion to Dismiss Defendant HCA - THE HEALTHCARE COMPANY only without prejudice to refile same and for such other and further relief as the court deems proper.

Respectfully submitted,

**Branton & Hall, P.C.**
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205
(210) 224-4474
(210) 224-1928 (Fax)

By: _/s/ Jim Branton_
THOMAS A. CROSLEY
State Bar No. 00783902
S. Dist. Texas No. 15434
JAMES L. BRANTON
State Bar No. 00000069
S. Dist. Texas No.20163

MICHAEL COWEN
Law Offices of Cowen & Bodden
520 E. Levee
Brownsville, Texas 78520
(956) 541-4981
State Bar No. 00795306
S. Dist. Texas No. 19967

**ATTORNEYS FOR PLAINTIFF**

**BRIN & BRIN, P.C.**
ATTORNEYS AT LAW

WILLIAM GAULT
MEMBER OF THE FIRM

Board Certified
Personal Injury Trial Law

1325 PALM BLVD., SUITE A
BROWNSVILLE, TEXAS 78520
TELEPHONE (956) 544-7110
FAX (956) 544-0607

CORPUS CHRISTI OFFICE
1202 THIRD STREET
CORPUS CHRISTI, TEXAS 78404
TELEPHONE (361) 881-9643
FAX (361) 883-0506

SAN ANTONIO OFFICE
10999 IH-10 WEST, SUITE 800
SAN ANTONIO, TEXAS 78230
TELEPHONE (210) 341-9711
FAX (210) 341-1854

EDINBURG OFFICE
123 W. MCINTYRE
COURTHOUSE SQUARE SUITES
EDINBURG, TEXAS 78541
TELEPHONE (956) 381-6602
FAX (956) 381-0725

February 13, 2004

Mr. Thomas Crosley
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205

**VIA REGULAR MAIL**

Re:   Civil Action No. CV-B-00-192
      Candelario De Leon v. City of Brownsville, Texas, et al
      In the Southern District of Texas, Brownsville Division

Dear Mr. Crosley:

This will confirm our agreement that you will be filing a Motion to Dismiss Defendant HCA in this case. As I stated, the proper entity here is Columbia Valley Healthcare System L.P. d/b/a Valley Regional Medical Center, which is what we have stipulated to in Court filings and it is still operating the hospital and is a viable entity. This will confirm that you will use due diligence in filing your Motion to Dismiss before the Court hearing on February 23, 2004. If this misstates our agreement, please notify me immediately.

Sincerely yours,

William Gault

WRG/ah
CROSLEY-16

xc:   Gerald Castillo                                **VIA REGULAR MAIL**
      Gonzalez, Gaytan, Garza & Castillo, L.L.P
      208 Lindberg
      McAllen, Texas 78501

EXHIBIT
1

RECEIVED
FEB 17 2004