United States District Court
Southern District of Texas
ENTERED

MAR 0 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO De LEON | § § § § § | |
| | § | COMPLAINT FOR DAMAGES FOR VIOLATIONS OF CIVIL RIGHTS UNDER COLOR OF STATE LAW (42 U.S.C. §§ 1983, 1985, 1988) |
| VS. | § § § § | CIVIL ACTION NO. CV-B-00-192 |
| CITY OF BROWNSVILLE, TEXAS; BENIGNO REYNA, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE FOR THE CITY OF BROWNSVILLE; CITY OF BROWNSVILLE POLICE OFFICER ANDRE S. TORRES, JR., INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; CITY OF BROWNSVILLE POLICE OFFICER HENRY JUAREZ, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; AND CITY OF BROWNSVILLE POLICE OFFICER ALEX ORTIZ, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY | § § § § § § § § § § § § § § § § | |

## ORDER

On this ____1____ day of ___March___, 2004, the Plaintiff, CANDELARIO DE LEON, acting by and through Plaintiff's attorneys, requested leave to dismiss all claims as to the Defendant HCA - THE HEALTHCARE COMPANY only and it appearing to the Court that such request is well taken and that such leave should be GRANTED;

IT IS, THEREFORE, ORDERED that this cause to the Defendant, HCA - THE HEALTHCARE COMPANY only be, and the same is hereby dismissed without prejudice to file same.

SIGNED this ___1___ day of _March_, 2004.

                                                                              _____
                                                                              JUDGE PRESIDING

APPROVED AS TO FORM:

BRANTON & HALL, P.C.
One Riverwalk Place
Suite 1700
700 North St. Mary's Street
San Antonio, Texas 78205
(210) 224-4474
(210) 224-1928 (fax)

By _____
   THOMAS A. CROSLEY
   State Bar No. 00783902
   S. Dist. Texas No. 15434
   JAMES L. BRANTON
   State Bar No. 00000069
   S. Dist. Texas No.20163

MICHAEL COWEN
Law Offices of Cowen & Bodden
520 E. Levee
Brownsville, Texas 78520
(956) 541-4981
State Bar No. 00795306
S. Dist. Texas No. 19967

**ATTORNEYS FOR PLAINTIFF**