United States District Court
Southern District of Texas
FILED

MAR 0 9 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON, | § | |
| Plaintiff | § | COMPLAINT FOR DAMAGES FOR VIOLATIONS |
| | § | OF CIVIL RIGHTS UNDER COLOR OF STATE |
| VS. | § | LAW (42 U.S.C. §§ 1983) |
| | § | |
| CITY OF BROWNSVILLE, TEXAS, ET AL., | § | CIVIL ACTION NO. CV-B-00-192 |
| Defendants. | § | |

## PLAINTIFF'S REQUEST TO ALLOW ADDITIONAL COUNSEL OF RECORD TO APPEAR AT STATUS CONFERENCE

COME NOW counsel for Plaintiff and requests that the court permit an additional counsel of record to appear at the Status Conference in place of lead counsel, Thomas A. Crosley.

1. Mr. Crosley will be on a family vacation out of the country during the week of Spring Break, March 12 through 20, 2004. This vacation was planned and paid for in December 2003. At that time, Mr. Crosley had no settings in this court. The court had scheduled a Status Conference on this case on February 23, 2004.

2. Thereafter, the court postponed the Status Conference to March 16, 2004, which is during the week that Mr. Crosley will be out of the country. Mr. James. L. Branton of the same firm as Mr. Crosley is also familiar with this case, is one of the additional counsel of record, and is admitted to practice in the Southern District of Texas. Plaintiff requests that Mr. Branton be allowed to appear at the hearing in place of Mr. Crosley. Also, Mr. Michael Cowen is one of the additional counsel of record for Plaintiff and is familiar with this case. It is further requested that he also be allowed to appear at the Status Conference hearing on March 16, 2004. Mr. Cowen is also admitted to practice in the Southern District of Texas.

WHEREFORE, PREMISES CONSIDERED Plaintiff respectfully requests that this court permit James L. Branton and/or Michael Cowen to appear at the Status Conference in place of Thomas A. Crosley.

Respectfully submitted,

**Branton & Hall, P.C.**
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205
(210) 224-4474
(210) 224-1928 (Fax)

By: _____
THOMAS A. CROSLEY
State Bar No. 00783902
S. Dist. Texas No. 15434
JAMES L. BRANTON
State Bar No. 00000069
S. Dist. Texas No. 20163

MICHAEL COWEN
LAW OFFICES OF COWEN & BODDEN
520 E. Levee
Brownsville, Texas 78520
(956) 541-4981
State Bar No. 00795306
S. Dist. Texas No. 19967

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing has been served via U.S. First Class mail, on this __5__ day of March, 2004, to:

Steven Matthew Gonzalez
Mr. Gerald E. Castillo
GONZALEZ, GAYTAN, GARZA & CASTILLO, L.L.P.
1317 E. Quebec Avenue
McAllen, TX 78503

ATTORNEYS FOR DEFENDANTS,
STAT PHYSICIANS, P.A. and
JOAO DOVALE, M.D.

William Gault
Paul Fourt
BRIN & BRIN, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520

ATTORNEYS FOR DEFENDANTS
COLUMBIA VALLEY HEALTHCARE
SYSTEM, L.P. D/B/A VALLEY
REGIONAL MEDICAL CENTER AND
HCA-THE HEALTHCARE COMPANY

                                                    Thomas A. Crosley

G:\WPFILES\FILES.CLT\D\DEL9827\PLEAD\Req-Add-Counsel-Status Conf.wpd