# Civil Courtroom Minutes



| JUDGE | Hilda G. Tagle |
|---|---|
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Nicolas    ■ Levesque |

| DATE | 03 | 16 | 04 |
|---|---|---|---|

| TIME | 9:47 | a.m. | 9:53 | a.m. |
|---|---|---|---|---|
| | | p.m. | | p.m. |

**United States District Court**
**Southern District of Texas**
**FILED**

**MAR 1 6 2004**

**Michael N. Milby, Clerk of Court**

| CIVIL ACTION | B | 00 | 192 |
|---|---|---|---|

| STYLE | CANDELARIO DE LEON |
|---|---|
| | *versus* |
| | COLUMBIA VALLEY HEALTHCARE SYSTEMS, et al |

## DOCKET ENTRY

(HGT) ■STATUS CONFERENCE;                    (Court Reporter: Heather Hall)

Attorney(s) for Plaintiff(s):                    Michael Cowen
Attorney(s) for Defendant(s):
Valley Regional Medical Center                William Gault
(formerly Columbia Valley Healthcare System)
State Physicians, P.A.                            Gerald Castillo
Jose Dovale, MD                                  Gerald Castillo

---

<u>Comments:</u> Status Conference after lifting of stay.

**<u>Rulings:</u>**

Court ***orally granted*** Plaintiff's request to allow additional counsel of record to appear at status conference (Dkt.#105). Attorney Michael Cowen appeared in place of lead counsel, Thomas A. Crosley.

All counsel advised that no motions are pending. Parties need a little more time for discovery until beginning of June, 2004.  Parties to remain after hearing today and meet with Case Manager regarding scheduling dates for entry of scheduling order.

HCA, Brownsville, and employees of City of Brownsville were previously dismissed–only above parties remain, and state medical malpractice claims.