# UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

United States District Court
District of Texas
ENTERED

CANDELARIO DE LEON §
versus §
 § CIVIL ACTION B- 00-192    MAR 1 6 2004
COLUMBIA VALLEY HEALTHCARE §
SYSTEMS LP INDIVIDUALLY, AKA §   Michael N. Milby, Clerk of Court
VALLEY REGIONAL MEDICAL          By Deputy Clerk
CENTER, ET AL                    **Scheduling Order**

1. Trial: Estimated time to try: __6__ days.          ☐ Bench   ☑ Jury

2. New parties must be joined by:                     __N/A__

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   __3/19/04__

4. The defendant's experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:                    __6/21/04__

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.*
   *No continuance will be granted because of information acquired in post-deadline discovery.*

************************  The court will provide these dates.  ************************

6. Dispositive Motions will be filed by:              __7/21/04__

7. Joint pretrial order is due:                       __9/20/04__

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:   __10/5/04__

9. Jury Selection is set for 9:00 a.m. on:            __10/7/04__

The case will remain on standby until tried.

   Signed __March 16__, ~~2001~~ 2004, at Brownsville, Texas.

                                                      _____
                                                      Hilda G. Tagle
                                                      United States District Judge

*Counsel, please sign.*

/s/ Will Bautz
/s/ [signature]