

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON | § | |
| | § | CIVIL ACTION NO. CV-B-00-192 |
| VS. | § | |
| | § | (JURY REQUESTED) |
| COLUMBIA VALLEY HEALTHCARE | § | |
| SYSTEM, L.P. D/B/A VALLEY REGIONAL | § | |
| MEDICAL CENTER, JOAO DOVALE, M.D. | § | |
| AND STAT PHYSICIANS, P.A. | § | |

## PLAINTIFF'S MOTION TO QUASH THE DEPOSITIONS OF DR. NICK PETERS AND DR. JEREMY SLATER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Plaintiff in the above-styled and numbered cause and asks the Court to Quash the Deposition Notices of Defendant Columbia Valley Healthcare Systems, LP d/b/a Valley Regional Medical Center to Dr. Nick Peters and Dr. Jeremy Slater and would show unto the Court as follows:

I.

The depositions of Plaintiff's expert doctors, Dr. Nick Peters and Dr. Jeremy Slater, were noticed for May 4, 2004 and May 5, 2004, respectively, by Defendant Columbia Valley Healthcare Systems, LP d/b/a Valley Regional Medical Center on March 16, 2004.

II.

The dates of May 4, 2004 and May 5, 2004 were provided by Dr. Nick Peters and Dr. Jeremy Slater as being available dates for their depositions and Plaintiff's counsel verbally forwarded those dates at the Status Conference on March 16, 2004.

III.

Plaintiff's attorney, Thomas A. Crosley was put to trial in Cause No. 2001-CI-10357 in the 150th Judicial District Court in Bexar County on April 26, 2004, after having said cause was continued by the Court earlier this year, and said trial is expected to last until May 11, 2004. Plaintiff's local counsel, Michael Cowen, is also unavailable for these depositions.

IV.

Plaintiff requests that these depositions be quashed and rescheduled at a time following the completion of Mr. Crosley's current trial and upon availability of Plaintiff's experts.

WHEREFORE, Plaintiff respectfully requests that the depositions of Dr. Jeremy Slater and Dr. Nick Peters be rescheduled to a convenient time to the calendars of counsel and Dr. Slater and Dr. Peters.

Respectfully submitted,

**Branton & Hall, P.C.**
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205
(210) 224-4474
(210) 224-1928 (Fax)

By: _____
THOMAS A. CROSLEY
State Bar No. 00783902
S. Dist. Texas No. 15434
JAMES L. BRANTON
State Bar No. 00000069
S. Dist. Texas No.20163

MICHAEL COWEN
Law Offices of Cowen & Bodden
520 E. Levee
Brownsville, Texas 78520
(956) 541-4981
State Bar No. 00795306
S. Dist. Texas No. 19967

**ATTORNEYS FOR PLAINTIFF**

## **VERIFICATION**

STATE OF TEXAS        §

COUNTY OF BEXAR    §

BEFORE ME, the undersigned authority, on this day personally appeared THOMAS A. CROSLEY, who, after having been duly sworn, deposed and said as follows:

"My name is Thomas A. Crosley. I am over the age of eighteen (18) years, competent to testify, and have personal knowledge of the facts stated herein. I am the attorney of record for plaintiff in the above-styled and numbered cause. I have read the above and foregoing Plaintiff's Motion to Quash the Depositions of Dr. Nick Peters and Dr. Jeremy Slater and every statement contained therein which is within my personal knowledge is true and correct."

THOMAS A. CROSLEY

SWORN TO AND SUBSCRIBED before me by the said THOMAS A. CROSLEY on this 30th day of April 2004, to certify which witness my hand and seal of office.

VIVIAN MARTINEZ
MY COMMISSION EXPIRES
July 13, 2005

NOTARY PUBLIC, STATE OF TEXAS

My commission expires:
7-13-05

3

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the above and foregoing has been served via facsimile, on this 30th day of April, 2004, to:

Ms. Melissa Sage
Mr. Gerald E. Castillo
GONZALEZ, GAYTAN, GARZA & CASTILLO, L.L.P.
1317 E. Quebec Avenue
McAllen, TX 78503

ATTORNEYS FOR DEFENDANTS,
STAT PHYSICIANS, P.A. and
JOAO DOVALE, M.D.

William Gault
Paul Fourt
BRIN & BRIN, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520

ATTORNEYS FOR DEFENDANTS
COLUMBIA VALLEY HEALTHCARE
SYSTEM, L.P. D/B/A VALLEY
REGIONAL MEDICAL CENTER AND
HCA-THE HEALTHCARE COMPANY

                 _____
                 Thomas A. Crosley

G:\WPFILES\FILES.CLTD\DEL9827\PLEAD\MotQuash.wpd