United States District Court
Southern District of Texas

MAY 0 3 2004

Michael N. Milby
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **CANDELARIO DE LEON** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. CV-B-00-192** |
| | § | **(JURY REQUESTED)** |
| **CITY OF BROWNSVILLE, TEXAS, ET AL** | § | |

## DEFENDANT COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P.'S OPPOSITION TO PLAINTIFF'S MOTION TO QUASH THE DEPOSITIONS OF DR. PETERS AND DR. SLATER

TO THE HONORABLE DISTRICT JUDGE:

COMES NOW, Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center, one of the Defendants in the above entitled and numbered cause, and makes and files this, its Opposition to Plaintiff's Motion to Quash the Deposition of Dr. Peters and Dr. Slater and would respectfully show the Court as follows:

### I.

On March 17, 2003, Plaintiff re-designated the attorneys in charge of this case and listed Thomas Crosley as the attorney in charge and also listed James L. Branton and Sonia M. Rodriguez as additional counsel of record. On April 7, 2003 the Court granted that designation. Plaintiff has moved to quash the depositions of Dr. Peters and Dr. Slater based upon lead counsel Thomas Crosley and local counsel Michael Cowen's unavailability. Plaintiff's counsel makes no mention of any other counsel of record. Furthermore, Plaintiff's lead counsel Thomas Crosley has not attended one full deposition that has taken place in this case. He partially attended the deposition of one of his experts, Albert Rodriguez, but he had

another attorney, Jason Hoelsher attend the remainder of that deposition and another expert deposition. See exhibit 1 which are the attendance sheets for the two depositions taken this year. The remainder of the depositions were taken before Mr. Crosley was involved in this case.

## II.

On December 10, 2003 the parties filed an Amended Joint Discovery/ Case Management Plan. Section 10 H indicates that the Defendants will depose all remaining experts listed by Plaintiff within 60 days. At the status conference on this case on March 16, 2004, which was more than 60 days after the Amended Joint Discovery/ Case Management Plan was filed, the undersigned counsel notified the Court that the parties have had some problems obtaining some discovery, but hopefully they were worked out and hopefully the Court would not need to intervene. The problem was that the Plaintiff did not want to produce Dr. Peters and Dr. Slater for depositions the following week and had been able to keep these experts from having been deposed throughout the life of this case.

The Defendants have diligently worked to obtain the deposition of Plaintiff's expert Dr. Peters. See exhibit 2 which is correspondence requesting Dr. Peters and Dr. Slater's depositions or Plaintiffs cancellation of them. Dr. Peters deposition has been set up on five occasions, 2/7/02, 3/1/02, 1/27/04, 3/22/04 and the present setting of 5/4/04. See exhibit 3 which are deposition notices for Dr. Peters deposition.

Dr. Slater's deposition has been set up on five occasions, 2/13/02, 2/28/02, 2/12/04, 3/24/04 and its present setting of 5/5/04. See exhibit 4 which are deposition notices for Dr. Slater's deposition.

III.

There are deadlines in this case that are looming. Discovery must be completed by June 21, 2004 which will require the Plaintiff's experts' depositions to be completed and then the Defendants will need to designate their experts and present them for deposition. Dispositive motions need to be filed by July 21, 2004. This Defendant has dispositive motions that need to be filed and has waited doing so until completion of the Plaintiff's experts' depositions.

This Defendant has made all reasonable efforts to try to obtain the depositions of Plaintiff's experts Dr. Slater and Dr. Peters. Plaintiff's counsel has refused to produce these experts for depositions until the codefendant, Dr. Dovale has been deposed. See exhibit 2. Dr. Dovale is a codefendant and is not under this Defendant's control and this Defendant has no ability to produce Dr. Dovale. He is being represented by separate counsel. Furthermore, this Defendant knows of no rule or procedure that sets forth the order of depositions.

IV.

This Defendant moves that the Court either deny Plaintiff's Motion to Quash the depositions or that the Court strike any opinions that Dr. Slater or Dr. Peters has as to this Defendant for Plaintiff's repeated refusal to present them for deposition. Based upon the Defendant's constant attempts to obtain these depositions, this Defendant believes that the Court should act accordingly.

WHEREFORE, PREMISES CONSIDERED, Defendant Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center prays that the Court deny Plaintiff's motion to quash or if the Court quashes the deposition notices, Defendant moves the Court to strike these two witnesses opinions as to this Defendant.

Respectfully submitted,

By: _William Gault_ (signature)

William Gault
Federal I.D. No. 14685
State Bar No. 07765050
Michael Quintana
Fed. ID No. 33291
State Bar No. 24037314

Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

Of Counsel:

Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier
ATTORNEYS FOR DEFENDANT
COLUMBIA VALLEY HEALTHCARE
SYSTEMS, L.P. D/B/A VALLEY
REGIONAL MEDICAL CENTER

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing instrument has been forwarded to counsel as indicated below on this the _35_ day of May, 2004.

Thomas Crosley                          **VIA CMRRR 7002 0460 0000 6426 3965**
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205

Steven M. Gonzalez                      **VIA REGULAR MAIL**
Gerald Castillo
Gonzalez, Gaytan, Garza & Castillo, L.L.P
1317 E. Quebec Avenue
McAllen, Texas 78503

Mr. Michael Cowen
520 E. Levee
Brownsville, Texas 78520

**VIA REGULAR MAIL**

_____

William Gault

# EXHIBIT 1

Page 2

1   APPEARANCES:

            BRANTON & HALL, PC
2           By JASON P. HOELSCHER, ESQ.
            appearing on behalf of the Plaintiff.
3

            BRIN & BRIN, PC
4           By WILLIAM GAULT, ESQ.
            appearing on behalf of the Defendants
5           HCA - THE HEALTHCARE COMPANY, COLUMBIA
            VALLEY HEALTHCARE SYSTEM, LP, etc.
6

            STEVEN GONZALEZ & ASSOCIATES
7           By JAIME MORALES, ESQ.
            appearing on behalf of Dr. Dovale & Stat.
8

9                   - - - - - -

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 2

```
 1   APPEARANCES:
 2                   BRANTON & HALL, P.C.
                     By:  Mr. Thomas Crosley
 3                   Mr. Jason P. Hoelscher
                     One Riverwalk Place, Suite 1700
 4                   700 N. St. Mary's Street
                     San Antonio, Texas  78205
 5                   Appearing for the Plaintiff;
 6
 7                   BRIN & BRIN, P.C.
                     By:  Mr. William Gault
 8                   1325 Palm Boulevard, Suite A
                     Brownsville, Texas  78520
 9                   Telephone: (956) 544-7110
                     Telecopier: (956) 544-0607
10                   Appearing for the Defendants, HCA-The Healthcare
                     Company, Columbia Valley Healthcare System, L.P.
11                   D/B/A Valley Regional Medical Center;
12
                     GONZALEZ, GAYTAN, GARZA & CASTILLO
13                   By:  Mr. Jaime M. Morales
                     1317 E. Quebec
14                   McAllen, Texas  78503
                     Telephone: (956) 618-0115
15                   Appearing for the Defendant,
                     Stat Physicians, P.A.
16
17                   ALBERT RODRIGUEZ
                     The Witness;
18
19                   LADONNA AYERS BURCH
                     Certified Shorthand Reporter
20                   and Notary Public.
21                   * * * * * *
22
23
24
25
```

# EXHIBIT 2

BRIN & BRIN, P.C.
ATTORNEYS AT LAW

WILLIAM GAULT
MEMBER OF THE FIRM

Board Certified
Personal Injury Trial Law

1325 PALM BLVD., SUITE A
BROWNSVILLE, TEXAS 78520
TELEPHONE (956) 544-7110
FAX (956) 544-0607
bgault@brinandbrin.com

CORPUS CHRISTI OFFICE
1202 THIRD STREET
CORPUS CHRISTI, TEXAS 78404
TELEPHONE (361) 881-9643
FAX (361) 883-0506

SAN ANTONIO OFFICE
FOUNTAINHEAD ONE
8200 I-10 WEST, SUITE 610
SAN ANTONIO, TEXAS 78230
TELEPHONE (210) 341-9711
FAX (210) 341-1854

EDINBURG OFFICE
123 W. MCINTYRE
COURTHOUSE SQUARE SUITES
EDINBURG, TEXAS 78539
TELEPHONE (956) 381-6602
FAX (956) 381-0725

November 8, 2001

**VIA FAX TRANSMISSION**

Ms. Carol Lomax
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's Street
San Antonio, Texas 78205

Re:    Civil Action No. CV-B-00-192
       Candelario De Leon v. City of Brownsville, Texas, et al
       In the Southern District of Texas, Brownsville Division

Dear Ms. Lomax:

        We received a call from your office that you have dates of November 16, 20, 21, 28 and November 30th open. However, we have not received word from you as to whether or not we can take the Plaintiff's deposition on November 16th and then which experts we can take on the remaining days. As you will recall, I have been requesting these depositions for several months and the way that we have left this is that your office would coordinate available dates with Mr. Scheuerman's office and then inform me of the date that the Plaintiff was available first, and the dates of your experts availability so that we could send out the deposition notices. Please confirm that your client is available to be deposed on November 16th and let us know which of your experts are available on the remaining days so that we can send out the deposition notices.

                                  Sincerely yours,

                                  William Gault, B.C.
                                  William Gault

WG/bc
LOMAX-38

xc:    Mr. Tyler Scheuerman
       Uzick & Oncken, P.C.
       Fountainhead One Building
       8200 IH-10 West, Suite 208
       San Antonio, Texas 78230

                                  **VIA FAX TRANSMISSION**

**BRIN & BRIN, P.C.**
ATTORNEYS AT LAW

WILLIAM GAULT
MEMBER OF THE FIRM

Board Certified
Personal Injury Trial Law

1325 PALM BLVD., SUITE A
BROWNSVILLE, TEXAS 78520
TELEPHONE (956) 544-7110
FAX (956) 544-7407
bgault@brinandbrin.com

CORPUS CHRISTI OFFICE
1202 THIRD STREET
CORPUS CHRISTI, TEXAS 78404
TELEPHONE (361) 883-9643
FAX (361) 883-0506

SAN ANTONIO OFFICE
FOUNTAINHEAD ONE
8200 I-10 WEST, SUITE 610
SAN ANTONIO, TEXAS 78230
TELEPHONE (210) 341-9711
FAX (210) 341-1854

EDINBURG OFFICE
123 W MCINTYRE
COURTHOUSE SQUARE SUITES
EDINBURG, TEXAS 78539
TELEPHONE (956) 381-6602
FAX (956) 381-0725

November 13, 2001

Ms. Carol Lomax                                               **VIA FAX (210) 224-1928**
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's Street
San Antonio, Texas 78205

Re:    Civil Action No. CV-B-00-192
       Candelario De Leon v. City of Brownsville, Texas, et al
       In the Southern District of Texas, Brownsville Division

Dear Ms. Lomax:

Please give me available dates for your experts after December 10th.

Sincerely yours,

William Gault

WG/mel
LOMAX-39

xc:    Mr. Tyler Scheuerman                                   **VIA FAX (210) 341-1570**
       Uzick & Oncken, P.C.
       Fountainhead One Building
       8200 IH-10 West, Suite 208
       San Antonio, Texas 78230

       Mr. Ryan Henry                                        **VIA FAX 541-1893**
       Willette & Guerra, L.L.P.
       3505 Boca Chica Boulevard
       Brownsville, Texas 78521

BRIN & BRIN, P.C.
ATTORNEYS AT LAW

WILLIAM GAULT
MEMBER OF THE FIRM

Board Certified
Personal Injury Trial Law

1325 PALM BLVD., SUITE A
BROWNSVILLE, TEXAS 78520
TELEPHONE (956) 544-7110
FAX (956) 544-0607
wgault@brinandbrin.com

CORPUS CHRISTI OFFICE
1202 THIRD STREET
CORPUS CHRISTI, TEXAS 78404
TELEPHONE (361) 881-9643
FAX (361) 883-0506

SAN ANTONIO OFFICE
FOUNTAINHEAD ONE
8200 I-10 WEST, SUITE 610
SAN ANTONIO, TEXAS 78210
TELEPHONE (210) 341-9711
FAX (210) 341-1854

EDINBURG OFFICE
123 W MCINTYRE
COURTHOUSE SQUARE SUITES
EDINBURG, TEXAS 78539
TELEPHONE (956) 381-6602
FAX (956) 381-2725

January 7, 2002

Ms. Carol Lomax
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's Street
San Antonio, Texas 78205

Re:    Civil Action No. CV-B-00-192
       Candelario De Leon v. City of Brownsville, Texas, et al
       In the Southern District of Texas, Brownsville Division

Dear Ms. Lomax:

On numerous occasions I have requested deposition dates for your seven experts. Presently, we have completed the deposition of Dr. Willingham and we have Dr. Garriott's deposition scheduled. After Dr. Willingham's testimony, it appears that Mr. Bagwell is not an appropriate expert as he has not been involved in this case. Please verify that and notify me. I need dates for the depositions of your remaining experts and I would appreciate those as soon as possible.

Sincerely yours,

William Gault

WRG/mei
LOMAX-47

xc:    Mr. Ryan Henry
       Willette & Guerra, L.L.P.
       3505 Boca Chica Boulevard, Suite 460
       Brownsville, Texas 78521

## BRIN & BRIN, P.C.
### ATTORNEYS AT LAW

WILLIAM GAULT
MEMBER OF THE FIRM

Board Certified
Personal Injury Trial Law

1325 PALM BLVD., SUITE A
BROWNSVILLE, TEXAS 78520
TELEPHONE (956) 544-7110
FAX (956) 544-0607
wgault@brinandbrin.com

CORPUS CHRISTI OFFICE
1202 THIRD STREET
CORPUS CHRISTI, TEXAS 78404
TELEPHONE (361) 881-9643
FAX (361) 883-0506

SAN ANTONIO OFFICE
FOUNTAINHEAD ONE
4200 I-10 WEST, SUITE 610
SAN ANTONIO, TEXAS 78230
TELEPHONE (210) 341-9711
FAX (210) 341-1954

EDINBURG OFFICE
123 W. MCINTYRE
COURTHOUSE SQUARE SUITES
EDINBURG, TEXAS 78539
TELEPHONE (956) 381-6602
FAX (956) 381-0725

January 16, 2002

Ms. Carol Lomax
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's Street
San Antonio, Texas 78205

Re:     Civil Action No. CV-B-00-192
        Candelario De Leon v. City of Brownsville, Texas, et al
        In the Southern District of Texas, Brownsville Division

Dear Ms. Lomax:

    Please provide me dates so that I can obtain the depositions of your remaining experts. I understand that you are available January 21, 22 and 26. Maybe we could depose your experts on those dates.

                        Sincerely yours,

                        William Gault

WG/mel
LOMAX-51

xc:     Mr. Tyler Scheuerman
        Uzick & Oncken, P.C.
        Fountainhead One Building
        8200 IH-10 West, Suite 208
        San Antonio, Texas 78230

# UZICK & ONCKEN, P.C..

### ATTORNEYS AT LAW

JEFFREY H. UZICK
J. KEVIN ONCKEN

8200 IH-10 West, Suite 208
San Antonio, Texas 78230
Telephone (210) 341-7703
Facsimile (210) 341-1570

ROGER A. BERGER
TYLER SCHEUERMAN
ALFRED M. CASILLAS
STEPHEN FILIPOVITCH
CYNTHIA A. GODOWSKI, R.N.

DIPLOMATE, MEDICAL PROFESSIONAL LIABILITY,
AMERICAN BOARD OF PROFESSIONAL LIABILITY ATTORNEYS

January 17, 2002

Carol P. Lomax
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205

RE:    Case Number: CV-B-00-192
       *Candelario DeLeon v. City of Brownsville. Texas, et al.,*
       United States District Court, Southern District of Texas, Brownsville Division.

Dear Carol:

Even though it appears that Dr. Dovale's insurance carrier will be in receivership prior to our March trial setting, we still need to move forward with the depositions of your experts. Can you provide us available dates for the depositions of Drs. Peters and Slater?

Please consider this correspondence my attempt to confer with you regarding a Motion to Compel these depositions.

Best regards,

Tyler Scheuerman

TS:ppo
CC:    William Gault

Houston Office
550 Westcott, Suite 290
Houston, Texas 77007
Telephone: (713) 869-2900
Facsimile: (713) 869-6699

## BRIN & BRIN, P.C.
### ATTORNEYS AT LAW

WILLIAM GAULT
MEMBER OF THE FIRM

Board Certified
Personal Injury Trial Law

1325 PALM BLVD, SUITE A
BROWNSVILLE, TEXAS 78520
TELEPHONE (956) 544-7110
FAX (956) 544-0607
bgault@brinandbrin.com

CORPUS CHRISTI OFFICE
1202 THIRD STREET
CORPUS CHRISTI, TEXAS 78404
TELEPHONE (361) 881-9643
FAX (361) 883-0506

SAN ANTONIO OFFICE
FOUNTAINHEAD ONE
9200 I-10 WEST, SUITE 610
SAN ANTONIO, TEXAS 78230
TELEPHONE (210) 341-9711
FAX (210) 341-1854

EDINBURG OFFICE
123 W. MCINTYRE
COURTHOUSE SQUARE SUITES
EDINBURG, TEXAS 78539
TELEPHONE (956) 381-6602
FAX (956) 381-0725

January 24, 2002

Ms. Carol Lomax
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's Street
San Antonio, Texas 78205

Re:    Civil Action No. CV-B-00-192
       Candelario De Leon v. City of Brownsville, Texas, et al
       In the Southern District of Texas, Brownsville Division

Dear Ms. Lomax:

Please provide me with dates when I can obtain the depositions of your experts Dr. Peters, Dr. Slater and Officer Rodriguez . Also, please verify that you do not intend to call Mr. Bagwell, Mr. Branton, Mr. Dovalina and yourself as experts. If you do intend to call them as experts, I would appreciate you providing me with a date so that I can obtain these depositions also.

Sincerely yours,

William Gault

WRG/me/
LOMAX-53

xc:    Mr. Tyler Scheuerman
       Uzick & Oncken, P.C.
       Fountainhead One Building
       8200 IH-10 West, Suite 208
       San Antonio, Texas 78230

# UZICK & ONCKEN, P.C..

### ATTORNEYS AT LAW

JEFFREY H. UZICK
J. KEVIN ONCKEN

8200 IH-10 West, Suite 208
San Antonio, Texas 78230
Telephone (210) 341-7703
Facsimile (210) 341-1570

ROGER A. BERGER
TYLER SCHEUERMAN
ALFRED M. CASILLAS
STEPHEN PILIPOVITCH
CYNTHIA A. GODOWSKI, R.N.

DIPLOMATE, MEDICAL PROFESSIONAL LIABILITY,
AMERICAN BOARD OF PROFESSIONAL LIABILITY ATTORNEYS

January 28, 2002

Carol P. Lomax
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205

> RE:  Case Number: CV-B-00-192
> *Candelario DeLeon v. City of Brownsville, Texas, et al.,*
> United States District Court, Southern District of Texas, Brownsville Division.

Dear Carol:

I still have not received available dates for the depositions of Drs. Peters and Slater. In light of our March 11th trial setting, I enclose deposition notices for these experts. I am amenable to alternative dates for these depositions. Let me know how you wish to proceed.

Best regards,

Tyler Scheuerman

TS:ppo
CC:   William Gault

DEC-11-2003 THU 04:27 PM                    FAX NO.                    P. 02



JAMES L. BRANTON
Board Certified • Personal Injury Trial Law
• Civil Trial Law
Tex Board of Legal Specialization

THOMAS A. CROSLEY
Board Certified • Personal Injury Trial Law
Tex Board of Legal Specialization

JASON P. HOELSCHER

## BRANTON & HALL

JAMES A. HALL
Board Certified • Personal Injury Trial Law
and Board of Legal Specialization

SONIA M. RODRIGUEZ
Of Counsel

HARRY L. MUNSINGER

KIM M. MUNSINGER

December 11, 2003

**Via Facsimile (956) 544-0607**          **Via Facsimile (956) 618-0445**
Mr. William Gault                          Mr. Gerald E. Castillo
BRIN & BRIN, P.C.                          Steven M. Gonzalez & Associates
1325 Palm Blvd., Suite A                   208 Lindberg
Brownsville, Texas 78520                   McAllen, TX 78501

RE:   *Candelario DeLeon v. City of Brownsville, Texas,* Civil Action No. CV-V-00-192,
      United States District Court for the Southern District of Texas, Brownsville Division
      Our File No. 9827

Dear Counsel:

   Today, I contacted our expert witnesses and requested available dates (before the end of
January) for their depositions. As they respond, I will be faxing you that information immediately,
as our calendars, and probably yours as well, are filling up fast.

   Dr. Helson Pacheco-Serrant is available for his deposition at his offices at 2600 N. Oregon
Street, Suite 800, El Paso, Texas 79902-3119 on January 13, 22 or 27 at 2pm.   Please advise.

   Thank you for your attention to this matter.

                                    Sincerely,

                                    Vivian Martinez
                                    Legal Secretary to
                                    THOMAS A. CROSLEY

:vm

cc:  Michael Cowen
     Attorney at Law
     520 E. Levee
     Brownsville, Texas 78520
     **(Via facsimile 956-504-3674)**

One Riverwalk Place, Suite 1700 • 700 N. St. Mary's Street • San Antonio, Texas 78205

Tel: (210) 224-1474 • e-mail: branton-hall.com • Fax (210) 224-1928



**BRANTON & HALL**
A PROFESSIONAL CORPORATION
OF TRIAL LAWYERS

JAMES L. BRANTON
Board Certified • Personal Injury Trial Law
• Civil Trial Law
Texas Board of Legal Specialization

THOMAS A. CROSLEY
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

JASON P. HOELSCHER

JAMES A. HALL
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

SONIA M. RODRIGUEZ
Of Counsel

HARRY L. MUNSINGER

KIM M. MUNSINGER

December 17, 2003

**Via Facsimile (956) 544-0607**
Mr. William Gault
BRIN & BRIN, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520

**Via Facsimile (956) 618-0445**
Mr. Gerald E. Castillo
Steven M. Gonzalez & Associates
208 Lindberg
McAllen, TX 78501

RE:     *Candelario DeLeon v. City of Brownsville, Texas*, Civil Action No. CV-V-00-192,
        United States District Court for the Southern District of Texas, Brownsville Division
        Our File No. 9827

Dear Counsel:

Please be advised that Zeff Ross is available for deposition at his offices in Cooper City, Florida only on January 13, 2003. Please advise if that date will work for everyone.

Also, please take notice of my previous letter of December 11, 2003 detailing the available deposition dates for Dr. Helson Pacheco-Serrant at his offices at 2600 N. Oregon Street, Suite 800, El Paso, Texas 79902-3119 on January 13, 22 or 27 at 2pm.

I hope to hear from Dr. Nick Peters and Dr. Jeremy Slater before the end of this week and I will notify all counsel immediately.

Please let me hear from you as soon as possible. Thank you for your attention to this matter.

Sincerely,

Vivian Martinez
Legal Secretary to
THOMAS A. CROSLEY

:vm

cc: Michael Cowen
    Attorney at Law
    520 E. Levee
    Brownsville, Texas 78520  **(Via facsimile 956-504-3674)**

One Riverwalk Place, Suite 1700 • 700 N. St. Mary's Street • San Antonio, Texas 78205

Tel: (210) 224-4474 • www.branton-hall.com • Fax (210) 224-1928



## BRANTON & HALL

JAMES L. BRANTON
Board Certified • Personal Injury Trial Law
• Civil Trial Law
Texas Board of Legal Specialization

THOMAS A. CROSLEY
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

JASON P. HOELSCHER

JAMES A. HALL
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

SONIA M. RODRIGUEZ
Of Counsel

HARRY L. MUNSINGER

KIM M. MUNSINGER

December 22, 2003

**Via Facsimile (956) 544-0607**
Mr. William Gault
BRIN & BRIN, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520

**Via Facsimile (956) 618-0445**
Mr. Gerald E. Castillo
Steven M. Gonzalez & Associates
208 Lindberg
McAllen, TX 78501

RE:  *Candelario DeLeon v. City of Brownsville, Texas,* Civil Action No. CV-V-00-192, United States District Court for the Southern District of Texas, Brownsville Division Our File No. 9827

Dear Counsel:

Please be advised that Dr. Nick Peters is available for deposition in Houston, Texas, where he recently relocated, on January 12, 13, 26 or 27, 2004.

In my previous letters, to which I have received no response, I informed counsel that Zeff Ross is available for deposition at his offices in Cooper City, Florida **only** on January 13, 2003. I urge everyone to hold that day. Also, Dr. Helson Pacheco-Serrant is available at his offices at 2600 N. Oregon Street, Suite 800, El Paso, Texas 79902-3119 on January 13, 22 or 27 at 2pm.

I hope to hear from Dr. Jeremy Slater soon I will notify all counsel immediately.

Please let me hear from you all as soon as possible. I am sure everyone's January calendar is filling up. Thank you for your attention to this matter.

Sincerely,

Vivian Martinez
Legal Secretary to
THOMAS A. CROSLEY

:vm
cc:  Michael Cowen
Attorney at Law
520 E. Levee
Brownsville, Texas 78520  **(Via facsimile 956-504-3674)**

**BRIN & BRIN, P.C.**
ATTORNEYS AT LAW

WILLIAM GAULT
MEMBER OF THE FIRM

Board Certified
Personal Injury Trial Law

1325 PALM BLVD., SUITE A
BROWNSVILLE, TEXAS 78520
TELEPHONE (956) 544-7110
FAX (956) 544-0607

CORPUS CHRISTI OFFICE
1202 THIRD STREET
CORPUS CHRISTI, TEXAS 78404
TELEPHONE (361) 881-9643
FAX (361) 883-0506

SAN ANTONIO OFFICE
10999 IH-10 WEST, SUITE 800
SAN ANTONIO, TEXAS 78230
TELEPHONE (210) 341-9711
FAX (210) 341-1854

EDINBURG OFFICE
123 W. MCINTYRE
COURTHOUSE SQUARE SUITES
EDINBURG, TEXAS 78541
TELEPHONE (956) 381-6602
FAX (956) 381-0725

December 23, 2003

Mr. Thomas Crosley
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205

**VIA REGULAR MAIL**

Re:   Civil Action No. CV-B-00-192
      Candelario De Leon v. City of Brownsville, Texas, et al
      In the Southern District of Texas, Brownsville Division

Dear Mr. Crosley:

Please give us some dates for the deposition of your expert Dr. Slater as soon as possible. We look forward to receiving those dates from you so that we can complete the plaintiff's experts depositions.

Sincerely yours,

*Bill Gault /ah*

William Gault

WRG/ah
CROSLEY-3
ENCLOSURES

xc:   Steven M. Gonzalez          **VIA REGULAR MAIL**
      Steven Gonzalez & Associates
      208 Lindberg
      McAllen, Texas 78501



### BRANTON & HALL

JAMES L. BRANTON
Board Certified • Personal Injury Trial Law
• Civil Trial Law
Texas Board of Legal Specialization

THOMAS A. CROSLEY
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

JASON P. HOELSCHER

JAMES A. HALL
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

SONIA M. RODRIGUEZ
Of Counsel

HARRY L. MUNSINGER

KIM M. MUNSINGER

January 7, 2004

**Via Facsimile (956) 544-0607**
Mr. William Gault
BRIN & BRIN, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520

**Via Facsimile (956) 618-0445**
Mr. Gerald E. Castillo
GONZALEZ, GAYTAN, GARZA & CASTILLO, L.L.P.
1317 E. Quebec Avenue
McAllen, TX 78503

RE:   *Candelario DeLeon v. City of Brownsville, Texas,* Civil Action No. CV-V-00-192, United States District Court for the Southern District of Texas, Brownsville Division Our File No. 9827

Dear Counsel:

Please be advised that Dr. Jeremy Slater has just notified us that he is available for deposition in Missouri on January 28 or 30th or as a last resort, on the 21st if the other two dates do not work.

Thank you for your attention to this matter.

Sincerely,

Vivian Martinez
Legal Secretary to
THOMAS A. CROSLEY

:vm

cc:   Michael Cowen
Attorney at Law
520 E. Levee
Brownsville, Texas 78520   **(Via facsimile 956-504-3674)**

One Riverwalk Place, Suite 1700 • 700 N. St. Mary's Street • San Antonio, Texas 78205

Tel: (210) 224-4474 • www.branton-hall.com • Fax (210) 224-1928

BRIN & BRIN, P.C.
ATTORNEYS AT LAW

WILLIAM GAULT
MEMBER OF THE FIRM

Board Certified
Personal Injury Trial Law

325 Palm Blvd, Suite A
Brownsville, Texas 78520
Telephone (956) 544-7110
Fax (956) 544-0427

CORPUS CHRISTI OFFICE
1202 THIRD STREET
CORPUS CHRISTI, TEXAS 78404
TELEPHONE (361) 883-9643
FAX (361) 883-0506

SAN ANTONIO OFFICE
10000 IH-10 WEST, SUITE 400
SAN ANTONIO, TEXAS 78230
TELEPHONE (210) 341-4711
FAX (210) 341-4764

EDINBURG OFFICE
123 W. MCINTYRE
COURT HOUSE SQUARE SUITES
EDINBURG, TEXAS 78541
TELEPHONE (956) 381-6602
FAX (956) 381-2725

January 9, 2004

Mr. Thomas Crosley                        **VIA FACSIMILE**
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205

Re:    Civil Action No. CV-B-00-192
       Candelario De Leon v. City of Brownsville, Texas, et al
       In the Southern District of Texas, Brownsville Division

Dear Mr. Crosley:

Thank you for your offer of a date for the deposition of Dr. Slater. Please be advised that I am in a jury trial on January 26th and I will be unavailable for that week and one half after that. Please give me some dates during the first two weeks of February in which to take Dr. Slater's deposition.

Your staff had previously asked me if I could attend the deposition of Dr. Pacheco Serrant in El Paso during the week of January 26 and I informed them that I was in trial that week. Your staff indicated that the Doctor was available on Tuesdays and Thursdays and I asked that they schedule the deposition for February 5th, 10th or 12th.

Our lifecare planner, Cathlin Vinnet had made a visit to your client a couple of years ago in preparation of her report. Shortly after that time the case was stayed. In preparation for obtaining her report, please let me know whether or not you are agreeable to allowing her to visit with your client for less than one hour on January 27, 2004. She will be asking verbal questions to your client and will not obtain anything written from him. The questions will surround his present medical condition and the type of treatment that he is receiving from it. These are very standard questions that your own lifecare planner has asked. Nobody from my office will be present at this interview. Please feel free for yourself, Mr. Cowen, one of his other attorneys or his staff to be present. Please let me know if you are agreeable to this, or if I will need to file a motion with the court.

Mr. Thomas Crosley
Re:    Civil Action No. CV-B-00-192
       Candelario De Leon v. City of Brownsville, Texas, et al
       In the Southern District of Texas, Brownsville Division
January 9, 2004
Page 2

The court has requested that I re-file the motion to dismiss for failure to state a claim on behalf of HCA and a motion for more definite statement. Please let me know if you will agree to dismiss HCA as a party, or if I need to go ahead and proceed with this motion.

Sincerely yours,

*Bill Gautt / sl*

William Gautt

WRGah
CROSLEY.ltr

cc:    Gerald Castillo                                  **VIA FACSIMILE**
       Gonzalez, Gaytan, Garza & Castillo, L.L.P.
       208 Lindberg
       McAllen, Texas 78501



JAMES L. BRANTON

THOMAS A. CROSLEY

JASON C. HOELSCHER

JAMES A. HALL

SONIA M. RODRIGUEZ
Of Counsel

HARRY L. MUNSINGER

KIM M. MUNSINGER

January 20, 2004

**Via Facsimile (956) 544-0607**
Mr. William Gault
BRIN & BRIN, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520

**Via Facsimile (956) 618-0445**
Mr. Gerald E. Castillo
GONZALEZ, GAYTAN, GARZA & CASTILLO, L.L.P.
1317 E. Quebec Avenue
McAllen, TX 78503

RE:    *Candelario DeLeon v. City of Brownsville, Texas*, Civil Action No. CV-V-00-192.
United States District Court for the Southern District of Texas, Brownsville Division
Our File No. 9827

Dear Counsel:

Since late December, I have been attempting to set the depositions of Jeremy Slater and Dr. Pacheco-Serrant. My latest conversations with Becky in Mr. Gault's office were as follows:

Since the dates Jeremy Slater gave us in January (in Missouri) didn't work, he has now given us dates in February of 11, 12 and 13 in Houston where he is relocating and which should be more convenient for us all anyway.

Dr. Pacheco-Serrant has given us January 13 (which has come and gone), January 29 or February 12 for his deposition in El Paso at 2pm.

Thank you all for your prompt attention to this matter.

Sincerely,

Vivian Martinez
Legal Secretary to
THOMAS A. CROSLEY

:vm

cc:  Michael Cowen
Attorney at Law
520 E. Levee
Brownsville, Texas 78520  **(Via facsimile 956-504-3674)**

One Riverwalk Place, Suite 1700 • 700 N. St. Mary's Street • San Antonio, Texas 78205

Tel: (210) 224-4471 • email: branton@hall.com • Fax (210) 224-4928

# BRIN & BRIN, P.C.
### ATTORNEYS AT LAW

**WILLIAM GAULT**
MEMBER OF THE FIRM

Board Certified
Personal Injury Trial Law

1325 Palm Blvd., Ste A
Brownsville, Texas 78520
Telephone (956) 544-7110
Fax (956) 544-7207

CORPUS CHRISTI OFFICE
1202 Third Street
Corpus Christi, Texas 78404
Telephone (361) 881-9643
Fax (361) 883-0506

SAN ANTONIO OFFICE
10000 IH-10 West, Suite 900
San Antonio, Texas 78230
Telephone (210) 341-9711
Fax (210) 341-1954

EDINBURG OFFICE
123 W. McIntyre
Courthouse Square Suites
Edinburg, Texas 78541
Telephone (956) 381-6602
Fax (956) 381-0725

January 26, 2004

Mr. Thomas Crosley                    **VIA FACSIMILE**
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205

Re:    Civil Action No. CV-B-00-192
       Candelario De Leon v. City of Brownsville, Texas, et al
       In the Southern District of Texas, Brownsville Division

Dear Mr. Crosley:

This is to confirm that you have a conflict in your schedule preventing you from presenting Dr. Peters on January 27, 2004. We have requested a new date for his deposition and we are awaiting your providing available dates for Dr. Peters' to reschedule this deposition.

Should you have any questions, please do not hesitate to contact me.

Sincerely yours,

William Gault

WRG/ah
CROSLEY-11

xc:    Gerald Castillo                **VIA FACSIMILE**
       Gonzalez, Gaytan, Garza & Castillo, L.L.P
       208 Lindberg
       McAllen, Texas 78501



**BRANTON & HALL**

JAMES L. BRANTON

THOMAS A. CROSLEY

JASON P. HOELSCHER

JAMES A. HALL

SONIA M. RODRIGUEZ

HARRY L. MUNSINGER

KIM M. MUNSINGER

January 27, 2004

**Via Facsimile (956) 544-0607**
Mr. William Gault
BRIN & BRIN, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520

**Via Facsimile (956) 618-0445**
Mr. Gerald E. Castillo
GONZALEZ, GAYTAN, GARZA & CASTILLO, L.L.P.
1317 E. Quebec Avenue
McAllen, TX 78503

RE:     *Candelario DeLeon v. City of Brownsville, Texas*, Civil Action No. CV-V-00-192,
        United States District Court for the Southern District of Texas, Brownsville Division
        Our File No. 9827

Dear Counsel:

Mr. Crosley is proceeding with a trial beginning February 2 which is expected to last two weeks, therefore, we must regretfully reschedule the deposition of Dr. Slater on February 12. I will immediately contact the doctor regarding new dates in February and into March since our calendars are probably pretty full by now and forward this information as soon as I receive it.

Dr. Nick Peters is checking his calendar and promised to provide new dates for us as soon as possible.

Dr. Pacheco-Serrant has now given us March 2, 4 or 11 for his deposition in El Paso at 2pm Our office will notice this deposition, however, I would appreciate hearing your preferences.

Thank you all for your prompt attention to this matter.

Sincerely,

Vivian Martinez
Legal Secretary to
THOMAS A. CROSLEY

:vm

cc:  Michael Cowen
     Law Offices of Cowen & Bodden
     520 E. Levee
     Brownsville, Texas 78520 (**Via Facsimile 956-504-3674**)

San Antonio, Texas 78205

Tel: (210) 224-4474 • *www.branton-hall.com* • Fax (210) 224-1928

**BRIN & BRIN, P.C.**

ATTORNEYS AT LAW

WILLIAM GAULT
MEMBER OF THE FIRM

Board Certified
Personal Injury Trial Law

1325 PALM BLVD., SUITE A
BROWNSVILLE, TEXAS 78520
TELEPHONE (956) 544-7110
FAX (956) 544-0607

CORPUS CHRISTI OFFICE
1202 THIRD STREET
CORPUS CHRISTI, TEXAS 78404
TELEPHONE (361) 881-9643
FAX (361) 883-0506

SAN ANTONIO OFFICE
10999 IH-10 WEST, SUITE 800
SAN ANTONIO, TEXAS 78230
TELEPHONE (210) 341-9711
FAX (210) 341-1854

EDINBURG OFFICE
123 W. MCINTYRE
COURTHOUSE SQUARE SUITES
EDINBURG, TEXAS 78541
TELEPHONE (956) 381-6602
FAX (956) 381-0725

February 6, 2004

Mr. Thomas Crosley
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205

**VIA REGULAR MAIL**

Re:    Civil Action No. CV-B-00-192
       Candelario De Leon v. City of Brownsville, Texas, et al
       In the Southern District of Texas, Brownsville Division

Dear Mr. Crosley:

This will confirm our conversation that you are withdrawing your expert, Dr. Jeremy Slater, from his agreed deposition date of February 12, 2004 and you will not provide me with dates to obtain the depositions of either Dr. Slater or Dr. Peters (who was previously scheduled for deposition on January 27, 2004 but withdrawn by you) until after you have obtained the deposition of Dr. Dovale. Please proceed with obtaining whatever you need so that I can obtain your experts depositions. At the status conference on this case scheduled for February 23, I intend to ask the court for some help in obtaining the plaintiff's experts depositions.

Sincerely yours,

*William Gault/at*

William Gault

WRG/ah
CROSLEY-15

xc:    Gerald Castillo              **VIA REGULAR MAIL**
       Gonzalez, Gaytan, Garza & Castillo, L.L.P
       208 Lindberg
       McAllen, Texas 78501



JAMES L. BRANTON
Board Certified • Personal Injury Trial Law
• Civil Trial Law
Texas Board of Legal Specialization

THOMAS A. CROSLEY
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

JASON P. HOELSCHER

**BRANTON&HALL**

A PROFESSIONAL CORPORATION
OF TRIAL LAWYERS

March 10, 2004

JAMES A. HALL
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

SONIA M. RODRIGUEZ

Of Counsel
HARRY L. MUNSINGER
KIM M. MUNSINGER

_**Via Facsimile (956) 618-0445**_

Ms. Melissa Sage
GONZALEZ, GAYTAN, GARZA & CASTILLO, L.L.P.
1317 E. Quebec Avenue
McAllen, Texas 78503

     RE:    *Candelario DeLeon v. City of Brownsville, Texas, et al,* Civil Action No. CV-V-00-
          192, United States District Court for the Southern District of Texas, Brownsville
          Division
          Our File No. 9827

Dear Ms. Sage:

     In response to your letter of March 3, 2004 regarding your proposal of March 19 or March
30 for the deposition of Dr. Dovale, unfortunately I will be out of the country on March 19 and my
March 1 trial was continued by the court to March 29. I have checked with my co-counsel who is
already scheduled for a deposition on March 19 and is also in trial the week of March 29. Please
check with Dr. Dovale for possible dates in April. Since I had to shuffle my trial calendar around,
I am now available any day between April 19-29.

     By copy of this letter, I am also advising Mr. Gault that I do not wish to go forward with the
depositions he noticed of Dr. Nick Peters on March 22 and Dr. Jeremy Slater on March 24, until such
time as we have completed the deposition of Dr. Dovale. My secretary will check with these
gentlemen again and forward available deposition dates by next week.

     I look forward to hearing from you soon.

                          Very truly yours,

                          THOMAS A. CROSLEY

TAC:vm

cc:    Mr. Michael Cowen     _**(Via Facsimile 956-504-3674)**_
        Mr. William Gault       _**(Via Facsimile 956-544-0607)**_



# B&H

## BRANTON & HALL

A PROFESSIONAL CORPORATION
OF TRIAL LAWYERS

JAMES L. BRANTON
Board Certified • Personal Injury Trial Law
• Civil Trial Law
Texas Board of Legal Specialization

THOMAS A. CROSLEY
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

JASON P. HOELSCHER

JAMES A. HALL
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

SONIA M. RODRIGUEZ

Of Counsel
HARRY L. MUNSINGER

KIM M. MUNSINGER

March 19, 2004

**_Via Facsimile (956) 618-0445_**

Ms. Melissa Sage
GONZALEZ, GAYTAN, GARZA & CASTILLO, L.L.P.
1317 E. Quebec Avenue
McAllen, Texas 78503

RE:    *Candelario DeLeon v. City of Brownsville, Texas, et al,* Civil Action No. CV-V-00-192, United States District Court for the Southern District of Texas, Brownsville Division
Our File No. 9827

Dear Ms. Sage

We are in receipt of the deposition notices for Dr. Peters and Dr. Slater for May 4 and 5, 2004 from Mr. Gault. In order to go forward with these depositions, Mr. Crosley will first need to depose Dr. Dovale. Please check with Dr. Dovale for possible dates between April 16-29 and advise us as soon as possible.

Thank you for your attention to this matter.

Sincerely,

Vivian Martinez
Legal Secretary to
THOMAS A. CROSLEY

TAC:vm

cc:    Mr. Michael Cowen    **_(Via Facsimile 956-504-3674)_**
      Mr. William Gault    **_(Via Facsimile 956-544-0607)_**

One Riverwalk Place, Suite 1700 • 700 N. St. Mary's Street • San Antonio, Texas 78205

Tel: (210) 224-4474 • www.branton-hall.com • Fax (210) 224-1928



**BRANTON & HALL**

A PROFESSIONAL CORPORATION
OF TRIAL LAWYERS

JAMES L. BRANTON
Board Certified • Personal Injury Trial Law
• Civil Trial Law
Texas Board of Legal Specialization

THOMAS A. CROSLEY
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

JASON P. HOELSCHER

JAMES A. HALL
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

SONIA M. RODRIGUEZ

Of Counsel
HARRY L. MUNSINGER
KIM M. MUNSINGER

March 25, 2004

**Via Facsimile (956) 544-0607**

Mr. William Gault
BRIN & BRIN, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520

**Via Facsimile (956) 618-0445**

Ms. Melissa Sage
Mr. Gerald E. Castillo
GONZALEZ, GAYTAN, GARZA & CASTILLO, L.L.P.
1317 E. Quebec Avenue
McAllen, TX 78503

RE:   *Candelario DeLeon v. City of Brownsville, Texas,* Civil Action No. CV-V-00-192,
United States District Court for the Southern District of Texas, Brownsville Division
Our File No. 9827

Dear Counsel:

Per my conversation with Becky of Mr. Gault's office on this date, this will confirm that the deposition of Dr. Nick Peters will begin at 10:00 a.m. (instead of 9:00 a.m.) on May 4, 2004 at the offices of Esquire Deposition Services and the deposition of Dr. Jeremy Slater will commence at 2:00 p.m. (instead of 9:00 a.m.) on May 5, 2004 at a conference room at the University of Texas Medical School (exact location will be provided in more detail), instead of the Esquire offices.

Thank you all for your attention to this matter.

Sincerely,

Vivian Martinez
Legal Secretary to
THOMAS A. CROSLEY

:vm

cc:   MICHAEL COWEN **(via facsimile (956) 504-3674)**
Law Offices of Cowen & Bodden
520 E. Levee
Brownsville, Texas 78520



**BRANTON&HALL**
A PROFESSIONAL CORPORATION
OF TRIAL LAWYERS

JAMES L. BRANTON
Board Certified • Personal Injury Trial Law
• Civil Trial Law
Texas Board of Legal Specialization

THOMAS A. CROSLEY
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

JASON P. HOELSCHER

JAMES A. HALL
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

SONIA M. RODRIGUEZ

Of Counsel
HARRY L. MUNSINGER
KIM M. MUNSINGER

March 29, 2004

**_Via Facsimile (956) 618-0445_**

Ms. Melissa Sage
GONZALEZ, GAYTAN, GARZA & CASTILLO, L.L.P.
1317 E. Quebec Avenue
McAllen, Texas 78503

RE:     *Candelario DeLeon v. City of Brownsville, Texas, et al,* Civil Action No. CV-V-00-192, United States District Court for the Southern District of Texas, Brownsville Division
Our File No. 9827

Dear Ms. Sage

    I have not received a response to my letter of March 19 requesting deposition dates for Dr. Dovale. The depositions of Dr. Peters and Dr. Slater have been scheduled for May 4 and 5, 2004 by Mr. Gault and in order to go forward with these depositions, Mr. Crosley will first need to depose Dr. Dovale. Please check with Dr. Dovale as soon as possible. We now have available April 19, 20, 22, or 23rd. Again, please advise us as soon as possible as everyone's calendars are continuing to fill up fast.

    Thank you for your attention to this matter.

                                        Sincerely,

                                        Vivian Martinez
                                        Legal Secretary to
                                        THOMAS A. CROSLEY

TAC:vm

cc:     Mr. Michael Cowen        **_(Via Facsimile 956-504-3674)_**
        Mr. William Gault        **_(Via Facsimile 956-544-0607)_**



**BRANTON&HALL**
A PROFESSIONAL CORPORATION
OF TRIAL LAWYERS

JAMES L. BRANTON
Board Certified • Personal Injury Trial Law
• Civil Trial Law
Texas Board of Legal Specialization

THOMAS A. CROSLEY
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

JASON P. HOELSCHER

JAMES A. HALL
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

SONIA M. RODRIGUEZ

Of Counsel
HARRY L. MUNSINGER
KIM M. MUNSINGER

April 7, 2004

***Via Facsimile (956) 618-0445***

Ms. Melissa Sage
GONZALEZ, GAYTAN, GARZA & CASTILLO, L.L.P.
1317 E. Quebec Avenue
McAllen, Texas 78503

RE:    *Candelario DeLeon v. City of Brownsville, Texas, et al*, Civil Action No. CV-V-00-192, United States District Court for the Southern District of Texas, Brownsville Division
       Our File No. 9827

Dear Ms. Sage:

    Reference is made to my previous letters of March 19 and March 29, 2004, regarding deposition dates for Dr. Dovale. I understood from our telephone conversation last week that you anticipated hearing from Dr. Dovale regarding his availability in April. At this time we have April 15, 19, 20, 22 and 23 available in order to depose Dr. Dovale with sufficient time in order to proceed with the depositions of Dr. Peters and Dr. Slater during the first week in May.

    Thank you for your prompt attention to this matter.

                                        Sincerely,

                                        Vivian Martinez
                                        Legal Secretary to
                                        THOMAS A. CROSLEY

TAC:vm

cc:    Mr. Michael Cowen        ***(Via Facsimile 956-504-3674)***
       Mr. William Gault        ***(Via Facsimile 956-544-0607)***

One Riverwalk Place, Suite 1700 • 700 N. St. Mary's Street • San Antonio, Texas 78205

Tel: (210) 224-4474 • *www.branton-hall.com* • Fax (210) 224-1928

# GONZALEZ,
# GAYTAN, GARZA & CASTILLO, LLP
### A T T O R N E Y S   A T   L A W
1317 E. QUEBEC AVENUE • McALLEN, TEXAS 78503
(956) 618-0115 TELEPHONE • (956) 618-0445 FACSIMILE

STEVEN M. GONZALEZ
Board Certified – Personal Injury Trial Law
Texas Board of Legal Specialization
PAUL A. GAYTAN
WILLIAM R. GARZA
GERALD E. CASTILLO
EDWARD J. CASTILLO
JAIME M. MORALES
NADIA L. MEAR
MELISSA M. SAGE
NEAL R. REISMAN, MD, JD

ENRIQUETA C. SOSA, MSN RNC
VICENTE H. ALVAREZ, BSN RN
SANDRA A. RODRIGUEZ, CNM MSN
DANIELLE L. BUCHANAN, BSN RN
TAMMY R. SANCHEZ, RN

EMAIL: LAW@HALLEYFIRM.COM

April 19, 2004

VIA FAX: (210) 224-1928
Thomas A. Crosley
BRANTON & HALL, P.C.
One Riverwalk Place, Suite 1700
700 North St. Mary's Street
San Antonio, Texas 78205

Re:     Civil No. CV-B-00-192; *Candelario De Leon v. Joao Dovale, M.D., et al.;* Brownsville
        Division

Dear Tom:

Pursuant to several conversations with your assistant, I can produce Dr. De Leon at our offices
on either Friday, April 23, 2004 at 10:00 a.m. or Monday, April 26, 2004 at 10:00 a.m. Please
let me know as soon as possible which of these dates will work for you. I understand that we
need to get Dr. Dovale's deposition done prior to taking your expert in early May.

If you have any questions, please do not hesitate to contact me.

Respectfully,

GONZALEZ, GAYTAN, GARZA & CASTILLO, L.L.P.

Melissa M. Sage
F:\data\WPDOCS\D\De Leon, C. v. doVale.60\l3 041904.mh.wpd

cc:     William Gault              (Via Fax: (956) 544-0607)
        Michael Cowen             (Via Fax: (956) 504-3674)



JAMES L. BRANTON
Board Certified • Personal Injury Trial Law
• Civil Trial Law
Texas Board of Legal Specialization

THOMAS A. CROSLEY
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

JASON P. HOELSCHER

**BRANTON&HALL**
A PROFESSIONAL CORPORATION
OF TRIAL LAWYERS

JAMES A. HALL
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

SONIA M. RODRIGUEZ
Of Counsel
HARRY L. MUNSINGER
KIM M. MUNSINGER

April 19, 2004

***Via Facsimile (956) 618-0445***

Ms. Melissa Sage
GONZALEZ, GAYTAN, GARZA & CASTILLO, L.L.P.
1317 E. Quebec Avenue
McAllen, Texas 78503

RE:   *Candelario DeLeon v. City of Brownsville, Texas, et al,* Civil Action No. CV-V-00-192, United States District Court for the Southern District of Texas, Brownsville Division
Our File No. 9827

Dear Ms. Sage:

Pursuant to our telephone conversation on this date, this will confirm that neither Mr. Crosley nor Mr. Cowen are available to depose Dr. Dovale on April 23 or 26, 2004, and that you will contact your client and provide us with additional deposition dates in May. By copy of this letter I will notify Mr. Gault that, unfortunately, this will mean that we will be unable to proceed with the scheduled depositions of Dr. Peters and Dr. Slater during the first week in May. I will provide additional dates for these gentlemen as soon as possible.

Thank you for your prompt attention to this matter.

Sincerely,

Vivian Martinez
Legal Secretary to
THOMAS A. CROSLEY

TAC:vm

cc:   Mr. Michael Cowen        ***(Via Facsimile 956-504-3674)***
       Mr. William Gault        ***(Via Facsimile 956-544-0607)***

One Riverwalk Place, Suite 1700 • 700 N. St. Mary's Street • San Antonio, Texas 78205

Tel: (210) 224-4474 • *www.branton-hall.com* • Fax (210) 224-1928

# BRIN & BRIN, P.C.
## ATTORNEYS AT LAW

WILLIAM GAULT
MEMBER OF THE FIRM

Board Certified
Personal Injury Trial Law

1325 PALM BLVD., SUITE A
BROWNSVILLE, TEXAS 78520
TELEPHONE (956) 544-7110
FAX (956) 544-0607

CORPUS CHRISTI OFFICE
1202 THIRD STREET
CORPUS CHRISTI, TEXAS 78404
TELEPHONE (361) 881-9643
FAX (361) 883-0506

SAN ANTONIO OFFICE
10999 IH-10 WEST, SUITE 800
SAN ANTONIO, TEXAS 78230
TELEPHONE (210) 341-9711
FAX (210) 341-1854

EDINBURG OFFICE
123 W. MCINTYRE
COURTHOUSE SQUARE SUITES
EDINBURG, TEXAS 78541
TELEPHONE (956) 381-6602
FAX (956) 381-0725

April 21, 2004

Ms. Vivian Martinez                    **VIA REGULAR MAIL**
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205

Re:    Civil Action No. CV-B-00-192
       Candelario De Leon v. City of Brownsville, Texas, et al
       In the Southern District of Texas, Brownsville Division

Dear Ms. Martinez:

Thank you for you letter of April 19th. I plan on proceeding with the agreed upon depositions of Dr. Peters and Dr. Slater. You have cancelled it numerous of times because you could not get Dr. Dovale's deposition, even though Dr. Dovale's counsel has given you a number of agreeable dates to obtain the deposition. Incidentally, you state that Mr. Cowen is not available on the two latest dates yet Mr. Cowen has not attended any depositions. You also state that Mr. Crosley is not available, yet he has not attended the entirety of a majority of depositions in this case. If you want to be excused from Dr. Slater and Dr. Peters deposition, please obtain a Court ruling in your favor. This same kind of thing was done to prevent us from obtaining your client's deposition and the Court did not go along with this type of litigation activity.

Sincerely Yours,

William Gault

WRG/ah
CROSLEY-22

xc:    Ms. Melissa Sage
       Gonzalez, Gaytan, Garza & Castillo, L.L.P
       1317 E. Quebec Avenue
       McAllen, Texas 78503



**BRANTON & HALL**

A PROFESSIONAL CORPORATION
OF TRIAL LAWYERS

JAMES L. BRANTON
Board Certified • Personal Injury Trial Law
• Civil Trial Law
Texas Board of Legal Specialization

THOMAS A. CROSLEY
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

JASON P. HOELSCHER

JAMES A. HALL
Board Certified • Personal Injury Trial Law
Texas Board on Legal Specialization

SONIA M. RODRIGUEZ

Of Counsel
HARRY L. MUNSINGER
KIM M. MUNSINGER

April 27, 2004

<u>Via Facsimile (956) 544-0607</u>

Mr. William Gault
BRIN & BRIN, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520

RE:  *Candelario DeLeon v. City of Brownsville, Texas,* Civil Action No. CV-V-00-192,
United States District Court for the Southern District of Texas, Brownsville Division
Our File No. 9827

Dear Mr. Gault:

Mr. Crosley is currently in trial in the 150th District Court in Bexar County. This trial is expected to last until approximately May 10, so the depositions of Dr. Peters and Dr. Slater need to be canceled and rescheduled. Since Mrs. Lomax passed away last year, Mr. Crosley has taken over as lead counsel in this matter and fully intends to attend the majority of all future depositions. Even though my letters to Ms. Sage requesting deposition dates for Dr. Dovale date back to January, 2004, we have only been given **four** possible dates for his deposition (March 19, March 30, April 23 and April 26, 2004), all of which were unacceptable due to Mr. Crosley and Mr. Cowen being out of the country or preparing for or scheduled for trial.

Please let me know if you will agree to reschedule the depositions of Dr. Peters and Dr. Slater, or if we must file a Motion to Quash the depositions.

Sincerely,

Vivian Martinez
Legal Secretary to
THOMAS A. CROSLEY

:vm
cc:  Mr. Michael Cowen <u>(via facsimile (956) 504-3674)</u>

Ms. Melissa Sage
Mr. Gerald E. Castillo<u>(via Facsimile (956) 618-0445)</u>

One Riverwalk Place, Suite 1700 • 700 N. St. Mary's Street • San Antonio, Texas 78205

Tel: (210) 224-4474 • www.branton-hall.com • Fax (210) 224-1928

BRIN & BRIN, P.C.
ATTORNEYS AT LAW

WILLIAM GAULT
MEMBER OF THE FIRM

Board Certified
Personal Injury Trial Law

1325 PALM BLVD., SUITE A
BROWNSVILLE, TEXAS 78520
TELEPHONE (956) 544-7110
FAX (956) 544-0607

CORPUS CHRISTI OFFICE
1202 THIRD STREET
CORPUS CHRISTI, TEXAS 78404
TELEPHONE (361) 881-9643
FAX (361) 883-0506

SAN ANTONIO OFFICE
10999 IH-10 WEST, SUITE 800
SAN ANTONIO, TEXAS 78230
TELEPHONE (210) 341-9711
FAX (210) 341-1854

April 27, 2004

Ms. Vivian Martinez
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205

**VIA REGULAR MAIL**

EDINBURG OFFICE
123 W. McINTYRE
COURTHOUSE SQUARE SUITES
EDINBURG, TEXAS 78541
TELEPHONE (956) 381-6602
FAX (956) 381-0725

Re:     Civil Action No. CV-B-00-192
        Candelario De Leon v. City of Brownsville, Texas, et al
        In the Southern District of Texas, Brownsville Division

Dear Ms. Martinez:

Thank you for you letter of April 27, 2004. As you know Mr. Crosley has not attended even one full deposition or any hearing in this case. The only partial deposition he attended was Mr. Rodriguez, but he did not stay for the entirety of that. Other members of your firm or your local counsel have attended all of the other depositions (except for the part of one Mr. Crosley attended) and all of the hearings. As you know, Dr. Slater has been previously noticed for depositions on January 28, 29, and 30, 2002 and January 21, 2004, March 2, 2004 and March 16, 2004. Dr. Peters has been previously noticed for depositions January 28, 29, and 30, 2002 and March 2, 2004 and March 16, 2004. I have been very accommodating to Mr. Croseley's schedule but there are some deadlines that require us to proceed with these depositions as previously agreed.

You seem to relate your experts' depositions to the deposition of Dr. Dovale. These are totally unrelated. Again, I will be appearing at the depositions of Dr. Peters and Dr. Slater as reflected in your letter stating the time and place. If you object to this, please take it up with the Court.

Sincerely yours,

William Gault

WRG/ah
CROSLEY-23



**BRANTON & HALL**
A PROFESSIONAL CORPORATION
OF TRIAL LAWYERS

JAMES L. BRANTON
Board Certified • Personal Injury Trial Law
• Civil Trial Law
Texas Board of Legal Specialization

THOMAS A. CROSLEY
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

JASON P. HOELSCHER

JAMES A. HALL
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

SONIA M. RODRIGUEZ
Of Counsel

HARRY L. MUNSINGER

KIM M. MUNSINGER

April 29, 2004

**Via Facsimile (956) 544-0607**

Mr. William Gault
BRIN & BRIN, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520

RE:     *Candelario DeLeon v. City of Brownsville, Texas,* Civil Action No. CV-V-00-192,
        United States District Court for the Southern District of Texas, Brownsville Division
        Our File No. 9827

Dear Mr. Gault:

    Please take notice that Dr. Slater has notified us the only date he has available for his
deposition this month is now May 26, 2004 at 2pm. I will advise you immediately upon hearing from
Dr. Peters.

Sincerely,

Vivian Martinez
Legal Secretary to
THOMAS A. CROSLEY

:vm
cc:    Mr. Michael Cowen **(via facsimile (956) 504-3674)**

       Ms. Melissa Sage
       Mr. Gerald E. Castillo**(via facsimile (956) 618-0445)**

# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CANDELARIO DELEON                                '

v.                                               '          CIVIL ACTION NO. CV-B-00-192

                                                 '
CITY OF BROWNSVILLE, TEXAS;                       '
BENIGNO REYNA, INDIVIDUALLY AND                  '
IN HIS OFFICIAL CAPACITY AS                      '
CHIEF OF POLICE FOR THE CITY OF                  '
BROWNSVILLE, CITY OF BROWNSVILLE                 '
POLICE OFFICER ANDRE S. TORRES, JR.,             '
INDIVIDUALLY AND IN HIS OFFICIAL                 '
CAPACITY; AND CITY OF BROWNSVILLE                '
POLICE OFFICER ALEX ORTIZ,                       '
INDIVIDUALLY AND IN HIS OFFICIAL                 '
CAPACITY; HCA – THE HEALTHCARE                   '
COMPANY, FORMERLY D/B/A                          '
COLUMBIA/HCA HEALTHCARE                          '
CORPORATION, COLUMBIA VALLEY                     '
HEALTHCARE SYSTEM, L.P.,                         '
INDIVIDUALLY AND D/B/A VALLEY                    '
REGIONAL MEDICAL CENTER and                      '
FORMERLY D/B/A COLUMBIA VALLEY                   '
REGIONAL MEDICAL CENTER,                         '
JOAO DOVALE, M.D., and                           '
STAT PHYSICIANS, P.A.                            '


**DEFENDANT JOAO DOVALE, M.D.'S NOTICE OF INTENTION TO TAKE ORAL
DEPOSITION OF PLAINTIFF'S EXPERT, NICK PETERS, MD**

TO:    Plaintiff, CANDELARIO DELEON by and through his attorney of record,
       Carol P. Lomax, Branton & Hall, P.C., One Riverwalk Place, Suite 1700, 700
       N. St. Mary's St., San Antonio, Texas 78205

       Pursuant to the provisions of the Federal Rules of Civil Procedure, you are hereby

notified that the deposition of **NICK PETERS, M.D.** will be taken by oral examination and

answers, which, when taken, may be used in evidence and as testimony at the trial of the

above numbered and entitled cause, said deposition to be taken at **10:00 a.m.** on

**February 7, 2002**, and will continue from day to day until completed, at 2300 Marie Curie

Road, Garland, Texas  75042 (972)  562-8541, and attended by Connie Petrazio &

Associates, 2432 Mesa Oak Trail, Plano, Texas  75025 (972) 727-4676.

### SUBPOENA DUCES TECUM

You will also take notice that **NICK PETERS, MD**, is to produce at the time and

place of this deposition, and to permit the inspection and copying of any and all documents

which reflect, mention, relate or pertain to the matters that are described herein, including,

but not limited to, those items more particularly described in the attached Exhibit "A."

Respectfully submitted,

**UZICK & ONCKEN, P.C.**

By: _____

Tyler Scheuerman
State Bar No. 00791610
Federal ID No. 19683

Fountainhead One Building
8200 IH-10 West, Suite 208
San Antonio, Texas 78230
(210) 341-7703
(210) 341-1570 facsimile

**ATTORNEYS FOR DEFENDANT,
JOAO DOVALE, M.D.**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was sent by Certified Mail, return receipt requested to the following parties on the 28th day of January 2002.

Carol P. Lomax
Branton & Hall, P.C.
700 N. St. Mary's St., Ste. 1700
San Antonio, Texas 78205

William Gault
Brin & Brin, P.C.
1325 Palm Blvd,, Suite A
Brownsville, Texas 78521

Tyler Scheuerman

## EXHIBIT A

UNLESS AGREED OTHERWISE, YOU ARE INSTRUCTED TO BRING THE ORIGINALS OF SUCH DOCUMENTS OF THE ORIGINALS ARE IN YOUR POSSESSION, CUSTODY OR CONTROL, OR THE CONTROL OF YOUR AGENTS OR REPRESENTATIVES; AND YOU ARE FURTHER INSTRUCTED TO PRODUCE COPIES OF THE ORIGINALS **ONLY** IF SUCH ORIGINALS ARE NOT IN YOUR POSSESSION, CUSTODY OR CONTROL, OR THE COPY INCLUDES MARGINAL NOTES NOT INCLUDED IN THE ORIGINALS.

As used herein, the term "records" includes all documents in the possession, custody or control of the individuals or parties to whom this request is directed, or their agents or representatives, and includes, but is not limited to, papers, memoranda, agreements, contracts, writings, photographs, correspondence, accounts, drawings, graphs, charts, transcriptions of the telephone conversations or recordings thereof, certificates, licenses, permits, reports, test data and/or any other data compilations from which the requested information can be obtained or translated.

The witness, **NICK PETERS, M.D.**, is requested to produce the following:

1.  All correspondence to and/or from **NICK PETERS, M.D.** concerning this case, including but not limited to correspondence between Dr. Slater and attorney Carol Lomax, any other attorney with Branton & Hall, P.C., or any other attorney or law firm representing Plaintiff.

2.  All medical records reviewed and/or relied upon by **NICK PETERS, M.D.** in connection with any and all opinions that he may offer in this lawsuit.

3.  All medical textbooks, articles, treatises or other literature which were reviewed, relied upon or considered by **NICK PETERS, M.D.** in connection with any and all opinions that he may offer in this lawsuit.

4.  All notes, reports, summaries, notations on post-it notes or any other written material prepared by or on behalf of **NICK PETERS, M.D.** in connection with his review and/or any and all of the opinions that he may offer with respect to this case.

5.  Any and all documents, papers or other items which would reflect or suggest:

    a)   The names and identity of each claim or lawsuit which **NICK PETERS, M.D.** has ever reviewed as an expert witness;

    b)   The amount of income or other consideration received by **NICK PETERS,**

> M.D. or any entity with which he has been associated in the proceeding ten (10) years for services rendered as an expert witness in connection with any claim or litigation;

    c)    A copy of every report prepared by **NICK PETERS, M.D.**, or at his direction, as an expert witness in connection with any claim or lawsuit.

6. All promotional, advertising or other literature or documents which makes known or offers or purports to offer **NICK PETERS, M.D.** as an expert witness available for consultation in the review of claims or litigation.

7. All contracts or agreements between **NICK PETERS, M.D.** and any other party or organization concerning his availability to review claims or litigation as an expert witness.

8. All pleadings, depositions and/or interrogatory answers filed on behalf of or given by **NICK PETERS, M.D.** as a Defendant in a lawsuit.

9. All documents which reflect the amount of time expended by **NICK PETERS, M.D.** in connection with this lawsuit.

10. All documents which reflect the amount of income generated or charges billed by **NICK PETERS, M.D.** in connection with his services as an expert witness in this lawsuit.

11. Copies of any photographs, video tapes, x-rays or other films reviewed or relied upon by **NICK PETERS, M.D.** in connection with the formation of his opinions in this lawsuit.

12. Any and all documents provided to **NICK PETERS, M.D.** in connection with his service as an expert witness in this case.

13. A current copy of your curriculum vitae.

14. Any document which reflects the amount of time that **NICK PETERS, M.D.** commits to service as an expert witness, whether paid or unpaid, in medical legal matters on a yearly basis for the past five (5) years.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CANDELARIO DELEON

v.                                                    CIVIL ACTION NO. CV-B-00-192

CITY OF BROWNSVILLE, TEXAS;
BENIGNO REYNA, INDIVIDUALLY AND
IN HIS OFFICIAL CAPACITY AS
CHIEF OF POLICE FOR THE CITY OF
BROWNSVILLE, CITY OF BROWNSVILLE
POLICE OFFICER ANDRE S. TORRES, JR.,
INDIVIDUALLY AND IN HIS OFFICIAL
CAPACITY; AND CITY OF BROWNSVILLE
POLICE OFFICER ALEX ORTIZ,
INDIVIDUALLY AND IN HIS OFFICIAL
CAPACITY; HCA – THE HEALTHCARE
COMPANY, FORMERLY D/B/A
COLUMBIA/HCA HEALTHCARE
CORPORATION, COLUMBIA VALLEY
HEALTHCARE SYSTEM, L.P.,
INDIVIDUALLY AND D/B/A VALLEY
REGIONAL MEDICAL CENTER and
FORMERLY D/B/A COLUMBIA VALLEY
REGIONAL MEDICAL CENTER,
JOAO DOVALE, M.D., and
STAT PHYSICIANS, P.A.

**DEFENDANT JOAO DOVALE, M.D.'S AMENDED NOTICE OF INTENTION TO TAKE
ORAL DEPOSITION OF PLAINTIFF'S EXPERT, NICK PETERS, MD**

TO:   Plaintiff, CANDELARIO DELEON by and through his attorney of record,
      Carol P. Lomax, Branton & Hall, P.C., One Riverwalk Place, Suite 1700, 700
      N. St. Mary's St., San Antonio, Texas 78205

Pursuant to the provisions of the Federal Rules of Civil Procedure, you are hereby

notified that the deposition of **NICK PETERS, M.D.** will be taken by oral examination and

answers, which, when taken, may be used in evidence and as testimony at the trial of the

above numbered and entitled cause, said deposition to be taken at **10:00 a.m.** on **March 1, 2002,** and will continue from day to day until completed, at 2300 Marie Curie Road, Garland, Texas 75042 (972) 562-8541, and attended by Connie Petrazio & Associates, 2432 Mesa Oak Trail, Plano, Texas 75025 (972) 727-4676.

### SUBPOENA DUCES TECUM

You will also take notice that **NICK PETERS, MD**, is to produce at the time and place of this deposition, and to permit the inspection and copying of any and all documents which reflect, mention, relate or pertain to the matters that are described herein, including, but not limited to, those items more particularly described in the attached Exhibit "A."

Respectfully submitted,

**UZICK & ONCKEN, P.C.**

By:

Tyler Scheuerman
State Bar No. 00791610
Federal ID No. 19683

Fountainhead One Building
8200 IH-10 West, Suite 208
San Antonio, Texas 78230
(210) 341-7703
(210) 341-1570 facsimile

**ATTORNEYS FOR DEFENDANT,
JOAO DOVALE, M.D.**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was sent by Certified Mail, return receipt requested to the following parties on the 29th day of January 2002.

Carol P. Lomax
Branton & Hall, P.C.
700 N. St. Mary's St., Ste. 1700
San Antonio, Texas 78205

William Gault
Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78521

Tyler Scheuerman

## EXHIBIT A

UNLESS AGREED OTHERWISE, YOU ARE INSTRUCTED TO BRING THE ORIGINALS OF SUCH DOCUMENTS OF THE ORIGINALS ARE IN YOUR POSSESSION, CUSTODY OR CONTROL, OR THE CONTROL OF YOUR AGENTS OR REPRESENTATIVES; AND YOU ARE FURTHER INSTRUCTED TO PRODUCE COPIES OF THE ORIGINALS **ONLY** IF SUCH ORIGINALS ARE NOT IN YOUR POSSESSION, CUSTODY OR CONTROL, OR THE COPY INCLUDES MARGINAL NOTES NOT INCLUDED IN THE ORIGINALS.

As used herein, the term "records" includes all documents in the possession, custody or control of the individuals or parties to whom this request is directed, or their agents or representatives, and includes, but is not limited to, papers, memoranda, agreements, contracts, writings, photographs, correspondence, accounts, drawings, graphs, charts, transcriptions of the telephone conversations or recordings thereof, certificates, licenses, permits, reports, test data and/or any other data compilations from which the requested information can be obtained or translated.

The witness, **NICK PETERS, M.D.**, is requested to produce the following:

1.    All correspondence to and/or from **NICK PETERS, M.D.** concerning this case, including but not limited to correspondence between Dr. Slater and attorney Carol Lomax, any other attorney with Branton & Hall, P.C., or any other attorney or law firm representing Plaintiff.

2.    All medical records reviewed and/or relied upon by **NICK PETERS, M.D.** in connection with any and all opinions that he may offer in this lawsuit.

3.    All medical textbooks, articles, treatises or other literature which were reviewed, relied upon or considered by **NICK PETERS, M.D.** in connection with any and all opinions that he may offer in this lawsuit.

4.    All notes, reports, summaries, notations or post-it notes or any other written material prepared by or on behalf of **NICK PETERS, M.D.** in connection with his review and/or any and all of the opinions that he may offer with respect to this case.

5.    Any and all documents, papers or other items which would reflect or suggest:

a)    The names and identity of each claim or lawsuit which **NICK PETERS, M.D.** has ever reviewed as an expert witness;

b)     The amount of income or other consideration received by **NICK PETERS, M.D.** or any entity with which he has been associated in the proceeding ten (10) years for services rendered as an expert witness in connection with any claim or litigation;

c)     A copy of every report prepared by **NICK PETERS, M.D.**, or at his direction, as an expert witness in connection with any claim or lawsuit.

6.     All promotional, advertising or other literature or documents which makes known or offers or purports to offer **NICK PETERS, M.D.** as an expert witness available for consultation in the review of claims or litigation.

7.     All contracts or agreements between **NICK PETERS, M.D.** and any other party or organization concerning his availability to review claims or litigation as an expert witness.

8.     All pleadings, depositions and/or interrogatory answers filed on behalf of or given by **NICK PETERS, M.D.** as a Defendant in a lawsuit.

9.     All documents which reflect the amount of time expended by **NICK PETERS, M.D.** in connection with this lawsuit.

10.     All documents which reflect the amount of income generated or charges billed by **NICK PETERS, M.D.** in connection with his services as an expert witness in this lawsuit.

11.     Copies of any photographs, video tapes, x-rays or other films reviewed or relied upon by **NICK PETERS, M.D.** in connection with the formation of his opinions in this lawsuit.

12.     Any and all documents provided to **NICK PETERS, M.D.** in connection with his service as an expert witness in this case.

13.     A current copy of your curriculum vitae.

14.     Any document which reflects the amount of time that **NICK PETERS, M.D.** commits to service as an expert witness, whether paid or unpaid, in medical legal matters on a yearly basis for the past five (5) years.

# UZICK & ONCKEN, P.C.

Attorneys at Law
8200 IH-10 West, Suite 208
San Antonio, Texas 78230
Telephone: (210) 341-7703
Facsimile: (210) 341-1570

# FACSIMILE TRANSMISSION

DATE:       January 29, 2002

TO:         William Gault
FAX NO:     956/544-0607

TO:         Carol Lomax
FAX NO:     224-1928

TO:         Alpha Reporting Service
FAX NO:     (417) 889-5037

TO:         Connie Petrazio & Associates
FAX NO:     (972) 727-9128

FROM:       Tyler Scheuerman


**RE:       DeLeon v. City of Brownsville**


TOTAL PAGES, INCLUDING COVER PAGE:   12

========================================================================
**Message:**

*Please see attached.*



If you have any problems receiving this facsimile, please call (210) 341-7703.

THIS FACSIMILE MESSAGE IS A PRIVILEGED AND CONFIDENTIAL COMMUNICATION AND IS TRANSMITTED FOR THE EXCLUSIVE INFORMATION AND USE OF THE ADDRESSEE. PERSONS RESPONSIBLE FOR DELIVERING THIS COMMUNICATION TO THE INTENDED RECIPIENT ARE ADMONISHED THAT THIS COMMUNICATION MAY NOT BE COPIED OR DISSEMINATED EXCEPT AS DIRECTED BY THE ADDRESSEE. IF YOU RECEIVE THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND MAIL THE COMMUNICATION TO US AT OUR LETTERHEAD ADDRESS. THANK YOU.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CANDELARIO DE LEON §
§
VS. §
§ CIVIL ACTION NO. CV-B-00-192
§ JURY DEMANDED
§
CITY OF BROWNSVILLE, §
TEXAS, ET AL §

**DEFENDANT COLUMBIA VALLEY HEALTHCARE SYSTEMS, LP D/B/A VALLEY
REGIONAL MEDICAL CENTER AND HCA - THE HEALTHCARE COMPANY
CROSS NOTICE OF INTENTION TO TAKE ORAL DEPOSITION OF EXPERT,
NICK PETERS, M.D.**

TO:    Plaintiff, Candelario De Leon, by and through his attorney of record:

Ms. Carol Lomax
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's Street
San Antonio, Texas 78205

Pursuant to the provisions of the Federal Rules of Civil Procedure, you are hereby notified

that the deposition of Nick Peters, M.D. will be taken by oral examination and answers, which, when

taken, may be used in evidence and as testimony at the trial of the above numbered and entitled

cause, said deposition to be taken at 10:00 a.m. on March 1, 2002, and will continue from day to day

until completed, at 2300 Marie Curie Road, Garland, Texas 75042 (972) 562-8541, and attended by

Connie Petrazio & Associates, 2432 Mesa Oak Trail, Plano, Texas 75025 (972) 727-4676.

SUBPOENA DUCES TECUM

You will also take notice that Nick Peters, MD, is to produce at the time and place of this

deposition, and to permit the inspection and copying of any and all documents which reflect,

mention, relate or pertain to the matters that are described herein, including, but not limited to, those

items more particularly described in the attached Exhibit "A."

Respectfully submitted,

By: _____

William Gault
Federal I.D. No. 14685
State Bar No. 07765050
Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

Of Counsel:

Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

ATTORNEYS FOR DEFENDANTS
COLUMBIA VALLEY HEALTHCARE
SYSTEM, L.P. D/B/A VALLEY
REGIONAL MEDICAL CENTER AND
HCA-THE HEALTHCARE COMPANY

DELEON/VRMC: DEP-NT9
PAGE 2

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing instrument has been forwarded to counsel as indicated below on this the _____ day of January , 2002.

Ms. Carol Lomax                    VIA CM/RRR # VIA CM/RRR# 7099 3220 0000 1380 0426
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's Street
San Antonio, Texas 78205

Mr. Michael Cowen                  VIA REGULAR MAIL
Attorney at Law
765 E. 7th Street
Brownsville, Texas 78520

Mr. Tyler Scheuerman               VIA REGULAR MAIL
Uzick & Oncken, P.C.
Fountainhead One Building
8200 IH-10 West, Suite 208
San Antonio, Texas 78230

_____
William Gault

## EXHIBIT A

UNLESS AGREED OTHERWISE. YOU ARE INSTRUCTED TO BRING THE ORIGINALS OP SUCH DOCUMENTS OF THE ORIGINALS ARE IN YOUR POSSESSION. CUSTODY OR CONTROL, OR THE CONTROL OF YOUR AGENTS OR REPRESENTATIVES; AND YOU ARE FURTHER INSTRUCTED TO PRODUCE COPIES OF THE ORIGINALS ONLY IF SUCH ORIGINALS ARE NOT IN YOUR POSSESSION. CUSTODY OR CONTROL., OR THE COPY INCLUDES MARGINAL NOTES NOT INCLUDED IN THE ORIGINALS.

As used herein, the term "records" includes all documents in the possession, custody or control of the individuals or parties to whom this request is directed, or their agents or representatives, and includes, but is not limited to, papers. memoranda, agreements, contracts, writings, photographs, correspondence, accounts, drawings, graphs, charts, transcriptions of the telephone conversations or recordings thereof, certificates, licenses, permits, reports, test data and/or any other data compilations from which the requested information can be obtained or translated.

The witness, NICK PETERS, M.D., is requested to produce the following:

1.    All correspondence to and/or from NICK PETERS, M.D. concerning this case, including but not limited to correspondence between Dr. Slater and attorney Carol Lomax, any other attorney with Branton & Hall, P.C.. or any other attorney or law farm representing Plaintiff.

2.    All medical records reviewed and/or relied upon by NICK PETERS, M.D. in connection with any and all opinions that he may offer in this lawsuit.

3.    All medical textbooks. articles. treatises or other literature which were reviewed, relied upon or considered by NICK PETERS, M.D. in connection with any and all opinions that he may offer in this lawsuit.

4.    All notes, reports, summaries, notations on post-it notes or any other written material prepared by or on behalf of NICK PETERS. M.D. in connection with his review and/or any and all of the opinions that he may offer with respect to this case.

5.    Any and all documents, papers or other items which would reflect or suggest:

     a)    The names and identity of each claim or lawsuit which NICK PETERS. M.D. has ever reviewed as an expert witness:

     b)    The amount of income or other consideration received by JEREMY SLATER M.D. or any entity with which he has been associated in the proceeding ten (10) years for services rendered as an expert witness in connection with any claim or litigation:

     c)    A copy of every report prepared by NICK PETERS, M.D.. or at his direction, as an expert witness in connection with any claim or lawsuit.

6.    All promotional, advertising or other literature or documents which makes known or offers or

purports to offer NICK PETERS, M.D. as an expert witness available for consultation in the review of claims or litigation.

7.  All contracts or agreements between NICK PETERS, M.D. and any other party or organization concerning his availability to review claims or litigation as an expert witness.

8.  All pleadings, depositions and/or interrogatory answers filed on behalf of or given by NICK PETERS, M.D. as a Defendant in a lawsuit.

9.  All documents which reflect the amount of time expended by NICK PETERS, M.D. In connection with this lawsuit.

10. All documents which reflect the amount of income generated or charges billed by NICK PETERS, M.D. in connection with his services as an expert witness in this lawsuit.

11. Copies of any photographs, video tapes, x-rays or other films reviewed or relied upon by NICK PETERS, M.D. in connection with the formation of his opinions in this lawsuit.

12. Any and all documents provided to NICK PETERS, M.D. in connection with his service as an expert witness in this case.

13. A current copy of your curriculum vitae.

14. Any document which reflects the amount of time that NICK PETERS, M.D. commits to service as an expert witness, whether paid or unpaid, in medical legal matters on a yearly basis for the past five (5) years.

DELEON VRMC: DEP-NT9
PAGE 5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. CV-B-00-192 |
| | § | |
| HCA - THE HEALTHCARE COMPANY, | § | (JURY REQUESTED) |
| COLUMBIA VALLEY HEALTHCARE | § | |
| SYSTEM, L.P. D/B/A VALLEY REGIONAL | § | |
| MEDICAL CENTER, JOAO DOVALE, M.D. | § | |
| AND STAT PHYSICIANS, P.A. | § | |

## DEPOSITION NOTICE OF DR. NICK PETERS WITH
## SUBPOENA DUCES TECUM

TO:    Plaintiff by and through their attorney of record:

Thomas Crosley
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205

Pursuant to the provisions of the Federal Rules of Civil Procedure, you are hereby notified

that the deposition of Nick Peters, M.D. will be taken by oral examination and answers, which, when

taken, may be used in evidence and as testimony at the trial of the above numbered and entitled

cause, said deposition to be taken at 9:00 a.m. on January 27, 2004, and will continue from day to

day until completed, at the Esquire Deposition Services Office, 3401 Louisiana, Suite 300, Houston,

Texas 77002, (713) 524-4600.

## SUBPOENA DUCES TECUM

You will also take notice that Nick Peters, MD, is to produce at the time and place of this

deposition, and to permit the inspection and copying of any and all documents which reflect,

mention, relate or pertain to the matters that are described herein.

Respectfully submitted,
Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

By: _____
       William Gault
       State Bar No.07765050
ATTORNEY FOR DEFENDANTS
HCA - THE HEALTHCARE COMPANY,
COLUMBIA VALLEY HEALTHCARE
SYSTEM, L.P. D/B/A VALLEY REGIONAL
MEDICAL CENTER

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing instrument has been forwarded to counsel as indicated below on this the __23__ day of December, 2003.

Thomas Crosley
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205

Steven M. Gonzalez
Gerald Castillo
Steven Gonzalez &Associates
208 Lindberg
McAllen, Texas 78501



_____
William Gault

## SUBPOENA DUCES TECUM

1.    The witness' most current professional resume or curriculum vitae.

2.    A list of all litigation-related matters in which the witness has been engaged, including a list of all depositions and trial engagements participated in by the witness, including dates, courts, and attorneys who have engaged the witness.

3.    Any papers, articles or textbooks authored, written or presented by the witness in any field in which the witness has an opinion in this matter.

4.    The amount of income or other consideration received by the witness or any entity with which the witness has been associated in the preceding ten (10) years for services rendered as an expert witness in connection with any claim or litigation.

5.    A copy of every report prepared by the witness, or at the witness' direction, as an expert witness in connection with any claim or lawsuit.

6.    All photographs taken or relied upon by the witness.

7.    All notes, calculations, reports and other similar documents authored by or caused to be authored by the witness concerning this case.

8.    All treaties, scholarly journals, professional studies, professional literature and other similar documents consulted by the witness and relied upon by the witness in expressing any of the opinions and conclusions in this matter.

9.    All promotional, advertising or other literature or documents which makes known or offers or purports to offer the witness as an expert witness available for consultation in the review of claims or litigation.

10.    All contracts or agreements between the witness and any other party or organization concerning the witness' ability to review claims or litigation as an expert witness.

11.    All correspondence, telephone message slips, email, and any and all other records reflecting any and all communications between the witness and the Plaintiffs or their counsel.

12.    All pleadings, depositions or discovery materials given by the witness as a party in a lawsuit.

13.    All invoices and bills for professional services sent by the witness to Plaintiffs or their counsel in this matter.

14.    All records of professional time spent by the witness with respect to the engagement made the basis of this suit.

15.  All documents provided to the witness by the Plaintiffs or their counsel with respect to the witness' engagement in this matter, and upon which the witness has reviewed in expressing any opinions in this case.

16.  All documents which the witness has read, reviewed or used to refresh his recollection with prior to the deposition.

17.  The most current list of any professional publications authored or edited to any extent by the witness which relate in any way to the subject matter of the witness' testimony.

18.  Any professional license held by the witness.

19.  Any board certifications of the witness.

20.  Any and all documents and/or tangible items reviewed by the witness in connection with this case.

21.  Any and all documents or tangible items sent to or provided to the witness in connection with this case.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| CANDELARIO DE LEON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. <u>CV-B-00-192</u> |
| | § | |
| HCA - THE HEALTHCARE COMPANY, | § | (JURY REQUESTED) |
| COLUMBIA VALLEY HEALTHCARE | § | |
| SYSTEM, L.P. D/B/A VALLEY REGIONAL | § | |
| MEDICAL CENTER, JOAO DOVALE, M.D. | § | |
| AND STAT PHYSICIANS, P.A. | § | |

## DEPOSITION NOTICE OF DR. NICK PETERS WITH
## SUBPOENA DUCES TECUM

TO:    Plaintiff by and through their attorney of record:

Thomas Crosley
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205

Pursuant to the provisions of the Federal Rules of Civil Procedure, you are hereby

notified that the deposition of Nick Peters, M.D. will be taken by oral examination and answers,

which, when taken, may be used in evidence and as testimony at the trial of the above numbered

and entitled cause, said deposition to be taken at 9:00 a.m. on March 22, 2004, and will continue

from day to day until completed, at the Esquire Deposition Services Office, 3401 Louisiana,

Suite 300, Houston, Texas 77002 , (713) 524-4600.

## SUBPOENA DUCES TECUM

You will also take notice that Nick Peters, MD, is to produce at the time and place of this

deposition, and to permit the inspection and copying of any and all documents which reflect,

mention, relate or pertain to the matters that are described herein.

Respectfully submitted,

By: _____

William Gault
State Bar No. ~~07765~~5050
Fed. ID No. 14685
Michael Quintana
Fed. ID No. 33291
State Bar No. 24037314

Brin & Brin, P.C.
1325 Palm Boulevard, Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

OF COUNSEL:

Brin & Brin, P.C.
1325 Palm Boulevard, Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier
ATTORNEYS FOR DEFENDANTS
COLUMBIA VALLEY HEALTHCARE
SYSTEMS, L.P. d/b/a VALLEY
REGIONAL MEDICAL CENTER AND
HCA- THE HEALTHCARE COMPANY

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing instrument has been forwarded to counsel as indicated below on this the _2___ day of March, 2004.

Thomas Crosley                          **VIA CMRRR 7002 0460 0000 6426 3804**
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205

Steven M. Gonzalez                      **VIA REGULAR MAIL**
Gerald Castillo
Gonzalez, Gaytan, Garza & Castillo, L.L.P
1317 E. Quebec Avenue
McAllen, Texas 78503

Michael Cowen                           **VIA REGULAR MAIL**
520 E. Levee
Brownsville, Texas 78520

                                        _____
                                                    William Gault

## SUBPOENA DUCES TECUM

1.    The witness' most current professional resume or curriculum vitae.

2.    A list of all litigation-related matters in which the witness has been engaged, including a list of all depositions and trial engagements participated in by the witness, including dates, courts, and attorneys who have engaged the witness.

3.    Any papers, articles or textbooks authored, written or presented by the witness in any field in which the witness has an opinion in this matter.

4.    The amount of income or other consideration received by the witness or any entity with which the witness has been associated in the preceding ten (10) years for services rendered as an expert witness in connection with any claim or litigation.

5.    A copy of every report prepared by the witness, or at the witness' direction, as an expert witness in connection with any claim or lawsuit.

6.    All photographs taken or relied upon by the witness.

7.    All notes, calculations, reports and other similar documents authored by or caused to be authored by the witness concerning this case.

8.    All treaties, scholarly journals, professional studies, professional literature and other similar documents consulted by the witness and relied upon by the witness in expressing any of the opinions and conclusions in this matter.

9.    All promotional, advertising or other literature or documents which makes known or offers or purports to offer the witness as an expert witness available for consultation in the review of claims or litigation.

10.    All contracts or agreements between the witness and any other party or organization concerning the witness' ability to review claims or litigation as an expert witness.

11.    All correspondence, telephone message slips, email, and any and all other records reflecting any and all communications between the witness and the Plaintiffs or their counsel.

12.    All pleadings, depositions or discovery materials given by the witness as a party in a lawsuit.

13.    All invoices and bills for professional services sent by the witness to Plaintiffs or their counsel in this matter.

14. All records of professional time spent by the witness with respect to the engagement made the basis of this suit.

15. All documents provided to the witness by the Plaintiffs or their counsel with respect to the witness' engagement in this matter, and upon which the witness has reviewed in expressing any opinions in this case.

16. All documents which the witness has read, reviewed or used to refresh his recollection with prior to the deposition.

17. The most current list of any professional publications authored or edited to any extent by the witness which relate in any way to the subject matter of the witness' testimony.

18. Any professional license held by the witness.

19. Any board certifications of the witness.

20. Any and all documents and/or tangible items reviewed by the witness in connection with this case.

21. Any and all documents or tangible items sent to or provided to the witness in connection with this case.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. CV-B-00-192 |
| | § | |
| COLUMBIA VALLEY HEALTHCARE | § | (JURY REQUESTED) |
| SYSTEM, L.P.  D/B/A VALLEY REGIONAL | § | |
| MEDICAL CENTER,  JOAO DOVALE, M.D. | § | |
| AND STAT PHYSICIANS, P.A. | § | |

## AMENDED DEPOSITION NOTICE OF DR. NICK PETERS
## WITH SUBPOENA DUCES TECUM

TO:   Plaintiff by and through their attorney of record:

   Thomas Crosley
   Branton & Hall, P.C.
   One Riverwalk Place, Suite 1700
   700 N. St. Mary's St.
   San Antonio, Texas 78205

   YOU WILL TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil

Procedure, Defendant Columbia Valley Healthcare Systems, LP d/b/a Valley Regional Medical

Center intends to take the oral deposition of Jeremy Slater, M.D., in  the above-styled cause,

such witness being under your control, you are expected to produce him.  The deposition will

take place on May 4, 2004, at 9:00 a.m. at the Esquire Deposition Services Office, 3401

Louisiana, Suite 300, Houston, Texas 77002, (713) 524-4600 and will continue from day to day

until the deposition is completed.

   Said deposition shall be taken before a duly certified court reporter to take such

deposition under oath and such deposition may be taken to be used as evidence in the above

styled and numbered cause.

Attached hereto is a subpoena duces tecum requiring the witness to bring the items listed therein.

Respectfully submitted,

By: _____

William Gault
State Bar No. 07765050
Fed. ID No. 14685
Michael Quintana
Fed. ID No. 33291
State Bar No. 24037314
Brin & Brin, P.C.
1325 Palm Boulevard, Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

OF COUNSEL:

Brin & Brin, P.C.
1325 Palm Boulevard, Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier
ATTORNEYS FOR DEFENDANTS
COLUMBIA VALLEY HEALTHCARE
SYSTEMS, L.P. d/b/a VALLEY
REGIONAL MEDICAL CENTER

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing instrument has been forwarded to counsel as indicated below on this the _____ day of March, 2004.

Thomas Crosley                           **VIA CMRRR 7002 0460 0000 6426 3828**
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205

Steven M. Gonzalez                       **VIA REGULAR MAIL**
Gerald Castillo
Gonzalez, Gaytan, Garza & Castillo, L.L.P
1317 E. Quebec Avenue
McAllen, Texas 78503

Michael Cowen                            **VIA REGULAR MAIL**
520 E. Levee
Brownsville, Texas 78520

_____
William Gault

## SUBPOENA DUCES TECUM

1.    The witness' most current professional resume or curriculum vitae.

2.    A list of all litigation-related matters in which the witness has been engaged, including a list of all depositions and trial engagements participated in by the witness, including dates, courts, and attorneys who have engaged the witness.

3.    Any papers, articles or textbooks authored, written or presented by the witness in any field in which the witness has an opinion in this matter.

4.    The amount of income or other consideration received by the witness or any entity with which the witness has been associated in the preceding ten (10) years for services rendered as an expert witness in connection with any claim or litigation.

5.    A copy of every report prepared by the witness, or at the witness' direction, as an expert witness in connection with any claim or lawsuit.

6.    All photographs taken or relied upon by the witness.

7.    All notes, calculations, reports and other similar documents authored by or caused to be authored by the witness concerning this case.

8.    All treaties, scholarly journals, professional studies, professional literature and other similar documents consulted by the witness and relied upon by the witness in expressing any of the opinions and conclusions in this matter.

9.    All promotional, advertising or other literature or documents which makes known or offers or purports to offer the witness as an expert witness available for consultation in the review of claims or litigation.

10.    All contracts or agreements between the witness and any other party or organization concerning the witness' ability to review claims or litigation as an expert witness.

11.    All correspondence, telephone message slips, email, and any and all other records reflecting any and all communications between the witness and the Plaintiffs or their counsel.

12.    All pleadings, depositions or discovery materials given by the witness as a party in a lawsuit.

13.    All invoices and bills for professional services sent by the witness to Plaintiffs or their counsel in this matter.

14.   All records of professional time spent by the witness with respect to the engagement made the basis of this suit.

15.   All documents provided to the witness by the Plaintiffs or their counsel with respect to the witness' engagement in this matter, and upon which the witness has reviewed in expressing any opinions in this case.

16.   All documents which the witness has read, reviewed or used to refresh his recollection with prior to the deposition.

17.   The most current list of any professional publications authored or edited to any extent by the witness which relate in any way to the subject matter of the witness' testimony.

18.   Any professional license held by the witness.

19.   Any board certifications of the witness.

20.   Any and all documents and/or tangible items reviewed by the witness in connection with this case.

21.   Any and all documents or tangible items sent to or provided to the witness in connection with this case.

# EXHIBIT 4

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

CANDELARIO DELEON

v.

CITY OF BROWNSVILLE, TEXAS;
BENIGNO REYNA, INDIVIDUALLY AND
IN HIS OFFICIAL CAPACITY AS
CHIEF OF POLICE FOR THE CITY OF
BROWNSVILLE, CITY OF BROWNSVILLE
POLICE OFFICER ANDRE S. TORRES, JR.,
INDIVIDUALLY AND IN HIS OFFICIAL
CAPACITY; AND CITY OF BROWNSVILLE
POLICE OFFICER ALEX ORTIZ,
INDIVIDUALLY AND IN HIS OFFICIAL
CAPACITY; HCA – THE HEALTHCARE
COMPANY, FORMERLY D/B/A
COLUMBIA/HCA HEALTHCARE
CORPORATION, COLUMBIA VALLEY
HEALTHCARE SYSTEM, L.P.,
INDIVIDUALLY AND D/B/A VALLEY
REGIONAL MEDICAL CENTER and
FORMERLY D/B/A COLUMBIA VALLEY
REGIONAL MEDICAL CENTER,
JOAO DOVALE, M.D., and
STAT PHYSICIANS, P.A.

CIVIL ACTION NO. CV-B-00-192

## DEFENDANT JOAO DOVALE, M.D.'S NOTICE OF INTENTION TO TAKE ORAL DEPOSITION OF PLAINTIFF'S EXPERT, JEREMY SLATER, MD

TO:   Plaintiff, CANDELARIO DELEON by and through his attorney of record, Carol P. Lomax, Branton & Hall, P.C., One Riverwalk Place, Suite 1700, 700 N. St. Mary's St., San Antonio, Texas 78205

Pursuant to the provisions of the Federal Rules of Civil Procedure, you are hereby

notified that the deposition of **JEREMY SLATER, M.D.** will be taken by oral examination

and answers, which, when taken, may be used in evidence and as testimony at the trial of

of the above numbered and entitled cause, said deposition to be taken at **1:00 p.m.** on

**February 13, 2002**, and will continue from day to day until completed, at St. John's

Physicians & Clinics, Smith/Glynn/Callaway Medical Building 3231 S. National Avenue,

Springfield, Missouri  65807-7396, (417) 883-7422, and attended by Alpha Reporting

Service, 1901 E. Bennett Street #1, Springfield, MO  65804, (417) 887-4110.

## SUBPOENA DUCES TECUM

You will also take notice that **JEREMY SLATER, MD**, is to produce at the time and

place of this deposition, and to permit the inspection and copying of any and all documents

which reflect, mention, relate or pertain to the matters that are described herein, including,

but not limited to, those items more particularly described in the attached Exhibit "A."

Respectfully submitted,

**UZICK & ONCKEN, P.C.**

By: _____
Tyler Scheuerman
State Bar No. 00791610
Federal ID No. 19683

Fountainhead One Building
8200 IH-10 West, Suite 208
San Antonio, Texas 78230
(210) 341-7703
(210) 341-1570 facsimile

**ATTORNEYS FOR DEFENDANT,
JOAO DOVALE, M.D.**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was sent by Certified Mail, return receipt requested to the following parties on the 28th day of January 2002.

Carol P. Lomax
Branton & Hall, P.C.
700 N. St. Mary's St., Ste. 1700
San Antonio, Texas 78205

William Gault
Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78521

Tyler Scheuerman

## EXHIBIT A

UNLESS AGREED OTHERWISE, YOU ARE INSTRUCTED TO BRING THE ORIGINALS OF SUCH DOCUMENTS OF THE ORIGINALS ARE IN YOUR POSSESSION, CUSTODY OR CONTROL, OR THE CONTROL OF YOUR AGENTS OR REPRESENTATIVES; AND YOU ARE FURTHER INSTRUCTED TO PRODUCE COPIES OF THE ORIGINALS **ONLY** IF SUCH ORIGINALS ARE NOT IN YOUR POSSESSION, CUSTODY OR CONTROL, OR THE COPY INCLUDES MARGINAL NOTES NOT INCLUDED IN THE ORIGINALS.

As used herein, the term "records" includes all documents in the possession, custody or control of the individuals or parties to whom this request is directed, or their agents or representatives, and includes, but is not limited to, papers, memoranda, agreements, contracts, writings, photographs, correspondence, accounts, drawings, graphs, charts, transcriptions of the telephone conversations or recordings thereof, certificates, licenses, permits, reports, test data and/or any other data compilations from which the requested information can be obtained or translated.

The witness, **JEREMY SLATER, M.D.**, is requested to produce the following:

1.  All correspondence to and/or from **JEREMY SLATER, M.D.** concerning this case, including but not limited to correspondence between Dr. Slater and attorney Carol Lomax, any other attorney with Branton & Hall, P.C., or any other attorney or law firm representing Plaintiff.

2.  All medical records reviewed and/or relied upon by **JEREMY SLATER, M.D.** in connection with any and all opinions that he may offer in this lawsuit.

3.  All medical textbooks, articles, treatises or other literature which were reviewed, relied upon or considered by **JEREMY SLATER, M.D.** in connection with any and all opinions that he may offer in this lawsuit.

4.  All notes, reports, summaries, notations on post-it notes or any other written material prepared by or on behalf of **JEREMY SLATER, M.D.** in connection with his review and/or any and all of the opinions that he may offer with respect to this case.

5.  Any and all documents, papers or other items which would reflect or suggest:

    a)  The names and identity of each claim or lawsuit which **JEREMY SLATER, M.D.** has ever reviewed as an expert witness;

    b)  The amount of income or other consideration received by **JEREMY**

SLATER, M.D. or any entity with which he has been associated in the proceeding ten (10) years for services rendered as an expert witness in connection with any claim or litigation;

c)   A copy of every report prepared by **JEREMY SLATER, M.D.**, or at his direction, as an expert witness in connection with any claim or lawsuit.

6.   All promotional, advertising or other literature or documents which makes known or offers or purports to offer **JEREMY SLATER, M.D.** as an expert witness available for consultation in the review of claims or litigation.

7.   All contracts or agreements between **JEREMY SLATER, M.D.** and any other party or organization concerning his availability to review claims or litigation as an expert witness.

8.   All pleadings, depositions and/or interrogatory answers filed on behalf of or given by **JEREMY SLATER, M.D.** as a Defendant in a lawsuit.

9.   All documents which reflect the amount of time expended by **JEREMY SLATER, M.D.** in connection with this lawsuit.

10.   All documents which reflect the amount of income generated or charges billed by **JEREMY SLATER, M.D.** in connection with his services as an expert witness in this lawsuit.

11.   Copies of any photographs, video tapes, x-rays or other films reviewed or relied upon by **JEREMY SLATER, M.D.** in connection with the formation of his opinions in this lawsuit.

12.   Any and all documents provided to **JEREMY SLATER, M.D.** in connection with his service as an expert witness in this case.

13.   A current copy of your curriculum vitae.

14.   Any document which reflects the amount of time that **JEREMY SLATER, M.D.** commits to service as an expert witness, whether paid or unpaid, in medical legal matters on a yearly basis for the past five (5) years.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **CANDELARIO DELEON** | ' | |
| | ' | |
| **v.** | ' | **CIVIL ACTION NO. CV-B-00-192** |
| | ' | |
| **CITY OF BROWNSVILLE, TEXAS;** | ' | |
| **BENIGNO REYNA, INDIVIDUALLY AND** | ' | |
| **IN HIS OFFICIAL CAPACITY AS** | ' | |
| **CHIEF OF POLICE FOR THE CITY OF** | ' | |
| **BROWNSVILLE, CITY OF BROWNSVILLE** | ' | |
| **POLICE OFFICER ANDRE S. TORRES, JR.,** | ' | |
| **INDIVIDUALLY AND IN HIS OFFICIAL** | ' | |
| **CAPACITY; AND CITY OF BROWNSVILLE** | ' | |
| **POLICE OFFICER ALEX ORTIZ,** | ' | |
| **INDIVIDUALLY AND IN HIS OFFICIAL** | ' | |
| **CAPACITY; HCA – THE HEALTHCARE** | ' | |
| **COMPANY, FORMERLY D/B/A** | ' | |
| **COLUMBIA/HCA HEALTHCARE** | ' | |
| **CORPORATION, COLUMBIA VALLEY** | ' | |
| **HEALTHCARE SYSTEM, L.P.,** | ' | |
| **INDIVIDUALLY AND D/B/A VALLEY** | ' | |
| **REGIONAL MEDICAL CENTER and** | ' | |
| **FORMERLY D/B/A COLUMBIA VALLEY** | ' | |
| **REGIONAL MEDICAL CENTER,** | ' | |
| **JOAO DOVALE, M.D., and** | ' | |
| **STAT PHYSICIANS, P.A.** | ' | |

## DEFENDANT JOAO DOVALE, M.D.'S AMENDED NOTICE OF INTENTION TO TAKE
## ORAL DEPOSITION OF PLAINTIFF'S EXPERT, JEREMY SLATER, MD

TO:   Plaintiff, CANDELARIO DELEON by and through his attorney of record,
      Carol P. Lomax, Branton & Hall, P.C., One Riverwalk Place, Suite 1700, 700
      N. St. Mary's St., San Antonio, Texas 78205

Pursuant to the provisions of the Federal Rules of Civil Procedure, you are hereby

notified that the deposition of **JEREMY SLATER, M.D.** will be taken by oral examination

and answers, which, when taken, may be used in evidence and as testimony at the trial

of the above numbered and entitled cause, said deposition to be taken at **1:30 p.m.** on **February 28, 2002**, and will continue from day to day until completed, at Alpha Reporting Service, 1901 E. Bennett Street #1, Springfield, Missouri 65804, (417) 887-4110, and attended by Alpha Reporting Service.

## SUBPOENA DUCES TECUM

You will also take notice that **JEREMY SLATER, MD**, is to produce at the time and place of this deposition, and to permit the inspection and copying of any and all documents which reflect, mention, relate or pertain to the matters that are described herein, including, but not limited to, those items more particularly described in the attached Exhibit "A."

Respectfully submitted,

**UZICK & ONCKEN, P.C.**

By: _____
Tyler Scheuerman
State Bar No. 00791610
Federal ID No. 19683

Fountainhead One Building
8200 IH-10 West, Suite 208
San Antonio, Texas 78230
(210) 341-7703
(210) 341-1570 facsimile

**ATTORNEYS FOR DEFENDANT,
JOAO DOVALE, M.D.**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was sent by Certified Mail, return receipt requested to the following parties on the 29th day of January 2002.

Carol P. Lomax
Branton & Hall, P.C.
700 N. St. Mary's St., Ste. 1700
San Antonio, Texas 78205

William Gault
Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78521

Tyler Scheuerman

DEFENDANT JOAO DOVALE, M.D.'S AMENDED NOTICE OF INTENTION TO TAKE
ORAL DEPOSITION OF PLAINTIFF'S EXPERT JEREMY SLATER, MD

PAGE 3

## EXHIBIT A

UNLESS AGREED OTHERWISE, YOU ARE INSTRUCTED TO BRING THE ORIGINALS OF SUCH DOCUMENTS OF THE ORIGINALS ARE IN YOUR POSSESSION, CUSTODY OR CONTROL, OR THE CONTROL OF YOUR AGENTS OR REPRESENTATIVES; AND YOU ARE FURTHER INSTRUCTED TO PRODUCE COPIES OF THE ORIGINALS **ONLY** IF SUCH ORIGINALS ARE NOT IN YOUR POSSESSION, CUSTODY OR CONTROL, OR THE COPY INCLUDES MARGINAL NOTES NOT INCLUDED IN THE ORIGINALS.

As used herein, the term "records" includes all documents in the possession, custody or control of the individuals or parties to whom this request is directed, or their agents or representatives, and includes, but is not limited to, papers, memoranda, agreements, contracts, writings, photographs, correspondence, accounts, drawings, graphs, charts, transcriptions of the telephone conversations or recordings thereof, certificates, licenses, permits, reports, test data and/or any other data compilations from which the requested information can be obtained or translated.

The witness, **JEREMY SLATER, M.D.**, is requested to produce the following:

1.  All correspondence to and/or from **JEREMY SLATER, M.D.** concerning this case, including but not limited to correspondence between Dr. Slater and attorney Carol Lomax, any other attorney with Branton & Hall, P.C., or any other attorney or law firm representing Plaintiff.

2.  All medical records reviewed and/or relied upon by **JEREMY SLATER, M.D.** in connection with any and all opinions that he may offer in this lawsuit.

3.  All medical textbooks, articles, treatises or other literature which were reviewed, relied upon or considered by **JEREMY SLATER, M.D.** in connection with any and all opinions that he may offer in this lawsuit.

4.  All notes, reports, summaries, notations on post-it notes or any other written material prepared by or on behalf of **JEREMY SLATER, M.D.** in connection with his review and/or any and all of the opinions that he may offer with respect to this case.

5.  Any and all documents, papers or other items which would reflect or suggest:

    a)   The names and identity of each claim or lawsuit which **JEREMY SLATER, M.D.** has ever reviewed as an expert witness;

b)   The amount of income or other consideration received by **JEREMY SLATER, M.D.** or any entity with which he has been associated in the proceeding ten (10) years for services rendered as an expert witness in connection with any claim or litigation;

c)   A copy of every report prepared by **JEREMY SLATER, M.D.**, or at his direction, as an expert witness in connection with any claim or lawsuit.

6.   All promotional, advertising or other literature or documents which makes known or offers or purports to offer **JEREMY SLATER, M.D.** as an expert witness available for consultation in the review of claims or litigation.

7.   All contracts or agreements between **JEREMY SLATER, M.D.** and any other party or organization concerning his availability to review claims or litigation as an expert witness.

8.   All pleadings, depositions and/or interrogatory answers filed on behalf of or given by **JEREMY SLATER, M.D.** as a Defendant in a lawsuit.

9.   All documents which reflect the amount of time expended by **JEREMY SLATER, M.D.** in connection with this lawsuit.

10.  All documents which reflect the amount of income generated or charges billed by **JEREMY SLATER, M.D.** in connection with his services as an expert witness in this lawsuit.

11.  Copies of any photographs, video tapes, x-rays or other films reviewed or relied upon by **JEREMY SLATER, M.D.** in connection with the formation of his opinions in this lawsuit.

12.  Any and all documents provided to **JEREMY SLATER, M.D.** in connection with his service as an expert witness in this case.

13.  A current copy of your curriculum vitae.

14.  Any document which reflects the amount of time that **JEREMY SLATER, M.D.** commits to service as an expert witness, whether paid or unpaid, in medical legal matters on a yearly basis for the past five (5) years.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CANDELARIO DE LEON                           §
                                             §
VS.                                          §
                                             § CIVIL ACTION NO. CV-B-00-192
                                             § JURY DEMANDED
                                             §
CITY OF BROWNSVILLE.                         §
TEXAS, ET AL                                 §

**DEFENDANT COLUMBIA VALLEY HEALTHCARE SYSTEMS. LP D/B/A VALLEY
REGIONAL MEDICAL CENTER AND HCA - THE HEALTHCARE COMPANY
CROSS NOTICE OF INTENTION TO TAKE ORAL DEPOSITION OF EXPERT,
JEREMY SLATER, M.D.**

TO:   Plaintiff, Candelario De Leon, by and through his attorney of record:

      Ms. Carol Lomax
      Branton & Hall, P.C.
      One Riverwalk Place. Suite 1700
      700 N. St. Mary's Street
      San Antonio, Texas 78205

      Pursuant to the provisions of the Federal Rules of Civil Procedure. you are hereby notified

that the deposition of Jeremy Slater, M.D. will be taken by oral examination and answers, which.

when taken. may be used in evidence and as testimony at the trial of the above numbered and entitled

cause, said deposition to be taken at 1:30 p.m. on February 28, 2002, and will continue from day to

day until completed, at Alpha Reporting Service, 1901 E. Bennett Street #1. Springfield. Missouri

65804. (417) 887-4110. and attended by Alpha Reporting Service.

SUBPOENA DUCES TECUM

      You will also take notice that Jeremy Slater, MD. is to produce at the time and place of this

deposition. and to permit the inspection and copying of any and all documents which reflect.

mention, relate or pertain to the matters that are described herein, including, but not limited to, those

DELEON/VRMC: DEP-NTC10
PAGE 1

items more particularly described in the attached Exhibit "A."

Respectfully submitted,

By: _____
William Gault
Federal I.D. No. 14685
State Bar No. 07765050
Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

Of Counsel:

Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

ATTORNEYS FOR DEFENDANTS
COLUMBIA VALLEY HEALTHCARE
SYSTEM, L.P. D/B/A VALLEY
REGIONAL MEDICAL CENTER AND
HCA-THE HEALTHCARE COMPANY

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing instrument has been forwarded to counsel as indicated below on this the _30__ day of January, 2002.

Ms. Carol Lomax                           VIA CM/RRR ≠ VIA CM/RRR≠ 7099 3220 0000 1380 0426
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's Street
San Antonio, Texas 78205

Mr. Michael Cowen                         VIA REGULAR MAIL
Attorney at Law
765 E. 7th Street
Brownsville, Texas 78520

Mr. Tyler Scheuerman                      VIA REGULAR MAIL
Uzick & Oncken, P.C.
Fountainhead One Building
3200 IH-10 West, Suite 208
San Antonio, Texas 78230

William Gault

## EXHIBIT A

UNLESS AGREED OTHERWISE. YOU ARE INSTRUCTED TO BRING THE ORIGINALS OP SUCH DOCUMENTS OF THE ORIGINALS ARE IN YOUR POSSESSION. CUSTODY OR CONTROL, OR THE CONTROL OF YOUR AGENTS OR REPRESENTATIVES; AND YOU ARE FURTHER INSTRUCTED TO PRODUCE COPIES OF THE ORIGINALS ONLY IF SUCH ORIGINALS ARE NOT IN YOUR POSSESSION. CUSTODY OR CONTROL.. OR THE COPY INCLUDES MARGINAL NOTES NOT INCLUDED IN THE ORIGINALS.

As used herein, the term "records" includes all documents in the possession, custody or control of the individuals or parties to whom this request is directed, or their agents or representatives, and includes, but is not limited to, papers. memoranda, agreements, contracts, writings, photographs, correspondence, accounts, drawings, graphs, charts, transcriptions of the telephone conversations or recordings thereof, certificates, licenses. permits, reports, test data and/or any other data compilations from which the requested information can be obtained or translated.

The witness, JEREMY SLATER. M.D., is requested to produce the following:

1.    All correspondence to and/or from JEREMY SLATER, M.D. concerning this case. including but not limited to correspondence between Dr. Slater and attorney Carol Lomax, any other attorney with Branton & Hall, P.C., or any other attorney or law farm representing Plaintiff.

2.    All medical records reviewed and/or relied upon by JEREMY SLATER, M.D. in connection with any and all opinions that he may offer in this lawsuit.

3.    All medical textbooks. articles, treatises or other literature which were reviewed. relied upon or considered by JEREMY SLATER, M.D. in connection with any and all opinions that he may offer in this lawsuit.

4.    All notes. reports, summaries, notations on post-it notes or any other written material prepared by or on behalf of JEREMY SLATER, M.D. in connection with his review and/or any and all of the opinions that he may offer with respect to this case.

5.    Any and all documents, papers or other items which would reflect or suggest:

     a)    The names and identity of each claim or lawsuit which JEREMY SLATER, M.D. has ever reviewed as an expert witness;

     b)    The amount of income or other consideration received by JEREMY SLATER M.D. or any entity with which he has been associated in the proceeding ten (10) years for services rendered as an expert witness in connection with any claim or litigation;

     c)    A copy of every report prepared by JEREMY SLATER, M.D., or at his direction, as an expert witness in connection with any claim or lawsuit.

6.    All promotional, advertising or other literature or documents which makes known or offers or

purports to offer JEREMY SLATER, M.D. as an expert witness available for consultation in the review of claims or litigation.

7.      All contracts or agreements between JEREMY SLATER, M.D. and any other party or organization concerning his availability to review claims or litigation as an expert witness.

8.      All pleadings, depositions and/or interrogatory answers filed on behalf of or given by JEREMY SLATER, M.D. as a Defendant in a lawsuit.

9.      All documents which reflect the amount of time expended by JEREMY SLATER, M.D. In connection with this lawsuit.

10.     All documents which reflect the amount of income generated or charges billed by JEREMY SLATER, M.D. in connection with his services as an expert witness in this lawsuit.

11.     Copies of any photographs, video tapes, x-rays or other films reviewed or relied upon by JEREMY SLATER, M.D. in connection with the formation of his opinions in this lawsuit.

12.     Any and all documents provided to JEREMY SLATER, M.D. in connection with his service as an expert witness in this case.

13.     A current copy of your curriculum vitae.

14.     Any document which reflects the amount of time that JEREMY SLATER, M.D. commits to service as an expert witness, whether paid or unpaid, in medical legal matters on a yearly basis for the past five (5) years.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. <u>CV-B-00-192</u> |
| | § | |
| HCA - THE HEALTHCARE COMPANY, | § | (JURY REQUESTED) |
| COLUMBIA VALLEY HEALTHCARE | § | |
| SYSTEM, L.P. D/B/A VALLEY REGIONAL | § | |
| MEDICAL CENTER, JOAO DOVALE, M.D. | § | |
| AND STAT PHYSICIANS, P.A. | § | |

## <u>DEPOSITION NOTICE OF EXPERT, JEREMY SLATER, M.D.</u>
## <u>SUBPOENA DUCES TECUM</u>

TO:    Plaintiff by and through his attorney of record:

Thomas Crosley
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205

YOU WILL TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants Columbia Valley Healthcare Systems, LP d/b/a Valley Regional Medical Center and HCA - The Healthcare Company intend to take the oral deposition of Jeremy Slater, M.D., in the above-styled cause, such witness being under your control, you are expected to produce him. The deposition will take place on February 12, 2004, at 9:00 a.m. at the Esquire Deposition Services Office, 3401 Louisiana, Suite 300, Houston, Texas 77002, (713) 524-4600 and will continue from day to day until the deposition is completed.

Said deposition shall be taken before a duly certified court reporter to take such deposition under oath and such deposition may be taken to be used as evidence in the above styled and numbered cause.

Attached hereto is a subpoena duces tecum requiring the witness to bring the items listed therein.

Respectfully submitted,
Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

By: _____
William Gault
Federal I.D. No. 14685
State Bar No. 07765050
ATTORNEYS FOR DEFENDANTS
COLUMBIA VALLEY HEALTHCARE
SYSTEM, L.P. D/B/A VALLEY
REGIONAL MEDICAL CENTER AND
HCA-THE HEALTHCARE COMPANY

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing instrument has been forwarded to counsel as indicated below on this the ___21st___ day of January , 2004.

Thomas Crosley                         **VIA CMRRR# 7002 0460 0000 6426 3613**
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205

Steven M. Gonzalez                     **VIA REGULAR MAIL**
Gerald Castillo
Gonzalez, Gaytan, Garza & Castillo, L.L.P
1317 E. Quebec Avenue
McAllen, Texas 78503

Michael Cowen                          **VIA REGULAR MAIL**
520 E. Levee
Brownsville, Texas 78520

_____
William Gault

## SUBPOENA DUCES TECUM

1    The witness' most current professional resume or curriculum vitae.

2.    A list of all litigation-related matters in which the witness has been engaged, including a list of all depositions and trial engagements participated in by the witness, including dates, courts, and attorneys who have engaged the witness.

3.    Any papers, articles or textbooks authored, written or presented by the witness in any field in which the witness has an opinion in this matter.

4.    The amount of income or other consideration received by the witness or any entity with which the witness has been associated in the preceding ten (10) years for services rendered as an expert witness in connection with any claim or litigation.

5.    A copy of every report prepared by the witness, or at the witness' direction, as an expert witness in connection with any claim or lawsuit.

6.    All photographs taken or relied upon by the witness.

7.    All notes, calculations, reports and other similar documents authored by or caused to be authored by the witness concerning this case.

8    All treatises, scholarly journals, professional studies, professional literature and other similar documents consulted by the witness and relied upon by the witness in expressing any of the opinions and conclusions in this matter.

9.    All promotional, advertising or other literature or documents which makes known or offers or purports to offer the witness as an expert witness available for consultation in the review of claims or litigation.

10.    All contracts or agreements between the witness and any other party or organization concerning the witness' ability to review claims or litigation as an expert witness.

11.    All correspondence, telephone message slips, email, and any and all other records reflecting any and all communications between the witness and the Plaintiffs or their counsel.

12.    All pleadings, depositions or discovery materials given by the witness as a party in a lawsuit.

13.    All invoices and bills for professional services sent by the witness to Plaintiffs or their counsel in this matter.

14.    All records of professional time spent by the witness with respect to the engagement made the basis of this suit.

15.  All documents provided to the witness by the Plaintiffs or their counsel with respect to the witness' engagement in this matter, and upon which the witness has reviewed in expressing any opinions in this case.

16.  All documents which the witness has read, reviewed or used to refresh his recollection with prior to the deposition.

17.  The most current list of any professional publications authored or edited to any extent by the witness which relate in any way to the subject matter of the witness' testimony.

18.  Any professional license held by the witness.

19.  Any board certifications of the witness.

20.  Any and all documents and/or tangible items reviewed by the witness in connection with this case.

21.  Any and all documents or tangible items sent to or provided to the witness in connection with this case.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| CANDELARIO DE LEON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. <u>CV-B-00-192</u> |
| | § | |
| HCA - THE HEALTHCARE COMPANY, | § | (JURY REQUESTED) |
| COLUMBIA VALLEY HEALTHCARE | § | |
| SYSTEM, L.P. D/B/A VALLEY REGIONAL | § | |
| MEDICAL CENTER, JOAO DOVALE, M.D. | § | |
| AND STAT PHYSICIANS, P.A. | § | |

<u>**DEPOSITION NOTICE OF EXPERT, JEREMY SLATER, M.D.**</u>
<u>**WITH SUBPOENA DUCES TECUM**</u>

TO:    Plaintiff by and through his attorney of record:

Thomas Crosley
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205

YOU WILL TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants Columbia Valley Healthcare Systems, LP d/b/a Valley Regional Medical Center and HCA - The Healthcare Company intend to take the oral deposition of Jeremy Slater, M.D., in the above-styled cause, such witness being under your control, you are expected to produce him. The deposition will take place on March 24, 2004, at 2:00 p.m. at the Esquire Deposition Services Office, 3401 Louisiana, Suite 300, Houston, Texas 77002, (713) 524-4600 and will continue from day to day until the deposition is completed.

Said deposition shall be taken before a duly certified court reporter to take such deposition under oath and such deposition may be taken to be used as evidence in the above styled and numbered cause.

DELEON/ VRMC: DepoNtc-SLATER-2                                                    Page 1

Attached hereto is a subpoena duces tecum requiring the witness to bring the items listed therein.

Respectfully submitted,

By: _____

William Gault
State Bar No. 07765050
Fed. ID No. 14685
Michael Quintana
Fed. ID No. 33291
State Bar No. 24037314
Brin & Brin, P.C.
1325 Palm Boulevard, Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

OF COUNSEL:

Brin & Brin, P.C.
1325 Palm Boulevard, Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier
ATTORNEYS FOR DEFENDANTS
COLUMBIA VALLEY HEALTHCARE
SYSTEMS, L.P. d/b/a VALLEY
REGIONAL MEDICAL CENTER AND
HCA- THE HEALTHCARE COMPANY

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing instrument has been forwarded to counsel as indicated below on this the ___ day of March, 2004.

Thomas Crosley
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205

**VIA CMRRR# 7002 0460 0000 6426 3804**

Steven M. Gonzalez
Gerald Castillo
Gonzalez, Gaytan, Garza & Castillo, L.L.P
1317 E. Quebec Avenue
McAllen, Texas 78503

**VIA REGULAR MAIL**

Michael Cowen
520 E. Levee
Brownsville, Texas 78520

**VIA REGULAR MAIL**

William Gault

## SUBPOENA DUCES TECUM

1. The witness' most current professional resume or curriculum vitae.

2. A list of all litigation-related matters in which the witness has been engaged, including a list of all depositions and trial engagements participated in by the witness, including dates, courts, and attorneys who have engaged the witness.

3. Any papers, articles or textbooks authored, written or presented by the witness in any field in which the witness has an opinion in this matter.

4. The amount of income or other consideration received by the witness or any entity with which the witness has been associated in the preceding ten (10) years for services rendered as an expert witness in connection with any claim or litigation.

5. A copy of every report prepared by the witness, or at the witness' direction, as an expert witness in connection with any claim or lawsuit.

6. All photographs taken or relied upon by the witness.

7. All notes, calculations, reports and other similar documents authored by or caused to be authored by the witness concerning this case.

8. All treaties, scholarly journals, professional studies, professional literature and other similar documents consulted by the witness and relied upon by the witness in expressing any of the opinions and conclusions in this matter.

9. All promotional, advertising or other literature or documents which makes known or offers or purports to offer the witness as an expert witness available for consultation in the review of claims or litigation.

10. All contracts or agreements between the witness and any other party or organization concerning the witness' ability to review claims or litigation as an expert witness.

11. All correspondence, telephone message slips, email, and any and all other records reflecting any and all communications between the witness and the Plaintiffs or their counsel.

12. All pleadings, depositions or discovery materials given by the witness as a party in a lawsuit.

13. All invoices and bills for professional services sent by the witness to Plaintiffs or their counsel in this matter.

14. All records of professional time spent by the witness with respect to the engagement made the basis of this suit.

DELEON/ VRMC: DepoNtc-SLATER-2                                                    Page 4

15. All documents provided to the witness by the Plaintiffs or their counsel with respect to the witness' engagement in this matter, and upon which the witness has reviewed in expressing any opinions in this case.

16. All documents which the witness has read, reviewed or used to refresh his recollection with prior to the deposition.

17. The most current list of any professional publications authored or edited to any extent by the witness which relate in any way to the subject matter of the witness' testimony.

18. Any professional license held by the witness.

19. Any board certifications of the witness.

20. Any and all documents and/or tangible items reviewed by the witness in connection with this case.

21. Any and all documents or tangible items sent to or provided to the witness in connection with this case.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. CV-B-00-192 |
| | § | |
| COLUMBIA VALLEY HEALTHCARE | § | (JURY REQUESTED) |
| SYSTEM, L.P. D/B/A VALLEY REGIONAL | § | |
| MEDICAL CENTER, JOAO DOVALE, M.D. | § | |
| AND STAT PHYSICIANS, P.A. | § | |

AMENDED DEPOSITION NOTICE OF EXPERT,
JEREMY SLATER, M.D. WITH SUBPOENA DUCES TECUM

TO:    Plaintiff by and through his attorney of record:

Thomas Crosley
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205

YOU WILL TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil

Procedure, Defendant Columbia Valley Healthcare Systems, LP d/b/a Valley Regional Medical

Center intends to take the oral deposition of Jeremy Slater, M.D., in the above-styled cause,

such witness being under your control, you are expected to produce him. The deposition will

take place on May 5, 2004, at 9:00 a.m. at the Esquire Deposition Services Office, 3401

Louisiana, Suite 300, Houston, Texas 77002, (713) 524-4600 and will continue from day to day

until the deposition is completed.

Said deposition shall be taken before a duly certified court reporter to take such

deposition under oath and such deposition may be taken to be used as evidence in the above

styled and numbered cause.

Attached hereto is a subpoena duces tecum requiring the witness to bring the items listed therein.

Respectfully submitted,

By: _____

William Gault
State Bar No. 07765050
Fed. ID No. 14685
Michael Quintana
Fed. ID No. 33291
State Bar No. 24037314
Brin & Brin, P.C.
1325 Palm Boulevard, Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

OF COUNSEL:

Brin & Brin, P.C.
1325 Palm Boulevard, Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier
ATTORNEYS FOR DEFENDANTS
COLUMBIA VALLEY HEALTHCARE
SYSTEMS, L.P. d/b/a VALLEY
REGIONAL MEDICAL CENTER

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing instrument has been forwarded to counsel as indicated below on this the ___16___ day of March, 2004.

Thomas Crosley                                   **VIA CMRRR# 7002 0460 0000 6426 3828**
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205

Steven M. Gonzalez                               **VIA REGULAR MAIL**
Gerald Castillo
Gonzalez, Gaytan, Garza & Castillo, L.L.P
1317 E. Quebec Avenue
McAllen, Texas 78503

Michael Cowen                                    **VIA REGULAR MAIL**
520 E. Levee
Brownsville, Texas 78520

_____
William Gault

## SUBPOENA DUCES TECUM

1.  The witness' most current professional resume or curriculum vitae.

2.  A list of all litigation-related matters in which the witness has been engaged, including a list of all depositions and trial engagements participated in by the witness, including dates, courts, and attorneys who have engaged the witness.

3.  Any papers, articles or textbooks authored, written or presented by the witness in any field in which the witness has an opinion in this matter.

4.  The amount of income or other consideration received by the witness or any entity with which the witness has been associated in the preceding ten (10) years for services rendered as an expert witness in connection with any claim or litigation.

5.  A copy of every report prepared by the witness, or at the witness' direction, as an expert witness in connection with any claim or lawsuit.

6.  All photographs taken or relied upon by the witness.

7.  All notes, calculations, reports and other similar documents authored by or caused to be authored by the witness concerning this case.

8.  All treaties, scholarly journals, professional studies, professional literature and other similar documents consulted by the witness and relied upon by the witness in expressing any of the opinions and conclusions in this matter.

9.  All promotional, advertising or other literature or documents which makes known or offers or purports to offer the witness as an expert witness available for consultation in the review of claims or litigation.

10. All contracts or agreements between the witness and any other party or organization concerning the witness' ability to review claims or litigation as an expert witness.

11. All correspondence, telephone message slips, email, and any and all other records reflecting any and all communications between the witness and the Plaintiffs or their counsel.

12. All pleadings, depositions or discovery materials given by the witness as a party in a lawsuit.

13. All invoices and bills for professional services sent by the witness to Plaintiffs or their counsel in this matter.

14. All records of professional time spent by the witness with respect to the engagement made the basis of this suit.

15.   All documents provided to the witness by the Plaintiffs or their counsel with respect to the witness' engagement in this matter, and upon which the witness has reviewed in expressing any opinions in this case.

16.   All documents which the witness has read, reviewed or used to refresh his recollection with prior to the deposition.

17.   The most current list of any professional publications authored or edited to any extent by the witness which relate in any way to the subject matter of the witness' testimony.

18.   Any professional license held by the witness.

19.   Any board certifications of the witness.

20.   Any and all documents and/or tangible items reviewed by the witness in connection with this case.

21.   Any and all documents or tangible items sent to or provided to the witness in connection with this case.