IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 4 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| CANDELARIO DE LEON, | § § § | |
| Plaintiff, | § | |
| v. | § | NO. B-00-192 |
| | § | |
| CITY OF BROWNSVILLE, et al., | § § | |
| Defendants. | § | |

### ORDER

BE IT REMEMBERED that on May 3, 2004, the Court **DENIED** Plaintiff's Motion to Quash the Depositions of Dr. Nick Peters and Dr. Jeremy Slater [Dkt. No. 111].

DONE this 3rd day of May 2004, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

1