IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CANDELARIO DE LEON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. B-00-192 |
| | § | |
| CITY OF BROWNSVILLE, et al., | § | |
| | § | |
| Defendants. | § | |

### ORDER

BE IT REMEMBERED that on May 5, 2004, the Court **notified** the parties that the Court **will retain** supplemental jurisdiction over the state law medical negligence claims in this case. Having received an advisory by the Plaintiff concerning both potential statue of limitations issues and new state statutory reforms that cap noneconomic damages on healthcare liability claims, the Court has determined it will retain supplemental jurisdiction in this case so as to avoid possible prejudice and unfairness to the parties. See Tex. Civ. Prac. & Rem. Code § 74.301 (West 2004). The Court will not conditionally dismiss this case without prejudice because it wishes to avoid any further delay in facilitating a final resolution of this case, which has been pending for over three years.

DONE this 5th day of May 2004, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge