United States District Court
Southern District of Texas
FILED

MAY 2 4 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON | § | COMPLAINT FOR DAMAGES |
| | § | FOR VIOLATIONS OF CIVIL |
| | § | RIGHTS UNDER COLOR OF |
| | § | STATE LAW |
| vs. | § | (42 U.S.C. §§ 1983, 1985, 1988) |
| | § | |
| CITY OF BROWNSVILLE, TEXAS; | § | |
| BENIGNO REYNA, INDIVIDUALLY | § | |
| AND IN HIS OFFICIAL CAPACITY AS | § | |
| CHIEF OF POLICE FOR THE CITY | § | |
| OF BROWNSVILLE, CITY OF | § | |
| BROWNSVILLE POLICE OFFICER | § | CIVIL ACTION NO. CV-B-00-192 |
| ANDRE S. TORRES, JR., | § | |
| INDIVIDUALLY AND IN HIS | § | |
| OFFICIAL CAPACITY; AND CITY OF | § | |
| BROWNSVILLE POLICE OFFICER | § | |
| ALEX ORTIZ, INDIVIDUALLY AND | § | |
| IN HIS OFFICIAL CAPACITY; | § | |
| HCA-THE HEALTHCARE COMPANY | § | |
| FORMERLY D/B/A COLUMBIA/HCA | § | |
| HEALTHCARE CORPORATION, | § | |
| COLUMBIA VALLEY HEALTHCARE | § | |
| SYSTEM, L.P., INDIVIDUALLY AND | § | |
| D/B/A VALLEY REGIONAL MEDICAL | § | |
| CENTER AND FORMERLY D/B/A | § | |
| COLUMBIA VALLEY REGIONAL | § | |
| MEDICAL CENTER, JOAO DOVALE, | § | |
| M.D. AND STAT PHYSICIANS, P.A. | § | |

**DEFENDANTS, JOAO DOVALE, M.D. AND STAT PHYSICIANS, P.A.'S
OBJECTIONS TO PLAINTIFFS' NOTICE OF INTENTION TO TAKE ORAL/VIDEO
DEPOSITION OF JOAO DOVALE, M.D. WITH DUCES TECUM**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendants, Joao Dovale, M.D. and STAT Physicians, P.A., in the above-

entitled and numbered cause and files these objections to the Duces Tecum attached to

Plaintiffs' Notice of Intention to Take Oral/Video Deposition of Joao Dovale, M.D. with Duces Tecum, and in support thereof, would respectfully show the Court as follows:

I.

On or about May 3, 2004, Defendant's counsel received Plaintiffs' Notice of Intention to Take Oral/Video Deposition of Joao Dovale, M.D. with Duces Tecum, which is attached hereto as Exhibit "A" and incorporated herein for all points and purposes. Defendants would note that this notice and accompanying Subpoena Duces Tecum were served less than thirty (30) days before the deposition date of Joao Dovale, M.D. and would object to these requests as untimely. Attached to the notice was a Subpoena Duces Tecum requesting production of certain documents which Defendants object to as follows:

(1) Any and all materials prepared by you for presentation at professional meetings in the subject area of emergency medicine.

**OBJECTION:** Defendants object to this Request as it is overly broad and not relevant to any material issue or reasonably calculated to lead to the discovery of admissible evidence.

(3) Copies of articles authored in whole or in part, by you and submitted for publication in the field of emergency medicine.

**OBJECTION:** Defendants object to this Request as it is overly broad and not relevant to any material issue or reasonably calculated to lead to the discovery of admissible evidence.

(4) Copies of abstract authored in whole or in part, by you and submitted for publication in the field of emergency medicine.

**OBJECTION:** Defendants object to this Request as it is overly broad and not relevant to any material issue or reasonably calculated to lead to the discovery of admissible evidence.

(5) Copies of requests and applications for continuing medical education credits for seminars and courses attended.

**OBJECTION:** Defendants object to this Request as it is overly broad, overly burdensome, not relevant to any material issue in this case nor reasonably calculated to lead to the discovery of admissible evidence.

(6) A listing of all authorities you consider to be reliable in the subject of emergency medicine.

**OBJECTION:** Defendants object to this Request as it is overly broad, overly burdensome and to the extent the term "reliable" is vague and ambiguous.

(8) A copy of all non-privileged documents reviewed by you, obtained by you, or provided to you for review of this case.

**OBJECTION:** Defendants object to this Request as it is overly broad to the extent that it inquires into matters that are privileged by the attorney/client privilege and/or work product doctrine.

WHEREFORE PREMISES CONSIDERED, Defendants, Joao Dovale, M.D. and STAT Physicians, P.A., pray unto this Court the objections may herein be granted and for such other and further relief to which this Defendants may be justly entitled.

        Respectfully submitted,

        GONZALEZ, GAYTAN, GARZA & CASTILLO, LLP

By: _____
        Steven Gonzalez
        SBN: 08131900
        Gerald E. Castillo
        SBN: 24012399

1317 E. Quebec Ave.
McAllen, Texas 78503
(956) 618-0115
FAX: (956) 618-0445

ATTORNEYS FOR DEFENDANTS,
JOAO DOVALE, M.D. AND STAT PHYSICIANS, P.A.

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing has been forwarded to all counsel of record via hand delivery, on this ___14___ day of May, 2004.

_____
Gerald E. Castillo

GEC:lc\79.015
F:\data\WPDOCS\D\De Leon, C. v. doVale.60\mtq j dovale.lc.wpd

# EXHIBIT "A"

# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON, § | | |
| Plaintiff, § | | |
| § | | |
| VS. § | | |
| § | | |
| CITY OF BROWNSVILLE, TEXAS, ET AL., § | | CIVIL ACTION NO. CV-B-00-192 |
| Defendants. § | | |

**NOTICE OF INTENTION TO TAKE
ORAL/VIDEO DEPOSITION OF JOAO DOVALE, M.D.**

TO:   JOAO DOVALE, M.D., by and through his attorney of record, Mr. Gerald E. Castillo, GONZALEZ, GAYTAN, GARZA & CASTILLO, L.L.P., 1317 E. Quebec Avenue, McAllen, TX 78503

Plaintiff, CANDELARIO DE LEON, will take the oral and videotaped deposition of **JOAO DOVALE, M.D.**, to be used as testimony at the trial of such cause, and that such deposition will be taken at the office of Mr. Gerald Castillo, GONZALEZ, GAYTAN, GARZA & CASTILLO, L.L.P., 1317 E. Quebec Avenue, McAllen, TX 78503 on the **19th day of May, 2004, commencing at 10:00 a.m.**

The following matters are hereby designated to be produced by said witness:

1. Any and all materials prepared by you for presentation at professional meetings in the subject area of emergency medicine.

2. Your current curriculum vitae.

3. Copies of articles authored in whole or in part, by you and submitted for publication in the field of emergency medicine.

4. Copies of abstracts authored in whole or in part, by you and submitted for publication in the field of emergency medicine.

5. Copies of requests and applications for continuing medical education credits for seminars and courses attended.

6. A listing of all authorities you consider to be reliable in the subject of emergency medicine.

1

ENTERED

Forward To: _____
Please Advise: _____
Docketed: _____

7. A copy of your license(s) to practice medicine.

8. A copy of all non-privileged documents reviewed by you, obtained by you, or provided to you for review in this case.

9. A copy of all medical and/or billing records pertaining to your care or treatment of Plaintiff, Candelario De Leon.

You are further advised that pursuant to Rule 30 of the FED.R.CIV.P., this deposition will be stenographically recorded by a certified court reporter and videotaped by a videographer.

Respectfully submitted,

**Branton & Hall, P.C.**
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205
(210) 224-4474
(210) 224-1928 (Fax)

By: _____
THOMAS A. CROSLEY
State Bar No. 00783902
S. Dist. Texas No. 15434
JAMES L. BRANTON
State Bar No. 00000069
S. Dist. Texas No.20163

MICHAEL COWAN
Attorney at Law
520 E. Levee
Brownsville, Texas 78520
(956) 541-4981
State Bar No. 00795306
S. Dist. Texas No. 19967

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served via certified mail, return receipt requested, on this 30 day of April, 2004, to:

Mr. Gerald E. Castillo
GONZALEZ, GAYTAN, GARZA & CASTILLO, L.L.P.
1317 E. Quebec Avenue
McAllen, TX 78503

ATTORNEYS FOR DEFENDANTS,
STAT PHYSICIANS, P.A. and
JOAO DOVALE, M.D.

William Gault
Paul Fourt
BRIN & BRIN, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520

ATTORNEYS FOR DEFENDANTS
COLUMBIA VALLEY HEALTHCARE
 SYSTEM, L.P. D/B/A VALLEY
REGIONAL MEDICAL CENTER AND
HCA-THE HEALTHCARE COMPANY

G:\WPFILES\FILES.CLT\D\DEL9827\Depos\Notice-Dovale-2.wpd

_____
Thomas A. Crosley