United States District Court
Southern District of Texas
FILED

MAY 2 5 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON | § | |
| | § | CIVIL ACTION NO. CV-B-00-192 |
| VS. | § | |
| | § | (JURY REQUESTED) |
| COLUMBIA VALLEY HEALTHCARE | § | |
| SYSTEM, L.P. D/B/A VALLEY REGIONAL | § | |
| MEDICAL CENTER, JOAO DOVALE, M.D. | § | |
| AND STAT PHYSICIANS, P.A. | § | |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SANCTIONS**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES Plaintiff Candelario De Leon and files this his Response to Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center's Motion for Sanctions and, in support thereof, respectfully shows as follows:

### INTRODUCTION

1. Defendant Columbia Valley Healthcare System, L.P. has filed three motions under a single caption. These motions are (1) a Motion for Sanctions, (2) a Motion to Dismiss under TEX. REV. CIV. STAT. ART. 4590i § 13.01, and (3) a Motion for Summary Judgment. Since these are three separate motions, Plaintiff files separate responses to each. The following response is directed to Defendant's Motion for Sanctions.

### FACTUAL BACKGROUND AND ARGUMENT

2. Defendant moves for sanctions because of the rescheduling of two of Plaintiff's expert depositions from May 4 and 5, 2004 to May 26, 2004, due to the fact that Plaintiff's counsel was in a three week jury trial from April 26, to May 17, 2004. Defendant tries to make it sound like they have been trying for years to get these depositions scheduled, but that is simply not the case. Each

expert was previously scheduled for deposition in early 2002, when a stay of all proceedings was entered in this case due to the fact that PHICO, the insurer for Defendants Joao Dovale and State Physicians, P.C., went into receivership. Since the stay was lifted last year, Plaintiffs have provided Defendants with numerous dates for taking of these two expert depositions. Plaintiff have also tendered two other experts, Zeff Ross and Albert Rodriguez, for deposition and these depositions were taken on January 13, 2004, and January 22, 2004, respectively.

3.      Plaintiff offered the following dates for the depositions of Dr. Peters and Dr. Slater: January 12, 13, 26 , or 27, February 23 or 24, or March 1, 8, 9, 15, 16 or 22, 2004, Tuesdays in April and May 4 or 26, 2004 for Dr. Peters and January 21, 28 or 30, 2004, February 11, 12 and 13, 2004 (or most Wednesday and Thursday afternoons beginning mid-February), May 5 or 26, 2004 for Dr. Slater.

4.      The deposition dates of May 4 and May 5, which form the basis of Defendant's Motion for Sanctions, were agreed upon by Plaintiff's counsel in March. At that time, it was unforseen that Plaintiff's counsel would be in a three week trial from April 26 to mid May, 2004. That case, which is Cause No. 2001-CI-10357, *Gene P. Allen, et al. v. James H. Burge, Inc.,* in the 150th Judicial District Court of Bexar County, Texas, was originally set for trial on February 2, 2004. On February 2, the trial was postponed to March 1, 2004. All parties appeared an announced ready for trial on March 1, but the case was not reached for trial at that time. After being placed on call from day-to-day during the week of March 1, the case was reset for trial beginning on March 29. The parties again appeared and announced ready for trial and the pre-trial hearing was completed. However, there were not sufficient jurors available to complete jury selection on that day. Due to the court's schedule and the illness of one of the attorneys involved, the case was reset for trial on

2

April 26. Trial began on April 26 and concluded on May 12, with jury deliberations lasting until May 17, 2004.

5. Back in March when Plaintiff's counsel agreed to produce Dr. Peters and Dr. Slater for their depositions on May 5, it was not foreseeable that Plaintiff's counsel would not be available. Once Plaintiff's counsel realized that he would not longer be available, he attempted to have another attorney from his firm cover these depositions. Unfortunately, no other attorneys were available. Attorney Sonia M. Rodriguez was out on two months maternity leave beginning April 8, 2004. Attorney Jim Branton was scheduled to be in meetings and depositions on another case. Attorney Jason P. Hoelscher was in trial with Mr. Crosley on the *Allen v. Burge* case and was likewise not available. The only other attorney in the firm of Branton & Hall, P.C. is Jim Hall, and he was unavailable to go to Houston on May 4 or 5, either.

6. Also, Plaintiff's local counsel, Michael Cowan was contacted to see whether he could travel to Houston and produce Dr. Peters and Dr. Slater for their depositions, but he had depositions scheduled in another case and was thus unavailable.

7. Plaintiff's counsel clearly communicated to counsel for Defendants that the depositions of Dr. Peters and Dr. Slater needed to be moved due to the fact that Plaintiff's counsel was in trial. Much to the surprise of Plaintiff's counsel, counsel for Defendant refused to agree to reschedule the depositions of Dr. Peters and Dr. Slater. Numerous phone calls and letters were exchanged advising that Plaintiffs were unable to go forward with the May 4 and May 5 deposition dates, but that the depositions could be taken at the next available dates of the doctors. Despite being notified both verbally and in writing, defense counsel still chose to travel to Houston for the depositions,

3

presumably to provide a basis for filing a motion for sanctions. Reasonable efforts were made to cooperate with defense counsel in the scheduling of various depositions.

8.    Plaintiff's counsel also scheduled, prior to the filing of Defendant's motion for sanctions, the depositions of Dr. Peters and Dr. Slater on their next available dates, which is May 26. These depositions will take place on May 26, at Plaintiff's expense.

9.    Plaintiff refers to and incorporates herein, Exhibit 1 (including correspondence attached as attachments "A" - "W") the Affidavit of Vivian Martinez, secretary to Thomas A. Crosley, concerning all of her efforts at scheduling depositions in this case and communicating with opposing counsel concerning same.

### REQUEST FOR ORAL HEARING

10.    Plaintiff respectfully requests an oral hearing, if the court will permit same, to further explain why sanctions should not be awarded against Plaintiff or his counsel in this case.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that this court deny Defendant's Motion for Sanctions and grant Plaintiff all other relief, at law or in equity, to which he may be justly entitled.

Respectfully submitted,

**BRANTON & HALL, P.C.**
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205
(210) 224-4474
(210) 224-1928 (Fax)

By: _____
        THOMAS A. CROSLEY
        State Bar No. 00783902
        S. Dist. Texas No. 15434

4

JAMES L. BRANTON
State Bar No. 00000069
S. Dist. Texas No.20163

**MICHAEL COWEN**
**LAW OFFICES OF COWEN & BODDEN**
520 E. Levee
Brownsville, Texas 78520
(956) 541-4981
State Bar No. 00795306
S. Dist. Texas No. 19967

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served via certified mail, return receipt requested, on this 24th day of May, 2004, to:

Mr. Steven Matthew Gonzalez
Mr. Gerald E. Castillo
GONZALEZ, GAYTAN, GARZA & CASTILLO, L.L.P.
1317 E. Quebec Avenue
McAllen, TX 78503

ATTORNEYS FOR DEFENDANTS,
STAT PHYSICIANS, P.A. and
JOAO DOVALE, M.D.

Mr. William Gault
Mr. Paul Fourt
BRIN & BRIN, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520

ATTORNEYS FOR DEFENDANTS
COLUMBIA VALLEY HEALTHCARE
SYSTEM, L.P. D/B/A VALLEY
REGIONAL MEDICAL CENTER AND
HCA-THE HEALTHCARE COMPANY

Thomas A. Crosley

5

## VERIFICATION OF THOMAS A. CROSLEY

STATE OF TEXAS       §
                               §
COUNTY OF BEXAR       §

BEFORE ME, the undersigned authority, on this day personally appeared THOMAS A. CROSLEY, who, after having been duly sworn, deposed and said as follows:

"My name is THOMAS A. CROSLEY. I am over the age of eighteen (18) years, competent to testify, and have personal knowledge of the facts stated herein. I am the counsel of record for the Plaintiffs in this case.

"I authored the foregoing response and every statement contained therein is within my personal knowledge and is true and correct.

"Further affiant sayeth naught."

THOMAS A. CROSLEY

SWORN TO AND SUBSCRIBED before me by the said THOMAS A. CROSLEY on this **24** day of May, 2004, to certify which witness my hand and seal of office.

NOTARY PUBLIC, STATE OF TEXAS

VIVIAN MARTINEZ
MY COMMISSION EXPIRES
July 13, 2005

My commission expires:
2-13-05

6

## AFFIDAVIT OF VIVIAN MARTINEZ

STATE OF TEXAS          §
                        §
COUNTY OF BEXAR         §

BEFORE ME, the undersigned authority, on this day personally appeared VIVIAN MARTINEZ, who, after having been duly sworn, deposed and said as follows:

"My name is VIVIAN MARTINEZ. I am over the age of eighteen (18) years, competent to testify, and have personal knowledge of the facts stated herein. I have been employed by Branton & Hall, P.C. since May 3, 2003 as the secretary to Thomas A. Crosley, counsel of record for the Plaintiffs in this case.

"After the stay was lifted on this case, I began contacting our expert witnesses in order to obtain dates for their depositions. Beginning with my letter to all counsel of record on December 11, 2003 (see attached Exhibit "A"), I began providing dates for depositions of Dr. Helson Pacheco-Serrant, Zeff Ross, Dr. Nick Peters, Dr. Jeremy Slater and Albert Rodriguez.

"On December 23, 2003, Mr. Gault noticed the depositions of Albert Rodriguez, Zeff Ross and Dr. Nick Peters. The deposition of Zeff Ross was taken in Florida on January 13, 2004 and the deposition of Albert Rodriguez was taken in our offices on January 22, 2004. The deposition of Dr. Peters on January 27, 2004 was rescheduled due to a conflict in our schedule ( Mr. Crosley was set to begin a 10-14 day trial in Cause No. 2001-CI-10357; *Gene P. Allen, et al. v. James H. Burge, Inc.;* In the 285[th] Judicial District Court, Bexar County, Texas on February 2, 2004) which prevented us from presenting Dr. Peters for his deposition on January 27 and I immediately attempted to provide additional dates for this deposition. I also notified Mr. Gault in my letter of January 27, 2004 (see attached Exhibit "F") that Mr. Crosley was canceling the deposition of Dr. Slater of February 12, 2004 due to the same trial setting.

"In my letters of December 17 and 22, 2004, January 7, 20 and 27, 2004, February 19, 2004 and April 29, 2004, I provided dates for the depositions of Dr. Peters of January 12, 13, 26 , or 27, February 23 or 24, or March 1, 8, 9, 15, 16 or 22, 2004, Tuesdays in April and May 4 or 26, 2004 and for Dr. Slater of January 21, 28 or 30, 2004, February 11, 12 and 13, 2004 (or most Wednesday and Thursday afternoons beginning mid-February), May 5 or 26, 2004. (See attached Exhibits "B", "C", "D", "E", "F", "G" & "H".)

"I also spoke to Melissa Sage several times regarding the scheduling the deposition of Dr. Dovale and sent letters on January 26, February 13, 19, March 1, 10, 19, 29 April 7 and 19, 2004 requesting deposition dates for her client. (See attached Exhibits "I", "J", "K", "L", "M", "N", "O", "P" and "Q".)

1

"The Allen trial which Mr. Crosley was set to begin on February 2, 2004 was continued several times to March 1, March 29 and finally April 26, 2006. Trial actually began on April 26 and concluded on May 12, with jury deliberations lasting until May 17, 2004.

"In my letter to all counsel of record dated April 19, 2004 (see attached Exhibit "Q"), I notified everyone that we would be unable to proceed with the scheduled depositions of Dr. Peters and Dr. Slater during the first week of May and I immediately notified both doctors of the cancellation and requested additional dates in May for their depositions.

"Mr. Gault forwarded his letter of April 21, 2004 explaining his plan to proceed with the depositions of Dr. Peters and Dr. Slater the first week in May and I responded with a letter on April 27, 2004 (see attached Exhibit "R") explaining that Mr. Crosley was currently in trial in the 150th District Court and since the trial was expected to last until May 10, the depositions of Dr. Peters and Dr. Slater would need to be canceled and rescheduled. I also proceeded to provide additional dates for Dr. Slater's deposition of May 26, 2004 and was waiting for dates from Dr. Peters.

"On April 29, 2004, I spoke to Mr. Gault and confirmed that Mr. Crosley was in court until approximately May 12th, and that I was waiting for additional dates for the depositions of Dr. Peters and Dr. Slater since those depositions had been canceled. I also took the opportunity of notifying Mr. Gault of the availability of Dr. Dovale for deposition on May 19, 2004. Mr. Gault insisted upon the dates of May 12 and 13 for the depositions of Dr. Peters and Dr. Slater. However, I explained that while I would contact them, I could not guarantee that those gentlemen would be available on those dates.

"Since Ms. Sage had verbally provided me with the date of May 19, 2004 for the deposition of Dr. Dovale, I went ahead and prepared the notice for Dr. Dovale's deposition on May 19, 2004 at 10:00 a.m. and forwarded it to all counsel on April 30, 2004 (see attached Exhibit "S"). On April 30, 2004, Mr. Gault responded with a letter, again asking to reset the depositions of Dr. Peters and Dr. Slater on May 12 and 13, 2004 or he would not agree to reset the depositions (see attached Exhibit "T"). In view of this, we prepared a *Plaintiff's Motion to Quash the Depositions of Dr. Nick Peters and Dr. Jeremy Slater* and forwarded same via FEDEX to the Clerk of the Court and via facsimile on April 30, 2004 (see attached Exhibit "U") to all counsel of record.

"I have been informed that on May 3, 2004, the Clerk of the Court in Brownsville called and notified this firm that the Motion to Quash had been denied. In fact, the Clerk left a message with our answering service at approximately 5:15 p.m. on May 3, 2004, and it was not until approximately 8:55 a.m. on May 4, 2004 that the call was forwarded into our Needles messaging system to my attention (see attached Exhibit "V"). At almost that exact time, I was handed the copy of the ORDER denying the Motion to Quash and I immediately telephoned Mr. Gault's office and spoke to Mandy, his assistant. Mandy explained to me that Mr. Gault was in fact in Houston with Ms. Sage for the depositions of Dr. Peters and Dr. Slater and that she would relay the message to him to call me, which he did almost immediately. After speaking to Mr. Gault, it was agreed that I would forward a letter via facsimile to him in care of Esquire Deposition Services, confirming that we would NOT be producing Dr. Peters nor Dr. Slater for deposition and that I would continue to provide additional dates for their depositions. (See attached Exhibit "W").

2

"I continued in my attempts to secure dates from Dr. Peters and Dr. Slater for their depositions as soon as possible and I was told by Dr. Slater's assistant that he had ONLY May 26, 2004 at 2pm available for his deposition and later was luckily notified by Dr. Peters that he was available on that same date in the morning. Since both of these gentlemen were in Houston, that would turn out to be an ideal arrangement and I went ahead and prepared the deposition notices for that date. Mr. Crosley, I might add, was actually in trial from April 26, 2004 until May 17, 2004.

"It has never been our intention to delay the process of taking our expert's depositions. In fact, I have worked continuously for the last six months in scheduling the depositions of our experts and the Defendant, Dr. Dovale. Whatever the problem was in scheduling these depositions in 2002. I cannot say since I was not an employee of the firm at the time. I am only aware that Mrs. Carol Lomax was the attorney of record at that time and Mrs. Lomax passed away after a long illness in 2003, shortly after I was employed at Branton and Hall.

"Further affiant sayeth naught."

VIVIAN MARTINEZ

SWORN TO AND SUBSCRIBED before me by the said VIVIAN MARTINEZ on this day of May, 2004, to certify which witness my hand and seal of office.

NOTARY PUBLIC, STATE OF TEXAS

My commission expires: 5/27/05

ELIZABETH ANN TYREE ROSSI
Notary Public, State of Texas
My Commission Expires
May 27, 2005

3



**BRANTON&HALL**

A PROFESSIONAL CORPORATION
OF TRIAL LAWYERS

JAMES L. BRANTON
Board Certified • Personal Injury Trial Law
• Civil Trial Law
Texas Board of Legal Specialization

THOMAS A. CROSLEY
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

JASON P. HOELSCHER

JAMES A. HALL
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

SONIA M. RODRIGUEZ

Of Counsel
HARRY L. MUNSINGER
KIM M. MUNSINGER

December 11, 2003

**Via Facsimile (956) 544-0607**
Mr. William Gault
BRIN & BRIN, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520

**Via Facsimile (956) 618-0445**
Mr. Gerald E. Castillo
Steven M. Gonzalez & Associates
208 Lindberg
McAllen, TX 78501

RE:   *Candelario DeLeon v. City of Brownsville, Texas,* Civil Action No. CV-V-00-192,
United States District Court for the Southern District of Texas, Brownsville Division
Our File No. 9827

Dear Counsel:

Today, I contacted our expert witnesses and requested available dates (before the end of January) for their depositions. As they respond, I will be faxing you that information immediately, as our calendars, and probably yours as well, are filling up fast.

Dr. Helson Pacheco-Serrant is available for his deposition at his offices at 2600 N. Oregon Street, Suite 800, El Paso, Texas 79902-3119 on January 13, 22 or 27 at 2pm.   Please advise.

Thank you for your attention to this matter.

Sincerely,

Vivian Martinez
Legal Secretary to
THOMAS A. CROSLEY

:vm

cc:  Michael Cowen
Attorney at Law
520 E. Levee
Brownsville, Texas 78520
**(Via facsimile 956-504-3674)**

One Riverwalk Place, Suite 1700 • San Antonio, Texas 78205
Tel: (210) 224-4474 • Fax (210) 224-1928

**EXHIBIT**
*A*



JAMES L. BRANTON
Board Certified • Personal Injury Trial Law
• Civil Trial Law
Texas Board of Legal Specialization

THOMAS A. CROSLEY
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

JASON P. HOELSCHER

**BRANTON & HALL**
A PROFESSIONAL CORPORATION
OF TRIAL LAWYERS

JAMES A. HALL
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

SONIA M. RODRIGUEZ

Of Counsel
HARRY L. MUNSINGER
KIM M. MUNSINGER

December 17, 2003

**Via Facsimile (956) 544-0607**
Mr. William Gault
BRIN & BRIN, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520

**Via Facsimile (956) 618-0445**
Mr. Gerald E. Castillo
Steven M. Gonzalez & Associates
208 Lindberg
McAllen, TX 78501

RE:    *Candelario DeLeon v. City of Brownsville, Texas,* Civil Action No. CV-V-00-192,
United States District Court for the Southern District of Texas, Brownsville Division
Our File No. 9827

Dear Counsel:

Please be advised that Zeff Ross is available for deposition at his offices in Cooper City,
Florida only on January 13, 2003. Please advise if that date will work for everyone.

Also, please take notice of my previous letter of December 11, 2003 detailing the available
deposition dates for Dr. Helson Pacheco-Serrant at his offices at 2600 N. Oregon Street, Suite 800,
El Paso, Texas 79902-3119 on January 13, 22 or 27 at 2pm.

I hope to hear from Dr. Nick Peters and Dr. Jeremy Slater before the end of this week and
I will notify all counsel immediately.

Please let me hear from you as soon as possible. Thank you for your attention to this matter.

Sincerely,

Vivian Martinez
Legal Secretary to
THOMAS A. CROSLEY

:vm

cc:  Michael Cowen
     Attorney at Law
     520 E. Levee
     Brownsville, Texas 78520  **(Via facsimile 956-504-3674)**

EXHIBIT
*B*

One Riverwalk Place, Suite 1700 • 700 N. St. Mary's Street • San Antonio, Texas 78205
Tel: (210) 224-4474 • *www.branton-hall.com* • Fax (210) 224-1928



**BRANTON&HALL**

A PROFESSIONAL CORPORATION
OF TRIAL LAWYERS

JAMES L. BRANTON
Board Certified • Personal Injury Trial Law
• Civil Trial Law
Texas Board of Legal Specialization

THOMAS A. CROSLEY
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

JASON P. HOELSCHER

JAMES A. HALL
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

SONIA M. RODRIGUEZ

Of Counsel
HARRY L. MUNSINGER
KIM M. MUNSINGER

December 22, 2003

**Via Facsimile (956) 544-0607**
Mr. William Gault
BRIN & BRIN, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520

**Via Facsimile (956) 618-0445**
Mr. Gerald E. Castillo
Steven M. Gonzalez & Associates
208 Lindberg
McAllen, TX 78501

RE:    *Candelario DeLeon v. City of Brownsville, Texas,* Civil Action No. CV-V-00-192,
United States District Court for the Southern District of Texas, Brownsville Division
Our File No. 9827

Dear Counsel:

Please be advised that Dr. Nick Peters is available for deposition in Houston, Texas, where
he recently relocated, on January 12, 13, 26 or 27, 2004.

In my previous letters, to which I have received no response, I informed counsel that **Zeff
Ross is available for deposition at his offices in Cooper City, Florida only on January 13, 2003.** I
urge everyone to hold that day. Also, Dr. Helson Pacheco-Serrant is available at his offices at 2600
N. Oregon Street, Suite 800, El Paso, Texas 79902-3119 on January 13, 22 or 27 at 2pm.

I hope to hear from Dr. Jeremy Slater soon I will notify all counsel immediately.

Please let me hear from you all as soon as possible. I am sure everyone's January calendar
is filling up. Thank you for your attention to this matter.

Sincerely,

Vivian Martinez
Legal Secretary to
THOMAS A. CROSLEY

:vm
cc: Michael Cowen
Attorney at Law
520 E. Levee
Brownsville, Texas 78520  **(Via facsimile 956-504-3674)**

**EXHIBIT**
_C_

One Riverwalk Place, Suite 1700 • 700 N. St. Mary's Street • San Antonio, Texas 78205

Tel: (210) 224-4474 • *www.branton-hall.com* • Fax (210) 224-1928

**B&H**

**BRANTON&HALL**

A PROFESSIONAL CORPORATION
OF TRIAL LAWYERS

JAMES L. BRANTON
Board Certified • Personal Injury Trial Law
• Civil Trial Law
Texas Board of Legal Specialization

THOMAS A. CROSLEY
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

JASON P. HOELSCHER

JAMES A. HALL
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

SONIA M. RODRIGUEZ

Of Counsel
HARRY L. MUNSINGER
KIM M. MUNSINGER

January 7, 2004

**Via Facsimile (956) 544-0607**
Mr. William Gault
BRIN & BRIN, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520

**Via Facsimile (956) 618-0445**
Mr. Gerald E. Castillo
GONZALEZ, GAYTAN, GARZA & CASTILLO, L.L.P.
1317 E. Quebec Avenue
McAllen, TX 78503

RE:    *Candelario DeLeon v. City of Brownsville, Texas,* Civil Action No. CV-V-00-192,
       United States District Court for the Southern District of Texas, Brownsville Division
       Our File No. 9827

Dear Counsel:

Please be advised that Dr. Jeremy Slater has just notified us that he is available for deposition in Missouri on January 28 or 30th or as a last resort, on the 21st if the other two dates do not work.

Thank you for your attention to this matter.

Sincerely,

Vivian Martinez
Legal Secretary to
THOMAS A. CROSLEY

:vm

cc:  Michael Cowen
     Attorney at Law
     520 E. Levee
     Brownsville, Texas 78520  **(Via facsimile 956-504-3674)**

EXHIBIT
*D*

One Riverwalk Place, Suite [     ]t • San Antonio, Texas 78205
Tel: (210) 224-447[  ]    Fax (210) 224-1928



JAMES L. BRANTON
Board Certified • Personal Injury Trial Law
• Civil Trial Law
Texas Board of Legal Specialization

THOMAS A. CROSLEY
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

JASON P. HOELSCHER

**BRANTON & HALL**
A PROFESSIONAL CORPORATION
OF TRIAL LAWYERS

JAMES A. HALL
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

SONIA M. RODRIGUEZ
Of Counsel
HARRY L. MUNSINGER
KIM M. MUNSINGER

January 20, 2004

**Via Facsimile (956) 544-0607**
Mr. William Gault
BRIN & BRIN, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520

**Via Facsimile (956) 618-0445**
Mr. Gerald E. Castillo
GONZALEZ, GAYTAN, GARZA & CASTILLO, L.L.P.
1317 E. Quebec Avenue
McAllen, TX 78503

RE:   *Candelario DeLeon v. City of Brownsville, Texas,* Civil Action No. CV-V-00-192,
United States District Court for the Southern District of Texas, Brownsville Division
Our File No. 9827

Dear Counsel:

Since late December, I have been attempting to set the depositions of Jeremy Slater and Dr. Pacheco-Serrant. My latest conversations with Becky in Mr. Gault's office were as follows:

Since the dates Jeremy Slater gave us in January (in Missouri) didn't work, he has now given us dates in February of 11, 12 and 13 in Houston where he is relocating and which should be more convenient for us all anyway.

Dr. Pacheco-Serrant has given us January 13 (which has come and gone), January 29 or February 12 for his deposition in El Paso at 2pm.

Thank you all for your prompt attention to this matter.

Sincerely,

Vivian Martinez
Legal Secretary to
THOMAS A. CROSLEY

:vm

cc: Michael Cowen
Attorney at Law
520 E. Levee
Brownsville, Texas 78520  **(Via facsimile 956-504-3674)**

**EXHIBIT**
*E*

One Riverwalk Place, Suite 1700 • San Antonio, Texas 78205
Tel: (210) 224-4474 • Fax (210) 224-1928



**BRANTON & HALL**

A PROFESSIONAL CORPORATION
OF TRIAL LAWYERS

JAMES L. BRANTON
Board Certified • Personal Injury Trial Law
• Civil Trial Law
Texas Board of Legal Specialization

THOMAS A. CROSLEY
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

JASON P. HOELSCHER

JAMES A. HALL
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

SONIA M. RODRIGUEZ

Of Counsel
HARRY L. MUNSINGER
KIM M. MUNSINGER

January 27, 2004

**Via Facsimile (956) 544-0607**
Mr. William Gault
BRIN & BRIN, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520

**Via Facsimile (956) 618-0445**
Mr. Gerald E. Castillo
GONZALEZ, GAYTAN, GARZA & CASTILLO, L.L.P.
1317 E. Quebec Avenue
McAllen, TX 78503

RE:     *Candelario DeLeon v. City of Brownsville, Texas,* Civil Action No. CV-V-00-192,
        United States District Court for the Southern District of Texas, Brownsville Division
        Our File No. 9827

Dear Counsel:

Mr. Crosley is proceeding with a trial beginning February 2 which is expected to last two weeks, therefore, we must regretfully reschedule the deposition of Dr. Slater on February 12. I will immediately contact the doctor regarding new dates in February and into March since our calendars are probably pretty full by now and forward this information as soon as I receive it.

Dr. Nick Peters is checking his calendar and promised to provide new dates for us as soon as possible.

Dr. Pacheco-Serrant has now given us March 2, 4 or 11 for his deposition in El Paso at 2pm Our office will notice this deposition, however, I would appreciate hearing your preferences.

Thank you all for your prompt attention to this matter.

Sincerely,

Vivian Martinez
Legal Secretary to
THOMAS A. CROSLEY

:vm

cc:  Michael Cowen
     Law Offices of Cowen & Bodden
     520 E. Levee
     Brownsville, Texas 78520  (Via Facsimile 956-504-3674)

EXHIBIT
_F_

San Antonio, Texas 78205



**BRANTON & HALL**

A PROFESSIONAL CORPORATION
OF TRIAL LAWYERS

JAMES L. BRANTON
Board Certified • Personal Injury Trial Law
• Civil Trial Law
Texas Board of Legal Specialization

THOMAS A. CROSLEY
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

JASON P. HOELSCHER

JAMES A. HALL
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

SONIA M. RODRIGUEZ

Of Counsel
HARRY L. MUNSINGER
KIM M. MUNSINGER

February 19, 2004

**Via Facsimile (956) 544-0607**
Mr. William Gault
BRIN & BRIN, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520

**Via Facsimile (956) 618-0445**
Ms. Melissa Sage
Mr. Gerald E. Castillo
GONZALEZ, GAYTAN, GARZA & CASTILLO, L.L.P.
1317 E. Quebec Avenue
McAllen, TX 78503

RE:   *Candelario DeLeon v. City of Brownsville, Texas,* Civil Action No. CV-V-00-192,
United States District Court for the Southern District of Texas, Brownsville Division
Our File No. 9827

Dear Counsel:

Since Mr. Gault's attempts to hold a conference call earlier this month for the purpose of working out a deposition schedule did not work out, I will resume forwarding available dates for the depositions of our experts via facsimile. Assuming we can complete the deposition of Dr. Dovale first, then obtain a copy of his deposition in a timely manner in order for our experts to be able to review it before their deposition, we forward the following dates:

Dr. Jeremy Slater has notified us that he has now officially moved to Houston and is available for deposition most Wednesday and Thursday afternoons.

Dr. Peters is available February 23, 24, March 1, 8, 9, 15, 16, 22. He does not yet have his April calendar, but if you pick a Tuesday in April he can be flexible.

Dr. Pacheco-Serrant is still available most Tuesdays and Thursdays in El Paso.

Thank you all for your attention to this matter.

Sincerely,

Vivian Martinez
Legal Secretary to
THOMAS A. CROSLEY

:vm

One Riverwalk Place ... s Street • San Antonio, Texas 78205

cc:  Michael Cowen  **(Via facsimile 956-504-3674)**

EXHIBIT
G

# B&H

## BRANTON & HALL

A PROFESSIONAL CORPORATION
OF TRIAL LAWYERS

JAMES L. BRANTON
Board Certified • Personal Injury Trial Law
• Civil Trial Law
Texas Board of Legal Specialization

THOMAS A. CROSLEY
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

JASON P. HOELSCHER

JAMES C. HALL
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

SONIA M. RODRIGUEZ
Of Counsel

HARRY L. MUNSINGER

KIM M. MUNSINGER

April 29, 2004

<u>Via Facsimile (956) 544-0607</u>

Mr. William Gault
BRIN & BRIN, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520

RE:   *Candelario DeLeon v. City of Brownsville, Texas,* Civil Action No. CV-V-00-192,
United States District Court for the Southern District of Texas, Brownsville Division
Our File No. 9827

Dear Mr. Gault:

Please take notice that Dr. Slater has notified us the only date he has available for his deposition this month is now May 26, 2004 at 2pm. I will advise you immediately upon hearing from Dr. Peters.

Sincerely,

Vivian Martinez
Legal Secretary to
THOMAS A. CROSLEY

:vm
cc:   Mr. Michael Cowen **(via facsimile (956) 504-3674)**

Ms. Melissa Sage
Mr. Gerald E. Castillo**(via Facsimile (956) 618-0445)**

---

**EXHIBIT**

_H_

---

One Riverwalk Place, Suite 1700 • 700 N. St. Mary's Street • San Antonio, Texas 78205

Tel: (210) 224-4474 • *www.branton-hall.com* • Fax (210) 224-1928



JAMES L. BRANTON
Board Certified • Personal Injury Trial Law
• Civil Trial Law
Texas Board of Legal Specialization

THOMAS A. CROSLEY
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

JASON P. HOELSCHER

BRANTON & HALL
A PROFESSIONAL CORPORATION
OF TRIAL LAWYERS

JAMES A. HALL
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

SONIA M. RODRIGUEZ
Of Counsel
HARRY L. MUNSINGER
KIM M. MUNSINGER

January 26, 2004

**Via Facsimile (956) 618-0445**
Mr. Gerald E. Castillo
GONZALEZ, GAYTAN, GARZA &
CASTILLO, L.L.P.
1317 E. Quebec Avenue
McAllen, TX 78503

RE:    *Candelario DeLeon v. City of Brownsville, Texas,* Civil Action No. CV-V-00-192,
United States District Court for the Southern District of Texas, Brownsville Division
Our File No. 9827

Dear Mr. Castillo:

I would appreciate it if you would provide me with possible dates for the deposition of Dr.
Dovale as soon as possible.

Thank you for your prompt attention to this matter.

Very truly yours,

THOMAS A. CROSLEY

:vm

cc:
Mr. William Gault          **(Via Facsimile (956) 544-0607)**
Michael Cowen              **(Via Facsimile 956-504-3674)**

**EXHIBIT**
I

One Riverwalk Place, Suite [...] • San Antonio, Texas 78205
Tel: (210) 224-4474 • *www.branton-hall.com* • Fax (210) 224-1928



JAMES L. BRANTON
Board Certified • Personal Injury Trial Law
• Civil Trial Law
Texas Board of Legal Specialization

THOMAS A. CROSLEY
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

JASON P. HOELSCHER

**BRANTON & HALL**
A PROFESSIONAL CORPORATION
OF TRIAL LAWYERS

JAMES A. HALL
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

SONIA M. RODRIGUEZ
Of Counsel
HARRY L. MUNSINGER
KIM M. MUNSINGER

February 13, 2004

**Via Facsimile (956) 618-0445**
Ms. Melissa Sage
Mr. Gerald E. Castillo
GONZALEZ, GAYTAN, GARZA &
CASTILLO, L.L.P.
1317 E. Quebec Avenue
McAllen, TX 78503

      RE:    *Candelario DeLeon v. City of Brownsville, Texas, et al,* Civil Action No. CV-V-00-192, United States District Court for the Southern District of Texas, Brownsville Division
            Our File No. 9827

Dear Counsel:

    This is my second written request for dates for the deposition of Dr. Dovale. In my letter of January 26, 2004, I requested that you provide me with available dates as soon as possible and I have yet to receive a response. If I do not hear from you by 3:00 p.m. on February 16, 2004, I will proceed to notice Dr. Dovale's deposition for February 23, 2004 at 9:30 a.m. in your offices.

    I would appreciate your prompt attention to this matter.

                     Very truly yours,

                     THOMAS A. CROSLEY

:vm

cc:
  Mr. William Gault    **(Via Facsimile (956) 544-0607)**
  Michael Cowen    **(Via F**

**EXHIBIT**
J

One Riverwalk Place. Suite 1700 • 70... ...tonio. Texas 78205
Tel: (210) 224-4474 • www... ...224-1928



**JAMES L. BRANTON**
Board Certified • Personal Injury Trial Law
• Civil Trial Law
Texas Board of Legal Specialization

**THOMAS A. CROSLEY**
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

**JASON P. HOELSCHER**

**BRANTON & HALL**
A PROFESSIONAL CORPORATION
OF TRIAL LAWYERS

**JAMES A. HALL**
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

**SONIA M. RODRIGUEZ**
Of Counsel
**HARRY L. MUNSINGER**
**KIM M. MUNSINGER**

February 19, 2004

***Via Facsimile (956) 618-0445***

Ms. Melissa Sage
GONZALEZ, GAYTAN, GARZA & CASTILLO, L.L.P.
1317 E. Quebec Avenue
McAllen, Texas 78503

      RE:    *Candelario DeLeon v. City of Brownsville, Texas, et al,* Civil Action No. CV-V-00-192, United States District Court for the Southern District of Texas, Brownsville Division
            Our File No. 9827

Dear Ms. Sage:

      I am in receipt of your letter of February 13, 2004. I have been trying to get the deposition of Dr. Dovale scheduled as soon as is reasonably possible. As you state in your letter, I am unavailable throughout much of March. However, if need be, I will consider having another attorney participate in depositions during the month of March so that the discovery in this case is not unreasonably delayed. Therefore, if there are dates in March that you propose for depositions in this case, please let me know. It continues to be my desire to complete the deposition of Dr. Dovale as soon as is reasonably practicable.

      I look forward to hearing from you soon.

                  Very truly yours,

                  THOMAS A. CROSLEY

TAC:eo

cc:    Mr. Michael Cowen     ***(Via Facsimile 956-504-3674)***
       Mr. William Gault      ***(Via Facsimile 956-544-0607)***

**EXHIBIT**

*K*

One Riverwalk Place, Suite            • San Antonio, Texas 78205

Tel (210) 224-4___            Fax (210) 224-1928



**JAMES L. BRANTON**
Board Certified • Personal Injury Trial Law
• Civil Trial Law
Texas Board of Legal Specialization

**THOMAS A. CROSLEY**
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

**JASON P. HOELSCHER**

**BRANTON & HALL**
A PROFESSIONAL CORPORATION
OF TRIAL LAWYERS

**JAMES A. HALL**
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

**SONIA M. RODRIGUEZ**
Of Counsel
**HARRY L. MUNSINGER**
**KIM M. MUNSINGER**

March 1, 2004

**_Via Facsimile (956) 618-0445_**

Ms. Melissa Sage
GONZALEZ, GAYTAN, GARZA & CASTILLO, L.L.P.
1317 E. Quebec Avenue
McAllen, Texas 78503

      RE:    *Candelario DeLeon v. City of Brownsville, Texas, et al,* Civil Action No. CV-V-00-192, United States District Court for the Southern District of Texas, Brownsville Division
             Our File No. 9827

Dear Ms. Sage:

    We have yet to receive a response to Mr. Crosley's letter to you of February 19, 2004, regarding deposition dates for Dr. Dovale. It is still our desire to complete the deposition of Dr. Dovale as soon as is reasonably practicable.

    We look forward to hearing from you soon.

                       Sincerely,

                       Vivian Martinez
                       Legal Secretary to
                       THOMAS A. CROSLEY

:vm

cc:    Mr. Michael Cowen      **_(Via Facsimile 956-504-3674)_**
       Mr. William Gault       **_(Via Facsimile 956-544-0607)_**

**EXHIBIT**
L



JAMES L. BRANTON
Board Certified • Personal Trial Law
• Civil Trial Law
Texas Board of Legal Specialization

THOMAS A. CROSLEY
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

JASON P. HOELSCHER

**BRANTON & HALL**

A PROFESSIONAL CORPORATION
OF TRIAL LAWYERS

March 10, 2004

JAMES A. HALL
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

SONIA M. RODRIGUEZ

Of Counsel
HARRY L. MUNSINGER
KIM M. MUNSINGER

*Via Facsimile (956) 618-0445*

Ms. Melissa Sage
GONZALEZ, GAYTAN, GARZA & CASTILLO, L.L.P.
1317 E. Quebec Avenue
McAllen, Texas 78503

RE:     *Candelario DeLeon v. City of Brownsville, Texas, et al,* Civil Action No. CV-V-00-192, United States District Court for the Southern District of Texas, Brownsville Division
Our File No. 9827

Dear Ms. Sage:

    In response to your letter of March 3, 2004 regarding your proposal of March 19 or March 30 for the deposition of Dr. Dovale, unfortunately I will be out of the country on March 19 and my March 1 trial was continued by the court to March 29. I have checked with my co-counsel who is already scheduled for a deposition on March 19 and is also in trial the week of March 29. Please check with Dr. Dovale for possible dates in April. Since I had to shuffle my trial calendar around, I am now available any day between April 19-29.

    By copy of this letter, I am also advising Mr. Gault that I do not wish to go forward with the depositions he noticed of Dr. Nick Peters on March 22 and Dr. Jeremy Slater on March 24, until such time as we have completed the deposition of Dr. Dovale. My secretary will check with these gentlemen again and forward available deposition dates by next week.

    I look forward to hearing from you soon.

                        Very truly yours,

                        THOMAS A. CROSLEY

TAC:vm

cc:  Mr. Michael Cowen          *(Via Facsimile 956-504-3674)*
     Mr. William Gault          *(Via Facsimile 956-544-0607)*

---

One Riverwalk Place, Suite 1700          **EXHIBIT**          San Antonio, Texas 78205
    Tel: (210) 224-4474 •                    *m*              (210) 224-1928



JAMES L. BRANTON
Board Certified • Personal Injury Trial Law
• Civil Trial Law
Texas Board of Legal Specialization

THOMAS A. CROSLEY
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

JASON P. HOELSCHER

**BRANTON & HALL**
A PROFESSIONAL CORPORATION
OF TRIAL LAWYERS

JAMES A. HALL
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

SONIA M. RODRIGUEZ
Of Counsel
HARRY L. MUNSINGER
KIM M. MUNSINGER

March 19, 2004

<u>***Via Facsimile (956) 618-0445***</u>

Ms. Melissa Sage
GONZALEZ, GAYTAN, GARZA & CASTILLO, L.L.P.
1317 E. Quebec Avenue
McAllen, Texas 78503

      RE:    *Candelario DeLeon v. City of Brownsville, Texas, et al,* Civil Action No. CV-V-00-192, United States District Court for the Southern District of Texas, Brownsville Division
           Our File No. 9827

Dear Ms. Sage

    We are in receipt of the deposition notices for Dr. Peters and Dr. Slater for May 4 and 5, 2004 from Mr. Gault. In order to go forward with these depositions, Mr. Crosley will first need to depose Dr. Dovale. Please check with Dr. Dovale for possible dates between April 16-29 and advise us as soon as possible.

    Thank you for your attention to this matter.

                         Sincerely,

                         Vivian Martinez
                         Legal Secretary to
                         THOMAS A. CROSLEY

TAC:vm

cc:    Mr. Michael Cowen    **(*Via Facsimile 956-504-3674*)**
       Mr. William Gault    **(*Via Facsimile 956-544-0607*)**

**EXHIBIT**

*N*



**JAMES L. BRANTON**
Board Certified • Personal Injury Trial Law
• Civil Trial Law
Texas Board of Legal Specialization

**THOMAS A. CROSLEY**
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

**JASON P. HOELSCHER**

**BRANTON & HALL**
A PROFESSIONAL CORPORATION
OF TRIAL LAWYERS

**JAMES A. HALL**
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

**SONIA M. RODRIGUEZ**

Of Counsel
**HARRY L. MUNSINGER**

**KIM M. MUNSINGER**

March 29, 2004

***Via Facsimile (956) 618-0445***

Ms. Melissa Sage
GONZALEZ, GAYTAN, GARZA & CASTILLO, L.L.P.
1317 E. Quebec Avenue
McAllen, Texas 78503

     RE:    *Candelario DeLeon v. City of Brownsville, Texas, et al,* Civil Action No. CV-V-00-
192, United States District Court for the Southern District of Texas, Brownsville
Division
Our File No. 9827

Dear Ms. Sage:

     I have not received a response to my letter of March 19 requesting deposition dates for Dr.
Dovale. The depositions of Dr. Peters and Dr. Slater have been scheduled for May 4 and 5, 2004 by
Mr. Gault and in order to go forward with these depositions, Mr. Crosley will first need to depose
Dr. Dovale. Please check with Dr. Dovale as soon as possible. We now have available April 19, 20,
22, or 23rd. Again, please advise us as soon as possible as everyone's calendars are continuing to
fill up fast.

     Thank you for your attention to this matter.

                      Sincerely,

                      Vivian Martinez
                      Legal Secretary to
                      THOMAS A. CROSLEY

**EXHIBIT**
O

TAC:vm

cc:   Mr. Michael Cowen   ***(Via Facsimile 956-504-3674)***
      Mr. William Gault   ***(Via Facsimile 956-544-0607)***

One Riverwalk Place, Suite 1700 • 700 N. St. Mary's Street • San Antonio, Texas 78205
Tel. (210) 224-4474 • e-mail branton-hall.com • Fax (210) 224-1928



JAMES L. BRANTON
Board Certified • Personal Injury Trial Law
• Civil Trial Law
Texas Board of Legal Specialization

THOMAS A. CROSLEY
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

JASON P. HOELSCHER

## BRANTON & HALL

A PROFESSIONAL CORPORATION
OF TRIAL LAWYERS

JAMES A. HALL
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

SONIA M. RODRIGUEZ
Of Counsel

HARRY L. MUNSINGER

KIM M. MUNSINGER

April 7, 2004

**_Via Facsimile (956) 618-0445_**

Ms. Melissa Sage
GONZALEZ, GAYTAN, GARZA & CASTILLO, L.L.P.
1317 E. Quebec Avenue
McAllen, Texas 78503

      RE:    *Candelario DeLeon v. City of Brownsville, Texas, et al,* Civil Action No. CV-V-00-192, United States District Court for the Southern District of Texas, Brownsville Division
             Our File No. 9827

Dear Ms. Sage:

    Reference is made to my previous letters of March 19 and March 29, 2004, regarding deposition dates for Dr. Dovale. I understood from our telephone conversation last week that you anticipated hearing from Dr. Dovale regarding his availability in April. At this time we have April 15, 19, 20, 22 and 23 available in order to depose Dr. Dovale with sufficient time in order to proceed with the depositions of Dr. Peters and Dr. Slater during the first week in May.

    Thank you for your prompt attention to this matter.

                  Sincerely,

                  Vivian Martinez
                  Legal Secretary to
                  THOMAS A. CROSLEY

**EXHIBIT**
_P_

TAC:vm

cc:    Mr. Michael Cowen    **(Via Facsimile 956-504-3674)**
        Mr. William Gault     **(Via Facsimile 956-544-0607)**





JAMES L. BRANTON
Board Certified • Personal Injury Trial Law
• Civil Trial Law
Texas Board of Legal Specialization

THOMAS A. CROSLEY
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

JASON P. HOELSCHER

BRANTON & HALL

A PROFESSIONAL CORPORATION
OF TRIAL LAWYERS

JAMES A. HALL
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

SONIA M. RODRIGUEZ

Of Counsel
HARRY L. MUNSINGER
KIM M. MUNSINGER

April 19, 2004

*Via Facsimile (956) 618-0445*

Ms. Melissa Sage
GONZALEZ, GAYTAN, GARZA & CASTILLO, L.L.P.
1317 E. Quebec Avenue
McAllen, Texas 78503

RE:    *Candelario DeLeon v. City of Brownsville, Texas, et al,* Civil Action No. CV-V-00-192, United States District Court for the Southern District of Texas, Brownsville Division
Our File No. 9827

Dear Ms. Sage:

Pursuant to our telephone conversation on this date, this will confirm that neither Mr. Crosley nor Mr. Cowen are available to depose Dr. Dovale on April 23 or 26, 2004, and that you will contact your client and provide us with additional deposition dates in May. By copy of this letter I will notify Mr. Gault that, unfortunately, this will mean that we will be unable to proceed with the scheduled depositions of Dr. Peters and Dr. Slater during the first week in May. I will provide additional dates for these gentlemen as soon as possible.

Thank you for your prompt attention to this matter.

Sincerely,

Vivian Martinez
Legal Secretary to
THOMAS A. CROSLEY

TAC:vm

cc:    Mr. Michael Cowen        *(Via Facsimile 956-504-3674)*
       Mr. William Gault        *(Via Facsimile 956-544-0607)*



**EXHIBIT**

Q



**JAMES L. BRANTON**
Board Certified • Personal Injury Trial Law
• Civil Trial Law
Texas Board of Legal Specialization

**THOMAS A. CROSLEY**
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

**JASON P. HOELSCHER**

**BRANTON & HALL**
A PROFESSIONAL CORPORATION
OF TRIAL LAWYERS

**JAMES A. HALL**
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

**SONIA M. RODRIGUEZ**
Of Counsel
**HARRY L. MUNSINGER**
**KIM M. MUNSINGER**

April 27, 2004

**Via Facsimile (956) 544-0607**

Mr. William Gault
BRIN & BRIN, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520

RE:  *Candelario DeLeon v. City of Brownsville, Texas,* Civil Action No. CV-V-00-192,
United States District Court for the Southern District of Texas, Brownsville Division
Our File No. 9827

Dear Mr. Gault:

Mr. Crosley is currently in trial in the 150th District Court in Bexar County. This trial is expected to last until approximately May 10, so the depositions of Dr. Peters and Dr. Slater need to be canceled and rescheduled. Since Mrs. Lomax passed away last year, Mr. Crosley has taken over as lead counsel in this matter and fully intends to attend the majority of all future depositions. Even though my letters to Ms. Sage requesting deposition dates for Dr. Dovale date back to January, 2004, we have only been given **four** possible dates for his deposition (March 19, March 30, April 23 and April 26, 2004), all of which were unacceptable due to Mr. Crosley and Mr. Cowen being out of the country or preparing for or scheduled for trial.

Please let me know if you will agree to reschedule the depositions of Dr. Peters and Dr. Slater, or if we must file a Motion to Quash the depositions.

Sincerely,

Vivian Martinez
Legal Secretary to
THOMAS A. CROSLEY

:vm
cc:  Mr. Michael Cowen **(via facsimile (956) 504-3674)**

Ms. Melissa Sage
Mr. Gerald E. Castillo**(via Facsimile (956) 618-0445)**



**EXHIBIT**
*R*

One Riverwalk Place. Suite 1700 • 700 N. St. Mary's Street •
Tel: (210) 224-4474 • *www.branton-hall.com* • Fax (210) 224-1928





**JAMES L. BRANTON**
Board Certified • Personal Injury Trial Law
• Civil Trial Law
Texas Board of Legal Specialization

**THOMAS A. CROSLEY**
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

**JASON P. HOELSCHER**

**BRANTON & HALL**
A PROFESSIONAL CORPORATION
OF TRIAL LAWYERS

**JAMES A. HALL**
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

**SONIA M. RODRIGUEZ**
OF Counsel

**HARRY L. MUNSINGER**
**KIM M. MUNSINGER**

April 30, 2004

***Via CM/RRR# 7003 3110 0003 0125 0350***

Ms. Melissa Sage
GONZALEZ, GAYTAN, GARZA & CASTILLO, L.L.P.
1317 E. Quebec Avenue
McAllen, Texas 78503

RE:     *Candelario DeLeon v. City of Brownsville, Texas, et al,* Civil Action No. CV-V-00-192, United States District Court for the Southern District of Texas, Brownsville Division
Our File No. 9827

Dear Ms. Sage:

Enclosed is the ***NOTICE OF INTENTION TO TAKE ORAL/VIDEO DEPOSITION OF JOAO DOVALE, M.D.*** on May 19, 2004 at 10:00 a.m. in your offices.

Please do not hesitate to contact me should you have any questions.

Sincerely,

Vivian Martinez
Legal Secretary to
THOMAS A. CROSLEY

:vm
Enclosure

cc:     Mr. William Gault        ***(Via CM/RRR# 7003 3110 0003 0125 0367)***
        Mr. Michael Cowen        ***(Via Regular Mail)***

**EXHIBIT**
*S*

One Riverwalk Place. Suite [...]eet • San Antonio, Texas 78205
Tel: (210) 224-44[...] • Fax (210) 224-1928



**BRIN & BRIN, P.C.**
ATTORNEYS AT LAW

WILLIAM GAULT
MEMBER OF THE FIRM

Board Certified
Personal Injury Trial Law

1325 PALM BLVD., SUITE A
BROWNSVILLE, TEXAS 78520
TELEPHONE (956) 544-7110
FAX (956) 544-0607

1202 ...
CORPUS CHRISTI, ...
TELEPHONE (361) 881-9643
FAX (361) 883-0506

SAN ANTONIO OFFICE
10999 IH-10 WEST, SUITE 800
SAN ANTONIO, TEXAS 78230
TELEPHONE (210) 341-9711
FAX (210) 341-1854

EDINBURG OFFICE
123 W. MCINTYRE
COURTHOUSE SQUARE SUITES
EDINBURG, TEXAS 78541
TELEPHONE (956) 381-6602
FAX (956) 381-0725

April 30, 2004

**VIA FAX TRANSMISSION**

Ms. Vivian Martinez
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205

Re:   Civil Action No. CV-B-00-192
      Candelario De Leon v. City of Brownsville, Texas, et al
      In the Southern District of Texas, Brownsville Division

Dear Ms. Martinez:

Ms. Martinez when I spoke to you yesterday, once again you were giving me deposition dates for one of your experts on June 9 and you were basing the date for the depositions upon the condition that Dr. Dovale is deposed on May 19. As I have repeatedly informed you, and as Mr. Branton has informed you, that the depositions of your experts are not conditioned upon Dr. Dovale's deposition. Once again, the only dates that you are providing for your experts are based upon that condition. It is unacceptable and I will not agree to reset your experts depositions on that basis. As you know, your office has refused to produce its experts in the past on dates that Mr. Crosley and your experts were available. The stated reason that you would not produce your expert was that you had not obtained the deposition of Dr. Dovale. Now, from my discussions with you, this appears to be more of the same. It is completely unacceptable to me.

Mr. Branton informed me that Mr. Crosley will be out of trial by May 10th and you stated that he should be out of trial by May 12th. In our discussion yesterday over the telephone, I informed you that if your expert were available on May 13th and 14th, I would agree to take their depositions then. I have already told Mr. Branton that I will not reset your experts depositions unless I get an assurance in writing that you will not move the depositions from a new agreed-upon date and I also get an assurance in writing that your experts depositions are not conditioned in any way upon obtaining Dr. Dovale's deposition. I have checked with Ms. Sage and she is available for these depositions on May 13 and 14. Please let me know whether or not you want to proceed with the experts depositions as scheduled on May 4 and 5 or if you want to reset them on May 13 and 14 under the conditions previously stated. I will not agree to reset them unless I have a letter signed by someone with authority to agree to the previous conditions.

EXHIBIT
T

RECEIVED
APR 3 0 2004

Mr. Thomas Crosley
Re:     Civil Action No. CV-B-00-192
        Candelario De Leon v. City of Brownsville, Texas, et al
        In the Southern District of Texas, Brownsville Division
April 30, 2004
Page 2

       After talking with you on the telephone yesterday, I was disappointed to receive another faxed letter from you addressing dates to reset only one deposition and on a date that we had not discussed. Your letters only seem to address one expert only and you are requesting two of them to be reset. I am also surprised that you continue to send letters to me that appear to shove your will down my throat. This is unacceptable.

Sincerely yours,

William Gault

WRG/th
CROSLEY-24

xc:     Ms. Melissa Sage              **VIA FAX TRANSMISSION**
        Gonzalez, Gaytan, Garza & Castillo, L.L.P
        1317 E. Quebec Avenue
        McAllen, Texas 78503




**JAMES L. BRANTON**
Board Certified • Personal Injury Trial Law
• Civil Trial Law
Texas Board of Legal Specialization

**THOMAS A. CROSLEY**
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

**JASON P. HOELSCHER**

**BRANTON & HALL**
A PROFESSIONAL CORPORATION
OF TRIAL LAWYERS

**JAMES A. HALL**
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

**SONIA M. RODRIGUEZ**
Of Counsel
**HARRY L. MUNSINGER**
**KIM M. MUNSINGER**

April 30, 2004

***Via Federal Express***

UNITED STATES DISTRICT CLERK
Mr. Michael Milby
Attn: Civil Clerk's Office/Rita
600 East Harrison Street
Room 1158
Brownsville, Texas 78520

Re:     *Civil Action No. B-00-192; Candelario De Leon vs. City of Brownsville, Texas et al., In the Southern District of Texas, Brownsville Division*
Our File No.: 9827

Dear Mr. Milby:

Enclosed for filing is an original and two copies of ***PLAINTIFF'S MOTION TO QUASH THE DEPOSITIONS OF DR. NICK PETERS AND DR. JEREMY SLATER*** in connection with the above-referenced cause.     Kindly file the original with the court and return to our offices the file-stamped copies in the self-addressed stamped envelope enclosed.  By copy of this correspondence, all counsel of record will receive copy of same.

Thank you for your assistance and cooperation in this matter.  Please call our offices at (800) 526-5297, if you have any questions.

Sincerely,

Vivian Martinez
Legal Secretary to
THOMAS A. CROSLEY

:vm
Enclosures

cc:   Gerald E. Castillo      ***(Via Facsimile (956) 618-0445)***
      William Gault            ***(Via Facsimile 956-544-0607)***
      Michael Cowen            ***(Via Facsimile 956-504-3674)***

**EXHIBIT**

*a*

One Riverwalk Place, Suite 1700 • 700 N. St. Mary's Street • San Antonio, Texas 78205
Tel: (210) 224-4474 • www.branton-hall.com • Fax (210) 224-1928

De Leon, Mr. Candelario      **Case Type:** MED MAL     **DOI:** 12/2 ... 1998     **LIM Date:** 12/23/2000
**Case #:** 202031 ( 9827 )      **Class:**      **Assigned:** TAC      **Date Opened:** 5/24/2000

5/24/2004   02:12 PM                                                            Page 1 of 1

## Case Note - Page 545 of 565

**Date:** 05/04/2004  08:56 AM     **Staff:** VIVIAN          **Topic:** Posted Message

Message For: VIVIAN
Taken By: ABBIE
Date: 5/4/2004       Time: 08:56 am
From: Cavazos, Stella
Firm: Case Coordinator for Judge Hilda Tagle
Phone: (956) 548-2628     Extension:

Motion to Quash was denied by the court.
AnsServ 5:15 5/3 Mesg to TAC/vm



**B&H**

**BRANTON & HALL**

A PROFESSIONAL CORPORATION
OF TRIAL LAWYERS



JAMES L. BRANTON
Board Certified • Personal Injury Trial Law
• Civil Trial Law
Texas Board of Legal Specialization

THOMAS A. CROSLEY
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

JASON P. HOELSCHER

SONIA M. RODRIGUEZ
Of Counsel
HARRY L. MUNSINGER
KIM M. MUNSINGER

May 4, 2004

**Via Facsimile (713) 524-4951**
**c/o Esquire Deposition Services**

Mr. William Gault
BRIN & BRIN, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520

Ms. Melissa Sage
Mr. Gerald E. Castillo
GONZALEZ, GAYTAN, GARZA &
CASTILLO, L.L.P.
1317 E. Quebec Avenue
McAllen, TX 78503

RE:     *Candelario DeLeon v. City of Brownsville, Texas,* Civil Action No. CV-V-00-192,
        United States District Court for the Southern District of Texas, Brownsville Division
        Our File No. 9827

Dear Counsel:

This will confirm that Mr. Crosley is in trial until May 11, 2004, and that we will NOT be
producing Dr. Nick Peters on May 4, 2004, nor Dr. Jeremy Slater on May 5, 2004 for deposition.
I will continue to forward additional dates for these depositions upon receipt of this information from
these two gentlemen.

I apologize for any inconvenience this may have caused you.

Sincerely,

Vivian Martinez
Legal Secretary to
THOMAS A. CROSLEY

:vm

**EXHIBIT**

W

One Riverwalk Place. Suite 17              San Antonio, Texas 78205
Tel: (210) 224-4474                      x (210) 224-1928

cc:    MICHAEL COWEN **(via facsimile (956) 504-3674)**
      Law Offices of Cowen & Bodden
      520 E. Levee
      Brownsville, Texas 78520