United States District Court
Southern District of Texas
FILED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

JUN 2 1 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **CANDELARIO DE LEON** | § | **COMPLAINT FOR DAMAGES** |
| | § | **FOR VIOLATIONS OF CIVIL** |
| | § | **RIGHTS UNDER COLOR OF** |
| | § | **STATE LAW** |
| **VS.** | § | **(42 U.S.C. §§ 1983, 1985, 1988)** |
| | § | |
| **HCA-THE HEALTHCARE COMPANY** | § | **CIVIL ACTION NO. 00-192** |
| **FORMERLY D/B/A COLUMBIA/HCA** | § | |
| **HEALTHCARE CORPORATION,** | § | |
| **COLUMBIA VALLEY HEALTHCARE** | § | |
| **SYSTEM, L.P., INDIVIDUALLY AND** | § | |
| **D/B/A VALLEY REGIONAL MEDICAL** | § | |
| **CENTER AND FORMERLY D/B/A** | § | |
| **COLUMBIA VALLEY REGIONAL** | § | |
| **MEDICAL CENTER, JOAO DOVALE,** | § | |
| **M.D. AND STAT PHYSICIANS, P.A.** | § | |

**DEFENDANTS JOAO DOVALE'S AND STAT PHYSICIANS, P.A.'S RULE 26(a)(2)**
**DISCLOSURE OF EXPERT TESTIMONY**

COMES NOW, JOAO DOVALE, M.D. and STAT PHYSICIANS, P.A., Defendants and

makes and files their Disclosure of Expert Testimony pursuant to Rule 26(a)(2) of the Federal

Rules of Civil Procedure and agreement of the parties.

Respectfully submitted,

GONZALEZ, GAYTAN, GARZA & CASTILLO, LLP

By:_____
              Steven Gonzalez
              SBN: 08131900
              FED#: 3321
              Edward J. Castillo
              SBN: 24040658
              FED#: 38007

1317 E. Quebec Avenue
McAllen, Texas  78503
(956) 618-0115
FAX:  (956) 618-0445

ATTORNEYS FOR DEFENDANTS,
JOAO DOVALE, M.D.AND STAT PHYSICIANS, P.A.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to attorney for Plaintiffs via fax and certified mail, return receipt requested and to all other counsel of record via regular mail, on this $\mathcal{Z}/$ day of June, 2004.

_____
Edward J. Castillo

F:\data\WPDOCS\D\De Leon, C. v. doVale.60\designation of experts.mms.wpd

**DEFENDANTS JOAO DOVALE'S AND STAT PHYSICIAN'S RULE 26(a)(2)
DISCLOSURE OF EXPERT TESTIMONY**

(e)    In addition to the disclosures required by paragraph (1) a party shall disclose to other parties the identity of any person who may be used at trial to present evidence under Rules 702, 703 and 705 of the Federal Rules of Evidence.

(f)    Except as otherwise stipulated or directed by the Court, this disclosure shall, with respect to a witness who was retained or specifically employed to provide expert testimony in a case or whose duty as an employee of the party regularly involve giving expert testimony be accompanied by written report and signed by the witness. The report shall contain a complete statement of all opinions to be expressed and the basis and reasons they are for: the data or the information considered by the witness informing the opinions; any exhibits to be used as a summary of or support for the opinions; the qualifications of the witness, including a list of all publications authored by the witness within the proceeding ten (10) years; the compensation to be paid for the study and testimony; and a listing of any other cases in which the witness has testified as an expert at trial or by his deposition within the proceeding four (4) years.

These Defendants designate the following expert witnesses who are being formally retained, because of their special expertise, knowledge and training. It is anticipated that they will testify as to all matters related to this case which are within their knowledge, training, expertise and/or experience. It is further anticipated that the trial testimony they will give will pertain to the appropriate medical standards of care and any alleged breach thereof, as well as any and all issues pertaining to negligence, causation, including proximate cause, and issues related to the injuries and damages allegedly suffered by the Plaintiffs.

Further, in their testimony, they may utilize aids such as photographs, radiology/imaging studies, charts, models, computer animation, and the like, medical and/or hospital records, reports, and other evidence, as well as all appropriate medical, nursing and/or scientific books, literature and standards.

(1)    Christopher Beach, MD
Northwestern University
Department of Emergency Medicine
Room 100
NMH/259 E. Erie
Chicago, IL 60611
Phone: (312) 926-9519
      (312) 926-6274

Dr. Beach is a Board Certified Emergency Room Physician. The subject matter of his testimony may include all issues surrounding the Plaintiff's allegations against the Defendants, all issues raised by the expert witnesses designated by the Plaintiffs, including but not limited to the standards of care for treatment of patients such as Candelario Deleon, Defendant Dr. Dovale's compliance with these standards, lack of causation for any damages alleged by the Plaintiff, and the nature of the Plaintiff's injuries.

Dr. Beach will testify as to the standards of care for an emergency room physician under the same or similar circumstances and the compliance of these Defendants with the standards of care applicable to them. He may testify that the management of Candelario Deleon in the Emergency room on 12/24/98 by Dr. Dovale was reasonable and appropriate given the circumstances and that Doctor Dovale not negligent. More specifically, he will testify that after an intoxicated Candelario Deleon was brought in to Valley Regional Medical Center after rear-ending another car, he was appropriately assessed and treated by Dr. Dovale. This assessment included a focused history, physical exam and management of noted injuries. Dr. Beach will testify that Doctor Dovale properly and timely took a focused history of Candelario Deleon, performed a physical assessment and managed Candelario Deleon's ½ centimeter head laceration. Doctor Beach will also testify generally about the appropriateness of performing radiological studies on an individual after a motor vehicle accident. He will testify that given Dr. Dovale's examination of Candelario Deleon and given Candelario Deleon's condition and presentation, the standard of care did not require radiological studies. Dr. Beach will testify that even if x-rays and other radiological studies had been performed, they would not have shown any evidence of injury due to the fact that the radiological studies performed at the Brownsville Medical Center did not show any evidence of spinal cord injury or compression. Dr. Beach may also testify about the use of steroids in treating spinal cord damage. Further, Dr. Beach may testify that Candelario Deleon's injuries were irreversible from the moment they occurred and nothing that Dr. Dovale did or did not do caused or contributed to Candelario Deleon's injuries. Dr. Beach may also testify as to the possible causes of Candelario Deleon's injuries. Therefore, he may testify that the Plaintiff was contributorily negligent. He may also testify on liability, causation, damages and/or other related issues alleged by the Plaintiff in this case. Additionally, he may testify as to Candelario Deleon's condition, prognosis, diagnosis, etiology, as well as the care provided. Dr. Beach may also testify regarding any opinions offered by the Plaintiff's expert witnesses' allegations of negligence in this case.

For a more detailed evaluation of his impressions and opinions, please see his expert report which is attached as Exhibit "2." Furthermore, please see the deposition of Dr. Beach, if and when taken, incorporated as if fully set forth herein. He will base his

- 4 -

opinions on the facts acquired from his review of the documents referred in Exhibit "1," and/or his expert report, which are available to all counsel, and in which are incorporated by referenced as if fully set forth herein. His opinions will also be based on any medical literature produced in this case, as well as his knowledge, training, education and experience.

Please see Dr. Beach's expert report which is attached as Exhibit "2."

Please see Dr. Beach's curriculum vitae, including publications, which is attached as Exhibit "3."

Please see Dr. Beach's compensation rate, which is attached as Exhibit "4."

Dr. Beach has not previously testified.

(2)    David J. Schnicker, M.D.
        600 Lake Air Drive
        Waco, TX 76710
        (254) 292-1090

Dr. Schnicker is a Board Certified Neurological Surgeon. He has been retained by Co-Defendant Valley Regional Medical Center and has not been retained by this Defendant. The subject matter of his testimony may include all issues surrounding the Plaintiff's allegations against the Defendants, all issues raised by the expert witnesses designated by the Plaintiff, including the lack of causation for any damages alleged by the Plaintiff, and the nature of the Plaintiff's injuries. He will also testify regarding the use of steroids in managing a spinal cord injury including the fact that the steroids would not necessarily have helped the severity of the Plaintiff's spinal cord injury and that Plaintiff's injuries were likely unavoidable.

He may also testify on liability, causation, damages and/or other related issues alleged by the Plaintiff in this case. Additionally, he may testify as to Candelario Deleon's physical condition, prognosis, diagnosis, etiology. Dr. Schnicker may also testify regarding any opinions offered by the Plaintiffs' expert witnesses allegations of negligence in this case. For a more detailed evaluation of his impressions and opinions, please see his expert report which is attached as Exhibit "6" and incorporated as if fully set forth herein. Furthermore, please see the deposition of Dr. Schnicker, if and when taken, incorporated as if fully set forth herein. He will base his opinions on the facts acquired from his review of the documents referenced in Exhibit "1," and/or his expert

report which are available to all counsel, and which are incorporated as if fully set forth herein. His opinions will also be based on any medical literature produced in this case, as well as his knowledge, training, education and experience.

Please see Dr. Schnicker's expert report, which is attached as Exhibit "5."

Please see Dr. Schnicker's curriculum vitae, including publications, which is attached as Exhibit "6."

Please see Dr. Schnicker's compensation rate, which is attached as Exhibit "7."

Defendant will supplement Dr. Schincker's testimonial history.

(3)    Haring J.W. Nauta, M.D.
       Department of Surgery
       Division of Neurosurgery
       9.112 John Sealy Annex
       301 University Blvd.
       Galveston, TX 77555-0517
       (409) 772-1500

Dr. Nauta is a Board Certified Neurosurgeon. He has been retained by Co-Defendant Valley Regional Medical Center and has not been retained by this Defendant. The subject matter of his testimony may include all issues surrounding the Plaintiff's allegations against the Defendants, all issues raised by the expert witnesses designated by the Plaintiff, including but not limited to the standards of care for treatment of patients such as Candelario Deleon, Defendants' compliance with these standards, lack of causation for any damages alleged by the Plaintiff, and the nature of the Plaintiff's injuries.

Dr. Nauta may testify that the results of Doctor Dovale's exam of Candelario Deleon and Candelario Deleon's presentation would not have led a reasonable physician or nurse to suggest or suspect a fractured spine or injury to the spinal cord. Specifically, Candelario Deleon did not complain to Dr. Dovale or to any of the nurses present of symptoms of a fractured spine or of spinal cord injury. Candelario Deleon did not complain of localized spine pain, limb weakness, or sensory changes to Dr. Dovale. Additionally, Candelario Deleon never lost consciousness. Dr. Nauta may testify in general about the appropriateness and effectiveness of treating a spinal cord injury with high dose steroids. Dr. Nauta may testify that given the examination by Dr. Dovale and the nurses and given Candelario Deleon's presentation, there was no reason to administer high dose steroids to Candelario Deleon while he was in the ER at Valley

- 6 -

Regional Medical Center. He may also testify that there is dispute as to whether high dose steroids would necessarily have improved Candelario Deleon's spinal cord injury. He may also testify on liability, causation, damages and/or other related issues alleged by the Plaintiffs in this case. Additionally, he may testify as to Candelario Deleon's physical condition, prognosis, diagnosis and etiology. Dr. Nauta may also testify regarding any opinions offered by the Plaintiff's expert witnesses' allegations of negligence in this case.

For a more detailed evaluation of his impressions and opinions, please see Dr. Nauta's expert report attached hereto as Exhibit "8" incorporated as if fully set forth herein. Furthermore, please refer to the deposition of Dr. Nauta, if and when taken, as if fully set forth herein. He will base his opinions on the facts acquired from his review of the documents referenced in Exhibit "1," which are available to all counsel, and which are incorporated as if fully set forth herein. and/or his expert report attached hereto as Exhibit "8" and incorporated as if fully set forth herein. His opinions will also be based on any medical literature produced in this case, as well as his knowledge, training, education and experience.

Please see Dr. Nauta's report attached as Exhibit "8."

Please see Dr. Nauta's curriculum vitae, including publications: attached as Exhibit "9."

Please see Dr. Nauta's compensation rate attached as Exhibit "10."

Defendant will supplement Dr. Nauta's testimonial history.

(4)    Cathlin Vinett, RN, BSN, CRRN, CCM, Cm
        P.O. Box 3101
        Brentwood, TN 37024
        (615) 373-2273

Cathlin Vinett, RN, BSN, CRRN, CCM, Cm is a Registered Nurse who specializes in Life Care Plans. She has been retained by Co-Defendant Valley Regional Medical Center and has not been retained by this Defendant. The subject matter of her testimony may include all issues surrounding the Life Care Plans for Candelario Deleon and all issues raised by the expert witnesses designated by the Plaintiff. The subject matter of her testimony may include Plaintiff's probable life care needs, with associated present day costs. Her testimony will be based on her education, training, and experience, as well as her review of documents set forth in Exhibit "1," and/or her expert report, which are available to all parties and incorporated by referenced as if fully set forth herein.

Furthermore, please see the deposition of Nurse Vinett, if and when taken, incorporate as if fully set forth herein.

The general substance of Nurse Vinett's opinions and mental impressions include an evaluation of Candelario Deleon's probable life care needs with associated present day costs, as well as an evaluation of the opinions expressed by the Plaintiffs' experts. The basis of these mental impressions and opinions include her education, training, and experience, as well as her review of the documents set forth in Exhibit "1." For a more detailed evaluation of her opinions and mental impressions, please see her expert report which is attached as Exhibit "11" and incorporated as if fully set forth herein.

Please see Nurse Vinett's expert report which is attached as Exhibit "11."

Please see Nurse Vinett's curriculum vitae, including publications, which is attached as Exhibit "12."

Please see Nurse Vinett's compensation rate, which is attached as Exhibit "13."

Please see Nurse Vinett's testimonial history for the past four years attached as Exhibit "14."

(5)    Stephen Horner, PhD
       P.O. Box 2685
       Corpus Christi, Texas 78403
       (361) 883-1686

Dr. Horner is an economist. He has been retained by Co-Defendant Valley Regional Medical Center and has not been retained by this Defendant. The subject matter of his testimony may include all issues surrounding the Plaintiffs claimed damages, including but not limited to, the present value and future damages and economic analysis of Plaintiff's claimed damages. He will also discuss issues raised by Plaintiff's expert in this subject area. The facts known to him include his education, training, and experience as well as his review of documents referred in Exhibit "1," and/or his expert report, which are available to all counsel and which are incorporated as if fully set forth herein.

Generally, his opinions and mental impressions of any future damages are subject to economic analysis which can be applied once a specific future damage allegation in dollars and cents are specified, if any. For a more detail evaluation of his opinions and mental impressions, please see his expert report which is attached hereto as Exhibit "15." Furthermore, please see Dr. Horner's deposition, if and when taken, incorporated as if fully set forth herein.

- 8 -

Please see Dr. Horner's expert report which is attached as Exhibit "15."

Please see Dr. Horner's curriculum vitae, including publications, which is attached as Exhibit "16."

Please see Dr. Horner's compensation rates attached hereto as Exhibit "17."

Please see Dr. Horner's testimonial history for the previous four years attached hereto as Exhibit "18."

Defendants would further designate the following Defendant as an expert witness on his own behalf:

(1)    Joao Dovale, M.D.
       4500 N. 5th St.
       McAllen, TX 78504
       (956) 668-7425

Dr. Dovale is an Emergency Room Physician. The subject matter of his testimony may include all issues surrounding the Plaintiff's allegations against the Defendants, all issues raised by the expert witnesses designated by the Plaintiff, including but not limited to the standards of care for treatment of patients such as Candelario Deleon, Defendant Dr. Dovale's compliance with these standards, lack of causation for any damages alleged by the Plaintiff, and the nature of the Plaintiff's injuries.

Dr. Dovale will testify as to the standards of care for an emergency room physician under the same or similar circumstances and the compliance of this Defendant with these standards of care. He may testify that his management of Candelario Deleon in the Emergency room on 12/24/98 was reasonable and appropriate and that he was not negligent. More specifically, he will testify that after an intoxicated Candelario Deleon was brought in to Valley Regional Medical Center after rear-ending another car, he was appropriately assessed and treated by Dr. Dovale. This assessment included a focused history, physical exam and management of noted injuries. Dr. Dovale will testify that he properly and timely took a focused history of Candelario Deleon, performed a physical assessment and managed Candelario Deleon's ½ centimeter head laceration. Doctor Dovale will also testify generally about the appropriateness of performing radiological studies on an individual after a motor vehicle accident. He will testify that given his examination of Candelario Deleon and given Candelario Deleon's condition and presentation, the standard of care did not require radiological studies. Dr. Dovale will testify that even if x-rays and other radiological studies had been performed, they would not have shown any evidence of spinal injury due to the fact that the radiological

- 9 -

studies performed at the Brownsville Medical Center did not show any evidence of spinal cord injury or compression. Dr. Dovale may also testify about the use of steroids in treating spinal cord damage. Further, Dr. Dovale may testify that Candelario Deleon's injuries were irreversible from the moment they occurred and nothing that he did or did not do caused or contributed to Candelario Deleon's injuries. Dr. Dovale may also testify as to the possible causes of Candelario Deleon's injuries. Therefore, he may testify that the Plaintiff was contributorily negligent. He may also testify on liability, causation, damages and/or other related issues alleged by the Plaintiff in this case. Additionally, he may testify as to Candelario Deleon's condition, prognosis, diagnosis, etiology, as well as the care provided and the medical expenses associated therewith. Dr. Dovale may also testify regarding any opinions offered by the Plaintiff's expert witnesses' allegations of negligence in this case. He will base his opinions on the facts acquired from his review of the documents referred in Exhibit "1," which are incorporated by referenced as if fully set forth herein. His opinions will also be based on any medical literature produced in this case, as well as his knowledge, training, education and experience. For further answer, please see the deposition of Joao Dovale, M.D. as if fully set forth herein.

Defendants reserve the right to call upon direct/cross and/or rebuttal examination any and all retained or designated experts identified by Co-Defendants in this cause and hereby for purposes of this designation under the Rules of Federal Procedure, incorporate by reference herein, Co-Defendant's designation of experts. This list includes, but is not limited to, the following individuals:

David J. Schnicker, M.D.
600 Lake Air Drive
Waco, TX 76710
(254) 292-1090

Haring J.W. Nauta, M.D.
Department of Surgery
Division of Neurosurgery
9.112 John Sealy Annex
301 University Blvd.
Galveston, TX 77555-0517
(409) 772-1500

Cathlin Vinett, RN, BSN, CRRN, CCM, Cm
P.O. Box 3101
Brentwood, TN 37024
(615) 373-2273

Stephen Horner, PhD
P.O. Box 2685
Corpus Christi, Texas 78403
(361) 883-1686

Ruthie Robinson, RN, MSN, CNS
P.O. Box 12590
Beaumont, TX 77726
(409) 880-8830

David Lopez, FACHE
3115 Long Bay Court
Houston, TX 77059
(713) 566-6410

Defendants also reserves the right to call for direct or cross-examination or rebuttal testimony from any one or more persons named by the Plaintiff as expert witnesses in this case. In this regard, while Defendants do not wish to be misunderstood as having designated those individuals as Defendants' expert's, and does not necessarily agree with the opinions of those experts, if any, Defendants reserve the right to elicit opinions and mental impressions from those witnesses and for that limited purpose list them in this designation.

Dan Bagwell, R.N.
Rehabilitation Professional Consultants, Inc.
5101 Medical Drive
San Antonio, TX 78229
(210) 615-7772

James Garriot, Ph.D., Forensic Toxicologist
16031 Oak Grove
San Antonio, TX 78255
(210) 695-9520

Nick Peters, M.D.
2300 Marie Curie Road
Garland, TX 75042
(972) 562-8541

Zeff Ross, FACHE
10213 Capri St.
Cooper City, Florida 33026-4637
(954) 433-7199

Jeremy Slater, M.D.
St. John's Physicians and Clinics
3231 South National Ave.
Springfield, MO 65807-7396
(417) 883-7422

Alex Willingham, M.D.
Rehabilitation Professional Consultants, Inc.
5101 Medical Drive
San Antonio, TX 78229
(210) 615-7772

Defendant also designates the following healthcare providers who may have certain opinions regarding the medical conditions, injuries, impairment, medical expenses and care and treatment provided by Defendants and other medical personnel to Candelario Deleon  These individuals have not been specifically retained or hired as expert witnesses by Defendants, however, Defendants anticipate calling these witnesses to offer expert opinions as treating healthcare providers.  Subject matter that the following healthcare providers may testify as to Candelario Deleon's medical history, condition, alleged injuries, prognosis, impairment, disability, if any, care and treatment, medical bills, and all issues surrounding causation damages claimed by the Plaintiff.

They may also address issues raised and opinions expressed by the Plaintiffs in the above-listed subject areas.  Furthermore, they may testify regarding the appropriate medical standards of care relating to the care and treatment of Candelario Deleon.  They base their opinions, mental impressions and conclusions upon their knowledge, training, education, experience as well as their review of the reference materials.

The names listed have come from the medical records pertaining to Candelario Deleon  Their notes, opinions, findings and reports may be contained in such reports and in their oral and/or written deposition testimony.

(1)    Any and all doctors (who treated Plaintiff at), nurses, agents, servants,
       representatives and/or employees and the Custodian of Records of:
       Edward McGlynn, M.D.
       100 A Alton Gloor
       Brownsville, TX 78521
       (956) 761-0411

Dr. McGlynn is a physical who specializes in cardiovascular diseases. He may be called
to testify about his care and treatment of Candelario Deleon. He may be called to testify
as to Plaintiff's alleged injuries and condition. He or his custodian of records may be
called upon to testify as to the authenticity of his business records.

(2)    Any and all doctors (who treated Plaintiff at), nurses, agents, servants,
       representatives and/or employees and the Custodian of Records of:
       Brownsville Emergency Medical Service
       954 East Madison Street
       Brownsville, TX 78520
       (956) 541-9491

Brownsville Emergency Medical Service rendered emergency care to Candelario
Deleon. They may be called upon to testify as to their care and treatment of Candelario
Deleon, the circumstances surrounding their treatment of Candelario Deleon and
Candelario Deleon's condition while they were treating him. The custodian of records
for Brownsville Emergency Medical Service may be called upon to testify regarding the
authenticity of its business records

(3)    Any and all doctors (who treated Plaintiff at), nurses, agents, servants,
       representatives and/or employees and the Custodian of Records of:
       City of Brownsville EMS
       600 East Jackson Street
       Brownsville, TX 78520
       (956) 541-9491

       This list includes, but is not limited to the following:
       P. Rodriguez, Attendant
       S. Fonseca, Driver
       C. Mendoza , Attendant
       Guste Mendez
       James Henson, Driver
       Rey Rosas (Rosat), Atendant
       E. Draniser, L.V.N.

- 13 -

Lara, Driver
Encardo, Attendant
C. Del Angel, Driver
C.T. Ortiz, Attendant
P. Rojas, Attendant
Rey Roset, Attendant
Edith Ramos
Luis Flores Urbina

Brownsville Emergency Medical Service rendered emergency care to Candelario Deleon. They may be called upon to testify as to their treatment of Candelario Deleon, the circumstances surrounding their treatment of Candelario Deleon and Candelario Deleon's condition while they were treating him. The custodian of records for Brownsville Emergency Medical Service may be called upon to testify regarding the authenticity of its business records

(4)     Any and all doctors (who treated Plaintiff at), nurses, agents, servants, representatives and/or employees and the Custodian of Records of:
 Valley Regional Medical Center
8101 West Sam Houston Parkway S., Suite 100
Houston, TX 77072

Individuals at Valley Regional Medical Center rendered care and treatment to Candelario Deleon. They may be called upon to testify regarding this care and treatment and regarding Candelario Deleon's condition. The custodian of records for Valley Regional Medical Center may be called upon to testify regarding the authenticity of its business records.

(5)     Any and all doctors (who treated Plaintiff at), nurses, agents, servants, representatives and/or employees and the Custodian of Records of:
 Rio Grande Podiatry Center
500 Parades Lane Road, Suite 4
Brownsville, TX 78521
(956) 546-4119

Individuals at Rio Grande Podiatry Center rendered care and treatment to Candelario Deleon. They may be called upon to testify regarding this care and treatment and regarding Candelario Deleon's condition. The custodian of records for Rio Grande Podiatry Center may be called upon to testify regarding the authenticity of its business records.

- 14 -

(6)     Any and all doctors (who treated Plaintiff at), nurses, agents, servants, representatives and/or employees and the Custodian of Records of:
University Eye Center
30 N. Park Place
Brownsville, TX 78520
(956) 542-9118

Individuals at University Eye Center rendered care and treatment to Candelario Deleon. They may be called upon to testify regarding this care and treatment and regarding Candelario Deleon's condition. The custodian of records for University Eye Center may be called upon to testify regarding the authenticity of its business records.

(7)     Any and all doctors (who treated Plaintiff at), nurses, agents, servants, representatives and/or employees and the Custodian of Records of:
Brownsville Medical Center
1048 W. Jefferson Street
Brownsville, TX 78520
(956) 544-1400

These individuals include, but are not limited to:
Alejandro Hernandez, ART (custodian of record)
Irma Stevens (notary of republic)
Doron Nuchovich, M.D.
O. Serrato
J. Medina, R.N.
Carlos Garcia, L.V.N.
Fantay, R.N.
D. Gonzalez, L.V.N.
Sam A. Caum, R.N.
Nagarjun Narra, M.D.
Pacheco, M.D.
L. Marchard, R.N.
M. Rivas, L.V.N.
L. Asencio, R.N.
N. Henry, L.V.N.
L. Pena, L.V.N.
Nova Oraneo, R.N.
Philip Onghai, M.D.
Joselvis Ayala, M.D.
L. Villalpado. L.V.N.

- 15 -

J. P. Garza
D. Spark, R.N.
H. Hebert, R.N.
L. Garza, L.V.N.
Conchita, R.N.
M. Smith, L.V.N.
Michael Leal, R.N.
Cathy Barrera, R.D.L.D.
A. Buyon, R.N.
Eduardo Kofman, M.D.
Brenda I. Varela, R.N.
L. Villarreal, R.N.
I. Trevino, R.N.
Diana H. Lozano, L.V.N.
Veronica Alejandro, R.N.
W.J. McKinney, M.D.
R. Beaver, L.V.N.
R. Mendieta, R.N.
D. Heselboh, R.N.
L. Moreno, R.N.
C. Bielunski, R.N.
Barbara Noyale
Luis Gaitan, M.D.
M. Matilda, R.N.
D. Payton, R.N.
M. Asoria, R.N.
V. Guerra, R.N.
S.P. Canlee, R.N.
S. Valero
J. Nanbelly, L.V.N.
Charlotte Man, R.N.
V. Hauplman, R.N.
U. Mark, R.P.T.
Eve M. Marde, P.T.
Brep, P.T.
B. Mata, L.V.N.
R. Brauny, L.V.N.
Maria Dune, L.V.N.
L. Feeton, L.V.N.
C. Abaham, L.V.N.
Sonhar, R.N.

H. Herbert, R.N.
S.P. Coulee, R.N.
Songhai, R.N.
H. Yabat, R.N.
N. Hauptman, R.N.
M. Hauptnor, R.N.
Eonghan, R.N.
Brenda Ivey, R.N.
R. Bermudez, R.N.
Z. Bermudez, R.N.
A.P. Ramirez, R.N.
S. Parsons, R.N.
Ana Maria Garcia, L.V.N.
A. Bryan, R.N.
E. Gonzalez, L.V.N.
R. Ramirez, L.V.N.
Anthony Barrera, RD/LD
W. J. McKinney, M.D.
Anant Utturkar, M.D.
Khadim Hussain, M.D.
Maria Uribe, M.D.
Henry Imperial, M.D.
Fayez Nahhas, M.D.
F. Villos, M.D.
M. Asoria, R.N.
E. Salazar, R.N.
Ovi Chavez, R.N.
A. Bryant, R.N.
R. Boun, R.N.
Silvia Pinon, L.V.N.
Lionel Benavides, L.V.N.
J. Blanco, R.N.
Shocampo, R.N.
May Bermudez, R.N.
S. Maydalero, R.N.
P. Naranjo, R.N.
M. Paga, L.V.N.
Jee Delloba, P.T.
P. Malayfa, P.T.
M. Rena, R.N.
Shelly J. Blena, R.N.

- 17 -

Venegas, M.D.
Irma Munoz, L.V.N.
A. Bazan, R.N.
S. Brics, R.N.
Jose Luis Ayala, D.P.M.
Luis Garcia, M.D.
Jose Villalobos, M.D., F.A.C.S.
V. Alexander, R.N.
N. Guerra, R.N.
M. Magdalero, R.N.
M. Raga, L.V.N.
M. Reyna, L.V.N.

Individuals at Brownsville Medical Center rendered care and treatment to Candelario Deleon. They may be called upon to testify regarding this care and treatment and regarding Candelario Deleon's condition. They may also testify as to how Candelario was brought in to Brownsville Medical Center on 12/25/98 and any conversation surrounding that event. They may also be called upon to testify as to the radiological findings of Candelario Deleon's x-rays, CT's and MRI's. The custodian of records for Brownsville Medical Center may be called upon to testify regarding the authenticity of its business records.

(8)    Any and all doctors (who treated Plaintiff at), nurses, agents, servants, representatives and/or employees and the Custodian of Records of:
Jose Luis Ayala, M.D.
500 Paredes Line Road, Suite 4
Brownsville, TX 78520
(956) 456-4119

Dr. Ayala rendered care and treatment to Candelario Deleon. He may be called upon to testify regarding this care and treatment and regarding Candelario Deleon's condition. Dr. Ayala or his custodian of records may be called upon to testify regarding the authenticity of his business records.

(9)    Any and all doctors (who treated Plaintiff at), nurses, agents, servants, representatives and/or employees and the Custodian of Records of:
Luis Gayton, M.D.
2137 East 22nd Street
Brownsville, TX 78570
(956) 548-7400

- 18 -

Dr. Gayton rendered care and treatment to Candelario Deleon. He may be called upon to testify regarding this care and treatment and regarding Candelario Deleon's condition. Dr. Gayton or his custodian of records may be called upon to testify regarding the authenticity of his business records.

(10)    Any and all doctors (who treated Plaintiff at), nurses, agents, servants, representatives and/or employees and the Custodian of Records of:
Victor Leal, M.D.
30 North Park Place
Brownsville, TX 78572
(956) 542-9118

Dr. Leal is an ophthalmologist who rendered care and treatment to Candelario Deleon. He may be called upon to testify regarding this care and treatment and regarding Candelario Deleon's condition. Dr. Leal or his custodian of records may be called upon to testify regarding the authenticity of his business records.

(11)    Any and all doctors (who treated Plaintiff at), nurses, agents, servants, representatives and/or employees and the Custodian of Records of:
Valley Regional Medical Center
100 E. Alton Gloor Blvd, Ste A
Brownsville, TX 78526-3307
(956) 831-9611

This list includes, but is not limited to:
Harold Daryth Sr., R.N.
Joao Dovale, M.D.
Diane Clark, Custodian of Records
Harold Wright, R.N.

Candelario Deleon was treated at Valley Regional Medical Center. These individuals may be called upon to testify as to the appropriateness of the care and treatment Candelario Deleon received. These individuals may be called upon to testify as to the examination of Candelario Deleon and treatment of Candelario Deleon. Further, these individuals may testify as to Candelario Deleon's presentation and condition. The custodian of records for Valley Regional Medical Center may testify as to the authenticity of its business records.

(12)    Any and all doctors (who treated Plaintiff at), nurses, agents, servants, representatives and/or employees and the Custodian of Records of:
 Plastic Surgery Center
109 E. Price Rd.
Brownsville, TX 78521
(956) 546-5237

Candelario Deleon was treated at the Plastic Surgery Center. The individuals that cared for him may be called upon to testify as to their care and treatment of Candelario Deleon. They may also testify as to Candelario Deleon's condition and prognosis. The custodian of records for the Plastic Surgery Center may testify as to the authenticity of its business records.

(13)    Any and all doctors (who treated Plaintiff at), nurses, agents, servants, representatives and/or employees and the Custodian of Records of:
 Homayon Sidiq, M.D.
2137 East 22nd Street
Brownsville, Texas 78521
(956) 548-7400

Dr. Sidiq specializes in internal medicine; he rendered care and treatment to Candelario Deleon. He may be called upon to testify regarding this care and treatment and regarding Candelario Deleon's condition. Dr. Sidiq or his custodian of records may be called upon to testify regarding the authenticity of his business records.

(14)    Any and all doctors (who treated Plaintiff at), nurses, agents, servants, representatives and/or employees and the Custodian of Records of:
 Khalid R. Solija, M.D.
109 East Price Road
Brownsville, Texas 78520
(956) 546-5237

Dr. Solija rendered care and treatment to Candelario Deleon. He may be called upon to testify regarding this care and treatment and regarding Candelario Deleon's condition. Dr. Solija or his custodian of records may be called upon to testify regarding the authenticity of his business records.

- 20 -

(15)    Any and all doctors (who treated Plaintiff at), nurses, agents, servants, representatives and/or employees and the Custodian of Records of:
BioCom Clinical Laboratories Inc.
909 S. James, Suite E
Weslaco, TX 78596
(956) 968-0222

Individuals at BioCom Clinical Laboratories, Inc. rendered care and treatment to Candelario Deleon. He may be called upon to testify regarding this care and treatment and regarding Candelario Deleon's condition. The custodian of records may be called upon to testify regarding the authenticity of its business records

(16)    Any and all doctors (who treated Plaintiff at), nurses, agents, servants, representatives and/or employees and the Custodian of Records of:
Doron (Daniel) Nuchovich, M.D.
1309 Flagler Drive
West Palm Beach, FL
(561) 746-2033

Dr. Nuchovich rendered care and treatment to Candelario Deleon. He may be called upon to testify regarding this care and treatment and regarding Candelario Deleon's condition. Dr. Nuchovich or his custodian of records may be called upon to testify regarding the authenticity of his business records.

(17)    Any and all doctors (who treated Plaintiff at), nurses, agents, servants, representatives and/or employees and the Custodian of Records of:
Danilo Asase, M.D.
1713 Treasure Hills, Suite 1B
Brownsville, TX 78520
(800) 559-7833

Dr. Asase rendered care and treatment to Candelario Deleon. He may be called upon to testify regarding this care and treatment and regarding Candelario Deleon's condition. Dr. Asase or his custodian of records may be called upon to testify regarding the authenticity of his business records.

- 21 -

(18)    Any and all doctors (who treated Plaintiff at), nurses, agents, servants, representatives and/or employees and the Custodian of Records of:
Brownsville Urological Center
864 Central Blvd., Ste. 500
Brownsville, TX 78521
(956) 546-3596

This list includes, but is not limited to the following:
Gloria Cavazos, Secretary
De La Vega, M.D.
Jose Villalobos, M.D.

Individuals at Brownsville Urological Center rendered care and treatment to Candelario Deleon. They may be called upon to testify regarding this care and treatment and regarding Candelario Deleon's condition. The custodian of records  may be called upon to testify regarding the authenticity of business records.

(19)    Any and all doctors (who treated Plaintiff at), nurses, agents, servants, representatives and/or employees and the Custodian of Records of:
Brownsville Community Health Center
2137 E.  22nd Street
Brownsville, Texas 78521
(956) 548-7400

These individuals include, but are not limited to the following:

I. Ramos, L.V.N.
Pishordi, M.D.
Daniel T. Garcia, Health Information Services Supervisor
Luis Gaytan, M.D.
Homayon Sidiq, M.D.
Irma Hinojosa
O. Rodriguez

Individuals at Brownsville Community Health Center rendered care and treatment to Candelario Deleon. They may be called upon to testify regarding this care and treatment and regarding Candelario Deleon's condition. The custodian of records  may be called upon to testify regarding the authenticity of business records.

- 22 -

(20)    Any and all doctors (who treated Plaintiff at), nurses, agents, servants, representatives and/or employees and the Custodian of Records of:
Valley Grande Manor Brownsville
901 Wildrose Lane
Brownsville, TX 78520
(956) 546-4568

These individuals include, but are not limited to the following:
Irma Hinojosa
Maria Torres, Medical Records
Homayon Sidig, M.D.
Sylvia P. Cortez, L.S.W.
Jessica Land, R.N.
Delia Aguilar
N. Vandine, L.V.N.
Irma A. Hiojosa, L.V.N.
Richard Garza
Philip Onghai, M.D.
Edith Ramos, L.V.N.
Irma Hiojosa, L.V.N.
Sleary, O.T.R.
Diana Lozano, L.V.N.
Pelly, M.D.
Leama Lozano, C.M.A.
A. Rangel, R.N.
B. Gutierrez, C.M.A.
M. Rosalez, L.V.N.
Isabel A. Posada, L.V.N.
A. Bryan, R.N.
L. Perales, L.V.N.
F. Moran, L.V.N.
Gloria Eduero, C.M.A.
Noemi Leal
Karina Ruiz
P. Cabrera, L.V.N.
M. Rosales, L.V.N.
M. Escobedo, L.V.N.
D. Schneider, L.V.N.
Gariela Martinez, L.V.N.
E. Draneses, R.N.
A. Golapati, L.V.N.

Beatriz Cruz, C.M.A.
Sulema Castillo, R.N.
Edonoses, L.V.N.
V.P. Celbra, L.V.N.
H. Rodriguez
Rita R. Lopez, L.V.N.
Sulema Castillo, L.V.N.
L. Seale, L.V.N.
S. Fonseca, Driver
G. Mendoz, Attendant
Ayala, M.D.
Maria Ramirez
Darlene De Grados, C.O.T.A.
Y. Lopez, R.N.
Geradine C. Hernandez, R.P.T.
Leonor Lozano, M.A.
Susy George, O.T.R.
V. Osorio, R.N.
Hilda Gonzalez, L.V.N.
Maria G. Martinez, C.M.A.
Lach, M.D.
Rey Rosat, Attendant
Reddy, M.D.
R. Saldana, L.V.N.

Individuals at Valley Grande Manor rendered care and treatment to Candelario Deleon. They may be called upon to testify regarding this care and treatment and regarding Candelario Deleon's condition. The custodian of records may be called upon to testify regarding the authenticity of business records.

(21)   Any and all doctors (who treated Plaintiff at), nurses, agents, servants, representatives and/or employees and the Custodian of Records of:
Mobile Imaging X-Ray
Brownsville, TX 78520

Individuals at Mobile Imaging X-Ray rendered care and treatment to Candelario Deleon. They may be called upon to testify regarding this care and treatment and regarding Candelario Deleon's condition. The custodian of records may be called upon to testify regarding the authenticity of business records.

- 24 -

(22)    Any and all doctors (who treated Plaintiff at), nurses, agents, servants, representatives and/or employees and the Custodian of Records of:
F.M. Pharmacy
(956) 544- 1800

Individuals at F.M. Pharmacy rendered care and treatment to Candelario Deleon. They may be called upon to testify regarding this care and treatment and regarding Candelario Deleon's condition.  The custodian of records may be called upon to testify regarding the authenticity of business records.

(23)    Any and all doctors (who treated Plaintiff at), nurses, agents, servants, representatives and/or employees and the Custodian of Records of:
Lindale Medical Laboratory
500 Paredes Line Rd, Ste # 6
Brownsville, TX 78521
(956) 546-3734

Individuals at Lindale Medical Laboratory rendered care and treatment to Candelario Deleon.  They may be called upon to testify regarding this care and treatment and regarding Candelario Deleon's condition.  The custodian of records may be called upon to testify regarding the authenticity of business records.

(24)    Any and all doctors (who treated Plaintiff at), nurses, agents, servants, representatives and/or employees and the Custodian of Records of:
Texas Rehabilitation Commission
Disability Determination Services
P.O. Box149198
Austin, Texas 78714-9198

(800) 252-9627
K. McClenahan, Disability Examiner

Individuals at Texas Rehabilitation Commission evaluated Candelario Deleon. They may be called upon to testify regarding this evaluation of  Candelario Deleon's condition.  The custodian of records may be called upon to testify regarding the authenticity of his/her business records.

Defendant also designates the following police agencies and law enforcement officers  who may have certain opinions regarding the presentation, injuries and impairment of Candelario Deleon.   These individuals may also testify about the  automobile accident caused by

Candelario Deleon and the circumstances surrounding the accident including the cause of the accident and Candelario Deleon's impairment. These individuals may also testify as to the circumstances surrounding Candelario Deleon's incarceration. These individuals have not been specifically retained or hired as expert witnesses by Defendants, however, Defendants anticipate calling these witnesses to offer expert opinions as law enforcement officers.

They may also address issues raised and opinions expressed by the Plaintiffs in the above-listed subject areas. They base their opinions, mental impressions and conclusions upon their knowledge, training, education, experience as well as their review of the reference materials including police reports and accident reports.

The names listed have come from the records pertaining to Candelario Deleon  Their notes, opinions, findings and reports may be contained in such reports and in their oral and/or written deposition testimony.

(1)    Any and all agents, servants, representatives and/or employees and the Custodian of Records of:
Brownsville Police Department
600 East Jackson Street
Brownsville, TX 78520
(956) 548-7000

These individuals include, but are not limited to:
Andres S. Torres, Jr., Officer
Elvira Ahumada
Alex Ortiz, Officer
Benigno Reyna, Chief

These individuals were involved in the arrest and incarceration of Candelario Deleon. They may be called upon to testify as to Candelario Deleon's condition and their treatment of him. They may be called upon to testify as to the cause of the accident on 12/24/98, injuries sustained by Candelario Deleon and Candelario Deleon's intoxication and subsequent arrest. The custodian of records may be called upon to testify as to the authenticity of business records.

(2)    Any and all agents, servants, representatives and/or employees and the Custodian of Records of:
Cameron County Jail Division
954 E. Harrison
Brownsville, TX 78520
(956) 544-0865

- 26 -

These individuals were involved in the arrest and incarceration of Candelario Deleon. They may be called upon to testify as to Candelario Deleon's condition and their treatment of him. They may be called upon to testify as to the cause of the accident on 12/24/98, injuries sustained by Candelario Deleon and Candelario Deleon's intoxication and subsequent arrest. The custodian of records may be called upon to testify as to the authenticity of business records.

Defendant reserves the right to supplement and/or amend this designation pursuant to the Federal Rules of Civil Procedure, Court order and/or by agreement of the parties. Furthermore, Defendant reserves the right to cross-designate, examine or cross-examine any expert listed by Co-Defendants or Plaintiff if not objected to by this Defendant.

# EXHIBIT "1."

(1)    **Plaintiff's Third Amended Complaint;**

(2)    **Medical Records from Valley Regional Medical Center;**

(3)    **Medical Records from Brownsville Medical Center;**

(4)    **Medical Records from Brownsville EMS;**

(5)    **Medical Records from Brownsville Police Department;**

(6)    **Medical Records from Valley Grande Manor;**

(7)    **Deposition of Candelario Deleon;**

(8)    **Deposition of Joao Dovale, M.D.;**

(9)    **Deposition of Nick, Peters, M.D.;**

(10)   **Deposition of Jeremy Slater, M.D.;**

(11)   **Deposition and report of Zeff Ross, FACHE;**

(12)   **Life Care Plan of Alex Willingham, M.D./ Dan Bagwell, R.N.;**

(13)   **Dr. Peter's two Expert Reports;**

(14)   **Dr. Slater's two Expert Reports;**

(15)   **Dr. James Gariott's report and deposition;**

(16)   **Plaintiff's Discovery Responses including:**

       **Plaintiff's Objection to Second Requests for Production;**

       **Plaintiff's Objections to Written Interrogatories of Defendant HCA-The Healthcare Company;**

       **Plaintiff's Objections to Requests for Production to Requests fro Production of Defendant Columbia Valley Healthcare Systems, L.P. D/B/A Valley Regional Medical Center;**

Plaintiff Candelario Deleon's Objections and Answers to Interrogatories and Responses to Requests for Admission and Requests for Production by Defendant City of Brownsville;

Plaintiff's Objections and Answers to Columbia Valley Healthcare System, L.P. D/B/A Valley Regional Medical Center's Interrogatories;

Plaintiff's Objections and Responses to Defendant Columbia Valley Healthcare System's Requests for Production;

Plaintiff's Objections and Answers to Defendant HCA-The Healthcare Company's Interrogatories;

Plaintiff's Objections and Answers to Defendant HCA-The Healthcare Company's Requests for Production;

Candelario Deleon's Objections to Joao Dovale M.D.'s Request for Production;

Candelario Deleon's Objections to Joao Dovale M.D.'s First Set of Interrogatories;

Candelario Deleon's Objections to Stat Physician's P.A.'s First Set of Interrogatories;

Candelario Deleon's Objections to Stat Physician's P.A.'s Request for Production;

Plaintiff's Answer to Defendant HCA-The Healthcare Company's Request for Production (Second Set);

Candelario Deleon's Responses and Objections to Request for Admissions;

Candelario Deleon's Supplemental Objections and Answers to Stat Physicians, P.A.'s First Set of Interrogatories;

Candelario Deleon's Supplemental Objections and Answers to Stat Physicians, P.A.'s Request for Production;

Candelario Deleon's Supplemental Objections and Answers to Joao Dovale, M.D.'s First Set of Interrogatories;

**Candelario Deleon's Supplemental Objections and Answers to Joao Dovale, M.D.'s Request for Production;**

**Plaintiff Candelario Deleon's Supplemental Responses and Objections to First Request for Admissions;**

**Plaintiff Candelario Deleon's Responses to Defendant Joao Dovale, M.D.'s First Request for Admissions;**

**Plaintiff's Objections and Response to Defendant Columbia Valley Healthcare System, L.P. D/B/A Valley Regional Medical Center's Third Request for Production;**

**Candelario Deleon's Objections, Answers and Responses to Columbia Valley Healthcare System, L.P. D/B/A Valley Regional Medical Center's Second Request for Admission and Fifth Request for Production;**

**(17)    Social Security Records of Candelario Deleon;**

**(18)    IRS records of Candelario Deleon.**

**(19)    Accident Report**

# EXHIBIT "2."

# CHRISTOPHER BEACH, MD, FAAEM

11 June 2004

Steven M. Gonzalez and Associates, P.C.
Attn: Melissa M. Sage
1317 East Quebec Avenue
McAllen, Texas  78503

Re: Civil No. CV-B-00-192: *Candelario De Leon v. Joao Dovale, MD, et al.*

Mr. Gonzalez and Ms. Sage,

I, Christopher Beach, MD, am a licensed physician Board Certified in Emergency Medicine.  I am a Fellow of the American Academy of Emergency Medicine and an Assistant Professor at Northwestern University's Feinberg School of Medicine in Chicago, Illinois.  I have had the opportunity to review the following medical records pertaining to this case:

1. Plaintiff's Third Amended Complaint
2. Columbia Valley Regional Medical Center ED record
3. Brownsville Medical Center ED dictation of Dr. Sidiq
4. Brownsville Medical Center discharge summary of Dr. Uribe
5. Brownsville EMS reports – 24 Dec 1998 through 3 Oct 99
6. Toxicology interpretation of Dr. Garriott
7. Brownsville Police Department report
8. Oral deposition of Plaintiff
9. Oral deposition of Dr. Dovale
10. Medical review of Dr.'s Slater and Peters

Mr. De Leon was a 57 year old male when this incident occurred on 24 December 1998.  According to police reports Mr. De Leon rear ended a car stopped at a stop sign around 19:30.  Shortly thereafter Brownsville EMS paramedics responded to the scene.  According to the EMS report Mr. De Leon was not wearing a seatbelt.  There was no loss of consciousness reported.  Paramedics noted normal range of motion 'to all 4 extremities'.  Mr. De Leon was transported to Columbia Valley Regional Medical Center's emergency room.  His vital signs were normal.  Review of systems was unremarkable.  The exam was notable for alcohol intoxication and a small forehead laceration.  Dr. Joao Dovale, the attending physician, reported a complete physical exam as normal.  Mr. De Leon was released to the Brownsville police after receiving a thorough assessment, wound care and a tetanus immunization.

Mr. De Leon was taken by BPD officers to jail pending court the following morning.  At 07:56 Brownsville EMS were called to transport Mr. De Leon back to the ED for evaluation of 'back pain'.  He was taken to Brownsville Medical Center

emergency room.  En route it was reported he had 'no injuries noted to his neck and upper back area'.

At Brownsville Medical Center, Mr. De Leon was admitted and had normal CT scans of the head, thoracic spine and abdomen.  He also had unremarkable MRI's of the cervical and thoracic spine for acute injury, fracture or disc herniation.  His exam remained unchanged and he was discharged to a nursing home for physical therapy.  Mr. De Leon suffered an incomplete quadriparesis without any reported significant radiographic abnormality.

## DISCUSSION

Mr. De Leon was a chronic alcoholic with one previous conviction each of DUI and public intoxication.  According to Dr. Dovale's deposition Mr. De Leon did not complain of any numbness or weakness.  Nursing documentation and EMS documentation reported movement ('+') in all four extremities.  Documentation by Dr. Dovale revealed a normal physical exam, including a complete back, extremity and neurologic exam.  In addition, Dr. Dovale's documentation was consistent with his oral deposition – Mr. De Leon had a normal exam, with the exception of a laceration on his forehead and smelling of alcohol.

Mr. De Leon's ultimate diagnosis was likely irreversible from the moment it occurred.  He appears to have had a spinal cord contusion without fracturing vertebrae or damaging ligamentous structures.  To date there has never been a medical or non-surgical therapy that can cure spinal cord damage once it occurs.  The mainstays of medical therapy include methylprednisolone, a steroid, and vasopressor support.  Neither will cure a damaged spinal cord.  However, there is great debate in the medical literature regarding any potential benefit of steroid medications for these patients.  In fact, physicians have called for rigorous scientific review of available research data on this topic.  To date methylprednisolone has never been FDA approved for use in spinal cord injury.  In this particular case, I am confident, within a reasonable degree of medical certainty that Mr. De Leon's injury was irreversible from the moment he suffered it, regardless of therapy.

I am familiar with the standards of practice regarding the emergency treatment of patients involved in minor motor vehicle accidents.  I am assured that Mr. De Leon received care within these accepted standards of emergency medicine practice.  The standards of care require a focused history and physical exam, and management of noted injuries.  In this case, Mr. De Leon denied any problems on history and review of systems to Dr. Dovale.  Management of the small scalp laceration was appropriate.  The patient was responsive to all of Dr. Dovale's questioning and examination, and cooperative with management of the wound.  Based on this interaction it was appropriate to clinically clear his cervical spine without radiographs.  In fact, had radiographs been done they would have been normal, as noted by the radiologist the following morning, and care would have been unchanged.

Examinations of Mr. De Leon by multiple care providers, including paramedics, doctor and nurse on the evening of 24 December 1998, were unremarkable and no radiographic signs of spinal cord injury were ultimately ever noted. Dr. Dovale's emergency medical care was well within the accepted standards of practice for a patient involved in a minor motor vehicle accident. Thank you for providing me the opportunity to review this case. To help formulate any future opinions I reserve the right to review additional documentation and testimony as it pertains to this case. Please contact me should you have any questions regarding this review.

Respectfully,

Christopher Beach, MD
Assistant Professor
Northwestern University - The Feinberg School of Medicine
Associate Director of Operations
Northwestern Memorial Hospital Emergency Department

# EXHIBIT "3."

# CHRISTOPHER BEACH, MD

## EDUCATION

August 1987 – May 1991                    Rutgers College of Rutgers University
*Bachelor of Arts - Biology*
August 1991 – May 1994                    UMDNJ-RWJMS
*Doctor of Medicine*
- Joint BS/MD Program with Rutgers University
July 1994 – June 1995                     Madigan Army Medical Center
*Transitional Internship*
July 1995 – June 1998                     Brooke Army Medical Center
*Emergency Medicine Residency*
- Chief Resident for Academic Year 1997-1998

## PROFESSIONAL EXPERIENCE

July 1998 – June 2001

Department of Emergency Medicine - Brooke Army Medical Center, Fort Sam Houston, Texas
*Attending Faculty Physician*
*Major, United States Army Medical Corps – Honorable Discharge 2002*
- Chief – ED Observation Unit: May 2000 – June 2001
- Chief – EMS Section: July 1998 – Sept 1999

July 2001 – Present

Department of Emergency Medicine – Northwestern Memorial Hospital, Chicago, Illinois

Assistant Professor of Emergency Medicine, Department of Emergency Medicine, Northwestern University – Feinberg School of Medicine
*Attending Faculty Physician*
- Associate Director, Clinical Operations
- Chairman – Quality Management Committee
- Faculty Mentor and Role Model Award Recipient 2001-2002 Academic Year – Awarded by the EM Residents
- Member of the following committees: ED Operations, Patient Satisfaction, Trauma QM, Patient Safety/Health Outcomes Res., Patient Care Committee, Medical Staff QM
- Physician Executive Management Course Participant – Kellogg School of Business, Northwestern University, 2002.

## RESEARCH FUNDING

Site Investigator. AHRQ Supported Grant for development of the "Center for Safety In Emergency Medicine". A 4-site project focused on research in patient safety for Emergency Medicine. AHRQ # P20H511592-02.

Site Investigator. National Patient Safety Foundation Grant. Transitions in Care: Emergency Department Sign Overs.

## LICENSURE

Diplomate – American Board of Emergency Medicine – 25 June 1999

Commonwealth of Pennsylvania

Texas State Board of Medical Examiners

Louisiana State Board of Medical Examiners

State of Illinois Department of Professional Regulation

## PUBLICATIONS

Beach CB: Ultrasound Use in Blunt Abdominal Trauma: Emergency Medicine's Emphasis. Abstract: Ann of Emerg Med, Jun 1996.

Beach CB: Hypocalcemic Emergencies. In Plantz S (ed): Emedicine Online: www.emedicine.com. Dec 1997.

Beach CB, Manthey DE: Painless Acute Aortic Dissection Presenting as Left Lower Extremity Numbness. Am J of Emer Med 16:1;49-51. Jan, 1998

Beach CB, Manthey DE: Tension Hydrothorax Due to Ventriculopleural Shunting. J of Emerg Med 16:1;33-36, Jan, 1998.

Beach CB: Maxillofacial and Dental Trauma: Knowledge Management Network Online: http://kmn.army.mil. Sept, 1998.

Beach CB: Cardiac Markers in the Emergency Department: Knowledge Management Network Online: http://kmn.army.mil. Jan 1999.

Beach CB: Chemical Pneumonia. In Plantz S (ed): Emedicine Online: www.emedicine.com. May 2000.

Barry JD, Beach CB: Barbiturate Overdose. In Plantz S (ed): Emedicine Online: www.emedicine.com. May, 2000.

Beach CB, Ficke J: The Limping Child. In Plantz S (ed): Emedicine Online: www.emedicine.com. December, 2001.

Beach CB, Haley L, Adams JA, Zwemer FL. Clinical operations in an academic emergency department. Acad Emerg Med 10(7):806-7, 2003.

Beach CB, Croskerry P, Shapiro M. *Profiles in Patient Safety:* Emergency Care Transitions. Acad Emerg Med 10(4): 364-367, 2003.

Kyriacou D, Beach CB. Police Deaths during the twentieth century: a comparison between New York and London. Acad Emer Med 9:474, 2002

Wears RL, Croskerry P, Shapiro M, Beach CB, Perry SJ. Center for safety in emergency care: a developing center for evaluation and research in patient safety. Top Health Inform Manage, 2002, 23(2), 1-12.

Cosby KS, Beach CB, Wears RL. Patient Safety in Emergency Medicine in Harwood-Nuss: Textbook of Emergency Medicine. In print.

Behara R, Wears RL, Perry SJ, Beach CB, et al. Conceptual framework for studying the safety of handovers. Saf Qual Med. Under review.

Wears RL, Perry SJ, Beach CB, et al. Shift change among emergency physicians: best of times, worst of times. Proceedings of the Human Factors and Ergonomics Society 47th Annual Meeting. Denver, CO. Human Factors and Ergonomic Society

Tanabe P, Steinmann R, Kippenhan M, Stehman C, Beach CB. Undiagnosed Hypertension in the Emergency Department Setting – An Unrecognized Opportunity for Emergency Nurses. Accepted for publication in the Journal of Emergency Nursing.

## PROFESSIONAL MEMBERSHIPS

Fellow – American Academy of Emergency Medicine

American College of Emergency Physicians

Society of Academic Emergency Medicine

Member – Patient Safety Interest Group

Member – Clinical Directors Interest Group

Alpha Omega Alpha Medical Honor Society

## PRESENTATIONS

Southern Medical Association CPC Co-Champion - November, 1995

Joint Services Symposium: Poster Presentation – April, 1996.

American College of Emergency Physicians National Meeting – October, 2001. Updates in Fibrinolytic Therapy for Acute Coronary Syndromes

St. Elizabeth's Medical Center – November, 2001. Updates on Agents of Chemical and Biological Terrorism.

Poster Presentation. IHI's 14th Annual National Forum on Quality Improvement in Healthcare, Orlando, FL. 8Dec02. Increasing Emergency Department Patient Satisfaction with Improved Capacity.

Society of Academic Emergency Medicine Annual Meeting – May, 2003. State of the Art Lecture: Innovative Research Applications and International Perspectives on Patient Safety. Didactic Presentation.

NPSF Patient Safety Congress, *Let's Get On With It: Improving the Safety of Patients*. 6th Annual Conference – May, 2004.  Lecture - Designing Patient-Centered Environments to Enhance the Culture of Safety.

## ACHIEVEMENTS

### Medical

BLS, ACLS, ATLS, PALS Certified
ATLS Instructor Certified
Peer Reviewer – Academic Emergency Medicine
Emergency and Trauma Bedside Ultrasonography Course

### Military

Officer Commission – US Army Medical Corps 1994, Captain
Major Promotion, June 2000
Officer Basic Course – 1992
Combat Casualty Care Course – 1995 and Global Medicine Course - 1998
Army Achievement Medal – May 1999
Deployed to Bosnia Aug 1999 – April 2000: Operation Joint Forge
    CHIEF – Emergency Medical Treatment Area
    Awards: Army Achievement, NATO Forces, Army Expeditionary Medals

### Personal

Rutgers University 4 Yr Full Athletic Scholarship – Soccer: Captain 1990
Member of US Olympic Soccer Reserve Team – 1992 Olympics
US Junior and Amateur National Teams: 1987 – 1992
Long Island Marathon 1991 and 1994
MEDCOM Marathon 1998
Chicago Marathon 2002 and 2003
Las Vegas Marathon 2003
Wisconsin Ironman Triathlon 2003
Dairyland Half-Ironman Triathlon 2003
Florida Half-Ironman Triathlon 2004

# EXHIBIT "4."

**Dr. Beach charges $300 per hour for record review.**

**Dr. Beach charges $300 per hour for deposition (minimum four hours).**

**Dr. Beach charges $1000 per day for trial testimony plus expenses.**

# EXHIBIT "5."

# DAVID J. SCHICKNER, M.D., P.A.

**NEUROSURGERY**
600 Lake Air Drive, 32B
Waco, Texas 76710
(254) 292-1090

Mailing Address:
P.O. Box 20635
Waco, TX 76702-0635
FAX: (254) 292-1100

June 10, 2004

Mr. Bill Gault
Brin and Brin
1325 Palm Blvd STE A
Brownsville, TX 78520

Dear Mr. Gualt:

I am a Board Certified Neurological Surgeon licensed to practice medicine in the State of Texas. I have been asked to review the medical records of Mr. Candelario Deleon and have been asked to draw conclusions of his medical care based upon my knowledge of acute cervical spine and spinal cord injury processes.

The records I have reviewed include records from the Valley Regional Medical Center, Brownsville Police Department, Plaintiff Complaints, Brownsville Medical Center, Brownsville EMS, Plaintiff's response to interrogatories, Plaintiff's response to objections, Deposition of Candelario Deleon, James Garrett and the Curriculum Vitae and Report of Plaintiff expert Jeremy Slater, Nick Peters and a Life Care Plan by expert Alex Willingham.

Mr. Deleon was a 57-year-old male involved in a motor vehicle accident on December 24, 1998. Paramedics responded to the seen of the accident and identified his injury type as a laceration. The EMS service bandaged the patient's forehead laceration and immobilized his neck and spine. He was the transported to the Valley Regional Medical Center. The EMS found the patient was moving all four extremities. During transport to the Emergency facility a EMS narrative mentions a complaint of "numbness from neck down"

Upon assessment at the Valley Regional Medical Center the patient was evaluated by the nursing staff and subsequently by Dr. Dovale. A facial laceration was identified and repaired with a staple gun. The patient had his nervous system assessed and was found to have no neurological deficit. He additionally did not mention complaints of a neurological nature to the nursing staff or Dr. Dovale. The patient was dismissed to the jail facility from the ER after his assessment.

On December 25, 1998 Mr. Deleon was brought to the Brownsville Medical Center Emergency facility with the inability to move his legs and body numbness. The patient had the diagnosis of an acute spinal cord injury made with cervical cord compression. The patient was admitted for the management of his condition. He was subsequently dismissed to a supportive care facility

I have been asked to draw conclusions regarding the care provided to Mr. Deleon at the Valley Medical Center Emergency Department regarding the standard of care provided with a focus on the nursing staff.

It is within the standard of care for the Emergency nursing staff to assess a patient, take a history, perform a physical assessment and complete the emergency facility documentation forms. Upon the arrival of Mr. Deleon at the Valley Regional Medical Center he was placed into an exam room and the nursing assessment begun. A nursing history was obtained and recorded. No complaint involving the nervous system was identified. A nursing physical assessment was performed and the findings recorded. The only abnormality on physical assessment identified was a forehead laceration. The nursing care then continued after the Physician assessment of Mr. Deleon with his discharge documented to a Brownsville Police Officer Astor (Badge #2972). The patients condition was charted as improved at discharge and an instruction sheet provided for the patient at discharge. Thus in review of the nursing care provided to Mr. Deleon at the Valley Regional Medical Center on 12-24-98 a breech in the standard of care did not occur.

I have been asked to comment about the steroid spinal cord injury protocol in the case of Mr. Deleon. Mr. Deleon did not receive a spinal cord injury steroid protocol at the Valley Regional Medical Center on 12-24-98. During this hospital emergency facility visit Mr. Deleon did not exhibit signs of a spinal cord injury but that of an intact spinal cord profile. He therefore would not have qualified for a spinal cord steroid protocol administration at that time.

The use of the spinal cord injury protocol is not clearly defined at the present with debate existing among the medical community as to the benefits and indications of its use. Potential complications have been identified with the steroid administration. Thus the protocol is judiciously applied to patients with high suspicion of spinal cord injury. In the contused spinal cord patient population no guarantee can be made of functional spinal cord improvement with the use of the steroid protocol. Mr. Deleon would have been at increased risk for complications with the spinal cord injury steroid protocol administration as he had an elevated blood glucose level after his injury.

Thus while a tragedy did indeed occur with the eventual development of a spinal cord dysfunction in Mr. Deleon the standard of care was met in the emergency facility by the nursing staff. The administration of the spinal cord injury steroid protocol at his assessment on December 24, 1998 would have had no guarantee of

preventing his subsequent spinal cord compromise. It appears the development of the neurological changes of Mr. Deleon were probably unavoidable. The actions of the Nursing staff were not the proximate cause of the neurological changes of Mr. Deleon .

Sincerely,


David J. Schickner, M. D.

# EXHIBIT "6."

# CURRICULUM VITAE

## DAVID J. SCHICKNER, M.D.

| EDUCATION: | | |
|---|---|---|
| | Undergraduate<br>8/1/79-5/31/83 | Washington University<br>St. Louis, MO. |
| | Medical School<br>9/1/83- 6/30/87 | University of Cincinnati<br>Cincinnati, OH |
| | Internship<br>7/01/87-6/30/88 | University of California<br>Irvine Medical Center<br>Orange, CA |
| | Residency<br>7/01/88-6/30/93 | University of California<br>Irvine Medical Center<br>Orange, CA |
| | 1994 | Microsurgery of the skull<br>base. AANS Course<br>St. Louis University School<br>of Medicine. |
| | 1994 | Advanced Spine<br>Instrumentation Course<br>Montreal Canada |
| | 2003 | Bayer Course in Health Care<br>Communication<br>Melford, CT. |
| WORK HISTORY: | 8/93-2/95 | Neurosurgical Associates<br>Waco, TX 76712 |
| | 3/95-Present | David J. Schickner, M.D. PA<br>Waco, TX |

**RESEARCH EXPEREINCE:**

| | | |
|---|---|---|
| | 1981-83 | Nuclear Magnetic Resonance of Phosphorus Metabolism in the rat model. Washington University, St Louis, MO. |
| | 1983-84 | Spinal cord injury study in cat model. University of Cincinnati College of Medicine Cincinnati, OH |
| | 1985-86 | Metastatic Sweat gland Carcinoma Case review. University of Cincinnati College of Medicine |
| | 1988-90 | Cerebral ICP monitoring UCI Medical Center |
| | 1991 | Spinal Cord Anatomy DREZ Study. UCI Medical Center |
| | 1992-93 | Sensory modulation after DREZ lesioning UCI Medical Centetr |

**Hospital Appointments**          Providence Health Center
                                   6901 Medical Parkway
                                   Waco, TX  76712

**Publications:**                  "Monitoring the Time Course of Cerebral Deoxyglucose Metabolism by 31P Nuclear Magnetic Resonance Spectroscopy"
                                   Science, Vol. 228 June 14 1985. pp. 1329-1331

                                   "Intracranial Pressure Monitoring , Fiberoptic Monitor Compared with the Ventricular Catheter."
                                   Surg, Neurololgy, 37 p. 251-254, 1992.

**BOARD CERTIFICATION:**  Board Certified May 29, 1996
American Board of Neurological Surgeons.

# EXHIBIT "7."

# David I. Schickner, M.D.
## PO Box 20635, Waco, Texas 76702-0635
## Phone: 254-292-1090 Fax: 254-292-1100

## FEE SCHEDULE

Please discuss payment arrangements when services are scheduled.

### DEPOSITION FEES

| | |
|---|---|
| First Hour | $1,700.00 |
| Each additional ¼ hour (any part) | $ 400.00 |

### COURT TESTIMONY

| | | |
|---|---|---|
| Each Hour (any part) | $2,700.00 | (Package Available) |
| Each additional ¼ hour (any part) | $800.00 | |

### MEDICAL CONFERENCE - (In Person or By Phone)

| | |
|---|---|
| Each ½ Hour (any part) | $500.00 |

### MEDICAL RECORDS (CHART) REVIEW

| | |
|---|---|
| Each Hour (any part) | $ 600.00 |

### DEPOSITION CANCELLATION

| | |
|---|---|
| If not canceled within 48 Hours | $1,350.00 |

**Payment is due at the time of service.**

Tax ID: 74-2723823

Effective: 06/01/2004 (We reserve the right to change these fees at any time as deemed necessary.)

# EXHIBIT "8."

# UTMB
The University of Texas Medical Branch

Haring J.W. Nauta, M.D., Ph.D.
Professor and Chief

Department of Surgery
Division of Neurosurgery
9.112 John Sealy Annex
301 University Blvd.
Galveston, TX 77555-0517
409-772-1500   409-772-3166
Email: hjnauta@utmb.edu

William Gault, Esq.                                    June 17, 2004
Attorney at Law
Brin &Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520    .

RE: DeLeon vs Valley Regional Medical Center

Dear Mr. Gault:

I have reviewed the medical records related to the Emergency Room evaluation and treatment of
Mr. Candelario DeLeon by Dr. Duvale and staff at the Valley Regional Medical Center on
12/24/98. In these records, I can find no evidence that Mr. Candelario complained to Dr.
Duvale, or to any of the nurses present, of symptoms of a fractured spine or of spinal cord injury.
The physical examination recorded by Dr. Duvale does not include any findings to suggest a
fractured spine or injury to the spinal cord. Specifically, there are no recorded findings of
localized spine pain, limb weakness or sensory change mentioned in the physical exam. These
aspects of the exam are specifically recorded as normal. There is no mention of any loss of
consciousness at the accident scene or subsequently, and there was no reason to suggest that the
patient was incompetent to report such complaints or symptoms to the Emergency Room
physician or staff. There were therefore, no reasons to administer high dose steroids to treat a
presumptive or documented spinal cord injury. Furthermore, the decision to administer high
dose steroids to treat spinal cord injury rests with the attending physician, and this is certainly
not a nursing decision. Beyond that, the evidence that high dose steroid administration helps
spinal cord injury is far from universally accepted by the community of American
neurosurgeons. The reported potential benefits are marginal and leave many questions as to their
validity. High dose steroids are recommended as a treatment option and not as a legal standard
of care in the treatment of acute spinal cord injury. This last point has been repeatedly
emphasized by members of study panels established by the two largest professional
organizations of American neurosurgeons.

I hope this helps to clarify the appropriateness of the care given Mr. DeLeon at the Valley
Regional Medical Center on 12/24/98.

Sincerely yours,

Haring J.W. Nauta, MD, PhD, FACS

# EXHIBIT "9."

Haring J.W. Nauta

**THE UNIVERSITY OF TEXAS MEDICAL BRANCH**
**SCHOOL OF MEDICINE**
**JANUARY 2004**

## Curriculum Vitae

**NAME:**                          Haring J.W. Nauta, M.D., Ph.D.     January  2004

**PRESENT POSITION AND ADDRESS:** Professor and Chief of Neurosurgery
                                 University of Texas Medical Branch at Galveston
                                 Division of Neurosurgery
                                 9.112 John Sealy Annex
                                 301 University Blvd.
                                 Galveston, TX  77555-0517
                                 Email  hjnauta@utmb.edu

**BIOGRAPHICAL:**

                                 Born:  September 2, 1946,
                                 Place of Birth: Maarten's Dijk, The Netherlands

                                 Citizenship:  U.S.A.  Naturalized 1960

                                 Home Address: 3019 Acorn Wood Way
                                              Houston, TX  77059-3135
                                              281-480-2516

**EDUCATION:**

| | | | |
|---|---|---|---|
| Duke University, Durham, N.C. | B. S. | 1968 | Zoology & Chem. |
| Case-Western Reserve Univ., Cleveland, OH | M.D. | 1974 | Medicine |
| Case-Western Reserve Univ., Cleveland, OH | Ph.D. | 1974 | Anatomy |

**PROFESSIONAL AND TEACHING EXPERIENCE:**

| | |
|---|---|
| June 1974 - July 1975 | Intern in Surgery, Toronto General Hospital |
| July 1975 - Jan. 1980 | Neurosurgical Residency, University of Toronto |
| Jan. 1980 | Guest Investigator, Institut fur Hirnforschung der Universitat Zurich |
| July 1980 - July 1982 | Assistant Professor Neurosurgery, University of Toronto, Ontario, Canada |
| July 1982 - Sept. 1985 | Associate Professor Neurosurgery, University of Texas Medical Branch at Galveston |
| Sept. 1985 - April 1993 | Associate Professor Neurosurgery and Radiation Oncology, Johns Hopkins University, Baltimore, MD |
| April 1993- Present | Professor and Chief, Division of Neurosurgery, University of Texas Medical Branch, Galveston, TX |

Herring J.W. Nauta

## RESEARCH ACTIVITIES:

1) Post-mortem analysis of patients earlier treated with Pallidotomy for Parkinson's disease.
2) Molecular changes in the dorsal root ganglion following injury to the peripheral or central nerve root.
3) MR Spectrography of Head Injured Patients.
4) Multivoxel [1] Magnetic Resonance Spectroscopy for the Determination of Adequate Cerebral Perfusion Pressure in Severe Head Injury.
5) Pediatric Head Injury
6) Systems for better perioperative monitoring of Neurosurgical Patients

## COMMITTEE RESPONSIBILITIES:

A. National/State
1) American Board of Spine Surgery Board of Directors
2) Immediate Past-President of Texas Association of Neurological Surgeons (board of directors)
3) Society of Neurological Surgeons, Nominating Committee (1998-2002 , Chairman 2002)

B. UTMB
ICU Advisory Board
Operating Room Committee
Search Committee for Department of Neurology
Search Committee for Department of Neuroscience
Search Committee for Department of Otolaryngology

## TEACHING RESPONSIBILITIES AT UTMB:
Education and Training of Residents in Neurological Surgery, including Anatomy, Physiology, and Surgical Techniques
CORE Lectures for 3rd and 4th year Medical Students

## MEMBERSHIP IN SCIENTIFIC SOCIETIES:
Society of Neurological Surgeons
The American Association of Neurological Surgeons
American College of Spine Surgery
American College of Surgeons
The Congress of Neurological Surgeons
Texas Association of Neurological Surgeons
The Neurosurgical Society of America
World Society for Stereotactic and Functional Neurosurgery

## BOARD CERTIFICATION AND FELLOWSHIPS:
1975       National Board of Medical Examiners
1983       American Board of Neurological Surgery
1985       Fellow of the American College of Surgeons

**LICENSURE INFORMATION:**

1982     Texas  G2443  Expire 5/31/04

**HONORS AND AWARDS:**

1973     Elected to Alpha Omega Alpha
1981     Awarded  MRC (Canada) Scholar

**BIBLIOGRAPHY:**

**PUBLISHED:**

A.     Articles in Peer-Review Journals

Nauta, H.J.W.; Butler, A. B.; and Jane, J.A. Some observations on axonal degeneration resulting from superficial lesions of the cerebral cortex. *J. Comp. Neurol.* 150: 349-360; 1973.

Graybiel, A.M.; Nauta, H.J.W.; Lasek, R.J.; Nauta, W.J.H. A Cerebellar-olivary pathway in the cat: An experimental study using autoradiographic techniques. *Brain Research* 58: 205-211; 1973.

Nauta, H.J.W. Evidence of a pallidohabenular pathway in the cat. *J. Comp. Neurol.* 156: 19-28; 1974.

Nauta, H.J.W.; Cole, M. Efferent projections of the subthalamic nucleus. *Trans. Am. Neurol. Assn.* 99: 57-60; 1974.

Nauta, H.J.W.; Pritz, M.B.; Lasek, R.J. Afferents to the rat caudoputamen studied with horseradish peroxidase: An experimental  evaluation of a retrograde neuroanatomical research method. *Brain Research* 67: 219-238; 1974.

Nauta, H.J.W.; Kaiserman-Abramof, I.R.; Lasek, R.J. Electron microscopic observations of horseradish peroxidase transported from the caudoputamen to the substantia nigra in the rat: Possible involvement of the agranular reticulum. *Brain Research* 85: 373-374; 1975.

Nauta, H.J.W.; Cole, M. Efferent projections of the subthalamic nucleus: an autoradiographic study in monkey and cat. *J. Comp. Neurol.* 180: 1-16; 1978.

Nauta, H.J.W. Projections of the pallidal complex: an autoradiographic study in cat. *Neurosci.* 4: 1853-1873; 1979.

Nauta, H.J.W. A proposed conceptual reorganization of the basal ganglia and telencephalon. *Neurosci.* 4: 1875-1818; 1979.

Nauta, H.J.W.; Tucker, W.S.; Horsey, W.M.; Gonzales, C.; Bilbao, J. Xanthochromic cysts associated with meningiomas. *J. Neurol. Neurosurg. Psychiat.* 42: 529-535; 1979.

Katz, M.J.; Lasek, R.J.; Nauta, H.J.W. Ontogeny of the substrate pathways and the origin of the neural circuit pattern. *Neurosci.* 5: 821-834; 1980.

Zumstein, B.; Yasargil, M.G.; Curcic, M.; Nauta, H.J. Experiences with the extra- to intracranial bypass in the surgical management of cerebral aneurysms (9 cases). *Neurol. Res.* 2: 327-343; 1980.

Nauta, H.J.W.; Platts, M.E. A case of Huntington's chorea with unilateral ectopic grey matter. *Can. J. Neurol. Sci.* 8: 181-184; 1981.

Nauta, H.J.W.; Cuenod, M. Perikaryal cell labeling in the subthalamic nucleus following injection of [3]H-GABA into the pallidal complex. *Neurosci.* 11: 2725-2734; 1982.

Nauta, H.J.W.;Dolan, E.; Yasargil, M.G. Microsurgical anatomy of the spinal subarachnoid space. *Surgical Neurol.* 19: 431-437; 1983.

Nauta, H.J.W.; Guinto, F.C., Jr.; Pisharodi, M. Arterial bolus contrast enhancement for computed tomographically guided Stereotactic Biopsy. *Surgical Neurology* 22: 559-564; 1984.

Guinto, F.C., Jr.; Nauta, H.J.W.; Hashim, H.; Pisharodi, M. Combined metrizamide and arterial dynamic CT in arteriovenous malformation of the spinal cord. *Surgical Neurology* 22: 181-185; 1984.

Pisharodi, M.; Nauta, H.J.W. An animal model for neuron-specific spinal cord lesions by the microinjection of N-methylaspartate, kainic acid, and quisqualic acid. *Appl. Neurophysiol.* 48: 226-233; 1985.

Nauta, H.J.W.; Briner, R.P.; Eisenberg, H.M. Computed tomogram guided brain biopsy in the pediatric patient. *Pediat. Neurosci.* 12: 63-67; 1986.

Mirfakhraee, M.; Crofford, M.J.; Guinto, F.C. Jr.; Nauta, H.J.W.; Weedn, V.W Virchow-Robin space: a path of spread in neurosarcoidosis. *Radiology* 158:715-720; 1986.

Nauta, H.J.W.; Contreras, F.L.; Weiner, R.L.; Crofford, M.J. Brainstem abscess managed with computed tomography-guided stereotactic aspiration. *Neurosurgery* 20: 476-480; 1987.

Uematsu, S.; Rosenbaum, A.E.; Erozan, Y.S.; Gupta, P.K.; Moses, H.; Nauta, H.J.; Rigsby, W.H.; Wang, A.; Weiderman, L.; Kumar, A.J. Intraoperative CT monitoring during stereotactic brain surgery. *Acta Neurochirurgica*, Suppl. 39: 18-20; 1987.

Uematsu, S.; Rosenbaum, A.E.; DeLong, M.R.; Citrin, Ch. M.; Jankel, W.R.; Kumar, A.J.; McArthur, J.C.; Nauta, H.J.W.; Sherman, J.; Narabayashi, H. Magnetic Resonance Planned Thalamotomy followed by X-ray/CT-guided Thalamotomy. *Acta Neurochirurgica, Suppl.* 39: 21-24; 1987.

Hanneken, A.M.; Miller, N.R.; DeBrun, G.M.; Nauta, H.J Treatment of carotid-cavernous fistulas using a detachable balloon catheter through the superior ophthalmic vein. *Arch. Ophthalmol.* 107: 87-92; 1987.

DeBrun, G.M.; Nauta, H.J.W.; Miller, N.R.; Drake, C.G.; Heros, R.C.; Ahn, H.S. Combining the detachable balloon technique and surgery in imaging carotid cavernous fistulae. *Surgical Neurology* 32: 3-10; 1989.

Salibi, S.S.; Nauta, H.J.W.; Brem, H.; Epstein, J.I.; Cho, K. Lipomeningioma: Report of three cases and review of the literature. *Neurosurgery* 25: 122-126; 1989.

Nauta, H.J.W. Calcium channel blockade in patients with subarachnoid hemorrhage: A clinical perspective on nimodipine. *Today's Therapeutic Trends* 7: 1-10; 1989.

Salibi, S.S.; Empting-Koschorke, G.; Nauta, H.J.W. Aneurysmal Subarachnoid Hemorrhage; diagnosis, treatment and outcome. *Critical Care Report* 1: 22-38; 1989.

Uematsu, S.; Delong, M.R.; Jankel, W.; McArthur, J.; Rosenbaum, A.E.; Nauta, H.J.W.; Narabayashi, H. Microphysiological Recordings at CT Gantry Site during Stereotactic Thalamotomy. Stereotact. Funct. Neurosurg. 52: 183-190; 1989.

Koliatsos, V.E.; Nauta, H.J.W.; Clatterbuck, R.E.; Holtzman, D.M.; Mobley, W.C.; Price, D.L. Mouse nerve growth factor prevents degeneration of axotomized basal forebrain cholinergic neurons. *J. Neurosci.* 10: 3801-3840; 1990.

Sherman, M.E.; Erozan, Y.S.; Mann, R.B.; Kumar, A.A.J.; McArthur, J.C.; Royal, W.; Uematsu, S.; Nauta, H.J.W. CT-Guided stereotactic biopsy in the diagnosis of malignant lymphoma. *American Journal of Clinical Pathology* 95: 878-883; 1991.

Koliatsos, V.E.; Clatterbuck, R.E.; Nauta, H.J.W.; Knusel, B.; Burton, L.E.; Hefti, F. F.; Mobley, W.C.; Price, D.L. Human nerve growth factor prevents degeneration of basal forebrain cholinergic neurons in primates. *Ann. Neurol.* 30: 831- 40; 1991.

Monsein, L.H.; DeBrun, G. M.; Miller, N.R.; Nauta, H.J.W.; Chazaly, J.R.Treatment of dural carotid-cavernous fistulas via the superior ophthalmic vein. *Am. J. Neurorad.* 12: 435-439; 1991.

Sipos, E.P.; Kirsch, J.R.; Nauta, H.J.W.; Debrun, G.M.; Ulatowski, J.A.; Bell, W.R. Intra-arterial urokinase for treatment of retrograde thrombosis following resection of an arteriovenous malformation. *J. Neurosurgery* 76: 1004-1007; 1992.

Eggenberger, E.R.; Miller, N.R.; Hoffman, P.N.; Nauta, H.J.W.; Green, W.R. Mesencephalic ependymal cyst causing an inferior divisionalparesis of the oculomotor nerve: case report. *Neurology* 43: 2419-20; 1993.

Razumovsky, A.Y.; Monsein, L.H.; Ackerman, S.J.; Nauta, H.J.W.; Hanley, D.F. Validation of Transcranial Doppler Ultrasound with an In Vivo Stereotactic Technique. *Am. J. Neurorad.* 15: 1349-1350; 1994.

Nauta, H.J.W. Error assessment during "image guided" and "imaging interactive" stereotactic surgery. *Computerized Medical Imaging and Graphics* 18: 279-287; 1994.

Monsein, L.H.; Razumovsky, A. Y.; Ackerman, S.J.; Nauta, H.J.W.; Hanley, D.F. Validation of transcranial doppler ultrasound with a stereotactic neurosurgical technique. *J. Neurosurgery* 82: 972-975; 1995.

Miller, N.R.; Monsein, L.H.; Debrun, G.M.; Tamargo, R.J.; Nauta, H.J.W. Treatment of Carotid-cavernous Fistulas using a superior ophthalmic vein approach. *J. Neurosurgery* 83: 838-842; 1995.

Aletich, V.A.; Debrun, G.M.; Monsein, L.H.; Nauta, H.J.W.; Spetzler, R.F. Giant serpentine aneurysms: a review and presentation of five cases (published erratum appears in AJNR 16:1747). *Am. J. Neurorad.* 16:1061-1072; 1995.

Arya, S.; Crow, W.N.; Hadjipavlou, A.G.; Nauta, H.J.W.; Borowski, A.M.; Vierra, L.A.; Walser, E. Percutaneous transpedicular management of discitis. *J. Vascular and Interventional Radiology* 7: 921-927; 1996.

Nardone, E.M.; Chen, J.W.; Maggio, W.W.; Nauta, H.J.W. The value of intraoperative ultrasonography in cervical corpectomy: assessment by postoperative computed tomography. *Neurosurgery* 39: 971-974; 1996.

Nauta, H.J.W; Hewitt, E.; Westlund, K.N.; Willis, W.D. Surgical interruption of a midline dorsal column visceral pain pathway. Case report and review of the literature. *J. Neurosurgery* 86: 538-542; 1997.

Soukup, V.M.; Ingram, F.; Schiess, M.C.; Bonnen, J.G.; Nauta, H.J.W.; Calverly, J.R. Cognitive sequelae of unilateral posteroventral pallidotomy. *Arch. Neurol.* 54: 947-950; 1997.

Lee, A.G.; Phillips, P.H.; Newman, N.J.; Hayman, L.A.; Schiffman, J.S.; Segal, S.E.; Nauta, H.J.W.; Wolin, M.J.; Tang, R.A. Neuro-ophthalmologic manifestations of adenoid cystic carcinoma. *J. Neuro-ophthalmology* 17: 183-188; 1997.

Hadjipavlou, A.G.; Mader, J.T.; Nauta, H.J.W.; Necessary, J.T.; Chaljub, G.; Adesokan, A. Blastomycosis of the lumbar spine: case report and review of the literature, with emphasis on diagnostic laboratory tools and management. *Eur Spine J* (1998) 7:416-421; 1997.

Vrabec, J.T.; Guinto, F.C.; Nauta, H.J. Recurrent facial neuromas. *Am. J. Otol.* 19:99-103. 1998.

Nauta, H.J.W.; Wehman, J.C.; Koliatsos, V.E.; Terrell, M.A.; Chung, K-S. Intraventricular Infusion of Nerve Growth Factor Causes Sympathetic Sprouting in the Sensory Ganglia. *J. Neurosurgery* 91:447-453; 1999 .

Schiess, M.C.; Zheng, H.; Soukup, V.M.; Bonnen, J.G.; Nauta, H.J.W. Parkinson's disease subtypes: clinical classification and ventricular cerebrospinal fluid analysis. *Parkinsonism and Related Disorders* 6: 69-76; 2000

Nauta, H.J.; Soujkup, V.M.; Fabian, R.H.; Lin, J.T.; Grady, J.J.; Williams, C.G.; Campbell, G.A.; Westlund, K.N.; Willis, W.D., Jr. Punctate midline myelotomy for the relief of visceral cancer pain. *Journal of Neurosurgery* 92 (2 Suppl): 125-30; 2000

Gelman, B.B.; Trier, T.T.; Chaljub, G.; Borokowski, J.; Nauta, H.J. Oncocytoma in melanocytoma of the spinal cord: case report. *Neurosurgery* 47 (3): 756-9; 2000

Muffoletto, A.J.; Hadjipavlou, A. G.; Jensen, R.E.; Nauta, H.J.W.; Necessary, J.T.; Norcross-Nechay, K. Techniques and Pitfalls of Cervical Lateral Mass Plate Fixation. *American Journal of Orthopedics* November; 2000.

Muffoletto, A.J.; Nader, R.; Westmark, R.M.; Nauta, H.J.; Garges, K.J.; Hadjipavlou, A.G. Hematogenous pyogenic facet joint infection of the subaxial cervical spine. A report of two cases and review of the literature. *Journal of Neurosurgery* 95 (1 Suppl): 135-8; 2001.

Nader, R.; Nauta, H.J.W.; Hadjipavlou, A.G. Preoperative embolization and intraoperative cryotherapy as adjuncts in resection of hypervascular lesions of the thoracolumbar spine. *Journal of Neurosurgery*, Oct 97(Spine 3):294-300, 2002.

Maioriello A.V., Chaljub G., Nauta H.j.W., and Lacroix M. Chemical shift Imaging of mannitol In acute cerebral Ischemia. Journal of Neurosurgery 97:687-691, 2002

Gelman BB, Popov V, Chaljub G, Nader R, Rauf SJ, Nauta HW, and Visvesvara GS. Neuropathology and ultrastructural features of encephalitis due to *Sappinia diploidea*. Journal of Neuropathology and Experimental Neurology Oct;62(10):990-8, 2003.

A.1      Articles by invitation in otherwise peer reviewed Journals

Nauta, H.J.W. Newly discovered Visceral Pain Pathway in the Midline of the Spinal Cord Dorsal Columns Can Be Surgically Interrupted to Relieve Severe Visceral Pain. *Current Surgery* 54:473-475; 1997.

A.2      Articles as Proceedings of Meetings

Nauta, H.J.W.; Bonnen, J.G.; Soukup, V.M.; Gonzalez, A.; Schiess, M.C. Imaging-intensive guidance with confirmatory physiological mapping for neurosurgery of movement disorders. In: Surgical Assist Systems, *SPIE* (Society of Photo-Optical Instrumentation Engineers)  Vol. 3262:253-258; 1998.

Nauta, H.J.W.; Bonnen, J.G.  Problems of intraoperative anatomical shift in image-guided surgery. In: Surgical Assist Systems, *SPIE* (Society of Photo-Optical Instrumentation Engineers)  Vol. 3262:229-233; 1998.

A.3        Other Publications

Nauta, H.J.W.  Efferent projections of the caudate nucleus, pallidal complex and subthalamic nucleus in the cat. (Thesis)  University Microfilms, Ann Arbor, 1974.

Toronto Cerebrovascular Study Group, Risks of Carotid Endarterectomy. *Stroke*, 17:848-852; 1986.

Hanley, D.F.; DeBrun, G.; Nauta, H.J.; Preziosi, T.; Borel, C.O.III; McPherson, R.; Heffez, D.; Salibi, S.S. Disorders of Cerebral Circulation: Interdisciplinary neurovascular conference. *Critical Care Report* 1: 140-147; 1990

B.        Invited Book Chapters

Nauta, H.J.W. A simplified perspective on the basal ganglia and their relation to the limbic system. In: Doane, B.K.; Livingston, K.E. (eds) *The Limbic System: Functional Organization and  Clinical Disorders.* Raven Press, New York; 1986

Nauta, H.J.W.  The relationship of the basal ganglia to the limbic system.  In: Vinken, P.J.; Bruyn, G.W.; Klawans, H.L. (eds.) *Handbook of Clinical Neurology, Vol. 5 (49): Extrapyramidal Disorders;*  1986

Nauta, H.J.W. Intracranial Aneurysms  In: Johnson, R.T. (ed) *Current Therapy in Neurologic Disease-2.*  B.C. Decker, Inc, Toronto. 1987.

Nauta, H.J.W.; DeBrun, G.M. Giant  aneurysm of the basilar artery. In  Long, D.M.(ed), *Current Therapy in Neurological Surgery.* B.C. Decker, Inc, Toronto; 1989

Razumovsky, A.Y.; Williams, M.A.; Lee, A.; Denchev, D. ; Nauta, H.J.W.; Hanley, D.F. Patterns of linear blood flow asymmetry following subarachnoid hemorrhage In: Findlay, J. Max. *Cerebral Vasospasm,* Elsevier Science Publishers, B.V.,  pp43-46;  1993

Nauta, H.J.W.; Westlund-High, K.N.; Willis, W.D.  Midline Myelotomy. In Burchiel, Kim J. *Surgical Management of Pain*, Chapter 57. Thieme Medical Publishers, NYNY; 2001.

Hartog J.W. Nauta

## C.      Abstracts

Voneida, T.J.; Jane, J.A.; Nauta, H.J.W.  Interhemispheric projections in the hedgehog. *Anat. Rec.* 1969

Schroeder, D.A.; Jane, J.A.; Nauta, H.J.W.  Projections of the deep cerebellar nuclei in the hedgehog. *Anat. Rec.* 1970.

Nauta, H.J.W.  An autoradiographic study of basal ganglia projections in the cat. *11th Canadian Congress of Neurological Sciences,* Winnipeg; 1976.

Nauta, H.J.W. A neuroanatomical study of a caudally directed pathway issuing from the basal ganglia in the cat. *13th annual Canadian Congress of Neurological Sciences. Vancouver;* 1978.

Tucker, W.S.; Nauta, H.J.W.; Horsey, W.; Gonzales, C.; Bilbao, J.  Xanthochromic cysts associated with meningioma. *14th annual Congress of Neurological Sciences,* Halifax; 1979.

Nauta, H.J.W.  Afferent projections to the basal ganglia output cells. *American Association of Neurological Surgeons,* Boston; 1981.

Nauta, H.J.W.  Neuroscience Update for the Neurosurgeon. *Congress of Neurological Surgeons,* Toronto; 1982.

Nauta, H.J.W.  Neurotransmitter hierarchy in the limbic system. *International Symposium on Patterns of Limbic System Dysfunction.* Toronto; 1982.

Nauta, H.J.W.; Carter, D.A.  Anatomical evidence of a possible glycinergic reticulospinal pathway. *Society for Neuroscience,* Boston; 1983.

Stiernberg, C.M.; Nauta, H.J.; Norris, W.B.  Combined craniofacial approach for a large frontal sinus mucocoele. *13th World Congress of Otolaryngology.* 1983.

Nauta, H.J.W.; Guinto, F.C., Jr. Visualization of tumor vasculature during CT-guided stereotactic biopsy procedures. *Congress of Neurological Surgeons,* Chicago; 1983.

Nauta, H.J.W; Pisharodi, M.  An animal model of thalamotomy by the microinjection of a neuron-specific toxin (N-methylaspartate): Advantages over radiofrequency lesions. *American Association of Neurological Surgeons, Annual Meeting.* San Francisco; 1984.

Pisharodi, M.;Nauta, H.J.W.  An animal model for neuron-specific spinal cord lesions by the microinjection of N-methylaspartate(NMA), kainic acid (KA), and quisqualic acid, (QA). *9th meeting of the World Society for Stereotactic and Functional Neurosurgery.* Toronto; 1985.

Racine J.W. Nauta

Pisharodi, M.;Nauta, H.J.W.  A comparative study of the effects of N-methyl aspartate (NMA), quisqualic acid (QA) and kainic acid (KA) in producing neuronal specific lesions in motor thalamus of rat. *9th meeting of the World Society for Stereotactic and Functional Neurosurgery.* Toronto; 1985.

Pisharodi, M.; Nauta, H.J.W.  Thermal analgesia produced by the application of capsaicin to the rat cauda equina after suppression of the initial pain reaction by lidocaine. *8th International Congress of Neurological surgery.* Toronto; 1985.

Nauta, H.J.W.; Kadekaro, M.; Vance, W.H.; Terrell, M.L.; Creel, M.  Effects of capsaicin-induced analgesia on glucose utilization in the spinal cord. *Neurosci. Abst.* Vol. 12; 1986.

Martin, L.J.; Koliatsos, V.E.; Nauta, H.J.W.; DeLong, M.R.; Price, D.L.  Substantia innominata and pedunculopontine tegmental nucleus in the rat: Evidence for predominantly non-cholinergic reciprocal innervation. *Neurosci. Abstr.* vol 13; 1987.

Nauta, H.J.W.  Evaluation of focal cerebral ischemia protectants by serial PET scanning in baboon. *American Association of Neurological Surgeons, Annual Meeting,* Toronto; 1988.

Nauta, H.J.W.; DeBrun, G.M.; Miller, N.R.  Balloon occlusion of carotid-cavernous fistulae by a tranvenous approach through the superior ophthalmic vein.  *American Association of Neurological Surgeons, Annual Meeting,* Toronto, Canada;  1988.

Koliatsos, V.E.; Mobley, W.C.; Nauta, H.J.; Price, D.L. Responses of central cholinergic neurons to axonal injury in non-human primates. *Society for Neuroscience* Abstracts.  1989.

Nauta, H.J.; DeBrun, G.M.; Miller, N.R. Combining surgery and embolization in the treatment of carotid-cavernous fistulae with special reference to the superior ophthalmic vein approach. *Neurosurgical Society of America, Annual Meeting,* Bermuda;  1989.

Koliatsos, V.E.; Nauta, H.J.W.; Clatterbuck, R.E.; Holtzman, D.M.; Mobley, W.C.; Price, D.L.  Intraventricular instillation of nerve growth factor (NGF) rescues axotomized CNS cholinergic neurons from retrograde degeneration. *Neurosurgical Society of America, Annual Meeting,* Pebble Beach, California; 1990

Nauta, H.J.W.;  Holliday, M.J.; Miller, N.R.  Consequences of multiple or bilateral cranial nerve deficits associated with skull base lesions. *Symposium on the comprehensive management of cranial base lesions,* Charlottesville, Virginia, May; 1991.

Having J.W. Nauta

Razumovsky, A.Y.; Hanley, D.F.; Williams, M., A.; Nauta, H.J.W.; DeBrun, G.M.; Blood Flow asymmetry in AVM patients. *6th International Symposium on Cerebral Hemodynamics: Transcranial Doppler, Cerebral Blood Flow, and other Modalities.*Phoenix, Arizona, *Stroke* 23:462; 1992

Yang, N-C.; Lam, W-C.; Nauta, H.J.W.; Joshi, U. CT volumetrics for volumes of a few cubic centimeters. *Presented at A APM meeting*; 1992.

Digel, J.; Herman, M.G.; Wharam, M.D.; Nauta, H.J.; Budnichuk, A. Daily stereotactic radiotherapy, a new non-invasive and time-efficient technique. *Presented at the ASTRO-ASRT meeting*, San Diego; 1992

Williams, J.A.; Wharam, M.,;Herman, M.; Nauta, H.; Brem, H. Steretactic Radiosurgery for Human Glioma: Treatment Parameters and Outcome for Low vs. High Grade. *Presented at American Society of Therapeutic Radiology and Oncology (ASTRO)*; 1996.

Hadjipavlou, A.; Crow, W. N.; Arya, S.; Nauta, H.J.; Borowski, A.; Maggio, W. Percutaneous Transpedicular Management of Spondylodiscitis of the Thoracic and Lumbar Spine. *Musculoskeletal Infection Society, Snowmass Colorado Meeting*; August; 1996.

Zheng, H.; Schiess, M.C.; Nauta, H.J.; Bonnen, J.G. Concentrations of Free Dopamine, Serotonin, Norepinephrine, and Their Metabolites in Ventricular CSF of Parkinson's Disease Patients. *Society for Neuroscience;* 1996.

Nauta, H.J.W.; Kooistra, H; Grafe, M.; Quast, M.; Iacono, R.P Enhanced analysis of autopsy material from stereotactic pallidotomy patients. J. Neurology, Neurosurgery and Psychiatry at the Procedings of the *Society of British Neurological Surgeons and the Neurosurgical Society of America , Annual Meeting*, Cambridge; 1997.

Muffoletto, A.; Hadjipavlou, A.G.; Jensen, R.E.; Nauta, H.J.W.; Necessary, J.T.; Norcross-Nechay, K. Factors associated with good outcome using lateral mass plate fixation. Presented at the *North American Spine Society Annual Meeting*; 1997.

Hadjipavlou, A.G.; Crow, W.N.; Nauta, H.J.; Jensen, R.; Santos, R.E.; Borowski, A. Percutaneous transpedicular management of spondylodiscitis of the lumbar spine. *Abstracts of the European Spine Society, 8th annual Meeting*, Kos, Greece; Sept. 1997.

Norcross-Nechay, K.; Hadjipavlou, A.; Mathew, T.; Nauta, H. Intraoperative SEP changes and the clinical outcome in patients with chronic lumbar stenosis. *Abstracts of the European Spine Society, 8th Annual Meeting*, Kos, Greece; Sept., 1997.

Bonnen, J.G.; Schiess, M.C.; Soukup, V.M.; Calverly, J.R.; Nauta, H.J. Imaging intensive posteroventral pallidotomy: technique and results. Oral presentation at the *Congress of Neurological Surgeons Annual Meeting*, New Orleans. LA. 1997

Bonnen, J.G.; Schiess, M.C.; Zheng, H.; Soukup, V.M.; Calverly, J.R.; Nauta, H.J. Amino Acids in Ventricular CSF of Parkinson's Disease Patients. Poster presentation at the *Congress of Neurological Surgeons Annual Meeting*, New Orleans. LA.;1997

Nauta, H.J.W.; Wehman, J.C.; Koliatsos, V.E.; Terrell, M.A.; Chung, K-S. NGF-induced Sprouting of Sympathetic Nerve Fibers into Sensory Ganglia: A Problem for Alzheimer's Therapy. *Neurosurgical Society of America Annual Meeting*, Quebec City, Quebec, Canada; 1998.

Norcross-Nechay, K.; Hadjipavlou, A.; Mathew, T.; Nauta, H. Intraoperative SEPs predict neurologic outcome in chronic lumbar stenosis. *21st World Congress of the Societe Internationale de Chirurgie Orthopedique et de Traumatologie*, Sydney Australia; April 1999.

Nauta, H.J.W.; Soukup, V.M.; Lin, J.T.; Williams, C.G.; Grady, J.J.; Westlund, K.N.; Willis, W.D. Clinical Evidence of a dorsal column visceral pain pathway. *Neurosurgical Society of America*, Annual Meeting in Phoenix, AZ; April 1999.

Lin, J.T.; Nauta, HJW.; Fabian, RH.; Soukup, VM; Grady, JJ; Williams, CGA, Campbell, GA; Westlund, KN; Willis, WD Jr. Punctate midline myelotomy (PMM) for visceral pelvic pain in cancer, clinical evidence of a new pain pathway. ASCO Annual Meeting; 2000.

Gelman, B.B.; Chaljub, G.; Nader, R.; Borowski, J.; Popov, V; Visvesvara, G.; Rauf, S.;Nauta, H. A new genus of free living ameba producing human encephalitits: Sappinia diploidae. American Association of Neuropathologists, Annual Meeting, Atlanta; 2000

Nauta, H J W; Keherly, M.; Schin, M-L. Persistent post-compression radiculopathy: Progress and barriers to study from behavioral analysis to molecular changes. Presented from podium at Neurosurgical Society of America, Annual Meeting Durango, Colorado; April 2000.

Hadjipavlou, A. G., Papdopoulos, C. Maggio, W., Katonis, P., and Nauta, H. Correlation of cervical spinal cord myelopathy to compressive cervical spine lesions and surgical outcomes. 5th Congress of the European Federation of National Associations of Orthopedics and Traumatology. Rhodes , Greece, June 3-7, 2001.

Nauta, H.J. Update on chronic lumbar radiculopathy. Special Back Pain Symposisum, Valley Regional Medical Center, Brownsville, Texas, May 10, 2003.

Nauta, H.J.W. Problem focused perioperative neurological assessment. Neurosurgical Society of America Annual Meeting, Sun River, Oregon, June 8-11, 2003.

## Invited Lectures

Nauta, HJW; Willis, WD., (Co-Chairs) with Lenz, FD; Jeanmonod, D., *Newer Neurosurgical Approaches to the Treatment of Pain* 8th World Congress on Pain, International Association for the Study of Pain, Meeting in Vancouver, Canada; August 1996.

Nauta, HJW, *Stereotactic Radiosurgery, from Origins to Current Innovations,* Presented at Johannesburg, Durban, and Capetown, South Africa (same lecture, three different sites and dates); July 29, 30, 31, 1996.

Nauta, HJW, *Evolution of Image-Guided Surgery.* Presented at 1st international VectorVision Workshop, Sponsored by the BrainLAB Med. Computersysteme, GmbH, Tegernsee, Bavaria, Germany; Sept. 19, 1996.

Nauta, HJW, Experiences *with Brain Shifting during Image-Guided Surgery* Presented at 1st international VectorVision Workshop, Sponsored by the BrainLAB Med. Computersysteme, GmbH, Tegernsee, Bavaria, Germany; Sept. 19, 1996.

Nauta, HJW, *Components and Requirements for Image-guided Surgery of the Spine.* Presented at 1st international VectorVision Workshop, Sponsored by the BrainLAB Med. Computersysteme, GmbH, Tegernsee, Bavaria, Germany; Sept. 20, 1996.

Nauta, H. J.W., Image-*Guidance in Neurosurgery.* Texas Association of Neurological Surgeons, Annual Meeting in Austin, TX; April 24, 1998.

Nauta, H.J W. *Spinal Dural ArterioVenous Fistulae.* Presented as a part of *Spinal and Dural Arteriovenous Malformations,* H.J.W. Nauta, Moderator. Luncheon Seminar at Congress of Neurological Surgeons Annual Meeting, Seattle, October 1998

Nauta, H.J.W. *Nerve Growth Factor, Alzheimer's Disease and Pain.* Presented to the Medical Staff, Hospital Al Qassimi, Sharjah, United Arab Emirates, November, 1998

Nauta, H.J.W. Neuronavigation ( 2- 1 hour lectures) Congresso Neurosurgeria del Cono Sur, Buenos Aires, Argentina 1998

Nauta, H.J.W. *A New Dorsal Column Visceral Pain Pathway and Its Surgical Interruption to Treat Abdominal and Pelvic Pain Refractory to Opiate Medication.* Presented to the Medical Staff, Hospital Al Qassimi, Sharjah, United Arab Emirates; November, 1998

Nauta, H.J.W. *Neuronavigation with the BrainLAB system, current status and future directions.* Southern Neurosurgical Society, Annual Meeting, Memphis; May 1999

Nauta, H.J.W. A Summary of the Neurosurgery of Intraspinal Lesions; Intraspinal tumors, AVM and Syringomyelia, and The battered nerve root syndrome; perspectives

Having J.W. Nauta

from the new biotechnology. (2 - 15 minute lectures) Greek Orthopaedic Society, Athens, Greece, April 2001

Nauta, H.J.W. *Problem Focused Neurological Assessment In the Pre/Post Operative Patient.* Texas Association of Perianesthesia Nurses; Houston, TX, September, 2002

Nauta, H.J.W. and Lehman, C. Problem focused neurological assessment and monitoring of the person with spinal cord injury. Annual meeting of the American Association of Spinal Cord Injury Nurses. Las Vegas, NV, Sept. 2003

Nauta, H.J W. Advances in the surgical treatment of pain. The Houston Surgical Society, Houston, TX, Scheduled meeting, Nov 11, 2003.

Visiting Professorships

Oct 2-4, 2003. University of Virginia Department of Neurosurgery, three lectures: To the Department and multiple teaching sessions with residents.

Practical Courses Taught

Interactive Image-Guided Neurosurgery Practical Clinic, Instructor, American Association of Neurological Surgeons, Annual Meeting, Philadelphia; April 1998.

Frameless Stereotaxy Workshop, A Practical Course. Instructor, Congress of Neurological Surgeons Annual Meeting, Seattle; October 1998

Neuronavigation Practical Course, Instructor, American Association of Neurological Surgeons, Annual Meeting, New Orleans; 1999

Interactive Image-Guided Neurosurgery Practical Clinic, Instructor, American Association of Neurological Surgeons, Annual Meeting, San Francisco; April, 2000.

Frameless Stereotaxy Workshop; A Practical Course. Instructor, Congress of Neurological Surgeons Annual Meeting, San Antonio; September, 2000.

Intraoperative Computed Tomography (CT) Guided Surgery, Instructor, Texas Association Neurological Surgeons, Houston, TX, April 2001

Interactive Image Guided Spinal and Cranial Surgery, Instructor, American Association of Neurological Surgeons, Annual Meeting, Toronto, Canada, April 2001

Image Guided Spinal Navigation, Instructor, Congress of Neurological Surgeons Annual Meeting, Philadelphia, PA, September 2002

Interactive Image Guided Spinal and Cranial Surgery Practical Clinic, Instructor, American Association of Neurological Surgeons, Annual Meeting, Chicago, IL, April 2002

Hisxing J.W. Nauta

Surgical Management of Aneurysms, Instructor, Stroke Course, University of Texas Health Science Center, Houston, 2003

Surgical Management of Stroke, Instructor, Stroke Course, University of Texas Health Science Center, Houston, 2003

# EXHIBIT "10."

# DR. HARING J.W. NAUTA
## Division of Neurosurgery
University of Texas Medical Branch
301 University Boulevard
Galveston, TX 77555-0517

### RATE SCHEDULE

Records review         $ 300/hour

Deposition testimony     $1,000/1st hour
                               $ 500/each add'l hr.

Trial testimony           $1,000/hour

# EXHIBIT "11."



**Care Management
Consultants, Inc.**

Cathlin Vinett RN BSN CCM CRRN Cm

February 12, 2004

# Life Care Plan

## Canderlario DeLeon

140 East 10th Street
Brownsville, Texas 78521

| | |
|---|---|
| Date of Birth: | June 15, 1941 |
| Date of Onset: | December 24, 1998 |
| Height/Weight: | 5'8", 203 pounds |
| Diagnosis: | Central Cord Compression with Incomplete Quadriparesis; Neurogenic Bowel and Bladder |
| Physician(s): | Dr. Sidig, Primary Care |
| | Dr. Villalobos, Urologist |
| | Dr. Ayala, Podiatrist |
| Residence: | Valley Grande Manor (since January 6, 1999) |

P.O. Box 3101
Brentwood, TN 37024
(615) 373-2273
(615) 377-3916 Fax
cmc@caremgmtonline.com



# Life Care Planning

The role of a Case Manager is to coordinate medical care that supports the patient to optimal medical outcome, recovery, and independence. The Case Manager works with the patient, family, and physician to identify appropriate care and resources and to ensure continuity of care. A natural progression of these services is the development of appropriate Life Care Plans for disabled individuals.

Life Care Planning is a multidisciplinary approach that systematically documents the medical needs of disabled individuals and projects the cost of these goods and services over the individuals' life span. Yearly totals are projected within this Life Care Plan.

This Life Care Plan is based on review of listed records, a facility visits conducted February 12, 2002, and on January 27, 2004, and the experience of this Life Care Planner/Certified Case Manager.

## RECORDS REVIEWED

- ➢ Valley Regional Medical Center (12/24/98)
- ➢ Dr. Villalobos
- ➢ Dr. Soleja
- ➢ Brownsville Community Health Center
- ➢ Brownsville Medical Center
- ➢ Valley Grand Manor Billing Records
- ➢ Chart Review (02/12/02, 01/27/04)
- ➢ Deposition from Canderlario DeLeon (12/10/01)

**Summary**

Page 3

**Routine Medical Care**
Yearly           $1,765.00

**Therapies**
Yearly           $5,460.00

**Medications**
Yearly           $963.00

**Equipment & Supplies**
Yearly: Option I      $1,301.00
Yearly: Option II     $1,658.33

**Support Care**
Yearly: Option I      $43,010.00
Yearly: Option II     $53,960.00

**Housing Modifications**
One Time: Option II    $30,000.00

**GRAND TOTAL**
Option I         $52,499.00
Option II        $63,806.33
One Time      $30,000.00

**Care Management Consultants, Inc.**           Canderlario DeLeon

Page 4

Routine Medical Care

| Recommendation | Initiated | Purpose | Frequency | Base Cost | Annual Cost | Provider |
|---|---|---|---|---|---|---|
| Primary Care Physician | 2004 | To monitor overall healthcare and treat complications. | Six visits yearly | $97.50 visit | $585.00 | Brownsville Community Health Center |
| Urologist | 2004 | To monitor urological status. | Four visits yearly | $70.00 visit | $280.00 | Dr. Villalobos *transportation provided by Valley Grande Manor* |
| Podiatrist | 2004 | To monitor foot care | Two visits yearly | $75.00 visit | $150.00 | Dr. Ayala, *transportation provided by Valley Grande Manor* |
| Diagnostics | 2004 | To prevent complications | Yearly allowance | $750.00 allowance | $750.00 | |

Yearly $1,765.00

Candelario DeLeon

Care Management Consultants, Inc.

06/16/2004  11:01  9565440507   BRIN BRIN   PAGE  06/22



Page 5

Therapy

| Recommendation | Initiated | Purpose | Frequency | Base Cost | Annual Cost | Provider |
|---|---|---|---|---|---|---|
| Restorative Therapy | 2004 | To improve function and prevent complications. | One visit weekly | $105.00 visit | $5,460.00 | |

Yearly   $5,460.00

Candelario DeLeon

Care Management Consultants, Inc.

06/16/2004  11:31    9565440507    BRIN BRIN    PAGE  07/22

Page 6

**Medications**

| Recommendation | Initiated | Purpose | Frequency | Base Cost | Annual Cost | Provider |
|---|---|---|---|---|---|---|
| Amitriptyline | 2004 | To aid sleep. | One 10mg dose nightly | $4.86 month | $58.32 | drugstore.com |
| Neurontin | 2004 | To treat neuropathy. | Two 300mg doses daily | $75.39 month | $904.68 | drugstore.com |

Yearly    $963.00

Candelario DeLeon

Care Management Consultants, Inc.

Equipment and Supplies

Page 7

| Recommendation | Initiated | Purpose | Frequency | Base Cost | Annual Cost | Provider |
|---|---|---|---|---|---|---|
| Mattress egg crate and sheepskin | 2004 | To prevent skin breakdown. | Replace yearly | $35.00 each | $35.00 | |
| Standard Wheelchair | 2004 | To provide mobility. | Replace every five years | $1,500.00 each | $300.00 | |
| Rolling Walker | 2004 | To provide mobility. | Replace every five years | $350.00 each | $70.00 | |
| Jay Cushion | 2004 | To prevent skin breakdown. | Replace every two years | $495.00 each | $247.50 | MSC |
| Cane | 2004 | To provide mobility. | Replace every ten years | $59.95 each | $6.00 | Sammons |
| Gloves | 2004 | To provide protection. | Replace every two years | $85.00 set | $42.50 | MSC |
| Miscellaneous Supplies | 2004 | To provide daily care. | Monthly allowance | $50.00 allowance | $600.00 | Wal-mart |
| Electric Hospital Bed | 2004 | To provide positioning. | Replace every ten years | $2,500.00 each | $250.00 | Sammons |
| Raised Toilet Seat & Bars | 2004 | To provide for elimination. | Replace every three years | $72.00 each | $24.00 | Sammons |
| Shower Chair | 2004 | To provide safety and ease in bathing. | Replace every three years | $250.00 each | $83.33 | Sammons |

**OPTION I**

**OPTION II**
(with Option I)

Option I    $1,381.90
Option II   $1,658.33

Candelario DeLeon

Care Management Consultants, Inc.

Support Case

Page 8

| | Recommendation | Initiated | Purpose | Frequency | Base Cost | Annual Cost | Provider |
|---|---|---|---|---|---|---|---|
| OPTION I | Extended Care Facility | 2004 | To provide 24-hour care. | Twenty-four hour care daily | $114.00 day | $41,610.00 | Valley Grande Manor |
| OPTION II | Personal Care Assistant | 2004 | To provide daily assistance. | Twelve hour care daily | $144.00 day ($12/hour) | $52,560.00 | Agency Hire |
| BOTH OPTIONS | Case Management | 2004 | To assure quality of care. | Twenty hours yearly | $70.00 hour | $1,400.00 | Concentra |

Option I $43,010.00
Option II $53,960.00

Candelario DeLeon

Care Management Consultants, Inc.

06/16/2004 11:01 9565440507 BRIN BRIN PAGE 10/22

Page 9

Housing Modification

| | Recommendation | Initiated | Purpose | Frequency/ | Base Cost | Annual Cost | Lifetime Cost | Provider |
|---|---|---|---|---|---|---|---|---|
| OPTION II | Housing Modifications | Potential | To provide accessibility. | One episode over lifetime | $30,000.00 episode (avg) | | $30,000.00 | |

Option # $30,000.00

Candidate DeLeon

Care Management Consultants, Inc.

# EXHIBIT "12."



**Care Management Consultants, Inc.**

P.O. Box 3101
Brentwood, TN 37024
P: 615.373.2273
F: 615.377.3916

# CATHLIN VINETT, RN, BSN, CRRN, CCM, Cm

| **Education** | Bachelor of Science Degree in Nursing - 1979 University of Tennessee, Knoxville, TN | |
|---|---|---|
| (2002) | January: | Update in Life Care Planning (3 contact hours) |
| | April: | Advanced Practice Case Management (20.5 contact hours) |
| (2001) | June: | Annual Case Management Conference (31.25 contact hours) |
| (1999) | February: | Rehab of Injured Worker (2 contact hours) |
| | June: | Current Issues in Case Management (2 contact hours) |
| (1998) | February: | Advanced Catastrophic Management (12 contact hours) |
| (1997) | February: | Life Care Plans: Spinal Cord Injury (20 contact hours) |
| | March: | Life Care Planning (10 contact hours) |
| | October: | Medical Case Management Conference (21.6 contact hours) |
| (1996) | | Independent Study Case Management (3 contact hours) |
| | February: | Medical Case Management Conference (21 contact hours) |
| | April: | Spinal Cord Injury (5 contact hours) |
| | June: | Addressing Physical Therapy Needs (4 contact hours) |
| (1995) | April: | Creating Practical Measurement System in Post-Acute Rehabilitation for Persons with Acquired Brain Injury (12 contact hours) |
| | May: | Pediatric Physical Therapy (5 contact hours) |
| | June: | Occupational Medicine (3 contact hours) |
| | August: | Scope and Function of Physical Medicine and Rehabilitation (5 contact hours) |
| | September: | Chronic Pain (3 contact hours) |

**CATHLIN VINETT, RN, BSN, CRRN, CCM, Cm**
Page 2 of 4

| | | |
|---|---|---|
| (1994) | January: | Brain Injuries (15 contact hours) |
| | August: | Spinal Stenosis (2 contact hours) |
| | October: | Medical Case Management Conference VI (15 contact hours) |
| | | |
| (1993) | February: | Managed Care (1 contact hour) |
| | May: | Quality Improvement and Ethics in Case Management (6 contact hours) |
| | October: | Mid-South Department of Labor Seminar (20 contact hours) |
| | September: | Medical Case Management Conference (15 credit hours) |

(1992)    Began testifying as Life Care Planner.

(1987-1990)    Intra Corp Rehabilitation Regional Trainer for the Southeastern United States. Week long formalized training of new case managers that entailed coverage of Worker's Compensation laws, liability, long-term disability claims, case management, and communication skills.

(1989)    Life Care Planning Seminar (16 hours)

(1989)    Expert Vocational Training Seminar (16 hours)

(1989)    Certified Insurance Rehabilitation Specialist Boards

(1989, 1987, 1986)    National Head Injury Seminars

(1986)    Committee for the Development of Regional Burn Unit at Vanderbilt University

**Credentials**    State of Tennessee Nursing License
Certified Rehabilitation Registered Nurse
Certified Case Manager
Certified Nurse Case Manager by American Nurses Association

**Associations**    International Academy of Life Care Planners
National Association of Rehabilitation Professionals in the Private Sector
Tennessee Claims Association
Tennessee Business Association
Independent Case Manager Association
Nashville Rehabilitation Association
American Nurse's Association
Past President of Local Association of Rehab Nurses

**CATHLIN VINETT, RN, BSN, CRRN, CCM, Cm**
Page 3 of 4

**Accomplishments** (1994) Named one of the "Future 50" companies by the Nashville Area Chamber of Commerce.

(1993) Care Management Consultants, Inc. was selected by the State of Tennessee as the case management firm for the Department of Labor.

Developed the polices, procedures, and protocols for the practice of case management in the State of Tennessee for the Department of Labor.

(1983-1991) Extensive case experience in coordination of catastrophic injuries, which includes Head Injury, Spinal Cord Injury, Amputations, Burns, Psychiatric, and Multiple Trauma Cases. Experience in chronic illness as well.

(1989) Life Care Planning Seminar and Training. Extensive experience in consulting and preparation of life care plans.

(1988) Appointment by Intra Corp as Trainer for the Southeast Territory. Responsible for training over 100 new case managers.

(1986) Committee for the Development of Regional Burn Unit at Vanderbilt.

(1981-1985) Speaking Assignments at Middle Tennessee School of Nursing.  Topics on Fluid and Electrolyte Imbalance, Burns, Pancreatitis, and Head Injury.

(1981) Appointment of Staff Nurse I at Vanderbilt.

(1980) Presentations for Continuing Education at Blount Memorial Hospital.  Topics included Arsenic Poisoning, Fluid and Electrolyte Imbalance, and Burns.

Committee for Development of Quality Guidelines in Care Planning.

Recruiter, spokesman for Registered Nurses in East Tennessee.

**CATHLIN VINETT, RN, BSN, CRRN, CCM, Cm**
Page 4 of 4

**Experience**
Extensive case experience (20 years) and supervision of catastrophic injuries listed, i.e., head injury, spinal cord injury, amputations, burns, multiple trauma

Extensive case management experience and supervision of worker's compensation injuries and liability cases (20 years)

1990 – Present      Care Management Consultants, Inc.
                             Brentwood, TN
- Co-Owner and Vice President
- Life Care Planner
- Case Manager for Catastrophic Pediatric and Adult Cases
- Manage 25 employees
- 20 years direct case management experience

1986 - 1989      Intra Corp
                             Brentwood, TN
- Rehabilitation Specialist with promotion to Senior Rehabilitation Specialist
- Strong experience with worker's compensation, auto liability claims, group insurance, and long term care
- Effectively resolved medical and vocational cases through pro-active case rehabilitation plan formulation
- Medical case management of catastrophic cases with emphasis on head injury and spinal cord patients
- High rate of successful return to work
- Testified as expert vocational witness

1983 - 1985      Aetna Life & Casualty
                             Nashville, TN
- Nurse Coordinator in the Claim's Department Staff
- Experience with workers compensation and catastrophic injuries

1980 - 1983      Vanderbilt University Medical Center
                             Nashville, TN
- Staff II Nurse
- Charge Nurse of 32 bed unit providing care of high acuity trauma patients

1979 - 1980      Blount Memorial Hospital
                             Nashville, TN
- Float Nurse in ICU, Emergency Room, Orthopedics, and General Surgery

# EXHIBIT "13."

 **Care Management
Consultants, Inc.**

P.O. Box 3101
Brentwood, TN 37024
P: 615.373.2273
F: 615.377.3916

## SERVICES OF LIFE CARE PLANNING

| | |
|---|---|
| Consultation | $175.00 per hour |
| Preparation of Life Care Plan | $175.00 per hour |
| Deposition | $225.00 per hour |
| Testimony | $225.00 per hour |

**FEDERAL TAX ID #: 62-1432597**

# EXHIBIT "14."

# Depositions and Testimonies Relative to Life Care Plans

| Client | Deposition | Trial | Plaintiff Atty | Defense Atty | Notes |
|---|---|---|---|---|---|
| Tony Alvarado | 12/10/97 | | | Laura Ginett | Testified for defense. Case filed in Chicago, IL. |
| Ashley Alcantar | 10/30/03 | | | Laura Postilion | Testified for defense. Case filed in Chicago, IL. |
| Zachery Anderson | 05/19/98 | | | Bryan Essary | Testified for defense. Case filed in Hendersonville, TN. |
| Genia Atkinson | 06/18/99 (Waived) 12/99 (Waived) | | John Day | | Testified for plaintiff. Case filed in Johnson City, TN. Mediation successful. |
| Stephanie Bajalia | 05/01/98 | | Brian Plant | | Mediation. Case filed in Birmingham, AL. |
| Stephen Barnby | 10/08/01 | 10/25/02 | | Stevan Janik | Testified for defense. Case filed in Cleveland, OH. |
| Allison Baron | 08/15/01 | | | Connie O'Neill | Testified for defense. Case filed in Chicago, IL. |
| Kylie Bryant | 05/02/01 | | Cara Zemenak | | |
| Makayla Burrows | | 08/01/00 | | Lacy West Bryan Essary | Testified for defense. Case filed in Elizabethton, TN. |
| Sean Cannon | 03/31/98 | | | CJ Gideon | Testified for defense. Case filed in Bristol, TN. |

Cathlin Vinett, RN, BSN, CRRN, CCM, Cm

4/15/2004

## Depositions and Testimonies Relative to Life Care Plans

| Client | Deposition | Trial | Plaintiff Atty | Defense Atty | Notes |
|---|---|---|---|---|---|
| Reggie Carter | | 10/05/01 | | Lawrence Pettiette, Jr. | Testified for defense. Case filed in Shreveport, LA. |
| Connie Clemans | | 06/05/96 | | Tom Wiseman | Testified for defense. Case filed in Gallatin, TN. |
| Tyler Criscillis | 01/28/98 | | | Bonnie Richardson | Testified for defense. Case filed in Atlanta, GA. |
| Justin Dickerson | 03/13/96 | | | Bryan Essary | Testified for defense. Case filed in McMinnville, TN. |
| Travis Dobson | 12/22/03 | | | Jay Train | Testified for defense. Case filed in Atlanta, GA. |
| Morgan England | 02/03/04 | 02/23/04 | | Louise Tausch | Testified for defense. Case filed in Texarkana, TX. |
| Leo Evans | 01/21/02 | | | Greg Ferrell | Testified for defense. Case filed in Temple, TX. |
| Mario "Tony" Fonseca | 10/06/03 | | | Karen Mathura | Testified for defense. Case filed in Chicago, IL. |
| Charles Freeman | 01/03/97 | | Connie Jones | | Testified for plaintiff. Case filed in Bristol, TN. |
| Krystal Galvan | | 09/13/01 | | CJ Gideon | Testified for defense. Case filed in Brownsville, TN. |

Cathlin Vinett, RN, BSN, CRRN, CCM, Cm

4/15/2004

## Depositions and Testimonies Relative to Life Care Plans

| Client | Deposition | Trial | Plaintiff Atty | Defense Atty | Notes |
|---|---|---|---|---|---|
| Howard "Danny" Garrison | 03/20/03 | | Dulin Kelly | | Cased filed in Hendersonville, TN. |
| Nicholas Golden | 10/10/00 | | | Jason Parson | Testified for defense. Case filed in Chicago, IL. |
| Georgette Gomes | | 03/10/03 | | Chris Fox | Testified for defense. Case filed in Oklahoma City, OK. |
| Thomas Gray | | 10/01/94 | | David King | Testified for defense. Case filed in Columbia, TN. |
| Paula Griffin | 2000 (Waived) | | John Day | | Mediation. Case filed in Nashville, TN. |
| Bonnie Hadley | Deposition | | | John Gibson | Testified for defense. Case filed in Columbia, TN. |
| Dustin Hallmark | 07/19/01 | | Flint Lindon | | Testified for plaintiff. Case filed in Birmingham, AL. |
| Anna Marie Harvey | 09/23/02 | | | Dale Cook | Case filed in Columbus, OH. |
| Larry Hauskins | 02/17/98 | 03/05/98 | Tracy Parks | | Testified for plaintiff. Case filed and tried in Gallatin, TN. |
| Almon Heetsie | 06/12/03 | | | Mike Prangle | Testified for defense. Case filed in Chicago, IL. |

Cathlin Vinett, RN, BSN, CRRN, CCM, Cm                    4/15/2004

## Depositions and Testimonies Relative to Life Care Plans

| Client | Deposition | Trial | Plaintiff Atty | Defense Atty | Notes |
|---|---|---|---|---|---|
| Linnie Hewett | 07/28/98 | | Donald Caulkins | | Testified for plaintiff. Case filed in Franklin, TN. |
| Dodie Hood | 01/15/98 | | | Larry Harper | Testified for defense. Case filed in Birmingham, AL. |
| Staci Howard | 01/23/02 | | | Ken Webster | Testified for defense. Case filed in Las Vegas, NV. |
| Jamar Jackson | | 09/23/97 | | Tom Wiseman | Testified for defense. Case filed and tried in Nashville, TN. |
| William Kim | 01/16/03 | | | Joe Chambliss | Case filed in Raleigh, NC. |
| Jessica King | 03/97 | | | Hubert Jones | Testified for defense. Case filed in Dyersburg, TN. |
| Joanie LaCour | 07/09/98 | | | Irving Warshaner | Testified for defense. Case filed in Shreveport, LA. |
| Victoria Leyva | 12/28/99 | | | Bill Oldham | Case filed in Louisville, KY. |
| Hannah Lowe | 09/10/98 | | | John Gibson | Testified for defense. Case filed in Wichita, KS. |
| Robin Lyles | 12/16/97 | | Brian Plant | | Testified for plaintiff. Case filed in Birmingham, AL. |

Cathlin Vinett, RN, BSN, CRRN, CCM, Cm                                      4/15/2004

## Depositions and Testimonies Relative to Life Care Plans

| Client | Deposition | Trial | Plaintiff Atty | Defense Atty | Notes |
|--------|-----------|-------|----------------|--------------|-------|
| Douglas Maples | | 11/05/98 | David Randolph Smith | | Testified for plaintiff. Case filed in Knoxville, TN. |
| Ian Martinez | 05/28/03 | | Brian Cummings | | Testified for plaintiff. Case filed in Nashville, TN. |
| Chad McClung | 02/05/96 | | Malcolm McCune | | Testified for plaintiff. Case filed in Nashville, TN. |
| Savannah McKnuckles | 10/17/02 | | | Sean Tolliver | Case filed in Los Angeles, CA. |
| Marina Michaelidas | 04/12/02 | | | John Prusik | Case filed in Chicago, IL. |
| Dwayne Mitchell | | 04/01 | Jeff Garrety | | Testified for plaintiff. Case filed in Jackson, TN. |
| Patricia Neighbors | 01/16/02 | | Elizabeth Pelypenko | | Testified for plaintiff. Case filed in Chattanooga, TN. |
| Grady Olmstead | 08/07/01 | | Bryan Essary | | Testified for plaintiff. Case filed in Nashville, TN. |
| Bridgett Palmer | 05/07/03 | | | Bob Trentham | Testified for defense. Case filed in Nashville, TN. |
| Carolyn Parrish | 04/16/01 | | Michael Galligan | | Testified for plaintiff. Case filed in McMinnville, TN. |

Cathlin Vinett, RN, BSN, CRRN, CCM, Cm                                        4/15/2004

## Depositions and Testimonies Relative to Life Care Plans

| Client | Deposition | Trial | Plaintiff Atty | Defense Atty | Notes |
|---|---|---|---|---|---|
| Brian Rexwinkel | 08/02/01 | | | Al Maxwell | Testified for defense. Case filed in Reno, NV. |
| Inez Rivera | 10/07/03 | | | Kristin Gross | Testified for defense. Case filed in Chicago, IL. |
| Cory Rose | 11/21/00 | | | Art Brock | Testified for defense. Case filed in Chattanooga, TN. |
| Avi Samuels | 01/16/04 | 02/20/04 | | Laura Postilion | Testified for defense. Case filed in Chicago, IL. |
| Devin Shoghrue | 09/19/00 | | | Wayne Klein | Testified for defense. Case filed in Knoxville, TN. |
| Julia Simons | 11/27/02 | | | Clarke Johnson | Case filed in Tacoma, WA |
| Doug Suess | To be scheduled. | | Jim Hunter | | Case filed in Nashville, TN. |
| Damen Townsend | | 11/25/02 | | Anderson Bennett | Testified for defense. Case filed in Chicago, IL. |
| Warren Tucker | 01/13/03 | | | Steptoe & Johnson | Case filed in Charleston, WV. |
| Henry Vinson | | | John Day | | Mediation. Case filed in Nashville, TN. |

Cathlin Vinett, RN, BSN, CRRN, CCM, Cm                                      4/15/2004

## Depositions and Testimonies Relative to Life Care Plans

| Client | Deposition | Trial | Plaintiff Atty | Defense Atty | Notes |
|--------|-----------|-------|---------------|-------------|-------|
| Alice Walker | | 10/01/00 (Continued) | Harry Waddle | | Trial testimony scheduled for plaintiff. Case filed in Nashville, TN. |
| Gilbert Waters | | 02/11/04 | Larry Ashworth | | Testified for plaintiff. Case filed in Nashville, TN. |
| Cody Wilkenson | 02/24/98 | | | Laura Rufulo | Testified for defense. Case filed in Chattanooga, TN. |

Cathlin Vinett, RN, BSN, CRRN, CCM, Cm                    4/15/2004

# EXHIBIT "15."

# Mr. Candelario De Leon

### Revised Appraisal of Economic Damages

<u>Introduction</u>

The appraisal of the economic consequences to a person of an event is a comparison of the material well-being of that person before the event with the material well-being of that same individual after the event. When the economic consequences are negative, we say that we are appraising the economic damages of the event.

In a situation where a person has been injured, it is common for an economist to evaluate the economic damages sustained by the injured person.

In making our analysis, it is important to begin with a set of facts or assumptions concerning the injured person. These assumptions are based on the following materials:

- Deposition of Candelario De Leon, 12/10/01
- Plaintiff's Objections and Answers to Defendant HCA – The Healthcare Company's Interrogatories
- Plaintiff's Objections to Written Interrogatories of Defendant, Columbia Valley Healthcare Systems, L.P. d/b/a Valley Regional Medical Center
- Plaintiff's Objections to Written Interrogatories of Defendant, HCA – The Healthcare Company
- Plaintiff's Objections to Requests for Production of Defendant, Columbia Valley Healthcare Systems, L.P. d/b/a Valley Regional Medical Center
- Plaintiff's Objections to Requests for Production of Defendant, HCA-The Healthcare Company
- Plaintiff's Answer to Defendant HCA-The Healthcare Company's Requests for Production (Second Set)
- Objection to Defendant, Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center's Third Request for Production to Candelario De Leon
- Plaintiff's Objection and Response to Defendant Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center Third Request for Production
- Candelario De Leon's Responses and Objections to Request for Admissions
- Plaintiff, Candelario De Leon's Supplemental Responses and Objections to First Request for Admissions
- Plaintiff's Responses to Requests for Disclosure
- Plaintiff's Objections and Responses to Defendant HCA – The Healthcare Company's Request for Production (includes reports by Dr. Jeremy Slater, M.D., Dr. Nick Peters, M.D., and accident report)

Stephen M. Horner, Ph.D.
Economic, Business and Statistical Consulting
March 17, 2004                                                                 Page 1

- Plaintiff's Objections and Responses to Defendant Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center Requests for Production
- Plaintiff's First Supplemental Responses to Requests for Disclosure
- Deposition of Dr. Alex Willingham, M.D., 1/3/2002 (includes exhibits)
- A/R Historical Resident Ledger from Valley Grande Manor
- Candelario De Leon's Objections and Responses to Columbia Valley Healthcare Systems, L.P. d/b/a Valley Regional Medical Center and HCA-The Healthcare Company's Second Request for Admissions and Fifth Request for Production
- Life Care Plan prepared by Cathlin Vinett, 3/5/02
- Life Care Plan prepared by Alex Willingham, 6/29/01
- 2001 Physicians' Fee Reference
- Individual Income Tax Returns (1995, 1996, 1997) IRS stated he did not file for 1998
- Life Care Plan prepared by Cathlin Vinett, 2/12/04

Other sources are noted. We begin the following:

<u>Assumptions Concerning Mr. De Leon</u>

1.  Candelario De Leon was born on June 15, 1941. His life expectancy is to about age 81.00 (U.S. Life Tables, 2000). Mr. De Leon is a widower. He has six children, none whom currently live with him.

2.  Candelario De Leon has an eighth grade education.

3.  At the time of his injury, Candelario De Leon reports that he had been unemployed for six months. Before his unemployment, he worked at Gulf Port Services in Brownsville and in Mexico, earning $6.40 per hour, working approximately 50-60 hours per week. Since then, that company has closed their business here. No wage earnings records have been provided. Without documentation, it is difficult to establish reliably an earning capacity figure. Mr. De Leon admits to drinking a six-pack or more of beer everyday in the last five or six years. Upon arrival in the emergency room, the ER physician notes document that Mr. De Leon is "obviously drunk-awake." Mr. De Leon has previously been arrested for DWI and public intoxication. Such social problems can lead to continuing problems with employment, which is consistent with Mr. De Leon's very weak earning history. Mr. De Leon's extended period of unemployment suggests that his pre-injury earning capacity was less than $6.40 per hour. For purposes of illustration, we assume that Mr. De Leon's pre-injury earning capacity was $5.15 per hour, full-time year-round, or about $10,712 per year. Also for purposes of illustration, we include an additional allowance for fringe benefits of 11.54%, although we have no indication that Mr. De Leon's previous employment actually paid any fringe benefits.

4. Had he not been injured, Mr. De Leon would have been able to continue to his normal worklife expectancy as produced by the Bureau of Labor Statistics, to about age 63.53, or about 6.01 years from the date of injury. This period of time is entirely in the past.

5. In the past, Mr. De Leon could have expected, on the average, to receive *real* raises reported by the Social Security Administration.

6. Candelario De Leon was injured on December 24, 1998.

7. As a result of his injury, Mr. De Leon's earning capacity has been impaired. Mr. De Leon has been unable to work since the date of the accident. He has been diagnosed as quadraparetic, with a T8 sensory level.

8. Mr. De Leon will require additional medical care in the future as a result of his injuries. Ms. Cathlin Vinett has outlined Mr. De Leon's future care needs in a life care plan.

9. The reference date, dividing past from future losses, is January 1, 2005.


Economic Damages: Loss of Earnings Capacity

A person's ability to earn income, called his earning capacity, is a valuable economic asset. Mr. De Leon's nominal income is assumed to increase at the same rate as average hourly wages, as reported in the *Economic Report of the President, 2004*, page 340.

Mr. De Leon's stream of income has been impaired by the difference between the earning capacity that he could have enjoyed, but for the injury, and his post-injury earning capacity. The following table summarizes our estimates of Mr. De Leon's earning capacity losses:

| EARNING LOSS | | | |
|---|---|---|---|
| Category | Pre-Injury Capacity | Post-Injury Capacity | Loss |
| Past | $81,197 | $0 | $81,197 |
| Future (present value) | $0 | $0 | $0 |
| Total | $81,197 | $0 | $81,197 |

Stephen M. Horner, Ph.D.
Economic, Business and Statistical Consulting
March 17, 2004                                                        Page 3

## Future Medical Expenses

The present value of the Life Care Plan prepared by Cathlin Vinett is about $822,809 with Mr. De Leon receiving care at his home. If Mr. De Leon requires outside professional assistance the present value of the life care plan is about $966,033. The future amounts are discounted to present value based on net discount rates of about 1.54% for medical commodities; -0.33% for medical services; 1.21% for non-medical services; 2.38% for attendant services; and 0.72% for prescription medication. These net discount rates are based on inflation rate data prepared by the Bureau of Labor Statistics and average annual yields on high grade municipal bonds. (Data is from the *Economic Report of the President, 2003*, and the Bureau of Labor Statistics at http\\:stats.bls.gov/cpihome.htm).

Stephen M. Horner, Ph.D.
Economic, Business and Statistical Consulting
March 17, 2004

Page 4

# EXHIBIT "16."

**STEPHEN M. HORNER, PH.D.**
Economic, Business & Statistical Consulting
P.O. Box 2685
Corpus Christi, Texas 78403
361/883-1686

## CURRICULUM VITAE

## EDUCATION
Ph.D., Economics, The University of Michigan, Ann Arbor, Michigan, 1977
M.P.P., Public Policy Studies, The University of Michigan, Ann Arbor, Michigan, 1973
B.Sc., Economics, California Institute of Technology, Pasadena, California, 1970
Graduated, W.B. Ray High School, Corpus Christi, Texas, 1966

## CONSULTING
| | |
|---|---|
| 1985-Present | General Economic, Business and Statistical Consulting, Various Defense and Plaintiff's Attorneys; Personal Injury and Commercial Damage Economic Evaluation |
| 1987 | Corpus Christi Warehouse and Storage, Corpus Christi, Texas; Lease Negotiation Support |
| 1985 | Susser Petroleum Corporation, Apache Fuels, Corpus Christi, Texas |
| 1978 | Urban Systems, Inc., Cambridge, Massachusetts |
| 1976 | City of Ann Arbor Cablecasting Commission, Ann Arbor, Michigan |

## EMPLOYMENT
| | |
|---|---|
| 1999 | Adjunct Professor of Economics, Texas A&M University, Corpus Christi, Texas |
| 1979-1989 | Executive Vice President, Oil Field Equipment Co., Corpus Christi, Texas |
| 1977-1979 | Assistant Professor of Economics, Wellesley College, Wellesley, MA. |
| 1976-1977 | Lecturer in Economics, Wellesley College, Wellesley, MA. |
| 1975 | Lecturer, School of Public Health, The University of Michigan, Ann Arbor, MI |
| 1974-1975 | Teaching Assistant, School of Public Health, The University of Michigan, Ann Arbor, Michigan |
| 1972-1975 | Research Assistant, The Institute of Public Policy Studies, The University of Michigan, Ann Arbor, Michigan |
| 1971 | Teaching Assistant, Industrial Engineering, School of Engineering, The University of Michigan, Ann Arbor, Michigan |
| 1970-1971 | Special Administrative Assistant to the Chairman of the Board, International Business Machines Corporation, IBM Internship Program, Armonk, New York |

## PROFESSIONAL ASSOCIATIONS
National Association of Forensic Economics, (President 2003-2004, Western Vice-President, 1992 - 1996)
  *Journal of Forensic Economics,* (Board of Editors, 1996-2000)
American Economic Association
American Statistical Association
Western Economic Association International

## PUBLICATIONS
"The Valuation of Earning Capacity: Definition, Measurement and Evidence" in *Journal of Forensic Economics,* 1999, 12(1), 13-32.
"Reference Guide for Valuing Economic Loss in Personal Injury, Wrongful Death and Survival Actions," with Thomas R. Ireland and James D. Rodgers, in *Expert Economic Testimony: Reference Guides for Judges and Attorneys,* by Thomas R. Ireland, Stephen M. Horner, James D. Rodgers, Patrick A. Gaughan, Robert R. Trout and Michael J. Piette. Tucson, AZ: Lawyers & Judges Publishing Company, 1998.
Review of Gamboa, Jr., A. M. (1995): *The New Worklife Expectancy Tables,* in *Journal of Applied Rehabilitation Counseling,* Volume 27, Number 3, Fall 1996, page 67

# EXHIBIT "17."

### STEPHEN M. HORNER, PH.D.
P.O. Box 2685
CORPUS CHRISTI, TEXAS 78403

361-883-1686
Fax: 361-883-1694

ECONOMIC, BUSINESS &
STATISTICAL CONSULTING

Effective January 1, 2002

### Rates for Cases Opened After January 1, 2002*

**Regular retainer in Employment, Personal Injury and Wrongful Death Litigation:**

$1,200.00

**Retainer in Commercial Damage Litigation and General Economic Analysis:**

Retainer in these cases will vary with the case.
Retainer will be applied to final balance at case closure only.
(Please inquire about other special terms.)

**Evaluations of Economic Damages in Personal Injury or Wrongful Death, Evaluation of Commercial Damages and General Economic Analysis:**

$240.00 per hour

(5 hours or $1,200.00 minimum per case)

**Research Assistant's Services:**

$100.00 per hour

**Court appearances and depositions and travel** are billed at regular hourly rate, including out of office "stand-by" time. Minimum time charged on day of testimony is four hours.

**Expenses:** Billed at cost.

*Employment, personal injury and wrongful death litigation cases, where retainer is paid *prior* to January 1, 2002: Dr. Horner's time will be billed at $220 per hour, $95 for research assistant, with a minimum fee and retainer of $1,100.

### Tax I.D. Number 74-2575880

# EXHIBIT "18."

3/17/2004

Disposition & Trial Testimony

| Date | Case Testimony | Case Name | Case Number | Attorney Name | Court | Cause Number | Style of Case |
|---|---|---|---|---|---|---|---|

Deposition & Trial Testimony

3/17/2004

| Date | Testimony | Case Number | Case Name | Attorney Name | Court | Cause Number | Style of Case |
|---|---|---|---|---|---|---|---|
| | Trial | 2372 | Swafer | Kimball | U.S. Dist Court of Western Texas, San Antonio Division | No. SA02-CA047FB | Helen Bradley, Individually and as Next Friend of Richard Bradley, a minor, vs. WEA |
| | Deposition | 23908 | Carney | Carney | County Court, Nueces County, Texas, Court at Law No. 3 | No. 02-61586-4 | Manharto Gallery, et al. vs. William Howard Ward and Malcomban, Inc. d/b/a InsInsurance of Texas |
| | Trial | 23927 | Montemayor | Kimball | Dist. Court, Guadalupe County, TX, 25th Judicial Dist. | No. 2002-CA-0982-B | G.A Xavier Montemayor and Ernestine L. Gramer, Jr. v. Jose Aldonis Ortiz Fernandez, et al. |
| | Deposition | 23943 | Ruiz | Hilis | Dist. Court, Hidalgo County, TX, 370th Judicial Dist. | No. C-4076-02-G | Maria De Jesus Perez Ramirez, et al. v. U.S. Con'l Construction Company, et al. |
| | Deposition | 23929 | Chrest | Austin | U.S. Dist. Court Southern Dist. of TX, Brownsville Div. | No. B-01-128 | Dan Clinger v. Brownsville I.S.D., Wm. Reynolds Asset Dispo. et al. |
| | Deposition | 23983 | Rodriguez | Villareal | Dist. Court, Webb County, TX, 49th Judicial Dist. | No. C-2277-98-B | Simona Rodriguez, Sr. et al. vs. Orellti Records, Inc. et al. |
| | Deposition | 24014 | Arellano | Aguilar | U.S. Dist Court of Southern Texas, Brownsville Division | No. B-02-143 | Abraham H. Arellano, et al vs. Brownsville Independent School District, New Records, and Estate Gamer, Jr. |
| | Deposition | 23991 | Branco | Watts | U.S Dist Court of Western Texas, Waco Division | No. W-03-CA-088 | Shannana Branco, Individually and as Next Friend of Vincenizo Branco, a Minor v. David Ausmus Gram, Inc. d/a/a Gram, Inc. and Dwad Industries, Inc. |
| | Trial | 23915 | Lopez | Bober | County Court, Nueces County, TX, Law No. 1 | No. 02-61586-1 | Stephen M. Lopez vs. J.E. Salt Service Company, Limited Partnership |
| | Deposition | 23950 | Garcaskkiz | Ube | Dist. Court, Duval County, TX, 229th Judicial Dist. | No. DC-CA-332 | Alonso Gonzalez, Jr. et al. vs. Fort Motor Company, et al. |
| | Deposition | 23907 | Ihmas | McGregor | County Court, Nueces County, TX, Law No. 3 | No. 02-6003-3 | Pedro Cuevas, Jr. v. Ardonio Treviño, v. Ford Ready Asphalt Paving & Septic Tank Service, Inc. |
| | Deposition | 23905 | Becerra | Velz | Statutory Probate Court #4, Harris County, Tx | No. 324097 | Laura Becerra, Individually, and as Administrator of the Estate of Elba Becerra, Deceased et al et al |
| | Trial | 23954 | R.Arader | Castillo | U.S. Dist. Court Western Dist. of TX, Austin Division | No. A-02-CA-184-JN | Chief Roberto Arader v. United States of America |
| | Deposition | 23948 | Benavides | Luna | U.S. Dist. Court Southern Dist. of TX, Corpus Christi Div. | No. C-02-076 | Elda V. Benavides vs. Housing Authority of the City of Mathis, J.M. Edmondson, Individually Danial Garcia, Individually |
| | Deposition | 23949 | Buecega | Williamson | U.S. Dist. Court, Webb County, TX, 111th Judicial Dist. | No. 2002-CUL-001179-SG | Lee Buecega and Lary Buecega et al v. Ford Motor Company, Maybelog Motors North America, et al |
| | Deposition | 23916 | Adams | Lyda | Dist. Court, Hidalgo County, TX, 206th Judicial Dist. | No. C-2564-02-D | Alejandra Adams, Jessica Adams and Jules Adams vs. Paris Insurance Lederma and State Farm Mutual Automobile Insurance Company |
| | Deposition | 2972 | Archuleta | Garza | Dist. Court, Duval County, TX, 229th Judicial Dist. | No. DC-M-182 | Daniel Silva, et al vs. Union Pacific Corporation, et al. |
| | Deposition | 23918 & 23100 | Garcia & Martinez | Garza | Dist. Court, Duval County, TX, 229th Judicial Dist. | No. DC-02-119 | Imelda Garza, et al vs. General Motors Corporation, Roe Motor Company, Inc., et al |

Stephen M. Homer, Ph.D.