United States District Court
Southern District of Texas
FILED

JUN 2 2 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON | § | |
| | § | CIVIL ACTION NO. CV-B-00-192 |
| VS. | § | |
| | § | (JURY REQUESTED) |
| COLUMBIA VALLEY HEALTHCARE | § | |
| SYSTEM, L.P. D/B/A VALLEY REGIONAL | § | |
| MEDICAL CENTER, JOAO DOVALE, M.D. | § | |
| AND STAT PHYSICIANS, P.A. | § | |

**PLAINTIFF'S SUPPLEMENTAL RESPONSES TO
REQUESTS FOR DISCLOSURE**

TO:    Defendants Joao Dovale, M.D. and Stat Physicians, P.A., by and through their attorneys,
Steven Matthew Gonzalez and Gerald E. Castillo, GONZALEZ, GAYTAN, GARZA & CASTILLO,
L.L.P., 1317 E. Quebec Avenue, McAllen, TX 78503; Defendant Columbia Valley
Healthcare System, L.P., by and through its attorneys, William Gault and Paul Fourt, BRIN
& BRIN, P.C., 1325 Palm Blvd., Suite A, Brownsville, Texas 78520,

COMES NOW Plaintiff CANDELARIO DE LEON and serves the following Supplemental

Responses to Requests for Disclosure, pursuant to FED. R. CIV. P. 26.

Respectfully submitted,

**Branton & Hall, P.C.**
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas  78205
(210) 224-4474
(210) 224-1928 (Fax)

By: _____
THOMAS A. CROSLEY
State Bar No. 00783902
S. Dist. Texas No. 15434
JAMES L. BRANTON
State Bar No. 00000069
S. Dist. Texas No.20163

MICHAEL COWAN
Attorney at Law
520 E. Levee
Brownsville, Texas 78520
(956) 541-4981
State Bar No. 00795306
S. Dist. Texas No. 19967

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing has been served via certified mail, return receipt requested, on this 21st day of June, 2004, to:

Steven Matthew Gonzalez
Mr. Gerald E. Castillo
GONZALEZ, GAYTAN, GARZA & CASTILLO, L.L.P.
1317 E. Quebec Avenue
McAllen, TX 78503

ATTORNEYS FOR DEFENDANTS,
STAT PHYSICIANS, P.A. and
JOAO DOVALE, M.D.

William Gault
Paul Fourt
BRIN & BRIN, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520

ATTORNEYS FOR DEFENDANTS
COLUMBIA VALLEY HEALTHCARE
SYSTEM, L.P. D/B/A VALLEY
REGIONAL MEDICAL CENTER

THOMAS A. CROSLEY

G:\WPFILES\FILES.CLT\D\DEL9827\DISC\RRFD-3.wpd

-2-

## PLAINTIFF'S SUPPLEMENTAL RESPONSES
## TO DEFENDANT'S REQUEST FOR DISCLOSURE

*Federal Rules of Civil Procedure, Rule 26(a):*

(1)(A)  The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information;

**RESPONSE:**

See attached Exhibit "A" which is incorporated by reference.

(1)(B)  A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

**RESPONSE:**

See attached medical bills of Brownsville Community Health Center, Jose VIllalobos, MD c/o Brownsville Urology and Khalid R. Soleja, M.D.

See also medical records and bills from the following:

> Brownsville Medical Center
> 1048 W. Jefferson Street
> Brownsville, Texas 78520
> (956) 544-1400
>
> Valley Regional Medical Center
> 100 E. Alton Gloor Blvd., Suite A
> Brownsville, Texas 78526-3307
> (956) 831-9611
>
> Valley Regional Medical Center
> 8101 West Sam Houston Parkway South, Suite 100
> Houston, Texas
>
> Brownsville Police Department
> 600 East Jackson Street
> Brownsville, Texas 78520
> (956) 548-7000

Brownsville Emergency Medical Service
954 East Madison Street
Brownsville, Texas 78520

Valley Grande Manor Brownsville
901 Wildrose Lane
Brownsville, Texas 78520
(956) 546-4568

Edward McGlynn, M.D.
100 A. Alton Gloor
Brownsville, Texas 78521
(956) 761-0411

Rio Grande Podiatry Center
500 Parades Lane Road, Suite 4
Brownsville, Texas 78521
(9567) 546-4119

University Eye Center
30 N. Park Place
Brownsville, Texas 78520
(956) 542-9118

Jose Luis Ayala, M.D.
500 Paredes Line Road, Suite 4
Brownsville, Texas 78520
(956) 456-4119

Luis Gayton, M.D.
2137 East 22nd Street
Brownsville, Texas 78570
(956) 548-7400

Victor Leal, M.D.
30 North Park Place
Brownsville, Texas 78572
(956) 542-9118

Plastic Surgery Center
109 E. Price Road
Brownsville, Texas 78521
(956) 546-5237

Pete Hurley
14027 Memorial Drive, Suite 425
Houston, Texas 78521
Unknown telephone number.

Gulf Port Services
Noe A. Hinojosa
7013 Springbriar
San Antonio, Texas 78201

Homayon Sidiq, M.D.
2137 East 22nd Street
Brownsville, Texas 78521
(956) 548-7400

Khalid R. Solija, M.D.
109 East Price Road
Brownsville, Texas 78520
(9567) 546-5237

BioCom Clinical Laboratories, Inc.
909 S. James, Suite E
Weslaco, Texas 78596
(956) 968-0222

Doron (Daniel) Nuchovich, M.D.
1309 Flagler Drive
West Palm Beach, Florida
(561) 746-2033

Danilo Asase, M.D.
1713 Treasure Hills, Suite 1B
Brownsville, Texas 78520
(800) 559-7833

Brownsville Urological Center
Jose Villalobos, M.D.
864 Central Blvd., Suite 500
Brownsville, Texas 78521
(9567) 546-3596

Brownsville Community Health Center
2137 E. 22nd Street
Brownsville, Texas 78521
(956) 548-7400

Internal Revenue Service
3651 South Interregional Hwy.
Austin, Texas
(800) 829-1040

Valley Grande Manor Brownsville
901 Wildrose Lane
Brownsville, Texas 78520
(956) 546-4568

Mobile Imaging X-ray
Brownsville, Texas 78520

F.M. Pharmacy
Address unknown.
(956) 544-1800

Lindale Medical Laboratory
500 Paredes Line Road, Suite 6
Brownsville, Texas 78521
(956) 546-3734

Express Towing
2591 Old Port Isabel Road
Brownsville, Texas 78520
(956) 541-2029

City of Brownsville Police Department
600 Jackson Street
Brownsville, Texas 78520
(956) 548-7000

Dairyland County Mutual
P.O. Box 8034
Stevens Point, Wisconsin 54481
(800) 532-2525

Cameron County Jail Division
954 E. Harrison
Brownsville, Texas 78520
(956) 544-0865

Texas Rehabilitation Commission
Disability Determination Services
P.O. Box 149198
Austin, Texas 78714-9198
(800) 252-9627

(1)(C)   A computation of any category of damages claimed by the disclosing party, making available
for inspection and copying as under Rule 34 the documents or other evidentiary material, not
privileged or protected from disclosure, on which such computation is based, including
materials bearing on the nature and extent of injuries suffered; and

**RESPONSE:**

Loss of earning capacity – from December 25, 1998 to the present and into the future for the rest of
his future up to his 65th birthday, Plaintiff alleges a total interruption of his earning capacity due to
the nature and severity of his injuries.   Plaintiff estimates these damages to be approximately
$12,500.00 to $25,000.00 per year for a total of $100,000.00 to $200,000.00.

Past and future medical expenses – Plaintiff seeks recovery of the reasonable and necessary medical
expenses for those providers that have treated him for his spinal cord injury and quadriplegia,
including but not limited to those named on the attached Exhibit "B".   The total claimed is
approximately $2.5 million.  Past medical expenses exceed $50,000.00 and future medical and life
care expenses are estimated at $2,455,930.  Please refer to the report and deposition testimony of Dr.
Alex Willingham and Dan Bagwell, each of which are incorporated herein by reference, for more
detail on Plaintiff's damages pertaining to his life care needs and medical expenses.

Disfigurement – Plaintiff, by and through his attorney, estimates his disfigurement damages (past
and future) to be $5 million.

Physical Impairment – Plaintiff, by and through his attorney, estimates his physical impairment
damages (past and future) to be $10 million.

Physical Pain and Mental Anguish – Plaintiff, by and through his attorney, estimates his physical
pain and mental anguish damages (past and future) to be $10 million.

(1)(D) For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**RESPONSE:**

None.


(2)(A) A party shall disclose to other parties the identity of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence.

**RESPONSE:**

See attached Exhibit "C".


(2)(B) This disclosure shall, with respect to a witness who is retained or specially employed to provide expert testimony in the case or whose duties as an employee of the party regularly involve giving expert testimony, be accompanied by a written report prepared and signed by the witness. The report shall contain a complete statement of all opinions to be expressed and the basis and reasons therefor; the date or other information considered by the witness in forming the opinions; any exhibits to be used as a summary of or support for the opinions; the qualifications of the witness, including a list of all publications authored by the witness within the preceding ten years; the compensation to be paid for the study and testimony; and a listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years.

**RESPONSE:**


Retained experts have been previously been disclosed, however, for a list see attached Exhibit "C". Each retained expert's report and curriculum vitae have been previously provided.

## Exhibit "A" Persons with Knowledge of Relevant Facts
### (Excluding Medical Witnesses)

Candelario De Leon
901 Wild Rose Lane, Room 113
Brownsville, TX 78520
*Plaintiff will be called to testify regarding the events of December 24, 1998, including the medical treatment received on December 24, 1998, his arrest by Brownsville Police Officers, and his injuries and damages which continue as a result of subject incident.*

Francisco De Leon
Number 8 Ofelia Circle
Brownsville, Texas 78520
(956) 838-2929
*Brother of plaintiff who will be called to testify regarding the effects subject incident has had on Mr. De Leon's life. Damages witness.*

Margarita De Leon
1041 Flor Del Valle Drive
Brownsville, Texas 78520
(956) 350-3603
*Plaintiff's daughter-in-law who will be called to testify regarding the effects subject incident has had on Mr. De Leon's life. Damages witness.*

Mario De Leon
1041 Flor Del Valle Drive
Brownsville, Texas 78520
(956) 350-3603
*Plaintiff's son who will be called to testify regarding the effects subject incident has had on his father's life. Damages witness.*

Oscar De Leon
3354 East 25th Street
Brownsville, Texas 78520
(956) 542-5215
*Brother of plaintiff who will be called to testify regarding the effects subject incident has had on Mr. De Leon's life. Damages witness.*

Rosalva De Leon
10409 Sheridan Avenue S
Tacoma, WS 98444
*Daughter of plaintiff who will be called to testify regarding the effects subject incident has had on Mr. De Leon's life. Damages witness.*

Mary Garza
4009 Crabtree Cove
Midwest City, OK 73110
*Damages witness.*

Mary Lou Villarreal
24517 32nd Avenue E
Spanaway, WS 98387
*Damages witness.*

Felipa R Foster
10409 Sheridan Avenue S
Tacoma, WS 98444
*Damages witness.*

Jessica De Leon
2803 Glenridge Drive
Arlington, Tx 76016
*Damages witness.*

Luis Urbina Flores
4045 Coffeeport Road
Brownsville, Texas 78521
(956) 546-5824
*Involved in auto accident with plaintiff on December 24, 1998.*

Officer Alex Ortiz
c/o Brownsville Police Department
600 East Jackson Street
Brownsville, Texas 78520
(830) 548-7000
*This officer was one of the investigating and/or arresting officers involved in the detainment and arrest of plaintiff. He may be called to testify regarding the scene of the accident, injuries and damages resulting therefrom, the detainment, transfer and treatment of plaintiff while under detainment by the City of Brownsville. He may also be called to testify regarding the authenticity of business records, photographs and other demonstrative evidence originated a result of subject incident.*

Andre S. Torres, Jr.
c/o Brownsville Police Department
600 East Jackson Street
Brownsville, Texas 78520
(830) 548-7000

*This officer was one of the investigating and/or arresting officers involved in the detainment and arrest of plaintiff. He may be called to testify regarding the scene of the accident, injuries and damages resulting therefrom, the detainment, transfer and treatment of plaintiff while under detainment by the City of Brownsville. He may also be called to testify regarding the authenticity of business records, photographs and other demonstrative evidence originated by or for defendants as a result of subject incident.*

Chief Beningo Reyna
c/o Brownsville Police Department
600 East Jackson Street
Brownsville, Texas 78520
(956) 548-7000
*Chief Reyna may be called to testify regarding the facts and circumstances relevant to subject incident and the polices of the police department in handling detainees who are injured. He may also be called to testify regarding the authenticity of business records, photographs and other demonstrative evidence originated by or for defendants as a result of subject incident.*

## Exhibit "B" (Non-Retained Medical Witnesses)

Jose Luis Ayola, M.D.
500 Paredes Line Road, Suite 4
Brownsville, Texas 78520
(956) 456-4119
*Dr. Ayola has treated and continues to treat plaintiff Candelario DeLeon as a result of injuries sustained in the incident occurring on or after December 24, 1998. He may be called to testify regarding plaintiff's injuries and damages. He may be called to testify regarding the reasonableness and necessity of past and future medical treatment rendered and to be rendered to plaintiff as a result of subject incident. He or his custodian of records may also be called to testify regarding the authenticity of his business records.*

Rigoberto Bocanegra, EMT
2454 E. Price Road
Brownsville, Texas
(956) 544-7644
or
954 E. Madison Street
Brownsville, Texas 78520
(956) 541-9491
*Provided emergency medical treatment to plaintiff. This witness may be called to testify regarding treatment provided to plaintiff, injuries and damages he sustained, the authenticity of business records, an the reasonableness and necessity of treatment rendered.*

Agents, employees, representatives,
healthcare providers and
custodian of records of
Brownsville Medical Center
1048 West Jefferson Street
Brownsville, Texas 78520
(956) 544-1400
Doron Nuchovich, M.D.
O. Serrato
Nagarjun Narra, M.D.
Eduardo Kofman, M.D.
W.J. McKinney, M.D.
Anant Utturkar, M.D.
Khadim Hussain, M.D.
Maria Uribe, M.D.
Henry Imperial, M.D.
Fayez Nahhas, M.D.
F. Villos, M.D.
Jose Luis Ayala, D.P.M.

Luis Garcia, M.D.
Jose Villalobos, M.D., F.A.C.S.
*These witnesses may be called to testify regarding the injuries and damages sustained by plaintiff as a result of subject incident. They may also be called to testify regarding the reasonableness and necessity of treatment rendered and to be rendered to plaintiff in the future as a result of injuries sustained in subject incident. They may also be called to testify regarding the authenticity of their business records.*

Agents, employees, representatives,
officers, and custodian of records of
City of Brownsville
Brownsville Police Department
600 East Jackson Street
Brownsville, Texas
(956) 548-7000
*These witnesses may be called to testify regarding their knowledge of subject incident and the injuries and damages resulting therefrom. They may also be called to testify regarding the authenticity of their business records, including photographs, videotapes, and all other evidence created by or for this agency as a result of the detainment and arrest of Candelario De Leon.*

Agents, employees, representatives,
healthcare providers and
custodian of records of
City of Brownsville E.M.S.
954 East Madison Street
Brownsville, Texas 78520
(956) 541-9491
P. Rodriguez
S. Fonseca
C. Mendoza
Guste Mendez
James Henson
Rey Rosas (Rosat)
E. Draniser, L.V.N.
Lara, Driver
Encardo, Attendant
C. Del Angel
C.T. Ortiz
Edith Ramos
Luis Flores Urbina
*Provided emergency medical treatment to plaintiff. These witnesses may be called to testify regarding treatment provided to plaintiff, injuries and damages he sustained, the authenticity of their business records, and the reasonableness and necessity of treatment rendered.*

Agents, employees, representatives,
healthcare providers and
custodian of records of
Columbia Valley Regional Medical Center
now referred to as Valley Regional Medical Center
100 A. E. Alton Gloor
Brownsville, Texas
(956) 350-7000
Harold Daryth, Sr., R.N.
Joao Dovale, M.D.
Diane Clark, Custodian of Records
Harold Wright, R.N.

*These witnesses may be called to testify regarding treatment rendered to Candelario De Leon while a patient at their facility. They may also be called to testify regarding the authenticity of their business records and the reasonableness and necessity of treatment rendered.*

Joao Dovale, M.D.
1102 West Trenton Road
Edinburg, Texas

*Defendant who provided treatment to plaintiff while a patient at Columbia Valley Regional Medical Center who will be called to testify regarding that treatment.*

S. Fonseca, EMT
City of Brownsville E.M.S.
954 East Madison Street
Brownsville, Texas 78520
(956) 541-9491

*Provided emergency medical treatment to plaintiff. This witness may be called to testify regarding treatment provided to plaintiff, injuries and damages he sustained, the authenticity of business records, and the reasonableness and necessity of treatment rendered.*

Luis Gayton, M.D.
2137 East 22nd Street
Brownsville, Texas 78520
(956) 548-7400

*Dr. Gayton has treated and continues to treat plaintiff Candelario DeLeon as a result of injuries sustained in the incident occurring on or after December 24, 1998. He may be called to testify regarding plaintiff's injuries and damages. He may be called to testify regarding the reasonableness and necessity of past and future medical treatment rendered and to be rendered to plaintiff as a result of subject incident. He or his custodian of records may also be called to testify regarding the authenticity of his business records.*

James Henson, EMT
City of Brownsville E.M.S.

954 East Madison Street
Brownsville, Texas 78520
(956) 541-9491
*Provided emergency medical treatment to plaintiff. This witness may be called to testify regarding treatment provided to plaintiff, injuries and damages he sustained, the authenticity of business records, and the reasonableness and necessity of treatment rendered.*

Victor Leal, M.D.
30 North Park Place
Brownsville, Texas 78520
(956) 542-9118
*Dr. Leal has treated and continues to treat plaintiff Candelario DeLeon as a result of injuries sustained in the incident occurring on or after December 24, 1998. He may be called to testify regarding plaintiff's injuries and damages. He may be called to testify regarding the reasonableness and necessity of past and future medical treatment rendered and to be rendered to plaintiff as a result of subject incident. He or his custodian of records may also be called to testify regarding the authenticity of his business records.*

G. Mendoza, E.M.T.
City of Brownsville E.M.S.
954 East Madison Street
Brownsville, Texas 78520
(956) 541-9491
*Provided emergency medical treatment to plaintiff. This witness may be called to testify regarding treatment provided to plaintiff, injuries and damages he sustained, the authenticity of business records, and the reasonableness and necessity of treatment rendered.*

Nagarjun Narra, M.D.
Brownsville Medical Center
1048 West Jefferson Street
Brownsville, Texas 78528
(956) 544-1400
*Dr. Narra diagnosed and treated plaintiff Candelario DeLeon for his spinal cord injuries. He may be called to testify regarding plaintiff's injuries and damages. He may be called to testify regarding the reasonableness and necessity of past and future medical treatment rendered and to be rendered to plaintiff as a result of subject incident. He or his custodian of records may also be called to testify regarding the authenticity of his business records.*

Philip Onghai, M.D.
Brownsville Medical Center
1048 West Jefferson Street
Brownsville, Texas 78520
(956) 544-1400
*or*
Medical Billing Services

302 Kings Highway, Suite 210
Brownsville, Texas 78521
(956) 982-0400
*Dr. Onghai diagnosed and treated plaintiff Candelario DeLeon for his spinal cord injuries.*
*He may be called to testify regarding plaintiff's injuries and damages. He may be called to*
*testify regarding the reasonableness and necessity of past and future medical treatment*
*rendered and to be rendered to plaintiff as a result of subject incident. He or his custodian*
*of records may also be called to testify regarding the authenticity of his business records.*

Helson Pacheco-Serrant, M.D.
Internal Medicine Group, Inc.
1700 N. Oregon Street, Suite 515
El Paso, TX 79902
(915) 532-4744
*Dr. Pacheco diagnosed and treated plaintiff Candelario DeLeon for his spinal cord injuries.*
*He may be called to testify regarding plaintiff's injuries and damages. He may be called to*
*testify regarding the reasonableness and necessity of past and future medical treatment*
*rendered and to be rendered to plaintiff as a result of subject incident. He or his custodian*
*of records may also be called to testify regarding the authenticity of his business records.*
*He is expected to testify that it is imperative to begin steroid therapy on a patient like Mr.*
*De Leon who has suffered spinal cord contusion and that the steroids need to be started*
*within eight hours of injury and continued for 48 hours. He is expected to testify that, based*
*upon reasonable medical probablity, he feels it is more likely than not that the extent of Mr.*
*De Leon's injuries would not have been as severe had Mr. De Leon been treated*
*appropriately in the Valley Regional ER. In his opinion, the Valley Regional ER and/or Dr.*
*Dovale should have performed a complete neurological exam on Mr. De Leon if he was*
*complaining of numbness below the neck, as documented in the EMS transport records. If*
*the neurological exam, which at a minimum would include motor, sensory and reflexes, was*
*abnormal, then an X-ray should be performed. If there was serious sensory deficit, an MRI*
*or a CT myelogram should have been performed. Also, the patient should not have been*
*removed from spinal precautions, including the cervical collar, until spinal injury had been*
*ruled out.*

Plinio Rojas, EMT
City of Brownsville E.M.S.
954 East Madison Street
Brownsville, Texas 78520
(956) 541-9491
or
355 Palo Verde Drive
Brownsville, Texas 78521
(956) 542-4470
*Provided emergency medical treatment to plaintiff. This witness may be called to testify*
*regarding treatment provided to plaintiff, injuries and damages he sustained, the authenticity*
*of business records, and the reasonableness and necessity of treatment rendered. He is*

*expected to testify that he gave the patient's chief complaint, including the complaint of numbness from the neck down to the ER staff when the patient was transferred to Valley Regional ER.*

Rey Rosat, EMT
City of Brownsville E.M.S.
954 East Madison Street
Brownsville, Texas 78520
(956) 541-9491
*Provided emergency medical treatment to plaintiff. This witness may be called to testify regarding treatment provided to plaintiff, injuries and damages he sustained, the authenticity of business records, and the reasonableness and necessity of treatment rendered.*

Homayon Sidiq, M.D.
2137 East 22nd Street
Brownsville, Texas 78521
(956) 548-7400
*Dr. Sidiq diagnosed and treated and continues to treat plaintiff Candelario DeLeon for his spinal cord injuries. He may be called to testify regarding plaintiff's injuries and damages. He may be called to testify regarding the reasonableness and necessity of past and future medical treatment rendered and to be rendered to plaintiff as a result of subject incident. He or his custodian of records may also be called to testify regarding the authenticity of his business records.*

Any and all doctors (who treated Plaintiff at),
nurses, agents, servants, representatives,
and/or employees and the Custodian of
Records of:
Plastic Surgery Center
Khalid R. Solija, M.D.
109 East Price Road
Brownsville, Texas 78520
(956) 546-5237
*Dr. Solija has treated and continues to treat plaintiff Candelario DeLeon as a result of injuries sustained in the incident occurring on or after December 24, 1998. He may be called to testify regarding plaintiff's injuries and damages. He may be called to testify regarding the reasonableness and necessity of past and future medical treatment rendered and to be rendered to plaintiff as a result of subject incident. He or his custodian of records may also be called to testify regarding the authenticity of his business records.*

Maria C. Uribe, M.D.
Brownsville Medical Center
1048 West Jefferson Street
Brownsville, Texas 78528
(956) 544-1400

*Dr. Uribe diagnosed and treated plaintiff Candelario DeLeon for his spinal cord injuries. She may be called to testify regarding plaintiff's injuries and damages. She may be called to testify regarding the reasonableness and necessity of past and future medical treatment rendered and to be rendered to plaintiff as a result of subject incident. She or her custodian of records may also be called to testify regarding the authenticity of his business records.*

Anant Utturkar, M.D.
Brownsville Medical Center
1048 West Jefferson Street
Brownsville, Texas 78528
(956) 544-1400
*Dr. Utturkar diagnosed and treated plaintiff Candelario DeLeon for his spinal cord injuries. He may be called to testify regarding plaintiff's injuries and damages. He may be called to testify regarding the reasonableness and necessity of past and future medical treatment rendered and to be rendered to plaintiff as a result of subject incident. He or his custodian of records may also be called to testify regarding the authenticity of his business records.*

Agents, employees, representatives,
healthcare providers and
custodian of records of
Valley Grande Manor Nursing Home
901 Wild Rose Lane
Brownsville, Texas 78520
(956) 546-4568
Maria Torres
Homayon Sidiq, M.D.
Sylvia P. Cortez, L.S.W.
Philip Onghai, M.D.
Pelly, M.D.
Lach, M,D.
Reddy, M.D.
*These witnesses may be called to testify regarding the care required by plaintiff Candelario De Leon as a result of injuries he sustained in subject incident. They may also be called to testify regarding the reasonableness and necessity of treatment rendered and to be rendered in the future plaintiff. They may be called to testify regarding the authenticity of their business records.*

Jose Luis Villalobos, M.D.
864 Central Boulevard
Brownsville, Texas 78520
(956) 546-3595
Gloria Cavazos, Secretary
De La Vega, M.D.
*Dr. Villalobos has treated and continues to treat plaintiff Candelario DeLeon as a result of injuries sustained in the incident occurring on or after December 24, 1998. He may be*

*called to testify regarding plaintiff's injuries and damages. He may be called to testify regarding the reasonableness and necessity of past and future medical treatment rendered and to be rendered to plaintiff as a result of subject incident. He or his custodian of records may also be called to testify regarding the authenticity of his business records.*

Harold D. Wright, R.N.
1504 Sunshine
Brownsville, Texas 78521
(956) 227-3605
*Provided emergency medical treatment to plaintiff at Valley Regional Medical Center. He may be called to testify regarding the treatment he provided to and/or failed to provide to plaintiff, as well as the hospital's policies concerning same.*

Any and all doctors (who treated Plaintiff at),
nurses, agents, servants, representatives and/or
employees and the Custodian of Records of:
BioCom Clinical Laboratories, Inc.
909 S. James, Suite E
Weslaco, Texas 78596
(956) 968-0222
*Individuals at BioCom Laboratories, Inc. Rendered care and treatment to Candelario DeLeon. He may be called upon to testify regarding this care and treatment and regarding Candelario Deleon's condition. The custodian of records may be called upon to testify regarding the authenticity of its business records.*

Any and all doctors (who treated Plaintiff at),
nurses, agents, servants, representatives and/or
employees and the Custodian of Records of:
Doron (Daniel) Nochovich, M.D.
1309 Flagler Drive
West Palm Beach, FL
(561) 746-2033
*Dr. Nochovich has treated and continues to treat plaintiff Candelario DeLeon. He may be called to testify regarding plaintiff's injuries and damages. He may be called to testify regarding the reasonableness and necessity of past and future medical treatment rendered and to be rendered to plaintiff as a result of subject incident. He or his custodian of records may also be called to testify regarding the authenticity of his business records.*

Any and all doctors (who treated Plaintiff at),
nurses, agents, servants, representatives and/or
employees and the Custodian of Records of:
Danilo Asase, M.D.
1713 Treasure Hills, Suite 1B
Brownsville, Texas 78520
(800) 546-3596

*Dr. Asase has treated and continues to treat plaintiff Candelario DeLeon. He may be called to testify regarding plaintiff's injuries and damages. He may be called to testify regarding the reasonableness and necessity of past and future medical treatment rendered and to be rendered to plaintiff as a result of subject incident. He or his custodian of records may also be called to testify regarding the authenticity of his business records.*

Any and all doctors (who treated Plaintiff at),
nurses, agents, servants, representatives and/or
employees and the Custodian of Records of:
Brownsville Community Health Center
2137 E. 22nd Street
Brownsville, Texas 78521
(956) 548-7400
Pishordi, M.D.,
Daniel T. Garcia, Health Information Services Supervisor
Luis Gaytan, M.D.
Homayon Sidiq, M.D.
Irma Hinojosa
O. Rodriguez
*Individuals at Brownsville Community Health Center who treated and continue to treat plaintiff Candelario DeLeon. They may be called to testify regarding plaintiff's injuries and damages. They may be called to testify regarding the reasonableness and necessity of past and future medical treatment rendered and to be rendered to plaintiff as a result of subject incident. They or the custodian of records may also be called to testify regarding the authenticity of his business records.*

Any and all doctors (who treated Plaintiff at),
nurses, agents, servants, representatives and/or
employees and the Custodian of Records of:
Mobile Imaging X-Ray
Brownsville, Texas 78520
*Individuals at Imaging X-Ray have treated and continue to treat plaintiff Candelario DeLeon. They may be called to testify regarding plaintiff's injuries and damages. They may be called to testify regarding the reasonableness and necessity of past and future medical treatment rendered and to be rendered to plaintiff as a result of subject incident. They or the custodian of records may also be called to testify regarding the authenticity of his business records.*

Any and all doctors (who treated Plaintiff at),
nurses, agents, servants, representatives and/or
employees and the Custodian of Records of:
Lindale Medical Laboratory
500 Paredes Line Road, Suite 6
Brownsville, Texas 78521

(956) 546-3734
*Individuals at Lindale Medical Laboratory have rendered care and treatment to plaintiff Candelario DeLeon. They may be called to testify regarding plaintiff's injuries and damages. They may be called to testify regarding the reasonableness and necessity of past and future medical treatment rendered and to be rendered to plaintiff as a result of subject incident. They or the custodian of records may also be called to testify regarding the authenticity of his business records.*

Any and all agents, servants, representatives and/or
employees and the Custodian of Records of:
Texas Rehabilitation Commission
Disability Determination Services
P.O. Box 149198
Austin, Texas
(800) 252-9627
*Individuals at Texas Rehabilitation Commission evaluated Candelario DeLeon. They may be called to testify regarding plaintiff's injuries and damages. They may be called to testify regarding the reasonableness and necessity of past and future medical treatment rendered and to be rendered to plaintiff as a result of subject incident. They or his custodian of records may also be called to testify regarding the authenticity of his business records.*

Any and all agents, servants, representatives and/or
employees and the Custodian of Records of:
Cameron County Jail Division
954 E. Harrison
Brownsville, Texas 78520
(956) 544-0865
*These individuals were involved in the arrest and incarceration of Candelario DeLeon. They may be called to testify regarding plaintiff's injuries and damages. They may be called to testify regarding the reasonableness and necessity of past and future medical treatment rendered and to be rendered to plaintiff as a result of subject incident. They or his custodian of records may also be called to testify regarding the authenticity of his business records.*

Any and all agents, servants, representatives and/or
employees and the Custodian of Records of:
Pete Hurley (Personnel)
14027 Memorial Drive
Houston Texas
*Plaintiff's employer*

Any and all agents, servants, representatives and/or
employees and the Custodian of Records of:
Gulf Port Services (Personnel)
Noe A. Hinojosa
7013 SpringBriar

San Antonio, Texas
*Plaintiff's employer*

Any and all agents, servants, representatives and/or
employees and the Custodian of Records of:
Cipriano Reyna
Reyna Investigative Services
134 E. Price Road
Brownsville, Texas 78521
*Private Investigator*

Any and all agents, servants, representatives
and/or employees and the Custodian of Records of:
Internal Revenue Service
3651 South Interregional Hwy.
Austin, Texas
(800) 829-1040

Any and all agents, servants, representatives
and/or employees and the Custodian of Records of:
Express Towing
2591 Old Port Isabel Road
Brownsville, Texas
(956) 541-2029
*Company who towed Candelario DeLeon's vehicle after the accident. They may testify to
the condition of the vehicle.*

Any and all agents, servants, representatives
and/or employees and the Custodian of Records of:
Dairyland County Mutual
P.O. Box 8034
Stevens Point, WI 54481
(800) 532-2525
*Insurance company with information regarding the accident made basis of this suit.*

# Exhibit "C" (Retained Experts)

Dan Bagwell, R.N.
Rehabilitation Professional Consultants, Inc.
5101 Medical Drive
San Antonio, Texas 78229
(210) 615-7772

*Mr. Bagwell is a nurse retained by plaintiff, who specializes in the preparation of life care plans. He will assist Dr. Willingham in the preparation of a life care plan for Candelario De Leon. He will assess the activities of daily living and medical needs of Candelario De Leon for the rest of his life expectancy. The Life Care Plan compiled by Alex C. Willingham, M.D. and Dan Bagwell was previously provided. The curriculums vitae and fee schedule of Alex C. Willingham and Dan Bagwell have also been provided. Publications by this expert are contained in his curriculum vitae. A list of deposition and trial testimony for the past four years was previously provided.*

Nick Peters, M.D.
1919 Post Oak Park Drive, Apt. 1113
Houston, Texas 77027
(713) 776-5552

*Dr. Peters is a board certified Emergency Medicine physician retained by plaintiffs to review the medical treatment provided to Candelario De Leon while a patient at Columbia Valley Regional Medical Center. His mental impressions and opinions are contained in his reports and affidavits previously produced, as well as his deposition of May 26, 2004, each of which are incorporated herein by reference. His CV has been produced and list of prior testimony has been previously produced.*

Commander Albert Rodriguez
11017 Crossland
Austin, Texas 78726
(512) 424-2218

*Commander Rodriguez is Director of Training for the Texas Department of Public Safety and has been retained as an expert to testify regarding the police officers' actions during the arrest and detainment of Candelario De Leon beginning on December 24, 1998. His mental impressions and opinions are contained in his report which has been provided and in his deposition which was previously given. His curriculum vitae containing trial testimony and list of publications has been provided.*

Zeff Ross, FACHE
10213 Capri Street
Cooper City, Florida 33026-4637
(954) 433-7199

*Mr. Ross is a retained expert who is a certified healthcare executive and Fellow in the American College of Healthcare Executives. He is currently the Administrator of a hospital in Florida. Mr. Ross will be called to testify regarding hospital policies and procedures to*

*ensure healthcare providers meet the standard of care in the treatment of its patients. His curriculum vitae and fee schedule have been provided. His report has also been provided. He will testify regarding the care and treatment rendered by Columbia Valley Regional Medical Center. He may also testify regarding Stat Physicians and the hospital's policies and procedures for selecting and hiring physicians. His fee schedule has been provided. His list of testimony for the past four years has been produced. Refer to his deposition and his report for his expected testimony.*

Jeremy Slater, M.D.
7171 Buffalo Speedway
Houston, Texas 77025
(713) 500-7117
*Dr. Slater is a Board Certified Neurologist retained by plaintiffs. His mental impressions and opinions are contained in his reports previously provided, as well as his deposition of May 26, 2004. His curriculum vitae and fee schedule have also been provided. His publications and testimony have been produced.*

Alex C. Willingham, M.D.
Rehabilitation Professional Consultants, Inc.
5101 Medical Drive
San Antonio, Texas 78229
(210) 615-7772
*Dr. Willingham is a Physical Medicine and Rehabilitation physician, retained by plaintiff to prepare a Life Care Plan for Candelario De Leon. He has assessed the activities of daily living and medical needs of Candelario De Leon for the rest of his life expectancy. His report, curriculum vitae and fee schedule have been provided. Publications for the past ten years by this expert are contained in his curriculum vitae. A list of depositions and trial testimony for the past four years has also been provided.*



# COMPEX

## *Legal Services, Inc.*

6/18/04 *Inv* # 5054243 *dated* 6/16/04 $100.25

```
Records of. . : CANDELARIO DE LEON
Defendant . . : CITY OF BROWNSVILLE, TEXAS
Client/Insured:
File Number . : 9827
Case Number   : CV-V-00-192
```



A88430100501

```
Location  . :   JOSE VILLALOBOS, M.D. C/O BROWNSVILLE UR
                864 CENTRAL BOULEVARD SUITE 500
                BROWNSVILLE, TX  78520
Record Types    BILLING (REAS. & NECES.)/* ONLY CERTAIN DATES

Deliver to  :   BRANTON & HALL P.C.
Attention . :   THOMAS A. CROSLEY
                700 NORTH ST. MARY'S, SUITE 1700
                SAN ANTONIO, TX  78205

06/24                                              049418
```

**Document Retrieval  •  Complex Case Management  •  Court Reporting**

## NATIONWIDE : (800) 4 COMPEX   (800) 426-6739

A884301-005

Case Number: CV-V-00-192

CANDELARIO DE LEON                    IN THE U.S.D.C. FOR THE
              vs.                     SOUTHERN DIST. OF TEXAS
CITY OF BROWNSVILLE, TEXAS            BROWNSVILLE DIVISION


**NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS**

To:  All named parties in the above styled and numbered cause

You will take notice that after 14 days from the service of a copy
hereof with attached questions, a Deposition by Written
Questions will be taken of the Custodian of Records for:

A884301-005
JOSE VILLALOBOS, M.D. C/O BROWNSVILLE UROLOGICAL ASSOCIATES
864 CENTRAL BOULEVARD SUITE 500, BROWNSVILLE, TX 78520

to such questions will be taken before a Notary Public with
COMPEX, 3300 NACOGDOCHES ROAD, SUITE 220, SAN ANTONIO, TX 78217
or their designated agent.
Which deposition with attached questions may be used in evidence upon
the trial of the above styled and numbered cause pending in the
above named court.

Notice is further given that request is here made as authorized under
Rule 45, Federal Rules of Civil Procedure, to the officer authorized
to take this deposition to issue a subpoena duces tecum
and cause it to be served on the witness to produce
SEE ATTACHMENT THREE
and to turn all such records over to the officer authorized to take
this deposition so that photostatic copies of same may be made
and attached to said deposition.

*Thomas A. Crosley*
THOMAS A. CROSLEY, ESQ.
Attorney for Plaintiff
Bar #: 00783902
700 NORTH ST. MARY'S, SUITE 1700
SAN ANTONIO, TX  78205
Phone:(210) 224-4474 Fax:(210) 224-1928

=====================================================================
I certify that a true exact copy of the foregoing Notice of
Intention to Take Deposition by Written Questions was mailed to the
respective parties or attorneys of record, by certified mail return
receipt requested, postage prepaid, courier receipted delivery,
or hand delivered.
Date:  5/25/04

Chuck E. Utz
COMPEX - SAN ANTONIO
3300 NACOGDOCHES ROAD, SUITE 220
SAN ANTONIO, TX 78217

CC: THOMAS A. CROSLEY, ESQ.
WILLIAM GAULT, ESQ,
STEVEN M. GONZALEZ, ESQ.

A884301-005

## ATTACHMENT THREE

AN ITEMIZED STATEMENT OF CHARGES FOR SERVICES RENDERED PERTAINING

TO:

PLAINTIFF,

CANDELARIO DE LEON, DOB: 06/15/41, SS#: 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,

FROM 12/24/98 TO AND INCLUDING 05/26/04.

ORDER #:  A884301  -  005
AO 88 (Rev. 11/91) Subpoena in a Civil Case

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS, BROWNSVILLE DIVISION |

CANDELARIO DE LEON

PLAINTIFF(S),

## SUBPOENA IN A CIVIL CASE

V.

CITY OF BROWNSVILLE, TEXAS

CASE NUMBER:[1]  CV-V-00-192

DEFENDANT(S),

TO:        CUSTODIAN OF RECORDS
JOSE VILLALOBOS, M.D.  C/O BROWNSVILLE UROLOGICAL ASSOCIATES
864 CENTRAL BOULEVARD SUITE 500
BROWNSVILLE, TEXAS  78520

☐  YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| | |
| | DATE AND TIME |
| | |

☐  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| AT THE OFFICES OF THE SUMMONED WITNESS | INSTANTER |

☒  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
AN ITEMIZED STATEMENT OF CHARGES FOR SERVICES RENDERED PERTAINING TO:
PLAINTIFF,
CANDELARIO DE LEON, DOB: 06/15/41, SS#: 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,
FROM 12/24/98 TO AND INCLUDING 05/26/04.

| PLACE | DATE AND TIME |
| AT THE OFFICES OF THE SUMMONED WITNESS | INSTANTER |

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| | |

Any organization not a party to the suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| *Thomas A. Crosley by Compex* | 5-26-04 |
| ATTORNEY(S) FOR PLAINTIFF CANDELARIO DE LEON | |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
THOMAS A. CROSLEY ATTORNEY-AT-LAW                     BAR# 00783902
BRANTON & HALL P.C.                              (210) 224-4474
700 NORTH ST. MARY'S, SUITE 1700        SAN ANTONIO, TX  78205

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1]If action is pending in district other than district of issuance state district under case number.

AO 88 (11/91)  Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| **SERVED** | 5-28-04 | Jose Villalobos, M.D. |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Gloria Cavazos | Hand Serve |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Jaime Guerra | Field Agent |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ___5-28-04___
DATE

SIGNATURE OF SERVER

202. W. 17th
ADDRESS OF SERVER

San Juan, Texas  78587

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

No: CV-V-00-192

CANDELARIO DE LEON                          IN THE U.S.D.C. FOR THE
        vs.                                 SOUTHERN DIST. OF TEXAS
CITY OF BROWNSVILLE, TEXAS                  BROWNSVILLE DIVISION


            Written Questions to be Propounded to the Witness,
                    Custodian of Records for:


        JOSE VILLALOBOS, M.D. C/O BROWNSVILLE UROLOGICAL ASSOCIATES
        864 CENTRAL BOULEVARD SUITE 500
        BROWNSVILLE, TEXAS 78520

1. State your full name, your position or title, the complete legal name
   of your employer, and your complete address.
   ANSWER: Gloria Campos- Medical Secretary- Brownsville Urological Associates
           864 Central Blvd # 500 - Brownsville, TX 78520

2. Have you or your employer made or caused to be made any records,
   including memoranda, reports, records, or data compilations, as set
   forth in the notice of this deposition, which is incorporated by
   reference herein?
   ANSWER: YES

3. Do you have such records as described above?
   ANSWER: YES

4. Are these records kept under your care, supervision, custody, or
   control?
   ANSWER: YES

5. Please state whether this is a regularly conducted business activity.
   ANSWER: YES

6. Are these records kept in the regular course of business?
   ANSWER: YES

7. Was it the regular practice to make these records?
   ANSWER: YES

8. Were these records made by, or from information transmitted by, a
   person with knowledge of the acts, events, conditions, opinions, or
   diagnoses stated therein?
   ANSWER: YES

9. Were these records made at or near the time the acts, events,
   conditions, opinions, or diagnoses occurred or within a reasonable
   time thereafter?
   ANSWER: YES

10. Was the method of preparation of these records trustworthy?
    ANSWER: YES

A884301-005

11. Were these records kept as described above?
   ANSWER: YES

12. Please state the full amount of charges in the treatment of
   CANDELARIO DE LEON , pertinent to 12/24/98 and all subsequent
   treatments.
   ANSWER: $ 2870.00

13. Are you familiar with the charges usually and customarily made for
   the medical services reflected in the bills furnished as a part of
   the requested written records?
   ANSWER: YES

14. Please state whether or not such charges are reasonable for like or
   similar services rendered in your vicinity?
   ANSWER: YES

15. Please state whether the facility services as reflected in the
   facility charges, as prescribed by the physician(s) in charge, were
   necessary for the proper care and treatment of CANDELARIO DE LEON ?
   ANSWER: YES

16. Please hand all such records to the Notary Public taking this
   desposition for photocopying and marking as Exhibits to be attached
   to this deposition.
   ANSWER: done

17. Please state whether you have provided all the records required by
   the subpoena duces tecum.  If not, why not?
   ANSWER: YES

18. Are the records that you have handed to the Notary Public accurate
   and complete?
   ANSWER: YES

_____
WITNESS, CUSTODIAN

     I, _____, a Notary Public in the State of
TEXAS, do hereby certify that the foregoing answers of the witness,
the Custodian of Records, were  by the said witness made before and sworn
to  and subscribed before  me  by the said witness.

GIVEN UNDER MY HAND AND SEAL OF OFFICE on this the _____ 15th _____ day
of ___June___, 2004.

_____
NOTARY PUBLIC FOR THE STATE OF TEXAS

GLORIA ALCALA
MY COMMISSION EXPIRES
December 27, 2006

A884301 -005

No: CV-V-00-192

CANDELARIO DE LEON

vs.

CITY OF BROWNSVILLE, TEXAS

IN THE U.S.D.C. FOR THE
SOUTHERN DIST. OF TEXAS
BROWNSVILLE DIVISION

**A F F I D A V I T**

RECORDS PERTAINING TO: CANDELARIO DE LEON DOB: 06/15/41 SSN: 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

Before me, the undersigned authority, personally appeared _____Gloria Cavazos_____, who being by me duly sworn, deposed as follows:

My name is _____Gloria Cavazos_____, I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the person in charge of the billing records for JOSE VILLALOBOS, M.D. C/O BROWNSVILLE UROLOGICAL ASSOCIATES. Attached to this Affidavit are records that provide an itemized statement of the services and charges for the services that JOSE VILLALOBOS, M.D. C/O BROWNSVILLE UROLOGICAL ASSOCIATES provided to the above named on the date set forth in the attached records. The attached records are part of this Affidavit. The services reflected in the records were prescribed by the attending physician in charge. The services provided were necessary per physician's orders and the amounts charged for the services were reasonable at the time and place that the services were provided. The charges reflected in the records total $ _____2870.00_____.

This is a regularly conducted business activity, and these said pages are kept by JOSE VILLALOBOS, M.D. C/O BROWNSVILLE UROLOGICAL ASSOCIATES in the regular course of business and it was the regular course of business of JOSE VILLALOBOS, M.D. C/O BROWNSVILLE UROLOGICAL ASSOCIATES for a person with the knowledge or one who had been provided such knowledge of the act, event, condition, opinion, or diagnoses recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter; and the method of preparation was trustworthy.

The records attached thereto are original or exact duplicates of the original.

_____
AFFIANT/CUSTODIAN

SWORN TO AND SUBSCRIBED before me on the _____15th_____ day of _____June_____ _____2004_____.

_____
NOTARY PUBLIC FOR THE STATE OF TEXAS

GLORIA ALCALA
MY COMMISSION EXPIRES
December 27, 2006

```
BROWNSVILLE UROLOGICAL ASSOC              Account Number: DELCA020
864 CENTRAL BLVD SUITE 500
BROWNSVILLE, TX  78520                          Page: 1
Office Phone (956) 546-3595


                                        +------------------------+
                                        |                        |
                                        | DATE:  06-07-04        |
                                        |                        |
CANDELARIO  DELEON                       +------------------------+
901 WILDROSE LANE
BROWNSVILLE, TX  78521

(956) 546-4568
```

| Date | Description | Document | Charges | Credits |
|------|-------------|----------|---------|---------|
| 10-02-99 | GU CONSULTATION;DETAILED | A991006 | 190.00 | |
| 10-02-99 | CYSTOURETHROSCOPY | A991006 | 425.00 | |
| 10-02-99 | STATEMENT SENT TO PT | A991006 | 0.00 | |
| 11-16-99 | MEDICAID PAYMENT | A991006 | | -172.66 |
| 11-16-99 | MD ADJUSTMENT | A991006 | | -442.34 |
| 06-06-00 | OFFICE VISIT;EXPANDED | B000608 | 70.00 | |
| 06-08-00 | CATHETERIZATION | B000608 | 70.00 | |
| 07-07-00 | MEDICAID PAYMENT | B000608 | | -48.56 |
| 07-07-00 | MD ADJUSTMENT | B000608 | | -91.44 |
| 09-15-00 | OFFICE VISIT;EXPANDED | B000915 | 70.00 | |
| 11-20-00 | MEDICAID PAYMENT | B000915 | | -27.28 |
| 11-20-00 | MD ADJUSTMENT | B000915 | | -42.72 |

```
                                   PREVIOUS BALANCE:            0.00

                                   TODAY'S CHARGES:     _____

                                   TODAY'S PAYMENTS:    _____

+---------+---------+---------+---------+
| Current | 30 Days | 60 Days | 90 Days |
+---------+---------+---------+---------+
|    0.00 |    0.00 |    0.00 |    0.00 |   ACCOUNT BALANCE:    _____
+---------+---------+---------+---------+
```

BROWNSVILLE UROLOGICAL AS
864 CENTRAL BLVD SUITE 500
BROWNSVILLE, TX 78520
(956)546-3595

| Stateme Date | Page |
|:---:|:---:|
| 6/7/2004 | 1 |

CANDELARIO DELEON
901 WILDROSE LANE
BROWNSVILLE, TX 78521



| Chart Number |
|:---:|
| DELCA020 |

| Date | Document | Description | Case Number | Amount |
|---|---|---|---|---|
| | | **Previous Balance** | | **0.00** |
| Patient: CANDELARIO DELEON | | Chart #: DELCA020 | Case Description: Converted Data Case | |
| 12/15/2000 | 0012150000 | OFFICE VISIT;EXPANDED | 12446 | 70.00 |
| 1/5/2001 | 0012150000 | MEDICAID PAYMENT | 12446 | -27.28 |
| 1/5/2001 | 0012150000 | MD ADJUSTMENT | 12446 | -42.72 |
| 1/15/2001 | 0101150000 | D/C CODE CATHETERIZATION | 12446 | 70.00 |
| 2/5/2001 | 0101150000 | MEDICAID PAYMENT | 12446 | -21.28 |
| 2/5/2001 | 0101150000 | MD ADJUSTMENT | 12446 | -48.72 |
| 2/15/2001 | 0102160000 | D/C CODE CATHETERIZATION | 12446 | 70.00 |
| 3/6/2001 | 0102160000 | MEDICAID PAYMENT | 12446 | -21.28 |
| 3/6/2001 | 0102160000 | MD ADJUSTMENT | 12446 | -48.72 |
| 3/15/2001 | 0103150000 | D/C CODE CATHETERIZATION | 12446 | 70.00 |
| 4/5/2001 | 0103150000 | MEDICAID PAYMENT | 12446 | -21.28 |
| 4/5/2001 | 0103150000 | MD ADJUSTMENT | 12446 | -48.72 |
| 4/16/2001 | 0104160000 | OFFICE VISIT;PROBLEM FOCUSED | 12446 | 50.00 |
| 4/26/2001 | 0104160000 | MEDICAID PAYMENT | 12446 | -19.64 |
| 4/26/2001 | 0104160000 | MD ADJUSTMENT | 12446 | -30.36 |
| 5/18/2001 | 0105180000 | D/C CODE CATHETERIZATION | 12446 | 70.00 |
| 6/6/2001 | 0105180000 | MEDICAID PAYMENT | 12446 | -21.28 |
| 6/6/2001 | 0105180000 | MD ADJUSTMENT | 12446 | -48.72 |
| 6/18/2001 | 0106180000 | D/C CODE CATHETERIZATION COMP | 12446 | 155.00 |
| 7/9/2001 | 0106180000 | MEDICAID PAYMENT | 12446 | -57.28 |

| Past Due 30 Days | Past Due 60 Days | Past Due 90 Days | Balance Due |
|:---:|:---:|:---:|:---:|
| Continued | Continued | Continued | **Continued** |

BROWNSVILLE UROLOGICAL AS C
864 CENTRAL BLVD SUITE 500
BROWNSVILLE, TX 78520
(956)546-3595

| Statement Date |
|---|
| 6/7/2004 |

| Page |
|---|
| 2 |

CANDELARIO DELEON
901 WILDROSE LANE
BROWNSVILLE, TX 78521

| Chart Number |
|---|
| DELCA020 |

| Date | Document | Description | Case Number | Amount |
|---|---|---|---|---|
| 7/9/2001 | 0106180000 | MD ADJUSTMENT | 12446 | -97.72 |
| 7/18/2001 | 0107180000 | D/C CODE CATHETERIZATION | 12446 | 70.00 |
| 8/14/2001 | 0107180000 | MEDICAID PAYMENT | 12446 | -21.28 |
| 8/14/2001 | 0107180000 | MD ADJUSTMENT | 12446 | -48.72 |
| 8/17/2001 | 0108170000 | D/C CODE CATHETERIZATION | 12446 | 70.00 |
| 8/31/2001 | 0108170000 | MEDICAID PAYMENT | 12446 | -21.28 |
| 8/31/2001 | 0108170000 | MD ADJUSTMENT | 12446 | -48.72 |
| 9/17/2001 | 0109170000 | D/C CODE CATHETERIZATION | 12446 | 70.00 |
| 9/26/2001 | 0109170000 | MEDICAID PAYMENT | 12446 | -21.28 |
| 9/26/2001 | 0109170000 | MD ADJUSTMENT | 12446 | -48.72 |
| Patient: CANDELARIO DELEON | | Chart #: DELCA020 | Case Description: Converted Data Case | |
| 6/29/2001 | 0106290000 | COPIES OF MEDICAL RECORDS | 16436 | 35.00 |
| 6/29/2001 | 0106290000 | CHECK PAYMENT | 16436 | -35.00 |
| Patient: CANDELARIO DELEON | | Chart #: DELCA020 | Case Description: Converted Data Case | |
| 8/15/2001 | 0108150000 | COPIES OF MEDICAL RECORDS | 16768 | 40.00 |
| 8/15/2001 | 0108150000 | CHECK PAYMENT | 16768 | -40.00 |
| Patient: CANDELARIO DELEON | | Chart #: DELCA020 | Case Description: Converted Data Case | |
| 10/17/2001 | 0110170000 | D/C CODE CATHETERIZATION COMP | 17300 | 155.00 |
| 10/31/2001 | 0110170000 | MEDICAID PAYMENT | 17300 | -57.28 |
| 10/31/2001 | 0110170000 | MD ADJUSTMENT | 17300 | -97.72 |
| 11/26/2001 | 0111260000 | D/C CODE CATHETERIZATION COMP | 17300 | 155.00 |
| 12/26/2001 | 0112260000 | D/C CODE CATHETERIZATION COMP | 17300 | 155.00 |

| Past Due 30 Days | Past Due 60 Days | Past Due 90 Days | Balance Due |
|---|---|---|---|
| Continued | Continued | Continued | Continued |

BROWNSVILLE UROLOGICAL AS  ⌴⌴⌴
864 CENTRAL BLVD SUITE 500
BROWNSVILLE, TX 78520
(956)546-3595

| Statement Date |
| --- |
| 6/7/2004 |

| Page |
| --- |
| 3 |

CANDELARIO DELEON
901 WILDROSE LANE
BROWNSVILLE, TX 78521

| Chart Number |
| --- |
| DELCA020 |

| Date | Document | Description | Case Number | Amount |
| --- | --- | --- | --- | --- |
| 1/2/2002 | 0111260000 | MEDICAID PAYMENT | 17300 | -57.28 |
| 1/2/2002 | 0111260000 | MD ADJUSTMENT | 17300 | -97.72 |
| 1/10/2002 | 0112260000 | MEDICAID PAYMENT | 17300 | -57.28 |
| 1/10/2002 | 0112260000 | MD ADJUSTMENT | 17300 | -97.72 |
| 3/7/2002 | 0203110000 | D/C CODE CATHETERIZATION COMP | 17300 | 155.00 |
| 3/13/2002 | 0203130000 | OFFICE VISIT;EXPANDED | 17300 | 70.00 |
| 3/21/2002 | 0203110000 | MEDICAID PAYMENT | 17300 | -57.28 |
| 3/21/2002 | 0203110000 | MD ADJUSTMENT | 17300 | -97.72 |
| 4/1/2002 | 0203130000 | MEDICAID PAYMENT | 17300 | -29.52 |
| 4/1/2002 | 0203130000 | MD ADJUSTMENT | 17300 | -40.48 |
| 6/10/2002 | 0206100000 | OFFICE VISIT;EXPANDED | 17300 | 70.00 |
| 6/21/2002 | 0206100000 | MEDICAID PAYMENT | 17300 | -29.52 |
| 6/21/2002 | 0206100000 | MD ADJUSTMENT | 17300 | -40.48 |
| 7/11/2002 | 0207110000 | OFFICE VISIT;EXPANDED | 17300 | 70.00 |
| 7/26/2002 | 0207110000 | MEDICAID PAYMENT | 17300 | -29.52 |
| 7/26/2002 | 0207110000 | MD ADJUSTMENT | 17300 | -40.48 |
| Patient: CANDELARIO DELEON | | Chart #: DELCA020 | Case Description: Converted Data Case | |
| 9/18/2002 | 0209180000 | OFFICE VISIT;DETAILED | 20097 | 100.00 |
| 10/4/2002 | 0209180000 | MEDICAID PAYMENT | 20097 | -43.99 |
| 10/4/2002 | 0209180000 | MD ADJUSTMENT | 20097 | -56.01 |
| Patient: CANDELARIO DELEON | | Chart #: DELCA020 | Case Description: Converted Data Case | |
| 11/7/2002 | 0211070000 | OFFICE VISIT;DETAILED | 20540 | 79.75 |

| Past Due 30 Days | Past Due 60 Days | Past Due 90 Days | Balance Due |
| --- | --- | --- | --- |
| Continued | Continued | Continued | Continued |

BROWNSVILLE UROLOGICAL ASSOC
864 CENTRAL BLVD SUITE 500
BROWNSVILLE, TX 78520
(956)546-3595



| Statement Date |
|:--:|
| 6/7/2004 |

| Page |
|:--:|
| 4 |

CANDELARIO DELEON
901 WILDROSE LANE
BROWNSVILLE, TX 78521

| Chart Number |
|:--:|
| DELCA020 |

| Date | Document | Description | Case Number | Amount |
|---|---|---|---|---|
| 5/27/2003 | 0211070000 | MEDICARE PAYMENT | 20540 | -55.46 |
| 5/27/2003 | 0211070000 | MEDICARE ADJUSTMENT | 20540 | -10.42 |
| 5/29/2003 | 0211070000 | MEDICAID PAYMENT | 20540 | -13.87 |
| Patient: CANDELARIO DELEON | | Chart #: DELCA020 | Case Description: Converted Data Case | |
| 8/16/2003 | 0308190000 | GU CONSULTATION;EXTENDED | 21703 | 133.65 |
| 9/8/2003 | 0308190000 | MEDICARE PAYMENT | 21703 | -104.04 |
| 9/8/2003 | 0308190000 | MEDICARE ADJUSTMENT | 21703 | -3.60 |
| 4/21/2004 | 0308190000 | MEDICAID PAYMENT | 21703 | -26.01 |
| Patient: CANDELARIO DELEON | | Chart #: DELCA020 | Case Description: Converted Data Case | |
| 2/2/2004 | 0402020000 | OFFICE VISIT;DETAILED | 22507 | 78.25 |
| 2/23/2004 | 0402020000 | MEDICARE PAYMENT | 22507 | 0.00 |
| 2/23/2004 | 0402020000 | MEDICARE ADJUSTMENT | 22507 | -0.72 |
| 2/23/2004 | 0402020000 | INSURANCE DEDUCTIBLE | 22507 | 0.00 |
| 3/10/2004 | 0402020000 | MEDICAID PAYMENT | 22507 | -77.53 |
| 5/18/2004 | 0405180000 | OFFICE VISIT;EXPANDED | 22507 | 50.45 |
| 5/18/2004 | 0405180000 | URINALYSIS | 22507 | 8.00 |

| Past Due 30 Days | Past Due 60 Days | Past Due 90 Days | Balance Due |
|:--:|:--:|:--:|:--:|
| 0.00 | 0.00 | 0.00 | **58.45** |



# *COMPEX*

## *Legal Services, Inc.*

6/18/04  Inv # 5054240  dated 6/16  $ 112.55

```
Records of. . : CANDELARIO DE LEON
Defendant . . : CITY OF BROWNSVILLE, TEXAS
Client/Insured:
File Number . : 9827
Case Number . : CV-V-00-192
```



A88430100601

```
Location   . :   BROWNSVILLE COMMUNITY HEALTH CENTER
                 2137 EAST 22ND
                 BROWNSVILLE, TX  78521
Record Types     BILLING (REAS. & NECES.)/* ONLY CERTAIN DATES

Deliver to :     BRANTON & HALL P.C.
Attention . :    THOMAS A. CROSLEY
                 700 NORTH ST. MARY'S, SUITE 1700
                 SAN ANTONIO, TX  78205

06/24                                              049418
```

**Document Retrieval  •  Complex Case Management  •  Court Reporting**

## NATIONWIDE  :  (800) 4 COMPEX    (800) 426-6739

Case Number: CV-V-00-192

| | |
|---|---|
| CANDELARIO DE LEON | IN THE  .S.D.C. FOR THE |
| vs. | SOUTHERN DIST. OF TEXAS |
| CITY OF BROWNSVILLE, TEXAS | BROWNSVILLE DIVISION |

## NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

To:  All named parties in the above styled and numbered cause

You will take notice that after 14 days from the service of a copy hereof with attached questions, a Deposition by Written Questions will be taken of the Custodian of Records for:

A884301-006
BROWNSVILLE COMMUNITY HEALTH CENTER
2137 EAST 22ND, BROWNSVILLE, TX 78521

to such questions will be taken before a Notary Public with COMPEX, 3300 NACOGDOCHES ROAD, SUITE 220, SAN ANTONIO, TX 78217 or their designated agent.
Which deposition with attached questions may be used in evidence upon the trial of the above styled and numbered cause pending in the above named court.

Notice is further given that request is here made as authorized under Rule 45, Federal Rules of Civil Procedure, to the officer authorized authorized to take this deposition to issue a subpoena duces tecum and cause it to be served on the witness to produce
SEE ATTACHMENT THREE
and to turn all such records over to the officer authorized to take this deposition so that photostatic copies of same may be made and attached to said deposition.

*Thomas A. Crosley*
THOMAS A. CROSLEY, ESQ.
Attorney for Plaintiff
Bar #: 00783902
700 NORTH ST. MARY'S, SUITE 1700
SAN ANTONIO, TX  78205
Phone:(210) 224-4474 Fax:(210) 224-1928

=====================================================================
I certify that a true exact copy of the foregoing Notice of Intention to Take Deposition by Written Questions was mailed to the respective parties or attorneys of record, by certified mail return receipt requested, postage prepaid, courier receipted delivery, or hand delivered.
Date:  5/25/04

*Chuck E. Utz*
Chuck E. Utz
COMPEX - SAN ANTONIO
3300 NACOGDOCHES ROAD, SUITE 220
SAN ANTONIO, TX 78217

cc: THOMAS A. CROSLEY, ESQ.
WILLIAM GAULT, ESQ.
STEVEN M. GONZALE   ESQ.

A884301-006

## ATTACHMENT THREE

1 AN ITEMIZED STATEMENT OF CHARGES FOR SERVICES RENDERED PERTAINING

2 TO:

3 PLAINTIFF,

4 CANDELARIO DE LEON, DOB: 06/15/41, SS#: 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,

5 FROM 12/24/98 TO AND INCLUDING 05/26/04.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER #: A884301 - 006
AO 88 (Rev. 11/91) Subpoena in a Civil Case

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS, BROWNSVILLE DIVISION |
|---|---|---|

CANDELARIO DE LEON

**PLAINTIFF(S),**

V.

CITY OF BROWNSVILLE, TEXAS

**DEFENDANT(S),**

## SUBPOENA IN A CIVIL CASE

CASE NUMBER:[1] CV-V-00-192

TO:    CUSTODIAN OF RECORDS
BROWNSVILLE COMMUNITY HEALTH CENTER
2137 EAST 22ND
BROWNSVILLE, TEXAS  78521

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| AT THE OFFICES OF THE SUMMONED WITNESS | INSTANTER |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
AN ITEMIZED STATEMENT OF CHARGES FOR SERVICES RENDERED PERTAINING TO:
PLAINTIFF,
CANDELARIO DE LEON, DOB: 06/15/41, SS#: 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,
FROM 12/24/98 TO AND INCLUDING 05/26/04.

| PLACE | DATE AND TIME |
|---|---|
| AT THE OFFICES OF THE SUMMONED WITNESS | INSTANTER |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to the suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Thomas A. Crosley By Compex*  ATTORNEY(S) FOR PLAINTIFF, CANDELARIO DE LEON | 5-26-04 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
THOMAS A. CROSLEY ATTORNEY-AT-LAW                BAR# 00783902
BRANTON & HALL P.C.                              (210) 224-4474
700 NORTH ST. MARY'S, SUITE 1700        SAN ANTONIO, TX  78205
(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance state district under case number.

A884301-006

No: CV-V-00-192

CANDELARIO DE LEON                          IN THE U.S.D.C. FOR THE
        vs.                                 SOUTHERN DIST. OF TEXAS
CITY OF BROWNSVILLE, TEXAS                  BROWNSVILLE DIVISION

Written Questions to be Propounded to the Witness,
Custodian of Records for:

BROWNSVILLE COMMUNITY HEALTH CENTER
2137 EAST 22ND
BROWNSVILLE, TEXAS 78521

1. State your full name, your position or title, the complete legal name
   of your employer, and your complete address.
   ANSWER: *Maria Quiroga Diaz, Billing Clerk, Brownsville Community Health Center, 2137 E 22nd, Brownsville Tx 78521*

2. Have you or your employer made or caused to be made any records,
   including memoranda, reports, records, or data compilations, as set
   forth in the notice of this deposition, which is incorporated by
   reference herein?
   ANSWER: *Yes*

3. Do you have such records as described above?
   ANSWER: *Yes*

4. Are these records kept under your care, supervision, custody, or
   control?
   ANSWER: *Yes*

5. Please state whether this is a regularly conducted business activity.
   ANSWER: *Yes*

6. Are these records kept in the regular course of business?
   ANSWER: *Yes*

7. Was it the regular practice to make these records?
   ANSWER: *Yes*

8. Were these records made by, or from information transmitted by, a
   person with knowledge of the acts, events, conditions, opinions, or
   diagnoses stated therein?
   ANSWER: *Yes*

9. Were these records made at or near the time the acts, events,
   conditions, opinions, or diagnoses occurred or within a reasonable
   time thereafter?
   ANSWER: *Yes*

10. Was the method of preparation of these records trustworthy?
    ANSWER: *Yes*

A884301-006

11. Were these records kept as described above?
ANSWER: _Yes_

12. Please state the full amount of charges in the treatment of
CANDELARIO DE LEON , pertinent to 12/24/98 and all subsequent
treatments.
ANSWER: _11,380.96_

13. Are you familiar with the charges usually and customarily made for
the medical services reflected in the bills furnished as a part of
the requested written records?
ANSWER: _Yes_

14. Please state whether or not such charges are reasonable for like or
similar services rendered in your vicinity?
ANSWER: _Yes_

15. Please state whether the facility services as reflected in the
facility charges, as prescribed by the physician(s) in charge, were
necessary for the proper care and treatment of CANDELARIO DE LEON ?
ANSWER: _Yes_

16. Please hand all such records to the Notary Public taking this
desposition for photocopying and marking as Exhibits to be attached
to this deposition.
ANSWER: _Done_

17. Please state whether you have provided all the records required by
the subpoena duces tecum.  If not, why not?
ANSWER: _Yes_

18. Are the records that you have handed to the Notary Public accurate
and complete?
ANSWER: _Yes_

_____
WITNESS, CUSTODIAN

I, _____ , a  Notary Public  in the State of
TEXAS, do hereby certify that the foregoing answers of the witness,
the Custodian of Records, were  by the said witness made before and sworn
to  and subscribed before  me  by the said witness.

GIVEN UNDER MY HAND AND SEAL OF OFFICE on this the ___15___ day
of _____ , 200Y .

_____
NOTARY PUBLIC FOR THE STATE OF TEXAS



JAIME GUERRA
NOTARY PUBLIC
State of Texas
Comm Exp  01-08-2005

No:  CV-V-00-192

CANDELARIO DE LEON                          IN THE U.S.D.C. FOR THE
      vs.                                   SOUTHERN DIST. OF TEXAS
CITY OF BROWNSVILLE, TEXAS                  BROWNSVILLE DIVISION

# A F F I D A V I T

RECORDS PERTAINING TO:  CANDELARIO DE LEON DOB: 06/15/41 SSN: 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

Before me, the undersigned authority, personally appeared
_Ma Aurora V Diaz_, who being by me duly sworn, deposed as
follows:

My name is _Maria Aurora V Diaz_, I am of sound mind, capable of
making this affidavit, and personally acquainted with the facts herein
stated:

I am the person in charge of the billing records for BROWNSVILLE COMMUNITY
HEALTH CENTER. Attached to this Affidavit are records that provide an
itemized statement of the services and charges for the services that
BROWNSVILLE COMMUNITY HEALTH CENTER provided to the above named on the date
set forth in the attached records. The attached records are part of this
Affidavit. The services reflected in the records were prescribed by the
attending physician in charge. The services provided were necessary per
physician's orders and the amounts charged for the services were reasonable
at the time and place that the services were provided. The charges reflected
in the records total $ _11,380.96_.

This is a regularly conducted business activity, and these said pages are
kept by BROWNSVILLE COMMUNITY HEALTH CENTER in the regular course of
business and it was the regular course of business of BROWNSVILLE COMMUNITY
HEALTH CENTER for a person with the knowledge or one who had been provided
such knowledge of the act, event, condition, opinion, or diagnoses recorded
to make the record or to transmit information thereof to be included in such
record; and the record was made at or near the time or reasonably soon
thereafter; and the method of preparation was trustworthy.

The records attached thereto are original or exact duplicates of the original.

_Maria Aurora V Diaz_
                    AFFIANT/CUSTODIAN

SWORN TO AND SUBSCRIBED before me on the _____15_____ day
of _____June_____ 2004.

_Jaime Guerra_
                 NOTARY PUBLIC FOR THE STATE OF TEXAS

JAIME GUERRA
NOTARY PUBLIC
State of Texas
Comm. Exp. 01-08-2005

```
BROWNSVILLE COMM.HLTH.CTR (BCH)   ACCOUNT INQUIRY   RUN DATE 06/09/04 PAGE    1
```

```
ACCOUNT: 90146      CANDELARIG DE LEON              TEL #: (956) 554-4844
                    901 WILL ROSE LN.              COURTESY % :  90
                                                   STMT GP: BA TYP:
                    BROWNSVILLE TX 78521           DUN CL: 1 RUN: 130
                                                   PYMT PLAN..:
ACCOUNT TYPE      LAST NM OVERFLOW         MEDCARE ACCT #
COMMENT.........
---------------------------------------------------------------------------
    PERSONAL      INSURANCE      COLLECTION   WORK COMP  ACCOUNT TOTAL
       40.00       134.97           0.00        0.00        174.97
---------------------------------------------------------------------------
LAST STMT: 09/01/03 STMT DELAY:      STMT COUNTER: 9 LAST CHARGE: 05/25/04
LAST PERS PAY: 01/10/03  CUR PERS PAY:     0.00  YTD PERS PAY    0.00
CREDIT DATE:        CREDIT MESSAGE:
PENDING LETTERS:                                  BAD DEBT
LAST LETTERS...:      1      1      1      1  WR-OFF:     0.00
DATES..........: 06/22/99 06/23/99 03/11/99 03/12/99 03/15/99
---------------------------------------------------------------------------
 CHG-# CTRL  PAT   DOC TRNCODE/NO  DESCRIPTION  INS    AMOUNT  DATE
            POS    DX      SET# NAME           HISTORY #
358221  184 CANDEL 103 99223    INITIAL HOSP PEND/PS  216.00 12/25/98
            HIBMC  9539      3   HOSPITAL            2
358221 *TOTAL* ** CORRECTED: POST 08/30/99 CTRL 2 **
358224  184 CANDEL 103 99292    CRITICAL CAR PEND/PS  153.00 12/26/98
            HIBMC  9539      3   HOSPITAL            2
358224 *TOTAL* ** CORRECTED: POST 08/30/99 CTRL 2 **
358228  184 CANDEL 103 99292    CRITICAL CAR PEND/PS  153.00 12/27/98
            HIBMC  9539      3   HOSPITAL            2
358228 *TOTAL* ** CORRECTED: POST 08/30/99 CTRL 2 **
363841  172 CANDEL 100 99291    CRITICAL CAR PEND/PS  319.00 12/28/98
            HIBMC  9539      1   MEDICAL             1
363841 *TOTAL* ** CORRECTED: POST 08/30/99 CTRL 2 **
363842  172 CANDEL 100 99232    SUBSEQUENT H PEND/PS   89.00 12/29/98
            HIBMC  9539      1   MEDICAL             1
363842 *TOTAL* ** CORRECTED: POST 08/30/99 CTRL 2 **
363843  172 CANDEL 100 99231    SUBSEQUENT H PEND/PS   64.00 12/30/98
            HIBMC  9539      1   MEDICAL             1
363843 *TOTAL* ** CORRECTED: POST 08/30/99 CTRL 2 **
363844  172 CANDEL 100 99231    SUBSEQUENT H PEND/PS   64.00 12/31/98
            HIBMC  9539      1   MEDICAL             1
363844 *TOTAL* ** CORRECTED: POST 08/30/99 CTRL 2 **
363845  172 CANDEL 100 99231    SUBSEQUENT H PEND/PS   64.00 01/01/99
            HIBMC  9539      1   MEDICAL             1
363845 *TOTAL* ** CORRECTED: POST 08/30/99 CTRL 2 **
363846  172 CANDEL 100 99231    SUBSEQUENT H PEND/PS   64.00 01/02/99
            HIBMC  9539      1   MEDICAL             1
363846 *TOTAL* ** CORRECTED: POST 08/30/99 CTRL 2 **
363847  172 CANDEL 100 99231    SUBSEQUENT H PEND/PS   64.00 01/03/99
            HIBMC  9539      1   MEDICAL             1
363847 *TOTAL* ** CORRECTED: POST 08/30/99 CTRL 2 **
366667  189 CANDEL 105 99223    INITIAL HOSP PEND/PS  216.00 01/08/99
            HIBMC  6084      1   MEDICAL             1
366667 *TOTAL* ** CORRECTED: POST 08/30/99 CTRL 2 **
366668  189 CANDEL 105 99232    SUBSEQUENT H PEND/PS   89.00 01/09/99
            HIBMC  6084      1   MEDICAL             1
366668 *TOTAL* ** CORRECTED: POST 08/30/99 CTRL 2 **
366670  189 CANDEL 105 99232    SUBSEQUENT H PEND/PS   89.00 01/10/99
            HIBMC  6084      1   MEDICAL             1
366670 *TOTAL* ** CORRECTED: POST 08/30/99 CTRL 2 **
366717  189 CANDEL 105 99232    SUBSEQUENT H PEND/PS   89.00 01/04/99
            HIBMC  9539      1   MEDICAL             1
366717 *TOTAL* ** CORRECTED: POST 08/30/99 CTRL 2 **
366720  189 CANDEL 105 99232    SUBSEQUENT H PEND/PS   89.00 01/05/99
            HIBMC  9539      1   MEDICAL             1
366720 *TOTAL* ** CORRECTED: POST 08/30/99 CTRL 2 **
366721  189 CANDEL 105 99238    HOSPITAL DIS PEND/PS   95.00 01/05/99
            HIBMC  9539      1   MEDICAL             1
366721 *TOTAL* ** CORRECTED: POST 08/30/99 CTRL 2 **
371216  166 CANDEL 103 99232    SUBSEQUENT H PEND/PS   89.00- 01/11/99
            HIBMC  3532      3   HOSPITAL            2
371216 *TOTAL* ** CORRECTED: POST 01/20/99 CTRL 166 **
371217  166 CANDEL 103 99232    SUBSEQUENT H PEND/PS   89.00 01/11/99
            HIBMC  3532      3   HOSPITAL            2
371217 *TOTAL* ** CORRECTED: POST 08/30/99 CTRL 2 **
371218  166 CANDEL 103 99232    SUBSEQUENT H PEND/PS   89.00 01/12/99
            HIBMC  3532      3   HOSPITAL            2
371218 *TOTAL* ** CORRECTED: POST 08/30/99 CTRL 2 **
371221  166 CANDEL 103 99232    SUBSEQUENT H PEND/PS   89.00 01/13/99
            HIBMC  3532      3   HOSPITAL            2
371221 *TOTAL* ** CORRECTED: POST 08/30/99 CTRL 2 **
```

Case 1:00-cv-00192   Document 126   Filed in TXSD on 06/22/2004   Page 48 of 68

```
371222   166 CANDEL 103 99232   SUBSEQUENT H PEND/PS    89.00  01/14/99
         HIBMC  3532        3    HOSPITAL           2
371222 *TOTAL* ** CORRECTED: POST 08/30/99 CTR 2 **
371223   166 CANDEL 103 99232   SUBSEQUEN  PEND/PS     89.00  01/15/99
         HIBMC  3532        3    HOSPITAL           2
371223 *TOTAL* ** CORRECTED: POST 08/30/99 CTRL 2 **
375444   193 CANDEL 104 99233   SUBSEQUENT H PEND/PS   131.00  01/16/99
         HIBMC  6084        3    HOSPITAL           2
375444 *TOTAL* ** CORRECTED: POST 08/30/99 CTRL 2 **
375445   193 CANDEL 104 99232   SUBSEQUENT H PEND/PS    89.00  01/17/99
         HIBMC  6084        3    HOSPITAL           2
375445 *TOTAL* ** CORRECTED: POST 08/30/99 CTRL 2 **
375446   193 CANDEL 104 99232   SUBSEQUENT H PEND/PS    89.00  01/18/99
         HIBMC  6084        3    HOSPITAL           2
375446 *TOTAL* ** CORRECTED: POST 08/30/99 CTRL 2 **
375447   193 CANDEL 104 99232   SUBSEQUENT H PEND/PS    89.00  01/19/99
         HIBMC  6084        3    HOSPITAL           2
375447 *TOTAL* ** CORRECTED: POST 08/30/99 CTRL 2 **
375448   193 CANDEL 104 99232   SUBSEQUENT H PEND/PS    89.00  01/20/99
         HIBMC  6084        3    HOSPITAL           2
375448 *TOTAL* ** CORRECTED: POST 08/30/99 CTRL 2 **
375449   193 CANDEL 104 99232   SUBSEQUENT H PEND/PS    89.00  01/21/99
         HIBMC  6084        3    HOSPITAL           2
375449 *TOTAL* ** CORRECTED: POST 08/30/99 CTRL 2 **
375450   193 CANDEL 104 99232   SUBSEQUENT H PEND/PS    89.00  01/22/99
         HIBMC  6084        3    HOSPITAL           2
375450 *TOTAL* ** CORRECTED: POST 08/30/99 CTRL 2 **
375451   193 CANDEL 104 99232   SUBSEQUENT H PEND/PS    89.00  01/23/99
         HIBMC  6084        3    HOSPITAL           2
375451 *TOTAL* ** CORRECTED: POST 08/30/99 CTRL 2 **
375452   193 CANDEL 104 99232   SUBSEQUENT H PEND/PS    89.00  01/24/99
         HIBMC  6084        3    HOSPITAL           2
375452 *TOTAL* ** CORRECTED: POST 08/30/99 CTRL 2 **
378399   164 CANDEL 100 99232   SUBSEQUENT H PEND/PS    89.00  01/25/99
         HIBMC  3532        3    HOSPITAL           2
378399 *TOTAL* ** CORRECTED: POST 08/30/99 CTRL 2 **
378403   164 CANDEL 100 99231   SUBSEQUENT H PEND/PS    64.00  01/26/99
         HIBMC  3532        3    HOSPITAL           2
378403 *TOTAL* ** CORRECTED: POST 08/30/99 CTRL 2 **
378406   164 CANDEL 100 99231   SUBSEQUENT H PEND/PS    64.00  01/27/99
         HIBMC  3532        3    HOSPITAL           2
378406 *TOTAL* ** CORRECTED: POST 08/30/99 CTRL 2 **
378408   164 CANDEL 100 99231   SUBSEQUENT H PEND/PS    64.00  01/28/99
         HIBMC  3532        3    HOSPITAL           2
378408 *TOTAL* ** CORRECTED: POST 08/30/99 CTRL 2 **
378409   164 CANDEL 100 99238   HOSPITAL DIS PEND/PS    95.00  01/29/99
         HIBMC  3532        3    HOSPITAL           2
378409 *TOTAL* ** CORRECTED: POST 08/30/99 CTRL 2 **
437258   180 CANDEL 103 99252   INITIAL INPA PEND/PS   142.00  04/23/99
         NHV6D  436         3    HOSPITAL           2
437258 *TOTAL* ** CORRECTED: POST 08/30/99 CTRL 2 **
437259   180 CANDEL 103 99252   INITIAL INPA PEND/PS   142.00  04/24/99
         NHV6D  436         3    HOSPITAL           2
437259 *TOTAL* ** CORRECTED: POST 08/30/99 CTRL 2 **
463685   164 CANDEL 103 99282   EMERGENCY DE PEND/PS    88.00  05/24/99
         NHV6D  78791       3    HOSPITAL           2
463685 *TOTAL* ** CORRECTED: POST 08/30/99 CTRL 2 **
488858   343 CANDEL 104 99223   INITIAL HOSP PEND/PS   228.00  07/12/99
         HIBMC  34400       3    HOSPITAL           2
488858 *TOTAL* ** CORRECTED: POST 08/30/99 CTRL 2 **
488859   343 CANDEL 104 99232   SUBSEQUENT H PEND/PS    94.00  07/13/99
         HIBMC  34400       3    HOSPITAL           2
488859 *TOTAL* ** CORRECTED: POST 08/30/99 CTRL 2 **
488860   343 CANDEL 104 99233   SUBSEQUENT H PEND/PS   139.00  07/14/99
         HIBMC  34400       3    HOSPITAL           2
488860 *TOTAL* ** CORRECTED: POST 08/30/99 CTRL 2 **
488861   343 CANDEL 104 99232   SUBSEQUENT H PEND/PS    94.00  07/15/99
         HIBMC  34400       3    HOSPITAL           2
488861 *TOTAL* ** CORRECTED: POST 08/30/99 CTRL 2 **
488862   343 CANDEL 104 99232   SUBSEQUENT H PEND/PS    94.00  07/16/99
         HIBMC  34400       3    HOSPITAL           2
488862 *TOTAL* ** CORRECTED: POST 08/30/99 CTRL 2 **
488863   343 CANDEL 104 99232   SUBSEQUENT H PEND/PS    94.00  07/17/99
         HIBMC  34400       3    HOSPITAL           2
488863 *TOTAL* ** CORRECTED: POST 08/30/99 CTRL 2 **
488864   343 CANDEL 104 99232   SUBSEQUENT H PEND/PS    94.00  07/18/99
         HIBMC  34400       3    HOSPITAL           2
488864 *TOTAL* ** CORRECTED: POST 08/30/99 CTRL 2 **
494943   162 CANDEL 103 99313   NURSING FACI PEND/PS   113.00  07/11/99
         NHV6D  7071        3    HOSPITAL           2
494943 *TOTAL* ** CORRECTED: POST 08/30/99 CTRL 2 **
```

```
494948  162 CANDEL 105 99232    SUBSEQUENT H PEND/PS    94.00 07/26/99
            HIBMC 34400       3  HOSPITAL            2
494948 *TOTAL* ** CORRECTED: POST 08/30/99 CTRL 2 **
494949  162 CANDEL 105 99232    SUBSEQUENT H PEND/PS    94.00 07/20/99
            HIBMC 34400       3  HOSPITAL            2
494949 *TOTAL* ** CORRECTED: POST 08/30/99 CTRL 2 **
494950  162 CANDEL 105 99232    SUBSEQUENT H PEND/PS    94.00 07/21/99
            HIBMC 34400       3  HOSPITAL            2
494950 *TOTAL* ** CORRECTED: POST 08/30/99 CTRL 2 **
494954  162 CANDEL 105 99232    SUBSEQUENT H PEND/PS    94.00 07/22/99
            HIBMC 34400       3  HOSPITAL            2
494954 *TOTAL* ** CORRECTED: POST 08/30/99 CTRL 2 **
494955  162 CANDEL 105 99233    SUBSEQUENT H PEND/PS   139.00 07/23/99
            HIBMC 34400       3  HOSPITAL            2
494955 *TOTAL* ** CORRECTED: POST 08/30/99 CTRL 2 **
518624    2 CANDEL 103 99223    INITIAL HOSP MCD2/ID   228.00 12/25/98
            HIBMC  9539       3  HOSPITAL            4
*ADJ*     2              MCD2    MCD2-ADJ TO          125.08- 12/25/98
*PMT*    80              MCD2    MCD2-HOSPITA         102.92- 09/08/99
                        CHECK#: 16744624  ABA#: 020602929
518624 *TOTAL*                   DUE FROM     MCD2/ID    0.00 AGE=  0
518630    2 CANDEL 103 99292    CRITICAL CAR MCD2/ID   161.00 12/26/98
            HIBMC  9539       3  HOSPITAL            4
*ADJ*     2              MCD2    MCD2-ADJ TO          107.52- 12/26/98
*PMT*    81              MCD2    MCD2-HOSPITA          53.48- 10/20/99
                        CHECK#: 16853754  ABA#: 020804345
518630 *TOTAL*                   DUE FROM     MCD2/ID    0.00 AGE=  0
518632    2 CANDEL 103 99292    CRITICAL CAR MCD2/ID   161.00 12/27/98
            HIBMC  9539       3  HOSPITAL            4
*ADJ*     2              MCD2    MCD2-ADJ TO          107.52- 12/27/98
*PMT*    81              MCD2    MCD2-HOSPITA          53.48- 10/20/99
                        CHECK#: 16853754  ABA#: 020804345
518632 *TOTAL*                   DUE FROM     MCD2/ID    0.00 AGE=  0
518634    2 CANDEL 100 99291    CRITICAL CAR MCD2/ID   335.00 12/28/98
            HIBMC  9539       3  HOSPITAL            4
*ADJ*     2              MCD2    MCD2-ADJ TO          224.55- 12/28/98
*PMT*    80              MCD2    MCD2-HOSPITA         110.45- 09/08/99
                        CHECK#: 16744624  ABA#: 020602929
518634 *TOTAL*                   DUE FROM     MCD2/ID    0.00 AGE=  0
518636    2 CANDEL 100 99232    SUBSEQUENT H MCD2/ID    94.00 12/29/98
            HIBMC  9539       3  HOSPITAL            4
*ADJ*     2              MCD2    MCD2-ADJ TO           55.03- 12/29/98
*PMT*    81              MCD2    MCD2-HOSPITA          38.97- 10/20/99
                        CHECK#: 16853754  ABA#: 020804345
518636 *TOTAL*                   DUE FROM     MCD2/ID    0.00 AGE=  0
518640    2 CANDEL 100 99231    SUBSEQUENT H MCD2/ID    67.00 12/30/98
            HIBMC  9539       3  HOSPITAL            4
*ADJ*     2              MCD2    MCD2-ADJ TO           39.86- 12/30/98
*PMT*    81              MCD2    MCD2-HOSPITA          27.14- 10/20/99
                        CHECK#: 16853754  ABA#: 020804345
518640 *TOTAL*                   DUE FROM     MCD2/ID    0.00 AGE=  0
518641    2 CANDEL 100 99231    SUBSEQUENT H MCD2/ID    67.00 12/31/98
            HIBMC  9539       3  HOSPITAL            4
*ADJ*     2              MCD2    MCD2-ADJ TO           39.86- 12/31/98
*PMT*    81              MCD2    MCD2-HOSPITA          27.14- 10/20/99
                        CHECK#: 16853754  ABA#: 020804345
518641 *TOTAL*                   DUE FROM     MCD2/ID    0.00 AGE=  0
518645    2 CANDEL 100 99231    SUBSEQUENT H MCD2/ID    67.00 01/01/99
            HIBMC  9539       3  HOSPITAL            4
*ADJ*     2              MCD2    MCD2-ADJ TO           39.86- 01/01/99
*PMT*    81              MCD2    MCD2-HOSPITA          27.14- 10/20/99
                        CHECK#: 16853754  ABA#: 020804345
518645 *TOTAL*                   DUE FROM     MCD2/ID    0.00 AGE=  0
518646    2 CANDEL 100 99231    SUBSEQUENT H MCD2/ID    67.00 01/02/99
            HIBMC  9539       3  HOSPITAL            4
*ADJ*     2              MCD2    MCD2-ADJ TO           39.86- 01/02/99
*PMT*    81              MCD2    MCD2-HOSPITA          27.14- 10/20/99
                        CHECK#: 16853754  ABA#: 020804345
518646 *TOTAL*                   DUE FROM     MCD2/ID    0.00 AGE=  0
518648    2 CANDEL 100 99231    SUBSEQUENT H MCD2/ID    67.00 10/03/99
            HIBMC  9539       3  HOSPITAL            4
*ADJ*     2              MCD2    MCD2-ADJ TO           39.86- 10/03/99
*PMT*    82              MCD2    MCD2-HOSPITA          27.55- 10/19/99
                        CHECK#: 16853754  ABA#: 020804345
*ADJ*    82              MCD2    MCD2-ADJ TO            0.41  10/19/99
518648 *TOTAL*                   DUE FROM     MCD2/ID    0.00 AGE=  0
518650    2 CANDEL 105 99223    INITIAL HOSP MCD2/ID   228.00 01/08/99
            HIBMC  6084       3  HOSPITAL            4
*ADJ*     2              MCD2    MCD2-ADJ TO          125.08- 01/08/99
*PMT*    80              MCD2    MCD2-HOSPITA         102.92- 09/08/99
                        CHECK#: 16744624  ABA#: 020602929
518650 *TOTAL*                   DUE FROM     MCD2/ID    0.00 AGE=  0
```

```
518651    2 CANDEL 105 99232  SUBSEQUENT H MCD2/ID    94.00  01/09/99
          HIBMC  6084         3  HOSPITAL        4
*ADJ*    2            MCD2      MCD2-ADJ T^ -       55.03- 01/09/99
*PMT*    81           MCD2      MCD2-HOSP          38.97- 10/20/99
                                CHECK#: 16853754   ABA#: 020804345
518651 *TOTAL*                  DUE FROM     MCD2/ID     0.00  AGE=   0
518654    2 CANDEL 105 99232  SUBSEQUENT H MCD2/ID    94.00  01/10/99
          HIBMC  6084         3  HOSPITAL        4
*ADJ*    2            MCD2      MCD2-ADJ TO        55.03- 01/10/99
*PMT*    81           MCD2      MCD2-HOSPITA       38.97- 10/20/99
                                CHECK#: 16853754   ABA#: 020804345
518654 *TOTAL*                  DUE FROM     MCD2/ID     0.00  AGE=   0
518657    2 CANDEL 105 99232  SUBSEQUENT H MCD2/ID    94.00  01/04/99
          HIBMC  9539         3  HOSPITAL        4
*ADJ*    2            MCD2      MCD2-ADJ TO        55.03- 01/04/99
*PMT*    80           MCD2      MCD2-HOSPITA       38.97- 09/08/99
                                CHECK#: 16744624   ABA#: 020602929
518657 *TOTAL*                  DUE FROM     MCD2/ID     0.00  AGE=   0
518659    2 CANDEL 105 99232  SUBSEQUENT H MCD2/ID    94.00  01/05/99
          HIBMC  9539         3  HOSPITAL        4
*ADJ*    2            MCD2      MCD2-ADJ TO        55.03- 01/05/99
*ADJ*    27           MCD2      MCD2-ADJ TO        38.97- 11/05/99
518659 *TOTAL*                  DUE FROM     MCD2/ID     0.00  AGE=   0
518660    2 CANDEL 105 99238  HOSPITAL DIS MCD2/ID   105.00  01/05/99
          HIBMC  9539         3  HOSPITAL        4
*ADJ*    2            MCD2      MCD2-ADJ TO        58.24- 01/05/99
*PMT*    82           MCD2      MCD2-HOSPITA       46.76- 10/27/99
                                CHECK#: 16872223   ABA#: 020838412
518660 *TOTAL*                  DUE FROM     MCD2/ID     0.00  AGE=   0
518662    2 CANDEL 103 99232  SUBSEQUENT H MCD2/ID    94.00  01/11/99
          HIBMC  3532         3  HOSPITAL        4
*ADJ*    2            MCD2      MCD2-ADJ TO        55.03- 01/11/99
*PMT*    80           MCD2      MCD2-HOSPITA       38.97- 09/08/99
                                CHECK#: 16744624   ABA#: 020602929
518662 *TOTAL*                  DUE FROM     MCD2/ID     0.00  AGE=   0
518668    2 CANDEL 103 99232  SUBSEQUENT H MCD2/ID    94.00  01/12/99
          HIBMC  3532         3  HOSPITAL        4
*ADJ*    2            MCD2      MCD2-ADJ TO        55.03- 01/12/99
*PMT*    81           MCD2      MCD2-HOSPITA       38.97- 10/20/99
                                CHECK#: 16853754   ABA#: 020804345
518668 *TOTAL*                  DUE FROM     MCD2/ID     0.00  AGE=   0
518671    2 CANDEL 103 99232  SUBSEQUENT H MCD2/ID    94.00  01/13/99
          HIBMC  3532         3  HOSPITAL        4
*ADJ*    2            MCD2      MCD2-ADJ TO        55.03- 01/13/99
*PMT*    81           MCD2      MCD2-HOSPITA       38.97- 10/20/99
                                CHECK#: 16853754   ABA#: 020804345
518671 *TOTAL*                  DUE FROM     MCD2/ID     0.00  AGE=   0
518672    2 CANDEL 103 99232  SUBSEQUENT H MCD2/ID    94.00  01/14/99
          HIBMC  3532         3  HOSPITAL        4
*ADJ*    2            MCD2      MCD2-ADJ TO        55.03- 01/14/99
*PMT*    81           MCD2      MCD2-HOSPITA       38.97- 10/20/99
                                CHECK#: 16853754   ABA#: 020804345
518672 *TOTAL*                  DUE FROM     MCD2/ID     0.00  AGE=   0
518673    2 CANDEL 103 99232  SUBSEQUENT H MCD2/ID    94.00  01/15/99
          HIBMC  3532         3  HOSPITAL        4
*ADJ*    2            MCD2      MCD2-ADJ TO        55.03- 01/15/99
*PMT*    81           MCD2      MCD2-HOSPITA       38.97- 10/20/99
                                CHECK#: 16853754   ABA#: 020804345
518673 *TOTAL*                  DUE FROM     MCD2/ID     0.00  AGE=   0
518675    2 CANDEL 104 99233  SUBSEQUENT H MCD2/ID   139.00  01/16/99
          HIBMC  6084         3  HOSPITAL        4
*ADJ*    2            MCD2      MCD2-ADJ TO        74.41- 01/16/99
*PMT*    80           MCD2      MCD2-HOSPITA       52.40- 09/08/99
                                CHECK#: 16744624   ABA#: 020602929
*ADJ*    80           MCD2      MCD2-ADJ TO        12.19- 09/08/99
518675 *TOTAL*                  DUE FROM     MCD2/ID     0.00  AGE=   0
518677    2 CANDEL 104 99232  SUBSEQUENT H MCD2/ID    94.00  01/17/99
          HIBMC  6084         3  HOSPITAL        4
*ADJ*    2            MCD2      MCD2-ADJ TO        55.03- 01/17/99
*PMT*    81           MCD2      MCD2-HOSPITA       38.97- 10/20/99
                                CHECK#: 16853754   ABA#: 020804345
518677 *TOTAL*                  DUE FROM     MCD2/ID     0.00  AGE=   0
518678    2 CANDEL 104 99232  SUBSEQUENT H MCD2/ID    94.00  01/18/99
          HIBMC  6084         3  HOSPITAL        4
*ADJ*    2            MCD2      MCD2-ADJ TO        55.03- 01/18/99
*PMT*    81           MCD2      MCD2-HOSPITA       38.97- 10/20/99
                                CHECK#: 16853754   ABA#: 020804345
518678 *TOTAL*                  DUE FROM     MCD2/ID     0.00  AGE=   0
518679    2 CANDEL 104 99232  SUBSEQUENT H MCD2/ID    94.00  01/19/99
          HIBMC  6084         3  HOSPITAL        4
*ADJ*    2            MCD2      MCD2-ADJ TO        55.03- 01/19/99
*PMT*    81           MCD2      MCD2-HOSPITA       38.97- 10/20/99
```

```
BROWNSVILLE COMM.HLTH.CTR (BCH)    ACCOUNT INQUIRY    RUN DATE 05-05-04 PAGE    5

518679 *TOTAL*                    DUE FROM      MCD2/ID      0.00  AGE=   0
518680    2 CANDEL 104 99232      SUBSEQUENT H MCD2/ID     94.00  01/20/99
          HIBMC  6084           3  HOSPITAL           4
*ADJ*     2              MCD2      MCD2-ADJ TO           55.03- 01/20/99
*PMT*    81              MCD2      MCD2-HOSPITA          38.97- 10/20/99
                  CHECK#: 16853754    ABA#: 020804345
518680 *TOTAL*                    DUE FROM      MCD2/ID      0.00  AGE=   0
518681    2 CANDEL 104 99232      SUBSEQUENT H MCD2/ID     94.00  01/21/99
          HIBMC  6084           3  HOSPITAL           4
*ADJ*     2              MCD2      MCD2-ADJ TO           55.03- 01/21/99
*PMT*    81              MCD2      MCD2-HOSPITA          38.97- 10/20/99
                  CHECK#: 16853754    ABA#: 020804345
518681 *TOTAL*                    DUE FROM      MCD2/ID      0.00  AGE=   0
518682    2 CANDEL 104 99232      SUBSEQUENT H MCD2/ID     94.00  01/22/99
          HIBMC  6084           3  HOSPITAL           4
*ADJ*     2              MCD2      MCD2-ADJ TO           55.03- 01/22/99
*PMT*    81              MCD2      MCD2-HOSPITA          38.97- 10/20/99
                  CHECK#: 16853754    ABA#: 020804345
518682 *TOTAL*                    DUE FROM      MCD2/ID      0.00  AGE=   0
518684    2 CANDEL 104 99232      SUBSEQUENT H MCD2/ID     94.00  01/23/99
          HIBMC  6084           3  HOSPITAL           4
*ADJ*     2              MCD2      MCD2-ADJ TO           55.03- 01/23/99
*PMT*    81              MCD2      MCD2-HOSPITA          38.97- 10/20/99
                  CHECK#: 16853754    ABA#: 020804345
518684 *TOTAL*                    DUE FROM      MCD2/ID      0.00  AGE=   0
518689    2 CANDEL 104 99232      SUBSEQUENT H MCD2/ID     94.00  01/24/99
          HIBMC  6084           3  HOSPITAL           4
*ADJ*     2              MCD2      MCD2-ADJ TO           55.03- 01/24/99
*PMT*    81              MCD2      MCD2-HOSPITA          38.97- 10/20/99
                  CHECK#: 16853754    ABA#: 020804345
518689 *TOTAL*                    DUE FROM      MCD2/ID      0.00  AGE=   0
518691    2 CANDEL 100 99232      SUBSEQUENT H MCD2/ID     94.00  01/25/99
          HIBMC  3532           3  HOSPITAL           4
*ADJ*     2              MCD2      MCD2-ADJ TO           55.03- 01/25/99
*PMT*    80              MCD2      MCD2-HOSPITA          38.97- 09/08/99
                  CHECK#: 16744624    ABA#: 020602929
518691 *TOTAL*                    DUE FROM      MCD2/ID      0.00  AGE=   0
518695    2 CANDEL 100 99231      SUBSEQUENT H MCD2/ID     67.00  01/26/99
          HIBMC  3532           3  HOSPITAL           4
*ADJ*     2              MCD2      MCD2-ADJ TO           39.86- 01/26/99
*PMT*    81              MCD2      MCD2-HOSPITA          27.14- 10/20/99
                  CHECK#: 16853754    ABA#: 020804345
518695 *TOTAL*                    DUE FROM      MCD2/ID      0.00  AGE=   0
518697    2 CANDEL 100 99231      SUBSEQUENT H MCD2/ID     67.00  01/27/99
          HIBMC  3532           3  HOSPITAL           4
*ADJ*     2              MCD2      MCD2-ADJ TO           39.86- 01/27/99
*PMT*    81              MCD2      MCD2-HOSPITA          27.14- 10/20/99
                  CHECK#: 16853754    ABA#: 020804345
518697 *TOTAL*                    DUE FROM      MCD2/ID      0.00  AGE=   0
518700    2 CANDEL 100 99231      SUBSEQUENT H MCD2/ID     67.00  01/28/99
          HIBMC  3532           3  HOSPITAL           4
*ADJ*     2              MCD2      MCD2-ADJ TO           39.86- 01/28/99
*PMT*    81              MCD2      MCD2-HOSPITA          27.14- 10/20/99
                  CHECK#: 16853754    ABA#: 020804345
518700 *TOTAL*                    DUE FROM      MCD2/ID      0.00  AGE=   0
518701    2 CANDEL 100 99238      HOSPITAL DIS MCD2/ID    105.00  01/29/99
          HIBMC  3532           3  HOSPITAL           4
*ADJ*     2              MCD2      MCD2-ADJ TO           58.24- 01/29/99
*PMT*    81              MCD2      MCD2-HOSPITA          46.76- 10/20/99
                  CHECK#: 16853754    ABA#: 020804345
518701 *TOTAL*                    DUE FROM      MCD2/ID      0.00  AGE=   0
518702    2 CANDEL 103 99252      INITIAL INPA MCD2/ID    147.00  04/23/99
          HIBMC  436            3  HOSPITAL           4
*ADJ*     2              MCD2      MCD2-ADJ TO           91.37- 04/23/99
*PMT*    84              MCD2      MCD2-HOSPITA          23.92- 10/12/99
                  CHECK#: 16834995    ABA#: 020770701
*ADJ*    84              MCD2      MCD2-ADJ TO           31.71- 10/12/99
518702 *TOTAL*                    DUE FROM      MCD2/ID      0.00  AGE=   0
518703    2 CANDEL 103 99252      INITIAL INPA MCD2/ID    147.00  04/24/99
          NHVGD  436            3  HOSPITAL           4
*ADJ*     2              MCD2      MCD2-ADJ TO           91.37- 04/24/99
*PMT*    80              MCD2      MCD2-HOSPITA          23.92- 09/14/99
                  CHECK#: 16744624    ABA#: 020602929
*ADJ*    80              MCD2      MCD2-ADJ TO           31.71- 09/14/99
518703 *TOTAL*                    DUE FROM      MCD2/ID      0.00  AGE=   0
518706    2 CANDEL 103 99282      EMERGENCY DE MCD2/ID     88.00  05/24/99
          NHVGD  78791          3  HOSPITAL           4
*PMT*    81              MCD2      MCD2-HOSPITA          35.20- 10/06/99
                  CHECK#: 16816690    ABA#: 020737342
*ADJ*    81              MCD2      MCD2-ADJ TO           52.80- 10/06/99
518706 *TOTAL*                    DUE FROM      MCD2/ID      0.00  AGE=   0
```

```
518707              HIBMC 34400        3  HOSPITAL           4
*ADJ*      2           MCD2            MCD2-ADJ TO               125.08- 07/12/99
*PMT*     80           MCD2            MCD2-HOSP                 102.92- 09/08/99
                                 CHECK#: 16744    ABA#: 020602929
518707 *TOTAL*                         DUE FROM      MCD2/ID       0.00  AGE=   0
518709     2 CANDEL 104 99232          SUBSEQUENT H MCD2/ID      94.00  07/13/99
                    HIBMC 34400        3  HOSPITAL           4
*ADJ*      2           MCD2            MCD2-ADJ TO                55.03- 07/13/99
*PMT*     81           MCD2            MCD2-HOSPITA               38.97- 10/20/99
                                 CHECK#: 16853754  ABA#: 020804345
518709 *TOTAL*                         DUE FROM      MCD2/ID       0.00  AGE=   0
518711     2 CANDEL 104 99233          SUBSEQUENT H MCD2/ID     139.00  07/14/99
                    HIBMC 34400        3  HOSPITAL           4
*ADJ*      2           MCD2            MCD2-ADJ TO                74.41- 07/14/99
*PMT*     81           MCD2            MCD2-HOSPITA               52.40- 10/20/99
                                 CHECK#: 16853754  ABA#: 020804345
*ADJ*     81           MCD2            MCD2-ADJ TO                12.19- 10/20/99
518711 *TOTAL*                         DUE FROM      MCD2/ID       0.00  AGE=   0
518713     2 CANDEL 104 99232          SUBSEQUENT H MCD2/ID      94.00  07/15/99
                    HIBMC 34400        3  HOSPITAL           4
*ADJ*      2           MCD2            MCD2-ADJ TO                55.03- 07/15/99
*PMT*     81           MCD2            MCD2-HOSPITA               38.97- 10/20/99
                                 CHECK#: 16853754  ABA#: 020804345
518713 *TOTAL*                         DUE FROM      MCD2/ID       0.00  AGE=   0
518718     2 CANDEL 104 99232          SUBSEQUENT H MCD2/ID      94.00  07/16/99
                    HIBMC 34400        3  HOSPITAL           4
*ADJ*      2           MCD2            MCD2-ADJ TO                55.03- 07/16/99
*PMT*     81           MCD2            MCD2-HOSPITA               38.97- 10/20/99
                                 CHECK#: 16853754  ABA#: 020804345
518718 *TOTAL*                         DUE FROM      MCD2/ID       0.00  AGE=   0
518722     2 CANDEL 104 99232          SUBSEQUENT H MCD2/ID      94.00  07/17/99
                    HIBMC 34400        3  HOSPITAL           4
*ADJ*      2           MCD2            MCD2-ADJ TO                55.03- 07/17/99
*PMT*     81           MCD2            MCD2-HOSPITA               38.97- 10/20/99
                                 CHECK#: 16853754  ABA#: 020804345
518722 *TOTAL*                         DUE FROM      MCD2/ID       0.00  AGE=   0
518723     2 CANDEL 104 99232          SUBSEQUENT H MCD2/ID      94.00  07/18/99
                    HIBMC 34400        3  HOSPITAL           4
*ADJ*      2           MCD2            MCD2-ADJ TO                55.03- 07/18/99
*PMT*     81           MCD2            MCD2-HOSPITA               38.97- 10/20/99
                                 CHECK#: 16853754  ABA#: 020804345
518723 *TOTAL*                         DUE FROM      MCD2/ID       0.00  AGE=   0
518725     2 CANDEL 103 99313          NURSING FACI MCD2/ID     113.00  07/11/99
                    NHVGD 7071         3  HOSPITAL           4
*PMT*     81           MCD2            MCD2-HOSPITA               43.00- 10/06/99
                                 CHECK#: 16816690  ABA#: 020737342
*ADJ*     81           MCD2            MCD2-ADJ TO                70.00- 10/06/99
518725 *TOTAL*                         DUE FROM      MCD2/ID       0.00  AGE=   0
518726     2 CANDEL 105 99232          SUBSEQUENT H MCD2/ID      94.00  07/19/99
                    HIBMC 34400        3  HOSPITAL           4
*ADJ*      2           MCD2            MCD2-ADJ TO                55.03- 07/19/99
*PMT*     80           MCD2            MCD2-HOSPITA               38.97- 09/08/99
                                 CHECK#: 16744624  ABA#: 020602929
518726 *TOTAL*                         DUE FROM      MCD2/ID       0.00  AGE=   0
518730     2 CANDEL 105 99232          SUBSEQUENT H MCD2/ID      94.00  07/20/99
                    HIBMC 34400        3  HOSPITAL           4
*ADJ*      2           MCD2            MCD2-ADJ TO                55.03- 07/20/99
*PMT*     81           MCD2            MCD2-HOSPITA               38.97- 10/20/99
                                 CHECK#: 16853754  ABA#: 020804345
518730 *TOTAL*                         DUE FROM      MCD2/ID       0.00  AGE=   0
518733     2 CANDEL 105 99232          SUBSEQUENT H MCD2/ID      94.00  07/21/99
                    HIBMC 34400        3  HOSPITAL           4
*ADJ*      2           MCD2            MCD2-ADJ TO                55.03- 07/21/99
*PMT*     81           MCD2            MCD2-HOSPITA               38.97- 10/20/99
                                 CHECK#: 16853754  ABA#: 020804345
518733 *TOTAL*                         DUE FROM      MCD2/ID       0.00  AGE=   0
518739     2 CANDEL 105 99232          SUBSEQUENT H MCD2/ID      94.00  07/22/99
                    HIBMC 34400        3  HOSPITAL           4
*ADJ*      2           MCD2            MCD2-ADJ TO                55.03- 07/22/99
*PMT*     81           MCD2            MCD2-HOSPITA               38.97- 10/20/99
                                 CHECK#: 16853754  ABA#: 020804345
518739 *TOTAL*                         DUE FROM      MCD2/ID       0.00  AGE=   0
518743     2 CANDEL 105 99233          SUBSEQUENT H MCD2/ID     139.00  07/23/99
                    HIBMC 34400        3  HOSPITAL           4
*ADJ*      2           MCD2            MCD2-ADJ TO                74.41- 07/23/99
*PMT*     81           MCD2            MCD2-HOSPITA               52.40- 10/20/99
                                 CHECK#: 16853754  ABA#: 020804345
*ADJ*     81           MCD2            MCD2-ADJ TO                12.19- 10/20/99
518743 *TOTAL*                         DUE FROM      MCD2/ID       0.00  AGE=   0
```

```
520457  1        NHVGD  7071      3  HOSPITAL              4
*ADJ*    113               MCD2      MCD2-ADJ TA          139.84- 08/29/99
*PMT*     80               MCD2      MCD2-HOSP             99.16- 09/08/99
                                  CHECK#: 1674    ABA#: 020602929
520457 *TOTAL*                      DUE FROM      MCD2/ID      0.00  AGE=   0
520460   113 CANDEL 103 99232       SUBSEQUENT H MCD2/ID     94.00  08/29/99
             NHVGD  7071         3  HOSPITAL              4
*ADJ*    113               MCD2      MCD2-ADJ TO           55.03- 08/29/99
*ADJ*     27               MCD2      MCD2-ADJ TO           38.97- 10/18/99
520460 *TOTAL*                      DUE FROM      MCD2/ID      0.00  AGE=   0
547824   185 CANDEL 103 99301       NURSING FACI MCD2/ID     88.00  10/01/99
             NHVGD  7238         3  HOSPITAL              5
*ADJ*    185               MCD2      MCD2-ADJ TO           49.57- 10/01/99
*PMT*     84               MCD2      MCD2-HOSPITA          39.00- 10/12/99
                                  CHECK#: 16834995   ABA#: 020770701
*ADJ*     84               MCD2      MCD2-ADJ TO            0.57  10/12/99
547824 *TOTAL*                      DUE FROM      MCD2/ID      0.00  AGE=   0
547828   185 CANDEL 102 99223       INITIAL HOSP MCD2/ID    228.00  10/01/99
             HIBMC  5997         3  HOSPITAL              5
*ADJ*    185               MCD2      MCD2-ADJ TO          125.08- 10/01/99
*PMT*     84               MCD2      MCD2-HOSPITA         104.47- 10/12/99
                                  CHECK#: 16834995   ABA#: 020770701
*ADJ*     84               MCD2      MCD2-ADJ TO            1.55  10/12/99
547828 *TOTAL*                      DUE FROM      MCD2/ID      0.00  AGE=   0
547830   185 CANDEL 102 99232       SUBSEQUENT H MCD2/ID     94.00  10/02/99
             HIBMC  5997         3  HOSPITAL              5
*ADJ*    185               MCD2      MCD2-ADJ TO           55.03- 10/02/99
*PMT*     84               MCD2      MCD2-HOSPITA          39.55- 10/12/99
                                  CHECK#: 16834995   ABA#: 020770701
*ADJ*     84               MCD2      MCD2-ADJ TO            0.58  10/12/99
547830 *TOTAL*                      DUE FROM      MCD2/ID      0.00  AGE=   0
547831   185 CANDEL 102 99232       SUBSEQUENT H MCD2/ID     94.00  10/03/99
             HIBMC  5997         3  HOSPITAL              5
*ADJ*    185               MCD2      MCD2-ADJ TO           55.03- 10/03/99
*PMT*     84               MCD2-CORR MCD2-HOSPITA          39.50- 10/12/99
              ** CORRECTED: POST 10/13/99 CTRL 84 **
*ADJ*     84               MCD2-CORR MCD2-ADJ TO            0.53  10/12/99
              ** CORRECTED: POST 10/13/99 CTRL 84 **
*PMT*     84               MCD1      MCD1-FQHC PE          39.55- 10/12/99
                                  CHECK#: 16834995   ABA#: 020770701
*TFER*                               MCD2/ID TO    /PS       0.58-
*ADJ*     84               COUR      SLIDING FEE            0.58  10/12/99
547831 *TOTAL*                      DUE FROM      /PS        0.00  AGE=   0
551384   157 CANDEL 103 99232       SUBSEQUENT H MCD2/ID     94.00  10/04/99
             HIBMC  5997         3  HOSPITAL              5
*ADJ*    157               MCD2      MCD2-ADJ TO           55.03- 10/04/99
*PMT*     82               MCD2      MCD2-HOSPITA          39.55- 10/19/99
                                  CHECK#: 16853754   ABA#: 020804345
*ADJ*     82               MCD2      MCD2-ADJ TO            0.58  10/19/99
551384 *TOTAL*                      DUE FROM      MCD2/ID      0.00  AGE=   0
551385   157 CANDEL 103 99231       SUBSEQUENT H MCD2/ID     67.00  10/05/99
             HIBMC  5997         3  HOSPITAL              5
*ADJ*    157               MCD2      MCD2-ADJ TO           39.86- 10/05/99
*PMT*     82               MCD2      MCD2-HOSPITA          27.55- 10/19/99
                                  CHECK#: 16853754   ABA#: 020804345
*ADJ*     82               MCD2      MCD2-ADJ TO            0.41  10/19/99
551385 *TOTAL*                      DUE FROM      MCD2/ID      0.00  AGE=   0
551386   157 CANDEL 103 99231       SUBSEQUENT H MCD2/ID     67.00  10/06/99
             HIBMC  5997         3  HOSPITAL              5
*ADJ*    157               MCD2      MCD2-ADJ TO           39.86- 10/06/99
*PMT*     82               MCD2      MCD2-HOSPITA          27.55- 10/19/99
                                  CHECK#: 16853754   ABA#: 020804345
*ADJ*     82               MCD2      MCD2-ADJ TO            0.41  10/19/99
551386 *TOTAL*                      DUE FROM      MCD2/ID      0.00  AGE=   0
551387   157 CANDEL 103 99231       SUBSEQUENT H MCD2/ID     67.00  10/07/99
             HIBMC  5997         3  HOSPITAL              5
*ADJ*    157               MCD2      MCD2-ADJ TO           39.86- 10/07/99
*PMT*     82               MCD2      MCD2-HOSPITA          27.55- 10/19/99
                                  CHECK#: 16853754   ABA#: 020804345
*ADJ*     82               MCD2      MCD2-ADJ TO            0.41  10/19/99
551387 *TOTAL*                      DUE FROM      MCD2/ID      0.00  AGE=   0
551388   157 CANDEL 103 99231       SUBSEQUENT H MCD2/ID     67.00  10/08/99
             HIBMC  5997         3  HOSPITAL              5
*ADJ*    157               MCD2      MCD2-ADJ TO           39.86- 10/08/99
*PMT*     82               MCD2      MCD2-HOSPITA          27.55- 10/19/99
                                  CHECK#: 16853754   ABA#: 020804345
*ADJ*     82               MCD2      MCD2-ADJ TO            0.41  10/19/99
551388 *TOTAL*                      DUE FROM      MCD2/ID      0.00  AGE=   0
551389   157 CANDEL 103 99238       HOSPITAL DIS MCD2/ID    105.00  10/09/99
             HIBMC  5997         3  HOSPITAL              5
*ADJ*    157               MCD2      MCD2-ADJ TO           58.24- 10/09/99
```

```
                                      CHECK#: 16853754   ABA#: 020804345
*ADJ*    82          MCD2             MCD2-ADJ TO               0.70  10/19/99
551389 *TOTAL*                        DUE FROM      MCD2/ID     0.00  AGE=  0
709904   196 CANDEL 103 99311         NURSING ;     MCD2/ID    55.00  05/17/00
         NHVGD 6929              3     HOSPITAL          5
*ADJ*    196         MCD2             MCD2-ADJ TO              31.08- 05/17/00
*PMT*    83          MCD2             MCD2-HOSPITA            24.28- 06/06/00
                                      CHECK#: 17498230   ABA#: 021783634
*ADJ*    83          MCD2             MCD2-ADJ TO               0.36  06/06/00
709904 *TOTAL*                        DUE FROM      MCD2/ID     0.00  AGE=  0
764989   170 CANDEL 103 MDCD1  /NC    MDCD FQHC PE  MCD1/ID   105.92  08/09/00
         ADULT 6829              1     MEDICAL           6
*PMT*    80          MCD1             MCD1-FQHC PE            105.92- 08/14/00
764989 *TOTAL*                        DUE FROM      MCD1/ID     0.00  AGE=  0
764990   170 CANDEL 103 99212  /7D    OFFICE VISIT  MCD1/ID    47.00  08/09/00
         ADULT 6829              1     MEDICAL           6
*ADJ*    170         MCD1             MCD1-ADJ TO              47.00- 08/09/00
764990 *TOTAL*                        DUE FROM      MCD1/ID     0.00  AGE=  0
779200   253 CANDEL 103 MDCD1  /NC    MDCD FQHC PE  MCD1/ID   105.92  08/28/00
         ADULT 4538              1     MEDICAL           6
*PMT*    81          MCD1             MCD1-FQHC PE            105.92- 09/05/00
                                      CHECK#: 17736139   ABA#: 022130353
779200 *TOTAL*                        DUE FROM      MCD1/ID     0.00  AGE=  0
779202   253 CANDEL 103 99212  /7D    OFFICE VISIT  MCD1/ID    49.00  08/28/00
         ADULT 4538              1     MEDICAL           6
*ADJ*    253         MCD1             MCD1-ADJ TO              49.00- 08/28/00
779202 *TOTAL*                        DUE FROM      MCD1/ID     0.00  AGE=  0
782991   267 CANDEL 102 MDCD1  /NC    MDCD FQHC PE  MCD1/ID   105.92  08/31/00
         ADULT 3332              1     MEDICAL           6
*PMT*    82          MCD1             MCD1-FQHC PE            105.92- 09/19/00
                                      CHECK#: 17773568   ABA#: 022185419
782991 *TOTAL*                        DUE FROM      MCD1/ID     0.00  AGE=  0
782992   267 CANDEL 102 99244  /7D    OFFICE CONSU  MCD1/ID   223.00  08/31/00
         ADULT 3332              1     MEDICAL           6
*ADJ*    267         MCD1             MCD1-ADJ TO             223.00- 08/31/00
782992 *TOTAL*                        DUE FROM      MCD1/ID     0.00  AGE=  0
829336   175 CANDEL 103 99080         SPECIAL REPO  SPMN/PS     0.00  11/01/00
         ADULT MSC               0                       9
829336 *TOTAL*                        DUE FROM      SPMN/PS     0.00  AGE=  0
885888   272 CANDEL 103 MDCD1  /NC    MDCD FQHC PE  MCD1/ID   106.02  01/16/01
         ADULT 6829              1     MEDICAL           6
*PMT*    80          MCD1             MCD1-FQHC PE            98.00- 01/23/01
                                      CHECK#: 18112985   ABA#: 022703953
*ADJ*    27          MCD1             MCD1-ADJ TO               8.02- 02/15/01
885888 *TOTAL*                        DUE FROM      MCD1/ID     0.00  AGE=  0
885889   272 CANDEL 103 99212  /7D    OFFICE VISIT  MCD1/ID    49.00  01/16/01
         ADULT 6829              1     MEDICAL           6
*ADJ*    272         MCD1             MCD1-ADJ TO              49.00- 01/16/01
885889 *TOTAL*                        DUE FROM      MCD1/ID     0.00  AGE=  0
885890   272 CANDEL 103 99070  /7D    SPECIAL SUPP  MCD1/ID    10.00  01/16/01
         ADULT 6829              1     MEDICAL           6
*ADJ*    272         MCD1             MCD1-ADJ TO              10.00- 01/16/01
885890 *TOTAL*                        DUE FROM      MCD1/ID     0.00  AGE=  0
1020528  110 CANDEL 606 SCMRC         MEDICAL RECO  SPMN/PS    40.00  07/03/01
         ADULT MSC               0                       0
*PMT*    401 406090  SPMN             SPMN PAYMENT            40.00- 07/03/01
                                      CHECK#: 4729936    ABA#: 07052001
1020528 *TOTAL*                       DUE FROM      SPMN/PS     0.00  AGE=  0
1031633  150 CANDEL 606 SCMRC         MEDICAL RECO  SPMN/PS    40.00  07/18/01
         ADULT MSC               0                       0
*PMT*    487 411289  SPMN             SPMN PAYMENT            40.00- 07/18/01
                                      CHECK#:            ABA#: 07232001
1031633 *TOTAL*                       DUE FROM      SPMN/PS     0.00  AGE=  0
1036239  126 CANDEL 606 SCMRC         MEDICAL RECO  SPMN/PS    40.00  07/20/01
         ADULT MSC               0                       0
1036239 *TOTAL* ** CORRECTED: POST 08/28/03 CTRL 49 REPOST: 1674520 **
1052824  210 CANDEL 104 MDCD1  /NC    MDCD FQHC PE  MCD1/ID    98.00  08/13/01
         ADULT 7807              1     MEDICAL           6
*PMT*    80          MCD1             MCD1-FQHC PE            98.00- 09/25/01
                                      CHECK#: 18794405   ABA#: 023769025
1052824 *TOTAL*                       DUE FROM      MCD1/ID     0.00  AGE=  0
1052826  210 CANDEL 104 99213  /7D    OFFICE/OUTPA  MCD1/ID    68.00  08/13/01
         ADULT 7807              1     MEDICAL           6
*ADJ*    210         MCD1             MCD1-ADJ TO              68.00- 08/13/01
1052826 *TOTAL*                       DUE FROM      MCD1/ID     0.00  AGE=  0
1052827  210 CANDEL 104 J0540  /7D    INJ PEN & BE  MCD1/ID     7.28  08/13/01
         ADULT 7807              1     MEDICAL           6
*ADJ*    210         MCD1             MCD1-ADJ TO               7.28- 08/13/01
1052827 *TOTAL*                       DUE FROM      MCD1/ID     0.00  AGE=  0
```

```
1052830  210 CANDEL         ADULT  7807      1  MEDICAL                          6
 *ADJ*    210         MCD1               MCD1-ADJ TO                    24.00- 08/13/01
1052830 *TOTAL*                          DUE FROM      MCD1/ID           0.00  AGE=  0
1052856  210 CANDEL 104 80048 /7D  *BASIC M.   MCD1/ID          52.00  08/13/01
         ADULT  25000     1  MEDICAL                          6
 *ADJ*    210         MCD1               MCD1-ADJ TO                    52.00- 08/13/01
1052856 *TOTAL*                          DUE FROM      MCD1/ID           0.00  AGE=  0
1052859  210 CANDEL 104 71010 /7D  CHEST X-RAY MCD1/ID          78.00  08/13/01
         ADULT  25000     1  MEDICAL                          6
 *ADJ*    210         MCD1               MCD1-ADJ TO                    78.00- 08/13/01
1052859 *TOTAL*                          DUE FROM      MCD1/ID           0.00  AGE=  0
1052860  210 CANDEL 104 93000 /7D  ELECTROCARDI MCD1/ID         72.00  08/13/01
         ADULT  25000     1  MEDICAL                          6
 *ADJ*    210         MCD1               MCD1-ADJ TO                    72.00- 08/13/01
1052860 *TOTAL*                          DUE FROM      MCD1/ID           0.00  AGE=  0
1052862  210 CANDEL 104 85025 /NC  *CBC & DIFFE MCD1/ID         34.00  08/13/01
         ADULT  25000     1  MEDICAL                          6
 *ADJ*    210         MCD1               MCD1-ADJ TO                    34.00- 08/13/01
1052862 *TOTAL*                          DUE FROM      MCD1/ID           0.00  AGE=  0
1052863  210 CANDEL 104 99000 /NC  SPECIMEN HAN MCD1/ID         20.00  08/13/01
         ADULT  25000     1  MEDICAL                          6
 *ADJ*    210         MCD1               MCD1-ADJ TO                    20.00- 08/13/01
1052863 *TOTAL*                          DUE FROM      MCD1/ID           0.00  AGE=  0
1266707  148 CANDEL 103 MDCD1 /NC  MDCD FQHC PE MCD1/ID        123.74  04/29/02
         ADULT  25000     1  MEDICAL                          6
 *PMT*     86         MCD1               MCD1-FQHC PE                  123.74- 05/23/02
                                         CHECK#: 19708003   ABA#: 024828848
1266707 *TOTAL*                          DUE FROM      MCD1/ID           0.00  AGE=  0
1266710  148 CANDEL 103 99213       OFFICE/OUTPA MCD1/ID         68.00  04/29/02
         ADULT  25000     1  MEDICAL                          6
           ** CORRECTED: POST 04/29/02 CTRL 148 **
 *ADJ*    148         MCD1-CORR          MCD1-ADJ TO                    68.00- 04/29/02
           ** CORRECTED: POST 04/29/02 CTRL 148 **
1266710 *TOTAL* ** CORRECTED: POST 04/29/02 CTRL 148 **
1266711  148 CANDEL 103 80048 /7D  *BASIC METAB MCD1/ID         52.00  04/29/02
         ADULT  25000     1  MEDICAL                          6
 *ADJ*    148         MCD1               MCD1-ADJ TO                    52.00- 04/29/02
1266711 *TOTAL*                          DUE FROM      MCD1/ID           0.00  AGE=  0
1266712  148 CANDEL 103 80061 /7D  *LIPID PANEL MCD1/ID         54.00  04/29/02
         ADULT  25000     1  MEDICAL                          6
 *ADJ*    148         MCD1               MCD1-ADJ TO                    54.00- 04/29/02
1266712 *TOTAL*                          DUE FROM      MCD1/ID           0.00  AGE=  0
1266713  148 CANDEL 103 85025 /7D  *CBC & DIFFE MCD1/ID         34.00  04/29/02
         ADULT  25000     1  MEDICAL                          6
 *ADJ*    148         MCD1               MCD1-ADJ TO                    34.00- 04/29/02
1266713 *TOTAL*                          DUE FROM      MCD1/ID           0.00  AGE=  0
1266714  148 CANDEL 103 81001 /7D  *URINALYSIS, MCD1/ID         24.00  04/29/02
         ADULT  25000     1  MEDICAL                          6
 *ADJ*    148         MCD1               MCD1-ADJ TO                    24.00- 04/29/02
1266714 *TOTAL*                          DUE FROM      MCD1/ID           0.00  AGE=  0
1266715  148 CANDEL 103 83036 /7D  *GLYCATED HE MCD1/ID         49.00  04/29/02
         ADULT  25000     1  MEDICAL                          6
 *ADJ*    148         MCD1               MCD1-ADJ TO                    49.00- 04/29/02
1266715 *TOTAL*                          DUE FROM      MCD1/ID           0.00  AGE=  0
1266719  148 CANDEL 103 84153 /NC  *PROSTATE SP MCD1/ID          0.00  04/29/02
1266719 *TOTAL*                          DUE FROM      MCD1/ID           0.00  AGE=  0
1266737  148 CANDEL 103 82044 /NC  *MICROALBUMI MCD1/ID          0.00  04/29/02
         ADULT  V7644     1  MEDICAL                          6
1266737 *TOTAL* ** CORRECTED: POST 04/29/02 CTRL 148 **
1266738  148 CANDEL 103 99000 /NC  SPECIMEN HAN MCD1/ID         20.00  04/29/02
         ADULT  V7644     1  MEDICAL                          6
 *ADJ*    148         MCD1               MCD1-ADJ TO                    20.00- 04/29/02
1266738 *TOTAL*                          DUE FROM      MCD1/ID           0.00  AGE=  0
1266739  148 CANDEL 103 82044 /NC  *MICROALBUMI MCD1/ID         27.00  04/29/02
         ADULT  V7644     1  MEDICAL                          6
 *ADJ*    148         MCD1               MCD1-ADJ TO                    27.00- 04/29/02
1266739 *TOTAL*                          DUE FROM      MCD1/ID           0.00  AGE=  0
1266745  148 CANDEL 103 99213 /7D  OFFICE/OUTPA MCD1/ID         68.00  04/29/02
         ADULT  25000     1  MEDICAL                          6
 *ADJ*    148         MCD1               MCD1-ADJ TO                    68.00- 04/29/02
1266745 *TOTAL*                          DUE FROM      MCD1/ID           0.00  AGE=  0
1303559  201 CANDEL 103 99222       INITIAL HOSP MCD2/ID        200.00  05/29/02
         HIBMC  5990     3  HOSPITAL                         8
 *ADJ*    201         MCD2               MCD2-ADJ TO                   117.35- 05/29/02
 *PMT*     80         MCD2               MCD2-HOSPITA                   82.65- 06/25/02
                                         CHECK#: 19930692   ABA#: 024967810
1303559 *TOTAL*                          DUE FROM      MCD2/ID           0.00  AGE=  0
1303560  201 CANDEL 103 99232       SUBSEQUENT H MCD2/ID        105.00  05/30/02
         HIBMC  5990     3  HOSPITAL                         8
 *ADJ*    201         MCD2               MCD2-ADJ TO                    66.03- 05/30/02
```

```
 *PMT*    80               MCD2           MCD2-HOSPITA         39.55- 06/25/02
                                   CHECK#: 19930692   ABA#: 024967810
 *ADJ*    82               MCD2           MCD2-ADJ TO           0.58  06/25/02
1303560 *TOTAL*                           DUE FROM    MCD2/ID   0.00  AGE=  0
1303561  201 CANDEL 103 99232             SUBSEQUEN   MCD2/ID 105.00  05/31/02
             HIBMC  5990          3  HOSPITAL             8
 *ADJ*    201              MCD2           MCD2-ADJ TO          66.03- 05/31/02
 *PMT*    82               MCD2           MCD2-HOSPITA         39.55- 06/25/02
                                   CHECK#: 19930692   ABA#: 024967810
 *ADJ*    82               MCD2           MCD2-ADJ TO           0.58  06/25/02
1303561 *TOTAL*                           DUE FROM    MCD2/ID   0.00  AGE=  0
1303562  201 CANDEL 193 99238             HOSPITAL DIS MCD2/ID 105.00  06/01/02
             HIBMC  5990          3  HOSPITAL             8
 *ADJ*    201              MCD2           MCD2-ADJ TO          57.54  06/01/02
 *PMT*    80               MCD2           MCD2-HOSPITA         47.46- 06/25/02
                                   CHECK#: 19930692   ABA#: 024967810
1303562 *TOTAL*                           DUE FROM    MCD2/ID   0.00  AGE=  0
1337753  250 CANDEL 102 MDCD1  /NC        MDCD FQHC PE MCD1/ID 123.74  07/24/02
             ADULT  7211          10 MEDICAL             10
 *PMT*    81               MCD1           MCD1-FQHC PE        123.74- 07/30/02
                                   CHECK#: 20069841   ABA#: 025103245
1337753 *TOTAL*                           DUE FROM    MCD1/ID   0.00  AGE=  0
1337754  250 CANDEL 102 99213  /7D        OFFICE/OUTPA MCD1/ID  68.00  07/24/02
             ADULT  7211          1  MEDICAL             10
 *ADJ*    250              MCD1           MCD1-ADJ TO          68.00- 07/24/02
1337754 *TOTAL*                           DUE FROM    MCD1/ID   0.00  AGE=  0
1391253  223 CANDEL 103 MDCD1  /NC        MDCD FQHC PE MCD1/ID 123.74  09/24/02
             ADULT  25000         1  MEDICAL             10
 *PMT*    80               MCD1           MCD1-FQHC PE        123.74- 10/15/02
                                   CHECK#: 20402704   ABA#: 025419875
1391253 *TOTAL*                           DUE FROM    MCD1/ID   0.00  AGE=  0
1391256  223 CANDEL 103 99213  /7D        OFFICE/OUTPA MCD1/ID  68.00  09/24/02
             ADULT  25000         1  MEDICAL             10
 *ADJ*    223              MCD1           MCD1-ADJ TO          68.00- 09/24/02
1391256 *TOTAL*                           DUE FROM    MCD1/ID   0.00  AGE=  0
1391258  223 CANDEL 103 80048  /7D        +BASIC METAB MCD1/ID  52.00  09/24/02
             ADULT  25000         1  MEDICAL             10
 *ADJ*    223              MCD1           MCD1-ADJ TO          52.00- 09/24/02
1391258 *TOTAL*                           DUE FROM    MCD1/ID   0.00  AGE=  0
1391259  223 CANDEL 103 83036  /7D        +GLYCATED HE MCD1/ID  49.00  09/24/02
             ADULT  25000         1  MEDICAL             10
 *ADJ*    223              MCD1           MCD1-ADJ TO          49.00- 09/24/02
1391259 *TOTAL*                           DUE FROM    MCD1/ID   0.00  AGE=  0
1391260  223 CANDEL 103 36415  /7D        DRAWING BLOO MCD1/ID  20.00  09/24/02
             ADULT  25000         1  MEDICAL             10
 *ADJ*    223              MCD1           MCD1-ADJ TO          20.00- 09/24/02
1391260 *TOTAL*                           DUE FROM    MCD1/ID   0.00  AGE=  0
1433804  234 CANDEL 103 RXPRO  /NC        REFILLS W/PR MCD1/ID   0.00  11/14/02
             ADULT  25000         1  MEDICAL             10
1433804 *TOTAL*                           DUE FROM    MCD1/ID   0.00  AGE=  0
1474012  241 CANDEL 103 99213             OFFICE/OUTPA SP90/PS  68.00  01/09/03
             ADULT  25000         1  MEDICAL             11*
                  ** CORRECTED: POST 08/28/03 CTRL 49 REPOST: 1674516 **
 *ADJ*    241              COUR-CORR      SLIDING FEE          48.00- 01/09/03
                  ** CORRECTED: POST 01/09/03 CTRL 49 **
1474012 *TOTAL* ** CORRECTED: POST 08/28/03 CTRL 49 REPOST: 1674516 **
1474534  361 CANDEL 103 FHN05             IBUPROFEN 80 SP90/PS   6.00  01/09/03
             PHARM  3421          5  PHARMACY             9*
 *PMT*    478 522444       SPMN           SPMN PAYMENT          6.00- 01/10/03
1474534 *TOTAL*                           DUE FROM    SP90/PS   0.00  AGE=  0
1664919  272 CANDEL 110 99223             INITIAL HOSP SPFL/PS 242.00  08/15/03
             HIBMC  5920          3  HOSPITAL             12
1664919 *TOTAL* ** CORRECTED: POST 08/28/03 CTRL 49 REPOST: 1674520 **
1664920  272 CANDEL 110 99232             SUBSEQUENT H SPFL/PS 105.00  08/16/03
             HIBMC  5920          3  HOSPITAL             12
1664920 *TOTAL* ** CORRECTED: POST 08/28/03 CTRL 49 REPOST: 1674524 **
1664921  272 CANDEL 110 99232             SUBSEQUENT H SPFL/PS 105.00  08/17/03
             HIBMC  5920          3  HOSPITAL             12
1664921 *TOTAL* ** CORRECTED: POST 08/28/03 CTRL 49 REPOST: 1674532 **
1672178  291 CANDEL 103 99232  /QB        SUBSEQUENT H MCR3/IR 105.00  08/18/03
             HIBMC  59080         3  HOSPITAL             13*
 *ADJ*    291              MCR3           MCR3-ADJ TO          53.98- 08/18/03
 *PMT*    61               MCR2           MCR2-RADIOLO         40.82- 09/23/03
                                   CHECK#: 881684792   ABA#: 092403
 *ADJ*    61               MCR2           MCR2-ADJ TO          10.20- 09/23/03
1672178 *TOTAL*                           DUE FROM    MCR3/IR   0.00  AGE=  0
1672179  291 CANDEL 103 99232  /QB        SUBSEQUENT H MCR3/IR 105.00  08/19/03
             HIBMC  59080         3  HOSPITAL             13*
 *ADJ*    291              MCR3           MCR3-ADJ TO          53.98- 08/19/03
 *PMT*    61               MCR2           MCR2-RADIOLO         40.82- 09/23/03
                                   CHECK#: 881684792   ABA#: 092403
 *ADJ*    61               MCR2           MCR2-ADJ TO          10.20- 09/23/03
```

```
1672179 *TOTAL*                         DUE FROM        MCR3/IR        0.00    AGE=   0
1672180   291 CANDEL 103 99231 /QB      SUBSEQUENT H MCR3/IR          55.00   08/20/03
              HIBMC  59080      3        HOSPITAL              13*
   *ADJ*  291             MCR3           MCR3-ADJ                      28.11-  08/20/03
   *PMT*   61             MCR2           MCR2-RADIOL                   24.71-  09/23/03
                                 CHECK#: 881684792  ABA#: 092403
   *ADJ*   61             MCR2           MCR2-ADJ TO                    6.18-  09/23/03
1672180 *TOTAL*                         DUE FROM        MCR3/IR        0.00    AGE=   0
1672181   291 CANDEL 103 99238 /QB      HOSPITAL DIS MCR3/IR         105.00   08/21/03
              HIBMC  59080      3        HOSPITAL              13*
   *ADJ*  291             MCR3           MCR3-ADJ TO                   42.61-  08/21/03
   *PMT*   61             MCR2           MCR2-RADIOLO                  52.02-  09/23/03
                                 CHECK#: 881684792  ABA#: 092403
   *ADJ*   61             MCR2           MCR2-ADJ TO                   10.37-  09/23/03
1672181 *TOTAL*                         DUE FROM        MCR3/IR        0.00    AGE=   0
1674516    49 CANDEL 103 99213           OFFICE/OUTPA MCR1/IR         68.00   01/09/03
              ADULT  25000               MEDICAL              11*
   *ADJ*   49             MCR1           MCR1-ADJ TO                   68.00   01/09/03
1674516 *TOTAL*                         DUE FROM        MCR1/IR        0.00    AGE=   0
1674520    49 CANDEL 110 99223 /QB      INITIAL HOSP MCR3/IR         242.00   08/15/03
              HIBMC  5920       3        HOSPITAL              13*
   *ADJ*   49             MCR3           MCR3-ADJ TO                   99.58-  08/15/03
   *PMT*   71             MCR3           MCR3-HOSPITA                 114.74-  09/23/03
                                 CHECK#: 881682750  ABA#: 092403
   *ADJ*   71             MCR3           MCR3-ADJ TO                   27.68-  09/23/03
1674520 *TOTAL*                         DUE FROM        MCR3/IR        0.00    AGE=   0
1674524    49 CANDEL 110 99232 /QB      SUBSEQUENT H MCR3/IR         105.00   08/16/03
              HIBMC  5920       3        HOSPITAL              13*
   *ADJ*   49             MCR3           MCR3-ADJ TO                   53.98-  08/16/03
   *PMT*   71             MCR3           MCR3-HOSPITA                  40.82-  09/23/03
                                 CHECK#: 881682750  ABA#: 092403
   *ADJ*   71             MCR3           MCR3-ADJ TO                   10.20-  09/23/03
1674524 *TOTAL*                         DUE FROM        MCR3/IR        0.00    AGE=   0
1674532    49 CANDEL 110 99232 /QB      SUBSEQUENT H MCR3/IR         105.00   08/17/03
              HIBMC  5920       3        HOSPITAL              13*
   *ADJ*   49             MCR3           MCR3-ADJ TO                   53.98-  08/17/03
   *PMT*   71             MCR3           MCR3-HOSPITA                  40.82-  09/23/03
                                 CHECK#: 881682750  ABA#: 092403
   *ADJ*   71             MCR3           MCR3-ADJ TO                   10.20-  09/23/03
1674532 *TOTAL*                         DUE FROM        MCR3/IR        0.00    AGE=   0
1674544    49 CANDEL 103 MDCR1  /NC     MDCR FQHC PE MCR1/IR          84.90   01/09/03
              ADULT  25000      1        MEDICAL              11*
   *PMT*   24             MCR1           MCR1 PER ENC                  67.92-  09/18/03
                                 CHECK#: 96307    ABA#: 091903
  *TFER*                                 MCR1/IR TO      /PS          16.98
   *ADJ*   24             COUR           SLIDING FEE                  16.98-  09/18/03
1674544 *TOTAL*                         DUE FROM        /PS           0.00    AGE=   0
1837915   285 CANDEL 112 MDCR1  /NC     MDCR FQHC PE MCR1/IR          88.60   02/18/04
              ADULT  7823       1        MEDICAL              11*
   *PMT*   72             MCR1           MCR1 PER ENC                  70.88-  03/12/04
                                 CHECK#: 96425    ABA#: 031504
  *TFER*                                 MCR1/IR TO      /PS          17.72
   *ADJ*   72             COUR           SLIDING FEE                  17.72-  03/12/04
1837915 *TOTAL*                         DUE FROM        /PS           0.00    AGE=   0
1837916   285 CANDEL 112 99211           OFFICE/OUTPA MCR1/IR         36.00   02/18/04
              ADULT  7823       1        MEDICAL              11*
   *ADJ*  285             MCR1           MCR1-ADJ TO                   36.00   02/18/04
1837916 *TOTAL*                         DUE FROM        MCR1/IR        0.00    AGE=   0
1839271   101 CANDEL S03 MDCR1  /NC     MDCR FQHC PE MCR1/IR          88.60   02/21/04
              ADULT  4659       1        MEDICAL              11*
   *PMT*   72             MCR1           MCR1 PER ENC                  70.88-  03/12/04
                                 CHECK#: 96425    ABA#: 031504
  *TFER*                                 MCR1/IR TO      /PS          17.72
   *ADJ*   72             COUR           SLIDING FEE                  17.72-  03/12/04
1839271 *TOTAL*                         DUE FROM        /PS           0.00    AGE=   0
1839273   101 CANDEL S03 99213           OFFICE/OUTPA MCR1/IR         68.00   02/21/04
              ADULT  4659       1        MEDICAL              11*
   *ADJ*  101             MCR1           MCR1-ADJ TO                   68.00   02/21/04
1839273 *TOTAL*                         DUE FROM        MCR1/IR        0.00    AGE=   0
1674528    49 CANDEL 606 SCMRC           MEDICAL RECO SPMN/PS         40.00   07/20/01
              ADULT  MSC        1        MEDICAL              11*
1674528 *TOTAL*                         DUE FROM        SPMN/PS       40.00   AGE=1055
```



# COMPEX

## *Legal Services, Inc.*

6/18/04 Inv # 5054238 dated 6/18 $146.60

```
Records of. . :  CANDELARIO DE LEON
Defendant . . :  CITY OF BROWNSVILLE, TEXAS
Client/Insured:
File Number . :  9827
Case Number . . :  CV-V-00-192
```

A88430100701

```
Location   . :   KHALID SOLEJA, MD
                 109 EAST PRICE ROAD
                 BROWNSVILLE, TX  78521
Record Types     BILLING (REAS. & NECES.)/* ONLY CERTAIN DATES

Deliver to  :   BRANTON & HALL P.C.
Attention . :   THOMAS A. CROSLEY
                700 NORTH ST. MARY'S, SUITE 1700
                SAN ANTONIO, TX  78205

06/24                                          049418
```

**Document Retrieval   •   Complex Case Management   •   Court Reporting**

## NATIONWIDE  :  (800) 4 COMPEX    (800) 426-6739

A884301-007

Case Number: CV-V-00-192

CANDELARIO DE LEON                          IN THE U.S.D.C. FOR THE
                vs.                         SOUTHERN DIST. OF TEXAS
CITY OF BROWNSVILLE, TEXAS                  BROWNSVILLE DIVISION


### NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

To:  All named parties in the above styled and numbered cause

You will take notice that after 14 days from the service of a copy
hereof with attached questions, a Deposition by Written
Questions will be taken of the Custodian of Records for:

A884301-007
KHALID R. SOLEJA, M.D.
109 EAST PRICE ROAD, BROWNSVILLE, TX 78521

to such questions will be taken before a Notary Public with
COMPEX, 3300 NACOGDOCHES ROAD, SUITE 220, SAN ANTONIO, TX 78217
or their designated agent.
Which deposition with attached questions may be used in evidence upon
the trial of the above styled and numbered cause pending in the
above named court.

Notice is further given that request is here made as authorized under
Rule 45, Federal Rules of Civil Procedure, to the officer authorized
authorized to take this deposition to issue a subpoena duces tecum
and cause it to be served on the witness to produce
SEE ATTACHMENT THREE
and to turn all such records over to the officer authorized to take
this deposition so that photostatic copies of same may be made
and attached to said deposition.

*Thomas A. Crosley*
THOMAS A. CROSLEY, ESQ.
Attorney for Plaintiff
Bar #: 00783902
700 NORTH ST. MARY'S, SUITE 1700
SAN ANTONIO, TX  78205
Phone:(210) 224-4474 Fax:(210) 224-1928


=====================================================================
I certify that a true exact copy of the foregoing Notice of
Intention to Take Deposition by Written Questions was mailed to the
respective parties or attorneys of record, by certified mail return
receipt requested, postage prepaid, courier receipted delivery,
or hand delivered.
Date:  5/25/04

Chuck E. Utz
COMPEX - SAN ANTONIO
3300 NACOGDOCHES ROAD, SUITE 220
SAN ANTONIO, TX 78217

cc: THOMAS A. CROSLEY, ESQ.
    WILLIAM GAULT, ESQ.
    STEVEN M. GONZALEZ, ESQ.

A884301-007

## ATTACHMENT THREE

AN ITEMIZED STATEMENT OF CHARGES FOR SERVICES RENDERED PERTAINING

TO:

PLAINTIFF,

CANDELARIO DE LEON, DOB: 06/15/41, SS#: 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,

FROM 12/24/98 TO AND INCLUDING 05/26/04.

ORDER #:  A884301  -  007
AO 88 (Rev. 11/91) Subpoena in a Civil Case

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS, BROWNSVILLE DIVISION |
|---|---|---|

CANDELARIO DE LEON

PLAINTIFF(S),

**V.**

CITY OF BROWNSVILLE, TEXAS

## SUBPOENA IN A CIVIL CASE

CASE NUMBER:[1]  CV-V-00-192

DEFENDANT(S),

TO:   CUSTODIAN OF RECORDS
KHALID R. SOLEJA , M.D.
109 EAST PRICE ROAD
BROWNSVILLE, TEXAS  78521

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| AT THE OFFICES OF THE SUMMONED WITNESS | INSTANTER |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
AN ITEMIZED STATEMENT OF CHARGES FOR SERVICES RENDERED PERTAINING TO:
PLAINTIFF,
CANDELARIO DE LEON, DOB: 06/15/41, SS#: 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,
FROM 12/24/98 TO AND INCLUDING 05/26/04.

| PLACE | DATE AND TIME |
|---|---|
| AT THE OFFICES OF THE SUMMONED WITNESS | INSTANTER |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to the suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Thomas A. Crosley by Compex* | 5-26-04 |
| ATTORNEY(S) FOR PLAINTIFF, CANDELARIO DE LEON | |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
THOMAS A. CROSLEY ATTORNEY-AT-LAW          BAR# 00783902
BRANTON & HALL P.C.                         (210)224-4474
700 NORTH ST. MARY'S, SUITE 1700    SAN ANTONIO, TX  78205

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1]If action is pending in district other than district of issuance state district under case number.

AO 88 (11/91) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| **SERVED** | 5-28-04 | KHalid R. Soleja, M.D. |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Patricia Crow | Hand serve |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Jaime Guerra | field agent |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ___5-28-04___
DATE

SIGNATURE OF SERVER

202 W. 17th
ADDRESS OF SERVER

San Juan, TX    78589

---

Rule 45, Federal Rules of Civil Procedure; Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

No: CV-V-00-192

CANDELARIO DE LEON                          IN THE U.S.D.C. FOR THE
        vs.                                 SOUTHERN DIST. OF TEXAS
CITY OF BROWNSVILLE, TEXAS                  BROWNSVILLE DIVISION

Written Questions to be Propounded to the Witness,
Custodian of Records for:

KHALID R. SOLEJA, M.D.
109 EAST PRICE ROAD
BROWNSVILLE, TEXAS 78521

1. State your full name, your position or title, the complete legal name
   of your employer, and your complete address.
   ANSWER: _Khalid R. Soleja, MD, 109 East Price Rd_
           _Brownsville, Tx 78521_

2. Have you or your employer made or caused to be made any records,
   including memoranda, reports, records, or data compilations, as set
   forth in the notice of this deposition, which is incorporated by
   reference herein?
   ANSWER: _____yes_____

3. Do you have such records as described above?
   ANSWER: _____yes_____

4. Are these records kept under your care, supervision, custody, or
   control?
   ANSWER: _____yes_____

5. Please state whether this is a regularly conducted business activity.
   ANSWER: _____yes_____

6. Are these records kept in the regular course of business?
   ANSWER: _____yes_____

7. Was it the regular practice to make these records?
   ANSWER: _____yes_____

8. Were these records made by, or from information transmitted by, a
   person with knowledge of the acts, events, conditions, opinions, or
   diagnoses stated therein?
   ANSWER: _____yes_____

9. Were these records made at or near the time the acts, events,
   conditions, opinions, or diagnoses occurred or within a reasonable
   time thereafter?
   ANSWER: _____yes_____

10. Was the method of preparation of these records trustworthy?
    ANSWER: _____yes_____

A884301-007

11. Were these records kept as described above?
ANSWER: yes

12. Please state the full amount of charges in the treatment of
CANDELARIO DE LEON , pertinent to 12/24/98 and all subsequent
treatments.
ANSWER: $175.00 - unpaid

13. Are you familiar with the charges usually and customarily made for
the medical services reflected in the bills furnished as a part of
the requested written records?
ANSWER: yes

14. Please state whether or not such charges are reasonable for like or
similar services rendered in your vicinity?
ANSWER: yes

15. Please state whether the facility services as reflected in the
facility charges, as prescribed by the physician(s) in charge, were
necessary for the proper care and treatment of CANDELARIO DE LEON ?
ANSWER: yes

16. Please hand all such records to the Notary Public taking this
desposition for photocopying and marking as Exhibits to be attached
to this deposition.
ANSWER: yes

17. Please state whether you have provided all the records required by
the subpoena duces tecum.  If not, why not?
ANSWER: yes

18. Are the records that you have handed to the Notary Public accurate
and complete?
ANSWER: yes

_____
WITNESS, CUSTODIAN

I, _____, a  Notary  Public  in the State of
TEXAS, do hereby certify that the foregoing answers of the witness,
the Custodian of Records, were  by the said witness made before and sworn
to  and subscribed before  me  by the said witness. 06.15.04

GIVEN UNDER MY HAND AND SEAL OF OFFICE on this the  06.03.04  day
of ___June___ , 2004.

_____
NOTARY PUBLIC FOR THE STATE OF TEXAS


PATRICIA A. CROW
Notary Public, State of Texas
My Commission Expires
June 03, 2006

No:   CV-V-00-192

CANDELARIO DE LEON                          IN THE U.S.D.C. FOR THE
        vs.                                 SOUTHERN DIST. OF TEXAS
CITY OF BROWNSVILLE, TEXAS                  BROWNSVILLE DIVISION

# A F F I D A V I T

RECORDS PERTAINING TO:   CANDELARIO DE LEON DOB: 06/15/41 SSN: 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

Before me, the undersigned authority, personally appeared
_Khalid R Soleja, MD_, who being by me duly sworn, deposed as
follows:

My name is _Khalid R. Soleja, MD_, I am of sound mind, capable of
making this affidavit, and personally acquainted with the facts herein
stated:

I am the person in charge of the billing records for KHALID R. SOLEJA, M.D..
Attached to this Affidavit are records that provide an itemized statement of
the services and charges for the services that KHALID R. SOLEJA, M.D.
provided to the above named on the date set forth in the attached records.
The attached records are part of this Affidavit. The services reflected in
the records were prescribed by the attending physician in charge. The
services provided were necessary per physician's orders and the amounts
charged for the services were reasonable at the time and place that the
services were provided. The charges reflected in the records total
$ _175._____.

This is a regularly conducted business activity, and these said pages are
kept by KHALID R. SOLEJA, M.D. in the regular course of business and it was
the regular course of business of KHALID R. SOLEJA, M.D. for a person with
the knowledge or one who had been provided such knowledge of the act, event,
condition, opinion, or diagnoses recorded to make the record or to transmit
information thereof to be included in such record; and the record was made
at or near the time or reasonably soon thereafter; and the method of
preparation was trustworthy.

The records attached thereto are original or exact duplicates of the original.

_____
AFFIANT/CUSTODIAN

SWORN TO AND SUBSCRIBED before me on the _____15th_____ day
of _June_____ 2004.

_____
NOTARY PUBLIC FOR THE STATE OF TEXAS

PATRICIA A. CROW
Notary Public, State of Texas
My Commission Expires
June 03, 2006

PATIENT LEDGER printed on 07-24-01

```
02437100  DELEON, CANDELARIO              DOB: 06-05-1941        (956) 504-0020
================================================================================
2301 OLD PORT ISABEL LT 67                                    30:         0.00
BROWNSVILLE, TX 78521                                         60:         0.00
                                                              90:         0.00
*Family Member ID

ENTRY  *   DATE    PR DOCUMENT LOC DIAGNOSIS                  PROCEDURE    AMOUNT
================================================================================
NOTE   0 08-03-99 1  A990125     Standard Statement was billed.
NOTE   0 04-07-99 1  A990126     Standard Statement was billed.
NOTE   0 12-01-99 1  A990128     Standard Statement was billed.
HIST   0 01-21-99 1  A990203     21 707.0 DECUBITUS ULCER BE 99253         175.00
NOTE   0 02-10-99 1  A990203     Standard Statement was billed.
NOTE   0 05-05-99 1  A990503     Standard Statement was billed.
NOTE   0 06-02-99 1  A990503     Standard Statement was billed.
NOTE   0 07-14-99 1  A990708     Standard Statement was billed.
NOTE   0 08-04-99 1  A990716     Standard Statement was billed.
NOTE   0 09-08-99 1  A990811     Standard Statement was billed.
NOTE   0 10-06-99 1  A990817     Standard Statement was billed.
NOTE   0 11-03-99 1  A991014     Standard Statement was billed.
NOTE   0 01-12-00 1  A991203     Standard Statement was billed.
                                                  Document Total     175.00

HIST   0 03-28-00 1  B000328                         ADJ NO/SER     -175.00
                                                  Document Total    -175.00

                                                                 ----------
                                                  Ledger Total:        0.00
```

Khalid R. Soleja, MD

# Patient Ledger

Sorted By: Date From

| Entry | Date | POS | Description | Case | Procedure | Document | Provider | Amount |
|-------|------|-----|-------------|------|-----------|----------|----------|--------|
| **02437100** | | **CANDELARIO DELEON** | | | (956)504-0020 | | | |
| | Last Payment: | | -66.00 | On: 5/25/2004 | | | | |
| 8754 | 6/28/2001 | 11 | | 6187 | MED REPORT | 0106290000 | KRS | 45.00 |
| 8755 | 6/28/2001 | | | 6187 | CHECK | 0106290000 | KRS | -45.00 |
| 64732 | 5/25/2004 | | DELEON, CANDELARIO | 6187 | CHECK | 0405250000 | KRS | -66.00 |
| 64731 | 5/25/2004 | 11 | | 6187 | MED RECORD | 0405250000 | KRS | 66.00 |
| | | | | | | | Patient Total | $0.00 |