IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
JUN 2 4 2004
Michael N. Milby
Clerk of Court

| | |
|---|---|
| CANDELARIO DE LEON | § |
| | § |
| VS. | § |
| | § CIVIL ACTION NO. CV-B-00-192 |
| | § JURY DEMANDED |
| | § |
| CITY OF BROWNSVILLE, | § |
| TEXAS, ET AL | § |
| | § |

### DEFENDANT COLUMBIA VALLEY HEALTHCARE SYSTEM'S MOTION FOR LEAVE TO FILE ITS RESPONSE TO PLAINTIFF'S SUR-REPLY TO THE REPLY OF DEFENDANT'S MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, Defendant Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center and files this Motion for Leave to file its Response to Plaintiff's Sur-Reply to the Reply of Defendant in its Motion to Dismiss and Motion for Summary Judgment and respectfully moves this Court as follows:

I.

Defendant requests leave to file a Response to Plaintiff's Sur-Reply for the reason that Plaintiff's Sur-Reply was not filed with leave of Court and should be stricken and Plaintiff's Sur-Reply misleads the Court concerning what is contained in the deposition of Plaintiff's expert, Dr. Slater and the opinions of Plaintiff's expert, Mr. Ross.

WHEREFORE, PREMISES CONSIDERED, Defendant requests that the Court grant Defendant leave to file its Response to Plaintiff's Sur-Reply and for such other and further relief, at law or in equity, to which Defendant may show itself justly entitled to receive.

Respectfully submitted,

By: _____
William Gault
Federal I.D. No. 14685
State Bar No. 07765050
Michael Quintanta
Federal I.D. No. 33291
State Bar No. 24037314
Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

Of Counsel:

Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

ATTORNEYS FOR DEFENDANT
COLUMBIA VALLEY HEALTHCARE
SYSTEM, L.P. D/B/A VALLEY
REGIONAL MEDICAL CENTER

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing instrument has been forwarded to counsel as indicated below on this the 24th day of June, 2004.

| | |
|---|---|
| Mr. Thomas Crosley<br>Branton & Hall, P.C.<br>One Riverwalk Place, Suite 1700<br>700 N. St. Mary's St.<br>San Antonio, Texas 78205 | **VIA CMRRR 7002 0460 0000 6426 4740** |
| Michael Cowen<br>Law Offices of Michael R. Cowen<br>520 E. Levee<br>Brownsville, TX 78520 | **VIA CMRRR 7002 0460 0000 6426 4757** |

Steven M. Gonzalez
Gerald Castillo
Gonzalez, Gaytan, Garza & Castillo, L.L.P
1317 E. Quebec Avenue
McAllen, Texas 78503

**VIA REGULAR MAIL**

_____
William Gault