UNITED STATES DISTRICT COURT ★ SOUTHERN DISTRICT OF TEXAS

CANDELARIO DE LEON, ET AL § 
§
versus § CIVIL ACTION B-00-192
§
CITY OF BROWNSVILLE, TEXAS, ET AL §

**Amended Order Setting
Docket Call and Jury Selection**

United States District Court
Southern District of Texas
ENTERED

JUL 1 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk P. Ahumada

1. Docket call and final pretrial conference
has been moved-up to 1:30 p.m. on:                    **9/22/2004**

2. Jury selection is set for 9:00 a.m. on:               **10/4/2004**
   *The case will remain on standby until tried.*

3. Each party shall appear by an attorney with full knowledge of the facts and authority to bind the client.

Signed _July 12_____, 2004 at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge