134

United States District Court
Southern District of Texas
FILED

AUG 17 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON | § | |
| | § | CIVIL ACTION NO. CV-B-00-192 |
| VS. | § | |
| | § | (JURY REQUESTED) |
| COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P. D/B/A VALLEY REGIONAL MEDICAL CENTER, JOAO DOVALE, M.D. AND STAT PHYSICIANS, P.A. | § | |

**PLAINTIFF'S FIFTH SUPPLEMENTAL RESPONSES TO REQUESTS FOR DISCLOSURE**

TO: Defendants Joao Dovale, M.D. and Stat Physicians, P.A., by and through their attorneys, Steven Matthew Gonzalez and Gerald E. Castillo, GONZALEZ, GAYTAN, GARZA & CASTILLO, L.L.P., 1317 E. Quebec Avenue, McAllen, TX 78503; Defendant Columbia Valley Healthcare System, L.P., by and through its attorneys, William Gault and Paul Fourt, BRIN & BRIN, P.C., 1325 Palm Blvd., Suite A, Brownsville, Texas 78520,

COMES NOW Plaintiff CANDELARIO DE LEON and serves the following Fifth Supplemental Responses to Requests for Disclosure, pursuant to FED. R. CIV. P. 26.

Respectfully submitted,

**Branton & Hall, P.C.**
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205
(210) 224-4474
(210) 224-1928 (Fax)

By: ______________________
THOMAS A. CROSLEY
State Bar No. 00783902
S. Dist. Texas No. 15434
JAMES L. BRANTON
State Bar No. 00000069
S. Dist. Texas No.20163

MICHAEL COWAN
Attorney at Law
520 E. Levee
Brownsville, Texas 78520
(956) 541-4981
State Bar No. 00795306
S. Dist. Texas No. 19967

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing has been served via certified mail, return receipt requested, on this 12 day of Aug, 2004, to:

Steven Matthew Gonzalez
Mr. Gerald E. Castillo
GONZALEZ, GAYTAN, GARZA & CASTILLO, L.L.P.
1317 E. Quebec Avenue
McAllen, TX 78503

ATTORNEYS FOR DEFENDANTS,
STAT PHYSICIANS, P.A. and
JOAO DOVALE, M.D.

William Gault
Paul Fourt
BRIN & BRIN, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520

ATTORNEYS FOR DEFENDANTS
COLUMBIA VALLEY HEALTHCARE
SYSTEM, L.P. D/B/A VALLEY
REGIONAL MEDICAL CENTER

THOMAS A. CROSLEY

G:\WPFILES\FILES.CLT\D\DEL9827\DISC\5th-Supp-Resp-RFD-4.wpd

**PLAINTIFF'S FIFTH SUPPLEMENTAL RESPONSES TO DEFENDANT'S REQUEST FOR DISCLOSURE**

*Federal Rules of Civil Procedure, Rule 26(a):*

(1)(B) A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

**RESPONSE:**

See attached medical bills of Valley Regional Medical Center.

See also medical records and bills previously produced from the following:

Brownsville Medical Center
1048 W. Jefferson Street
Brownsville, Texas 78520
(956) 544-1400

Valley Regional Medical Center
100 E. Alton Gloor Blvd., Suite A
Brownsville, Texas 78526-3307
(956) 831-9611

Valley Regional Medical Center
8101 West Sam Houston Parkway South, Suite 100
Houston, Texas

Brownsville Police Department
600 East Jackson Street
Brownsville, Texas 78520
(956) 548-7000

Brownsville Emergency Medical Service
954 East Madison Street
Brownsville, Texas 78520

Valley Grande Manor Brownsville
901 Wildrose Lane
Brownsville, Texas 78520
(956) 546-4568

Edward McGlynn, M.D.
100 A. Alton Gloor
Brownsville, Texas 78521
(956) 761-0411

Rio Grande Podiatry Center
500 Parades Lane Road, Suite 4
Brownsville, Texas 78521
(9567) 546-4119

University Eye Center
30 N. Park Place
Brownsville, Texas 78520
(956) 542-9118

Jose Luis Ayala, M.D.
500 Paredes Line Road, Suite 4
Brownsville, Texas 78520
(956) 456-4119

Luis Gayton, M.D.
2137 East 22nd Street
Brownsville, Texas 78570
(956) 548-7400

Victor Leal, M.D.
30 North Park Place
Brownsville, Texas 78572
(956) 542-9118

Plastic Surgery Center
109 E. Price Road
Brownsville, Texas 78521
(956) 546-5237

Pete Hurley
14027 Memorial Drive, Suite 425
Houston, Texas 78521
Unknown telephone number.

Gulf Port Services
Noe A. Hinojosa
7013 Springbriar
San Antonio, Texas 78201

Homayon Sidiq, M.D.
2137 East 22nd Street
Brownsville, Texas 78521
(956) 548-7400

Khalid R. Solija, M.D.
109 East Price Road

Brownsville, Texas 78520
(9567) 546-5237

BioCom Clinical Laboratories, Inc.
909 S. James, Suite E
Weslaco, Texas 78596
(956) 968-0222

Doron (Daniel) Nuchovich, M.D.
1309 Flagler Drive
West Palm Beach, Florida
(561) 746-2033

Danilo Asase, M.D.
1713 Treasure Hills, Suite 1B
Brownsville, Texas 78520
(800) 559-7833

Brownsville Urological Center
Jose Villalobos, M.D.
864 Central Blvd., Suite 500
Brownsville, Texas 78521
(9567) 546-3596

Brownsville Community Health Center
2137 E. 22nd Street
Brownsville, Texas 78521
(956) 548-7400

Internal Revenue Service
3651 South Interregional Hwy.
Austin, Texas
(800) 829-1040

Valley Grande Manor Brownsville
901 Wildrose Lane
Brownsville, Texas 78520
(956) 546-4568

Mobile Imaging X-ray
Brownsville, Texas 78520

F.M. Pharmacy
Address unknown.
(956) 544-1800

Lindale Medical Laboratory

500 Paredes Line Road, Suite 6
Brownsville, Texas 78521
(956) 546-3734

Express Towing
2591 Old Port Isabel Road
Brownsville, Texas 78520
(956) 541-2029

City of Brownsville Police Department
600 Jackson Street
Brownsville, Texas 78520
(956) 548-7000

Dairyland County Mutual
P.O. Box 8034
Stevens Point, Wisconsin 54481
(800) 532-2525

Cameron County Jail Division
954 E. Harrison
Brownsville, Texas 78520
(956) 544-0865

Texas Rehabilitation Commission
Disability Determination Services
P.O. Box 149198
Austin, Texas 78714-9198
(800) 252-9627

(1)(C) A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered; and

**RESPONSE:**

Medical Expenses

| | |
|---|---|
| Jose Villalobos, M.D. c/o Brownsville Urological Association | $2,870.00 |
| Brownsville Community Health | $11,380.96 |
| Khalid Soleja, M.D. | $175.00 |
| Brownsville EMS | $906.00 |

| | |
|---|---|
| Brownsville Medical Center | $237,825.78 |
| Valley Regional Medical Center | $4,070.00 |
| | $257,227.74 |
| Other medical care providers | estimated at greater than $50,000.00 |

Loss of earning capacity – from December 25, 1998 to the present and into the future for the rest of his future up to his 65th birthday, Plaintiff alleges a total interruption of his earning capacity due to the nature and severity of his injuries. Plaintiff estimates these damages to be approximately $12,500.00 to $25,000.00 per year for a total of $100,000.00 to $200,000.00.

Past and future medical expenses – Plaintiff seeks recovery of the reasonable and necessary medical expenses for those providers that have treated him for his spinal cord injury and quadriplegia, including but not limited to those named on the attached Exhibit "B" previously provided. The total claimed is approximately $2.8 million. Past medical expenses exceed $300,000.00 and future medical and life care expenses are estimated at $2,455,930. Please refer to the report and deposition testimony of Dr. Alex Willingham and Dan Bagwell, each of which are incorporated herein by reference, for more detail on Plaintiff's damages pertaining to his life care needs and medical expenses.

Disfigurement – Plaintiff, by and through his attorney, estimates his disfigurement damages (past and future) to be $5 million.

Physical Impairment – Plaintiff, by and through his attorney, estimates his physical impairment damages (past and future) to be $10 million.

Physical Pain and Mental Anguish – Plaintiff, by and through his attorney, estimates his physical pain and mental anguish damages (past and future) to be $10 million.



# COMPEX

**Legal Services, Inc.**

7/27/04 Inv# 5089983 dated 7/26 $42.20

Records of. . . : CANDELARIO DE LEON
Defendant . . . : CITY OF BROWNSVILLE, TEXAS
Client/Insured:
File Number . . : 9827
Case Number . . : CV-V-00-192

A88430100301

Location . . : VALLEY REGIONAL MEDICAL CENTER
8101 WEST SAM HOUSTON PRKWY S, SUITE 100
HOUSTON, TX 77072
Record Types BILLING (REAS. & NECES.)/* ONLY CERTAIN DATES

Deliver to : BRANTON & HALL P.C.
Attention . : THOMAS A. CROSLEY
700 NORTH ST. MARY'S, SUITE 1700
SAN ANTONIO, TX 78205

08/30 049418

Document Retrieval • Complex Case Management • Court Reporting

NATIONWIDE : (800) 4 COMPEX (800) 426-6739

A884301-003

Case Number: CV-V-00-192 

CANDELARIO DE LEON
vs.
CITY OF BROWNSVILLE, TEXAS

IN THE U.S.D.C. FOR THE
SOUTHERN DIST. OF TEXAS
BROWNSVILLE DIVISION

**NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS**

To: All named parties in the above styled and numbered cause

You will take notice that after 14 days from the service of a copy hereof with attached questions, a Deposition by Written Questions will be taken of the Custodian of Records for:

A884301-003
VALLEY REGIONAL MEDICAL CENTER
8101 WEST SAM HOUSTON PRKWY S, SUITE 100, HOUSTON, TX 77072

to such questions will be taken before a Notary Public with COMPEX, 3300 NACOGDOCHES ROAD, SUITE 220, SAN ANTONIO, TX 78217 or their designated agent.
Which deposition with attached questions may be used in evidence upon the trial of the above styled and numbered cause pending in the above named court.

Notice is further given that request is here made as authorized under Rule 45, Federal Rules of Civil Procedure, to the officer authorized authorized to take this deposition to issue a subpoena duces tecum and cause it to be served on the witness to produce
SEE ATTACHMENT THREE
and to turn all such records over to the officer authorized to take this deposition so that photostatic copies of same may be made and attached to said deposition.

*Thomas A. Crosley*
THOMAS A. CROSLEY, ESQ.
Attorney for Plaintiff
Bar #: 00783902
700 NORTH ST. MARY'S, SUITE 1700
SAN ANTONIO, TX 78205
Phone:(210) 224-4474 Fax:(210) 224-1928

---

I certify that a true exact copy of the foregoing Notice of Intention to Take Deposition by Written Questions was mailed to the respective parties or attorneys of record, by certified mail return receipt requested, postage prepaid, courier receipted delivery, or hand delivered.
Date: 5/25/04

Chuck E. Utz
COMPEX - SAN ANTONIO
3300 NACOGDOCHES ROAD, SUITE 220
SAN ANTONIO, TX 78217



cc: THOMAS A. CROSLEY, ESQ.
WILLIAM GAULT, ESQ.
STEVEN M. GONZALEZ, ESQ.

A884301-003

ATTACHMENT THREE

AN ITEMIZED STATEMENT OF CHARGES FOR SERVICES RENDERED PERTAINING TO:

PLAINTIFF,

CANDELARIO DE LEON, DOB: 06/15/41, SS#: 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,

FROM 12/24/98 TO AND INCLUDING 05/26/04.

ORDER #: A884301 - 003

AO 88 (Rev. 11/91) Subpoena in a Civil Case

# United States District Court

SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

CANDELARIO DE LEON

PLAINTIFF(S),

V.

CITY OF BROWNSVILLE, TEXAS

DEFENDANT(S),

## SUBPOENA IN A CIVIL CASE

CASE NUMBER:[1] CV-V-00-192 PENDING IN THE USDC SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

TO: CUSTODIAN OF RECORDS
VALLEY REGIONAL MEDICAL CENTER
8101 WEST SAM HOUSTON PRKWY S, SUITE 100
HOUSTON, TEXAS 77072

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| AT THE OFFICES OF THE SUMMONED WITNESS | INSTANTER |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

AN ITEMIZED STATEMENT OF CHARGES FOR SERVICES RENDERED PERTAINING TO:
PLAINTIFF,
CANDELARIO DE LEON, DOB: 06/15/41, SS#: 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,
FROM 12/24/98 TO AND INCLUDING 05/26/04.

| PLACE | DATE AND TIME |
|---|---|
| AT THE OFFICES OF THE SUMMONED WITNESS | INSTANTER |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to the suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Thomas A. Crosley by Compex<br>ATTORNEY(S) FOR PLAINTIFF, CANDELARIO DE LEON | 5-26-04 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
THOMAS A. CROSLEY ATTORNEY-AT-LAW BAR# 00783902
BRANTON & HALL P.C. (210)224-4474
700 NORTH ST. MARY'S, SUITE 1700 SAN ANTONIO, TX 78205

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance state district under case number.

A884301-003

No: CV-V-00-192 

CANDELARIO DE LEON
vs.
CITY OF BROWNSVILLE, TEXAS

IN THE U.S.D.C. FOR THE
SOUTHERN DIST. OF TEXAS
BROWNSVILLE DIVISION

Written Questions to be Propounded to the Witness,
Custodian of Records for:

VALLEY REGIONAL MEDICAL CENTER
8101 WEST SAM HOUSTON PRKWY S, SUITE 100
HOUSTON, TEXAS 77072

1. State your full name, your position or title, the complete legal name of your employer, and your complete address.
ANSWER: Adriana Frelow - Custodian of Billing records
Same as above

2. Have you or your employer made or caused to be made any records, including memoranda, reports, records, or data compilations, as set forth in the notice of this deposition, which is incorporated by reference herein?
ANSWER: yes

3. Do you have such records as described above?
ANSWER: yes

4. Are these records kept under your care, supervision, custody, or control?
ANSWER: yes

5. Please state whether this is a regularly conducted business activity.
ANSWER: yes

6. Are these records kept in the regular course of business?
ANSWER: yes

7. Was it the regular practice to make these records?
ANSWER: yes

8. Were these records made by, or from information transmitted by, a person with knowledge of the acts, events, conditions, opinions, or diagnoses stated therein?
ANSWER: yes

9. Were these records made at or near the time the acts, events, conditions, opinions, or diagnoses occurred or within a reasonable time thereafter?
ANSWER: yes

10. Was the method of preparation of these records trustworthy?
ANSWER: yes

A884301-003

11. Were these records kept as described above?
ANSWER: yes

12. Please state the full amount of charges in the treatment of CANDELARIO DE LEON , pertinent to 12/24/98 and all subsequent treatments.
ANSWER: 4070.00

13. Are you familiar with the charges usually and customarily made for the medical services reflected in the bills furnished as a part of the requested written records?
ANSWER: yes

14. Please state whether or not such charges are reasonable for like or similar services rendered in your vicinity?
ANSWER: yes

15. Please state whether the facility services as reflected in the facility charges, as prescribed by the physician(s) in charge, were necessary for the proper care and treatment of CANDELARIO DE LEON ?
ANSWER: yes

16. Please hand all such records to the Notary Public taking this desposition for photocopying and marking as Exhibits to be attached to this deposition.
ANSWER: yes

17. Please state whether you have provided all the records required by the subpoena duces tecum. If not, why not?
ANSWER: yes

18. Are the records that you have handed to the Notary Public accurate and complete?
ANSWER: yes

[signature]
WITNESS, CUSTODIAN

I, , a Notary Public in the State of TEXAS, do hereby certify that the foregoing answers of the witness, the Custodian of Records, were by the said witness made before and sworn to and subscribed before me by the said witness.

GIVEN UNDER MY HAND AND SEAL OF OFFICE on this the 21 day of July, 2004.

[signature]
NOTARY PUBLIC FOR THE STATE OF TEXAS

A884301 -003

No: CV-V-00-192

CANDELARIO DE LEON
vs.
CITY OF BROWNSVILLE, TEXAS

IN THE U.S.D.C. FOR THE
SOUTHERN DIST. OF TEXAS
BROWNSVILLE DIVISION

**A F F I D A V I T**

RECORDS PERTAINING TO: CANDELARIO DE LEON DOB: 06/15/41 SSN: 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

Before me, the undersigned authority, personally appeared Adrianna Frelow, who being by me duly sworn, deposed as follows:

My name is Adrianna Frelow, I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the person in charge of the billing records for VALLEY REGIONAL MEDICAL CENTER. Attached to this Affidavit are records that provide an itemized statement of the services and charges for the services that VALLEY REGIONAL MEDICAL CENTER provided to the above named on the date set forth in the attached records. The attached records are part of this Affidavit. The services reflected in the records were prescribed by the attending physician in charge. The services provided were necessary per physician's orders and the amounts charged for the services were reasonable at the time and place that the services were provided. The charges reflected in the records total $ 4070.00.

This is a regularly conducted business activity, and these said pages are kept by VALLEY REGIONAL MEDICAL CENTER in the regular course of business and it was the regular course of business of VALLEY REGIONAL MEDICAL CENTER for a person with the knowledge or one who had been provided such knowledge of the act, event, condition, opinion, or diagnoses recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter; and the method of preparation was trustworthy.

The records attached thereto are original or exact duplicates of the original.

Adrianna Frelow
AFFIANT/CUSTODIAN

SWORN TO AND SUBSCRIBED before me on the 21 day of July 2004.

Jacquelyn Greene
NOTARY PUBLIC FOR THE STATE OF TEXAS

'ATIENT NO: 99627300 VALLEY REGIONAL MED CTR BILLING DATE PAGE 1 00187
IED REC NO: 21878 P O BOX 3710 09/12/00
;UARANTOR NO: BROWNSVILLE, 78521
'ATIENT: 956-350-7436 ADMITTED DISCHARGED
ıELEON CANDELARIO 09/08/00 09/08/00

;ILL TO:
DELEON CANDELARIO
140 E 10TH ST
BROWNSVILLE TX
78521

OUTPATIENT FC=03
ADMIT THRU DISCHARGE CLAIM

| ıATE OF ;ERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 255-DRUGS/INCIDENT RAD | | | | | | | | |
| ı90800 | 11B455 | 0712 | | 309582 | 270111103 | 1 | PROHANCE 20ML | 592.50 |
| | | | | | | | SUBTOTAL: | 592.50 |
| 320-DX X-RAY | | | | | | | | |
| ı90800 | 08B265 | 0728 | | 720401 | 72040 | 1 | XR C-SPINE AP&LATERAL | 215.50 |
| | | | | | | | SUBTOTAL: | 215.50 |
| 612-MRI-SPINE | | | | | | | | |
| ı90800 | 08B265 | 0734 | | 721422 | 72142 | 1 | MRI C-SPINE W/CONTRAST | 2300.00 |
| | | | | | | | SUBTOTAL: | 2300.00 |
| | | | | | | | TOTAL ANCILLARY CHARGES | 3108.00 |
| | | | | | | | TOTAL CHARGES | 3108.00 |
| | | | | | | | PAYMENTS | .00 |
| | | | | | | | ADJUSTMENTS | .00 |
| | | | | | | | BALANCE | 3108.00 |

: INSURANCE ON FILE CARRIER HAS BEEN BILLED
'HANK YOU FOR CHOOSING VALLEY REGIONAL MEDICAL CENTER

ATIENT NO: 99627300
ED REC NO: 21878
UARANTOR NO:
ATIENT:
ELEON CANDELARIO

VALLEY REGIONAL MED CTR
P O BOX 3710
BROWNSVILLE, 78521
956-350-7436

BILLING DATE 09/12/00 PAGE 2 00187

ADMITTED 09/08/00 DISCHARGED 09/08/00

DEPARTMENTAL CHARGE SUMMARY

| DEPT | DESCRIPTION | AMOUNT |
|---|---|---|
| 0712 | PHARMACY | 592.50 |
| 0728 | RADIOLOGY | 215.50 |
| 0734 | MRI | 2,300.00 |

| | |
|---|---|
| TOTAL CHARGES: | 3,108.00 |
| TOTAL PAYMENTS: | .00 |
| TOTAL ADJUST: | .00 |

ATIENT NO: 1001413626
ED REC NO: 21878
UARANTOR NO:
ATIENT:
ELEON CANDELARIO

VALLEY REGIONAL MED CTR
P O B[illegible]06655
ATLANTA, GA 30384-6655
956-350-7436

BILLING DATE 03/02/04
PAGE 1 00187

ADMITTED 02/25/04
DISCHARGED 02/25/04

ILL TO:
DELEON CANDELARIO
901 WILDROSE LANE
BROWNSVILLE TX
78520

OUTPATIENT
ADMIT THRU DISCHARGE CLAIM

FC=03

| ATE OF ERVICE | BATCH REF | DEPT | F S PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|
| 921-PERI VASCULAR LAB | | | | | | | |
| 22504 | 25B083 | 0729 | 939700 | 93970 | 1 | DUP VEIN BIL | 962.00 |
| | | | | | | SUBTOTAL: | 962.00 |
| | | | | | | TOTAL ANCILLARY CHARGES | 962.00 |
| | | | | | | TOTAL CHARGES | 962.00 |
| | | | | | | PAYMENTS | .00 |
| | | | | | | ADJUSTMENTS | .00 |
| | | | | | | BALANCE | 962.00 |

NSURANCE BENEFITS ASSIGNED TO
ALLEY REGIONAL MEDICAL CENTER

| | | | | | | |
|---|---|---|---|---|---|---|
| PATIENT NO: | 1001413626 | VALLEY REGIONAL MED CTR | BILLING DATE | PAGE | 2 | 00187 |
| MED REC NO: | 21878 | P O BOX 406655 | 03/02/04 | | | |
| GUARANTOR NO: | | ATLANTA, GA 30384-6655 | | | | |
| PATIENT: | | 956-350-7436 | ADMITTED | DISCHARGED | | |
| DELEON CANDELARIO | | | 02/25/04 | 02/25/04 | | |

DEPARTMENTAL CHARGE SUMMARY

| DEPT | DESCRIPTION | AMOUNT |
|---|---|---|
| 0729 | ULTRASOUND | 962.00 |

| | |
|---|---|
| TOTAL CHARGES: | 962.00 |
| TOTAL PAYMENTS: | .00 |
| TOTAL ADJUST: | .00 |