IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 16 2004

Michael N. Milby, Clerk of Court

| | |
|---|---|
| CANDELARIO DE LEON § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. CV-B-00-192 |
| COLUMBIA VALLEY HEALTHCARE § | (JURY TRIAL) |
| SYSTEM, L.P. D/B/A VALLEY REGIONAL § | |
| MEDICAL CENTER, JOAO DOVALE, M.D. § | |
| AND STAT PHYSICIANS, P.A. § | |

### UNOPPOSED MOTION FOR LEAVE TO OBJECT AND RESPONSE OUT OF TIME TO "DEFENDANT'S MOTION TO TAKE JUDICIAL NOTICE OF MEDICARE/MEDICAID REGULATIONS AND PLAINTIFF'S MEDICAL EXPENSES"

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW comes CANDELARIO DE LEON, Plaintiff in the above-styled and numbered cause of action, and files his Unopposed Motion for Leave to Object and Respond out of time to the Motion to Take Judicial Notice of Medicare/Medicaid Regulations and Plaintiff's Medical Expenses filed by Defendant COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P. D/B/A VALLEY REGIONAL MEDICAL CENTER on August 6, 2004, and in support thereof would show the Court the following:

1. On August 9, 2004, Plaintiff's counsel received Defendant's Motion to Take Judicial Notice of Medicare/Medicaid Regulations and Plaintiff's Medical Expenses. Pursuant to Local Rule 7.4, responses to motions must be filed by the submission day, which is twenty (20) days from filing. *See* Local Rule 7.3.

2. Due to a clerical error in Plaintiff's counsel's office, a response date to Defendant's motion was not calendared and Plaintiff's counsel failed to respond to Defendant's motion within twenty (20) days of the filing of Defendant's motion. Plaintiff now seeks leave to respond out of

PLAINTIFF'S MOTION FOR LEAVE TO FILE RESPONSE – PAGE 1

time to Defendant's Motion to Take Judicial Notice of Medicare/Medicaid Regulations and Plaintiff's Medical Expenses.

3.  After conference, Counsel for Defendant COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P. D/B/A VALLEY REGIONAL MEDICAL CENTER is not opposed to the filing of this Motion.

WHEREFORE, Plaintiff prays for leave to object and respond out of time to Defendant's Motion to Take Judicial Notice of Medicare/Medicaid Regulations and Plaintiff's Medical Expenses, as indicated above, and for such other and further relief to which he may show himself entitled.

Respectfully submitted,

By: _____
THOMAS A. CROSLEY
Attorney-in-Charge
State Bar No. 00783902
S. Dist. Texas No. 15434
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205
(210) 224-4474
(210) 224-1928 (fax)

Of Counsel:

**BRANTON & HALL, P.C.**
JAMES L. BRANTON
State Bar No. 00000069
S. Dist. Texas No.20163
SONIA M. RODRIGUEZ
State Bar No. 24008466
S. Dist. Texas No. 29199

And

MICHAEL COWEN
State Bar No. 00795306
S. Dist. Texas No. 19967
**LAW OFFICES OF COWEN & BODDEN**
520 E. Levee
Brownsville, Texas 78520
(956) 541-4981

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing has been served, via certified mail, return receipt requested, on this ___ day of September, 2004, to:

Mr. William Gault
Mr. Paul Fourt
BRIN & BRIN, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520

ATTORNEYS FOR DEFENDANTS
COLUMBIA VALLEY HEALTHCARE
SYSTEM, L.P. D/B/A VALLEY
REGIONAL MEDICAL CENTER

_____
JAMES L. BRANTON

G:\WPFILES\FILES CLT\D\DEL9827\Trial\leave-rsp-jud-not.wpd