IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. CV-B-00-192 |
| COLUMBIA VALLEY HEALTHCARE | § | (JURY TRIAL) |
| SYSTEM, L.P. D/B/A VALLEY REGIONAL | § | |
| MEDICAL CENTER, JOAO DOVALE, M.D. | § | |
| AND STAT PHYSICIANS, P.A. | § | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE

The Court has considered Plaintiff's Unopposed Motion for Leave to Object and Respond out of time to the Motion to Take Judicial Notice of Medicare/Medicaid Regulations and Plaintiff's Medical Expenses filed by Defendant COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P. D/B/A VALLEY REGIONAL MEDICAL CENTER on August 6, 2004. The Court finds that the Motion is meritorious, and accordingly Plaintiff's Unopposed Motion for Leave to Object and Respond out of time to Defendant's Motion to Take Judicial Notice of Medicare/Medicaid Regulations and Plaintiff's Medical Expenses should be and hereby is GRANTED.

SIGNED this _____ day of _____, 2004.


_____
HONORABLE HILDA G. TAGLE,
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:


By: _____
       THOMAS A. CROSLEY
       Attorney-in-Charge
       State Bar No. 00783902
       S. Dist. Texas No. 15434
       One Riverwalk Place, Suite 1700
       700 N. St. Mary's St.
       San Antonio, Texas 78205
       (210) 224-4474
       (210) 224-1928 (fax)

Of Counsel:

**BRANTON & HALL, P.C.**
JAMES L. BRANTON
State Bar No. 00000069
S. Dist. Texas No.20163
SONIA M. RODRIGUEZ
State Bar No. 24008466
S. Dist. Texas No. 29199

And

MICHAEL COWEN
State Bar No. 00795306
S. Dist. Texas No. 19967
**LAW OFFICES OF COWEN & BODDEN**
520 E. Levee
Brownsville, Texas 78520
(956) 541-4981

**ATTORNEYS FOR PLAINTIFF**


G:\WPFILES\FILES.CLT\D\DEL9827\PLEAD\Order-leave.wpd