United States District Court
Southern District of Texas
FILED

SEP 2 0 2004

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. CV-B-00-192 |
| | § | (JURY REQUESTED) |
| | § | |
| CITY OF BROWNSVILLE, | § | |
| TEXAS, ET AL | § | |

## NOTICE OF ELECTION OF DOLLAR FOR DOLLAR CREDIT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Columbia Valley Healthcare System, L.P., d/b/a Valley Regional Medical Center , one of the Defendants in the above-styled and numbered cause of action and makes and files this, their Notice of Election of Dollar for Dollar Credit and in support thereof would show the Court as follows:

I.

Defendant herein would ask the Court to give them a Dollar for Dollar Credit for $300,000 of settlement money paid by Co-Defendants Dr. Joao Dovale and STAT Physicians, P.A. in the above-styled and numbered cause, thereby reducing any liability for damages that this Defendant may have, if any, to the Plaintiff by a dollar amount equal to the amounts paid to the Plaintiff in settlement of this case. Attached as Exhibit "A" is evidence of the settlement of Co-Defendants.

WHEREFORE, PREMISES CONSIDERED, Defendant herein moves that the Court recognize and enforce its Notice of Dollar for Dollar Credit for the settlement paid to Plaintiff by Co-Defendants Dr. Joao Dovale and STAT Physicians, P.A.

Respectfully submitted,

By: _____
      William Gault
      Federal I.D. No. 14685
      State Bar No. 07765050
      Michael Quintana
      Fed. ID No. 33291
      State Bar No. 24037314
Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

Of Counsel:

Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier
ATTORNEYS FOR DEFENDANT
COLUMBIA VALLEY HEALTHCARE
SYSTEM, L.P. D/B/A VALLEY
REGIONAL MEDICAL CENTER

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing instrument has been forwarded to counsel as indicated below on this the 16th day of September, 2004.

Thomas Crosley
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205

**VIA CM/RRR 7004 1160 0001 4080 0099**

Michael Cowen
Law Offices of Michael R. Cowen
520 E. Levee
Brownsville, TX 78520

**VIA REGULAR MAIL**

Steven M. Gonzalez
Gerald Castillo
Gonzalez, Gaytan, Garza & Castillo, L.L.P
1317 E. Quebec Avenue
McAllen, Texas 78503

**VIA REGULAR MAIL**

_____
William Gault

Cv Action No:
CA SE NO. _CV-B-00192_

CANDELARIO DeLeon            §   U.S. District Court
                            §   Southern District of Texas
vs.                         §   Brownsville, Tx
Joao Dyrale, M.D. and       §
STAT Physicians, P.A.       §
ETAL                        §

## SETTLEMENT AGREEMENT

1. The parties hereto agree to settle all claims and controversies between them which are asserted or assertable in his case, except the following:

   _Claims Against Hospital, Agents, etc._
   _Settlement with Dr. Douale + Stat Physicians_

2. As consideration for the settlement, Plaintiff(s)/ Claimant(s) and his/her/their attorney(s) shall receive the sum of $ **300,000** on or before the _____ day of _____ which sum shall be paid by the following parties; of insurance carrier(s) in the amounts set forth below:

   _____
   _____

3. The above-captioned case shall be resolved by:

   _____ (a)  an Agreed Order of Dismissal with Prejudice with costs to be taxed to _____ ;

   ✓ (b)  a Notice of Nonsuit; or

   _____ (c)  a Agreed Judgment providing as follows:

   _____

4. The parties hereto agree to release, discharge and forever hold the other harmless from any and all claims, demand or suits, known or unknown, fixed or contingent, liquidated or unliquidated (whether or not asserted in this case) arising from or related to the events and transactions which are the subject matter of this case, except for the following:

   _see #_

5. Each signatory hereto warrants and represents that:

   (a)  he or she has authority to bind the parties for whom that signatory acts; and

(b)    the claims, suits, rights and/or interests which are the subject matter hereto are owned by the party asserting same, have not been signed, transferred or sold and are free of encumbrance.

6.    The attorney for __De Dovale__ shall deliver all further settlement documents to the other parties at or before the time the settlement funds are due Plaintiff(s) as set forth in Paragraph 2 above. The parties agree to cooperate with each other in the drafting and execution of such additional documents as are reasonably requested or required to implement the terms and spirit of this agreement.

7.    If any dispute arises with regard to the interpretation and/or performance of this agreement or any of its provisions, the parties agree to attempt to resolve same by telephone conference with the mediator who facilitated this settlement. If the parties cannot resolve their differences by telephone conference, then each agrees to schedule one day of mediation with the mediator within thirty (30) days to resolve the disputes and to share the costs of same equally. If a party refuses to mediate, then the party may not recover attorney's fees or costs in any litigation brought to construe or enforce this agreement. Otherwise, if mediation is unsuccessful, then the prevailing party or parties shall be entitled to recover from the other(s) their reasonable attorney's fees and expenses, including the cost of the unsuccessful mediation.

8.    The agreement is made and performable in __Cameron__ County, Texas, and shall be construed in accordance with the laws of the State of Texas.

9.    Other terms of this settlement are as follows: _Heirs including but not limited to Confidentiality ; All Medicare and/or Medicaid liens to be paid by π out of settlement proceeds_

10.    Each signatory to this settlement has entered into same freely and without after having consulted with professionals of this or her choice. Each party hereto has been advised by the mediator that the mediator is not the attorney for any party and that each party should have this agreement reviewed by the parties' attorney prior to executing same.

SIGNED this __13th__ day of __September__, 200_4_.

PLAINTIFF(S) _Jay Branton_
_— his mule_
_— Centrfica — De Leon_

DEFENDANT(S) _____

INTERVENORS