| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

CANDELARIO DE LEON, ET AL                §
                                         §
*versus*                                 §     CIVIL ACTION  B-00-192
                                         §
CITY OF BROWNSVILLE, TEXAS, ET AL        §

United States District Court
Southern District of Texas
ENTERED

SEP 21 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

### Amended Order Re-Setting Docket Call and Jury Selection

1. Joint Pretrial Order is due on:                                          **10/15/2004**

2. Docket call and final pretrial conference
   has been reset to 1:30 p.m. on:                                           **10/26/2004**

3. Jury selection is reset for 9:00 a.m. on:                                **11/8/2004**
   *The case will remain on standby until tried.*

Each party shall appear by an attorney with full knowledge of the facts and authority to bind the client.

Signed _September 20_, 2004 at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge