United States District
Southern District of Texas
FILED

SEP 2 3 2004

Michael N. Milby
Clerk of Court

JOINT ADR MEMORANDUM TO ADR ADMINISTRATOR
LR 16.4.K.(1).

1.    Pursuant to LR 16.4.K.(1). the parties jointly make the following report to the ADR
      Administrator.  A copy is being sent to the judge presiding over the case, the Honorable
      Hilda G. Tagle.

2.    The style and civil action number of the case is:

          Civil Action No. CV-B-00192;
          Candelario De Leon v. City of Brownsville, et al.,
          In the United States District Court for the
          Southern District of Texas, Brownsville Division

3.    The names, addresses, and telephone numbers of counsel and party representatives in
      attendance were

      A.    For the Plaintiff:

            (1)    Counsel for Plaintiff:

                   a.    James L. Branton, Branton & Hall, P.C., One Riverwalk Place, 700
                         N. St. Mary's Street, Suite 1700, San Antonio, Texas 78205;
                         telephone number – (210) 224-4474;

                   b.    Michael Cowen, Law Offices of Cowen & Bodden, 520 E. Levee,
                         Brownsville, Texas 78520; telephone number – (956) 541-4981;

            (2)    Party representatives:

                   a.    Candelario De Leon (Plaintiff), 901 Wild Rose, #113, Brownsville,
                         Texas 78520; telephone number – (956) 346-5230;

                   b.    Mario A. De Leon (Plaintiff's son), 1041 Flor Del Valle Dr.,
                         Brownsville, Texas 78520; telephone number – (956) 459-4084;

                   c.    Others in attendance for Plaintiff, but not formal representatives:

                         (1)    Mary Turner, 3607 S. Sugar Road, Edinburg, Texas 78539;
                                telephone number – (956) 381-8820/789-0567;

                         (2)    Margie De Leon, 1041 Flor Del Valle Dr., Brownsville, Texas
                                78520; telephone number – (956) 350-3603;

                         (3)    Tom Garcia, 3607 S. Sugar Road, Edinburg, Texas 78539;

telephone number – (956) 381-8820.

B.    For Defendants:

    (1)    Counsel for Defendants Joao Dovale and Stat Physicians, P.A.:

        a.    Gerald E. Castillo, 1317 E. Quehee, McAllen, Texas 70572; telephone number – (956) 618-0115.

    (2)    Party Representative:

        a.    Michelle Maciok TPCIGA, 9120 Burnet Road, Austin, Texas 78758; telephone number – (512) 845-9335.

    (3)    Counsel for Defendant Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center;

        a.    William Gault, Brin & Brin, P.C., 1325 Palm Blvd., Suite A, Brownsville, Texas 78520; telephone number – (956) 544-7110;

    (4)    Party Representative:

        a.    Edward McGlynn, M.D., Chief Medical Affairs Office, Valley Regional Medical Center, 100 A, Alton Gloor Blvd. Brownsville, Texas 78523; telephone number – (956) 350-7114.

4.    Type of case:  civil, medical malpractice, jury trial.

5.    Type of ADR method used:  Mediation.  The case settled in part only.

A.    Defendants Joao Dovale, M.D. and Stat Physicians, P.A. settled with the Plaintiff.

B.    Defendant Columbia Valley Healthcare System L. P. d/b/a Valley Regional Medical Center did not settle.

1.    The fees paid to the ADR Provider, Mr. Leo Salzman, are as follows:

A.    For the Plaintiff – Paid $1,000.00;

B.    For the Defendants Joao Dovale, M.D. and Stat Physicians, P.A. – $1,000.00;

C.    For the Defendant Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center – $ 1,000.00.

2

Respectfully submitted,

THOMAS A. CROSLEY
Lead Counsel
State Bar No. 00783902
Southern District of Texas No. 15434

Of Counsel:

BRANTON & HALL, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas  78205
(210) 224-4474
(210) 224-1928 (Fax)


By: _James L. Branton_____
       JAMES L. BRANTON
       State Bar No. 00000069
           Southern District of Texas No.20163

And

MICHAEL COWEN
LAW OFFICES OF COWEN & BODDEN
State Bar No. 00795306
Southern District of Texas No. 19967
520 E. Levee
Brownsville, Texas 78520
(956) 541-4981

ATTORNEYS FOR PLAINTIFF

3

Respectfully submitted,

By: _____
      William Gault
      Federal I.D. No. 14685
      State Bar No. 07765050
      Michael Quintana
      Fed. ID No. 33291
      State Bar No. 24037314
Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

Of Counsel:

Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier
ATTORNEYS FOR DEFENDANT
COLUMBIA VALLEY HEALTHCARE
SYSTEM, L.P. D/B/A VALLEY
REGIONAL MEDICAL CENTER

GONZALEZ, GAYTON, GARZA &
CASTILLO, L.L.P.
1317 E. Quebec Avenue
McAllen, Texas 78503
(956) 618-0115

By: _____
      GERALD E. CASTILLO
      State Bar No. 24012399

ATTORNEYS FOR DEFENDANTS,
STAT PHYSICIANS, P.A. and
JOAO DOVALE, M.D.