IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 24 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CANDELARIO DE LEON | § |
| | § |
| VS. | § |
| | § CIVIL ACTION NO. CV-B-00-92 |
| | § JURY DEMANDED |
| | § |
| CITY OF BROWNSVILLE, ET. AL. | § |

### DEFENDANT COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P. D/B/A VALLEY REGIONAL MEDICAL CENTER'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED MOTION TO TAKE JUDICIAL NOTICE OF MEDICARE/MEDICAID REGULATIONS AND PLAINTIFF'S MEDICAL EXPENSES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center, one of the Defendants in the above entitled and numbered cause, and moves this Court pursuant to Rule 7 F.R.C.P. for leave to file an Amended Motion to Take Judicial Notice of Medicare/Medicaid Regulations and Plaintiff's Medical Expenses and would show the Court as follows:

I.

Defendant would assert that there are oversights in its previous Motion to take Judicial Notice of Medicare/Medicaid Regulations and Plaintiff's Medical Expenses and requests leave to file an amended motion to reference the appropriate defenses and statutes.

These are certain statutory citations which are inapplicable in Defendant's previous motion. Specifically Defendant inadvertently cited references to Chapter 74 of the Texas Civil Practices & Remedies Code instead of Article 4590i Tex. Riv. Civ. Stat. There are further certain references to Defendant's affirmative defenses which do not properly reflect Defendant's pleadings.

Defendant would further assert the amendment only serves to clarify its position but does not

change the substance of its motion, nor cause undue delay, create surprise undue or substantial prejudice to the opposing party.

Defendant acknowledges the granting of leave is within the sound discretion of the Court but also asserts leave should be freely given when justice requires it. Defendant cites Rule 15(a); *Foman v. Davis*, 371 U.S. 178 at 82, 83 S.Ct. 227 at 230 (1962); *U.S. v. Humana Health Plan of Texas, Inc.*, 336 Fed.3d 375, 387 (5th Cir. 2003).

II.

Defendant's proposed Amended Motion is attached hereto.

For the above reasons Defendant Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center prays this Court grant it leave to file the Amended Motion to Take Judicial Notice of Medicare/Medicaid Regulations and Plaintiff's Medical Expenses.

Respectfully submitted,

By: _____
William Gault
Federal I.D. No. 14685
State Bar No. 07765050
Michael Quintana
Fed. ID No. 33291
State Bar No. 24037314

Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

Of Counsel:

Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier
ATTORNEYS FOR DEFENDANT
COLUMBIA VALLEY HEALTHCARE
SYSTEM, L.P. D/B/A VALLEY
REGIONAL MEDICAL CENTER

## CERTIFICATE OF CONFERENCE

Defendant's counsel's office has conferred with opposing counsel. There is no opposition to this Motion for Leave.

_____
Michael Quintana

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing instrument has been forwarded to counsel as indicated below on this the 22nd day of September, 2004.

| | |
|---|---|
| Mr. Thomas Crosley<br>Branton & Hall, P.C.<br>One Riverwalk Place, Suite 1700<br>700 N. St. Mary's St.<br>San Antonio, Texas 78205 | **VIA CMRRR #7002 0460 0000 6426 4658** |
| Mr. Michael Cowen<br>Law Offices of Michael R. Cowen<br>520 E. Levee<br>Brownsville, Texas 78520 | **VIA CMRRR #7002 0460 0000 6426 4665** |

_____
Michael Quintana