IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **CANDELARIO DE LEON** | § |
| | § |
| | § |
| **VS.** | § |
| | § CIVIL ACTION NO. CV-B-00-92 |
| | § JURY DEMANDED |
| | § |
| **CITY OF BROWNSVILLE, ET. AL.** | § |

### ORDER GRANTING DEFENDANT COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P. D/B/A VALLEY REGIONAL MEDICAL CENTER'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED MOTION TO TAKE JUDICIAL NOTICE OF MEDICARE/MEDICAID REGULATIONS AND PLAINTIFF'S MEDICAL EXPENSES

On this the _____ day of _____, 2004 came on to be considered Defendant Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center's Motion for Leave to File Amended Motion to Take Judicial Notice of Medicare/Medicaid Regulations and Plaintiff's Medical Expenses in the above entitled and numbered cause. The Court, having considered the documents on file, is of the opinion that such Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center's Motion for Leave to File Amended Motion to Take Judicial Notice of Medicare/Medicaid Regulations and Plaintiff's Medical Expenses is hereby granted.

Signed for entry on this _____ day of _____, 2004.

_____
JUDGE PRESIDING