CANDELARIO DE LEON
                   vs.
CITY OF BROWNSVILLE, TEXAS

IN THE U.S.D.C. FOR THE
SOUTHERN DIST. OF TEXAS
BROWNSVILLE DIVISION

## NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

To:  All named parties in the above styled and numbered cause

You will take notice that after 14 days from the service of a copy
hereof with attached questions, a Deposition by Written
Questions will be taken of the Custodian of Records for:

A884301-002
BROWNSVILLE EMERGENCY MEDICAL SERVICE
954 EAST MADISON STREET, BROWNSVILLE, TX 78520

to such questions will be taken before a Notary Public with
COMPEX, 3300 NACOGDOCHES ROAD, SUITE 220, SAN ANTONIO, TX 78217
or their designated agent.
Which deposition with attached questions may be used in evidence upon
the trial of the above styled and numbered cause pending in the
above named court.

Notice is further given that request is here made as authorized under
Rule 45, Federal Rules of Civil Procedure, to the officer authorized
authorized to take this deposition to issue a subpoena duces tecum
and cause it to be served on the witness to produce
SEE ATTACHMENT THREE
and to turn all such records over to the officer authorized to take
this deposition so that photostatic copies of same may be made
and attached to said deposition.

*Thomas A. Crosley*
THOMAS A. CROSLEY, ESQ.
Attorney for Plaintiff
Bar #: 00783902
700 NORTH ST. MARY'S, SUITE 1700
SAN ANTONIO, TX  78205
Phone:(210) 224-4474 Fax:(210) 224-1928

==============================================================
I certify that a true exact copy of the foregoing Notice of
Intention to Take Deposition by Written Questions was mailed to the
respective parties or attorneys of record, by certified mail return
receipt requested, postage prepaid, courier receipted delivery,
or hand delivered.
Date:  5/25/04

Chuck E. Utz
COMPEX - SAN ANTONIO
3300 NACOGDOCHES ROAD, SUITE 220
SAN ANTONIO, TX 78217

cc: THOMAS A. CROSLEY, ESQ.
    WILLIAM GAULT, ESQ.
    STEVEN M. GONZALEZ, ESQ.

A884301-002

## ATTACHMENT THREE

1 AN ITEMIZED STATEMENT OF CHARGES FOR SERVICES RENDERED PERTAINING

2 TO:

3 PLAINTIFF,

4 CANDELARIO DE LEON, DOB: 06/15/41, SS#: 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,

5 FROM 12/24/98 TO AND INCLUDING 05/26/04.

6

7

8

9

10

11

12

13

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER #: AB94301  002
AO 88 (Rev. 11/91) Subpoena in a Civil Case

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS, BROWNSVILLE DIVISION |
|---|---|---|

CANDELARIO DE LEON

PLAINTIFF(S),

## SUBPOENA IN A CIVIL CASE

**V.**

CITY OF BROWNSVILLE, TEXAS

CASE NUMBER:[1] CV-V-00-192

DEFENDANT(S),

TO:    CUSTODIAN OF RECORDS
BROWNSVILLE EMERGENCY MEDICAL SERVICE
954 EAST MADISON STREET
BROWNSVILLE, TEXAS  78520

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| AT THE OFFICES OF THE SUMMONED WITNESS | INSTANTER |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
AN ITEMIZED STATEMENT OF CHARGES FOR SERVICES RENDERED PERTAINING TO:
PLAINTIFF,
CANDELARIO DE LEON, DOB: 06/15/41, SS#: 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,
FROM 12/24/98 TO AND INCLUDING 05/26/04.

| PLACE | DATE AND TIME |
|---|---|
| AT THE OFFICES OF THE SUMMONED WITNESS | INSTANTER |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to the suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Thomas A Crosley by Compex* | 5-26-04 |
| ATTORNEY(S) FOR PLAINTIFF, CANDELARIO DE LEON | |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
THOMAS A. CROSLEY ATTORNEY-AT-LAW          BAR# 00783902
BRANTON & HALL P.C.                        (210)224-4474
700 NORTH ST. MARY'S, SUITE 1700    SAN ANTONIO, TX  78205
(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance state district under case number.

CANDELARIO DE LEON
vs.
CITY OF BROWNSVILLE, TEXAS

IN THE U.S.D.C. FOR THE
SOUTHERN DIST. OF TEXAS
BROWNSVILLE DIVISION

Written Questions to be Propounded to the Witness,
Custodian of Records for:

BROWNSVILLE EMERGENCY MEDICAL SERVICE
954 EAST MADISON STREET
BROWNSVILLE, TEXAS 78520

1. State your full name, your position or title, the complete legal name of your employer, and your complete address.
ANSWER: *Guillermina Atkinson Fiscal tech I City of Brownsville EMS Coll. 1150 E. Adams B'ville, TX 78522*

2. Have you or your employer made or caused to be made any records, including memoranda, reports, records, or data compilations, as set forth in the notice of this deposition, which is incorporated by reference herein?
ANSWER: *yes*

3. Do you have such records as described above?
ANSWER: *yes*

4. Are these records kept under your care, supervision, custody, or control?
ANSWER: *yes*

5. Please state whether this is a regularly conducted business activity.
ANSWER: *yes*

6. Are these records kept in the regular course of business?
ANSWER: *yes*

7. Was it the regular practice to make these records?
ANSWER: *yes*

8. Were these records made by, or from information transmitted by, a person with knowledge of the acts, events, conditions, opinions, or diagnoses stated therein?
ANSWER: *yes*

9. Were these records made at or near the time the acts, events, conditions, opinions, or diagnoses occurred or within a reasonable time thereafter?
ANSWER: *yes*

10. Was the method of preparation of these records trustworthy?
ANSWER: *yes*

A884301-002

11. Were these records kept as described above?
ANSWER: _Yes_

12. Please state the full amount of charges in the treatment of
CANDELARIO DE LEON , pertinent to 12/24/98 and all subsequent
treatments?
ANSWER: _$906.00_

13. Are you familiar with the charges usually and customarily made for
the medical services reflected in the bills furnished as a part of
the requested written records?
ANSWER: _Yes_

14. Please state whether or not such charges are reasonable for like or
similar services rendered in your vicinity?
ANSWER: _Yes_

15. Please state whether the facility services as reflected in the
facility charges, as prescribed by the physician(s) in charge, were
necessary for the proper care and treatment of CANDELARIO DE LEON ?
ANSWER: _Yes_

16. Please hand all such records to the Notary Public taking this
desposition for photocopying and marking as Exhibits to be attached
to this deposition.
ANSWER: _None alone_

17. Please state whether you have provided all the records required by
the subpoena duces tecum. If not, why not?
ANSWER: _None alone_

18. Are the records that you have handed to the Notary Public accurate
and complete?
ANSWER: _Yes_



WITNESS, CUSTODIAN

I, _____ , a Notary Public in the State of
TEXAS, do hereby certify that the foregoing answers of the witness,
the Custodian of Records, were  by the said witness made before and sworn
to  and subscribed before  me  by the said witness.

GIVEN UNDER MY HAND AND SEAL OF OFFICE on this the _17_ day
of _June_ , _2004_ .

NOTARY PUBLIC FOR THE STATE OF TEXAS

JAIME GUERRA
NOTARY PUBLIC
State of Texas
Comm. Exp. 01-08-2005

NO: CV-V-00-192

CANDELARIO DE LEON

vs.

CITY OF BROWNSVILLE, TEXAS

IN THE U.S.D.C. FOR THE
SOUTHERN DIST. OF TEXAS
BROWNSVILLE DIVISION

**A F F I D A V I T**

RECORDS PERTAINING TO: CANDELARIO DE LEON DOB: 06/15/41 SSN: 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

Before me, the undersigned authority, personally appeared
_____, who being by me duly sworn, deposed as
follows:

My name is _____ I am of sound mind, capable of
making this affidavit, and personally acquainted with the facts herein
stated:

I am the person in charge of the billing records for BROWNSVILLE EMERGENCY
MEDICAL SERVICE. Attached to this Affidavit are records that provide an
itemized statement of the services and charges for the services that
BROWNSVILLE EMERGENCY MEDICAL SERVICE provided to the above named on the
date set forth in the attached records. The attached records are part of
this Affidavit. The services reflected in the records were prescribed by the
attending physician in charge. The services provided were necessary per
physician's orders and the amounts charged for the services were reasonable
at the time and place that the services were provided. The charges reflected
in the records total $ 700.00 .

This is a regularly conducted business activity, and these said pages are
kept by BROWNSVILLE EMERGENCY MEDICAL SERVICE in the regular course of
business and it was the regular course of business of BROWNSVILLE EMERGENCY
MEDICAL SERVICE for a person with the knowledge or one who had been provided
such knowledge of the act, event, condition, opinion, or diagnoses recorded
to make the record or to transmit information thereof to be included in such
record; and the record was made at or near the time or reasonably soon
thereafter; and the method of preparation was trustworthy.

The records attached thereto are original or exact duplicates of the original.

_____
AFFIANT/CUSTODIAN

SWORN TO AND SUBSCRIBED before me on the _____ day
of _____ 2004 .

_____
NOTARY PUBLIC FOR THE STATE OF TEXAS

JAIME GUERRA
NOTARY PUBLIC
State of Texas
Comm Exp 01-08-2005

# CITY OF BROWNSVILLE EMS
P.O. BOX 2067
BROWNSVILLE, TX 78522-2067
PHONE (956) 541-9491
TAX ID 74-6000422

**PATIENT NAME:** MR CANDELARIO DELEON

**INSURANCE:** Medicare          454662544A
TEXAS MEDICAID & HEAL  511972653

CANDELARIO DELEON
901 Wildrose Lane
BROWNSVILLE, TX 78520

**PATIENT NUMBER:** 40938
**CALL NUMBER:** 1-10421
**DATE OF CALL:** 08/21/2003
**TIME OF CALL:** 03:43 PM
**CALLER:** 911
**FROM:** Brownsville Medical Center
**TO:** VALLEY GRANDE MANOR

**REASON(S) FOR TRANSPORT** V498.9

| DESCRIPTION OF CHARGE | | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| BLS NON EMERGENCY BASE CHAR | Q3020 | 1.0 | 200.00 | 200.00 |
| BLS MILEAGE CHARGE | A0425 | 2.0 | 7.50 | 15.00 |
| GLOVES (INFECTION CONTROL) | A0398 | 1.0 | 2.00 | 2.00 |
| | | | **Total Charges** | 217.00 |

| DESCRIPTION OF PAYMENT | RECEIPT | PAYMENT DATE | AMOUNT |
|---|---|---|---|
| | | | |
| | | **Total Credits** | 0.00 |

**PLEASE PAY THIS AMOUNT ➡** $217.00

---

DETACH ALONG PERFORATION ABOVE AND RETURN STUB WITH YOUR PAYMENT

**PATIENT NAME:** DELEON, CANDELARIO
**PATIENT NUMBER:** 40938
**CALL NUMBER:** 1-10421
**BILLING DATE:** 06/17/2004

AMOUNT DUE $ 217.00
AMOUNT $
ENCLOSED _____

We accept Visa ❑ M/C ❑ Discover ❑  Card # _____ Exp. Date _____ Signature _____
**CITY OF BROWNSVILLE EMS:** P.O. BOX 2067 • BROWNSVILLE, TX 78522-2067 • PHONE (956) 541-9491 • TAX ID 74-6000422

# CITY OF BROWNSVILLE EMS
P.O. BOX 2067
BROWNSVILLE, TX 78522-2067
PHONE (956) 541-9491
TAX ID 74-6000422

**PATIENT NAME:** MR CANDELARIO DELEON

**INSURANCE:** Medicare                   454662544A
TEXAS MEDICAID & HEAL  511972653

CANDELARIO DELEON
901 Wildrose Lane
BROWNSVILLE, TX 78520

**PATIENT NUMBER:** 40938
**CALL NUMBER:** 137367
**DATE OF CALL:** 10/01/1999
**TIME OF CALL:** 09:08 PM
**CALLER:** 911
**FROM:** VALLEY GRANDE MANOR
**TO:** Brownsville Medical Center

**REASON(S) FOR TRANSPORT**

| DESCRIPTION OF CHARGE | | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| BLS EMERGENCY BASE CHARGE | Q3019 | 1.0 | 150.00 | 150.00 |
| BLS MILEAGE CHARGE | A0425 | 3.0 | 5.00 | 15.00 |
| OXYGEN MASK/CANNULA ADMIS. | A0422 | 1.0 | 25.00 | 25.00 |
| GLOVES (INFECTION CONTROL) | A0398 | 1.0 | 2.00 | 2.00 |
| | | | **Total Charges** | 192.00 |

| DESCRIPTION OF PAYMENT | RECEIPT | PAYMENT DATE | AMOUNT |
|---|---|---|---|
| | | | |
| | | **Total Credits** | 0.00 |

**PLEASE PAY THIS AMOUNT ➡**          **$192.00**

---

### DETACH ALONG PERFORATION ABOVE AND RETURN STUB WITH YOUR PAYMENT

**PATIENT NAME:** DELEON, CANDELARIO
**PATIENT NUMBER:** 40938

**CALL NUMBER:** 137367
**BILLING DATE:** 06/17/2004

**AMOUNT DUE $** 192.00
**AMOUNT $ ENCLOSED** _____

We accept Visa ❏ M/C ❏ Discover ❏  Card # _____ Exp. Date _____ Signature _____
**CITY OF BROWNSVILLE EMS:** P O BOX 2067 · BROWNSVILLE, TX 78522-2067 · PHONE (956) 541-9491 · TAX ID 74-6000422

# CITY OF BROWNSVILLE EMS
P.O. BOX 2067
BROWNSVILLE, TX 78522-2067
PHONE (956) 541-9491
TAX ID 74-6000422

| | |
|---|---|
| **PATIENT NAME:** MR CANDELARIO DELEON | **PATIENT NUMBER:** 40938 |
| | **CALL NUMBER:** 139421 |
| **INSURANCE:** | **DATE OF CALL:** 10/09/1999 |
| Medicare          454662544A | **TIME OF CALL:** 03:08 PM |
| TEXAS MEDICAID & HEAL 511972653 | **CALLER:** 911 |
| | **FROM:** Brownsville Medical Center |
| | **TO:** VALLEY GRANDE MANOR |
| CANDELARIO DELEON | |
| 901 Wildrose Lane | **REASON(S)** |
| BROWNSVILLE, TX 78520 | **FOR** |
| | **TRANSPORT** |

| DESCRIPTION OF CHARGE | | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| BLS NON EMERGENCY BASE CHAR | A0360 | 1.0 | 150.00 | 150.00 |
| BLS MILEAGE CHARGE | A0380 | 2.0 | 5.00 | 10.00 |
| GLOVES (INFECTION CONTROL) | A0398 | 1.0 | 2.00 | 2.00 |
| | | | **Total Charges** | 162.00 |

| DESCRIPTION OF PAYMENT | RECEIPT | PAYMENT DATE | AMOUNT |
|---|---|---|---|
| | | **Total Credits** | 0.00 |

**PLEASE PAY THIS AMOUNT ➤** | **$162.00**

---

**DETACH ALONG PERFORATION ABOVE AND RETURN STUB WITH YOUR PAYMENT**

**PATIENT NAME:** DELEON, CANDELARIO
**PATIENT NUMBER:** 40938

**CALL NUMBER:** 139421
**BILLING DATE:** 06/17/2004

**AMOUNT DUE $** 162.00
**AMOUNT $**
**ENCLOSED** _____

We accept Visa ❏ M/C ❏ Discover ❏  Card # _____ Exp. Date _____ Signature_____
**CITY OF BROWNSVILLE EMS:** P.O. BOX 2067 • BROWNSVILLE, TX 78522-2067 • PHONE (956) 541-9491 • TAX ID 74-6000422

# CITY OF BROWNSVILLE EMS
P.O. BOX 2067
BROWNSVILLE, TX 78522-2067
PHONE (956) 541-9491
TAX ID 74-6000422

**PATIENT NAME:** MR CANDELARIO DELEON

**INSURANCE:** Medicare                454662544A
TEXAS MEDICAID & HEAL  511972653

CANDELARIO DELEON
901 Wildrose Lane
BROWNSVILLE, TX 78520

**PATIENT NUMBER:** 40938
**CALL NUMBER:** 137367
**DATE OF CALL:** 10/01/1999
**TIME OF CALL:** 09:08 PM
**CALLER:** 911
**FROM:** VALLEY GRANDE MANOR
**TO:** Brownsville Medical Center

**REASON(S) FOR TRANSPORT**

| DESCRIPTION OF CHARGE | | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| BLS EMERGENCY BASE CHARGE | Q3019 | 1.0 | 150.00 | 150.00 |
| BLS MILEAGE CHARGE | A0425 | 3.0 | 5.00 | 15.00 |
| OXYGEN MASK/CANNULA ADMIS. | A0422 | 1.0 | 25.00 | 25.00 |
| GLOVES (INFECTION CONTROL) | A0398 | 1.0 | 2.00 | 2.00 |
| | | | Total Charges | 192.00 |

| DESCRIPTION OF PAYMENT | RECEIPT | PAYMENT DATE | AMOUNT |
|---|---|---|---|
| | | | |
| | | Total Credits | 0.00 |

**PLEASE PAY THIS AMOUNT ➡**                    **$192.00**

---

DETACH ALONG PERFORATION ABOVE AND RETURN STUB WITH YOUR PAYMENT

PATIENT NAME: DELEON, CANDELARIO
PATIENT NUMBER: 40938

CALL NUMBER: 137367
BILLING DATE: 06/17/2004

AMOUNT DUE $ 192.00
AMOUNT $
ENCLOSED _____

We accept Visa ❏ M/C ❏ Discover ❏  Card #_____ Exp. Date _____ Signature_____

**CITY OF BROWNSVILLE EMS**: P.O. BOX 2067 • BROWNSVILLE, TX 78522-2067 • PHONE (956) 541-9491 • TAX ID 74-600041



# *COMPEX*

## *Legal Services, Inc.*

6/22/04 Inv # 505-6343 dated 6/18 $115.40

```
Records of. . : CANDELARIO DE LEON
Defendant . . : CITY OF BROWNSVILLE, TEXAS
Client/Insured:
File Number . : 9827
Case Number . : CV-V-00-192
```

A88430100101

```
Location   . :   BROWNSVILLE MEDICAL CENTER
                 1048 WEST JEFFERSON
                 BROWNSVILLE, TX  78520
Record Types     BILLING (REAS. & NECES.)/* ONLY CERTAIN DATES

Deliver to :     BRANTON & HALL P.C.
Attention . :    THOMAS A. CROSLEY
                 700 NORTH ST. MARY'S, SUITE 1700
                 SAN ANTONIO, TX  78205
```

06/24                                                         049418

**Document Retrieval  •  Complex Case Management  •  Court Reporting**

**NATIONWIDE : (800) 4 COMPEX    (800) 426-6739**

A884301-001

CANDELARIO DE LEON
vs.
CITY OF BROWNSVILLE, TEXAS

IN THE U.S.D.C. FOR THE
SOUTHERN DIST. OF TEXAS
BROWNSVILLE DIVISION

## NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

To:  All named parties in the above styled and numbered cause

You will take notice that after 14 days from the service of a copy
hereof with attached questions, a Deposition by Written
Questions will be taken of the Custodian of Records for:

A884301-001
BROWNSVILLE MEDICAL CENTER
1048 WEST JEFFERSON, BROWNSVILLE, TX 78520

to such questions will be taken before a Notary Public with
COMPEX, 3300 NACOGDOCHES ROAD, SUITE 220, SAN ANTONIO, TX 78217
or their designated agent.
Which deposition with attached questions may be used in evidence upon
the trial of the above styled and numbered cause pending in the
above named court.

Notice is further given that request is here made as authorized under
Rule 45, Federal Rules of Civil Procedure, to the officer authorized
authorized to take this deposition to issue a subpoena duces tecum
and cause it to be served on the witness to produce
SEE ATTACHMENT THREE
and to turn all such records over to the officer authorized to take
this deposition so that photostatic copies of same may be made
and attached to said deposition.

*Thomas A. Crosley*
THOMAS A. CROSLEY, ESQ.
Attorney for Plaintiff
Bar #: 00783902
700 NORTH ST. MARY'S, SUITE 1700
SAN ANTONIO, TX  78205
Phone:(210) 224-4474 Fax:(210) 224-1928

===========================================================================
I certify that a true exact copy of the foregoing Notice of
Intention to Take Deposition by Written Questions was mailed to the
respective parties or attorneys of record, by certified mail return
receipt requested, postage prepaid, courier receipted delivery,
or hand delivered.
Date:  5/25/04

Chuck E. Utz
COMPEX - SAN ANTONIO
3300 NACOGDOCHES ROAD, SUITE 220
SAN ANTONIO, TX 78217

CC: THOMAS A. CROSBY ESQ.
WILLIAM GAULT, E
STEVEN M. GONZALES, Q.

Case 1:02-cv-00192  Document 143-3    Filed in TXSD on 09/24/2004    Page 14 of 40

A884301-001

## ATTACHMENT THREE

AN ITEMIZED STATEMENT OF CHARGES FOR SERVICES RENDERED PERTAINING

TO:

PLAINTIFF,

CANDELARIO DE LEON, DOB: 06/15/41, SS#: 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,

FROM 12/24/98 TO AND INCLUDING 05/26/04.

ORDER #: A864301 - 001
AO 88 (Rev. 11/91) Subpoena in a Civil Case

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS, BROWNSVILLE DIVISION |
|---|---|---|

CANDELARIO DE LEON

**PLAINTIFF(S),**

**V.**

## SUBPOENA IN A CIVIL CASE

CITY OF BROWNSVILLE, TEXAS

CASE NUMBER:[1] CV-V-00-192

**DEFENDANT(S),**

TO:      CUSTODIAN OF RECORDS
BROWNSVILLE MEDICAL CENTER
1048 WEST JEFFERSON
BROWNSVILLE, TEXAS  78520

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| AT THE OFFICES OF THE SUMMONED WITNESS | INSTANTER |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
AN ITEMIZED STATEMENT OF CHARGES FOR SERVICES RENDERED PERTAINING TO:
PLAINTIFF,
CANDELARIO DE LEON, DOB: 06/15/41, SS#: 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,
FROM 12/24/98 TO AND INCLUDING 05/26/04.

| PLACE | DATE AND TIME |
|---|---|
| AT THE OFFICES OF THE SUMMONED WITNESS | INSTANTER |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to the suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Thomas A. Crosley by Compex*  ATTORNEY(S) FOR PLAINTIFF, CANDELARIO DE LEON | 5-26-04 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
THOMAS A. CROSLEY ATTORNEY-AT-LAW           BAR# 00783902
BRANTON & HALL P.C.                          (210) 224-4474
700 NORTH ST. MARY'S, SUITE 1700    SAN ANTONIO, TX  78205
(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)
[1] If action is pending in district other than district of issuance state district under case number.

CANDELARIO DE LEON                           IN THE U.S.D.C. FOR THE
vs.                                          SOUTHERN DIST. OF TEXAS
CITY OF BROWNSVILLE, TEXAS                   BROWNSVILLE DIVISION


Written Questions to be Propounded to the Witness,
Custodian of Records for:


BROWNSVILLE MEDICAL CENTER
1048 WEST JEFFERSON
BROWNSVILLE, TEXAS 78520

1. State your full name, your position or title, the complete legal name
   of your employer, and your complete address.
   ANSWER: *Francis Makielke, Custodian of Billing Records, Brownsville Medical Center;*
   *1048 w. Jefferson St.,*
   *Brownsville, Tx. 78520*

2. Have you or your employer made or caused to be made any records,
   including memoranda, reports, records, or data compilations, as set
   forth in the notice of this deposition, which is incorporated by
   reference herein?
   ANSWER: *Yes*

3. Do you have such records as described above?
   ANSWER: *Yes*

4. Are these records kept under your care, supervision, custody, or
   control?
   ANSWER: *yes*

5. Please state whether this is a regularly conducted business activity.
   ANSWER: *Yes*

6. Are these records kept in the regular course of business?
   ANSWER: *Yes*

7. Was it the regular practice to make these records?
   ANSWER: *Yes*

8. Were these records made by, or from information transmitted by, a
   person with knowledge of the acts, events, conditions, opinions, or
   diagnoses stated therein?
   ANSWER: *Yes*

9. Were these records made at or near the time the acts, events,
   conditions, opinions, or diagnoses occurred or within a reasonable
   time thereafter?
   ANSWER: *Yes*

10. Was the method of preparation of these records trustworthy?
    ANSWER: *Yes*

A884301-001

11. Were these records kept as described above?
ANSWER: _Yes_

12. Please state the full amount of charges in the treatment of CANDELARIO DE LEON , pertinent to 12/24/98 and all subsequent treatments.
ANSWER: _$ 237,825.78_

13. Are you familiar with the charges usually and customarily made for the medical services reflected in the bills furnished as a part of the requested written records?
ANSWER: _Yes_

14. Please state whether or not such charges are reasonable for like or similar services rendered in your vicinity?
ANSWER: _Yes_

15. Please state whether the facility services as reflected in the facility charges, as prescribed by the physician(s) in charge, were necessary for the proper care and treatment of CANDELARIO DE LEON ?
ANSWER: _Yes_

16. Please hand all such records to the Notary Public taking this desposition for photocopying and marking as Exhibits to be attached to this deposition.
ANSWER: _Yes_

17. Please state whether you have provided all the records required by the subpoena duces tecum. If not, why not?
ANSWER: _Yes_

18. Are the records that you have handed to the Notary Public accurate and complete?
ANSWER: _Yes_

WITNESS CUSTODIAN

I, _Isidro Ceballos_ , a Notary Public in the State of TEXAS, do hereby certify that the foregoing answers of the witness, the Custodian of Records, were by the said witness made before and sworn to and subscribed before me by the said witness.

GIVEN UNDER MY HAND AND SEAL OF OFFICE on this the _15th_ day of _June_ , _2004_.

_Isidro Ceballos_
NOTARY PUBLIC FOR THE STATE OF TEXAS



ISIDRO CEBALLOS
MY COMMISSION EXPIRES
October 3, 2006

CANDELARIO DE LEON
vs.
CITY OF BROWNSVILLE, TEXAS

IN THE U.S.D.C. FOR THE
SOUTHERN DIST. OF TEXAS
BROWNSVILLE DIVISION

## A F F I D A V I T

RECORDS PERTAINING TO:  CANDELARIO DE LEON DOB: 06/15/41 SSN: 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

Before me, the undersigned authority, personally appeared
_Francis Makiolke_, who being by me duly sworn, deposed as
follows:

My name is _Francis Makiolke_, I am of sound mind, capable of
making this affidavit, and personally acquainted with the facts herein
stated:

I am the person in charge of the billing records for BROWNSVILLE MEDICAL
CENTER. Attached to this Affidavit are records that provide an itemized
statement of the services and charges for the services that BROWNSVILLE
MEDICAL CENTER provided to the above named on the date set forth in the
attached records. The attached records are part of this Affidavit. The
services reflected in the records were prescribed by the attending physician
in charge. The services provided were necessary per physician's orders and
the amounts charged for the services were reasonable at the time and place
that the services were provided. The charges reflected in the records total
$_237,825.78_.

This is a regularly conducted business activity, and these said pages are
kept by BROWNSVILLE MEDICAL CENTER in the regular course of business and it
was the regular course of business of BROWNSVILLE MEDICAL CENTER for a
person with the knowledge or one who had been provided such knowledge of the
act, event, condition, opinion, or diagnoses recorded to make the record or
to transmit information thereof to be included in such record; and the
record was made at or near the time or reasonably soon thereafter; and the
method of preparation was trustworthy.

The records attached thereto are original or exact duplicates of the original.

_____
AFFIANT/CUSTODIAN

SWORN TO AND SUBSCRIBED before me on the _15th_ _____ day
of _June_ _2004_.

_Isidro Ceballos_
NOTARY PUBLIC FOR THE STATE OF TEXAS

ISIDRO CEBALLOS
MY COMMISSION EXPIRES
October 3, 2005

```
P.O. BOX 676864
DALLAS TX 75267-6864              004018867        DISCHARGE

                                 08/24/03


DELEON CANDELARIO                BROWNSVILLE MEDICAL CENTER
901 WILDROSE LANE                P.O. BOX 676864
BROWNSVILLE    TX 78521          DALLAS TX 75267-6864

DELEON CANDELARIO        M   62  08/15/03   08/21/03  6   40    1
```

```
08150815 2300002      SEMI-PVT    13728    1      900.00      900.00
08160816 2300002      SEMI-PVT    13728    1      900.00      900.00
08170817 2300002      SEMI-PVT    13728    1      900.00      900.00
08180818 2300002      SEMI-PVT    13728    1      900.00      900.00
08190819 2300002      SEMI-PVT    13728    1      900.00      900.00
08200820 2300002      SEMI-PVT    13728    1      900.00      900.00
08150814 4100111 80053 COMPLETE METAB.     1      705.00      705.00
08180815 4100166 80048 BASIC METABOLIC     1      481.00      481.00
08180816 4100166 80048 BASIC METABOLIC     1      481.00      481.00
08180817 4100166 80048 BASIC METABOLIC     1      481.00      481.00
08190818 4100166 80048 BASIC METABOLIC     1      481.00      481.00
08200819 4100166 80048 BASIC METABOLIC     1      481.00      481.00
08150814 4101001 81001 URINALYSIS COMPL    1      171.00      171.00
08180816 4101001 81001 URINALYSIS COMPL    1      171.00      171.00
08150814 4102150 82150 AMYLASE             1      266.00      266.00
08180815 4102962 82962 GLUC BLD,MHT DV     4      216.00      216.00
08180816 4102962 82962 GLUC BLD,MHT DV     4      216.00      216.00
08210817 4102962 82962 GLUC BLD,MHT DV     8      432.00      432.00
08210819 4102962 82962 GLUC BLD,MHT DV     3      162.00      162.00
08210820 4102962 82962 GLUC BLD,MHT DV     4      216.00      216.00
08180815 4102994 83036 HEMOGLOBIN, GLYC    1       29.00       29.00
08150814 4103690 83690 LIPASE              1       92.00       92.00
08150814 4105007 85007 DIFF MANUAL     *   2      100.00      100.00
08180815 4105007 85007 DIFF MANUAL     *   1       50.00       50.00
08150814 4105028 85025 CBC/PLT/ AUTO DI    2      424.00      424.00
08180815 4105028 85025 CBC/PLT/ AUTO DI    1      212.00      212.00
08180816 4105028 85025 CBC/PLT/ AUTO DI    1      212.00      212.00
08190818 4105028 85025 CBC/PLT/ AUTO DI    1      212.00      212.00
08200819 4105028 85025 CBC/PLT/ AUTO DI    1      212.00      212.00
08210820 4107040 87040 CULT BLD AER/AN     1      454.00      454.00
08180818 4107086 87086 CULT,URIN CNT       1      250.00      250.00
08150815 4603000 93005 EKG                 1      377.00      377.00
08150815 4901020 71020 CHEST, TWO VIEW     1      471.00      471.00
08180818 4904400 74400 UROGRAM,IVP         1     1227.00     1227.00
```

P.O. BOX 676864
DALLAS TX 75267-6864                    004018867      DISCHARGE

                                        08/24/03

DELBON CANDELARIO              BROWNSVILLE MEDICAL CENTER
901 WILDROSE LANE              P.O. BOX 676864
BROWNSVILLE    TX 78521        DALLAS TX 75267-6864

DELBON CANDELARIO        M   62  08/15/03   08/21/03  6   40    2

| | | | | | |
|---|---|---|---|---|---|
| 08140814 5052192 72192 | CT PELVIS W/O C | 1 | 2637.00 | 2637.00 |
| 08140816 5054150 74150 | CT ABDOMEN W/O | 1 | 2814.00 | 2814.00 |
| 08170815 5300013 | ACETAMIN EXPT C+ | 8 | 48.00 | 48.00 |
| 08200819 5300013 | ACETAMIN EXPT C+ | 8 | 48.00 | 48.00 |
| 08240821 5300013 | ACETAMIN EXPT C+ | 8 | 48.00- | 48.00- |
| 08200814 5300017 | ACETAMIN 325MGT+ | 2 | 12.00 | 12.00 |
| 08170816 5301602 | BISACODYL 5MG + | 4 | 36.00 | 36.00 |
| 08180817 5304900 | FAMOTIDINE 20MG+ | 2 | 28.00 | 28.00 |
| 08190818 5304900 | FAMOTIDINE 20MG+ | 2 | 28.00 | 28.00 |
| 08200819 5304900 | FAMOTIDINE 20MG+ | 2 | 28.00 | 28.00 |
| 08210820 5304900 | FAMOTIDINE 20MG+ | 1 | 14.00 | 14.00 |
| 08190818 5305066 | PROSCAR 5MG   + | 2 | 56.00 | 56.00 |
| 08200819 5305066 | PROSCAR 5MG   + | 1 | 28.00 | 28.00 |
| 08210820 5305066 | PROSCAR 5MG   + | 1 | 28.00 | 28.00 |
| 08200819 5305413 | GLYBURIDE 5MG + | 1 | 11.00 | 11.00 |
| 08210820 5305413 | GLYBURIDE 5MG + | 2 | 22.00 | 22.00 |
| 08220821 5305413 | GLYBURIDE 5MG + | 1 | 11.00 | 11.00 |
| 08200819 5306431 | LEVOFLOX 500MG + | 1 | 64.00 | 64.00 |
| 08210820 5306431 | LEVOFLOX 500MG + | 1 | 64.00 | 64.00 |
| 08220821 5306431 | LEVOFLOX 500MG + | 1 | 64.00 | 64.00 |
| 08190818 5311215 | FLOMAX .4MG   + | 2 | 24.00 | 24.00 |
| 08200819 5311215 | FLOMAX .4MG   + | 1 | 12.00 | 12.00 |
| 08210820 5311215 | FLOMAX .4MG   + | 1 | 12.00 | 12.00 |
| 08240821 5311215 | FLOMAX .4MG   + | 1 | 12.00- | 12.00- |
| 08170816 5314756 | CITRATE MG 300ML+ | 1 | 18.00 | 18.00 |
| 08200814 5319086 | CEFTRIAX 1G PMX | 1 | 383.00 | 383.00 |
| 08170815 5320401 90799 | ENOXAP 40MG STR | 1 | 222.00 | 222.00 |
| 08170816 5320401 90799 | ENOXAP 40MG STR | 1 | 222.00 | 222.00 |
| 08180817 5320401 90799 | ENOXAP 40MG STR | 1 | 222.00 | 222.00 |
| 08190818 5320401 90799 | ENOXAP 40MG STR | 1 | 222.00 | 222.00 |
| 08170815 5321450 | HUM REG 10ML  + | 2 | 524.00 | 524.00 |
| 08170816 5321450 | HUM REG 10ML  + | 1 | 262.00- | 262.00- |
| 08200814 5321451 | HUM REG DOSE  + | 1 | 30.00 | 30.00 |
| 08170816 5321456 | HUM 70/30 10ML + | 1 | 262.00 | 262.00 |

```
P.O. BOX 676864
DALLAS TX 75267-6864              004018867      DISCHARGE

                                 08/24/03


DELBON CANDELARIO                BROWNSVILLE MEDICAL CENTER
901 WILDROSE LANE                P.O. BOX 676864
BROWNSVILLE     TX 78521         DALLAS TX 75267-6864


DELBON CANDELARIO        M  62  08/15/03  08/21/03  6   40    3
```

```
08200814 5321711              LEVOFLOX 500PMX     1     504.00     504.00
08170818 5321711              LEVOFLOX 500PMX     1     504.00     504.00
08170616 5321711              LEVOFLOX 500PMX     1     504.00     504.00
08180817 5321711              LEVOFLOX 500PMX     2    1008.00    1008.00
08190818 5322938              ONDANSETRON 2ML     1      96.00      96.00
08200819 5322936              ONDANSETRON 2ML     1      96.00-     96.00-
08220821 5323448              PREVEAR .5ML        1     180.00     180.00
08180818 5324199 90799        SOD CL BACT 30M     1      33.00      33.00
08180816 5330116              ALBUTEROL 3ML  +    2      22.00      22.00
08180817 5330116              ALBUTEROL 3ML  +    4      44.00      44.00
08190818 5330116              ALBUTEROL 3ML  +    4      44.00      44.00
08200819 5330116              ALBUTEROL 3ML  +    4      44.00-     44.00
08210820 5330116              ALBUTEROL 3ML  +    4      44.00      44.00
08220821 5330116              ALBUTEROL 3ML  +    3      33.00      33.00
08180816 5331231              ATROVENT .02%  +    2      22.00      22.00
08180817 5331231              ATROVENT .02%  +    4      44.00      44.00
08190818 5331231              ATROVENT .02%  +    4      44.00      44.00
08200819 5331231              ATROVENT .02%  +    4      44.00      44.00
08210820 5331231              ATROVENT .02%  +    4      44.00      44.00
08220821 5331231              ATROVENT .02%  +    3      33.00      33.00
08180817 5338162              BISACODYL 10MG +    1      16.00      16.00
 8190818 5338162              BISACODYL 10MG +    1      16.00      16.00
 8180818 5357250 A4646        IOPAM61 BT100       1     828.00     828.00
08200814 5412640 X7700        NACL .9 100ML       1     180.00     180.00
08200814 5412670 X7700        NACL .9 1L          1     195.00     195.00
08180814 5420005 X7700        ST IV SEC           1      94.00      94.00
08190817 5420005 X7700        ST IV SEC           1      94.00      94.00
08180814 5420093 X7700        ST IV ADM           1     105.00     105.00
08180815 5420093 X7700        ST IV ADM           1     105.00     105.00
08190817 5420093 X7700        ST IV ADM           1     105.00     105.00
08220821 5420093 X7700        ST IV ADM           1     105.00     105.00
08180814 5420118 X7700        XT IV START         1     111.00     111.00
08190817 5420118 X7700        XT IV START         1     111.00     111.00
08180814 5420123 X7700        CATH IV PLCMNT      1     108.00     108.00
```

P.O. BOX 676864
DALLAS TX 75267-6864            004018867      DISCHARGE

08/24/03

DELSON CANDELARIO              BROWNSVILLE MEDICAL CENTER
901 WILDROSE LANE              P.O. BOX 676864
BROWNSVILLE   TX 78521         DALLAS TX 75267-6864

DELSON CANDELARIO       M   62   08/15/03   08/21/03   6   40   4

| | | | | | |
|---|---|---|---|---|---|
| 08180816 | 5500120 | 96664 | MED DEMO/EVAL | 1 | 130.00 | 130.00 |
| 08180816 | 5500122 | 94640 | NEB TREAT | 1 | 114.00 | 114.00 |
| 08180817 | 5500122 | 94640 | NEB TREAT | 4 | 456.00 | 456.00 |
| 08190818 | 5500122 | 94640 | NEB TREAT | 4 | 456.00 | 456.00 |
| 08200819 | 5500122 | 94640 | NEB TREAT | 4 | 456.00 | 456.00 |
| 08210820 | 5500122 | 94640 | NEB TREAT | 4 | 456.00 | 456.00 |
| 08220821 | 5500122 | 94640 | NEB TREAT | 3 | 342.00 | 342.00 |
| 08220821 | 5500702 | | OXYGEN HOURS | 16 | 864.00 | 864.00 |
| 08150815 | 5705200 | 97001GP | PT EVAL LTD | 1 | 236.00 | 236.00 |
| 08150815 | 5705296 | 97110GP | THERAPTC EXER15 | 1 | 179.00 | 179.00 |
| 08170816 | 5705296 | 97110GP | THERAPTC EXER15 | 1 | 179.00 | 179.00 |
| 08170817 | 5705296 | 97110GP | THERAPTC EXER15 | 1 | 179.00 | 179.00 |
| 08180818 | 5705296 | 97110GP | THERAPTC EXER15 | 1 | 179.00 | 179.00 |
| 08190819 | 5705296 | 97110GP | THERAPTC EXER15 | 1 | 179.00 | 179.00 |
| 08200820 | 5705296 | 97110GP | THERAPTC EXER15 | 1 | 179.00 | 179.00 |
| 08150815 | 5705312 | 97530GP | THERPTC ACTRA15 | 1 | 178.00 | 178.00 |
| 08170816 | 5705312 | 97530GP | THERPTC ACTRA15 | 1 | 178.00 | 178.00 |
| 08180818 | 5705312 | 97530GP | THERPTC ACTRA15 | 1 | 178.00 | 178.00 |
| 08190819 | 5705656 | 97116GP | GAIT/STR TRN 15 | 1 | 179.00 | 179.00 |
| 08200820 | 5705656 | 97116GP | GAIT/STR TRN 15 | 1 | 179.00 | 179.00 |
| 08150814 | 6100327 | 99285 | ER VISIT LVL V | 1 | 1091.00 | 1091.00 |
| 08190817 | 8031920 | | CRM SKIN PROTC | 4 | 224.00 | 224.00 |
| 210820 | 8031920 | | CRM SKIN PROTC | 2 | 112.00 | 112.00 |
| 08190817 | 8032022 | | DIAP ADLT LG | 7 | 70.00 | 70.00 |
| 08190818 | 8032022 | | DIAP ADLT LG | 4 | 40.00 | 40.00 |
| 08200819 | 8032022 | | DIAP ADLT LG | 5 | 50.00 | 50.00 |
| 08210820 | 8032022 | | DIAP ADLT LG | 6 | 60.00 | 60.00 |
| 08180815 | 8032360 | | GRADUATE | 1 | 12.00 | 12.00 |
| 08190818 | 8032360 | | GRADUATE | 1 | 12.00 | 12.00 |
| 08180815 | 8032590 | | KT PT CR | 1 | 97.00 | 97.00 |
| 08180815 | 8033775 | | RAZOR DISP | 1 | 11.00 | 11.00 |
| 08190817 | 8035067 | | UNDRPD CHUX EA | 4 | 24.00 | 24.00 |
| 08210820 | 8035067 | | UNDRPD CHUX EA | 2 | 12.00 | 12.00 |
| 08200819 | 8035120 | | URINAL MALE | 2 | 18.00 | 18.00 |

P.O. BOX 676864
DALLAS TX 75267-6864          004018867      DISCHARGE

08/26/03

DELEON CANDELARIO          BROWNSVILLE MEDICAL CENTER
901 WILDROSE LANE          P.O. BOX 676864
BROWNSVILLE    TX 78521    DALLAS TX 75267-6864

DELEON CANDELARIO          M  62  08/15/03   08/21/03   6   40   5

| | | | | | |
|---|---|---|---|---|---|
| 08180814 | 8083135 | TRY CATH FOLY | 1 | 396.00 | 396.00 |
| 08190818 | 8083135 | TRY CATH FOLY | 1 | 396.00 | 396.00 |
| 08180814 | 8083178 | TRY CATH ST | 2 | 378.00 | 378.00 |
| 08190818 | 8083707 | TRY IRR W/SYR | 1 | 189.00 | 189.00 |
| 08180814 | 8064403 | TRY URIN METER | 1 | 31.00 | 31.00 |
| 08200819 | 8162095 | DSP GOWN AS | 1 | 68.00 | 68.00 |
| 08180816 | 8206000 | MEB AEROSOL | 1 | 106.00 | 106.00 |

36795.00      36795.00

004018867   . DELEON CANDELARIO

BROWNSVILLE MEDICAL CENTER
IRS#760354630              956-544-1401

```
P.O. BOX 676864
DALLAS TX 75267-6864          004018867      DISCHARGE

                               08/24/03

   DELEON CANDELARIO        BROWNSVILLE MEDICAL CENTER
   901 WILDROSE LANE        P.O. BOX 676864
   BROWNSVILLE    TX 78521  DALLAS TX 75267-6864

 DELEON CANDELARIO      M   62  08/15/03   08/21/03  6   40   6

DRG#
320
```

|                           |           |
|---------------------------|-----------|
| PT EVAL/RE-EVAL           | 236.00    |
| DIAGNOSTIC RADIOPHARM     | 828.00    |
| PHARMACY                  | 1,644.00  |
| SEMI PRIVATE ROOM         | 5,400.00  |
| PHARMACY                  | 180.00    |
| RADIOLOGY                 | 1,698.00  |
| PHARMACY-INJECTIONS       | 3,824.00  |
| LABORATORY                | 7,207.00  |
| STERILE SUPPLIES          | 1,427.00  |
| EKG                       | 377.00    |
| CENTRAL SUPPLY            | 2,681.00  |
| PHYSICAL THERAPY          | 1,966.00  |
| INHALATION THERAPY        | 2,410.00  |
| EMERGENCY ROOM            | 1,091.00  |
| CT SCAN                   | 5,451.00  |
| IV THERAPY                | 375.00    |

                    36,795.00

BROWNSVILLE MEDICAL CENTER                    IRS# 760354630
P.O. BOX 676877
FINAL  10/04/02    DALLAS TX
75267-6877                        956 544 1400    O/P    1


DELEON,CANDELARIO            6206502    TO O 454662544    9/30/02    9/30/02
                                                         9:05AM     11:59PM


                        14458    454662544    SIDIQ HOMAYON

CANDELARIO  DELEON
901 WILDROSE LANE          MEDICAID              511972653
BROWNSVILLE      TX  78521                                      6



09300230600159 CT CHEST W/O CME1M1021       1    2,354.00
09300230600167 CT CHEST W/CM  E1M1681       1    2,704.00

    ** TOTAL   IMAGING-CT SCAN              . ====    5,058.00

09300240184863 UREA NITROGEN BG641050       1     135.00
09300240181331 CREATININE SERUG182650       1     116.00

    ** TOTAL   LABORATORY-PRIMARY            ====     251.00

09300250190370 CONRAY-60 50ML      J34      2     290.00

    ** TOTAL   PHARMACY-INJECTABLES          ====     290.00


    SUB-TOTAL OF CHARGES                           5,599.00










                                                  5,599.00

BROWNSVILLE MEDICAL CENTER                                    IRS# 760354030
P.O. BOX 676877
FINAL   10/04/02    DALLAS TX
75267-6877                              956 544 1400    O/P    2

DELEON,CANDELARIO        6206502    TO O 454662544    9/30/02    9/30/02
                                                      9:05AM    11:59PM

                         14458    454662544    SIDIQ HOMAYON

CANDELARIO  DELEON
901 WILDROSE LANE       MEDICAID              511972653
BROWNSVILLE      TX  78521                              6/15/41


          * * * DEPARTMENT SUMMARY * * *

          IMAGING-CT SCAN              ====    5,058.00
          LABORATORY-PRIMARY           ====      251.00
          PHARMACY-INJECTABLES         ====      290.00


                                               5,599.00

BROWNSVILLE MEDICAL CENTER                                     IRS# 760354630
P.O. BOX 676877
FINAL  06/04/02        DALLAS TX
                       75267-6877
                                              956 544 1400    MED    1

DELEON,CANDELARIO          3389376   TO I 454662544      5/29/02      6/01/02
                                                        6:29PM       3:17PM

                          14458    454662544    SIDIQ HOMAYON

CANDELARIO  DELEON
901 WILDROSE LANE         MEDICAID              511972653
BROWNSVILLE     TX 78521
                                                        6/15/41


05300215000052 ER VISIT LEVEL      W00    1     841.00

        ** TOTAL  EMERGENCY ROOM                  ====     841.00

05290220100087 ART BL GAS ANALG061440     1     748.00
05290220102034 PHLEBOTOMY ARTE            1      62.00
05300220101143 OXYGEN EMERGENCJ200300     1     217.00

        ** TOTAL  RESPIRATORY THERAPY           ====    1,027.00

05290220200176 EKG 3 CHANNEL WQ505150     1     377.00
        TRF #009358889

        ** TOTAL  CARDIOLOGY                     ====     377.00

05290230100416 CHEST 2V       E1D1500     1     471.00
        TRF #009358889

        ** TOTAL  IMAGING-RADIOLOGY-DIAG         ====     471.00

05290240182982 MAGNESIUM      G388700     1     271.00
        DELEON, CANDELARI
05290240151359 PROFILE, BLOOD             1     212.00
        DELEON, CANDELARI
05290240189540 COMPREHENSIVE M            1     705.00
        DELEON, CANDELARI
05290240170441 URINALYSIS, COM            1     171.00
        DELEON, CANDELARI
05290240161077 URINE CULTURE W            1     250.00
        DELEON, CANDELARI
05290240160194 CULTURE URINE I            1     220.00
        DELEON, CANDELARI
05290240160483 SENSITIVITY TESG049850     1     235.00
        DELEON, CANDELARI

BROWNSVILLE MEDICAL CENTER                                        IRS# 760354630
P.O. BOX 676877

FINAL  06/04/02        DALLAS TX
                       75267-6877
                                                 956 544 1400    MED    2

DELEON,CANDELARIO            3389376    TO I 454662544        5/29/02      6/01/02
                                                             6:29PM       3:17PM

                            14458    454662544      SIDIQ HOMAYON

CANDELARIO  DELEON
901 WILDROSE LANE        MEDICAID                   511972653
BROWNSVILLE      TX  78521
                                                                    6/15/41


05300240151359 PROFILE, BLOOD                   1      212.00
        DELEON, CANDELARI
05300240188153 BASIC METABOLIC                  1      481.00
        DELEON, CANDELARI
05310240151359 PROFILE, BLOOD                   1      212.00
        DELEON, CANDELARI
06010240151359 PROFILE, BLOOD                   1      212.00
        DELEON, CANDELARI

     ** TOTAL  LABORATORY-PRIMARY                ====  3,181.00

05300250000025 TYLENOL 325MG        W00    6      30.00
        CACETAMIN 325MG
05300250000199 ACETAMINOPHEN S      W00    2      16.00
        CACETAMINOPHEN
05300250063379 ORUDIS 75MG          W00    4      64.00
        CKETOPROFEN 75M
05300250018811 PROTONIX 40MG T             2      34.00
        CPANTOPRAZOLE 4
05300250012384 NEURONTIN 300MG      W00    2      32.00
        CGABAPENTIN 300
05300250012384 NEURONTIN 300MG      W00    8     128.00
        CGABAPENTIN 300
05300250001668 FLEXERIL 10MG        W00    2      26.00
        CCYCLOBENZAPRIN
05300250012475 AVENTYL 25MG         W00    2      28.00
        CNORTRIPTYLINE
05300250033380 UROQID-ACID TAB      W00   16     128.00
        CMETHEN MAND SO
05300250073196 THERAGRAN-M          W00    2      16.00
        CTHERAGRAN-M TA
05300250000025 TYLENOL 325MG        W00    6      30.00
        CACETAMIN 325MG
05300250063379 ORUDIS 75MG          W00    4      64.00

BROWNSVILLE MEDICAL CENTER
P.O. BOX 676877
DALLAS TX
75267-6877

FINAL  06/04/02

956 544 1400  MED  3

DELEON,CANDELARIO          3389376    TO I 454662544    5/29/02    6/01/02
                                                        6:29PM     3:17PM

                          14458    454662544    SIDIQ HOMAYON

CANDELARIO  DELEON
901 WILDROSE LANE        MEDICAID              511972653
BROWNSVILLE      TX  78521                            6/15/41

| | | | | |
|---|---|---|---|---|
| | CKETOPROFEN 75M | | | |
| 06010250018811 | PROTONIX 40MG T | | 2 | 34.00 |
| | CPANTOPRAZOLE 4 | | | |
| 06010250012384 | NEURONTIN 300MG | W00 | 1 | 16.00 |
| | CGABAPENTIN 300 | | | |
| 06010250012384 | NEURONTIN 300MG | W00 | 12 | 192.00 |
| | CGABAPENTIN 300 | | | |
| 06010250001668 | FLEXERIL 10MG | W00 | 6 | 78.00 |
| | CCYCLOBENZAPRIN | | | |
| 06010250012475 | AVENTYL 25MG | W00 | 3 | 42.00 |
| | CNORTRIPTYLINE | | | |
| 06010250033380 | UROQID-ACID TAB | W00 | 12 | 96.00 |
| | CMETHEN MAND SO | | | |
| 06010250073196 | THERAGRAN-M | W00 | 3 | 24.00 |
| | CTHERAGRAN-M TA | | | |
| 06010250000025 | TYLENOL 325MG | W00 | 4 | 20.00 |
| | CACETAMIN 325MG | | | |
| 06010250063379 | ORUDIS 75MG | W00 | 9 | 144.00 |
| | CKETOPROFEN 75M | | | |
| 06010250000199 | ACETAMINOPHEN S | W00 | 2- | 16.00- |
| 06010250018811 | PROTONIX 40MG T | | 2- | 34.00- |
| 06010250012384 | NEURONTIN 300MG | W00 | 12- | 192.00- |
| 06010250001668 | FLEXERIL 10MG | W00 | 5- | 65.00- |
| 06010250012475 | AVENTYL 25MG | W00 | 3- | 42.00- |
| 06010250033380 | UROQID-ACID TAB | W00 | 19- | 152.00- |
| 06010250073196 | THERAGRAN-M | W00 | 2- | 16.00- |
| 06010250000025 | TYLENOL 325MG | W00 | 9- | 45.00- |
| 06010250063379 | ORUDIS 75MG | W00 | 10- | 160.00- |

      ** TOTAL   PHARMACY NON-INJECTABLES              ====    520.00

| | | | | |
|---|---|---|---|---|
| 05300250172006 | SOD CHLORIDE 0. | J29 | 1 | 13.00 |
| 05300250133370 | ROCEPHIN 1GM | Z60 | 2 | 750.00 |
| | CCEFTRIAXONE 1G | | | |

BROWNSVILLE MEDICAL CENTER

INS# 760354630

P.O. BOX 676877

FINAL   06/04/02          DALLAS TX
                          75267-6877

                                                          956 544 1400   MED   4

DELEON,CANDELARIO          3389376   TO I 454662544        5/29/02      6/01/02
                                                          6:29PM        3:17PM

                          14458   454662544   SIDIQ HOMAYON

CANDELARIO  DELEON
901 WILDROSE LANE          MEDICAID           511972653
BROWNSVILLE    TX  78521                                  6/15/41

| | | | | |
|---|---|---|---|---|
| 05300250133370 | ROCEPHIN 1GM | Z60 | 2 | 750.00 |
| 05300250173228 | HUMAN R 100 U/M | | 1 | 46.00 |
| | CINSULIN HUMAN | | | |
| 06010250133370 | ROCEPHIN 1GM | Z60 | 1 | 375.00 |
| | CCEFTRIAXONE 1G | | | |
| 06010250172006 | SOD CHLORIDE 0. | J29 | 1 | 13.00 |
| | CSOD CL 0.9% 10 | | | |
| 06010250133370 | ROCEPHIN 1GM | Z60 | 1- | 375.00- |
| 06010250172006 | SOD CHLORIDE 0. | J29 | 1 | 13.00 |

** TOTAL  PHARMACY-INJECTABLES                ====  1,585.00

| | | | | |
|---|---|---|---|---|
| 05300250293406 | IV ADMIXTURE | | 2 | 54.00 |
| | CIV ADMIXTURE F | | | |
| 05300250270685 | D5W 50ML | Y71 | 2 | 290.00 |
| | CIV D5W VIAFLEX | | | |
| 05300250271295 | NS 1000ML | Y71 | 1 | 157.00 |
| 05300250290956 | SET EXTENSION W | Y71 | 1 | 71.00 |
| 05300250291046 | SET, IV START K | Y71 | 1 | 90.00 |
| 05300250292895 | SET PRIM 20 UNI | Y71 | 1 | 84.00 |
| 06010250271295 | NS 1000ML | Y71 | 2 | 314.00 |
| | CIV NS 1000ML | | | |
| 06010250293406 | IV ADMIXTURE | | 1 | 27.00 |
| | CIV ADMIXTURE F | | | |
| 06010250270685 | D5W 50ML | Y71 | 1 | 145.00 |
| | CIV D5W VIAFLEX | | | |
| 06010250291046 | SET, IV START K | Y71 | 1 | 90.00 |
| | CIV SET STARTER | | | |
| 06010250292887 | SEC SET 20 UNIV | Y71 | 1 | 75.00 |
| | CIVAC SEC SET 7 | | | |
| 06010250293257 | IV SET EXTEN Y- | Y71 | 1 | 74.00 |
| | CCLAVE Y-TYPE S | | | |
| 06010250271295 | NS 1000ML | Y71 | 1 | 157.00 |
| 06010250293406 | IV ADMIXTURE | | 1- | 27.00- |

BROWNSVILLE MEDICAL CENTER                    IRS# 760354630
P.O. BOX 676877
FINAL  06/04/02          DALLAS TX
                        75267-6877              956 544 1400    MED    5

DELEON,CANDELARIO          3389376    TO I 454662544      5/29/02      6/01/02
                                                          6:29PM      3:17PM

                            14458    454662544      SIDIQ HOMAYON

CANDELARIO  DELEON
901 WILDROSE LANE          MEDICAID            511972653
BROWNSVILLE      TX  78521
                                                    6/15/41


06010250270685 D5W 50ML            Y71    1-      145.00-
06010250292028 IV CATH INTRACA     Y71    1        79.00

       ** TOTAL  IV & IRRIGATING SOLUTION          ====   1,535.00

05300250340082 PROCESSING IUPB            2        N/C
               C<PROCESSING IV
06010250340082 PROCESSING IUPB            1        N/C
               C<PROCESSING IV
06010250340082 PROCESSING IUPB            1-       N/C

       ** TOTAL  PHARMACY CLINICAL SERV            ====       .00

05290262020490 KIT, PATIENT CA     A91    1       84.00
05290262019088 DIST WATER DRIN     A91    1       16.00
05290262012505 GRADUATE, DISP 101190 Y71  1       10.00
05290262001391 COLLECTOR, SPEC     Y71    1       22.00
05290262011135 PACK, GOWN DISP101190 Y71  1       59.00
05290262003033 DIAPER ADULT LA            1        8.00
05290262018940 UNDERPAD DISP E            1        5.00
05290262018940 UNDERPAD DISP E            1        5.00
05290262011135 PACK, GOWN DISP101190 Y71  1       59.00
05290262003033 DIAPER ADULT LA            1        8.00
05290262019898 SYSTEM,BATHING-           1        6.00
05290262011028 CANNULA, NASAL     A46    1       72.00
05290262019088 DIST WATER DRIN     A91    1       16.00
05290262012901 CONTAINER, SPEC101190 Y71  1       19.00
05290262019088 DIST WATER DRIN     A91    1       16.00
05290262013032 CUFF, BLOOD PRE     A46    1       91.00
05290262019088 DIST WATER DRIN     A91    1       16.00
05290262031380 RENT, MONITOR E101190 Y71  1      311.00
05290262030101 RENT, CARDIAC OHB44100Y71  1      453.00
05290262031182 IV INFUSION PUMHF26070W86  1      266.00
05290262040217 INFUSION PUMP I101190 Y71  1      489.00

FINAL   06/04/02          P.O. BOX 676877
                          DALLAS TX
                          75267-6877                    956 544 1400   MED   6

DELEON,CANDELARIO         3389376   TO I 454662544      5/29/02      6/01/02
                                                        6:29PM       3:17PM

                          14458    454662544    SIDIQ HOMAYON

CANDELARIO  DELEON
901 WILDROSE LANE         MEDICAID              511972653
BROWNSVILLE    TX 78521                                  6/15/41

| | | | | |
|---|---|---|---|---|
| 05290262017355 SHAMPOO | 101190 | A91 | 1 | 13.00 |
| 05290262002613 POWDER, BODY | | A91 | 1 | 7.00 |
| 05300262040217 INFUSION PUMP I101190 | | Y71 | 1 | 489.00 |
| 05300262031182 IV INFUSION PUMHF26070W86 | | | 1 | 266.00 |
| 05300262003033 DIAPER ADULT LA | | | 1 | 8.00 |
| 05300262003033 DIAPER ADULT LA | | | 1 | 8.00 |
| 05300262018940 UNDERPAD DISP E | | | 1 | 5.00 |
| 05300262019898 SYSTEM,BATHING- | | | 1 | 6.00 |
| 05300262018940 UNDERPAD DISP E | | | 1 | 5.00 |
| 05300262003033 DIAPER ADULT LA | | | 1 | 8.00 |
| 05300262003033 DIAPER ADULT LA | | | 1 | 8.00 |
| 05300262003033 DIAPER ADULT LA | | | 1 | 8.00 |
| 05300262003033 DIAPER ADULT LA | | | 1 | 8.00 |
| 05300262003033 DIAPER ADULT LA | | | 1 | 8.00 |
| 05300262003033 DIAPER ADULT LA | | | 1 | 8.00 |
| 05300262013016 CREAM, PROTECTI | | Y71 | 1 | 48.00 |
| 05300262003033 DIAPER ADULT LA | | | 1 | 8.00 |
| 05300262003033 DIAPER ADULT LA | | | 1 | 8.00 |
| 05300262003033 DIAPER ADULT LA | | | 1 | 8.00 |
| 05300262003033 DIAPER ADULT LA | | | 1 | 8.00 |
| 05300262018940 UNDERPAD DISP E | | | 1 | 5.00 |
| 05300262018940 UNDERPAD DISP E | | | 1 | 5.00 |
| 05300262018940 UNDERPAD DISP E | | | 1 | 5.00 |
| 05300262018940 UNDERPAD DISP E | | | 1 | 5.00 |
| 05300262018940 UNDERPAD DISP E | | | 1 | 5.00 |
| 05300262003033 DIAPER ADULT LA | | | 1 | 8.00 |
| 05300262003033 DIAPER ADULT LA | | | 1 | 8.00 |
| 05310262003033 DIAPER ADULT LA | | | 1 | 8.00 |
| 05310262003033 DIAPER ADULT LA | | | 1 | 8.00 |
| 05310262003033 DIAPER ADULT LA | | | 1 | 8.00 |
| 05310262003033 DIAPER ADULT LA | | | 1 | 8.00 |
| 05310262002548 SOAP, BABY BATH | | A91 | 1 | 39.00 |
| 05310262003033 DIAPER ADULT LA | | | 1 | 8.00 |
| 05310262019088 DIST WATER DRIN | | A91 | 1 | 16.00 |

BROWNSVILLE MEDICAL CENTER                                IRS# 760354630
P.O. BOX 676877
FINAL   06/04/02        DALLAS TX
75267-6877                      956 544 1400    MED   7

DELEON,CANDELARIO         3389376    TO I 454662544      5/29/02    6/01/02
                                                        6:29PM     3:17PM

                          14458    454662544     SIDIQ HOMAYON

CANDELARIO  DELEON
901 WILDROSE LANE         MEDICAID              511972653
BROWNSVILLE    TX  78521                                    6/15/02


05310262012505 GRADUATE, DISP 101190 Y71      1     10.00
05310262031182 IV INFUSION PUMHF26070W86      1    266.00
06010262031182 IV INFUSION PUMHF26070W86      1    266.00
06010262031182 IV INFUSION PUMHF26070W86      1    266.00
06010262017199 RAZOR, DISPOSABHH84305Y71      1      9.00

     ** TOTAL   CENTRAL STORES/EQUIP           ====   3,919.00

05290265121238 SALE CAP/COLLAR                1     14.00
05290265121238 SALE CAP/COLLAR                1     14.00
05300265121238 SALE CAP/COLLAR                1     14.00
05300265121238 SALE CAP/COLLAR                1     14.00
05300265121238 SALE CAP/COLLAR                1     14.00
05300265121238 SALE CAP/COLLAR                1     14.00
05300265121238 SALE CAP/COLLAR                1     14.00

     ** TOTAL   DURABLE MEDICAL EQ             ====     98.00

05290299138802 ROOM & BOARD                   1    672.00
05300299138802 ROOM & BOARD                   1    672.00
05310299138802 ROOM & BOARD                   1    672.00

     ** TOTAL ROOM AND BOARD                   ====   2,016.00


     SUB-TOTAL OF CHARGES                             15,570.00




                                                      15,570.00

BROWNSVILLE MEDICAL CENTER                    IRS# 760354630
P.O. BOX 676877
FINAL  06/04/02        DALLAS TX
                       75267-6877                  956 544 1400    MED    8

DELEON,CANDELARIO        3389376    TO I 454662544    5/29/02    6/01/02
                                                     6:29PM     3:17PM

                       14458    454662544    SIDIQ HOMAYON

CANDELARIO  DELEON
901 WILDROSE LANE        MEDICAID              511972653
BROWNSVILLE    TX 78521                              6/15/41


        * * * DEPARTMENT SUMMARY * * *

        EMERGENCY ROOM                  ====      841.00
        RESPIRATORY THERAPY             ====    1,027.00
        CARDIOLOGY                      ====      377.00
        IMAGING-RADIOLOGY-DIAG          ====      471.00
        LABORATORY-PRIMARY              ====    3,181.00
        PHARMACY NON-INJECTABLES        ====      520.00
        PHARMACY-INJECTABLES            ====    1,585.00
        IV & IRRIGATING SOLUTION        ====    1,535.00
        CENTRAL STORES/EQUIP            ====    3,919.00
        DURABLE MEDICAL EQ              ====       98.00
          3 DAYS MED/PVT                ====    2,016.00


                                             15,570.00

BROWNSVILLE MEDICAL CENTER                          IRS# 760354630
P.O. BOX 676877
FINAL  08/21/01              DALLAS TX
                            75267-6877                956 544 1400   O/P    1


DELEON,CANDELARIO            5685842    TO O 454662544      8/17/01    8/17/01
                                                           1:37PM    11:59PM


                            14458    454662544    NUCHOVICH DORON

CANDELARIO  DELEON
901 WILDROSE LANE          MEDICAID                511972653
BROWNSVILLE      TX  78521
                                                          6/15/41



08170130600167 CT CHEST W/CM  E1M1681      1    2,372.00

       ** TOTAL   IMAGING-CT SCAN                 ====    2,372.00

08170150192558 ISOVUE 300MG/ML             1     339.00
08170150192699 ISOVUE-300 100M             1     585.00

       ** TOTAL   PHARMACY-INJECTABLES            ====     924.00

08170150291921 IV CATH BUTTERF      Y71    1      63.00

       ** TOTAL   IV & IRRIGATING SOLUTION        ====      63.00


       SUB-TOTAL OF CHARGES                              3,359.00


       * * * DEPARTMENT SUMMARY * * *

       IMAGING-CT SCAN                           ====    2,372.00
       PHARMACY-INJECTABLES                      ====     924.00
       IV & IRRIGATING SOLUTION                  ====      63.00





                                                        3,359.00

BROWNSVILLE MEDICAL CENTER                    TRS# 760354630
P.O. BOX 676877
FINAL  06/04/01    DALLAS TX
75267-6877                    956 544 1400    HBO    1

DELEON,CANDELARIO        5589126    TO 2 454662544    5/02/01    5/31/01
                                                      9:45AM    11:59PM

                    14458    454662544    AYALA JOSELUIS

CANDELARIO  DELEON
901 WILDROSE LANE        MEDICAID            511972653
BROWNSVILLE    TX  78521                    6/15/41


05020128030286 HBO DEBRID SKIN              1    380.00
05020128030336 HBO OP VISIT ESZ9100    Z91    1    204.00
05040128030328 HBO OP VISIT ESZ9100    Z91    1    164.00
05070128030336 HBO OP VISIT ESZ9100    Z91    1    204.00
05140128030328 HBO OP VISIT ESZ9100    Z91    1    164.00
05210128030328 HBO OP VISIT ESZ9100    Z91    1    164.00
05290128030328 HBO OP VISIT ESZ9100    Z91    1    164.00

    ** TOTAL   OTHER DIAG/THERA SERVICE        ====  1,444.00

05160150044155 ACCUZYME 30MG                1    360.00
05290150044155 ACCUZYME 30MG                1    360.00
        N       CPAPAIN/UREA 30

    ** TOTAL   PHARMACY NON-INJECTABLES        ====   720.00

05020162013016 CREAM, PROTECTI      Y71    1    42.00
05020162013586 DRESSING, 4 X 4      Y71    1    47.00
05020162013826 DRESSING, KERLIHT23600Y71    1    50.00
05020162017280 DISP, SCALPEL  101190 Y71    1    21.00
05020162018940 UNDERPAD DISP E              1     4.00
05020162019641 BARRIER, FILM S      Y71    1    34.00
05040162013586 DRESSING, 4 X 4      Y71    1    47.00
05040162013826 DRESSING, KERLIHT23600Y71    1    50.00
05040162018940 UNDERPAD DISP E              1     4.00
05070162013826 DRESSING, KERLIHT23600Y71    1    50.00
05070162018940 UNDERPAD DISP E              1     4.00
05210162018940 UNDERPAD DISP E              2     8.00
05290162013826 DRESSING, KERLIHT23600Y71    1    50.00
05290162018940 UNDERPAD DISP E              3    12.00

    ** TOTAL   CENTRAL STORES/EQUIP            ====   423.00

BROWNSVILLE MEDICAL CENTER

P.O. BOX 676877
DALLAS TX
75267-6877

FINAL   06/04/01

956 544 1400      HBO    2

DELEON, CANDELARIO            5589126   TO 2 454662544      5/02/01      5/31/01
                                                            9:45AM      11:59PM

                          14458    454662544    AYALA JOSELUIS

CANDELARIO  DELEON
901 WILDROSE LANE        MEDICAID              511972653
BROWNSVILLE    TX 78521                              6/15/41

        SUB-TOTAL OF CHARGES                 2,587.00
        * * * DEPARTMENT SUMMARY * * *

        OTHER DIAG/THERA SERVICE        ====   1,444.00
        PHARMACY NON-INJECTABLES        ====     720.00
        CENTRAL STORES/EQUIP            ====     423.00

                                          2,587.00

BROWNSVILLE MEDICAL CENTER                                    IRS# 760388630
P.O. BOX 676877
FINAL   07/04/01      DALLAS TX
                      75267-6877                    956 544 1400      HBO    1


DELEON,CANDELARIO          5614422   TO 2 454662544      6/01/01      6/30/01
                                                        11:18AM      11:59PM


                           14458    454662544    AYALA JOSELUIS

CANDELARIO  DELEON
901 WILDROSE LANE        MEDICAID              511972653
BROWNSVILLE     TX 78521                                    6/15/41


06120128030328 HBO OP VISIT ESZ9100   Z91   1   164.00              .00
06260128030328 HBO OP VISIT ESZ9100   Z91   1   164.00              .00

     ** TOTAL   OTHER DIAG/THERA SERVICE        ====    328.00      .00

06120162013586 DRESSING, 4 X 4        Y71   1    47.00              .00
06120162018940 UNDERPAD DISP E              1     4.00              .00
06260162018940 UNDERPAD DISP E              1     4.00              .00

     ** TOTAL   CENTRAL STORES/EQUIP            ====     55.00      .00


     SUB-TOTAL OF CHARGES                              383.00      .00


     * * * DEPARTMENT SUMMARY * * *

     OTHER DIAG/THERA SERVICE              ====    328.00      .00
     CENTRAL STORES/EQUIP                  ====     55.00      .00




                                              383.00       .00

FINAL  08/04/01          P.O. BOX 676877
                        DALLAS TX
                        75267-6877                    956 544 1400   HBO    1

DELEON,CANDELARIO          5636132   TO 2 454662544      7/01/01     7/31/01
                                                        3:41PM      11:59PM

                          14458    454662544      AYALA JOSELUIS

CANDELARIO  DELEON
901 WILDROSE LANE          MEDICAID               511972653
BROWNSVILLE     TX  78521                                    6/15/41


07100128030328 HBO OP VISIT ESZ9100  Z91    1    164.00                    .00

      ** TOTAL   OTHER DIAG/THERA SERVICE           ====    164.00        .00

07100162018940 UNDERPAD DISP E              1    4.00                      .00

      ** TOTAL   CENTRAL STORES/EQUIP              ====      4.00          .00


      SUB-TOTAL OF CHARGES                                 168.00          .00


      * * * DEPARTMENT SUMMARY * * *

      OTHER DIAG/THERA SERVICE                    ====    164.00          .00
      CENTRAL STORES/EQUIP                        ====      4.00          .00




                                                        168.00          .00