FINAL  09/01/00

BROWNE MEDICAL CENTER
P.O. BOX 6877
DALLAS TX
75267-6877

956 544 1400   BCC   1

DE LEON, CANDELARIO          8801657   PT X 454662544       8/28/00      8/28/00
                                                            3:15PM      11:59PM

                             14458    454662544      HUSSAIN KHADIM

CANDELARIO  DE LEON
901 WILDROSE LANE          MEDICAID              511972653
BROWNSVILLE    TX  78521                                 6/05/41


08280015000052 ER VISIT LEVEL              1     671.00

         ** TOTAL  EMERGENCY ROOM                  ====     671.00

08280020200176 EKG 3 CHANNEL WQ505150      1     301.00

         ** TOTAL  CARDIOLOGY                      ====     301.00

08280030100416 CHEST 2V        X1D1500     1     375.00

         ** TOTAL  IMAGING-RADIOLOGY-DIAG          ====     375.00

08280030410294 EXTREM VEINS DU             1    1,173.00

         ** TOTAL  IMAGING-ULTRASOUND              ====    1,173.00

08280040161077 URINE CULTURE W             1     199.00
08280040160194 CULTURE URINE I             1     175.00
08280040160483 SENSITIVITY TESG049850      1     187.00
08280040150674 PROTHROMBIN TIMG495850      1     142.00
08280040150914 THROMBOPLASTIN G443850      1     200.00
08280040151359 PROFILE, BLOOD              1     169.00
08280040189540 COMPREHENSIVE M             1     562.00
08280040184715 TRANSAMINASE SGG625250      1     212.00
08280040182826 LDH LACTATE DEHG359850      1     255.00
08280040181281 CREATINE KINASEG181250      1     267.00
08280040182461 TROPONIN                    1     242.00
08280040181307 CREATINE KINASEG181700      1     393.00
08280040170441 URINALYSIS,COMP             1     136.00

         ** TOTAL  LABORATORY-PRIMARY             ====     3,139.00

08280062054044 CATH, FOLEY 5CCHD90600A43   1     157.00
08280062022074 TRAY CATH W/FOLED93208A43   1     275.00

BRONSO... LE MEDICAL CENTER
P.O. BOX ...

FINAL  09/01/00          DALLAS TX
                         75267-6877

                                          956 544 1600   ECC   2

DE LEON, CANDELARIO        8801657    PT E 454662544     8/28/00     8/28/00
                                                        3:15PM       11:59PM

                          14458    454662544      HUSSAIN KHADIM

CANDELARIO  DE LEON
901 WILDROSE LANE         MEDICAID              511972653
BROWNSVILLE     TX  78521                              6/05/41


        ** TOTAL  CENTRAL STORES/EQUIP           ====   432.00


        SUB-TOTAL OF CHARGES                            6,091.00
        * * * DEPARTMENT SUMMARY * * *

        EMERGENCY ROOM                          ====    671.00
        CARDIOLOGY                              ====    301.00
        IMAGING-RADIOLOGY-DIAG                  ====    375.00
        IMAGING-ULTRASOUND                      ====  1,173.00
        LABORATORY-PRIMARY                      ====  3,139.00
        CENTRAL STORES/EQUIP                    ====    432.00


                                                      6,091.00

BROWN***  **MEDICAL CENTER**  TRN# 76035/ 2
**FINAL  06/04/00**  DALLAS TX
75267-6877  956 544 1400  MBO  1

DE LEON,CANDELARIO  6043763  TO 2 454662544  5/01/00  5/31/00
10:33AM  11:59PM

20234  454662544  AYALA JOSELUIS

CANDELARIO  DE LEON
901 WILDROSE LANE  MEDICAID  511972653
BROWNSVILLE  TX  78521  6/05/41

| | | | | |
|---|---|---|---|---|
| 05020028030310 | MBO OP VISIT MBR9100  Z91 | 1 | 110.00 | |
| 05050028030310 | MBO OP VISIT MBR9100  Z91 | 1 | 110.00 | |
| 05080028030310 | MBO OP VISIT MBR9100  Z91 | 1 | 110.00 | |
| 05120028030302 | MBO OP VISIT MBR9100  Z91 | 1 | 62.00 | |
| | ** TOTAL  OTHER DIAG/THERA SERVICE | ==== | 392.00 | |
| 05020062008214 | DRESSING,HYDROP | 1 | 14.00 | |
| 05020062010574 | BANDAGE, ELASTINT02300Y71 | 1 | 10.00 | |
| 05050062008214 | DRESSING,HYDROP | 1 | 14.00 | |
| 05080062008214 | DRESSING,HYDROP | 1 | 14.00 | |
| 05080062013586 | DRESSING, 4 X 4  Y71 | 1 | 39.00 | |
| 05080062013594 | DRESSING, ADAPTES14500Y71 | 1 | 28.00 | |
| 05080062018940 | UNDERPAD DISP E | 1 | 3.00 | |
| 05120062013586 | DRESSING, 4 X 4  Y71 | 1 | 39.00 | |
| 05120062018940 | UNDERPAD DISP E | 2 . | 6.00 | |
| | ** TOTAL  CENTRAL STORES/EQUIP | ==== | 167.00 | |
| | SUB-TOTAL OF CHARGES | | 559.00 | |

559.00

BROW █ █ LE MEDICAL CENTER                    IR## 7603..630
FINAL  06/04/00       P.O. █ █          DALLAS TX
75267-6877)                              956 544 1400   HO   2

DE LEON,CANDELARIO        6043763    TO 2 454662544    5/01/00    5/31/00
10:33AM    11:59PM

20234    454662544    AYALA JOSELUIS

CANDELARIO  DE LEON
901 WILDROSE LANE        MEDICAID              511972653
BROWNSVILLE    TX  78521                                6/05/41


* * * DEPARTMENT SUMMARY * * *

OTHER DIAG/THERA SERVICE              ====    392.00
CENTRAL STORES/EQUIP                  ====    167.00


559.00

BROWNS MEDICAL CENTER
P.O. BOX 6877
DALLAS TX
75267-6877

FINAL  05/04/00

956 544 1400    EBO    1

DE LEON,CANDELARIO          6022669    TO 2 454662544    4/01/00    4/30/00
                                                         9:44AM     11:59PM

99831    454662544    VENEGAS LUIS R

CANDELARIO  DE LEON
901 WILDROSE LANE          MEDICAID              511972653
BROWNSVILLE    TX  78521                              6/05/41


| Code | Description | | Qty | Amount |
|---|---|---|---|---|
| 04030028030310 | EBO OP VISIT ESR9100 | Z91 | 1 | 110.00 |
| 04040028030310 | EBO OP VISIT ESR9100 | Z91 | 1 | 110.00 |
| 04060028030310 | EBO OP VISIT ESR9100 | Z91 | 1 | 110.00 |
| 04110028030310 | EBO OP VISIT ESR9100 | Z91 | 1 | 110.00 |
| 04140028030310 | EBO OP VISIT ESR9100 | Z91 | 1 | 110.00 |
| 04180028030310 | EBO OP VISIT ESR9100 | Z91 | 1 | 110.00 |
| 04200028030310 | EBO OP VISIT ESR9100 | Z91 | 1 | 110.00 |
| 04240028030328 | EBO OP VISIT ESR9100 | Z91 | 1 | 136.00 |
| 04270028030328 | EBO OP VISIT ESR9100 | Z91 | 1 | 136.00 |

** TOTAL  OTHER DIAG/THERA SERVICE          ====  1,042.00

| Code | Description | | Qty | Amount |
|---|---|---|---|---|
| 04030062010574 | BANDAGE, ELASTINT02300Y71 | | 1 | 10.00 |
| 04030062013867 | DRESSING, 2 X 2 | Y71 | 2 | 70.00 |
| 04030062014311 | DRESSING, XEROFRU21200Y71 | | 1 | 35.00 |
| 04030062018940 | UNDERPAD DISP B | | 1 | 3.00 |
| 04030062018641 | BARRIER, FILM S | Y71 | 1 | 28.00 |
| 04040062008214 | DRESSING,HYDROP | | 1 | 14.00 |
| 04040062013016 | CREAM, PROTECTI | Y71 | 1 | 35.00 |
| 04040062013594 | DRESSING, ADAPTHS14500Y71 | | 1 | 28.00 |
| 04060062008214 | DRESSING,HYDROP | | 1 | 14.00 |
| 04060062013586 | DRESSING, 4 X 4 | Y71 | 1 | 39.00 |
| 04060062013867 | DRESSING, 2 X 2 | Y71 | 1 | 35.00 |
| 04060062018940 | UNDERPAD DISP B | | 1 | 3.00 |
| 04110062013016 | CREAM, PROTECTI | Y71 | 1 | 35.00 |
| 04110062013586 | DRESSING, 4 X 4 | Y71 | 1 | 39.00 |
| 04140062008214 | DRESSING,HYDROP | | 1 | 14.00 |
| 04140062013586 | DRESSING, 4 X 4 | Y71 | 1 | 39.00 |
| 04140062013594 | DRESSING, ADAPTHS14500Y71 | | 1 | 28.00 |
| 04140062018940 | UNDERPAD DISP B | | 2 | 6.00 |
| 04180062008214 | DRESSING,HYDROP | | 1 | 14.00 |
| 04180062013016 | CREAM, PROTECTI | Y71 | 2 | 70.00 |
| 04180062013594 | DRESSING, ADAPTHS14500Y71 | | 1 | 28.00 |
| 04180062018940 | UNDERPAD DISP B | | 1 | 3.00 |

```
FINAL  05/04/00        DALLAS TX
                       P.O. BOX 67877
                       75267-6877                    956 544 1400    HBO    2

DE LEON,CANDELARIO        6022669    TO 2 454662544      4/01/00      4/30/00
                                                        9:44AM      11:59PM

                             99831    454662544    VENEGAS LUIS R

CANDELARIO  DE LEON
901 WILDROSE LANE        MEDICAID                  511972653
BROWNSVILLE    TX  78521                                     6/05/41


04200062008214 DRESSING,HYDROP          1     14.00
04200062013586 DRESSING, 4 X 4    Y71   1     39.00
04240062008214 DRESSING,HYDROP          2     28.00
04240062018940 UNDERPAD DISP E          1      3.00
04270062008214 DRESSING,HYDROP          2     28.00
04270062018940 UNDERPAD DISP E          1      3.00

     ** TOTAL   CENTRAL STORES/EQUIP          ====    705.00


     SUB-TOTAL OF CHARGES                            1,747.00
     * * * DEPARTMENT SUMMARY * * *

     OTHER DIAG/THERA SERVICE                ====    1,042.00
     CENTRAL STORES/EQUIP                    ====     705.00




                                        1,747.00
```

**FINAL** 04/04/00

ERC ELL MEDICAL CENTER
P.O. BOX 6877
DALLAS TX
75267-6877

956 544 1400    EBO    1

DE LEON,CANDELARIO        4980549    TO 2 454662544        3/01/00    3/31/00
                                                           12:19PM    11:59PM

                         97384    454662544    VENEGAS LUIS R

CANDELARIO DE LEON
901 WILDROSE LANE        MEDICAID              511972653
BROWNSVILLE    TX  78521                                   6/05/41


03140028030302 EBO OP VISIT EST99100  291    1    62.00
03210028030302 EBO OP VISIT EST99100  291    1    62.00

        ** TOTAL   OTHER DIAG/THERA SERVICE      ====    124.00

03140062013586 DRESSING, 4 X 4      Y71    1    39.00
03140062018940 UNDERPAD DISP B             1     3.00

        ** TOTAL   CENTRAL STORES/EQUIP          ====     42.00


        SUB-TOTAL OF CHARGES                             166.00


        * * * DEPARTMENT SUMMARY * * *

        OTHER DIAG/THERA SERVICE                ====    124.00
        CENTRAL STORES/EQUIP                    ====     42.00




                                                166.00

BROWN    LE MEDICAL CENTER                    IRS# 76035.030
FINAL  03/04/00          DALLAS TX
                        75267-6877                    956 544 1400    EBO    1

DE LEON,CANDELARIO          4998499   TO 2 454662544      2/01/00    2/29/00
                                                         3:38PM     11:59PM

                        95694     454662544    VENEGAS LUIS R
CANDELARIO  DE LEON
901 WILDROSE LANE       MEDICAID              511972653
BROWNSVILLE    TX 78521                                  6/05/41


02080028030310 EBO OP VISIT ESX9100   Z91    1     96.00
02080028030310 EBO OP VISIT ESX9100   Z91    1     96.00
02220028030328 EBO OP VISIT ESX9100   Z91    1     118.00
02290028030328 EBO OP VISIT ESX9100   Z91    1     118.00

    ** TOTAL  OTHER DIAG/THERA SERVICE        ====    428.00

02080062018940 UNDERPAD DISP E              1     2.00
02080062018940 UNDERPAD DISP E              1     2.00
02220062013586 DRESSING, 4 X 4       Y71    1     34.00
02220062013826 DRESSING, KERLIET23600Y71    1     36.00
02220062013867 DRESSING, 2 X 2       Y71    1     30.00
02220062018940 UNDERPAD DISP E              1     2.00

    ** TOTAL  CENTRAL STORES/EQUIP           ====    106.00


    SUB-TOTAL OF CHARGES                            534.00




                                                   534.00

BROWNSVILLE MEDICAL CENTER
P.O. BOX 676877
FINAL  03/04/00          DALLAS TX
75267-6877
956 544 1400    HMO    2

DE LEON, CANDELARIO        4998499    TO 2 454662544    2/01/00    2/29/00
3:38PM    11:59PM

95694    454662544    VENEGAS LUIS R

CANDELARIO  DE LEON
901 WILDROSE LANE        MEDICAID        511972653
BROWNSVILLE    TX  78521                6/05/41


* * * DEPARTMENT SUMMARY * * *

OTHER DIAG/THERA SERVICE            ----    428.00
CENTRAL STORES/EQUIP                ----    106.00




                                    534.00

BROWNSVILLE MEDICAL CENTER
P.O. BOX 6877
DALLAS TX
75267-6877                          956 544 1400    BMC    1

FINAL  02/02/00

DE LEON, CANDELARIO          4966421    TO 2 454662544        1/01/00    1/31/00
                                                             10:37AM    11:59PM

                             93768    454662544    AYALA JOSELUIS

CANDELARIO  DE LEON
901 WILDROSE LANE            MEDICAID            454662544
BROWNSVILLE    TX  78521                              6/05/41


01040028030328 BMC OP VISIT ESE9100  291    1    118.00
01110028030328 BMC OP VISIT ESE9100  291    1    118.00
01250028030328 BMC OP VISIT ESE9100  291    1    118.00

     ** TOTAL  OTHER DIAG/THERA SERVICE         ====    354.00

01250040186546 GLUCOSE BLOOD S              1    34.00

     ** TOTAL  LABORATORY-PRIMARY              ====    34.00

01250050044858 PANAFIL OINT 30              1    165.00

     ** TOTAL  PHARMACY NON-INJECTABLES         ====    165.00

01250050340520 DAILY PROFILE R             1    30.00
01250050341080 PROFILE INITIAT             1    30.00

     ** TOTAL  PHARMACY CLINICAL SERV           ====    60.00

01040062010574 BANDAGE, ELASTIET02300Y71   1    9.00
01040062013586 DRESSING, 4 X 4       Y71    4    136.00
01040062013594 DRESSING, ADAPTES14500Y71   1    24.00
01040062013826 DRESSING, KERLIET23600Y71   3    108.00
01040062013867 DRESSING, 2 X 2       Y71    1    30.00
01040062018940 UNDERPAD DISP B             3    6.00
01110062010574 BANDAGE, ELASTIET02300Y71   1    9.00
01110062013586 DRESSING, 4 X 4       Y71    1    34.00
01110062018940 UNDERPAD DISP B             2    4.00
01250062013586 DRESSING, 4 X 4       Y71    1    34.00
01250062013826 DRESSING, KERLIET23600Y71   1    36.00
01250062018940 UNDERPAD DISP B             1    2.00
01250062019641 BARRIER, FILM S       Y71    1    24.00

     ** TOTAL  CENTRAL STORES/EQUIP            ====    456.00

BROWN LE MEDICAL CENTER                        IRS# 7601    .30
FINAL  02/02/00    DALLAS TX
75267-6877                        956 544 1400    EBO    2

DE LEON,CANDELARIO            4946421    TO 2 454662544    1/01/00    1/31/00
                                                          10:37AM    11:59PM

                         93768    454662544    AYALA JOSELUIS

CANDELARIO  DE LEON
901 WILDROSE LANE        MEDICAID            454662544
BROWNSVILLE      TX 78521
                                             6/05/41


        SUB-TOTAL OF CHARGES                    1,069.00
        * * * DEPARTMENT SUMMARY * * *

        OTHER DIAG/THERA SERVICE        ====      354.00
        LABORATORY-PRIMARY              ====       34.00
        PHARMACY NON-INJECTABLES        ====      165.00
        PHARMACY CLINICAL SERV          ====       60.00
        CENTRAL STORES/EQUIP            ====      456.00




                                        1,069.00

BROWN    A MEDICAL CENTER           IRS# 760-- -

FINAL  01/04/00        DALLAS TX
                       75267-6877
                                        956 544 1400    KBO    1

DE LEON,CANDELARIO          4915356    TO 2 454662544   12/01/99   12/31/99
                                                        3:54PM    3:54PM

                       91451   454662544    AYALA JOSELUIS

CANDELARIO  DE LEON
901 WILDROSE LANE         MEDICAID            454662544
BROWNSVILLE    TX  78521                                6/05/41


12079928030310 KBO OF VISIT ESE9100  Z91    1     96.00
12149928030310 KBO OF VISIT ESE9100  Z91    1     96.00
12219928030328 KBO OF VISIT ESE9100  Z91    1    118.00
12289928030336 KBO OF VISIT ESE9100  Z91    1    147.00
12299928030336 KBO OF VISIT ESE9100  Z91    1-   147.00-

      ** TOTAL  OTHER DIAG/THERA SERVICE        ====   310.00

12079962013586 DRESSING, 4 X 4       Y71    2     68.00
12079962013693 DRESSING, ADAPTES14500Y71    2     32.00
12079962013826 DRESSING, KERLIKT23600Y71    2     72.00
12079962018940 UNDERPAD DISP E              1      2.00
12149962013826 DRESSING, KERLIKT23600Y71    1     36.00
12149962018940 UNDERPAD DISP E              1      2.00
12219962013586 DRESSING, 4 X 4       Y71    1     34.00
12219962018940 UNDERPAD DISP E              1      2.00
12289962013586 DRESSING, 4 X 4       Y71    1     34.00
12289962013826 DRESSING, KERLIKT23600Y71    1     36.00
12289962018940 UNDERPAD DISP E              1      2.00

      ** TOTAL  CENTRAL STORES/EQUIP            ====   320.00


      SUB-TOTAL OF CHARGES                             630.00




                                                       630.00

BROWNSVILLE MEDICAL CENTER                    IRS# 760354630
P.O. BOX 676877
FINAL  01/04/00              DALLAS TX
75267-6877                              956 544 1400    HBO    2

DE LEON,CANDELARIO          4915356   TO 2 454662544     12/01/99    12/31/99
3:54PM      3:54PM

91451    454662544    AYALA JOSELUIS

CANDELARIO  DE LEON
901 WILDROSE LANE        MEDICAID              454662544
BROWNSVILLE      TX  78521                            6/05/41


* * * DEPARTMENT SUMMARY * * *

OTHER DIAG/THERA SERVICE              ====    310.00
CENTRAL STORES/EQUIP                  ====    320.00       :


630.00

BROWN___LE MEDICAL CENTER                    IRS# 760___ _30
REBILL 01/13/00        DALLAS TX
                       75267-6877                    956 544 1400    HBO    1

DE LEON,CANDELARIO          4895649   TO 2 454662544   11/01/99    11/30/99
                                                       12:42PM     11:59PM

                       90511   454662544   AYALA JOSELUIS

CANDELARIO  DE LEON
901 WILDROSE LANE      MEDICAID              454662544
BROWNSVILLE    TX 78521                                  6/05/41


11019928030328 HBO OP VISIT ESE9100   E91    1    118.00
11159928030328 HBO OP VISIT ESE9100   E91    1    118.00
11239928030328 HBO OP VISIT ESE9100   E91    1    118.00
11299928030328 HBO OP VISIT ESE9100   E91    1    118.00

    ** TOTAL  OTHER DIAG/THERA SERVICE         ====    472.00

11019962013586 DRESSING, 4 X 4        Y71    2    68.00
11019962013826 DRESSING, KERLIX23600Y71      1    36.00
11019962018940 UNDERPAD DISP E               1     2.00
11159962013586 DRESSING, 4 X 4        Y71    1    34.00
11159962013693 DRESSING, ADAPTHE14500Y71     1    16.00
11159962013826 DRESSING, KERLIX23600Y71      1    36.00
11159962018197 TAPE, ELASTIKOMED07400Y71     1    47.00
11229962013586 DRESSING, 4 X 4        Y71    1    34.00
11229962013693 DRESSING, ADAPTHE14500Y71     1    16.00
11229962013826 DRESSING, KERLIX23600Y71      2    72.00
11229962018940 UNDERPAD DISP E               1     2.00
11299962013586 DRESSING, 4 X 4        Y71    1    34.00
11299962013826 DRESSING, KERLIX23600Y71      2    72.00
11299962018940 UNDERPAD DISP E               2     4.00

    ** TOTAL  CENTRAL STORES/EQUIP            ====    473.00

    SUB-TOTAL OF CHARGES                              945.00




                                                     945.00

BROWNSVILLE MEDICAL CENTER
P.O. BOX 6877
REBILL 01/13/00          DALLAS TX
75267-6877

956 544 1400     HMO     2

DE LEON,CANDELARIO     4895649     TO 2 454662544     11/01/99     11/30/99
                                                    12:42PM     11:59PM

90511     454662544     AYALA JOSELUIS

CANDELARIO   DE LEON
901 WILDROSE LANE          MEDICAID               454662544
BROWNSVILLE     TX  78521                              6/05/41


* * * DEPARTMENT SUMMARY * * *

OTHER DIAG/THERA SERVICE          ====     472.00
CENTRAL STORES/EQUIP              ====     473.00

945.00

BROWNSVILLE MEDICAL CENTER          IRS# 0364630
P.O. BOX 227743-4
FINAL  11/04/99          DALLAS TX
75267-6877                         956 544 1400   HBO   1

DE LEON, CANDELARIO          4879414   TO 2 454662544    10/18/99   10/31/99
                                                         10:17AM

                              88259   454662544    AYALA JOSELUIS

CANDELARIO DE LEON
901 WILDROSE LANE          MEDICAID          454662544
BROWNSVILLE     TX  78521                              6/05/41


10189928030328 HBO OP VISIT ESZ9100  Z91      1     118.00

   ** TOTAL  OTHER DIAG/THERA SERVICE           ====    118.00

10189962013586 DRESSING, 4 X 4       Y71      2      68.00
10189962013826 DRESSING, KERLIET23600Y71      2      72.00
10189962018940 UNDERPAD DISP E               1       2.00
10189962080825 SHOE, CAST WALKER60475Y71      2     372.00

   ** TOTAL  CENTRAL STORES/EQUIP              ====    514.00

   SUB-TOTAL OF CHARGES                                632.00

   * * * DEPARTMENT SUMMARY * * *

   OTHER DIAG/THERA SERVICE                    ====    118.00
   CENTRAL STORES/EQUIP                        ====    514.00

                                                       632.00

FINAL  10/20/99

BRUH LINE MEDICAL CENTER      X 676877

75267-6877                              956 544 1400   SUX   1

DE LEON, CANDELARIO        2095874   TO I 454662544    10/01/99   10/09/99
                                                       9:56PM     3:54PM

9587   454662544    SIDIQ HOMAYON

CANDELARIO DE LEON
901 WILDROSE LANE        MEDICAID          454662544
BROWNSVILLE    TX 78521                            6/05/41


| | | | |
|---|---|---|---|
| 10029910010171 MINOR SURGERY, CA00030 | 1 | 1,084.00 | |
| ** TOTAL  SURGERY/RECOVERY | | ==== | 1,084.00 |
| 10029915000045 ER VISIT LEVEL B000250 | 1 | 417.00 | |
| ** TOTAL  EMERGENCY ROOM | | ==== | 417.00 |
| 10029920101143 OXYGEN EMERGENCJ200300 | 1 | 137.00 | |
| ** TOTAL  RESPIRATORY THERAPY | | ==== | 137.00 |
| 10029930101588 IVP UROGRAPH 7VE3K6000 | 1 | 778.00 | |
| ** TOTAL  IMAGING-RADIOLOGY-DIAG | | ==== | 778.00 |
| 10019940150674 PROTHROMBIN TIMG495850 | 1 | 113.00 | |
| DE LEON, CANDELARIO | | | |
| 10019940150914 THROMBOPLASTIN G443850 | 1 | 159.00 | |
| DE LEON, CANDELARIO | | | |
| 10019940151359 PROFILE, BLOOD | 1 | 135.00 | |
| DE LEON, CANDELARIO | | | |
| 10019940185621 PROFILE, METABOL | 1 | 447.00 | |
| DE LEON, CANDELARIO | | | |
| 10019940170441 URINALYSIS, COMP | 1 | 108.00 | |
| DE LEON, CANDELARIO | | | |
| 10029940151359 PROFILE, BLOOD | 1 | 135.00 | |
| DE LEON, CANDELARIO | | | |
| 10029940185621 PROFILE, METABOL | 1 | 447.00 | |
| DE LEON, CANDELARIO | | | |
| 10029940184665 THYROID STIM HOIR48000 | 1 | 309.00 | |
| DE LEON, CANDELARIO | | | |
| 10039940151359 PROFILE, BLOOD | 1 | 135.00 | |
| DE LEON, CANDELARIO | | | |

FINAL 10/20/99          P.O.f  X 676877
                        DALY   TX
                        751X   3U          956 344 1400   3   2

DE LEON,CANDELARIO          2095874    TO I 454662544    10/01/99    10/09/99
                                                          9:56PM      3:54PM

                        9587    454662544    SIDIQ HOMAYON

CANDELARIO  DE LEON
901 WILDROSE LANE          MEDICAID              454662544
BROWNSVILLE     TX 78521                                    6/05/41


10039940182826 LDH LACTATE DEHG359850     1     203.00
      DE LEON, CANDELARIO
10039940151359 PROFILE, BLOOD             1     135.00
      DE LEON, CANDELARIO
10039940184558 PROFILE,METABOL            1     305.00
      DE LEON, CANDELARIO
10039940132094 PROSTATIC SPECIGZ52700     1     163.00
      DE LEON, CANDELARIO
10039940150765 SEDIMENTATION RG540850     1     118.00
      DE LEON, CANDELARIO
10039940100042 COLLECTION & HAGZ20000     1      32.00
10049940170441 URINALYSIS,COMP            1     108.00
      DE LEON, CANDELARIO
10059940151359 PROFILE, BLOOD             1     135.00
      DE LEON, CANDELARIO
10059940184558 PROFILE,METABOL            1     305.00
      DE LEON, CANDELARIO
10059940160095 CULTURE BLOOD  G188050     1     288.00
10069940161077 URINE CULTURE W            1     158.00
      DE LEON, CANDELARIO
10069940161077 URINE CULTURE W            1     158.00
      DE LEON, CANDELARIO
10079940160095 CULTURE BLOOD  G188050     1     288.00
10079940160632 BETA LACTAMASE             1      41.00
10079940160483 SENSITIVITY TESG049850     1     149.00
10079940160483 SENSITIVITY TESG049850     1     149.00
10079940160095 CULTURE BLOOD  G188050     1     288.00
      DE LEON, CANDELARIO
10079940160095 CULTURE BLOOD  G188050     1     288.00
      DE LEON, CANDELARIO
10079940161077 URINE CULTURE W            1     158.00
      DE LEON, CANDELARIO
10079940151359 PROFILE, BLOOD             1     135.00
      DE LEON, CANDELARIO

FINAL 10/20/99

BROWN TILLE MEDICAL CENTER
P.O. BOX 676877
DALLAS
75267-6

956 544 1400    SUN   3

DE LEON,CANDELARIO          2095874    TO I 454662544     10/01/99    10/09/99
                                                           9:56PM      3:54PM

                           9587    454662544    SIDIQ HOMAYON

CANDELARIO DE LEON
901 WILDROSE LANE          MEDICAID              454662544
BROWNSVILLE     TX 78521                                    6/05/41


| | | | |
|---|---|---|---|
| 10089940170441 URINALYSIS,COMP | 1 | 108.00 | |
| DE LEON, CANDELARIO | | | |
| 10089940160442 PROFILE, OVA & G422050 | 1 | 180.00 | |
| DE LEON, CANDELARIO | | | |
| 10089940160525 SMEAR, FECAL WBG683050 | 1 | 66.00 | |
| DE LEON, CANDELARIO | | | |
| 10089940185191 CLOSTRIDIUM DIF | 1 | 53.00 | |
| DE LEON, CANDELARIO | | | |
| 10089940185944 COMMON ANTIGEN | 1 | 53.00 | |
| DE LEON, CANDELARIO | | | |
| ** TOTAL  LABORATORY-PRIMARY | | ==== | 6,052.00 |
| 10029950002096 TYLENOL 325MG 2 | | 24 | 48.00 |
| 10029950078617 K-DUR TAB 20MEQ | W00 | 4 | 16.00 |
| 10029950063379 ORUDIS 75MG | W00 | 6 | 60.00 |
| 10029950047455 PRILOSEC 20MG | W00 | 3 | 87.00 |
| 10029950010099 ELAVIL 50MG | W00 | 2 | 12.00 |
| 10029950010669 LIORESAL 10MG T | W00 | 6 | 30.00 |
| 10029950032416 GARAMYCIN OPTH | W00 | 1 | 61.00 |
| 10029950000025 TYLENOL 325MG | W00 | 3 | 6.00 |
| 10039950002427 XYLOCAINE JELLY | W00 | 1 | 112.00 |
| 10049950078617 K-DUR TAB 20MEQ | W00 | 4- | 16.00- |
| 10049950063379 ORUDIS 75MG | W00 | 3 | 30.00 |
| 10049950047455 PRILOSEC 20MG | W00 | 1 | 29.00 |
| 10049950010099 ELAVIL 50MG | W00 | 2 | 12.00 |
| 10049950010669 LIORESAL 10MG T | W00 | 6 | 30.00 |
| 10049950010081 ELAVIL 25MG | W00 | 4 | 16.00 |
| 10069950002096 TYLENOL 325MG 2 | | 10- | 20.00- |
| 10069950063379 ORUDIS 75MG | W00 | 3- | 30.00- |
| 10069950063379 ORUDIS 75MG | W00 | 3- | 30.00- |
| 10069950047455 PRILOSEC 20MG | W00 | 1- | 29.00- |
| 10069950010669 LIORESAL 10MG T | W00 | 4- | 20.00- |
| 10069950010081 ELAVIL 25MG | W00 | 4- | 16.00- |

FINAL  10/20/99

BROWN.....LE MEDICAL CENTER                    IRS# 454630
P.O. BOX....4-4
DALLAS T...
75267-6877

956 544 1400    SUR    4

DE LEON,CANDELARIO          2095874    TO I 454662544    10/01/99    10/09/99
                                                        9:56PM      3:54PM

9587    454662544    SIDIQ ROMAYON

CANDELARIO  DE LEON
901 WILDROSE LANE          MEDICAID              454662544
BROWNSVILLE    TX  78521                                  6/05/41


| Code | Description | | Qty | Amount |
|------|-------------|-----|-----|--------|
| 10069950063379 | ORUDIS 75MG | W00 | 2 | 20.00 |
| 10069950047455 | PRILOSEC 20MG | W00 | 2 | 58.00 |
| 10069950010669 | LIORESAL 10MG T | W00 | 4 | 20.00 |
| 10069950010081 | ELAVIL 25MG | W00 | 4 | 16.00 |
| 10089950063379 | ORUDIS 75MG | W00 | 9 | 90.00 |
| 10089950047455 | PRILOSEC 20MG | W00 | 3 | 87.00 |
| 10089950010669 | LIORESAL 10MG T | W00 | 9 | 45.00 |
| 10089950010081 | ELAVIL 25MG | W00 | 6 | 24.00 |
| 10089950063379 | ORUDIS 75MG | W00 | 9 | 90.00 |
| 10089950047455 | PRILOSEC 20MG | W00 | 3 | 87.00 |
| 10089950010669 | LIORESAL 10MG T | W00 | 9 | 45.00 |
| 10089950010081 | ELAVIL 25MG | W00 | 6 | 24.00 |
| 10089950074368 | LEVAQION 500MG | | 3 | 102.00 |

**  TOTAL   PHARMACY NON-INJECTABLES          ====  1,096.00

| 10029950190370 | CONRAY-60 50ML | J34 | 1 | 91.00 |
| 10029950172006 | SOD CHLORIDE 0. | J29 | 1 | 13.00 |
| 10029950133370 | ROCEPHIN 1GM | Z60 | 1 | 246.00 |
| 10059950172618 | LEVAQUIN 500MG/ | | 1 | 191.00 |
| 10059950172006 | SOD CHLORIDE 0. | J29 | 1 | 13.00 |
| 10069950172618 | LEVAQUIN 500MG/ | | 2 | 382.00 |
| 10089950172006 | SOD CHLORIDE 0. | J29 | 2 | 26.00 |

**  TOTAL   PHARMACY-INJECTABLES             ====    962.00

| 10029950271295 | NS 1000ML | Y71 | 1 | 99.00 |
| 10029950291046 | SET, IV START K | Y71 | 1 | 57.00 |
| 10029950290576 | SET EXTENSION | Y71 | 2 | 96.00 |
| 10029950292176 | IV CATH ANY SIZ | Y71 | 1 | 55.00 |
| 10029950292846 | SET PRIM 20 UNI | Y71 | 1 | 48.00 |
| 10029950292887 | SEC SET 20 UNIV | Y71 | 1 | 48.00 |
| 10029950293257 | IV SET EXTEN Y- | Y71 | 1 | 47.00 |
| 10029950271295 | NS 1000ML | Y71 | 1 | 99.00 |

P.O. X 676877
DALLAS
75267-68
956 544 1400   NO.   5

DE LEON, CANDELARIO            2095874   TO I 454662544      10/01/99      10/09/99
                                                             9:56PM        3:54PM

                               9587      454662544      SIDIQ HOMAYON

CANDELARIO  DE LEON
901 WILDROSE LANE         MEDICAID              454662544
BROWNSVILLE      TX  78521                                  6/05/41

| Code | Description | | Qty | Amount |
|---|---|---|---|---|
| 10029950293133 | FLOXIN 400MG/10 | Y71 | 3 | 684.00 |
| 10029950210095 | NS 2000ML IRRIG | Y71 | 1 | 169.00 |
| 10029950271345 | NS 50ML | Y71 | 1 | 84.00 |
| 10039950210160 | WATER STERILE 2 | Y71 | 2 | 316.00 |
| 10033950290089 | TWO-BOTTLE IRR | Y71 | 1 | 54.00 |
| 10039950293133 | FLOXIN 400MG/10 | Y71 | 2 | 456.00 |
| 10049950271295 | NS 1000ML | Y71 | 3 | 297.00 |
| 10049950293133 | FLOXIN 400MG/10 | Y71 | 1 | 228.00 |
| 10049950210095 | NS 2000ML IRRIG | Y71 | 1 | 169.00 |
| 10049950292887 | SEC SET 20 UNIV | Y71 | 1 | 48.00 |
| 10059950270453 | D5/0.45NS 1000M | Y71 | 2 | 250.00 |
| 10059950292887 | SEC SET 20 UNIV | Y71 | 1 | 48.00 |
| 10059950292028 | IV CATH INTRACA | Y71 | 1 | 50.00 |
| 10059950292895 | SET PRIM 20 UNI | Y71 | 1 | 53.00 |
| 10059950291046 | SET, IV START K | Y71 | 1 | 57.00 |
| 10059950293364 | MICROBORE EXT M | J34 | 1 | 47.00 |
| 10069950271295 | NS 1000ML | Y71 | 1 | 99.00 |
| 10069950270453 | D5/0.45NS 1000M | Y71 | 2 | 250.00 |
| 10089950270453 | D5/0.45NS 1000M | Y71 | 1 | 125.00 |
| 10089950270453 | D5/0.45NS 1000M | Y71 | 1 | 125.00 |
| 10089950270453 | D5/0.45NS 1000M | Y71 | 1 | 125.00 |
| 10089950292028 | IV CATH INTRACA | Y71 | 3 | 150.00 |
| 10089950291046 | SET, IV START K | Y71 | 2 | 114.00 |
| 10089950292978 | SET EXT ANEST C | | 2 | 26.00 |
| 10089950292804 | SMARTSITE ACCES | Y71 | 1 | 13.00 |
| 10099950270453 | D5/0.45NS 1000M | Y71 | 1 | 125.00 |

         ** TOTAL  IV & IRRIGATING SOLUTION       ====   4,711.00

| Code | Description | Qty | Amount |
|---|---|---|---|
| 10029950340520 | DAILY PROFILE R | 1 | 30.00 |
| 10029950345867 | MAR PREPARATION | 1 | 30.00 |
| 10029950341080 | PROFILE INITIAT | 1 | 30.00 |
| 10029950340082 | PROCESSING IUPB | 3 | N/C |
| 10039950340082 | PROCESSING IUPB | 2 | N/C |

```
DE LEON, CANDELARIO          2095874    TO I 454662544      10/01/99    10/09/99
                                                             9:56PM      3:54PM
```

```
                              9587    454662544      SIDIQ HOMAYON

CANDELARIO  DE LEON
901 WILDROSE LANE        MEDICAID              454662544
BROWNSVILLE      TX 78521                                    6/05/41
```

```
10049950340520 DAILY PROFILE R            2     60.00
10049950345867 MAR PREPARATION            2     60.00
10049950340082 PROCESSING IUPS            1     N/C
10069950340520 DAILY PROFILE R            2     60.00
10069950345867 MAR PREPARATION            2     60.00
10089950340520 DAILY PROFILE R            3     90.00
10089950345867 MAR PREPARATION            3     90.00
10089950340520 DAILY PROFILE R            3     90.00
10089950345867 MAR PREPARATION            3     90.00
10099950340520 DAILY PROFILE R            2     60.00
10099950345867 MAR PREPARATION            2     60.00

     ** TOTAL  PHARMACY CLINICAL SERV          ====   810.00

10029950430693 FLOXIN 400MG T       J34    4    120.00
10049950430693 FLOXIN 400MG T       J34    4-   120.00-

     ** TOTAL  PHARMACY NON-INJECTABLES         ====      .00

10029960120169 EQ-FIBEROPTIC MDD10018A46  1    226.00
10029960130267 ANESTHESIA LOCAD505700A46  1    555.00

     ** TOTAL  SURGERY SUPPLIES/EQUIP           ====   781.00

10019962033055 THERMOMETER DAI      Y71    1      9.00
10029962033055 THERMOMETER DAI      Y71    1      9.00
10029962003033 DIAPER ADULT LA             2      8.00
10029962031380 RENT, MONITOR E101190 Y71  1    197.00
10029962030101 RENT, CARDIAC OXB44100Y71  1    287.00
10029962032768 RENT, OXIMETER 101190 Y71  1    166.00
10029962022074 TRAY CATH W/FOLED93208A43  1    219.00
10029962022298 TRAY, IRRIGATIONF50300A43  1    104.00
10029962018940 UNDERPAD DISP E             2      4.00
10029962019641 BARRIER, FILM S      Y71    1     24.00
```

```
                    BROWN    LLE MEDICAL CENTER
                    P.O.      76877
FINAL  10/20/99    DAT             76877
                    75267-6877                      956 544 1400    SUN   7


DE LEON, CANDELARIO           2095874   TO I 454662544    10/01/99    10/09/99
                                                         9:56PM     3:54PM


                          9587    454662544    SIDIQ HOMAYON

CANDELARIO  DE LEON
901 WILDROSE LANE    MEDICAID              454662544
BROWNSVILLE    TX 78521                              6/05/41


10029962003033 DIAPER ADULT LA         1      4.00
10029962003033 DIAPER ADULT LA         1      4.00
10029962002613 POWDER, BODY      A91   1      3.00
10029962017355 SHAMPOO      101190 A91 1      8.00
10029962013826 DRESSING, KERLIX23600Y71 1    36.00
10029962001854 DRESSING, TELFA      Y71 1    23.00
10029962013578 DRESSING, 4 X 4NH84100T71 1   30.00
10029962019088 DIST WATER DRIN    A91  1     10.00
10029962022298 TRAY, IRRIGATIONF50300A43 1  104.00
10029962004700 SWAB, BETADINE    Y71   1      6.00
10029962013826 DRESSING, KERLIX23600Y71 1    36.00
10029962013826 DRESSING, KERLIX23600Y71 1    36.00
10029962013750 DRSNG KERLIX FLET20555Y71 1   27.00
10029962054044 CATH, FOLEY 5CCHD90600A43 3  375.00
10029962010459 BAG, URINARY DRHC83000A43 1   87.00
10029962011135 PACK, GOWN DISP101190 Y71 1   37.00
10029962016241 SHEET, LAP PEDI101190 Y71 1   78.00
10029962013511 STERILE GLOVES HT12588A49 3   84.00
10029962022645 TRAY, SHAVE PREHJ65785A49 1   53.00
10029962013941 DRESSING 4X4 BO        1       5.00
10029962013248 SYRINGE, TOOMEYHL14975A43 1   38.00
10039962033055 THERMOMETER DAI    Y71 1       9.00
10039962020490 KIT, PATIENT CA   A91  1      53.00
10039962018940 UNDERPAD DISP S        1       2.00
10039962013826 DRESSING, KERLIX23600Y71 1    36.00
10039962018973 URINAL DISP   101190 E03 1     3.00
10039962018973 URINAL DISP   101190 E03 1     3.00
10039962018940 UNDERPAD DISP S        1       2.00
10039962022298 TRAY, IRRIGATIONF50300A43 1  104.00
10039962013586 DRESSING, 4 X 4   Y71  1      34.00
10039962013586 DRESSING, 4 X 4   Y71  1      34.00
10039962004700 SWAB, BETADINE    Y71  1       6.00
10039962004700 SWAB, BETADINE    Y71  1       6.00
10039962013826 DRESSING, KERLIX23600Y71 1    36.00
```

BROWNSVILLE MEDICAL CENTER                    IRS#\ J354630
FINAL 10/20/99    P.O. BOX 207143
                  DALLAS TX
                  75267-6877                  956 544 1400    SUR    8

DE LEON,CANDELARIO         2095874   TO I 454662544    10/01/99    10/09/99
                                                        9:56PM      3:54PM

                           9587    454662544    SIDIQ HOMAYON

CANDELARIO  DE LEON
901 WILDROSE LANE         MEDICAID             454662544
BROWNSVILLE    TX  78521                       6/05/41


| | | | |
|---|---|---|---|
| 10039962022785 | TRAY, SUTURE REKK46100Y71 | 1 | 95.00 |
| 10039962003033 | DIAPER ADULT LA | 1 | 4.00 |
| 10039962003033 | DIAPER ADULT LA | 1 | 4.00 |
| 10039962003033 | DIAPER ADULT LA | 1 | 4.00 |
| 10039962003033 | DIAPER ADULT LA | 1 | 4.00 |
| 10039962003033 | DIAPER ADULT LA | 1 | 4.00 |
| 10039962018940 | UNDERPAD DISP E | 1 | 2.00 |
| 10039962003033 | DIAPER ADULT LA | 1 | 4.00 |
| 10039962003033 | DIAPER ADULT LA | 1 | 4.00 |
| 10039962018940 | UNDERPAD DISP E | 1 | 2.00 |
| 10039962018940 | UNDERPAD DISP E | 1 | 2.00 |
| 10039962001854 | DRESSING, TELFA      Y71 | 1 | 23.00 |
| 10039962013826 | DRESSING, KERLIET23600Y71 | 1 | 36.00 |
| 10039962004700 | SWAB, BETADINE      Y71 | 1 | 6.00 |
| 10049962033055 | THERMOMETER DAI      Y71 | 1 | 9.00 |
| 10059962033055 | THERMOMETER DAI      Y71 | 1 | 9.00 |
| 10059962021779 | KIT, CLEAN CATC101190 Y71 | 1 | 27.00 |
| 10059962003033 | DIAPER ADULT LA | 1 | 4.00 |
| 10059962003033 | DIAPER ADULT LA | 1 | 4.00 |
| 10059962003033 | DIAPER ADULT LA | 1 | 4.00 |
| 10059962003033 | DIAPER ADULT LA | 1 | 4.00 |
| 10059962021779 | KIT, CLEAN CATC101190 Y71 | 1 | 27.00 |
| 10059962040217 | INFUSION PUMP I101190 Y71 | 1 | 310.00 |
| 10059962031182 | IV INFUSION PUMPF26070W86 | 1 | 169.00 |
| 10069962033055 | THERMOMETER DAI      Y71 | 1 | 9.00 |
| 10069962013586 | DRESSING, 4 X 4      Y71 | 1 | 34.00 |
| 10069962018940 | UNDERPAD DISP E | 1 | 2.00 |
| 10069962013826 | DRESSING, KERLIET23600Y71 | 1 | 36.00 |
| 10069962013826 | DRESSING, KERLIET23600Y71 | 1 | 36.00 |
| 10069962013594 | DRESSING, ADAPTE14500Y71 | 1 | 24.00 |
| 10069962013586 | DRESSING, 4 X 4      Y71 | 1 | 34.00 |
| 10069962013016 | CREAM, PROTECTI      Y71 | 1 | 30.00 |
| 10069962003033 | DIAPER ADULT LA | 1 | 4.00 |
| 10069962003033 | DIAPER ADULT LA | 1 | 4.00 |

BROWNSVILLE MEDICAL CENTER
P.O. BOX 6877
DALLAS TX
75267-6877

956 544 1400   SUR   9

FINAL  10/20/99

DE LEON,CANDELARIO          2095874    TO I 454662544     10/01/99    10/09/99
                                                           9:56PM      3:54PM

                              9587    454662544     SIDIQ HOMAYON

CANDELARIO  DE LEON
901 WILDROSE LANE       MEDICAID              454662544
BROWNSVILLE      TX  78521                             6/05/41

```
10069962003033 DIAPER ADULT LA              1     4.00
10069962031182 IV INFUSION PUMKF26070W86    1   169.00
10069962019088 DIST WATER DRIN       A91    1    10.00
10069962018940 UNDERPAD DISP X             1     2.00
10079962033055 THERMOMETER DAI       Y71    1     9.00
10079962031182 IV INFUSION PUMKF26070W86    1   169.00
10089962033055 THERMOMETER DAI       Y71    1     9.00
10089962003033 DIAPER ADULT LA              1     4.00
10089962003033 DIAPER ADULT LA              1     4.00
10089962003033 DIAPER ADULT LA              1     4.00
10089962080098 SPAN CRADLE BOOKE73194E01    1   172.00
10089962080098 SPAN CRADLE BOOKE73194E01    1   172.00
10089962003033 DIAPER ADULT LA              1     4.00
10089962013826 DRESSING, KERLIET23600Y71    1    36.00
10089962021779 KIT, CLEAN CATC101190 Y71    1    27.00
10089962013826 DRESSING, KERLIET23600Y71    1    36.00
10089962013693 DRESSING, ADAPTHS14500Y71    1    16.00
10089962013586 DRESSING, 4 X 4      Y71     1    34.00
10089962013594 DRESSING, ADAPTHS14500Y71    1    24.00
10089962003033 DIAPER ADULT LA              1     4.00
10089962003033 DIAPER ADULT LA              1     4.00
10089962003033 DIAPER ADULT LA              1     4.00
10089962031182 IV INFUSION PUMKF26070W86    1   169.00
10089962031182 IV INFUSION PUMKF26070W86    1   169.00
10099962003033 DIAPER ADULT LA              1     4.00
10099962003033 DIAPER ADULT LA              1     4.00
10099962003033 DIAPER ADULT LA              1     4.00
10099962031182 IV INFUSION PUMKF26070W86    1   169.00

     ** TOTAL  CENTRAL STORES/EQUIP         ====  4,849.00

10019999128100 ROOM & BOARD                 1   350.00
10029999128100 ROOM & BOARD                 1   350.00
10039999128100 ROOM & BOARD                 1   350.00
```

BROW    ILLE MEDICAL CENTER                    IRS# \ 454630
P.O.                                 TX 626877
FINAL  10/20/99
75267-6877                                     956 544 1400    SUR   10

DE LEON,CANDELARIO              2095874    TO I 454662544    10/01/99    10/09/99
                                                             9:56PM      3:54PM

                          9587    454662544    SIDIQ HOMAYON

CANDELARIO  DE LEON
901 WILDROSE LANE          MEDICAID              454662544
BROWNSVILLE    TX  78521                                     6/05/41


10049999128100 ROOM & BOARD              1      350.00
10059999128100 ROOM & BOARD              1      350.00
10069999128100 ROOM & BOARD              1      350.00
10079999128100 ROOM & BOARD              1      350.00
10089999128100 ROOM & BOARD              1      350.00

    ** TOTAL ROOM AND BOARD              ====   2,800.00

    SUB-TOTAL OF CHARGES                        24,477.00




                                         24,477.00

BROW    ILLE MEDICAL CENTER    IRSS    33—————
P O                   6877
75267-6877                    956 544 1400    SUR    11

FINAL 10/20/99

DE LEON, CANDELARIO          2095874    TO I 454662544    10/01/99    10/09/99
                                                          9:56PM     3:54PM

                            9587    454662544    SIDIQ HOMAYON

CANDELARIO  DE LEON
901 WILDROSE LANE          MEDICAID          454662544
BROWNSVILLE    TX 78521                              6/05/41


        * * * DEPARTMENT SUMMARY * * *

        SURGERY/RECOVERY                    ====    1,084.00
        EMERGENCY ROOM                      ====      417.00
        RESPIRATORY THERAPY                 ====      137.00
        IMAGING-RADIOLOGY-DIAG              ====      778.00
        LABORATORY-PRIMARY                  ====    6,052.00
        PHARMACY NON-INJECTABLES            ====    1,096.00
        PHARMACY-INJECTABLES                ====      962.00
        IV & IRRIGATING SOLUTION            ====    4,711.00
        PHARMACY CLINICAL SERV              ====      810.00
        SURGERY SUPPLIES/EQUIP              ====      781.00
        CENTRAL STORES/EQUIP                ====    4,849.00
          8 DAYS SUR                        ====    2,800.00




                        24,477.00

FINAL 10/04/99          P.O. ( £ 676877
                        DATE
                        75267-6                              956 544 1400          1

DE LEON, CANDELARIO          4834933    UP 2 454662544        9/01/99      9/30/99
                                                             8:18AM

                            84913    454662544    AYALA JOSELUIS

CANDELARIO  DE LEON
901 WILDROSE LANE        MEDICAID (PENDING      454662544
BROWNSVILLE      TX  78521                                    6/05/41


09149928030328 HBO OP VISIT ESZ9100  Z91    1    118.00
09289928030328 HBO OP VISIT ESZ9100  Z91    1    118.00

     ** TOTAL   OTHER DIAG/THERA SERVICE        ====    236.00

09289950044858 PANAFIL OINT 30              1    165.00

     ** TOTAL   PHARMACY NON-INJECTABLES         ====    165.00

09149962013586 DRESSING, 4 X 4        Y71    2    68.00
09149962013826 DRESSING, KERLIRT23600Y71    2    72.00
09289962013586 DRESSING, 4 X 4        Y71    1    34.00
09289962013826 DRESSING, KERLIRT23600Y71    2    72.00
09289962018940 UNDERPAD DISP E              1    2.00
09289962019641 BARRIER, FILM S        Y71   1    24.00

     ** TOTAL   CENTRAL STORES/EQUIP            ====    272.00

     SUB-TOTAL OF CHARGES                              673.00



                                                       673.00

BROWNSVILLE MEDICAL CENTER                    IRS#
FINAL  10/04/99    DALLAS TX
75267-6877                        956 544 1400    KBO    2

DE LEON,CANDELARIO        4834933    UP 2 454662544    9/01/99    9/30/99
                                                        8:18AM

                        84913    454662544    AYALA JOSELUIS

CANDELARIO  DE LEON
901 WILDROSE LANE        MEDICAID (PENDING        454662544
BROWNSVILLE      TX 78521                            6/05/41


    * * * DEPARTMENT SUMMARY * * *

    OTHER DIAG/THERA SERVICE            ====    236.00
    PHARMACY NON-INJECTABLES            ====    165.00
    CENTRAL STORES/EQUIP                ====    272.00



                                        673.00

FINAL 09/24/99    P.O.( . 676877
                  DALI
                  7520                        956 544 1600

DE LEON,CANDELARIO        4821823   UP 2 454662544    8/02/99    8/31/99
                                                     5:03PM

                    72764   454662544    AYALA JOSELUIS

CANDELARIO  DE LEON
901 WILDROSE LANE        MEDICAID (PENDING      454662544
BROWNSVILLE    TX 78521                              6/05/41


08099962013826 DRESSING, KERLIET23600Y71   2    72.00                    )
08099962018940 UNDERPAD DISP X             3     6.00
08169962010574 BANDAGE, ELASTINT02300Y71   3    27.00
08169962013586 DRESSING, 4 X 4       Y71   2    68.00
08169962013693 DRESSING, ADAPTES14500Y71   1    16.00
08169962013891 DRESS OP-SITE  NT90005Y71   1   106.00
08169962018940 UNDERPAD DISP X             2     4.00
08189962013586 DRESSING, 4 X 4       Y71   2    68.00
08189962013826 DRESSING, KERLIET23600Y71   2    72.00
08189962013867 DRESSING, 2 X 2       Y71   1    30.00
08189962018940 UNDERPAD DISP X             1     2.00
08319962013586 DRESSING, 4 X 4       Y71   2    68.00
08319962013826 DRESSING, KERLIET23600Y71   1    36.00
08319962018940 UNDERPAD DISP X             1     2.00

    ** TOTAL  CENTRAL STORES/EQUIP          ====  1,527.00


      SUB-TOTAL OF CHARGES                        3,087.00




                                            3,087.00     )

P.O.    676877
FILLED      DALLAS
75267-

DE LEON,CANDELARIO        4821823    UP 2 454662544        8/02/99    8/31/99
956 544 1400              5:03PM

72764    454662544    AYALA JOSELUIS

CANDELARIO  DE LEON
901 WILDROSE LANE        MEDICAID (PENDING        454662544
BROWNSVILLE      TX  78521                                6/05/41

* * * DEPARTMENT SUMMARY * * *

OTHER DIAG/THERA SERVICE            ====    1,206.00
PHARMACY NON-INJECTABLES            ====      354.00
CENTRAL STORES/EQUIP                ====    1,527.00

3,087.00

BROWNSVILLE MEDICAL CENTER
P.O. BOX 676877
75267-6877                                      956 544 1400    OPT   1

FINAL  08/04/99

DE LEON, CANDELARIO              4802713    UA M 454662544      7/27/99      7/31/99
                                                               11:25AM

                        72075   454662544      AYALA JOSELUIS

CANDELARIO  DE LEON
901 WILDROSE LANE          MEDICAID (PENDING      454662544
BROWNSVILLE      TX 78521                                    6/05/41


| Code | Description | | Qty | Amount |
|------|-------------|--|-----|--------|
| 0727992100013 | STERILE DRESSING 1/31/86 | | 2 | 238.00 |
| 0727992100153 | DEBRIDEMENT | B154977 | 1 | 150.00 |
| 0727992100229 | EVALUATION | L152020 | 1 | 172.00 |
| 0727992100518 | PROCEDURE ASSIS | | 1 | 68.00 |
| 0730992100013 | STERILE DRESSING 1/31/86 | | 2 | 238.00 |
| 0730992100153 | DEBRIDEMENT | B154977 | 1 | 150.00 |
| 0730992100518 | PROCEDURE ASSIS | | 1 | 68.00 |

               ** TOTAL  PHYSICAL THERAPY              ====  1,084.00

| Code | Description | | Qty | Amount |
|------|-------------|--|-----|--------|
| 0727996204571 | SETUP, WHIRLPOO101190 Y71 | | 1 | 101.00 |
| 0727996201408 | CANNISTER, SUCT | A49 | 1 | 53.00 |
| 0727996202412 | KIT IRRIGATOR C | Y71 | 1 | 256.00 |
| 0727996201351 | STERILE GLOVES RT12588A49 | | 1 | 28.00 |
| 0727996201375 | DRSNG KERLIX FLT20555Y71 | | 1 | 27.00 |
| 0727996201382 | DRESSING, KERLIRT23600Y71 | | 1 | 36.00 |
| 0727996201382 | DRESSING, KERLIRT23600Y71 | | 1 | 36.00 |
| 0727996201375 | DRSNG KERLIX FLT20555Y71 | | 1 | 27.00 |
| 0730996201408 | CANNISTER, SUCT | A49 | 1 | 53.00 |
| 0730996201351 | STERILE GLOVES RT12588A49 | | 1 | 28.00 |
| 0730996201369 | DRESSING, ADAPTRS14500Y71 | | 1 | 16.00 |
| 0730996202412 | KIT IRRIGATOR C | Y71 | 1 | 256.00 |
| 0730996201369 | DRESSING, ADAPTRS14500Y71 | | 1 | 16.00 |
| 0730996201382 | DRESSING, KERLIRT23600Y71 | | 1 | 36.00 |
| 0730996201382 | DRESSING, KERLIRT23600Y71 | | 1 | 36.00 |
| 0730996201375 | DRSNG KERLIX FLT20555Y71 | | 1 | 27.00 |
| 0730996201351 | STERILE GLOVES RT12588A49 | | 1 | 28.00 |
| 0730996204571 | SETUP, WHIRLPOO101190 Y71 | | 1 | 101.00 |

               ** TOTAL   CENTRAL STORES/EQUIP         ====  1,161.00

FINAL 08/04/99   P.O.   £ 676877
75267-6█

956 544 1400   OPT   2

DE LEON,CANDELARIO        4802713   UA M 454662544        7/27/99      7/31/99
                                                          11:25AM

                              72075    454662544      AYALA JOSELUIS

CANDELARIO  DE LEON
901 WILDROSE LANE       MEDICAID (PENDING        454662544
BROWNSVILLE     TX 78521                                      6/05/41


    SUB-TOTAL OF CHARGES                      2,245.00
    * * * DEPARTMENT SUMMARY * * *

    PHYSICAL THERAPY                  ====   1,084.00
    CENTRAL STORES/EQUIP              ====   1,161.00



                                          2,245.00      :

FINAL  07/28/99

BRO...   ...
P.O. ... 676877
75267-6...

956 544 1400   ME...  1

DE LEON,CANDELARIO          2056305   UA I 454662544      7/12/99      7/23/99
                                                          8:25AM       11:00PM

                              5630   454662544   NUCHOVICH DORON

CANDELARIO  DE LEON
901 WILDROSE LANE          MEDICAID (PENDING       454662544
BROWNSVILLE    TX 78521                                        6/05/41


07179913000260 EGD W/BIOPSY   B155100        1      878.00
07179913000310 ENDOSCOPIC PHOT              6      300.00
07179913000559 COLONOSCOPY FIBB154966        1      790.00
07179913001003 AFTER HOURS CAL              1      276.00

     ** TOTAL  GASTROINTESTINAL PROCED            ====  2,144.00

07129921000013 STERILE DRESSING 1/31/86      1      119.00
07129921000013 STERILE DRESSING 1/31/86      1      119.00
07129921000153 DEBRIDEMENT    B154977        1      150.00
07129921000518 PROCEDURE ASSIS              1       68.00
07139921000013 STERILE DRESSING 1/31/86      2      238.00
07139921000153 DEBRIDEMENT    B154977        1      150.00
07139921000229 EVALUATION     L152020        1      172.00
07139921000518 PROCEDURE ASSIS              1       68.00
07149921000013 STERILE DRESSING 1/31/86      2      238.00
07149921000153 DEBRIDEMENT    B154977        1      150.00
07149921000518 PROCEDURE ASSIS              1       68.00
07159921000013 STERILE DRESSING 1/31/86      1      119.00
07159921000153 DEBRIDEMENT    B154977        1      150.00
07159921000229 EVALUATION     L152020        1      172.00
07159921000518 PROCEDURE ASSIS              1       68.00
07159921000559 THERAPEUTIC EXEL568003        1      189.00
07159921000658 TRANSFER TRAINID 1/31/86      1      114.00
07179921000013 STERILE DRESSING 1/31/86      2      238.00
07179921000153 DEBRIDEMENT    B154977        1      150.00
07179921000518 PROCEDURE ASSIS              1       68.00
07189921000013 STERILE DRESSING 1/31/86      2      238.00
07189921000153 DEBRIDEMENT    B154977        1      150.00
07189921000518 PROCEDURE ASSIS              1       68.00
07199921000559 THERAPEUTIC EXEL568003        1      189.00
07199921000658 TRANSFER TRAINID 1/31/86      1      114.00
07199921000013 STERILE DRESSING 1/31/86      2      238.00
07199921000153 DEBRIDEMENT    B154977        1      150.00

BROWNSVILLE MEDICAL CENTER
P.O. BOX 68877
DALLAS TX
75267-6877                                      956 544 1400    MED    3

FINAL  07/28/99

DE LEON, CANDELARIO          2056305   UA I 454662544      7/12/99      7/23/99
                                                          8:25AM       11:00PM

                              5630   454662544      NUCBOVICH DORON

CANDELARIO  DE LEON
901 WILDROSE LANE          MEDICAID (PENDING      454662544
BROWNSVILLE     TX  78521                                    6/05/41


07199940186546 GLUCOSE BLOOD S            3        102.00
07199940186546 GLUCOSE BLOOD S            3        102.00
07199940186546 GLUCOSE BLOOD S            3        102.00
07199940186546 GLUCOSE BLOOD S            2         68.00
07199940186546 GLUCOSE BLOOD S            3        102.00
07209940160442 PROFILE, OVA & G422050     1        180.00
07209940160525 SMEAR, FECAL WBG683050     1         66.00
07209940185191 CLOSTRIDIUM DIF            1         53.00
07209940185944 COMMON ANTIGEN             1         53.00
07229940161077 URINE CULTURE W            1        158.00
07229940160194 CULTURE URINE I            1        139.00
07229940160483 SENSITIVITY TESG049850     1        149.00
07229940186546 GLUCOSE BLOOD S            2         68.00
07229940186546 GLUCOSE BLOOD S            2         68.00
07229940186546 GLUCOSE BLOOD S            2         68.00
07229940170441 URINALYSIS,COMP            1        108.00
     DE LEON, CANDELARIO
07229940160400 OCCULT BLOOD    G415850    1         79.00
     DE LEON, CANDELARIO
07239940151359 PROFILE, BLOOD             1        135.00
     DE LEON, CANDELARIO


     ** TOTAL  LABORATORY-PRIMARY             ====   2,791.00

07199940400616 SPECIAL STAINS G943500     1         87.00

     ** TOTAL  PATHOLOGY-ANATOMICAL           ====     87.00

07139950046937 PEPCID 20MG       W00      3         39.00
07139950070234 THERAGRAN         W00      3          9.00
07139950023027 LASIX 20MG        W00      6         18.00
07139950078617 K-DUR TAB 20MEQ   W00      6         24.00
07139950063379 ORUDIS 75MG       W00      7         70.00
07139950061944 NAPROSYN 250MG    W00      4         32.00

BROWN         LLE MEDICAL CENTER              IRS0 7  54630
FINAL  07/28/99        DALLAS T
                       75267-6877                    956 544 1400    MED     4

DE LEON,CANDELARIO        2056305    UA I 454662544         7/12/99    7/23/99
                                                            8:25AM    11:00PM

                          5630    454662544    NUCROVICH DORON

CANDELARIO DE LEON
901 WILDROSE LANE        MEDICAID (PENDING          454662544
BROWNSVILLE      TX 78521                                       6/05/41


| Code | Description | | Qty | Amount |
|------|-------------|-----|-----|--------|
| 07139950040799 | ANUSOL OINT 30G | W00 | 1 | 18.00 |
| 07139950033927 | NEOSPORIN OINT | W00 | 1 | 5.00 |
| 07149950044155 | ACCUZYME 30MG | | 1 | 188.00 |
| 07159950046937 | PEPCID 20MG | W00 | 1 | 13.00 |
| 07159950070234 | THERAGRAN | W00 | 1 | 3.00 |
| 07159950023027 | LASIX 20MG | W00 | 3 | 9.00 |
| 07159950078617 | K-DUR TAB 20MEQ | W00 | 1 | 4.00 |
| 07159950063379 | ORUDIS 75MG | W00 | 5 | 50.00 |
| 07159950061944 | NAPROSYN 250MG | W00 | 4- | 32.00- |
| 07159950086412 | CELEBREX 100MG | | 3 | 18.00 |
| 07159950044155 | ACCUZYME 30MG | | 1 | 188.00 |
| 07159950044858 | PANAFIL OINT 30 | | 1 | 165.00 |
| 07169950042340 | GOLYTELY 4000ML | W00 | 1 | 122.00 |
| 07179950063379 | ORUDIS 75MG | W00 | 8 | 80.00 |
| 07179950047455 | PRILOSEC 20MG | W00 | 3 | 87.00 |
| 07179950046937 | PEPCID 20MG | W00 | 3 | 39.00 |
| 07179950070234 | THERAGRAN | W00 | 3 | 9.00 |
| 07179950023027 | LASIX 20MG | W00 | 6 | 18.00 |
| 07179950078617 | K-DUR TAB 20MEQ | W00 | 6 | 24.00 |
| 07179950063379 | ORUDIS 75MG | W00 | 9 | 90.00 |
| 07199950070234 | THERAGRAN | W00 | 2 | 6.00 |
| 07209950023027 | LASIX 20MG | W00 | 1 | 3.00 |
| 07209950078617 | K-DUR TAB 20MEQ | W00 | 4 | 16.00 |
| 07209950063379 | ORUDIS 75MG | W00 | 5 | 50.00 |
| 07209950047455 | PRILOSEC 20MG | W00 | 2 | 58.00 |
| 07219950023027 | LASIX 20MG | W00 | 3 | 9.00 |
| 07229950070234 | THERAGRAN | W00 | 2 | 6.00 |
| 07229950023027 | LASIX 20MG | W00 | 4 | 12.00 |
| 07229950078617 | K-DUR TAB 20MEQ | W00 | 4 | 16.00 |
| 07229950063379 | ORUDIS 75MG | W00 | 5 | 50.00 |
| 07229950086412 | CELEBREX 100MG | | 2 | 12.00 |
| 07229950047455 | PRILOSEC 20MG | W00 | 2 | 58.00 |
| 07229950037399 | AMPICILLIN 500M | W00 | 2 | 8.00 |
| 07239950086412 | CELEBREX 100MG | | 2- | 12.00- |

BROWN LLE MEDICAL CENTER          IRS# 7  54630
FINAL  07/28/99  DAL...S          956 544 1400   MED  5
75267-6877

DE LEON,CANDELARIO        2056305   UA I 454662544      7/12/99    7/23/99
                                                         8:25AM    11:00PM

                              5630   454662544    NUCSOVICE DORON

CANDELARIO  DE LEON
901 WILDROSE LANE        MEDICAID (PENDING        454662544
BROWNSVILLE    TX  78521                                     6/05/41


07239950078336 PERATIVE 1000ML       W00    2     154.00
07239950078617 K-DUR TAB 20MEQ       W00    2       8.00
07239950037399 AMPICILLIN 500M       W00    3      12.00
07239950023027 LASIX 20MG            W00    1-      3.00-
07239950063379 ORUDIS 75MG           W00    2-     20.00-

     ** TOTAL   PHARMACY NON-INJECTABLES        ====  1,733.00

07139950172675 INSULIN HUMAN N       J34    1     138.00
07139950130111 AMPICILLIN 2GM        J34    8     616.00
07149950130111 AMPICILLIN 2GM        J34    4     308.00
07159950172006 SOD CHLORIDE 0.       J29    1      13.00
07169950130111 AMPICILLIN 2GM        J34    4     308.00
07179950110949 VERSED 1MG/ML 2       J34    1      35.00
07179950172006 SOD CHLORIDE 0.       J29    1      13.00
07179950103258 DIPRIVAN 10MG/M       J34    1     101.00
07179950172006 SOD CHLORIDE 0.       J29    1      13.00
07179950130111 AMPICILLIN 2GM        J34    5     385.00
07189950130111 AMPICILLIN 2GM        J34    5     385.00
07199950130111 AMPICILLIN 2GM        J34    2     154.00
07219950130111 AMPICILLIN 2GM        J34    4     308.00
07229950130111 AMPICILLIN 2GM        J34    4     308.00
07229950172006 SOD CHLORIDE 0.       J29    1      13.00
07239950130111 AMPICILLIN 2GM        J34    1-     77.00-
07239950172006 SOD CHLORIDE 0.       J29    1      13.00
07239950180264 HEPARIN 5000U/M       J34    1      20.00

     ** TOTAL   PHARMACY-INJECTABLES           ====  3,054.00

07139950293406 IV ADMIXTURE                  8     136.00
07139950271303 NS 100ML              Y71    8     728.00
07139950292887 SEC SET 20 UNIV       Y71    1      48.00
07139950292895 SET PRIM 20 UNI       Y71    1      53.00
07149950293406 IV ADMIXTURE                  4      68.00

BRO   VILLE MEDICAL CENTER          IRBW   0356630
                                           OX  276877
FINAL   07/28/99
                 75267-6877                    956 544 1400   MED    6

DE LEON,CANDELARIO          2056305   UA I 454662544      7/12/99      7/23/99
                                                         8:25AM      11:00PM

                            5630   454662544      NUCEOVICH DORON

CANDELARIO  DE LEON
901 WILDROSE LANE          MEDICAID (PENDING      454662544
BROWNSVILLE     TX  78521                                      6/05/41


07149950271303 NS 100ML          Y71    4      364.00
07149950271295 NS 1000ML         Y71    2      198.00
07159950271295 NS 1000ML         Y71    1       99.00
07169950293406 IV ADMIXTURE             4       68.00
07169950271303 NS 100ML          Y71    4      364.00
07179950292028 IV CATH INTRACA   Y71    1       50.00
07179950291046 SET, IV START K   Y71    1       57.00
07179950293257 IV SET EXTEN Y-   Y71    1       47.00
07179950293406 IV ADMIXTURE             5       85.00
07179950271303 NS 100ML          Y71    5      455.00
07179950292887 SEC SET 20 UNIV   Y71    1       48.00
07179950292895 SET PRIM 20 UNI   Y71    1       53.00
07179950271295 NS 1000ML         Y71    1       99.00
07179950271329 NS 250ML          Y71    1       95.00
07189950293406 IV ADMIXTURE             5       85.00
07189950271303 NS 100ML          Y71    5      455.00
07189950271295 NS 1000ML         Y71    1       99.00
07199950293406 IV ADMIXTURE             2       34.00
07199950271303 NS 100ML          Y71    2      182.00
07219950293406 IV ADMIXTURE             4       68.00
07219950271303 NS 100ML          Y71    4      364.00
07219950271295 NS 1000ML         Y71    1       99.00
07229950293406 IV ADMIXTURE             4       68.00
07229950271303 NS 100ML          Y71    4      364.00
07229950271329 NS 250ML          Y71    1       95.00
07229950292028 IV CATH INTRACA   Y71    1       50.00
07229950291046 SET, IV START K   Y71    1       57.00
07229950292895 SET PRIM 20 UNI   Y71    1       53.00
07229950292887 SEC SET 20 UNIV   Y71    1       48.00
07229950293364 MICROBORE EXT M   J34    1       47.00
07229950271295 NS 1000ML         Y71    1       99.00
07239950271295 NS 1000ML         Y71    1       99.00
07239950293406 IV ADMIXTURE             1-      17.00-
07239950271303 NS 100ML          Y71    1-      91.00-

BROWNSVILLE MEDICAL CENTER          IRS# 154630
FINAL  07/28/99      DALLAS TX                956 544 1400   MED    7
75267-6877

DE LEON, CANDELARIO        2056305   UA I 454662544      7/12/99    7/23/99
                                                        8:25AM     11:00PM

                    5630    454662544    NUCHOVICH DORON

CANDELARIO  DE LEON
901 WILDROSE LANE        MEDICAID (PENDING        454662544
BROWNSVILLE    TX  78521                                 6/05/41


07239950271329 NS 250ML           Y71    1     95.00
07239950291046 SET, IV START K    Y71    1     57.00
07239950292895 SET PRIM 20 UNI    Y71    1     53.00
07239950292887 SEC SET 20 UNIV    Y71    1     48.00
07239950293257 IV SET EXTEN Y-    Y71    1     47.00
07239950280171 IV HEPARIN 25,0    Y71    1     99.00

   ** TOTAL  IV & IRRIGATING SOLUTION       ====  5,772.00

07139950340520 DAILY PROFILE R           3     90.00
07139950345867 MAR PREPARATION           3     90.00
07139950341080 PROFILE INITIAT           1     30.00
07139950340082 PROCESSING IUPB           8     N/C
07149950340082 PROCESSING IUPB           4     N/C
07159950340520 DAILY PROFILE R           2     60.00
07159950345867 MAR PREPARATION           2     60.00
07169950340082 PROCESSING IUPB           4     N/C
07179950340082 PROCESSING IUPB           5     N/C
07179950340520 DAILY PROFILE R           3     90.00
07179950345867 MAR PREPARATION           3     90.00
07189950340082 PROCESSING IUPB           5     N/C
07199950340082 PROCESSING IUPB           2     N/C
07209950340520 DAILY PROFILE R           2     60.00
07209950345867 MAR PREPARATION           2     60.00
07219950340082 PROCESSING IUPB           4     N/C
07229950340520 DAILY PROFILE R           2     60.00
07229950345867 MAR PREPARATION           2     60.00
07229950340082 PROCESSING IUPB           4     N/C
07239950340082 PROCESSING IUPB           1-    N/C

   ** TOTAL  PHARMACY CLINICAL SERV        ====   750.00

07179960101409 FORCEP, BIOPSY    A46    1    323.00
07179960111754 PHOTO DOCUMENTAEG51975A46  1    147.00

FINAL  07/28/99      DAL(    TX

DE LEON, CANDELARIO          2056305    UA I 454662544      7/12/99      7/23/99
                                                            8:25AM      11:00PM

                    5630    454662544      NUCHOVICK DORON

CANDELARIO  DE LEON
901 WILDROSE LANE           MEDICAID (PENDING    454662544
BROWNSVILLE    TX  78521                                    6/05/41


07179960120391 EQ-VIDEO CAMERA     A46    1    347.00

   ** TOTAL  SURGERY SUPPLIES/EQUIP          ====    817.00

07129962040571 SETUP, WHIRLPOO101190 Y71    1    101.00
07129962003033 DIAPER ADULT LA              1      4.00
07129962010574 BANDAGE, ELASTINT02300Y71   1      9.00
07129962010574 BANDAGE, ELASTINT02300Y71   1      9.00
07129962019088 DIST WATER DRIN       A91    1     10.00
07129962013594 DRESSING, ADAPTHS14500Y71   1     24.00
07129962019441 BARRIER, FILM 8       Y71    1     24.00
07129962020490 KIT, PATIENT CA       A91    1     53.00
07129962013594 DRESSING, ADAPTHS14500Y71   1     24.00
07129962013750 DRSNG KERLIX FLNT20555Y71   1     27.00
07129962006192 DRESSING, DUO-D       Y71    1     19.00
07129962012505 GRADUATE, DISP 101190 Y71   1      6.00
07139962013750 DRSNG KERLIX FLNT20555Y71   1     27.00
07139962013826 DRESSING, KERLINT23600Y71   1     36.00
07139962013511 STERILE GLOVES NT12588AA49  1     28.00
07139962013750 DRSNG KERLIX FLNT20555Y71   1     27.00
07139962011135 PACK, GOWN DISP101190 Y71   1     37.00
07139962024120 KIT IRRIGATOR C       Y71    1    256.00
07139962013826 DRESSING, KERLINT23600Y71   1     36.00
07139962011408 CANNISTER, SUCT       A49    1     53.00
07139962040217 INFUSION PUMP I101190 Y71   1    310.00
07139962031182 IV INFUSION PUMNP26070W86   1    169.00
07139962018940 UNDERPAD DISP X              1      2.00
07139962003033 DIAPER ADULT LA              1      4.00
07139962003033 DIAPER ADULT LA              1      4.00
07139962018940 UNDERPAD DISP X              1      2.00
07139962040571 SETUP, WHIRLPOO101190 Y71   1    101.00
07139962003033 DIAPER ADULT LA              1      4.00
07139962003033 DIAPER ADULT LA              1      4.00
07139962003033 DIAPER ADULT LA              1      4.00