IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CANDELARIO DE LEON § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. CV-B-00-92 |
| § | JURY DEMANDED |
| § | |
| CITY OF BROWNSVILLE, § | |
| TEXAS, ET AL § | |

### DEFENDANT COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P. D/B/A VALLEY REGIONAL MEDICAL CENTER'S UNOPPOSED REQUEST TO ALLOW ADDITIONAL COUNSEL OF RECORD TO APPEAR

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, counsel for Defendant, Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center, and requests that the Court permit an additional counsel of record to appear.

1. Mr. Michael Quintana of the same firm as Mr. William Gault, is also familiar with this case and is admitted to practice in the Southern District of Texas. Defendant requests that Mr. Quintana be allowed to appear as additional counsel of record in this case.

WHEREFORE, PREMISES CONSIDERED, Defendant Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center respectfully requests that this court permit Michael Quintana to appear as additional counsel for Defendant in this case.

Respectfully submitted,

By: _____
William Gault
Federal I.D. No. 14685
State Bar No. 07765050
Michael Quintana
Fed. ID No. 33291
State Bar No. 24037314


Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

Of Counsel:

Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier
ATTORNEYS FOR DEFENDANT
COLUMBIA VALLEY HEALTHCARE
SYSTEM, L.P. D/B/A VALLEY
REGIONAL MEDICAL CENTER


## CERTIFICATE OF CONFERENCE

Defendant's counsel has conferred with opposing counsel. There is no opposition to this motion.

_____
William Gault

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing instrument has been forwarded to counsel as indicated below on this the _22_ day of September, 2004.

Mr. Thomas Crosley  
Branton & Hall, P.C.  
One Riverwalk Place, Suite 1700  
700 N. St. Mary's St.  
San Antonio, Texas 78205

**VIA CMRRR #7002 0460 0000 6426 4597**

Mr. Michael Cowen  
Law Offices of Michael R. Cowen  
520 E. Levee  
Brownsville, Texas 78520

**VIA CMRRR #7002 0460 0000 6426 4603**

_____  
William Gault