IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **CANDELARIO DE LEON** | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. <u>CV-B-00-192</u> |
| | § | (JURY REQUESTED) |
| | § | |
| **CITY OF BROWNSVILLE,** | § | |
| **TEXAS, ET AL** | § | |
| | § | |

### ORDER GRANTING DEFENDANT COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P. D/B/A VALLEY REGIONAL MEDICAL CENTER'S UNOPPOSED REQUEST TO ALLOW ADDITIONAL COUNSEL OF RECORD TO APPEAR

On this the _____ day of September, 2004 came on to be considered Defendant Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center's Unopposed Request to Allow Additional Counsel of Record to Appear in the above entitled and numbered cause. The Court, having considered the documents on file and argument of counsel, is of the opinion that such Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center's Unopposed Request to Allow Additional Counsel of Record to Appear is hereby granted and Mr. Michael Quintana is allowed to appear as additional counsel of record in this case.

SIGNED AND ENTERED, this the _____ day of _____, 2004.

_____
JUDGE PRESIDING

COPIES TO:

Mr. Thomas Crosley, Branton & Hall, P.C., One Riverwalk Place, Suite 1700, 700 N. St. Mary's St., San Antonio, Tx 78205
Mr. Michael Cowen, 520 E. Levee, Brownsville, Texas 78520
Mr. William Gault, Brin & Brin, P.C., 1325 Palm Blvd., Suite A., Brownsville, Texas 78520