# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 4 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CANDELARIO DE LEON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. <u>CV-B-00-192</u> |
| | § | (JURY REQUESTED) |
| CITY OF BROWNSVILLE, TEXAS, ET AL | § | |

## <u>DEFENDANT COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P.'S OPPOSITION TO PLAINTIFF'S UNOPPOSED MOTION TO AMEND CAPTION OF THE CASE</u>

TO THE HONORABLE DISTRICT JUDGE:

COMES NOW, Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center, one of the Defendants in the above entitled and numbered cause, and makes and files this, its Opposition to Plaintiff's Unopposed Motion to Amend Caption of the Case and would respectfully show the Court as follows:

1.

Dr. Dovale is still a party in this case and Plaintiff has set out substantial testimomony of his alleged negligence. Chapter 33.003, Texas Civil Practice and Remedies Code requires Dr. Dovale's submission of negligence to the jury. It would work an injustice to the Defendant, Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center, if the jury were led to believe that Dr. Dovale is not a party to this case as Plaintiff has structured his entire case around the negligence of Dr. Dovale.

Plaintiff's only medical causation evidence against Defendant Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center is from Dr. Peters who has stated that the only criticism he has against Defendant Columbia Valley Healthcare System,

L.P. d/b/a Valley Regional Medical Center was not in his reports but was first expressed at his deposition, and it concerned whether or not a nurse transmitted information to Dr. Dovale. If the Plaintiff transmitted the information to Dr. Dovale as he claims, then Dr. Peters withdraws his criticism. Dr. Peters admits that Dr. Dovale had the obligation to determine the information regardless of whether the nurse passed on the information or not. All other complaints that are alleged to have caused negligence to the Plaintiff are alleged to have been caused by Dr. Dovale. It would be an injustice to pretend that Dr. Dovale was not a party to this case.

Defendant's counsel's only conversation with Plaintiff's counsel concerned taking the City of Brownsville out of the caption as they have previously been dismissed. Plaintiff's motion does not even include the correct style of the case by leaving out the City of Brownsville. Clearly there was a misunderstanding as to what Plaintiff contemplated as Plaintiff has not yet even addressed removing the City of Brownsville and does not even correctly style his pleadings accordingly.

WHEREFORE, PREMISES CONSIDERED, Defendant Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center prays that the Court deny Plaintiff's Unopposed Motion to Amend Caption of the Case.

Respectfully submitted,

By: _____

William Gault
Federal I.D. No. 14685
State Bar No. 07765050
Michael Quintana
Fed. ID No. 33291
State Bar No. 24037314
Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

Of Counsel:

Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier
ATTORNEYS FOR DEFENDANT
COLUMBIA VALLEY HEALTHCARE
SYSTEMS, L.P. D/B/A VALLEY
REGIONAL MEDICAL CENTER