IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. <u>CV-B-00-192</u> |
| | § | (JURY REQUESTED) |
| CITY OF BROWNSVILLE, TEXAS, ET AL | § | |

## <u>ORDER DENYING PLAINTIFF'S UNOPPOSED MOTION TO AMEND CAPTION OF THE CASE</u>

On the _____ day of September, 2004, came on the Court and considered Plaintiff's

Unopposed Motion to Amend Caption of the Case in the above entitled and numbered cause.

The Court, having considered documents on file and argument of counsel, is of the opinion that

such Motion should be denied.

SIGNED AND ENTERED, this the _____ day of September, 2004.

_____
JUDGE PRESIDING

COPIES TO:

Mr. Thomas Crosley, Branton & Hall, P.C., One Riverwalk Place, Suite 1700, 700 N. St. Mary's St., San Antonio, Tx 78205
Mr. Michael Cowen, 520 E. Levee, Brownsville, Texas 78520
Mr. William Gault, 1325 Palm Blvd., Suite A., Brownsville, Texas 78520