IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 7 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CANDELARIO DE LEON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. CV-B-00-192 |
| | § | (JURY REQUESTED) |
| COLUMBIA VALLEY HEALTHCARE | § | |
| SYSTEM, L.P. D/B/A VALLEY REGIONAL | § | |
| MEDICAL CENTER, JOAO DOVALE, M.D. | § | |
| AND STAT PHYSICIANS, P.A. | § | |

## UNOPPOSED MOTION TO AMEND THE CAPTION OF THE CASE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES Plaintiff in the above-captioned and numbered cause of action and files this his Motion to Amend the Caption of this case and in support thereof would show the Court the following:

1.     Every pleading shall contain a caption setting forth the name of the court, the title of the action, and the file number. *See* FED. R. CIV. P. 10. In the complaint, the title of the action shall include the names of all the parties, but in other pleadings it is sufficient to state the name of the first party on each side with an appropriate indication of other parties. *Id*. As articulated in the parties' Joint ADR Memorandum to the ADR Administrator, the parties which remain in this case are the Plaintiff and Defendant Columbia Valley Healthcare System L. P. d/b/a Valley Regional Medical Center.

2.     Plaintiff now moves to amend the caption of this case to reflect that the only parties to this action are the Plaintiff, Candelario De Leon and the Defendant Columbia Valley Healthcare System L. P. d/b/a Valley Regional Medical Center, in accordance with Rule 10. Plaintiff urges that

allowing the names of other individuals and/or entities to remain in the caption of this case will only serve to confuse the jury upon the eventual trial of this case.

    3.    Plaintiff asks that the caption of this cause of action be amended to read:

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON | § | |
| | § | CIVIL ACTION NO. CV-B-00-192 |
| VS. | § | |
| | § | (JURY REQUESTED) |
| COLUMBIA VALLEY HEALTHCARE | § | |
| SYSTEM, L.P. D/B/A VALLEY REGIONAL | § | |
| MEDICAL CENTER | § | |

    4.    Counsel for Plaintiff has conferred with Counsel for Defendant Columbia Valley Healthcare System L. P. d/b/a Valley Regional Medical Center regarding the substance of this motion and Defendant's counsel is [opposed/unopposed] to the amendment of the caption.

    WHEREFORE, Plaintiff prays that the Court grant Plaintiff's Motion to Amend the Caption of this case and for all other relief to which he may be justly entitled.

Respectfully submitted,

By: _____
THOMAS A. CROSLEY
Attorney-in-Charge
State Bar No. 00783902
S. Dist. Texas No. 15434
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205
(210) 224-4474
(210) 224-1928 (fax)

2

Of Counsel:

**BRANTON & HALL, P.C.**
JAMES L. BRANTON
State Bar No. 00000069
S. Dist. Texas No.20163
SONIA M. RODRIGUEZ
State Bar No. 24008466
S. Dist. Texas No. 29199

And

MICHAEL COWEN
State Bar No. 00795306
S. Dist. Texas No. 19967
**LAW OFFICES OF COWEN & BODDEN**
520 E. Levee
Brownsville, Texas 78520
(956) 541-4981

### ATTORNEYS FOR PLAINTIFF

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served, via certified mail, return receipt requested, on this **22** day of September, 2004, to:

Mr. William Gault
Mr. Paul Fourt
BRIN & BRIN, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520

ATTORNEYS FOR DEFENDANTS
COLUMBIA VALLEY HEALTHCARE
SYSTEM, L.P. D/B/A VALLEY
REGIONAL MEDICAL CENTER

JAMES L. BRANTON

G:\WPFILES\FILES CLT\D\DEL9827\PLEAD\mtn-changestyle.wpd

3