IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON | § § | |
| VS. | § § | CIVIL ACTION NO. CV-B-00-192 (JURY REQUESTED) |
| COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P. D/B/A VALLEY REGIONAL MEDICAL CENTER, JOAO DOVALE, M.D. AND STAT PHYSICIANS, P.A. | § § § § § | |

## **ORDER GRANTING PLAINTIFF'S MOTION TO AMEND THE CAPTION**

The Court has considered [opposed/unopposed] Motion to Amend the Caption of this case and finds that Plaintiff's motion should be and hereby is GRANTED.

IT IS HEREBY ORDERED that this cause of action shall from this point forward be captioned as follows:

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON | § § | |
| VS. | § § | CIVIL ACTION NO. CV-B-00-192 (JURY REQUESTED) |
| COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P. D/B/A VALLEY REGIONAL MEDICAL CENTER | § § § | |

SIGNED this _____ day of _____, 2004.

_____
HONORABLE HILDA G. TAGLE,
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

By: _____
THOMAS A. CROSLEY
Attorney-in-Charge
State Bar No. 00783902
S. Dist. Texas No. 15434
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205
(210) 224-4474
(210) 224-1928 (fax)

Of Counsel:

**BRANTON & HALL, P.C.**
JAMES L. BRANTON
State Bar No. 00000069
S. Dist. Texas No.20163
SONIA M. RODRIGUEZ
State Bar No. 24008466
S. Dist. Texas No. 29199

And

MICHAEL COWEN
State Bar No. 00795306
S. Dist. Texas No. 19967
**LAW OFFICES OF COWEN & BODDEN**
520 E. Levee
Brownsville, Texas 78520
(956) 541-4981

**ATTORNEYS FOR PLAINTIFF**

G:\WPFILES\FILES.CLT\D\DEL9827\PLEAD\Order-changestyle.wpd