United States District Court
Southern District of Texas
FILED

SEP 2 4 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **CANDELARIO DE LEON** | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. CV-B-00-192 |
| | § | JURY DEMANDED |
| | § | |
| **CITY OF BROWNSVILLE,** | § | |
| **TEXAS, ET. AL.** | § | |

### DEFENDANT COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P. D/B/A VALLEY REGIONAL MEDICAL CENTER'S SUPPLEMENTAL AFFIRMATIVE DEFENSE TO PLAINTIFF'S THIRD AMENDED COMPLAINT

TO HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, Defendant Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center, and files this its Supplemental Affirmative Defense to Plaintiff's Third Amended Complaint and would respectfully show this Court the following:

I.

### SUPPLEMENTAL AFFIRMATIVE DEFENSE

36. This Defendant asserts Plaintiff's cause of action alleged against this Defendant are barred in whole or in part by the applicable Statute of Limitations of Article 4590i § 10.01 of the Texas Revised Civil Statutes or Chapter 16.003 of the Texas Civil Practice and Remedies Code.

WHEREFORE, PREMISES CONSIDERED, Defendant, Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center prays that Plaintiff take nothing by way of this lawsuit and that Defendant recover all taxable court costs expended on his behalf and for such other relief at law or in equity, to which Defendant may be justly entitled.

Respectfully submitted,

By: _____
William Gault
Federal I.D. No. 14685
State Bar No. 07765050
Michael Quintana
Fed. ID No. 33291
State Bar No. 24037314

Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

Of Counsel:

Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier
ATTORNEYS FOR DEFENDANT
COLUMBIA VALLEY HEALTHCARE
SYSTEM, L.P. D/B/A VALLEY REGIONAL
MEDICAL CENTER

### CERTIFICATE OF SERVICE

This is to certify that the above and foregoing instrument has been forwarded to counsel as indicated below on this the 22 day of September, 2004.

| | |
|---|---|
| Mr. Thomas Crosley<br>Branton & Hall, P.C.<br>One Riverwalk Place, Suite 1700<br>700 N. St. Mary's St.<br>San Antonio, Texas 78205 | **VIA CMRRR #7002 0460 0000 6426 4672** |
| Mr. Michael Cowen<br>Law Offices of Michael R. Cowen<br>520 E. Levee<br>Brownsville, Texas 78520 | **VIA REGULAR MAIL** |

_____
William Gault