IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 5 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CANDELARIO DE LEON § | |
| § | |
| VS. § | CIVIL ACTION NO. CV-B-00-192 |
| § | (JURY REQUESTED) |
| COLUMBIA VALLEY HEALTHCARE § | |
| SYSTEM, L.P. D/B/A VALLEY REGIONAL § | |
| MEDICAL CENTER § | |

### DEFENDANT COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P.'S MOTION TO RECONSIDER COURT'S ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO AMEND THE CASE CAPTION

TO THE HONORABLE DISTRICT JUDGE:

COMES NOW, Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center, one of the Defendants in the above entitled and numbered cause, and asks the Court to reconsider its decision granting Plaintiff's Unopposed Motion to Amend the Caption of this case and would respectfully show the Court as follows:

I.

Plaintiff's counsel filed an "unopposed" motion to amend the case caption to take Dr. Dovale out of the case caption. However, Defendant's counsel's only conversation with Plaintiff's counsel concerned taking the City of Brownsville out of the caption as they have previously been dismissed. Plaintiff's motion does not even include the correct style of the case leaving out the City of Brownsville. Clearly there was a misunderstanding as to what Plaintiff contemplated as Plaintiff has not yet even addressed removing the City of Brownsville and does not even correctly style his pleadings accordingly.

II.

Dr. Dovale is still a party in this case and Plaintiff has set out substantial testimony of his alleged negligence. Chapter 33.003, Texas Civil Practice and Remedies Code requires Dr. Dovale's submission of negligence to the jury. It would work an injustice to the Defendant, Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center, if the jury were led to believe that Dr. Dovale is not a party to this case as Plaintiff has structured his entire case around the negligence of Dr. Dovale.

Plaintiff's only medical causation evidence against Defendant Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center is from Dr. Peters who has stated that the only criticism he has against Defendant Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center was not in his reports but was first expressed at his deposition, and it concerned whether or not a nurse transmitted information to Dr. Dovale. If the Plaintiff transmitted the information to Dr. Dovale as he claims, then Dr. Peters withdraws his criticism. Dr. Peters admits that Dr. Dovale had the obligation to determine the information regardless of whether the nurse passed on the information or not. All other complaints that are alleged to have caused negligence to the Plaintiff are alleged to have been caused by Dr. Dovale. It would be an injustice to pretend that Dr. Dovale was not a party to this case.

WHEREFORE, PREMISES CONSIDERED, Defendant Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center prays that the Court reconsider its decision of September 28, 2004, granting Plaintiff's Unopposed Motion to Amend Caption of the Case and upon reconsideration rule that the caption of the case shall also include Dr. Dovale as a Defendant.

Respectfully submitted,

By: _____

William Gault
Federal I.D. No. 14685
State Bar No. 07765050
Michael Quintana
Fed. ID No. 33291
State Bar No. 24037314
Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

Of Counsel:

Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier
ATTORNEYS FOR DEFENDANT
COLUMBIA VALLEY HEALTHCARE
SYSTEMS, L.P. D/B/A VALLEY
REGIONAL MEDICAL CENTER

## CERTIFICATE OF CONFERENCE

Defendant's counsel has conferred with opposing counsel. Plaintiff's counsel opposes this motion.

_____
William Gault

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing instrument has been forwarded to counsel as indicated below on this the 4 day of October, 2004.

Thomas Crosley  
Branton & Hall, P.C.  
One Riverwalk Place, Suite 1700  
700 N. St. Mary's St.  
San Antonio, Texas 78205

**VIA CMRRR 7004 1160 0001 4080 0211**

Mr. Michael Cowen  
520 E. Levee  
Brownsville, Texas 78520

**VIA REGULAR MAIL**

_____  
William Gault