IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON | § § | |
| VS. | § § | CIVIL ACTION NO. CV-B-00-192 (JURY REQUESTED) |
| COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P. D/B/A VALLEY REGIONAL MEDICAL CENTER | § § § | |

## ORDER GRANTING DEFENDANT COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P.'S MOTION TO RECONSIDER COURT'S ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO AMEND THE CASE CAPTION

The Court has considered Defendant's opposed Motion to Reconsider the Court's Order granting Plaintiff's Unopposed Motion to Amend the Case Caption of this case and finds that Defendant's motion should be and hereby is GRANTED.

IT IS HEREBY ORDERED that this cause of action shall from this point forward be captioned as follows:

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON | § § | |
| VS. | § § | CIVIL ACTION NO. CV-B-00-192 (JURY REQUESTED) |
| COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P. D/B/A VALLEY REGIONAL MEDICAL CENTER AND JOAO DOVALE, M.D. | § § § § | |

SIGNED this the ____ day of October, 2004.

_____
HONORABLE HILDA G. TABLE,
UNITED STATES DISTRICT JUDGE

COPIES TO:
Mr. Thomas Crosley, Branton & Hall, P.C., One Riverwalk Place, Suite 1700, 700 N. St. Mary's St., San Antonio, TX 78205
Mr. Michael Cowen, 520 E. Levee, Brownsville, Texas 78520
Mr. William Gault, 1325 Palm Blvd., Suite A., Brownsville, Texas 78520