IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. CV-B-00-192 |
| | § | (JURY REQUESTED) |
| COLUMBIA VALLEY HEALTHCARE | § | |
| SYSTEM, L.P. D/B/A VALLEY REGIONAL | § | |
| MEDICAL CENTER | § | |

## ORDER DENYING DEFENDANT'S *AMENDED* MOTION TO TAKE JUDICIAL NOTICE OF MEDICARE/MEDICAID REGULATIONS AND PLAINTIFF'S MEDICAL EXPENSES

The Court has considered Plaintiff's Objection and Response to Defendant's *Amended* Motion to Take Judicial Notice of Medicare/Medicaid Regulations and Plaintiff's Medical Expenses filed by Defendant COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P. D/B/A VALLEY REGIONAL MEDICAL CENTER on August 6, 2004.  After reviewing the arguments of counsel and the applicable law, the Court finds that Defendant's motion should be and hereby is DENIED.

SIGNED this _____ day of _____, 2004.

_____
HONORABLE HILDA G. TAGLE,
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:


By: _____
    THOMAS A. CROSLEY
    Attorney-in-Charge
    State Bar No. 00783902
    S. Dist. Texas No. 15434
    One Riverwalk Place, Suite 1700
    700 N. St. Mary's St.
    San Antonio, Texas 78205
    (210) 224-4474
    (210) 224-1928 (fax)

Of Counsel:

**BRANTON & HALL, P.C.**
JAMES L. BRANTON
State Bar No. 00000069
S. Dist. Texas No.20163
SONIA M. RODRIGUEZ
State Bar No. 24008466
S. Dist. Texas No. 29199

And

MICHAEL COWEN
State Bar No. 00795306
S. Dist. Texas No. 19967
**LAW OFFICES OF COWEN & BODDEN**
520 E. Levee
Brownsville, Texas 78520
(956) 541-4981

**ATTORNEYS FOR PLAINTIFF**


G:\WPFILES\FILES CLT\D\DEL9827\PLEAD\Order-denyjudicial noticeleave.wpd

2