IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON | § § | |
| VS. | § § | CIVIL ACTION NO. CV-B-00-192 (JURY REQUESTED) |
| COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P. D/B/A VALLEY REGIONAL MEDICAL CENTER | § § § § | |

## ORDER STRIKING DENYING DEFENDANT'S "SUPPLEMENTAL AFFIRMATIVE DEFENSE TO PLAINTIFF'S THIRD AMENDED COMPLAINT"

The Court has considered Plaintiff's Objection and Response to the "Supplemental Affirmative Defense to Plaintiff's Third Amended Complaint" filed by Defendant COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P. D/B/A VALLEY REGIONAL MEDICAL CENTER. After reviewing the arguments of counsel and the applicable law, the Court finds that Defendant's motion should be and hereby is STRICKEN.

SIGNED this _____ day of _____, 2004.

_____
HONORABLE HILDA G. TAGLE,
UNITED STATES DISTRICT JUDGE