United States District Court
Southern District of Texas
FILED

OCT 1 4 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. CV-B-00-192 |
| | § | (JURY REQUESTED) |
| COLUMBIA VALLEY HEALTHCARE | § | |
| SYSTEM, L.P. D/B/A VALLEY REGIONAL | § | |
| MEDICAL CENTER | § | |

### DEFENDANT COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P., D/B/A VALLEY REGIONAL MEDICAL CENTER'S SUPPLEMENTAL MOTION IN LIMINE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center, one of the Defendants in the above entitled and numbered cause, and before either trial or jury selection of this cause has begun, makes and presents this Supplemental Motion in Limine, respectfully showing unto this Court as follows:

15.

Defendant moves to bar Plaintiff from calling any expert witnesses that were not listed by Plaintiff's deadline to list its expert witnesses in the Court's Scheduling Order (March 19, 2004), Federal Rule of Civil Procedure 26(a)(1)(A). Specifically, Plaintiff listed Dr. Helson Pacheco-Serrant as an expert witness for the first time on June 21, 2004 which was the discovery cut-off deadline. (Defendant's attorney did not receive this until June 23, 2004). Plaintiff's designation not only designates him for the care and treatment he provided, but designates him as a liability expert and an expert in future damages. Plaintiff has not produced any information of this witness pursuant to FRCP 26(a)(2)(B).

16.

In the Joint Pretrial Order §13 B (5), Plaintiff is requesting to call a witness from El Paso, Texas by closed circuit or by video conference. Presumably, this applies to Dr. Pacheco-Serrant. Defendant objects to any testimony by this witness other than in person. Because Plaintiff has not complied with any portions of FRCP 26(a)(2), including producing a complete statement of his opinions and the basis or them or what he has reviewed, any exhibits to be used to support his opinions, his qualifications, his publications for the last ten years, the compensation to be paid him and the list of cases he has testified in within the preceding four years pursuant to FRCP 26(a)(2)(B), Defendant would be at a disadvantage in attempting to cross examine him by video or closed circuit as Defendant would not be able to exchange documents with him.

17.

Defendant moves the Court to limit the Plaintiff from calling any experts not listed by the Court Ordered Deadline for Plaintiff to list its experts and eliciting opinions of its experts that are not found in their expert reports provided to this Defendant on or before the Plaintiff's deadline to produce its expert reports. Specifically, Defendant moves to limit Dr. Peters' criticisms to those that were contained in his expert reports filed on or before the Plaintiff's Deadline to Designate expert witnesses. Federal Rule of Civil Procedure 26(a)(2)(A) and (B).

18.

Defendant moves to limit Plaintiff's allegations of failure to diagnose, treat, admit to a hospital, discharge from a hospital and the removal of spinal cord precautions to Co-Defendant Dr. Dovale's conduct only. Plaintiff's experts have only attributed these complaints to Dr. Dovale and these involve the practice of medicine which the hospital cannot do. Tex. Occ. Code §151.002(a)(12)(13), and § 155.001. The practice of nursing does not include this. Tex. Occ. Code

§301.002. Plaintiff admits that Dr. Dovale is not this Defendant's agent. Joint Pretrial Order §8 C.

19.

Defendant moves to limit Plaintiff's experts' causation testimony to "Proximate Cause" not to claims of "Contribution." Texas Pattern Jury Charges § 50.2 and 51.3, Harris v. Harris County Hospital District, 557 S.W.2d 353 (Tex.Civ.App.-Houston [1st] 1977, no writ).

20.

Defendant moves to exclude any affidavits of medical expenses or records Plaintiff filed after the Court Ordered Discovery Deadlines: Medical records from Valley Grande Manor (Plaintiff notified Defendant's attorney of these on 9/27/04 and 10/5/04), billing records from Brownsville Community Health Center numbered BCH 01-12 (Plaintiff notified Defendant's attorney of these on 9/27/04), billing records from Brownsville Emergency Medical Service numbered 0001-0004, billing records from Brownsville Medical Center numbered 0001 – 0108 (Plaintiff notified Defendant's attorney of these on 6/23/04), billing records from Valley Regional Medical Center, Houston, Texas numbered 0001-0004 (Plaintiff notified Defendant's attorney of these on 8/12/04).

WHEREFORE, PREMISES CONSIDERED, Defendant moves the Court to order the parties and their counsel and parties witnesses not to make any mention, comment, question or answer concerning the above specific matters, and that in the event any parties counsel determines that developments during the trial have made any such matters admissible, that they first approach the bench and obtain a ruling from the Court out of the presence of the jury panel or jury with regards to any claims or theory of admissibility of such matters.

Respectfully submitted,

By: _____
William Gault
Federal I.D. No. 14685
State Bar No. 07765050
Michael Quintana
Fed. ID No. 33291
State Bar No. 24037314

Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

Of Counsel:

Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier
ATTORNEYS FOR DEFENDANT
COLUMBIA VALLEY HEALTHCARE
SYSTEM, L.P. D/B/A VALLEY
REGIONAL MEDICAL CENTER

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing instrument has been forwarded to counsel as indicated below on this the 14th day of October, 2004.

Mr. Thomas Crosley  
Branton & Hall, P.C.  
One Riverwalk Place, Suite 1700  
700 N. St. Mary's St.  
San Antonio, Texas 78205

**VIA CMRRR #7004 1160 0001 4080 0150**

Mr. Michael Cowen  
Law Offices of Michael R. Cowen  
520 E. Levee  
Brownsville, Texas 78520

**VIA REGULAR MAIL**

_____  
William Gault