IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. CV-B-00-192 |
| | § | (JURY REQUESTED) |
| COLUMBIA VALLEY HEALTHCARE | § | |
| SYSTEM, L.P. D/B/A VALLEY REGIONAL | § | |
| MEDICAL CENTER | § | |

## ORDER IN LIMINE AS TO DEFENDANT COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P., D/B/A VALLEY REGIONAL MEDICAL CENTER

The Court having heard Defendant Columbia Valley Healthcare System, L.P., d/b/a Valley Regional Medical Center's Supplemental Motion in Limine makes the following rulings with respect to the matters set forth in the following:

A.    Paragraph 15 is granted/denied.

B.    Paragraph 16 is granted/denied.

C.    Paragraph 17 is granted/denied.

D.    Paragraph 18 is granted/denied.

E.    Paragraph 19 is granted/denied.

F.    Paragraph 20 is granted/denied.

All counsel, parties and their witnesses are instructed to not make any type of reference to the matters referred to in the Motion in Limine filed by Defendant Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center which have been granted by this Court without first obtaining a ruling from the Court outside the presence and hearing of the jury.

SIGNED on the _____ day of October, 2004.

_____
Judge Presiding