| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| CANDELARIO DE LEON<br><br>VS.<br><br>COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P.<br>D/B/A VALLEY REGIONAL MEDICAL CENTER | CASE NO.<br><br>CIVIL ACTION No. CV-B-00-192<br><br>EXHIBIT LIST |
|---|---|
| Judge Hilda G. Tagle | Case Manger: Stella Cavazos<br>Court Reporter: Breck Record |
| List of Plaintiff's Exhibits | Proceeding - Jury Trial        Date   11-08-04 |

| No. | Description | Adm | Exd |
|---|---|---|---|
| 1 | City of Brownsville EMS Records [Bates No. 1-22] | | |
| 2 | City of Brownsville EMS- Updated Records | | |
| 3 | City of Brownsville EMS Ambulance Activity Report<br>[Bates No. 1-2] | | |
| 4 | City of Brownsville EMS-Updated Billing [Bates No. 1-4] | | |
| 5 | Medical records of Valley Regional Medical Center<br>[Bates No. 1-26] | | |
| 6 | Medical records of Valley Regional Medical Center having to do<br>with Brownsville Community Health Center<br>[Bates No. 21-24] | | |
| 7 | Medical records of Valley Regional Medical Center having to do<br>with Cervical MRI w/Contrast dated 9-8-00 [Bates No. 25-26] | | |
| 8 | Dovale's Medical Release to the Brownsville Police Department<br>concerning Candelario De Leon, dated 12/24/98 | | |
| 9 | Updated Billing records of Valley Regional Medical Center<br>[Bates No.1-4] | | |
| 10 | Billing records of Valley Regional Medical Center<br>[Bates No. 1-3] | | |
| 11 | Medical records of Brownsville Medical Center,<br>Vol. 1 [Bates No. 1- 614] | | |
| 12 | Medical records of Brownsville Medical Center,<br>Vol. 2 [Bates No. 615-1224] | | |

**EXHIBIT 3**

| No. | Description | Adm | Exd |
|---|---|---|---|
| 13 | Updated Medical records of Brownsville Medical Center [Bates No. 1-361] | | |
| 14 | Billing records of Brownsville Medical Center | | |
| 15 | Updated Billing records of Brownsville Medical Center [Bates No. 1-108] | | |
| 16 | Nursing Home records of Valley Grande Manor Nursing Home | | |
| 17 | Billing records of Valley Grande Manor Nursing Home from 3-31-99 through 1-31-02 | | |
| 18 | Billing Records of Valley Grande Manor Nursing Home from 2-1-02 to present | | |
| 19 | Medical records of Brownsville Community Health Center [Bates No. 1-11] | | |
| 20 | Updated Medical records of Brownsville Community Health Center (medical & radiology) [Bates No. 1-41] | | |
| 21 | Billing records of Brownsville Community Health Center | | |
| 22 | Alex Willingham, Life Care Plan and Cost Analysis | | |
| 23 | Alex Willingham, Curriculum vitae (Willingham depo Exhibit 8) | | |
| 24 | Alex Willingham, Life Care Analysis (Willingham depo Exhibit 10) | | |
| 25 | Alex Willingham Cost Update (April 2000) (Willingham dep Exhibit 11) | | |
| 26 | Alex Willingham Cost Update (September 2004) | | |
| 27 | Alex Willingham Rio Grande Valley Charges (Willingham depo Exhibit 12) | | |
| 28 | Medical Literature-Changing The Rules (Willingham depo Exhibit 7) | | |
| 29 | Medical Literature-Life Care Planning: The Interdisciplinary Team Approach (Chapter 1 of Life Care Planning) (Willingham depo Exhibit 7) | | |
| 30 | Report of Zeff Ross, dated June 28, 2001 (Ross Exhibit 12) | | |

| No. | Description | Adm | Exd |
|-----|-------------|-----|-----|
| 31 | Affidavit of Zeff Ross, dated January 10, 2002 (Ross Exhibit 11) | | |
| 32 | Report of Zeff Ross, dated February 28, 2003 (Ross Exhibit 4) | | |
| 33 | Curriculum vitae of Zeff Ross (Ross Exhibit 5) | | |
| 34 | Medical Literature–CAMH (Comprehensive Accreditation Manual for Hospitals, *The Official Handbook* (Ross Exhibit 10) | | |
| 35 | Report of Nick Peters, M.D., dated November 10, 2000 (Peters Exhibit 7) | | |
| 36 | Report of Nick Peters, M.D., dated January 9, 2002 (Slater Exhibit 8) | | |
| 37 | Affidavit of Nick Peters, M.D., dated February 25, 2003 (Peters Exhibit 3) | | |
| 38 | Report of Nick Peters, M.D., dated February 8, 2004 (Peters Exhibit 6) | | |
| 39 | Curriculum vitae of Nick Paul Peters, M.D. (Peters Exhibit 1) | | |
| 40 | Medical Literature - Spinal Cord Compression Ch. 25: Neurologic Emergencies in Internal Medicine (Peters Exhibit 12) | | |
| 41 | Protocol Care of the Patient Received from EMS, Effective Date of Jan. 1993, Replaces Number 2/87, Applies to Emergency Department (Peters Exhibit 13) | | |
| 42 | Guidelines for Neuromuscular Disorder, Assessment Form, of Valley Regional Medical Center, Effective Date of Sept. 1992, Replaces Number Original, Applies to Emergency Department (Peters Exhibit 14) | | |
| 43 | Guidelines for Minor Head Injury, Assessment Form, of Valley Regional Medical Center, Effective Date of Sept. 1992, Replaces Number Original, Applies to Emergency Department (Peters Exhibit 15) | | |

| No. | Description | Adm | Exd |
|---|---|---|---|
| 44 | Protocol:  Nursing Care of the Patient with Spinal Cord and Vertebral Column Trauma, Effective Date of 11-24-98, Replaces Number Original, Applies to Emergency Room, Reference: 1993 Trauma Nursing Core Curriculum Book<br>(Peters Exhibit 16) | | |
| 45 | Trauma Alert Criteria, Effective Date of 1-20-99, Replaces Number Archived from E.D. #0053 (12-97), Applies to Emergency Room, Valley Regional Medical Center<br>(Peters Exhibit 17) | | |
| 46 | Medical Literature  - Validity of a Set of Clinical Criteria to Rule Our Injury to the Cervical Spine in Patients with Blunt Trauma | | |
| 47 | Report of Jeremy D. Slater, M.D., dated January 4, 2001<br>(Slater Exhibit 5) | | |
| 48 | Report of Jeremy D. Slater, M.D., dated March 10, 2003<br>(Slater Exhibit 2) | | |
| 49 | Curriculum vitae of Jeremy D. Slater, M.D.<br>(Slater Exhibit 1) | | |
| 50 | Medical Literature - Nonoperative Management of Acute Spinal Cord Injury<br>Ovid: Nockels: Spine, Volume 26(24S) Supplement, December 15, 2001.S31-S37<br>(Slater Exhibit 4) | | |
| 51 | Medical records from Jose A. Villalobos, M.D. (Urologist) [Bates No. 1-13] | | |
| 52 | Medical Records of Jose L. Villalobos, M.D. [Bates No. 1-13] | | |
| 53 | Medical records of Brownsville Urological (Villalobos) [Bates No. 1-19] | | |
| 54 | Consultation Report by Jose A. Villalobos, M.D. [Bates No. 11-12] | | |
| 55 | Billing record from Jose A. Villalobos, M.D. [Bates No. 1-5] | | |
| 56 | Medical records from Khalid Soleja, M.D. [Bates No.1-6] | | |
| 57 | Consultation Report by Khalid Soleja, M.D. [Bates No. 5-6] | | |
| 58 | Curriculum vitae of Khalid Soleja, M.D.[Bates No. 1] | | |
| 59 | Billing records of Khalid Soleja, M.D. [Bates No. 1-2] | | |

| No. | Description | Adm | Exd |
|-----|-------------|-----|-----|
| 60 | Medical records of Narra Nagarjun, M.D. | | |
| 61 | Billing records of Narra Nagarjun, M.D. | | |
| 62 | Medical records of Philip Onghai, M.D. | | |
| 63 | Billing records of Philip Ohghai, M.D. | | |
| 64 | Medical records of Maria C. Uribe, M.D. | | |
| 65 | Billing records of Maria C. Uribe, M.D. | | |
| 66 | Medical records of Anant Utturkar, M.D. | | |
| 67 | Billing records of Anant Utturkar, M.D. | | |
| 68 | Medical records of Helson Pacheco-Serrant, M.D. | | |
| 69 | Billing records of Helson Pacheco-Serrant, M.D. | | |
| 70 | Income Tax Return of Candelario DeLeon for 1995 | | |
| 71 | Income Tax Return of Candelario DeLeon for 1996 | | |
| 72 | Income Tax Return of Candelario DeLeon for 1997 | | |
| 73 | Chart of Summary of Loss of Earnings and Earning Capacity | | |
| 74 | Brownsville Police Department Records<br>[Bates No. 1-34] | | |
| 75 | Brownsville Police Department Records<br>photo of Plaintiff, Candelario DeLeon | | |
| 76 | Brownsville Police Department Offense/Incident Report | | |
| 77 | Texas Peace Officer's Report of Accident (12/24/98)<br>[Bates No. 11-12] | | |
| 78 | Photos of Plaintiff in Nursing Home Residence (15) | | |
| 79 | Deposition of Alex Willingham, dated January 3, 2002 | | |
| 80 | Deposition of Zeff Ross, dated January 13, 2004 | | |
| 81 | Deposition of Nick Paul Peters, M.D., dated May 26, 2004 | | |
| 82 | Videotape Deposition of Nick Paul Peters, M.D.,<br>dated May 26, 2004 | | |
| 83 | Deposition of Jeremy Daniel Slater, M.D.,<br>dated May 26, 2004 | | |

| No. | Description | Adm | Exd |
|-----|-------------|-----|-----|
| 84 | Videotape of Deposition of Jeremy Daniel Slater, M.D., dated May 26, 2004 | | |
| 85 | Deposition of Albert Rodriguez, dated January 22, 2004 | | |
| 86 | Deposition of Candelario DeLeon, dated December 10, 2001 | | |
| 87 | Deposition of Joao Dovale, M.D., dated May 19, 2004 | | |
| 88 | Videotape of Deposition of Joao Dovale, M.D. | | |

G:\WPFILES\FILES.CLT\D\DEL9827\Trial\PL-EXHIBIT-LIST.wpd