**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| **CANDELARIO DE LEON** | § |
| | § |
| **VS.** | § |
| | § **CIVIL ACTION NO. CV-B-00-192** |
| | § **JURY REQUESTED** |
| | § |
| **COLUMBIA VALLEY HEALTHCARE** | § |
| **SYSTEM, L.P. D/B/A VALLEY** | § |
| **REGIONAL MEDICAL CENTER** | § |

**DEFENDANT COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P.**
**D/B/A VALLEY REGIONAL MEDICAL CENTER'S EXHIBIT LIST**

| List of | Proceeding | Date |
|---|---|---|
| Columbia Valley Healthcare System, L.P. | Trial | 11/08/04 |
| d/b/a Valley Regional Medical Center | | |

| No. | Description | Adm | Exd |
|---|---|---|---|
| 1 | Plaintiff's Original Complaint | | |
| 2 | Plaintiff's First Amended Original Complaint | | |
| 3 | Plaintiff's Third Amended Complaint | | |
| 4 | Brownsville Emergency Medical Services records (12/24/98) | | |
| 5 | Valley Regional Medical Center 12/24/98 Admission Records | | |
| 6 | Brownsville Police Department records | | |
| 7 | Brownsville Medical Center 12/25/98 Admission Records | | |
| 8 | Plaintiff's Affidavit in Response to Defendant's Motion for Summary Judgment | | |
| 9 | Cathlin Vinett's Curriculum Vitae | | |
| 10 | Dr. Stephen Horner's Curriculum Vitae | | |
| 11 | David Lopez' Curriculum Vitae | | |
| 12 | Ted Marules' Curriculum Vitae | | |
| 13 | Dr. Haring Nauta's Curriculum Vitae | | |
| 14 | Ruthie Robinson's Curriculum Vitae | | |
| 15 | David Schickner's Curriculum Vitae | | |
| 16 | James Garriott's Curriculum Vitae | | |
| 17 | Cathlin Vinett's 2/12/04 Life Care Plan | | |
| 18 | Dr. Nick Peters' 11/10/00 Report | | |
| 19 | Dr. Nick Peters' 1/9/02 Affidavit | | |
| 20 | Dr. Nick Peters' 2/25/03 Report | | |
| 21 | Dr. Nick Peters' 2/8/04 Report | | |
| 22 | AMFS Contract re: Dr. Nick Peters | | |
| 23 | Dr. Jeremy Slater's 1/4/01 Report | | |

| 24 | Dr. Jeremy Slater's 3/10/03 Report | | |
|----|-----------------------------------|---|---|
| 25 | AMFS Contract re: Dr. Jeremy Slater | | |
| 26 | Zeff Ross' 6/28/01 Report | | |
| 27 | Zeff Ross' 1/10/02 Affidavit | | |
| 28 | Zeff Ross' 2/28/03 Report | | |
| 29 | AMFS Contract re: Zeff Ross | | |
| 30 | Plaintiff's Answers to VRMC's Interrogatories dated 6/22/01 (WI-2) | | |
| 31 | Plaintiff's Responses to VRMC's Requests for Production dated 6/22/01 (RFP-20) | | |
| 32 | Plaintiff's Answers to City of Brownsville's Interrogatories, Responses to Requests for Admissions Requests for Production dated 6/22/01 (RA 3, 4, 12, 13, and 16 & WI-14) | | |
| 33 | Plaintiff's Responses to Requests for Admissions dated 7/26/01 (RA 2, 5, 6, 7, 8) | | |
| 34 | Plaintiff's Supplemental Answers to Stat's Interrogatories dated 8/6/01 (WI-6, 7, 10, 11, 12, 13) | | |
| 35 | Plaintiff's Supplemental Answers to Dovale's Interrogatories dated 8/6/01 (WI-15) | | |
| 36 | Plaintiff's Supplemental Responses to Requests for Admissions dated 8/8/01 (RA-8) | | . |
| 37 | Portions of Valley Regional Medical Center Medical Staff Bylaws | | |
| 38 | Hospital Policy Number N.S. 001 | | |
| 39 | Dr. Peters' 2000 lawsuit petitions | | |
| 40 | Dr. Peters' 2004 lawsuit petitions | | |
| 41 | James Garriott's Pharmacology & Toxicology Book Chapter on Alcohol | | |
| 42 | Original Valley Regional Medical Center 12/24/98 Admission Chart (for demonstration purposes only) | | |