| UNITED STATES DISTRICT COURT ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| CANDELARIO De LEON<br><br>VS.<br><br>COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P. D/B/A VALLEY REGIONAL MEDICAL CENTER | CASE NO.<br><br>CIVIL ACTION No. CV-B-00-192 |
|---|---|
| | WITNESS LIST |
| Judge Hilda G. Tagle | Case Manger: Stella Cavazos<br>Court Reporter: Breck Record |
| List of Plaintiff's Witnesses | Proceeding - Jury Trial      Date  11-08-04 |

Jose Luis Ayola, M.D.
500 Paredes Line Road, Suite 4
Brownsville, Texas 78520
(956) 456-4119
*Dr. Ayola has treated and continues to treat plaintiff Candelario DeLeon as a result of injuries sustained in the incident occurring on or after December 24, 1998. He may be called to testify regarding plaintiff's injuries and damages. He may be called to testify regarding necessity of past and future medical treatment rendered and to be rendered to plaintiff as a result of subject incident, and the reasonableness of the charges. He or his custodian of records may also be called to testify regarding the authenticity of his business records.*

*Dr. Ayola is a duly licensed medical physician qualified by knowledge, skill, experience, training and education.*

Rigoberto Bocanegra, EMT
2454 E. Price Road
Brownsville, Texas
(956) 544-7644
or
954 E. Madison Street
Brownsville, Texas 78520
(956) 541-9491
*Provided emergency medical treatment to plaintiff. This witness may be called to testify regarding treatment provided to plaintiff, injuries and damages he sustained, the authenticity of business records, and the reasonableness of medical charges and necessity of treatment rendered. Was involved in transporting Plaintiff from accident scene to Valley Regional Medical Center.*

**EXHIBIT 5**

*Mr. Bocanegra, has completed his formal training and certification needed to become an EMT and is qualified by knowledge, skill, experience, training and education.*

Mr. Eddie Cravey
Director of Nursing
Valley Grande Nursing Home
901 Wild Rose Lane
Brownsville, Texas 78520
(956) 546-4568
*Will testify to Plaintiff's residence at the nursing home; his needs, the necessity of care and nursing home care and services, and the reasonable cost thereof.*

Candelario De Leon
901 Wild Rose Lane, Room 113
Brownsville, TX 78520
*The Plaintiff in this case, who will testify both to the liability facts and the damages he has suffered.*

Francisco De Leon
Number 8 Ofelia Circle
Brownsville, Texas 78520
(956) 838-2929
*Oldest brother of plaintiff; caregiver to Plaintiff; can testify to before and after condition of Plaintiff, the effects of the injury on his life, and the Plaintiff's special needs.*

Margarita De Leon
1041 Flor Del Valle Drive
Brownsville, Texas 78520
(956) 350-3603
*Daughter-in-law of Plaintiff (wife of son, Mario De Leon); caregiver to Plaintiff; can testify to before and after condition of Plaintiff, the effects of the injury on his life, and the Plaintiff's special needs.*

Mario De Leon
1041 Flor Del Valle Drive
Brownsville, Texas 78520
(956) 350-3603
*Son of the Plaintiff; caregiver to Plaintiff; can testify to before and after condition of Plaintiff, the effects of the injury on his life, and the Plaintiff's special needs.*

Oscar De Leon
3354 East 25th Street
Brownsville, Texas 78520
(956) 542-5215
*Brother of Plaintiff; caregiver to Plaintiff; can testify to before and after condition of Plaintiff, the effects of the injury on his life, and the Plaintiff's special needs.*

Joao Dovale, M.D.
1102 West Trenton Road
Edinburg, Texas
*Emergency Room doctor who attended to the Plaintiff at the Emergency Room of Valley Regional Medical Center on the evening of December 24, 1998.  (At one time a defendant in this case.)*

*Dr. Dovale is a duly licensed medical physician qualified by knowledge, skill, experience, training and education.*

Luis Urbina Flores
4045 Coffeeport Road
Brownsville, Texas 78521
(956) 541-9491
*One of the emergency medical technicians who attended the Plaintiff and was involved in his care en route to the Valley Regional Medical Center from the City Jail on December 25, 1998.*

Simon Fonseca, EMT
City of Brownsville E.M.S.
954 East Madison Street
Brownsville, Texas 78520
(956) 541-9491
*One of the emergency medical technicians who attended the Plaintiff and was involved in his care en route to the Valley Regional Medical Center from the City Jail on December 25, 1998.*

*Mr. Fonseca, has completed his formal training and certification needed to become an EMT and is qualified by knowledge, skill, experience, training and education.*

Luis Gayton, M.D.
2137 East 22nd Street
Brownsville, Texas 78520
(956) 548-7400

*Internal Medicine Doctor; family doctor of the Plaintiff; knows the nature and extent of Plaintiff's injuries and condition, special needs including ongoing medical care, necessity of care; reasonableness of charges.*

*Dr. Gayton is a duly licensed medical physician qualified by knowledge, skill, experience, training and education.*

James Henson, EMT
City of Brownsville E.M.S.
954 East Madison Street
Brownsville, Texas 78520
(956) 541-9491
*One of the emergency medical technicians who attended the Plaintiff at the scene of the accident and was involved in his care en route to the Valley Regional Medical Center.*

*Mr. Henson, has completed his formal training and certification needed to become an EMT and is qualified by knowledge, skill, experience, training and education.*

Victor Leal, M.D.
30 North Park Place
Brownsville, Texas 78520
(956) 542-9118
*Medical doctor, skin specialist; he has attended to and treated the Plaintiff for bedsores or ulcers resulting from his paralytic condition; can testify to the physical condition and medical needs of the Plaintiff; the necessity for services rendered and the reasonable cost thereof.*

*Dr. Leal is a duly licensed medical physician qualified by knowledge, skill, experience, training and education.*

G. Mendoza, EMT
City of Brownsville E.M.S.
954 East Madison Street
Brownsville, Texas 78520
(956) 541-9491
*One of the emergency medical technicians was involved in his care en route from the City Jail to the Valley Regional Medical Center on December 25, 1998.*

*Mr. Mendoza, has completed his formal training and certification needed to become an EMT and is qualified by knowledge, skill, experience, training and education.*

Nagarjun Narra, M.D.
Brownsville Medical Center
1048 West Jefferson Street
Brownsville, Texas 78528
(956) 544-1400
*Dr. Narra diagnosed and treated plaintiff Candelario DeLeon for his spinal cord injuries. He may be called to testify regarding plaintiff's injuries and damages. He may be called to testify regarding the necessity of past and future medical treatment rendered and to be rendered to Plaintiff as a result of subject incident and the reasonable cost of the treatment. He or his custodian of records may also be called to testify regarding the authenticity of his business records.*

*Dr. Narra is a duly licensed medical physician qualified by knowledge, skill, experience, training and education.*


Philip Onghai, M.D.
Brownsville Medical Center
1048 West Jefferson Street
Brownsville, Texas 78520
(956) 544-1400
*or*
Medical Billing Services
302 Kings Highway, Suite 210
Brownsville, Texas 78521
(956) 982-0400
*Medical doctor, internal medicine; skin specialist; he has attended to and treated the Plaintiff for bedsores or ulcers resulting from his paralytic condition; can testify to the physical condition and medical needs of the Plaintiff; the necessity for services rendered and the reasonable cost thereof.*

*Dr. Onghai is a duly licensed medical physician qualified by knowledge, skill, experience, training and education.*


Officer Alex Ortiz
c/o Brownsville Police Department
600 East Jackson Street
Brownsville, Texas 78520
(956) 548-7000
*This officer was one of the investigating and/or arresting officers involved in the detainment and arrest of plaintiff. He may be called to testify regarding the scene of the accident, injuries and damages resulting therefrom, the detainment, transfer and treatment of plaintiff*

*while under detainment by the City of Brownsville. He may also be called to testify regarding the authenticity of business records, photographs and other demonstrative evidence originated a result of subject incident.*

Helson Pacheco-Serrant, M.D.
El Paso Orthopaedic Surgery Group
1700 Murchison
El Paso, TX 79902
(915) 533-7465
(915-534-5220 - fax

*Dr. Pacheco diagnosed and treated plaintiff Candelario DeLeon for his spinal cord injuries. He may be called to testify regarding plaintiff's injuries and damages. He may be called to testify regarding the necessity of past and future medical treatment and the reasonable cost of services rendered and to be rendered to Plaintiff as a result of subject incident. He or his custodian of records may also be called to testify regarding the authenticity of his business records. He is expected to testify that it is imperative to begin steroid therapy on a patient like Mr. De Leon who has suffered spinal cord contusion and that the steroids need to be started within eight hours of injury and continued for 48 hours. He is expected to testify that, based upon reasonable medical probability, he feels it is more likely than not that the extent of Mr. De Leon's injuries would not have been as severe had Mr. De Leon been treated appropriately in the Valley Regional ER and that the spinal cord injury was accelerated and aggravated by the failure to diagnose and treat Plaintiff's spinal cord injury and by the removal of the spinal precautionary devices, as well as the failure to hospitalize the Plaintiff. In his opinion, the Valley Regional ER and/or Dr. Dovale should have performed a complete neurological exam on Mr. De Leon if he was complaining of numbness below the neck, as documented in the EMS transport records, especially if the nursing staff furnished this vital medical history to the ER doctor. If the neurological exam, which at a minimum would include motor, sensory and reflexes, was abnormal, then an X-ray should be performed. If there was serious sensory deficit, an MRI or a CT myelogram should have been performed. Also, the patient should not have been removed from spinal precautions, including the cervical collar, until spinal injury had been ruled out. The failure of nursing staff to transmit the EMS records to the ER doctor would be below the standard of care and a contributing cause to the failure to diagnose and treat and hospitalize, and to the aggravation of the injury.*

*Dr. Serrant is a duly licensed medical physician qualified by knowledge, skill, experience, training and education.*

Chief Beningo Reyna
c/o Brownsville Police Department
600 East Jackson Street
Brownsville, Texas 78520

(956) 548-7000

*Chief Reyna may be called to testify regarding the facts and circumstances relevant to subject incident and the policies of the police department in handling detainees who are injured. He may also be called to testify regarding the authenticity of business records, photographs and other demonstrative evidence originated by or for defendants as a result of subject incident.*

Commander Albert Rodriguez (expert witness)
11017 Crossland
Austin, Texas 78726
(512) 424-2218

*Commander Rodriguez is Director of Training for the Texas Department of Public Safety and has been retained as an expert to testify regarding the police officers' actions during the arrest and detainment of Candelario De Leon beginning on December 24, 1998. He will testify that the police acted appropriately in the way they handled the Plaintiff in taking him from the ER to the jail.*

*Mr. Rodriguez is a graduate of the University of Virginia in Criminal Justice with a B.S. in Education from the University of Texas A&I, Kingsville, Texas. He has over (27) years of law enforcement experience with (11) years of experience as Commander, Director of Training. Mr. Rodriguez has been an expert witness in the field of law enforcement and related issues for the past (19) years. Given his knowledge, skill, experience, training, and education, Mr. Rodriguez is qualified to testify in this case.*

Plinio Rojas, EMT
City of Brownsville E.M.S.
954 East Madison Street
Brownsville, Texas 78520
(956) 541-9491
or
355 Palo Verde Drive
Brownsville, Texas 78521
(956) 542-4470

*One of the emergency medical technicians who attended the Plaintiff at the scene of the accident and was involved in his care en route to the Valley Regional Medical Center. He is one of the EMTs who recorded the complaints of the Plaintiff en route to the hospital, including the complaint of numbness below the neck.*

*Mr. Rojas, has completed his formal training and certification needed to become an EMT and is qualified by knowledge, skill, experience, training and education.*

Nick Peters, M.D.
1919 Post Oak Park Drive, Apt. 1113
Houston, Texas 77027
(713) 776-5552

*Expert witness for Plaintiff who is an emergency medicine doctor who can testify tot the nature of the medical care received by Plaintiff at the Valley Regional Medical Hospital Emergency room on December 24, 1998, and can testify to the standard of care for nurses and hospital staff with respect to initial nursing assessment, the obtaining of an adequate medical history, and the information expected to be transmitted to the emergency room doctor for the care and treatment of the emergency room patients.*

*Dr. Peters is board certified in emergency medicine. He has over thirteen (13) years education and practice in the area of emergency medicine. Through his professional studies and personal experience in the emergency room, he is familiar with the standard of care for emergency room physicians. Given his knowledge, skill, experience, training, and education, Dr. Slater is qualified to testify in this case.*

Zeff Ross, FACHE
10213 Capri Street
Cooper City, Florida 33026-4637
(954) 433-7199

*Mr. Ross is a retained expert who is a certified healthcare executive and Fellow in the American College of Healthcare Executives. He is currently the Administrator of a hospital in Florida. Mr. Ross will be called to testify regarding hospital policies and procedures to ensure healthcare providers meet the standard of care in the treatment of its patients. He will also testify regarding the standard or care for nursing staff and the importance of transmitting to the ER doctor vital information such as the EMS records documentation that the patient was numb below the neck. Mr. Ross will also evaluate the failure of nursing staff to include the EMS records information in their assessment of the patient.*

*Mr. Zeff Ross is a hospital administrator who has experience in developing rules and regulations for medical staff, including doctors. Mr. Ross is board certified in health care management and has familiarity with the standards, rules and regulations of the Joint Commission on Accreditation of Healthcare Organizations (JCAHO). According to the standards set out by the JCAHO, the goal of the patient assessment function of hospitals is to determine what kind of care is required to meet a patient's needs. Mr. Ross is qualified to explain "what the hospital did or did no do, or the nurses did or did not do, or the physician did or did not do, in accordance with the standard of care." With respect to the standards applicable to healthcare providers and the reasons for those standards, Mr. Ross is indeed qualified by education, training, practical experience, and specialized knowledge.*

Felipa Ruiz
P. O. Box 5235
Brownsville, Texas 78250
(956) 548-0634
*Sister of the Plaintiff; caregiver to Plaintiff; can testify to before and after condition of Plaintiff, the effects of the injury on his life, and the Plaintiff's special needs.*

Homayon Sidiq, M.D.
2137 East 22nd Street
Brownsville, Texas 78521
(956) 548-7400
*Internal medicine doctor who is still seeing the Plaintiff; sees Plaintiff at the Community Health Center; can testify to the physical condition and medical needs of the Plaintiff; the necessity for services rendered and the reasonable cost thereof.*

*Dr. Sidiq is a duly licensed medical physician qualified by knowledge, skill, experience, training and education.*

Jeremy Slater, M.D. (retained expert witness)
7171 Buffalo Speedway
Houston, Texas 77025
(713) 500-7117
*Expert witness for Plaintiff; neurologist; can testify to the standard of care of nurses and hospital staff; can testify to causation between the failure to diagnose the spinal cord injury and the acceleration and aggravation of the injury and how it was made worse by the failure to render proper treatment; the nature and extent of Plaintiff's injuries; can testify to the physical condition and medical needs of the Plaintiff; the necessity for services rendered and the reasonable cost thereof. He can testify to what is expected of a nurse to comply with the standard of care so far as an initial assessment, the taking of an adequate medical history and making a record of it, and seeing that the information and records are transmitted to the physician.*

*Dr. Slater is board certified in neurology. He has twenty seven (27) years of education and practice in the field of neurology. Additionally, according to his deposition, he has been consulted in countless emergency room cases and is familiar with the standards of care for emergency room medicine. Dr. Slater also testified that he is familiar with journals, treatises and papers regarding spinal cord injuries, and specifically, non-operative management of acute spinal cord injuries. Given his knowledge, skill, experience, training, and education, Dr. Slater is qualified to testify in this case.*

Khalid R. Solija, M.D.
109 East Price Road
Brownsville, Texas 78520
(956) 546-5237
*He is a plastic surgeon who treated Plaintiff's heal for bedsores or ulcers; can testify to the physical condition and medical needs of the Plaintiff; the necessity for services rendered and the reasonable cost thereof.*

*Dr. Solija is a duly licensed medical physician qualified by knowledge, skill, experience, training and education.*

Andre S. Torres, Jr.
c/o Brownsville Police Department
600 East Jackson Street
Brownsville, Texas 78520
(956) 548-7000
*This officer was one of the investigating and/or arresting officers involved in the detainment and arrest of plaintiff. He may be called to testify regarding the scene of the accident, injuries and damages resulting therefrom, the detainment, transfer and treatment of plaintiff while under detainment by the City of Brownsville. He may also be called to testify regarding the authenticity of business records, photographs and other demonstrative evidence originated by or for defendants as a result of subject incident.*

Maria C. Uribe, M.D.
Brownsville Medical Center
1048 West Jefferson Street
Brownsville, Texas 78528
(956) 544-1400
*Neurologist or Internal Medicine; treats the Plaintiff on a periodic basis at Community Health Center; can testify to the physical condition and medical needs of the Plaintiff; the necessity for services rendered and to be rendered and the reasonable cost thereof.*

*Dr. Uribe is a duly licensed medical physician qualified by knowledge, skill, experience, training and education.*

Anant Utturkar, M.D.
Brownsville Medical Center
1048 West Jefferson Street
Brownsville, Texas 78528
(956) 544-1400

*Neurologist; treats the Plaintiff on a periodic basis at Community Health Center; can testify to the physical condition and medical needs of the Plaintiff; the necessity for services rendered and to be rendered and the reasonable cost thereof.*

*Dr. Utturkar is a duly licensed medical physician qualified by knowledge, skill, experience, training and education.*

Jose Luis Villalobos, M.D. (retained expert witness)
Brownsville Professional Plaza
864 Central Boulevard
Brownsville, Texas 78520
(956) 546-3595
*Urologist; has seen Plaintiff for urinary tract infections; can testify to the physical condition and medical needs of the Plaintiff; the necessity for services rendered and the reasonable cost thereof.*

*Dr. Villalobos is a duly licensed medical physician qualified by knowledge, skill, experience, training and education.*

Alex C. Willingham, M.D. (retained expert witness)
Rehabilitation Professional Consultants, Inc.
5101 Medical Drive
San Antonio, Texas 78229
(210) 615-7772

*Dr. Willingham is a Physical Medicine and Rehabilitation physician, retained by plaintiff to prepare a Life Care Plan for Candelario De Leon. He has assessed the activities of daily living and medical needs of Candelario De Leon for the rest of his life expectancy.*

*Dr. Willingham is Board Certified in Physical Medicine and Rehabilitation. He has over (17) years of education and practice in the area of Physical Medicine and Rehabilitation. Through his professional studies and personal experience in Physical Medicine and Rehabilitation, he is familiar with the standard of care for patients needing rehabilitation. Given his knowledge, skill, experience, training, and education, Dr. Willingham is qualified to testify in this case.*

Harold D. Wright, R.N.
1504 Sunshine
Brownsville, Texas 78521
(956) 227-3605

*Provided emergency medical treatment to Plaintiff at Valley Regional Medical Center. He may be called to testify regarding the treatment he provided to and/or failed to provide to Plaintiff, as well as the hospital's policies concerning same. He will also be called upon to testify concerning the EMS records that document the Plaintiff's being numb below the neck, and his failure to take that into consideration in the nursing assessment. He will testify concerning a nurse's initial assessment, taking of a medical history of the patient, keeping medical records and seeing that all the information and records are transmitted to the doctor.*

*Mr. Wright, has completed his formal training and certification needed to become an RN and is qualified by knowledge, skill, experience, training and education.*

*"If other witnesses to be called at the trial become known, their names, addresses, and subject of their testimony will be reported to opposing counsel in writing as soon as they are known; this does not apply to rebuttal or impeachment witnesses."*

G:\WPFILES\FILES.CLT\D\DEL9827\Trial\witness-list3.wpd