IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CANDELARIO DE LEON §
§
VS. §
§ CIVIL ACTION NO. CV-B-00-192
§ JURY DEMANDED
§
COLUMBIA VALLEY HEALTHCARE §
SYSTEM, L.P. D/B/A VALLEY REGIONAL §
MEDICAL CENTER §

Judge Hilda G. Tagle

### DEFENDANT COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P. D/B/A VALLEY REGIONAL MEDICAL'S WITNESS LIST

| List of | Proceeding | Date |
|---|---|---|
| Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center | Trial | 11/8/04 |

1. Ruthie Robinson (live), 4595 Taft Street, Beaumont, Texas 77706; (409) 892-2741. Ms. Robinson is a registered nurse and will testify that the hospital nursing personnel actions were appropriate, within the standard of care and followed hospital guidelines and the limitations on their duties.

2. Ted Marules (live), 8318 Bunker Bend, Humble, TX 77346; (281) 852-1297. Mr. Marules is an accident reconstructionist and will testify as to automobile collision and its impact on the Plaintiff, the cause of the accident and the forces involved and the likely cause of the injury.

3. Dr. Haring Nauta (live), Division of Neurosurgery, University of Texas Medical Branch, 301 University Boulevard, Galveston, TX 77555-0517; (409) 772-1011. Dr. Nauta is a neurosurgeon and will testify regarding the nature of Plaintiff's injury, the use of steroids, the standard of care and their efficacy and that the Plaintiff's injuries were not caused by this Defendant.

4. David Lopez (live), 3115 Long Bay Court, Houston, Texas 77059, (409) 772-6614. Mr. Lopez will testify concerning the administration of a hospital, the hospital guidelines and what is expected of the nursing staff in this situation.

5. Dr. David Schickner (live), P.O. Box 20635, Waco, TX 76702-0635; (254) 292-1090. Dr. Schickner is a neurosurgeon and will testify that hospital staff performed appropriate examination within the standard of care, patient was not a



EXH 6

candidate for steroids, and the efficacy of steroids and that the Plaintiff's injuries were not caused by this Defendant.

6     Cathlin Vinett (live), P.O. Box 3101, Brentwood, TN 37024, (615) 373-2273. Cathlin Vinett will testify as to reasonable and necessary healthcare, usual and customary charges for such care, and the medical and rehabilitation needs for Plaintiff.

7     Dr. Stephen Horner (live), P.O. Box 2685, Corpus Christi, Texas 78403, (361) 883-1686. Dr. Horner is an economist and will testify as to present value of present and future economic loss, earning capacity, work life expectancy and medical treatment costs.

8     Dr. Joao Dovale (live and/or deposition), 1102 West Trenton Road, Edinburg, Texas. Dr. Dovale is a physician who provided treatment to plaintiff and will testify regarding that treatment, the standard of care and his evaluation of the Plaintiff.

9     Edward McGlynn (live), 100A Alton Gloor, Brownsville, TX 78526; (956) 350-7114. Dr. McGlynn is the hospital representative and will testify about the operation of Valley Regional Medical Center.

10     Dr. James Garriott (by deposition), Plaintiff's retained expert toxicologist. He will testify concerning the nature of Plaintiff's intoxication and the effects it has on his claims of neuropathy.

11     Dr. Jeremy Slater (by deposition), Plaintiff's retained expert neurologist. Dr. Slater will testify concerning Dr. Dovale's negligence and that the benefits of the use of steroids for claimed spinal cord injuries is debated in medical science.

**DR. DOVALE**

p. 4 L. 2-17
p. 8 L. 25 – p. 10 L. 9
p. 14 L. 23 – p. 15 L. 1
p. 11 L. 19 – p. 12 L. 1
p. 12 L. 18-20
p. 14 L. 12-20
p. 17 L. 11-14
p. 25 L. 24 – p. 26 L. 14
p. 28 L. 4 – p. 30 L. 2
p. 30 L. 22 – p. 31 L. 2
p. 32 L. 19 – p. 33 L. 22
p. 34 L. 13-17
p. 35 L. 17 – p. 36 L. 13
p. 42 L. 25 – p. 43 L. 5
p. 45 L. 9-23
p. 63 L. 17 – p. 64 L. 4
p. 65 L. 16 – p. 66 L. 23
p. 81 L. 24 – p. 82 L. 4
p. 85 L. 17 – p. 86 L. 13
p. 38 L. 12-18
p. 38 L. 20-22
p. 40 L. 13-15
p. 99 L. 19-23
p. 99 L. 25
p. 100 L. 2-8
p. 100 L. 17-23
p. 101 L. 17-23
p. 106 L. 6-9
p. 108 L. 23-24
p. 109 L. 13-21
p. 109 L. 23 – p. 110 L. 2
p. 110 L. 4-20
p. 110 L. 22
p. 111 L. 5-14
p. 111 L. 16 – p. 112 L. 16
p. 112 L. 18-20
p. 112 L. 22 – p. 115 L. 19
p. 116 L. 2 – p. 117 L. 13
p. 117 L. 22 - p. 124 L. 21
p. 124 L. 24 – p. 125 L. 12
p. 164 L. 3-5
p. 93 L. 13 – p. 94 L. 6
p. 94 L. 11-20
p. 94 L. 24 – p. 95 L. 7
p. 95 L. 14 - p. 96 L. 2
p. 98 L. 9 – p. 99 L. 8
p. 36 L. 24 – p. 38 L. 5

Dovale-depo-lines-02

p. 38 L. 8-10
p. 39 L. 13-17
p. 40 L. 16-19
p. 40 L. 22 – p. 42 L. 14
p. 47 L. 25 – p. 48 L. 17
p. 50 L. 11 – p. 51 L. 24
p. 53 L. 1-20
p. 54 L. 5-13
p. 58 L. 15-20
p. 58 L. 24 – p. 59 L. 12
p. 59 L. 15-20
p. 64 L. 17 – p. 65 L. 6
p. 71 L. 3-10
p. 76 L. 4-25
p. 77 L. 24 – p. 78 L. 4
p. 78 L. 14-24
p. 88 L. 12-19
p. 79 L. 17 – p. 80 L. 1
p. 81 L. 4-10
p. 126 L. 4 – p. 128 L. 22
p. 128 L. 24 – p. 129 L. 9
p. 129 L. 11-21
p. 129 L. 23 – p. 130 L. 18
p. 130 L. 20 – p. 133 L. 10
p. 133 L. 12 – p. 133 L. 23
p. 134 L. 4-20
p. 135 L. 16 – p. 137 L. 9
p. 137 L. 15 – p. 138 L. 19
p. 138 L. 21 – p. 144 L. 10
p. 145 L. 4 – p. 148 L. 13
p. 148 L. 15 – p. 149 L. 18
p. 150 L. 5 – p. 151 L. 10
p. 151 L. 12-14
p. 151 L. 16 – p. 153 L. 20
p. 153 L. 23 – p. 154 L. 18
p. 155 L. 10-15
p. 165 L. 20 – p. 166 L. 16
p. 166 L. 19 – p. 168 L. 3
p. 179 L. 14-24
p. 180 L. 4-15
p. 44 L. 15 – p. 45 L. 8
p. 46 L. 8-12
p. 47 L. 15-24
p. 56 L. 13-18
p. 57 L. 2-24
p. 90 L. 13-25
p. 156 L. 13 – p. 157 L. 6
p. 157 L. 8 – p. 159 L. 21

Dovale-depo-lines-02

p. 67 L. 11-24
p. 68 L. 3-5
p. 68 L. 25 – p. 69 L. 1
p. 69 L. 4 – p. 70 L. 13
p. 71 L. 25 – p. 72 L. 5
p. 72 L. 7
p. 49 L. 6 – p. 50 L. 1
p. 102 L. 3-15
p. 102 L. 18 – p. 103 L. 18
p. 103 L. 20 – p. 105 L. 24
p. 106 L. 15 – p. 107 L. 2
p. 107 L. 4-5
p. 12 L. 23 – p. 13 L. 10
p. 154 L. 19 – p. 155 L. 7
p. 155 L. 9-13

Dovale-depo-lines-02

## DR. GARRIOTT

p. 4 L. 5-6
p. 82, L. 23 – p. 83, L. 1
p. 14 L. 12-16
p. 14 L. 24 – p. 15 L. 9
p. 21 L. 22-25
p. 22 L. 10 – p. 23 L. 9
p. 80 L. 17-24
p. 17 L. 6-16
p. 25 L. 7-18
p. 9 L. 15 – p. 10 L. 7
p. 20 L 13-23
p. 86 L. 17 – p. 87 L. 24
p. 88 L. 22 – p. 89 L. 2
p. 89 L. 21-24
p. 91 L. 9-13
p. 91 L. 17 – p. 93 L. 23
p. 66 L. 22 – p. 67 L. 19
p. 68 L. 3-14
p. 69 L. 15 – p. 70 L. 23
p. 98 L. 5-16
p. 48 L. 18 – p. 49 L. 1
p. 52 L. 20 – p. 53 L. 9
p. 56 L. 15 – p. 57 L. 9
p. 58 L. 3-6
p. 60 L. 5-11
p. 44 L. 7-19
p. 45 L. 1-6
p. 45 L. 18 – p. 46 L. 20
p.47 L. 3 – p. 48 L. 7
p. 108 L. 17 – p. 109 L. 7
p. 109 L. 25 – p. 119 L. 19
p. 38 L. 15-18
p. 38 L. 23 – p. 42 L. 7
p. 59 L. 19 – p. 60 L. 4
p. 62 L. 19 – p. 62 L. 2
p. 63 L. 10-15
p. 106 L. 7-24

Garriott-Depo lines-02

## **DR. SLATER**

p. 6 L. 7 – p. 8 L. 6
p. 8 L. 7 – p. 9 L. 12
p. 10 L. 6–21
p. 12 L. 18 – p. 14 L. 16
p. 14 L. 19 - p. 15 L. 14
p. 18 L. 5-21
p. 20 L. 1-15
p. 49 L. 24 – p. 50 L. 2
p. 58 L. 9-10
p. 59 L. 1 – p. 60 L. 17
p. 61 L. 22 – p. 63 L. 9
p. 63 L. 21 – p. 64 L. 11
p. 69 L. 2-12
p. 70 L. 22-24
p. 83 L. 25 – p. 87 L. 12
p. 90 L. 21 – p. 91 L. 3
p. 95 L. 1-25
p. 98 L. 8-10
p. 99 L. 14 – p. 100 L. 4
p. 20 L. 19-21
p. 21 L. 17 – p. 23 L. 3
p. 33 L. 23 – p. 34 L. 18
p. 42 L. 19 – p. 43 L. 7
p. 44 L. 5 – p. 47 L. 25
p. 48 L. 14-25
p. 104 L. 2-11
p. 100 L. 5 – p. 102 L. 11
p. 102 L. 14 – p. 103 L. 24
p. 39 L. 10 - . 41 L. 1
p. 31 L. 8-12
p. 41 L. 2-5
p. 41 L. 25 – p. 42 L. 2
p. 50 L. 3-10
p. 105 L. 10-22
p. 28 L. 15 – p. 29 L. 16
p. 31 L. 13 – p. 32 L. 19
p. 36 L. 18 – p. 37 L. 7
p. 38 L. 22 – p. 39 L. 5
p. 107 L. 18 – p. 108 L. 4

Slater-Depo lines-02