IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. CV-B-00-192 |
| COLUMBIA VALLEY HEALTHCARE | § | (JURY) |
| SYSTEM, L.P. D/B/A VALLEY REGIONAL | § | |
| MEDICAL CENTER | § | |

### PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff submits the following proposed questions to be used in conducting voir dire examination of the jury:

1. Does any member of the jury panel have a relationship of any kind, either now or in the past, with any of the lawyers involved in this case? Their names are: Tom Crosley, Jim Branton and Sonia Rodriguez of the law firm of Branton & Hall in San Antonio, Texas, for the Plaintiff; Michael Cowen of Brownsville, Texas, for the Plaintiff; William Gault and Michael Quintana of the law firm of Brin & Brin, Brownsville, Texas, for the Defendant hospital.

2. Does any member of the jury panel have a relationship, either now or in the past, with Candelario De Leon, the Plaintiff in this case?

3. The members of his family who might testify include his son, Mario De Leon, Francisco De Leon, Oscar De Leon, and Margarita De Leon. Does any member of the jury panel have a relationship with any of these family members of Mr. De Leon?

4. Does any member of the jury panel have any connection, either past or present, with the Columbia Valley Healthcare System, which does business as Valley Regional Medical Center, the Defendant in this case?

5. Has any member of the jury panel ever been employed by Valley Regional Medical Center?

6. Does any member of the jury panel have medical training and/or a medical or nursing license?

7. Has any member of the jury panel been employed at any medical hospital, either presently or in the past?

8. Does any member of the jury panel know Dr. Joao Dovale, who was the emergency room doctor on duty on December 24, 1998, when Mr. De Leon was admitted to the emergency room of the Valley Regional Medical Center? What is your knowledge of, or connection with, Dr. Dovale?

9. Does any member of the jury panel have any training or experience as an EMT or former EMT, or not?

10. Has any member of the jury panel ever been an emergency medical technician in the past?

11. Does any member of the jury panel have any close member of family who is an EMT, either presently or in the past?

12. Mr. De Leon was injured in an automobile accident previous to his admission to the Defendant hospital's emergency room. If the evidence shows that he was drinking prior to the motor vehicle collision, is there any member of the jury panel that would allow this fact to affect your decision as to whether or not Valley Regional Medical Center was negligent and caused or contributed to cause the aggravation of Mr. De Leon's spinal cord injury?

13. Does any member of the jury panel have any experience, training or past employment in law enforcement in general, or with the Brownsville Police Department in particular?

14. Does any member of the jury panel have an acquaintance or relationship of any kind with any of the potential witnesses in this case, which include: (see Attachment A)?

15. Does any member of the jury panel have a close friend or relative who has a spinal cord injury and uses a wheelchair?

16. Is there any member of the jury panel who has feelings about lawyers who do medical malpractice work, and would this affect your ability to be a fair and impartial juror?

17. Is there any member of the jury panel who has had a lawsuit filed against him or her?

18. Have you or anyone in your family ever worked for a doctor, hospital, or laboratory in any capacity?

19. The Defendant in this case is Valley Regional Medical Center.

   a. Do you own stock in Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center of Brownsville, Texas?

  b.  Are you employed by any hospital owned by Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center of Brownsville, Texas?

  c.  Do you have a close relative who is employed by Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center of Brownsville, Texas?

  d.  Do you have a close friend who is employed by Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center of Brownsville, Texas?

20. Have you ever been a patient at Valley Medical Regional Center?

21. Have you ever been a caregiver to a person who has a spinal cord injury and is paralyzed to some extent, or at least to the extent that a wheelchair is used some of the time?

22. Have you or any member of your family ever been represented by the law firm of Brin & Brin, or any of the lawyers in that firm, including Bill Gault and Michael Quintana?

23. This is a medical malpractice suit. Candelario De Leon is suing Valley Regional Medical Center alleging that the hospital was negligent and that he was injured as a result of substandard care he received from the hospital on December 24, 1998.

In the recent past and presently, there has been much public discussion about medical malpractice litigation.

  a.  Have you read or heard about the alleged "medical malpractice crisis?"

  b.  Do you believe there is a problem concerning medical malpractice lawsuits and the costs of medical care?

  c.  Is there anything about your perception of the alleged "medical malpractice crisis" that could make it difficult for you to be fair and impartial?

24. In the recent past and presently there has been much public discussion about "tort reform."

  a.  Are you aware of this controversy about tort reform and lawsuit abuse?

  b.  Have you been an active participant in this controversy?

25. Does any member of the jury panel belong to any organization or subscribe to any belief of any organization that teaches or believes that bringing lawsuits is wrong?

26. Does any member of the jury panel have a bias or prejudice against this type of lawsuit?

27. Has any member of the jury panel ever:

  a.  Been sued;
  b.  Had a claim made against you for damages;
  c.  Brought a lawsuit for damages against someone else;

      d.      Served on a jury in a civil case;
      e.      Served on a jury in a civil case in which a verdict was rendered.

28.    Does any member of the jury panel have an acquaintance or relationship of any kind with Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center?

29.    Does any member of the jury panel have an acquaintance or relationship of any kind with Stat Physicians, the group Dr. Dovale, the ER doctor, practiced with?

30.    The burden of proof in a civil case is by a preponderance of the evidence. It is not like a criminal case in which the plaintiff or state must prove its case beyond a reasonable doubt. Is there any member of the jury panel who would put a larger burden on the part of the Plaintiff to prove his case by a "more likely so than not so" standard, a "tipping of the scales," however slight, so to speak, in favor of the plaintiff?

31.    Does any member of the jury panel know of any reason, based on all of the issues we have discussed, why you cannot be a fair and impartial juror?

32.    Does any member of the jury panel have any quarrel with any of the following elements of damages that are being for asked in this case:

      a.      Loss of earnings and earning capacity;
      b.      Physical pain and mental anguish;
      c.      Physical impairment;
      d.      Disfigurement;
      e      Past and future medical expenses.

33.    Has any member of the jury panel ever been involved in tort reform or insurance reform?

Respectfully submitted,

By: _____ by permission of
THOMAS A. CROSLEY
Attorney-in-Charge
State Bar No. 00783902
S. Dist. Texas No. 15434
**BRANTON & HALL, P.C.**
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205
(210) 224-4474
(210) 224-1928 (fax)

Of Counsel:

**BRANTON & HALL, P.C.**
JAMES L. BRANTON
State Bar No. 00000069
S. Dist. Texas No.20163
SONIA M. RODRIGUEZ
State Bar No. 24008466
S. Dist. Texas No. 29199
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205
(210) 224-4474
(210) 224-1928 (fax)

And

**LAW OFFICES OF COWEN & BODDEN**
MICHAEL COWEN
State Bar No. 00795306
S. Dist. Texas No. 19967
520 E. Levee
Brownsville, Texas 78520
(956) 541-4981

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served, via U.S. Regular Mail, on this _13_ day of October, 2004, to:

>Mr. William Gault
>Mr. Michael Quintana
>BRIN & BRIN, P.C.
>1325 Palm Blvd., Suite A
>Brownsville, Texas 78520
>
>ATTORNEYS FOR DEFENDANTS
>COLUMBIA VALLEY HEALTHCARE
>SYSTEM, L.P. D/B/A VALLEY
>REGIONAL MEDICAL CENTER

_____ with permission
THOMAS A. CROSLEY      by:

G:\WPFILES\FILES.CLT\D\DEL9827\Trial\Proposed Voir Dire Ques-wpd