IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CANDELARIO DE LEON<br><br>VS.<br><br><br><br>COLUMBIA VALLEY HEALTHCARE<br>SYSTEM, L.P. D/B/A VALLEY REGIONAL<br>MEDICAL CENTER | §<br>§<br>§<br>§  CIVIL ACTION NO. <u>CV-B-00-192</u><br>§  (JURY REQUESTED)<br>§<br>§<br>§<br>§ |

## DEFENDANT COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P. D/B/A VALLEY REGIONAL MEDICAL CENTER'S PROPOSED QUESTIONS FOR VOIR DIRE EXAMINATION

TO THE HONORABLE DISTRICT JUDGE:

COMES NOW, Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center, one of the Defendants in the above entitled and numbered cause, and makes and files this, its Proposed Questions for Voir Dire Examination and would respectfully request the Court to ask the following Voir Dire Questions:

1. Does anyone know Candelario De Leon from Brownsville, Texas or his family?

    a. If so, how do you know him?

    b. Are you more inclined to believe what he says due to the fact that you know him?

    c. Are you more likely to look favorably on his claims because you know him?

2. Does anyone know Plaintiff's counsel, Tom Crosley, Jim Branton or Sonia Rodriguez, or their law firm, Branton & Hall from San Antonio, Texas?

    a. If so, how do you know them?

    b. Have they represented you or your family members in a lawsuit?

   c.  Would you be more likely to side with their side in this case?

3. Does anyone know Plaintiff's counsel, Michael Cowen or his law firm, Law Offices of Cowen & Bodden, from Brownsville, Texas?

   a.  If so, how do you know them?

   b.  Have they represented you or your family members in a lawsuit?

   c.  Would you be more likely to side with their side in this case?

4. Has anyone or their family members ever been treated by Dr. Joao Dovale?

   a.  If so, do you have any complaints about that treatment?

   b.  If so, would that cause you to be biased against Dr. Dovale?

5. Has anyone or their family members ever been treated at Valley Regional Medical Center?

   a.  If so, please describe this experience.

   b.  Do you have any complaints about the treatment that was received?

   c.  Do your complaints make you more willing to find in favor of the Plaintiff?

6. Has anyone or their family members ever sued a doctor or hospital?

   a.  If so, what was the nature of the claim and its outcome?

   b.  Has that experience caused you to look at doctors or hospitals unfavorably?

7. Has anyone or their family ever had an unpleasant experience in an Emergency Room?

   a.  If so, describe that experience.

   b.  Does that experience make you more likely to side with the Plaintiff in

this case?

8. Does anyone of their family member work for the Brownsville EMS?

   a. What is that person's name?

   b. How long have they worked for the Brownsville EMS?

   c. Do you know

      (1) Pablo Rojas?

      (2) Rey Rosat?

9. The burden of proof in this case is on the Plaintiff to prove their case by a preponderance of the evidence.

   a. Does anyone disagree that the Plaintiff should have this burden?

   b. If so, why?

   c. If you are instructed by the Court of this burden, will you disregard the Court's instructions?

Respectfully submitted,

By: _____
William Gault
Federal I.D. No. 14685
State Bar No. 07765050
Michael Quintana
Fed. ID No. 33291
State Bar No. 24037314
Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

Of Counsel:

Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier
ATTORNEYS FOR DEFENDANT
COLUMBIA VALLEY HEALTHCARE
SYSTEM, L.P. D/B/A VALLEY
REGIONAL MEDICAL CENTER

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing instrument has been forwarded to counsel as indicated below on this the 15th day of October, 2004.

Thomas Crosley  
Branton & Hall, P.C.  
One Riverwalk Place, Suite 1700  
700 N. St. Mary's St.  
San Antonio, Texas 78205  

**VIA CMRRR 7004 1160 0001 4080 0143**

Mr. Michael Cowen  
520 E. Levee  
Brownsville, Texas 78520  

**VIA HAND DELIVERY**

_____  
William Gault