IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. CV-B-00-192 |
| | § | (JURY REQUESTED) |
| COLUMBIA VALLEY HEALTHCARE | § | |
| SYSTEM, L.P. D/B/A VALLEY REGIONAL | § | |
| MEDICAL CENTER | § | |

## ORDER AS TO DEFENDANT COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P., D/B/A VALLEY REGIONAL MEDICAL CENTER'S OBJECTIONS TO PLAINTIFF'S EXHIBIT LIST

The Court having heard Defendant Columbia Valley Healthcare System, L.P., d/b/a Valley Regional Medical Center's Objections to Plaintiff's Exhibit List makes the following rulings with respect to the matters set forth in the following:

    A.    Paragraph 1 is granted/denied.

    B.    Paragraph 2 is granted/denied.

    C.    Paragraph 3 is granted/denied.

    D.    Paragraph 4 is granted/denied.

    E.    Paragraph 5 is granted/denied.

    F.    Paragraph 6 is granted/denied.

    G.    Paragraph 7 is granted/denied.

    H.    Paragraph 8 is granted/denied.

    I.    Paragraph 9 is granted/denied.

    J.    Paragraph 10 is granted/denied.

  K. Paragraph 11 is granted/denied.

  L. Paragraph 12 is granted/denied.

  M. Paragraph 13 is granted/denied.

Plaintiff's exhibits that the Court has granted objections to are herein inadmissible.

SIGNED on the _____ day of _____, 2004.

                _____
                United States District Judge