IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 0 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CANDELARIO DE LEON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. CV-B-00-192 |
| | § | (JURY) |
| COLUMBIA VALLEY HEALTHCARE | § | |
| SYSTEM, L.P. D/B/A VALLEY REGIONAL | § | |
| MEDICAL CENTER | § | |

### RESPONSE TO DEFENDANT'S MOTION TO RECONSIDER COURT'S ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO AMEND THE CASE CAPTION

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES Plaintiff in the above-captioned and numbered cause of action and files this response to Defendant's Motion to Reconsider the Court's Order Granting Plaintiff's Unopposed Motion to Amend the Case Caption and would show the Court the following:

1.  The undersigned Plaintiffs' counsel conferred with Defendants' counsel regarding Plaintiff's Motion to Amend the Case Caption and understood after a telephone conversation that Defendants' counsel was unopposed to amending the case caption to reflect those parties remaining in the case after mediation. After mediation, only two parties maintain an interest in this litigation: the Plaintiff and the above-named Defendant. *See generally, In re Vol. Purchasing Groups, Inc. Lit.*, No. 3:96-CV-1929-H, 2004 WL 86292, *1 (N.D. Tex. 2004)(noting that a defendant "has settled with the Plaintiffs, and is no longer a party in this litigation"). As articulated in the parties' Joint ADR Memorandum to the ADR Administrator, the only parties which remain in this case are the Plaintiff and Defendant Columbia Valley Healthcare System L. P. d/b/a Valley Regional Medical Center. Indeed, the parties' Joint Pretrial Order reflects that only these two parties remain in this case. Therefore, it is wholly appropriate for the case caption to reflect the names of only the Plaintiff

and the above-named Defendant. Including the names of settling or otherwise absent entities in the caption is verbose and will only serve to confuse the jury.

2. Changing the case caption does not hinder the defense of this case and does not constitute an injustice to the Defendant. It is intended to serve as a procedural housekeeping matter which will identify for the Court, the clerk and the jury, the parties who maintain an interest in this litigation. Therefore, Plaintiff urges that the Court will deny Defendant's Motion to Reconsider the Court's Order Granting Plaintiff's Unopposed Motion to Amend the Case Caption and allow the case caption to remain as styled above, succinct and accurate.

WHEREFORE, Plaintiff prays that the Court deny Defendant's Motion to Reconsider the Court's Order Granting Plaintiff's Unopposed Motion to Amend the Case Caption and for all other relief to which he may be justly entitled.

Respectfully submitted,

By: _____ by permission of:
THOMAS A. CROSLEY
Attorney-in-Charge
State Bar No. 00783902
S. Dist. Texas No. 15434
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205
(210) 224-4474
(210) 224-1928 (fax)

Of Counsel:

**BRANTON & HALL, P.C.**
JAMES L. BRANTON
State Bar No. 00000069
S. Dist. Texas No.20163

SONIA M. RODRIGUEZ
State Bar No. 24008466
S. Dist. Texas No. 29199

And

MICHAEL COWEN
State Bar No. 00795306
S. Dist. Texas No. 19967
**LAW OFFICES OF COWEN & BODDEN**
520 E. Levee
Brownsville, Texas 78520
(956) 541-4981

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served, via first class mail, on this 15th day of October, 2004, to:

>Mr. William Gault
>Mr. Michael Quintana
>BRIN & BRIN, P.C.
>1325 Palm Blvd., Suite A
>Brownsville, Texas 78520
>
>ATTORNEYS FOR DEFENDANTS
>COLUMBIA VALLEY HEALTHCARE
>SYSTEM, L.P. D/B/A VALLEY
>REGIONAL MEDICAL CENTER

SONIA M. RODRIGUEZ

G:\WPFILES\FILES.CLTD\DEL9827\PLEAD\responsemtn-changestyle.wpd

4