United States District Court
Southern District of Texas
FILED

OCT 25 2004

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CANDELARIO DE LEON § | COMPLAINT FOR DAMAGES |
| § | FOR VIOLATIONS OF CIVIL |
| § | RIGHTS UNDER COLOR OF |
| § | STATE LAW |
| vs. § | (42 U.S.C. §§ 1983, 1985, 1988) |
| § | |
| CITY OF BROWNSVILLE, TEXAS; § | |
| BENIGNO REYNA, INDIVIDUALLY § | |
| AND IN HIS OFFICIAL CAPACITY AS§ | |
| CHIEF OF POLICE FOR THE CITY § | |
| OF BROWNSVILLE, CITY OF § | |
| BROWNSVILLE POLICE OFFICER § | CIVIL ACTION NO. CV-B-00-192 |
| ANDRE S. TORRES, JR., § | |
| INDIVIDUALLY AND IN HIS § | |
| OFFICIAL CAPACITY; AND CITY OF§ | |
| BROWNSVILLE POLICE OFFICER § | |
| ALEX ORTIZ, INDIVIDUALLY AND § | |
| IN HIS OFFICIAL CAPACITY; § | |
| HCA-THE HEALTHCARE COMPANY§ | |
| FORMERLY D/B/A COLUMBIA/HCA § | |
| HEALTHCARE CORPORATION, § | |
| COLUMBIA VALLEY HEALTHCARE § | |
| SYSTEM, L.P., INDIVIDUALLY AND § | |
| D/B/A VALLEY REGIONAL MEDICAL§ | |
| CENTER AND FORMERLY D/B/A § | |
| COLUMBIA VALLEY REGIONAL § | |
| MEDICAL CENTER, JOAO DOVALE, § | |
| M.D. AND STAT PHYSICIANS, P.A. § | |

**NOTICE OF SETTLEMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, Candelario DeLeon, and Defendants, JOAO DOVALE, M.D. and STAT PHYSICIANS, P.A., and files this Notice of Settlement.

I.

Plaintiff, CANDELARIO DELEON, and Defendants, JOAO DOVALE, M.D. and STAT PHYSICIANS, P.A., hereby notify the Court that these parties have entered into a confidential settlement which resolves the claims pending respective to these parties.

Respectfully submitted:

GONZALEZ, GAYTAN, GARZA & CASTILLO, LLP

By: _____
   Steven Gonzalez
   SBN: 08131900
   Federal I.D.#: 3321
   Gerald E. Castillo
   SBN: 24012399
   Federal I.D.: 25430

1317 E. Quebec Avenue
McAllen, Texas 78503
(956) 618-0115
FAX: (956) 618-0445

ATTORNEYS FOR DEFENDANTS,
JOAO DOVALE, M.D. AND
STAT PHYSICIANS, P.A.

BRANTON & HALL, P.C.

By: _____
   Thomas A. Crosley
   SBN: 00783902
   Federal I.D.#: _____

- 2 -

I,

Plaintiff, CANDELARIO DELEON, and Defendants, JOAO DOVALE, M.D. and STAT PHYSICIANS, P.A., hereby notify the Court that these parties have entered into a confidential settlement which resolves the claims pending respective to these parties.

Respectfully submitted:

GONZALEZ, GAYTAN, GARZA & CASTILLO, LLP

By:_____
Steven Gonzalez
SBN: 08131900
Federal I.D.#: 3321
Gerald E. Castillo
SBN: 24012399
Federal I.D.: 25430

1317 E. Quebec Avenue
McAllen, Texas 78503
(956) 618-0115
FAX: (956) 618-0445

ATTORNEYS FOR DEFENDANTS,
JOAO DOVALE, M.D. AND
STAT PHYSICIANS, P.A.

BRANTON & HALL, P.C.

By:_____
Thomas A. Crosley
SBN: 00783902
Federal I.D.#: 15434

-2-

One Riverwalk Place, Suite 1700
700 North St. Mary's Street
San Antonio, Texas 78205
(210) 224-4474
Fax: (210) 224-1928

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing has been forwarded to Plaintiff's counsel of record by fax and regular mail, and to all other counsel by fax and regular mail on this _____25_____ day of October, 2004.

_____
Gerald E. Castillo

P:\data\WPDOCS\D\De Leon, C. v. deVale.60-SETTLED\Notice of Settlement.jv.wpd

# GONZALEZ, GAYTAN, GARZA & CASTILLO, LLP
## ATTORNEYS AT LAW
1317 E. Quebec Avenue
McAllen, Texas 78503
(956) 618-0115
FAX (956) 618-0445
E-MAIL: law@valleyfirm.com

United States District Court
Southern District of Texas
RECEIVED

OCT 2 5 2004

Michael N. Milby, Clerk

## FACSIMILE TRANSMISSION COVER SHEET

DATE:    October 25, 2004          FROM:      Gerald E. Castillo

TO:      Stella Cavazos            FAX NO.:   (956) 574-7416

TO:      Thomas A. Crosley         FAX NO.:   (210) 224-1928

TO:      Michael Cowen             FAX NO.:   (956) 504-3674

TO:      William Gault             FAX NO.:   (956) 544-0607

RE:      **De Leon v. DoVale**

NUMBER OF PAGES (INCLUDING COVER SHEET)   6

MESSAGE: _____

60.064

NOTE: THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address. Thank you.

IF YOU HAVE ANY PROBLEMS RECEIVING THIS FAX, PLEASE CALL (956) 618-0115, AS SOON AS POSSIBLE.

# GONZALEZ,
# GAYTAN, GARZA & CASTILLO, LLP
### ATTORNEYS AT LAW

1317 E. QUEBEC AVENUE • McALLEN, TEXAS 78503
(956) 618-0115 TELEPHONE • (956) 618-0445 FACSIMILE

STEVEN M. GONZALEZ
Board Certified - Personal Injury Trial Law
Texas Board of Legal Specialization
PAUL A. GAYTAN
WILLIAM R. GARZA
GERALD E. CASTILLO
EDWARD J. CASTILLO
JAIME M. MORALES
NADIA L. JABAR
MELISSA M. SAGE
NEAL R. REISMAN, MD, JD

ENRIQUETA G. SOSA, MSN RNC
VICENTE H. ALVAREZ, BSN RN
SANDRA A. RODRIGUEZ, CNM MSN
DANIELLE L. BUCHANAN, BSN RN
TAMMY R. SANCHEZ, RN

EMAIL: LAW@VALLEYFIRM.COM

October 25, 2004

**United States District Court**
**Southern District of Texas**
**RECEIVED**
**OCT 2 5 2004**
Michael N. Milby, Clerk

**VIA FAX (956) 574-7416**
Stella Cavazos, Court Coordinator
United States District Court
1158 Federal Building
600 E. Harrison Street
Brownsville, Texas 78520-7114

Re:   Civil No. CV-B-00-192; *Candelario De Leon v. Joao Dovale, M.D., et al.*;
      Brownsville Division

Dear Ms. Cavazos:

Enclosed please find the Notice of Settlement in connection with the above-referenced matter. Please file same, and let us know whether our appearance will be required for the docket call scheduled *Tuesday, October 26, 2004 at 1:30 p.m.*

By copy of this letter, we are forwarding copies of the enclosed to all counsel of record.

Thank you for your cooperation in this matter.

Respectfully,

GONZALEZ, GAYTAN, GARZA & CASTILLO, LLP

Gerald E. Castillo
GEC:jv\60.064\encl.
F:\data\WPDOCS\D\De Leon, C. v. duVale.60-SETTLED\JI-102504-coordinator.jv.wpd

cc:   Thomas A. Crosley    (Via Fax (210) 224-1928)
      Michael Cowen        (Via Fax (956) 504-3674)
      William Gault        (Via Fax (956) 544-0607)