IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | NO. B-00-192 |
| | § | |
| COLUMBIA VALLEY HEALTHCARE | § | |
| SYSTEM, L.P. D/B/A VALLEY REGIONAL | § | |
| MEDICAL CENTER, | § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED that on October 27, 2004, the Court **SCHEDULED** a motions hearing to dispose of all pending pretrial motions for Friday, November 12, 2004, at 9:00 a.m. Jury selection will follow on November 12, 2004, at 1:30 p.m. The parties are **ORDERED** to file any written responses to pending motions no later than 4:00 p.m. on Monday, November 8, 2004. As the Court instructed in the final pretrial conference, the Court **ORDERS** the parties to confer regarding motions in limine and to notify the Court in writing by November 8, 2004, of those issues they require the Court to resolve. Unless there is good cause shown, the Court will not accept late motions, objections, or miscellaneous filings after November 8, 2004.

All motions the Court orally ruled upon in the final pretrial conference are reflected in the minutes and docketed. The Court will issue a written memorandum opinion and order on Defendant's Motions for Summary Judgment and Dismissal.

DONE this 27th day of October, 2004, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

1