IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | NO. B-00-192 |
| | § | |
| COLUMBIA VALLEY HEALTHCARE | § | |
| SYSTEM, L.P. D/B/A VALLEY REGIONAL | § | |
| MEDICAL CENTER | § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED that on November 1, 2004, the Court **NOTIFIED** the parties that the evidentiary proceedings in the above captioned case will begin on Monday, November 15, 2004, at 9:00 a.m. All dates and times regarding motions hearings and jury selection scheduled in the Court's October 27, 2004, order remain in effect.

DONE this 1st day of November, 2004, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge