# Civil Courtroom Minutes

United States District Court
Southern District of Texas
FILED

NOV 0 2 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Kovacevic   ■ Levesque |
| DATE | 10 / 26 / 04 |
| TIME | 2:18 p.m. — 2:55 p.m. |
| CIVIL ACTION | B-00-192 |
| STYLE | CANDELARIO DE LEON *versus* COLUMBIA VALLEY HEALTHCARE SYSTEM |

DOCKET ENTRY

(HGT)  ■Initial Pre-Trial Hearing;          (Court Reporter: Heather Hall)

Attorney(s) for Plaintiff:      Thomas Crosley & Michael Cowen
Attorney(s) for Defendant:   William Gualt

Comments:

- Court heard oral arguments for Motion for Sanctions.
- **Court ordered the parties to confer regarding the motions in limine and then inform the Court of only those issues on which they require a Court ruling.**
- Parties will be given an opportunity to respond to those pending motions that are not yet ripe, and Court will issue an order outlining the motions hearing dates and the date by which responses to motions, objections, etc. must be filed.
- Trial timeline: Plaintiff estimated 3-4 days (excluding jury selection) and Def estimated 2-3 days.

Rulings:

Dkt. No. 115-1: Columbia's Motion for Sanctions: **Denied**

1

Dkt. No. 150: Motion to Reconsider this Court's Order Granting Pl's Unopposed Motion to Amend Case Caption: **Denied**

Dkt. No. 144- Defendant's Opposed Motion for Leave to File Supplemental Affirmative Defense: **Denied as moot**

Dkt. No. 137: Pl's Unopposed Motion for Leave to Object and Respond out of time to Def's Motion to Take Judicial Notice of Medicare Regs: **Granted**

Dkt. No. 142: Def's Unopposed Motion for Leave to File Amended Motion to Take Judicial Notice of Medicare Regs: **Granted**

Dkt. No. 145: Def's Unopposed Request to Allow Add'l Counsel of Record: **Granted**