IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. CV-B-00-192 |
| | § | (JURY) |
| COLUMBIA VALLEY HEALTHCARE | § | |
| SYSTEM, L.P. D/B/A VALLEY REGIONAL | § | |
| MEDICAL CENTER | § | |

### ORDER ON DEFENDANT'S SUPPLEMENTAL MOTION IN LIMINE

The Court having considered Defendant's Supplemental Motion in Limine and Plaintiff's Objection and Response thereto, makes the following rulings with respect to the matters set forth in the following:

    A.    Paragraph 15 is denied.

    B.    Paragraph 16 is denied.

    C.    Paragraph 17 is denied.

    D.    Paragraph 18 is denied.

    E.    Paragraph 19 is denied.

    F.    Paragraph 20 is denied.

DONE at Brownsville, Texas, this _____ day of November, 2004.

 

_____
Hilda G. Tagle
United States District Judge