United States District Court
Southern District of Texas
FILED

NOV 0 8 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. CV-B-00-192 |
| | § | (JURY) |
| COLUMBIA VALLEY HEALTHCARE | § | |
| SYSTEM, L.P. D/B/A VALLEY REGIONAL | § | |
| MEDICAL CENTER | § | |

## PLAINTIFF'S OBJECTION AND RESPONSE TO DEFENDANT'S MOTION IN LIMINE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES Plaintiff in the above-captioned and numbered cause of action and files this Objection and Response to Defendant's Supplemental Motion in Limine and would show the Court the following:

1.  Plaintiff's counsel has conferred with Defendant's counsel regarding the substance of Defendant's Motion in Limine and Plaintiff is *not* opposed to items numbered one (1) through nine (9) and to item numbered eleven (11). However, counsel could not agree on the Defendant's limine items enumerated below. Plaintiff urges that the following numbered items in Defendant's Motion in Limine be denied for the following reasons:

[10.] Plaintiff agrees with Defendant's limine item number ten (10) only in part. While Plaintiff agrees not to offer any medical opinions which are not based on reasonable medical probability, Plaintiff does not agree to refrain from asking any medical provider "any questions incorporating the words 'can' or 'could.'" Plaintiff disagrees that such questions "naturally request information based on possibilities."

[12.] Plaintiff likewise is opposed to limine item number twelve (12), which seeks to preclude Plaintiff from offering any "evidence on the standard of care of any Defendant until the Plaintiff has shown that the witness meets the criteria to be an expert on the standard of care." This issue forms the substance of Defendant's motion to exclude the testimony of Plaintiff's experts and therefore, this limine item is inappropriate. Plaintiff hereby incorporates and adopts the arguments and authorities cited in *Plaintiff's Response to Defendant's Motion to Exclude the Testimony of Plaintiff's Experts Dr. Slater, Dr. Peters, and Zeff Ross*, and urges that this limined item be denied, as indeed Plaintiff's experts meet the criteria to be experts on the standard of care applicable in this case.

[13.] Defendant seeks to exclude any opinion by Plaintiff's expert which is not contained in the four-corners of a report filed on or before March 19, 2004, which was Plaintiff's deadline to designate experts. Defendant's limine item number thirteen (13) should be denied because Plaintiff has fully complied with the Federal Rules of Civil Procedure in timely designating his experts and in supplementing their opinions by presenting them for deposition well before the deadline to complete discovery. Pursuant to Rule 26(e)(1), a party is under a duty to supplement at appropriate intervals the information required by Rule 26(a)(2) by the time the party's disclosures are due. In this case, the discovery cut-off was June 21, 2004. Therefore, Plaintiff urges that his experts' testimony not be confined to the four corners of their reports, as urged by Defendant, as such would be unworkable and inappropriate since Defendant has wholly failed to articulate how it would be prejudiced by any opinions of these experts which were supplemented prior to the discovery cut-off.

[14.] Plaintiff likewise is opposed to limine item number twelve (12), which seeks to "strike the testimony of Plaintiff's expert Dr. Nick Peters as it relates to the standard of care." As articulated above, this issue is the substance of Defendant's pending motion to strike Dr. Peters and is thus, inappropriate as a limine item. However, as articulated in *Plaintiff's Response to Defendant's Motion to Exclude the Testimony of Plaintiff's Experts*, Plaintiff urges that indeed, Dr. Peters is qualified to testify as to the standard of care applicable to nurses. Dr. Peters' curriculum vitae, which is attached as Exhibit D to *Plaintiff's Response to Defendant's Motion to Exclude the Testimony of Plaintiff's Experts,* reflects that he is board certified in emergency medicine. He has over thirteen (13) years education and practice in the area of emergency medicine. Through his professional studies and personal experience in the emergency room, he is familiar with the standard of care for emergency personnel. Given his knowledge, skill, experience, training, and education, Dr. Peters is qualified to testify in this case. Therefore, Defendant's limine item number fourteen (14) should be denied.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that the Court deny Defendant's Motion in Limine, and for all other relief to which he may be justly entitled.

Respectfully submitted,

By: _____
THOMAS A. CROSLEY
Attorney-in-Charge
State Bar No. 00783902
S. Dist. Texas No. 15434
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205
(210) 224-4474
(210) 224-1928 (fax)

Of Counsel:

**BRANTON & HALL, P.C.**
JAMES L. BRANTON
State Bar No. 00000069
S. Dist. Texas No.20163
SONIA M. RODRIGUEZ
State Bar No. 24008466
S. Dist. Texas No. 29199

And

MICHAEL COWEN
State Bar No. 00795306
S. Dist. Texas No. 19967
**LAW OFFICES OF COWEN & BODDEN**
520 E. Levee
Brownsville, Texas 78520
(956) 541-4981

**ATTORNEYS FOR PLAINTIFF**

Respectfully submitted,

By: _____
THOMAS A. CROSLEY
Attorney-in-Charge
State Bar No. 00783902
S. Dist. Texas No. 15434
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205
(210) 224-4474
(210) 224-1928 (fax)

Of Counsel:

**BRANTON & HALL, P.C.**
JAMES L. BRANTON
State Bar No. 00000069
S. Dist. Texas No.20163
SONIA M. RODRIGUEZ
State Bar No. 24008466
S. Dist. Texas No. 29199

And

MICHAEL COWEN
State Bar No. 00795306
S. Dist. Texas No. 19967
**LAW OFFICES OF COWEN & BODDEN**
520 E. Levee
Brownsville, Texas 78520
(956) 541-4981

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served, via facsimile on this the 5th day of November, 2004, to:

>Mr. William Gault
>Mr. Michael Quintana
>BRIN & BRIN, P.C.
>1325 Palm Blvd., Suite A
>Brownsville, Texas 78520
>
>ATTORNEYS FOR DEFENDANTS
>COLUMBIA VALLEY HEALTHCARE
>SYSTEM, L.P. D/B/A VALLEY
>REGIONAL MEDICAL CENTER

THOMAS A. CROSLEY

G:\WPFILES\FILES.CLT\D\DEL9827\PLEAD\Obj and Resp Motion in Limine.wpd