IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON | § § | |
| VS. | § § | CIVIL ACTION NO. CV-B-00-192 (JURY) |
| COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P. D/B/A VALLEY REGIONAL MEDICAL CENTER | § § § | |

## ORDER ON DEFENDANT'S MOTION IN LIMINE

The Court having considered Defendant's Motion in Limine and Plaintiff's Objection and Response thereto, makes the following rulings with respect to the matters set forth in the following:

A. Items numbered one (1) through nine (9) are granted.

B. Item number ten (10) is denied.

C. Item number eleven (11) is granted.

D. Items numbered twelve (12) through fourteen (14) are denied.

DONE at Brownsville, Texas, this ____ day of November, 2004.

_____
Hilda G. Tagle
United States District Judge