| | | |
|---|---|---|
| **THE STATE** | § | |
| | § | **AFFIDAVIT OF WILLIAM GAULT** |
| **OF TEXAS** | § | |

Before me, the undersigned authority, on this day personally appeared William Gault, a person known to me, whose name is subscribed to the following instrument and acknowledged to me that he executed the same for the purposes expressed therein and having been by me duly sworn, upon his oath, deposes and states the following:

"My name is William Gault. I am over the age of 18 years, am competent and authorized to testify herein and have knowledge of the statements herein. I am an attorney of record for the Defendant in the above referenced case. Attached hereto as Exhibits are:

1. Plaintiff's answer to interrogatory 14;

2. 1 page of the Police report of the automobile accident;

3. 1 page of the Plaintiff's records from Brownsville EMS;

4. 1 page of the Plaintiff's medical record from Valley Regional Medical Center;

5. Page 840 of the records from Brownsville Medical Center;

6. Page 12 of the records from the Brownsville Police Department;

7. Dr. Garriott's chart from his book; and

8. Pages 1, 37 and 38 of Plaintiff's deposition.

These are true and correct copies of what they are alleged to be and the relevant portions have been highlighted for easy reference."

Further affiant sayeth not.

_____
William Gault

SWORN TO AND SUBSCRIBED TO BEFORE ME, on this the 5th day of November, 2004, to witness my hand and official seal of office.



_____
Notary Public in and for
the State of Texas
Print Name: Ludivina Torres
My Commission Expires: 4-21-07