**RESPONSE:**

Admit Plaintiff was transferred by dragging him from the wheelchair into the police unit and thrown in the rear seat in a horizontal position with his head on the floor of the police vehicle.

**REQUEST FOR ADMISSION NO. 17:**

Admit that during your transfer from a wheelchair to the police unit, Officers Torres and Ortiz did not throw you into the police vehicle.

**RESPONSE:**

Deny.

**REQUEST FOR ADMISSION NO. 18:**

Admit that after you were released from Valley Regional Medical Center, Officers Torres and Ortiz did not do anything to intentionally or recklessly cause you harm or injury.

**RESPONSE:**

Deny.

**INTERROGATORY NO. 14:**

If you denied the previous request for admission, please describe what the officers did and how that supports your contention that the officers involved in the incident acted intentionally or recklessly to cause you injury and/or harm.

**ANSWER:**

Defendants intentionally ignored Plaintiff when he told them he was injured and that he could not stand or feel his arms and legs, yet Defendant officers claimed he was refusing to comply with testing and the arrest. Despite Plaintiff's pleas, he was handcuffed, dragged into the police unit, allowing his head to flop onto the floor of the back of the unit, and transported to the Brownsville City Jail where he was then dragged from the unit and thrown onto the floor of a jail cell. Defendants made a claim that Plaintiff was uncooperative and they could not conduct sobriety or other tests. Plaintiff did not refuse, but was unable to stand, walk or feel his extremities and informed the officers of this several times.