# TEXAS PEACE OFFICER'S ACCIDENT REPORT ST-3 (Eff. 1/1/98)

MAIL TO: ACCIDENT RECORDS, TEXAS DEPARTMENT OF PUBLIC SAFETY, PO BOX 4087, AUSTIN TX 78773-0001

**PLACE WHERE ACCIDENT OCCURRED:** Cameron
**CITY OR TOWN:** Brownsville
**LOC. NO.:** 98-306620

**ROAD ON WHICH ACCIDENT OCCURRED:** 4600 FM-802
**CONSTR. ZONE:** No   **SPEED LIMIT:** 55
**INTERSECTING STREET:** 2600 Central Ave.
**CONSTR. ZONE:** No   **SPEED LIMIT:** 35

**DATE OF ACCIDENT:** 12/24/98   **DAY OF WEEK:** Thursday   **HOUR:** 19:25 P.M.

## UNIT NO. 1 - MOTOR VEHICLE

- **YEAR MODEL:** 1989   **COLOR & MAKE:** RED/FORD   **MODEL NAME:** ESCORT LX   **BODY STYLE:** 4DR.
- **DRIVER'S NAME:** DELEON CANDELARIO
- **Address:** BROWNSVILLE, TX 78520   **PHONE:** NONE
- **DRIVER'S LICENSE:** TX, Class C
- **SPECIMEN TAKEN:** 5 (Refused)
- **LESSEE/OWNER:** — SAME AS OPERATOR —
- **LIABILITY INSURANCE:** No
- **VEHICLE DAMAGE RATING:** FR-3

## UNIT 2 - MOTOR VEHICLE

- **MODEL:** 1985   **COLOR & MAKE:** BLACK/GREY MERCURY   **MODEL NAME:** GRAND MARQUIS   **BODY STYLE:** 4DR.
- **DRIVER'S NAME:** FLORES LUIS URBINA
- **Address:** BROWNSVILLE, TX 78521   **PHONE:** 546-3824
- **DRIVER'S LICENSE:** TX, Class C
- **LESSEE/OWNER:** — SAME AS OPERATOR —
- **LIABILITY INSURANCE:** Yes — DAIRYLAND COUNTY MUTUAL, TX
- **VEHICLE DAMAGE RATING:** BL-3

**DAMAGE TO PROPERTY OTHER THAN VEHICLES:** N/A

| LIGHT CONDITION | WEATHER | SURFACE CONDITION | TYPE ROAD SURFACE | DESCRIBE ROAD CONDITIONS |
|---|---|---|---|---|
| 4 | 1 | 1 | 1 | N/A |

1-DAYLIGHT, 2-DAWN, 3-DARK-NOT LIGHTED, 4-DARK-LIGHTED, 5-DUSK
1-CLEAR/CLOUDY, 2-RAINING, 3-SNOWING, 4-FOG, 5-BLOWING DUST, 6-SMOKE, 7-SLEETING, 8-HIGH WINDS, 9-OTHER
1-DRY, 2-WET, 3-MUDDY, 4-SNOWY/ICY, 5-OTHER
1-BLACKTOP, 2-CONCRETE, 3-GRAVEL, 4-SHELL, 5-DIRT, 6-OTHER

**IN YOUR OPINION, DID THIS ACCIDENT RESULT IN AT LEAST $500.00 DAMAGE TO ANY ONE PERSON'S PROPERTY?** YES

**CHARGES FILED:**
- NAME: CANDELARIO DE LEON   CHARGE: DWI (BTR)   CITATION NUMBER: JAILED
- NAME: CANDELARIO DE LEON   CHARGE: 1. NO LIABILITY INS. 2. FAILURE TO CONTROL SPEED

**TIME NOTIFIED OF ACCIDENT:** 12/24/98 19:30 P   **HOW:** DISPATCHED   **TIME ARRIVED AT SCENE:** 12/24/98 19:40 P

**INVESTIGATOR:** ANDRES S. TORRES, JR.   **DATE REPORT MADE:** 12/24/98   **REPORT COMPLETE:** YES
**ID NO.:** 2572   **DEPARTMENT:** BPD

2