**Narrative:**

Dispatched to: FM 802 and Central Ave.

In reference to: MVA

**Subjective:** Upon arrival, pt. was a 57 y/o ♂ involved in a MVA. Pt. was found sitting on driving seat of a small red car. Car c̄ moderate damage to front end. As per pt. he was the driver unrestrained, c̄ no LOC. Pt. smelled highly of ETOH and stated he had been drinking but unknown what or how much. No chief complaint. Unknown of any HX or RX.

**Objective:** Pt. CAO X1 poss. due to ETOH, no airway comp., unlabored breathing clear Bil. breath sounds, (-) chest trauma, Pupils PERL X2, skins normal c̄ HEAD to toe c̄ only a small laceration to forehead. Normal ROM to all 4 extremities, no long bone FX suspected. Vitals: BP 140/90 P: 68's/p R: 18-20 c̄ Glucose level at 156 mg/dl.

**Assessment:** MVA

**Plan:** Manual C-spine movement restriction, C-Collar to neck. Pt. extricated through drivers door onto backboard, head rolls X2 O² via ABD at 10 L/min, In-unit = ECG = NSR @ 69 c̄ no ectopy. IV 18g. on L dorsal pulse c̄ 0.9% NaCl 10 AD. ran approx. 60-80gtts/min. In-route, pt. cooperative and stating c/o numbness from neck down. Pt. reassessed in route.

Yo me he negado ha aceptar transportacion en ambulancia hoy
I have refused an offer of ambulance transportation on this date
Patient was advised that the City of Brownsville E. M. S. does not make diagnosis of illnesses or injuries. Moreover, the patient was advised of the possible consequences of his/her refusal of transport and/or treatment to the Emergency Department.

Signature: _____
Patient and/or Responsible Party refused to sign this refusal statement, Date
Time: _____ am pm Signature of Attendant making offer
Statement of Medical Necessity for movement of patient by ambulance.

MEDICAL

DO NOT RELEASE OR
COPY TO THIRD PARTY

12-24-98
am pm

Witness

Signed: _____

3