# Columbia Valley Regional Medical Center
## EMERGENCY DEPARTMENT RECORD

| Field | Value |
|---|---|
| NAME | Candelario V. DeLeon |
| TODAY'S DATE | 12/24/98 |
| RACE/SEX | H/M |
| AGE | 59 |
| DATE OF BIRTH | /41 |
| TRIAGE TIME | 2005 |
| FAMILY PRESENT | — |
| MEANS OF ARRIVAL | Medic 2 |
| FAMILY DOCTOR | — |
| TREATMENT AREA | ER 2 |
| CHECK | Laying |
| ALLERGIES | NKDA |
| TIME TO TREATMENT AREA | 2005 |
| LMP | N/A |
| LAST TETANUS | unk |
| CURRENT MEDS | NONE |
| ORDERS | B-00-192 |

### Vital Signs

| # | TIME | TEMP | PULSE | RESP | B/P |
|---|---|---|---|---|---|
| 1 | 2005 | 96.2 | 73 | 18 | 167/85 |
| 2 | | | | | |
| 3 | | | | | |

**CHIEF COMPLAINT / HISTORY:** Unrestrained driver MVC, 1/2 cm laceration to forehead

**PAST HISTORY:** Reviewed
**FAMILY HISTORY:** Reviewed ?
**SOCIAL HISTORY:** Reviewed

**GENERAL/SKIN:** Obviously drunk – A&O x __, Alert, Normal vitals

**HEENT:** Small (1cm) laceration on mid forehead, closed c Dermabond staples. Eyes PERRL, EOM = ⊘

**HEART:** RRS R

**LUNGS:** Clear, no chest pain

**ABDOMEN:** Obese, soft, non-tender

**RECTAL/PELVIC/GENITALIA:** ⊘

**BACK/NEURO:** ⊘

**EXTREMITIES:** ⊘

### Labs (blank)

CBC: RBC, HGB, HCT, WBC, SNEUT, LYMPHS, OTHERS
UA: CC, SPOC, GEMV, pH, PROTEIN, WBC, RBC, BACTERIA, OTHERS
SMA6/SMA20: GLUC, BUN, Na, K, CL, CO₂
UCG: BUNIT, CONTROL, PATIENT, PT, PTT, CULTURES
ENZYMES: SGOT, SGPT, LDH, CPK, OTHERS
PULSE OXIM: 94, ABG, pH, PCO₂, PO₂, ACT HCO₂, O₂ SAT
EKG
X-RAY

### Review of Systems (all marked normal)
EYES, E.N.T., CARDIOVASCULAR, RESPIRATORY, GI, GU, MUSCULOSKELETAL, SKIN, NEURO, PSYCHIATRIC, ENDOCRINE, BLOOD/LYMPH, ALLERGIC, IMMUNE — all ✓ Normal

**DISCHARGE DIAGNOSIS:**
1. 1/2 cm laceration forehead

**DISPOSITION:** ☑ Home   Date: 12/24
**DISCHARGE INSTRUCTION:** BPD #2972 Aster — Pt. discharged to the care of BPD.
AHA#003  12/24

**CONDITION DISCHARGE:** Improved

**NURSE'S SIGNATURE:** [signature] RN 725
**PHYSICIAN'S SIGNATURE:** [signature]

MEDICAL RECORDS   Level 3   2030