

```
                         BROWNSVILLE MEDICAL CENTER
                            1040 WEST JEFFERSON                PAGE: CHEM    2-1
                         BROWNSVILLE, TEXAS    78520
```

NAME: DE LEON, CANDELARIO                                      DATE OF ADMISSION: 12/25/98
   ID: ███████   DOB: ██████/41   AGE: 57                      DATE OF DISCHARGE: 1/06/99
  LOC: ▒▒▒  - ▒▒▒▒  SEX: M
   DR: SIDIQ, HUMAYUN

**********************DISCHARGE SUMMARY - DO NOT DISCARD**********************

| | | | | | |
|---|---|---|---|---|---|
| ACCESSION: | 8360-GL4461 | 8360-GL4320 | 8359-GL4258 | 8359-GL4157 | |
| ORDERED:   | 12/26/98 10:57 | 12/25/98 19:49 | 12/25/98 14:57 | 12/25/98 09:29 | |
| COLLECTED: | 12/26/98 11:19 | 12/26/98 04:20 | 12/25/98 16:10 | 12/25/98 09:35 | |
| RECEIVED:  | 12/26/98 11:19 | 12/26/98 04:23 | 12/25/98 16:20 | 12/25/98 09:35 | |
| COMPLETED: | 12/26/98 11:46 | 12/26/98 04:50 | 12/25/98 16:50 | 12/25/98 10:15 | |

| PROCEDURE | RESULTS | RESULTS | RESULTS | RESULTS | REFERENCE RANGE | UNITS |
|---|---|---|---|---|---|---|
| CHEMISTRY | | | | | | |
| GLUCOSE | 273 H | 231 H | | 127 H | 70-104 | MG/DL |
| UREA NITROGEN | 38.9 H | 29.7 H | | 11.4 | 7.8-21.4 | MG/DL |
| CREATININE | 1.4 | 1.2 | | 0.8 | 0.7-1.5 | MG/DL |
| SODIUM | 130 L | 129 L | | 131 L | 136-145 | MMOL/L |
| POTASSIUM | 5.0 | 4.8 | 5.0 | 5.4 H (*) | 3.5-5.1 | MMOL/L |
| CHLORIDE | 103 | 106 | | 100 | 98-107 | MMOL/L |
| CARBON DIOXIDE | 18 L | | | 22 L | 23-29 | MMOL/L |
| BUN/CREAT RATIO | 27.2 | 25.3 | | 13.8 | 7-25 | |
| A GAP/K+ | 14 | | | 14 | 10-20 | MMOL/L |
| CALCIUM | | 8.5 L | | | 8.8-10.2 | MG/DL |
| TOTAL PROTEIN | | 6.6 | | | 6.3-8.3 | G/DL |
| ALBUMIN | | 3.6 | | | 3.5-5.0 | MG/DL |
| AST | | 129 H | | | 10-34 | U/L |
| ALK.PHOSPHOTASE | | 64 | | | 45-122 | U/L |
| TOT. BILIRUBIN | | 1.2 H | | | 0.2-1.3 | MG/DL |
| ECIAL CHEMISTRY | | | | | | |
| ALCOHOL | | | | 12.2 H | 0.0-10.0 | MG/DL |

COMMENTS:

| CESSION: | COMMENT: |
|---|---|
| 50-GL4320 | N |
| 59-GL4258 | PT. IN MRI SEC. WILL CALL/MCA |

| ESSION: | PROCEDURE: | FREE TEXT COMMENTS: |
|---|---|---|
| 59-GL4157 | POTASSIUM | NOT HEMOL |
| 59-GL4157 | ALCOHOL | ETOH VALUES OF 0-10mg/dL SHOULD BE INTERPRETED AS NEGATIVE. |

80

E: DE LEON, CANDELARIO                                         ***************
D: 3871215    MR #:                          5                                     DISCHARGE RPT
R: SIDIQ, HUMAYUN                                                                  01/07/99  7:05
                                                                                   ***************
                              LAST PAGE OF REPORT