Case Number: 1998 3066620

<u>ANDRES S. TORRES, JR    297?</u>
Officer           Emp. #           Supervisor           Emp. #

ON THIS DATE I WAS DISPATCHED TO THE INTERSECTION OF FM-802 AND CENTRAL AVE. IN REFERENCE TO A REPORTED VEHICLE ACCIDENT. AT THE LOCATION I WAS ADVISED BY THE VICTIM (LUIS U. FLORES) THAT HE HAD COME TO A STOP AT THE INTERSECTION OF FM-802 TO MAKE A LEFT TURN ONTO CENTRAL AVE. THE VEHICLE IN QUESTION (RED FORD ESCORT) DRIVEN BY MR. CANDELARIO DE LEON HAD FAILED TO STOP AND STRUCK HIS VEHICLE FROM BEHIND. MR. FLORES STATED THAT HE COULD SMELL ALCOHOL ON HIS BREATH AS HE CAME UP TO HIM TO SEE IF HE WAS ALRIGHT. MR. FLORES DID STATE THAT MR. DE LEON WAS THE ONLY PERSON IN THE VEHICLE AT THE TIME OF THE ACCIDENT. MR. DE LEON WAS BEING TREATED BY EMS PERSONNEL AND THEN TRANSPORTED TO VALLEY REGIONAL HOSPITAL FOR TREATMENT OF A SMALL CUT TO HIS FOREHEAD. AT THE HOSPITAL WHILE INTERVIEWING MR. DE LEON I OBSERVED A VERY STRONG ODOR OF ALCOHOLIC BEVERAGE EMITTING FROM HIS BREATH, SLURRED SPEECH, AND VERY BLOODSHOT EYES. AFTER HE WAS RELEASED FROM TREATMENT, MR. DE LEON REFUSED TO GET UP FROM THE GURNEY AND HAD TO BE ASSISTED BY THE MEDICAL PERSONNEL TO GET OFF THE GURNEY. HE WAS PLACED ON A WHEEL CHAIR AND WHEELED OUT TO THE PATROL UNIT. AT THAT TIME MYSELF AND OFFICER ALEX ORTIZ THEN HAD TO PHYSICALLY MOVE HIM FROM THE WHEEL CHAIR AND PULL HIM INTO THE BACK SEAT OF THE PATROL UNIT AS HE MADE HIMSELF VERY LIMP AND REFUSED TO WALK ON HIS OWN POWER. WE THEN TRANSPORTED HIM TO THE BROWNSVILLE CITY JAIL AND AGAIN WE HAD TO PHYSICALLY REMOVE HIM FROM THE PATROL UNIT AND WE THEN HAD TO CARRY HIM INTO THE BROWNSVILLE CITY JAIL. AS HE LAID ON THE FLOOR OF THE CITY JAIL, I ADVISED HIM OF THE DWI AND MIRANDA STATUTORY WARNINGS AND HE REFUSED TO COMPLY TO THE INTOXILYZER BREATH TEST OR COOPERATE IN ANY MANNER DURING THE INTERVIEW PROCEEDINGS. HE WAS THEN CARRIED INTO A JAIL CELL AND LAID TO REST ON THE FLOOR AND COVERED IN A BLANKET.

NO FURTHER ACTION TAKEN BY THIS OFFICER...

0012