**Table 2-1 Stages of Acute Alcoholic Influence/ Intoxication**

| Blood-Alcohol Concentration g/dL | Stage of Alcoholic Influence | Clinical Signs/Symptoms |
|---|---|---|
| 0.01-0.05 | Subclinical | No apparent influence<br>Behavior nearly normal by ordinary observation<br>Slight changes detectable by special tests |
| 0.03-0.12 | Euphoria | Mild euphoria, sociability, talkativeness<br>Increased self-confidence; decreased inhibition<br>Diminution of attention, judgment and control<br>Beginning of sensory-motor impairment<br>Slowed information processing<br>Loss of efficiency in finer performance tests |
| 0.09-0.25 | Excitement | Emotional instability; loss of critical judgment<br>Impairment of perception, memory, and comprehension<br>Decreased sensitory response; increased reaction time<br>Reduced visual acuity, peripheral vision, and glare recovery<br>Sensory-motor incoordination; impaired balance<br>Drowsiness |
| 0.18-0.30 | Confusion | Disorientation, mental confusion-dizziness<br>Exaggerated emotional states (fear, rage, sorrow, etc)<br>Disturbances of vision (diplopia etc) and of perception of color, form, motion, dimension<br>Increased pain threshold<br>Increased muscular incoordination; staggering<br>slurred speech<br>Apathy, lethargy |
| 0.25-0.40 | Stupor | General inertia; approaching loss of motor<br>Markedly decreased response to stimuli<br>Marked muscular incoordination; inability to stand or walk<br>Vomiting; incontinence of urine and feces Impaired consciousness; sleep or stupor |
| 0.35-0.50 | Coma | Complete unconsciousness; coma; anesthesia<br>Depressed or abolished reflexes<br>Subnormal temperature<br>Incontinence of urine and feces<br>Impairment of circulation and respiration<br>Possible death |
| 0.45 + | Death | Death from respiratory arrest |

Copyright by K.M. Dubowski, University of Oklahoma College of Medicine, Oklahoma 1989

7