IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CANDELARIO DE LEON,        )(
    Plaintiff          )(
                       )(
VS.                        )( CIVIL ACTION NO. CV-B-00-192
                       )( JURY DEMANDED
CITY OF BROWNSVILLE,       )(
TEXAS, ET AL.,             )(
    Defendants         )(

ORAL DEPOSITION OF
CANDELARIO DE LEON
DECEMBER 10, 2001



    ORAL DEPOSITION OF CANDELARIO DE LEON, produced as a witness at the instance of the DEFENDANTS COLUMBIA VALLEY HEALTHCARE SYSTEMS, L.P. D/B/A VALLEY REGIONAL MEDICAL CENTER AND HCA - THE HEALTHCARE COMPANY, taken in the above styled and numbered cause on DECEMBER 10, 2001, reported by RHONDA A. MARTIN, Certified Court Reporter No. 4297, in and for the State of Texas, at the Valley Grande Manor, 901 Wild Rose Lane, Brownsville, Texas, pursuant to the Federal Rules of Civil Procedure.

BRYANT & STINGLEY, INC.
McAllen    Harlingen    Brownsv
(956)618-2366  (956)428-0755  (956)542-

| | |
|---|---|
| 10:22:31  1 | Q. Okay. Where were you when the police came? |
| 10:22:34  2 | Were you still in the car or were you already in the |
| 10:22:36  3 | ambulance? |
| 10:22:47  4 | A. I don't remember. |
| 10:22:48  5 | Q. Okay. Do you remember talking to the police |
| 10:22:51  6 | officers? |
| 10:22:56  7 | A. When I was already in the hospital. |
| 10:22:58  8 | Q. Okay. That's the first time you remember |
| 10:22:59  9 | talking to them? |
| 10:23:06 10 | A. Yes. |
| 10:23:07 11 | Q. Okay. You did not talk to the police officers |
| 10:23:09 12 | at the scene? |
| 10:23:16 13 | A. I don't remember. |
| 10:23:33 14 | Q. All right. When you worked regularly before |
| 10:23:34 15 | the accident, about how much might you drink in, say, |
| 10:23:43 16 | the course of a week? |
| 10:23:52 17 | MS. LOMAX: Do you want to define a time |
| 10:23:55 18 | frame in that? |
| 10:23:56 19 | Q. Say about the last five or six years before the |
| 10:23:57 20 | accident. |
| 10:24:06 21 | A. More or less about a six-pack every day or |
| 10:24:09 22 | more, depending. |
| 10:24:11 23 | Q. Okay. Depending on what? |
| 10:24:15 24 | A. How much money I had. |
| 10:24:20 25 | Q. So would you drink as many as two or three |

```
10:24:24  1   six-packs in a day?
10:24:33  2        A.   Yes.
10:24:34  3        Q.   Okay.  And where would you buy your beer?
10:24:42  4        A.   At the stores.
10:24:44  5        Q.   Which stores?  Did you go to H.E.B.?  Did you
10:24:48  6   go to Albertson's?  Did you go to 7-Eleven?
10:24:51  7        A.   There were some Circle Ks close to my house.
10:25:05  8        Q.   Okay.  So generally at the convenience stores?
10:25:05  9        A.   Yes.
10:25:18 10        Q.   I want to make sure that I understand this.
10:25:19 11   You don't remember talking to the other driver at the
10:25:22 12   scene of the accident?
10:25:30 13        A.   No.
10:25:30 14        Q.   And you don't remember talking to the police
10:25:33 15   officers at the scene?
10:25:38 16        A.   No.
10:25:39 17        Q.   Okay.  You did tell us everything about your
10:25:43 18   conversations with the paramedics?
10:25:43 19        A.   Yes.
10:25:56 20        Q.   Okay.  Do you even remember the police officers
10:25:57 21   at the scene of the accident?
10:26:03 22        A.   No.
10:26:04 23        Q.   Okay.  So you don't even remember that they
10:26:07 24   were there?
10:26:10 25        A.   No.
```