United States District Court
Southern District of Texas
FILED

NOV 0 8 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. CV-B-00-192 |
| | § | (JURY REQUESTED) |
| COLUMBIA VALLEY HEALTHCARE | § | |
| SYSTEM, L.P. D/B/A VALLEY REGIONAL | § | |
| MEDICAL CENTER | § | |

### DEFENDANT'S EVIDENCE IN SUPPORT OF ITS MOTION TO EXCLUDE TESTIMONY OF PLAINTIFF'S EXPERTS DR. SLATER, DR. PETERS AND ZEFF ROSS

TO THE HONORABLE DISTRICT COURT:

COMES NOW, Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center, the Defendant in the above-styled and numbered cause and makes and files this evidence in support of its Motion to Exclude Testimony of Plaintiff's Experts Dr. Slater, Dr. Peters and Zeff Ross and would respectfully show unto the Court the following:

1.

Administration of Steroids

Plaintiff claims that he received a spinal cord injury in an automobile accident. (Because of Plaintiff's extremely high level of intoxication, Defendant does not know if Plaintiff's claim is true or whether Plaintiff's spinal cord injury came about from his treatment by the police after his treatment at Valley Regional Medical Center which was Plaintiff's original claim in this lawsuit.) One of the most important bases for Plaintiff's damage claim as it is presently presented centers on whether he should have been given a corticosteroid (methylprednisolone [MP]) by Dr. Dovale. Plaintiff's experts' reports seem to indicate that this is a magic bullet that would have either have

completely cured Plaintiff's alleged spinal cord injury or made it less severe, although Plaintiff's experts have not quantified how much less severe the injury could have been made if this had been given.

There have been three national trials studying the use of steroids, conducted in 1984, 1990-1992 and in 1997-1998. MP was not Food and Drug Administration (FDA) approved for use to treat spinal cord injuries. This is called an off label use. Since that time, the steroids have still not been approved by the FDA for this use. After the results of each study were released to the medical community, medical researchers have attempted to verify those results, but the data from these trials has not been made available. Coleman, et al., A Critical Appraisal of the Reporting of the National Acute Spinal Cord Injury Studies (II and III) of Methylprednisolone in Acute Spinal Cord Injury, *Journal of Spinal Disorders*, vol. 13, No. 3 (2000), pp. 185-199. Nesathurai, Steroids and Spinal Cord Injury: Revisiting the NASCIS 2 and NASCIS 3 Trials, *The Journal of Trauma: Injury, Infection, and Critical Care*, vol. 45, no. 6 (1998), pp. 1088-1093.

Other studies have been undertaken to duplicate these results or to independently verify them. A great body of scientific evidence has emerged that the initial national studies results their methodology and their reliability have been called into question. George, et al., Failure of Methylprednisolone to Improve the Outcome of Spinal Cord Injuries, The American Surgeon, vol. 61 no. 8, pp. 659-664 (August, 1995). Short, et al., High Dose Methylprednisolone in the Management of Acute Spinal Cord Injury – A Systematic Review from a Clinical Perspective, *Spinal Cord* (2000) vol. 38, pp. 273-286.

Furthermore, the national trials never stood for the proposition that steroid administration was a cure or anything similar to that. These initial studies reflected only that a patient could only use additional muscle tones or groups or possibly improve the injury by having the use of one

additional vertebral level (for example, instead of an injury to the C-4 or 4th vertebrae in the neck below the head, the injury possibly acts as if it is at the C-5 or certain muscle groups of a C-4 injury are usable). Studies have shown that even if the studies touting the use of steroids are accurate, there is no "functional" improvement in the patient. Also, the reported improvement is temporary. Studies have also shown that there are also many health risks associated with the use of the steroids. Hadley, et al., Pharmacological Therapy after Acute Cervical Spinal Cord Injury, *Neurosurgery*, vol. 50, No. 3, March 2002 Supplement, pp. S63-S72. Hurlbert, The Role of Steroids in Acute Spinal Cord Injury, An Evidence-Based Analysis, *SPINE*, Volume 26, Number 24S, pp. S39-S46 (2001).

2.

Is Steroid Administration the Standard of Care?

When the studies were initially published touting the benefits of steroids for spinal cord injuries, practitioners felt that they had to administer these or face legal problems for failure to do so. However, much research has been done that demonstrates not only is the administration of steroids not the standard of care, but it is a treatment option that should not be routinely used in patients with acute spinal cord injury. Steroid administration should be considered as an investigational therapy. Steroid use for spinal cord injuries is not the standard of care or a recommended treatment. Hurlbert, The Role of Steroids in Acute Spinal Cord Injury, An Evidence-Based Analysis, *SPINE*, Volume 26, Number 24S, pp. S39-S46 (2001); Hadley, Pharmacological Therapy after Acute Cervical Spinal Cord Injury, *Neurosurgery*, vol. 50, No. 3, March 2002 Supplement, pp. S63-S72. Hurlbert, et al., Methylprednisolone for Acute Spinal Cord Injury: An Inappropriate Standard of Care, *Journal of Neurosurgery* (Spine 1), vol. 93, pp. 1-7 (July, 2000).

3.

Plaintiff's own expert, Dr. Slater agrees that the possible benefit from steroids is questionable, he could not quantify it, and he agrees that he is not familiar with the medical literature related to steroids and stated that a neurosurgeon makes the decisions to order steroids, not him. Please see deposition of Plaintiff's expert, Dr. Slater, pages 43-48 attached as Exhibit B to Plaintiff's Response to Defendant's Motion to Exclude Testimony of Plaintiff's Experts Dr. Slater, Dr. Peters and Zeff Ross.

4.

### Withdrawal of Support as the Standard of Care

The American College of Emergency Physicians has noted that the American Academy of Neurological Surgeons, the Canadian Association of Emergency Physicians and the Congress of Neurological Surgeons, among others, no longer endorse steroids as the standard of care. ACEP notes that the American Academy of Neurological Surgeons states that evidence suggesting harmful side effects is more consistent than any suggestion of clinical benefit. Lenzer and Solomon, Steroids and Spinal Cord Injury, Part II: The Precautionary Principle, American College of Emergency Physicians, April 2004, p 2.

5.

Clearly, Plaintiff's basis for causation of damages related to the failure to administer steroids does not meet the requirements of <u>Daubert</u> and its progeny or FRE 702 in that the theory, technique, standards, and controls in the methodology are unpublished and nonexistent, unable for the results to be duplicated, the potential error rate is unknowable or large and the theory or method used is not generally accepted in the scientific community. The attached articles detail a number of studies and analyses in the U.S. and abroad that debunk the claim made in this case.

6.

Furthermore, Defendant incorporates the citations to the Plaintiff's experts' depositions it has filed in Defendant's Motion to Exclude the Testimony of Plaintiff's Experts Dr. Slater, Dr. Peters and Zeff Ross and the depositions the Plaintiff filed in his Response.

7.

Attached hereto is an Index of Articles cited along with copies of the articles.

WHEREFORE, PREMISES CONSIDERED, this Defendant would request that the Court grant its Motion to Exclude the Testimony of Plaintiff's Experts Dr. Slater, Dr. Peters and Zeff Ross and enter an order prohibiting the use of these experts' testimony and for such other and further relief, at law or in equity, to which this Defendant may justly show itself entitled to receive.

Respectfully submitted,

By: _____
William Gault
Federal I.D. No. 14685
State Bar No. 07765050
Michael Quintana
Fed. ID No. 33291
State Bar No. 24037314
Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier
Of Counsel:
Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier
ATTORNEYS FOR DEFENDANT
COLUMBIA VALLEY HEALTHCARE
SYSTEM, L.P. D/B/A VALLEY
REGIONAL MEDICAL CENTER

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing instrument has been forwarded to counsel as indicated below on this the 9th day of November, 2004.

Mr. Thomas Crosley  
Branton & Hall, P.C.  
One Riverwalk Place, Suite 1700  
700 N. St. Mary's St.  
San Antonio, Texas 78205

**VIA CMRRR #7004 1160 0001 4080 0389**

Mr. Michael Cowen  
Law Offices of Michael R. Cowen  
520 E. Levee  
Brownsville, Texas 78520

**VIA REGULAR MAIL**

_____  
William Gault

## **INDEX OF ARTICLES**

1. Coleman, et al., A Critical Appraisal of the Reporting of the National Acute Spinal Cord Injury Studies (II and III) of Methylprednisolone in Acute Spinal Cord Injury, *Journal of Spinal Disorders*, vol. 13, No. 3 (2000), pp. 185-199.

2. George, et al., Failure of Methylprednisolone to Improve the Outcome of Spinal Cord Injuries, The American Surgeon, vol. 61 no. 8, pp. 659-664 (August, 1995).

3. Short, et al., High Dose Methylprednisolone in the Management of Acute Spinal Cord Injury – A Systematic Review from a Clinical Perspective, *Spinal Cord* (2000) vol. 38, pp. 273-286.

4. Nesathurai, Steroids and Spinal Cord Injury: Revisiting the NASCIS 2 and NASCIS 3 Trials, *The Journal of Trauma: Injury, Infection, and Critical Care*, vol. 45, no. 6 (1998), pp. 1088-1093.

5. Hadley, Pharmacological Therapy after Acute Cervical Spinal Cord Injury, *Neurosurgery*, vol. 50, No. 3, March 2002 Supplement, pp. S63-S72.

6. Hurlbert, et al., Methylprednisolone for Acute Spinal Cord Injury: An Inappropriate Standard of Care, *Journal of Neurosurgery* (Spine 1), vol. 93, pp. 1-7 (July 2000).

7. Hurlbert, The Role of Steroids in Acute Spinal Cord Injury, An Evidence-Based Analysis, *SPINE,* Volume 26, Number 24S, pp. S39-S46 (2001).

8. Lenzer and Solomon, Steroids and Spinal Cord Injury, Part II: The Precautionary Principle, American College of Emergency Physicians, April 2004.