# Failure of Methylprednisolone to Improve the Outcome of Spinal Cord Injuries

ERIC R. GEORGE, M.D., DONALD J. SCHOLTEN, M.D., C. MICHAEL BUECHLER, M.D., JACKIE JORDAN-TIBBS, R.N.,
CONNIE MATTICE, R.N., ROXIE M. ALBRECHT, M.D.

From the Departments of Surgery, Butterworth Hospital, Bronson Methodist Hospital, and
Michigan State University, Grand Rapids, Michigan

The infusion of methylprednisolone (MP) within 8 hours of injury for spinal cord injuries (SCI) has been advocated to improve the motor function of patients after this catastrophic injury. However, clinical improvement in the outcome of SCI has not been consistently identified, despite the use of MP. We reviewed the outcome of SCI patients with MP to those without MP (No-MP) at two Level I Trauma Centers from 1989–1992. Acute SCI patients were identified from the trauma registries with trauma demographics and hospital data obtained from registry and medical records. Rehabilitation data for Functional Independence Measure (FIM) was obtained from the rehabilitation institute database. Primary outcome parameters were mortality, and for survivors, patient mobility (6 point scale) and FIM scores. There were 145 acute SCI patients: 80 treated with MP and 65 with No-MP. FIM data was available on 45 MP and 25 No-MP patients. There was no difference in the admission trauma score, ICU length of stay (LOS), or hospital LOS between the two groups. The MP patients were significantly younger (30 years vs 38 years, $P = <0.05$) and had lower ISS scores (24 vs 31, $P = <0.05$). There was no statistically significant difference in mortality (MP, 3.8% vs No-MP, 10.7%) between the two groups. Although admission mobility was not statistically different (MP, 5.99 vs No-MP, 5.96), there was a significantly poorer discharge mobility in the MP group when compared to the No-MP group (MP, 5.16 vs No-MP, 4.67, $P = <0.05$). The FIM score on admission to rehabilitation was not significantly different (MP, 41.24 vs No-MP, 49.71) between the two groups, and there was no significant difference between the FIM scores upon discharge from rehabilitation (MP, 85.02 vs No-MP, 96.21). Acute SCI patients treated with MP within 8 hours of injury failed to show an improvement in mortality, failed to show an improved mobility at hospital discharge, and failed to show an improved rehabilitation FIM score. The younger age, lower ISS, and more recent care would have favored an improvement in the outcome of the MP group. A reappraisal of the use of MP in acute SCI is warranted.

ACUTE SPINAL CORD INJURY (SCI) is a devastating, non-fatal injury that has dramatic, lifelong consequences for each trauma victim in terms of both the impact on the quality of the patient's life and the cost to family and society. It is estimated that the incidence of acute SCI is about 10,000 per year, with less than 10 per cent of these patients dying of the acute injury. Eighty per cent of acute SCI are young men struck down in the prime productive years of their lives, and the economic impact of acute SCI in the United States has been estimated to be $4 billion per year.[1] Management and treatment have been limited to anatomical realignment and stabilization of the spinal column, management or preventive measures for medical complications, especially those of the integument, cardiovascular, respiratory, and urinary systems, with specific attention to the reduction of the incidence of infections. Early stabilization and mobilization of the patient requires extensive coordination with physical therapy and rehabilitation programs. Therapies that could improve neurologic function early in the injury phase of SCI were not available until Bracken et al. published their clinical trial that reported significant neurologic improvement in SCI patients after routine large dose methylprednisolone (MP) administration within 8 hours of SCI.[2] This report has led to the rapid acceptance and broad clinical use of this practice at trauma centers. A remaining important issue in acute SCI is whether the improvement that was demonstrated in the clinical trial is seen in clinical practice and is clinically important as well as statistically significant. The purpose of this report is to analyze the primary outcome parameters of mortality, patient mobility, and rehabilitation scores from acute SCI at two Level I Trauma Centers for two treatment groups: those receiving methylprednisolone (30 mg/kg intra-

Presented at the 37th Annual Meeting of the Midwest Surgical Association, Mackinac Island, Michigan, August 14–16, 1994.
Address correspondence and reprint requests to Donald J. Scholten, M.D., 221 Michigan NE, Suite 200, Grand Rapids, MI 49503.

venously followed by 5.4 mg/kg/hour for 23 hours) within 8 hours of injury (MP group) and those acute SCI not receiving MP (No-MP).

### Patients and Methods

All SCI patients from 1989 through 1992 were identified from the Trauma Registries at two American College of Surgeons verified Level I Trauma Centers: Butterworth Hospital in Grand Rapids, Michigan and Bronson Methodist Hospital in Kalamazoo, Michigan. During the time frame of this report, the patients with SCI received similar trauma care, except for the introduction of MP infusion (30 mg/kg intravenously immediately followed by 5.4 mg/kg/hour for 23 hours), which became advocated and routinely applied to SCI in the middle of the time frame of this study. All SCI identified had data collected on injury information, patient demographics, and hospitalization data from trauma registry and detailed medical record review. Seventy-two data points were collected that allowed for descriptive and demographic comparisons and injury information including location of fracture, presence of dislocation and/or subluxation, spinal operation, spinal cord syndromes, motor improvement, sensory improvement, and assistance evaluation scores. Patient mobility was assigned upon admission and discharge according to a six point scale (6 = dependent, 5 = self-care assisted, 4 = wheel chair assisted, 3 = wheel chair independent, 2 = ambulatory assisted, 1 = no assistance required). Rehabilitation data was obtained when available from the rehabilitation institute database (Mary Free Bed Hospital and Rehabilitation Institute, Grand Rapids, Michigan) and consisted of admission, discharge, and follow-up assessments of the Functional Independence Measure (FIM). The FIM assesses assistance levels on a standardized rehabilitation scale for level of function in six areas: self-care, sphincter control, mobility, locomotion, communication, and social cognition (Tables 1 and 2).[3-5] Patients were excluded from data analysis for death (except for mortality analysis), steroid treatment for conditions other than SCI, and patients with incomplete information. Data were analyzed by students' $t$ test, Mann-Whitney test, and Chi-square analysis with $P < 0.05$ assigned significance.

### Results

A total of 145 acute SCI patients were identified: 80 with MP and 65 with No-MP. Fifteen patients were removed from data analysis because of death (10 patients), steroid treatments for conditions other than SCI (2 patients), and incomplete information (3 patients). Comparison analyses were carried out on the

TABLE 1. *Functional Independence Measure*

| Self-care | Locomotion |
|---|---|
| • Eating | • Walk or wheelchair |
| • Grooming | • Stairs |
| • Bathing | |
| • Dressing-upper body | Communication |
| • Dressing-lower body | • Comprehension |
| • Toileting | • Expression |
| Sphincter control | Social cognition |
| • Bladder management | • Social interaction |
| • Bowel management | • Problem solving |
| | • Memory |
| Mobility | |
| • Bed, chair, wheelchair | |
| • Toilet | |
| • Tub, shower | |

TABLE 2. *The Seven FIM Rating Levels of Disability*

| Degree of Dependency | Level of Functioning |
|---|---|
| No helper | 7. Complete independence |
| | 6. Modified independence |
| Modified dependence on a helper | 5. Supervision |
| | 4. Minimal assist (at least 75% independent) |
| | 3. Moderate assist (at least 50% independence) |
| Complete dependence on a helper | 2. Maximal assist (at least 25% independence) |
| | 1. Total assist (less than 25% independence) |

remaining 130 patients (75 MP and 55 No-MP).

The traumatic events causing SCI in this series included motor vehicle crashes (53.8%), falls (15.2%), diving mishaps (6.9%), gunshot wounds (6.9%), motorcycle crashes (6.2%), and other causes (10.3%). Males predominated in this series (76.6%), and the mean age for all patients was 34 years. The MP group was significantly younger than the No-MP group (30 years $vs$ 38 years, $P < 0.05$). A positive serum alcohol was obtained in 50 patients (34.5%), and this level averaged 130 mg/dL. The level of the spinal cord injury was distributed as follows: cervical region (71), dorsal spine region (45), and lumbar spine region (11). Complete cord injuries were present in 83 patients (64%), with incomplete cord injuries in 46 patients (36%). Fracture was present in 85.1 per cent of the patients with dislocation identified in 40.6 per cent and subluxation identified in 26.6 per cent of SCI. The mean trauma score (TS) for the entire series was 13 and was not different between the two groups. However, overall the ISS averaged 27 with the MP group

having a statistically significant lower ISS than the No-MP group (24 vs 31, $P < 0.05$). Significant injuries in addition to SCI were identified in 49 per cent of the MP group and 65 per cent of the No-MP group. There was prompt administration of MP with an average time from injury to administration of the intravenous bolus of 152 minutes. Immediate airway intubation was required in 36 per cent of the MP group compared with 39 per cent of the No-MP group. There was no difference in the ICU LOS (MP 9.4 days vs No-MP 9.3 days) nor was there a difference in the number of days requiring a ventilator (MP 5 days vs No-MP 9 days). The overall hospital LOS averaged 20 days for the series, with no difference between the MP group when compared with the No-MP group (18 days vs 22 days).

Complications during the hospitalizations of survivors consisted of GI bleeding (MP 4%; No-MP 7%), decubitus formation (MP 20%; No-MP 11%), pneumonia (MP 25%; No-MP 20%), and urinary tract infections (MP 35%; No-MP 20%). Although there was a higher occurrence of infectious complications in the MP group, this did not achieve statistical significance.

Mortality was not statistically significant between groups, with three deaths in the MP group (3.8%) and seven deaths in the No-MP group (10.8%). The causes of death are represented in Table 3. Motor strength and sensory deficits were categorized by assessing the admission and discharge conditions of the survivors for improvement, deterioration, or the maintenance of their deficits. There was no statistically significant difference in the MP group compared with the No-MP group in either motor function or sensory deficit assessment between admission and discharge using this methodology. Five patients in the MP group (6.8%) and two patients in the No-MP group (3.7%) developed deterioration of neurologic function during hospitalization. This difference was not statistically significant between the groups.

The majority of patients in both groups required an operative spinal stabilization procedure (MP 53, 72% vs No-MP 35, 64%). The timing of the operative stabilization was within 48 hours of admission in 82 per cent of the MP group patients and 85 per cent of the No-MP group patients.

Patient mobility on admission was not statistically significantly different between the MP group when compared to the No-MP group (5.99 vs 5.90). However, the patient mobility upon discharge from the hospital was significantly worse in the MP group when compared to the No-MP group (5.16 vs 4.67, $P < 0.05$).

Rehabilitation data was available on 45 MP and 25 No-MP patients. The average LOS for inpatient rehabilitation was 80 days and was not significantly different between the groups. FIM scores on admission were not significantly different between the MP group (41.24) when compared to the No-MP group (49.71). There was no statistically significant difference when the FIM at discharge from rehabilitation, the best FIM, the change in FIM, or the final rehabilitation FIM (Table 4) were compared.

## Discussion

Large-dose methylprednisolone administration has been advocated within 8 hours of SCI to lessen neurologic deficits, specifically the motor function and the sensation to pin prick and light touch. The end points in this study were patient mobility upon discharge from the hospital and the FIM scores in the rehabilitation of the SCI patients, and these did not improve with the early use of MP. The lack of a beneficial effect of MP in this study raises the concern that the apparent benefit of MP in SCI in achieving additional segments of motor and sensory function may not translate to achieving a more functional living for the victims of SCI, such as the achievement of independent living or the independent transfers from wheelchair to bed and to toilet facilities.[6]

The limitations to assigning a lack of benefit to MP in this study are several. First, due to the retrospective

TABLE 3. *Cause of Death in SCI*

| Group | ISS | Age | Cause of Death | Hospital LOS (d) |
|---|---|---|---|---|
| MP | 25 | 20 | Pulmonary failure | 39 |
| MP | 29 | 17 | Cardiorespiratory arrest | 5 |
| MP | 34 | 75 | Pulmonary embolus | 8 |
| No-MP | 34 | 84 | Died in ED-irreversible shock | 0 |
| No-MP | 50 | 24 | Massive liver trauma | 1 |
| No-MP | 45 | 52 | Cardiorespiratory arrest | 1 |
| No-MP | 75 | 23 | Massive internal injuries | 0 |
| No-MP | 50 | 29 | Multiple trauma | 1 |
| No-MP | 26 | 79 | Respiratory failure | 6 |
| No-MP | 50 | 32 | Brain death | 1 |

TABLE 4. *SCI and Functional Independence Measure (FIM) in Rehabilitation*

|  | MP | No-MP | Significance |
|---|---|---|---|
| FIM Admission | 41.24 | 49.71 | NS |
| FIM Discharge | 85.02 | 96.21 | NS |
| FIM Best | 90.71 | 99.86 | NS |
| FIM Change | 49.47 | 50.14 | NS |
| FIM Final | 88.86 | 98.43 | NS |

nature of this study, detailed testing and evaluation of motor function and sensory deficits was not possible, and such assessments for motor and sensory function could only be assigned for identified improvements, deteriorations or, in the absence of these, to a same status. However, Prendergast in a recent study used a 5-point scale per spinal cord level for motor assessment and identified that steroid treated SCI had a lower return of motor function when compared with the total group.[7] Second, the assessment of patient mobility on a 6-point scale may not provide enough increments to fully recognize when improvements in motor function occurred. In the results of the second National Acute Spinal Cord Injury Study (NASCIS2), it was noted that many patients improved neurologically in several spinal-cord segments, but the patients remained in their original neurologic category. The improvements in neurologic function attributed to MP in that study could not readily be translated into specific improvements in functional status.[2]

Another reason for a lack of benefit seen with MP in this study may be related to the severity of other traumatic injuries in the patients in addition to the SCI. These injuries may have precluded this group of patients from seeing an improved functional outcome. However, the MP group was favored in this aspect by having a statistically significant lower ISS than the No-MP group. Additionally, the MP group was significantly younger, and younger age has been demonstrated to be a more favorable prognostic factor in both trauma and SCI.[7]

The lack of an improvement in the FIM scores during rehabilitation could be attributed to not having such data available on all the SCI patients in this series. Data was only available on 69 per cent of the MP patients and 45 per cent of the No-MP patients, in part due to the fact that the FIM was not available as a tool in the early portion of this study, and also because not all the patients went uniformly to the same rehabilitation institute. However, the FIM, developed in 1987, may be a more useful outcome measure for SCI studies than detailed motor or sensory testing.[7,8] The Functional Independence Measure has been developed to provide an objective measure of functional gains during acute and chronic rehabilitation of disabled individuals.[3] The FIM is used to determine the degree of disability that patients experience and the progress that they make through programs of medical rehabilitation and correlates with the hours of care required for such individuals.[9] The FIM has been used in traumatic brain injury,[4] stroke,[5] multiple trauma patients,[10] and SCI.[7,8] It shows good reliability for SCI as an overall assessment, especially in some of the specific categories such as self care and mobility.[8]

The brief but massive dose of MP used in SCI has also been shown to initiate a series of immune system deficits. Galandiuk identified that pneumonia was more prevalent with prolongation of hospitalization and an average increase in hospitalization costs of $51,504 per admission.[11] This finding is in agreement with the NASCIS1 study, in which treatment with MP was associated with an increased risk of infection both of wounds and at the site of trauma.[12,13] The immune system deficits in MP patients were characterized by an initial higher, earlier boost in some host defense parameters that rapidly declined with their subsequent response being both blunted and delayed.[12] The quantification of the consequences of this immune system depression requires balancing with the human costs of paraplegia or quadriplegia.

The identification of selective subsets of SCI patients that may most benefit from MP administration requires a series with a large number of concurrently treated SCI patients with detailed data. However, recent reports[7,12] have suggested that gunshot wounds (GSW) resulting in SCI may not benefit from MP since theoretically, anatomic cord transection should not be improved with any drug administration. In fact, GSW injuries were an exclusion criteria for NASCIS2. GSW injuries resulting in SCI represented a small percentage of SCI in this series (6.9%), but they may be a significant proportion of the urban trauma center experience.

A subset analysis of SCI with incomplete cord injuries (36%) compared with complete cord syndromes (64%) in this series did not demonstrate any improvement in mobility or rehabilitation FIM. In NASCIS2, patients with anterior cord syndrome involving complete motor loss and some sparing of sensory function showed no apparent benefit from high dose MP.[6]

The early use of MP in SCI in this series was not associated with an improvement in the functional status of the patients as assessed by patient mobility and FIM in rehabilitation. A reappraisal of the use and value of the early administration of high dose MP in SCI is warranted with future studies assessing the functional assessment of SCI as an important outcome parameter.

REFERENCES

1. Stripling TE. The cost of SCI: The economic consequences of traumatic spinal cord injury. Paraplegic News 1990;August 50–4.

2. Bracken MB, Shepard MJ, Collins WF, et al. A randomized, controlled trial of methylprednisolone or naloxone in the treatment of acute spinal cord injuries: Results of the Second National Acute Spinal Cord Injury Study. N Engl J Med 1990;322:1405–11.

3. Keith RN, Granger CV, Hamilton BB, Sherwin FS. The functional independence measure: A new tool for rehabilitation.

In: Eisenberg MG, Grzesiak RC, eds. Advances in Clinical Rehabilitation; Vol 1. New York: Springer-Verlag, 1987:6–18.

4. Cook L, Smith SD, Truman G: Using Functional Independence Measure profiles as an index of outcome in the rehabilitation of brain-injured patients. Arch Phys Med Rehabil 1994;75:390–3.

5. Granger CV, Cotter AC, Hamilton BB, Fiedler RC. Functional assessment scales: A study of persons after stroke. Arch Phys Med Rehabil 1994;74:133–8.

6. Drucker TB. Treatment of spinal cord injury. N Engl J Med 1990;322:1459–61.

7. Prendergast MR, Saxe JM, Ledgerwood AM et al. Massive steroids do not reduce zone of injury after spinal cord injury (SCI). J Trauma (In press).

8. Menter RR, Whiteneck GG, Charlifue SW, et al. Impairment, disability, handicap and medical expenses of persons aging with spinal cord injury. Paraplegia 1991;29:613–9.

9. Segal ME, Ditunno JF, Staas WE. Interinstitutional agreement of individual functional independence (FIM) items measured at two sites on one sample of SCI patients. Paraplegia 1993;31:622–31.

10. Disler PB, Roy CW, Smith BP. Predicting hours of care needed. Arch Phys Med Rehabil 1993;74:139–43.

11. Imhoff TA, McCarthy M, Cushman M, et al. Functional scoring of multi-trauma patients: Who ends up where? J Trauma 1991;31:1227–32.

12. Galandiuk S, Raque G, Appel S, Polk HC. The two-edged sword of large-dose steroids for spinal cord trauma. Ann Surg 1993;218:419–26.

13. Bracken MB, Collins WF, Freeman DF, et al. Efficacy of methylprednisolone in acute spinal cord injury. JAMA 1984;251:45–52.

14. Bracken MB, Shepard MJ, Hellenbrand KG, et al. Methylprednisolone and neurologic function one year after spinal cord injury. J Neurosurg 1985;63:704–13.

## DISCUSSION

DR. WILLIAM TURNER (Indianapolis, Indiana): I thoroughly enjoyed the paper and enjoyed the opportunity to review the manuscript ahead of time. I have a couple of questions.

Were statistical power determinations done on your results to detect the possibility of Type II errors; that is, that a small difference in the effect of steroid therapy that you failed to detect because of too small a sample size? As most of us are familiar, any time we show no effect, we have to wonder whether we looked at enough patients. I wonder if you, in undertaking this study, looked at the Bracken study differences as possibly a baseline from which to predict a number of patients to study?

You mentioned in the manuscript that subset analyses were done on complete and incomplete spinal cord injuries and failed to demonstrate improvement in mobility. And in the rehabilitation FIM, were subset analyses conducted based upon the level of spinal cord injury or in patients with dislocations *versus* those with only subluxations, and also were there any differences in the patients who underwent operative fixation *versus* those with nonoperative fixation? You found that patient mobility was significantly worse in the steroid treated group upon hospital discharge. Can you speculate why you observed that difference? You found numerically higher incidences of infectious complications, pneumonia, urinary tract infections, GI bleeding, and a higher instance of decubitus formation in the steroid treated group, while your data did not find statistically significant differences. Were there differences in hospital costs between the treatment and nontreatment groups, especially when the higher incidences of complications in the treatment group were considered? As I am sure the authors are aware, Giandia and colleagues from the University of Louis have recently reported a study of acute spinal cord injury patients involving primarily the cervical and upper thoracic spine injury, where they found an average cost exceeding $51,000 increase in the patients who were steroid treated. They suggested that was related to infectious complications.

While not statistically significant, you found a nearly three-fold lesser mortality in the steroid treated group. Do you have any thoughts about why that was, and do you attribute that to possibly the significantly lower injury severity score that you saw in the steroid treated group? I enjoyed the presentation and will look forward to the discussion.

DR. EDWARDS (Moderator): We have time for one more short comment.

DR. DAVID JACOBS (Cleveland, Ohio): I enjoyed this presentation and actually agree with the conclusions. I just wonder how you were able to find a control group? In Cleveland, our neurosurgeons agree with the findings, but are concerned about not giving steroids to these patients for medical-legal reasons. I just wonder how you could find 65 patients, or whatever the number was, who did not get steroids? Thank you.

DR. SCHOLTEN (Grand Rapids, Michigan): Thank you for your questions, Dr. Turner and Dr. Jacobs. I will take your question first.

Our control group was a historical control group before the use of steroids was proposed as "standard." We took those who did not receive methylprednisolone as their standard care and compared those to a subsequent group that almost routinely received methylprednisolone. Dr. Turner, the Type II error consideration will always be with us until we can achieve a huge number of patients. We did, however, have similar numbers of patients in each group to the Bracken study.

In terms of subset analyses, neither the level of spinal cord injury, that is, cervical *versus* thoracic and lumbar, nor dislocation or subluxations demonstrated any differences. Interestingly, we did find a poorer mobility with those who had early operative fixation compared to either late or no operative fixation. Why was patient mobility worse in these steroid patients? We don't have the answer. My general sense is that while they had a lesser amount of injury as shown by the ISS, there were compounding factors from the

associated injuries that might have influenced their mobility. Your fourth question was related to the higher complications observed, at least numerically, and how does that relate to hospital costs. That is an excellent observation, and we don't have the cost data to answer your question. Finally, in terms of mortality, there were more deaths in the nonsteroid group. However, all seven deaths in the nonsteroid group were within one day of admission and were related to the multiple injuries these patients had, and their high ISS scores. Thank you very much.