

# Steroids and Spinal Cord Injury

## Part II: The Precautionary Principle

ACEP News
April 2004

Jeanne Lenzer
Robert Solomon, MD

*In "Steroids and Spinal Cord Injury, Part I: Whose Standard of Care?" the authors reviewed concerns raised about the safety and efficacy of steroids for acute spinal cord injury. Part II discusses an overarching principle that can help guide clinical decision-making when dealing with contested science.*

The use of methylprednisolone for acute spinal cord injury (SCI) was catapulted to a "standard of care" following publication of the National Acute Spinal Cord Injury Study (NASCIS 2)[1] trial. The fanfare generated by prepublication endorsement of the results by the National Institutes of Health (NIH) added to the pressure on doctors to give steroids for acute SCI.

Given the inordinate pressure that the NASCIS trial and the NIH generated for doctors to administer steroids to patients with SCI, doctors with reservations about steroids for acute SCI have been forced to choose between two equally disconcerting courses of action: either prescribe high-dose steroids out of fear of a successful malpractice suit for practicing outside "accepted standards" - or refuse to give steroids and risk a successful malpractice suit for the bad outcome that is sure to occur regardless of whether steroids are given.

This dilemma was highlighted by a March 2001 survey of Canadian orthopedists and neurosurgeons who treat spinal cord injury. Two-thirds of Canada's orthopedists and neurosurgeons responded:[2] 75 percent said they give steroids for acute SCI "because everyone else does," and out of fear of malpractice suits.[3]

The choices doctors have to make regarding compliance with questionable guidelines are complex. Simply believing that guidelines are flawed may not be enough for a physician to overcome fears about practicing outside "community standards." Reasonable uncertainty about contested science can also make the practicing physician reluctant to dismiss "expert" advice and established guidelines - despite the warnings of other experts.

### Professional organizations revise positions

Persisting concerns about the NASCIS conclusions have caused a number of professional organizations to revise their positions on high-dose steroids as a recommended treatment for acute SCI. Typical of such changes in position is the American College of Surgeons (ACS), which recently changed the Advanced Trauma Life Support (ATLS) guidelines' statement that high-dose methylprednisolone is *"the"* recommended treatment - to read that it is *"a"* recommended treatment. Christophe Kaufmann, MD, chairperson of the ATLS subcommittee of the ACS Committee on Trauma, told ACEP News that the change in wording was intentional, and was implemented "to remain consistent with other publications, including the March 2003 issue of the

Inside ACEP.
- Master Calenc
- Practice Reso
- Government &
- Continuing Ed
- News & Public
  o Press Relea
  o ACEP News
  o Annals of Er
    Medicine
  o EM Today
  o 24/7
  o Foresight
- Health Informs
- About ACEP
- Sitemap

- Annals of EM
- Discussion Fo
- Links to Other



** Quick Links **

ACEP News F
- ACEP News
- ACEP News B

ACEP News /
- 2002

- 2001
- 2000
- 1999



*Journal of Neurosurgery*, which suggests that the use of steroids in SCI is an option. We are attempting to remain consistent with the general consensus."

Other professional organizations no longer endorsing steroids as the standard of care include the American Academy of Neurological Surgeons ("Evidence suggesting harmful side effects is more consistent than any suggestion of clinical benefit")[4], the Canadian Association of Emergency Physicians, and the Congress of Neurological Surgeons, among others. The National Association of Emergency Medical Services Physicians is in the process of publishing a review of steroids in acute SCI that concludes, "[I]t is the position of the NAEMSP that high-dose methylprednisolone therapy does not reflect a standard of care and cannot be recommended."

William Dalsey, MD, co-chair of ACEP's Clinical Policies Committee, said ACEP is part of an ongoing multi-specialty panel, the Spinal Cord Consortium, which is working on a statement regarding steroids and acute SCI that should be out in one to one and a half years.

### Kehoe vs. the Precautionary Principle

Although the increasingly skeptical positions taken by a number of professional organizations should confer some degree of security on those who choose not to order high-dose steroids for acute SCI, it should not take 13 years for physicians to feel secure in their caution when it comes to use of new and controversial interventions.

Given the clinical, ethical, and financial competing interests in this and other cases of contested science, it is useful to have a guiding principle that allows the practicing physician to make a reasoned choice based on the ethical obligation to provide the best care for a patient - rather than what is legally safest for the physician.

Two camps have emerged in the battle over scientific innovation. The first camp embraces the Kehoe principle,* which asserts that a new intervention that might provide benefit should be accepted until, or unless, harm is proven. The second camp embraces the precautionary principle - which, conversely, asserts that a new intervention should be proven safe before acceptance.

The Kehoe principle places the burden of proof on the public, which must - typically *unknowingly* - prove the harm of a new technology or drug after it has been introduced. The precautionary principle places the burden of proof squarely on the shoulders of the inventor or scientist, making non-maleficence (as in the exhortation, "First, do no harm") the first-order ethical principle.

Since there is an inherent bias toward belief in benefit with the introduction of new agents - bias on the part of pharmaceutical companies, patients, doctors, and even journal editors - it appears prudent to require substantial proof of safety before the widespread use of new interventions and drugs. If the scientific community allows emotional appeals about possible benefit to be the basis for reliance on new drugs, then what separates science from pseudoscience, iridology, colonic irrigation, and all manner of unproven alternative therapies?

\* For a discussion of the Kehoe principle's origin, see: "The Secret History of Lead" in *The Nation*, 3/20/2000. http://www/.thenation.com/doc.mhtml?i=20000320

### Reference List

1. Bracken M, et al. A randomized, controlled trial of methylprednisolone or naloxone in the treatment of acute spinal-cord injury. *N Engl J Med* 1990; 323(17):1207-1209.

2. R. John Hurlbert, M.D. 2003. 10-24-0003. Ref Type: Personal Communication

3. Canadian Association of Emergency Physicians. Steroids in acute spinal cord injury: Position statement. *Can J Emerg Med* 2003; 5(1).

4. Hadley MN, Walters BC, Grabb PA, Oyesiku NM, Przybylski GJ, Resnick DK et al.

Annals of Emergency Medicine



Guidelines for the management of acute cervical spine and spinal cord injuries. *Clin Neurosurg* 2002; 49:407-498.

Copyright © 2004 American College of Emergency Physicians. All Rights Reserved. View legal information.