United States District Court
Southern District of Texas
FILED

NOV 0 8 2004

Michael N. Milby
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. CV-B-00-192 |
| | § | (JURY REQUESTED) |
| COLUMBIA VALLEY HEALTHCARE | § | |
| SYSTEM, L.P. D/B/A VALLEY REGIONAL | § | |
| MEDICAL CENTER | § | |

## DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
## PROPOSED INSTRUCTIONS AND CHARGE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, Columbia Valley Healthcare System, L.P. D/B/A Valley Regional Medical Center, Defendant in the above entitled and numbered proceeding, and, prior to the submission of the charge to the jury, files these Objections to Plaintiff's proposed jury instructions as follows:

1.       Defendant objects to the General Instructions and preliminary matters included in Plaintiff's Proposed Jury Charge for reason that proposed Instruction 2.16 is unnecessarily duplicative of the portion of the general instruction on the lower half of page 2 (3.1).

Defendant's objection is sustained _____

Defendant's objection is overruled_____

2.       Defendant objects to Plaintiff's Proposed Jury Instruction No. 1, found on page 6 of Plaintiff's Proposed Charge, in its entirety.  It is an improper instruction because it is not included in either the Texas or Federal Pattern Jury Charges.  It also constitutes an improper comment on the weight of the evidence, suggests to the jury that the information is factual when it is contested, and is an attempt to improperly interject jury argument into the Court's Charge.

Defendant's objection is sustained _____

Defendant's objection is overruled_____


Defendant further objects to Plaintiff's Proposed Jury Instruction No. 1's description of this cause as a "common law negligence suit". This case is a Health Care Liability Claim brought pursuant to *Tex. Rev. Civ. Stat. Ann. Art. 4590i* and the instruction incorrectly characterizes Plaintiff's claim.

Defendant's objection is sustained _____

Defendant's objection is overruled_____


Additionally, Defendant objects to Plaintiff's Proposed Jury Instruction No. 1, wherein it states Plaintiff's injuries were "undiagnosed and untreated", "this spinal cord injury went undiagnosed, untreated, and the precautionary devices, such as the collar and spine backboard were removed" and "instead of being hospitalized, he was discharged" as these are allegations and acts which can only be alleged against and performed by a licensed physician and which cannot be performed by a hospital pursuant to *Tex. Occ. Code Ann.* §151.002 a(13) (Vernon 2004). A hospital is precluded from practicing medicine and therefore cannot diagnose, treat, hospitalize, remove precautionary devices or discharge a patient pursuant to the Texas Occupations Code.

Defendant's objection is sustained _____

Defendant's objection is overruled_____

Defendant further objects to Plaintiff's Proposed Jury Instruction No. 1 due to Plaintiff's failure to include Dr. Joao Dovale. Dr. Joao Dovale is a settling Defendant and should be included in the Court's Charge pursuant to *Tex. Civ. Prac. & Rem Code Ann. §33.003*.

Defendant's objection is sustained _____

Defendant's objection is overruled_____

Finally, Defendant objects to Plaintiff's language in Proposed Jury Instruction No. 1 wherein it states the Hospital was negligent in not transmitting this "vital" information as this constitutes an improper comment on the weight of the evidence and is argumentative.

Defendant's objection is sustained _____

Defendant's objection is overruled_____

3.     Defendant objects to Plaintiff's Proposed Jury Instruction No. 2, found on page 7 of Plaintiff's Proposed Charge, in its entirety because it is an instruction which is not included in the Texas Pattern Jury Charge, constitutes an improper comment on the weight of the evidence, constitutes a misstatement of the evidence and facts in this cause and is argument rather than an instruction on the law.

Defendant's objection is sustained _____

Defendant's objection is overruled_____

Defendant further objects to Plaintiff's Proposed Jury Instruction No. 2 wherein it states that Plaintiff "sustained an injury in a motor vehicle accident" because there is conflicting evidence as to when Plaintiff sustained his alleged injury and therefore constitutes an improper comment on the

evidence and it misstates the evidence. It asks the jury to assume conflicting evidence is true which takes away from the jury its right to decide the facts.

Defendant's objection is sustained _____

Defendant's objection is overruled_____

Additionally, Defendant objects to Plaintiff's Proposed Jury Instruction No. 2 wherein it discusses the acceleration or aggravation "of a previously existing disease or spinal cord injury" because this implies that there was a pre-existing injury. This is a contested issue for which there is conflicting evidence. This statement is a misstatement of the evidence and an improper comment on the weight of the evidence. It asks the jury to assume conflicting evidence as true which takes away the jury's right to decide the facts.

Defendant's objection is sustained _____

Defendant's objection is overruled_____

Further, Defendant objects Plaintiff's Proposed Jury Instruction No. 2 because it fails to include the "conduct" of Dr. Joao Dovale, who is a settling Defendant.

Defendant's objection is sustained _____

Defendant's objection is overruled_____

Objecting further, Defendant objects to Plaintiff's Proposed Jury Instruction No. 2 where it states "the Plaintiff's injury was aggravated as a result of conduct by the nurses or staff at the

hospital". The pleadings and evidence in this cause complain of only one nurse and therefore Plaintiff's proposed language is a misstatement of the evidence.

Defendant's objection is sustained _____

Defendant's objection is overruled_____

Finally, Defendant objects to Plaintiff's Proposed Jury Instruction No. 2, because it is based upon authority which predates the enactment of *Tex. Rev. Civ. Stat. Ann. Art. 4590i* as well as the implementation of the Texas Pattern Jury Charge.

Defendant's objection is sustained _____

Defendant's objection is overruled_____

4.      Defendant objects to Plaintiff's Proposed Jury Instruction No. 3, found on page 8 of Plaintiff's Proposed Charge, in its entirety because it is an instruction which is not included in the Texas Pattern Jury Charge or 5th Circuit Pattern Jury Instructions, constitutes an improper comment on the weight of the evidence and is an improper attempt to interject jury argument into the Court's Charge.

Defendant's objection is sustained _____

Defendant's objection is overruled_____

Defendant further objects to Plaintiff's Proposed Jury Instruction No. 3, because it refers to "Defendant's" "Conduct" singularly and does not include Dr. Joao Dovale, who is a settling Defendant.

Defendant's objection is sustained _____

Defendant's objection is overruled_____

Additionally, Defendant objects to Plaintiff's Proposed Jury Instruction No. 3, wherein it references "non-diagnosis and non-treatment" because the non-diagnosis and/or non-treatment of a patient constitutes medical treatment which this Defendant can not perform as a matter of law. *See Tex. Occ. Code* §151.002 (a) (13) (Vernon 2004).

Defendant's objection is sustained _____

Defendant's objection is overruled_____

Defendant objects to Plaintiff's proposed Jury Instruction No. 3 because it is based upon authority which predates *Tex. Rev. Civ. Stat. Ann. Art. 4590i* and the guidance provided by the Texas Pattern Jury Charge.

Defendant's objection is sustained _____

Defendant's objection is overruled_____

Finally, Defendant objects to Plaintiff's Proposed Jury Instruction No. 3 because it is a misstatement of Texas Law. The jury is free to disregard any witness they don't find credible.

Defendant's objection is sustained _____

Defendant's objection is overruled_____

5.      Defendant objects to Plaintiff's Proposed Jury Instruction No. 4, found on page 9 of Plaintiff's Proposed Charge, in its entirety as no charts have ever been produced in discovery in this cause.

Defendant's objection is sustained _____

Defendant's objection is overruled_____

Defendant further objects to Plaintiff's Proposed Jury Instruction No. 4 because it is an improper instruction and should not be included in the general instructions in the Court's Charge. Pursuant to the Fifth Circuit Pattern Jury Instruction §2.8, a cautionary instruction may be given by the Court regarding demonstrative evidence, however, it is not to be included in the General Instructions of the Court's Charge.

Defendant's objection is sustained _____

Defendant's objection is overruled_____

Finally, Defendant objects to Plaintiff's Proposed Jury Instruction No. 4 because Plaintiff's have modified the cautionary instruction provided in the Fifth Circuit Pattern Jury Instruction 2.8, and as such it constitutes improper jury instruction and an improper comment on the weight of the evidence.

Defendant's objection is sustained _____

Defendant's objection is overruled_____

6.      Defendant objects to Plaintiff's Proposed Jury Instruction No. 5, found on page 10 of Plaintiff's Proposed Charge, in its entirety because a definition of "physical pain and mental anguish" is not provided for in a Texas Pattern Jury Charge or the Fifth Circuit Pattern Jury Instruction and therefore should not be included in the Court's Charge.

Defendant's objection is sustained _____

Defendant's objection is overruled_____


Defendant further objects to Plaintiff's Proposed Jury Instruction No. 5 because it constitutes a comment on the weight of the evidence and therefore constitutes an improper instruction.

Defendant's objection is sustained _____

Defendant's objection is overruled_____


Finally, Defendant objects to Plaintiff's Proposed Jury Instruction No. 5 because it instructs the jury "to arrive at some fair compensation" therefore, directing the jury to award some amount for physical pain and mental anguish as such, Plaintiff's Jury Instruction No. 5 constitutes improper instruction and an attempt to improperly interject jury argument into the Courts Charge.

Defendant's objection is sustained _____

Defendant's objection is overruled_____


7.      Defendant objects to Plaintiff's Proposed Definition No. 1, found on page 12 of Plaintiff's Proposed Charge, because Plaintiff's failed to include a definition of "negligence" with respect to the conduct of Dr. Joao Dovale, a settling Defendant.

Defendant's objection is sustained _____

Defendant's objection is overruled_____


8.      Defendant objects to Plaintiff's Proposed Definition No. 2, found on page 13 of Plaintiff's Proposed Charge, because the Plaintiff's failed to include a definition of "ordinary care"

with respect to the conduct of Dr. Joao Dovale, a settling Defendant.

Defendant's objection is sustained _____

Defendant's objection is overruled_____

9.    Defendant objects to Plaintiff's Proposed Definition No. 3, found on page 14 of Plaintiff's Proposed Charge, because the Plaintiff's failed to include a definition of "proximate cause" with respect to the conduct of Dr. Joao Dovale, a settling Defendant.

Defendant's objection is sustained _____

Defendant's objection is overruled_____

10.    Defendant objects to Plaintiff's Proposed Definition No. 4, found on page 15 of Plaintiff's Proposed Charge, because the Plaintiff's requested definition of "physical impairment" is not suggested or included in Texas Pattern Jury Charge or the Fifth Circuit Pattern Jury Instruction and therefore is an improper definition. It misstates Texas law and tends to influence the jury.

Defendant's objection is sustained _____

Defendant's objection is overruled_____

Further, Defendant objects to Plaintiff's Proposed Definition No. 4 because it constitutes an improper comment on the weight of the evidence and therefore is an improper definition.

Defendant's objection is sustained _____

Defendant's objection is overruled_____

Finally, Defendant objects to Plaintiff's Proposed Definition No. 4 because it is an improper attempt to interject jury argument into the Courts charge.

Defendant's objection is sustained _____

Defendant's objection is overruled_____

11.     Defendant objects to Plaintiff's Proposed Definition No. 5, found on page 16 of Plaintiff's Proposed Charge, because the Plaintiff's requested definition of "earning capacity" is not suggested or included in Texas Pattern Jury Charge or the Fifth Circuit Pattern Jury Instruction and therefore is an improper definition. It is unnecessary and will not aid the jury.

Defendant's objection is sustained _____

Defendant's objection is overruled_____

Further, Defendant objects to Plaintiff's Proposed Definition No. 5 because it constitutes an improper comment on the weight of the evidence and therefore is an improper definition.

Defendant's objection is sustained _____

Defendant's objection is overruled_____

Finally, Defendant objects to Plaintiff's Proposed Definition No. 5 because it is an improper attempt to interject jury argument into the Courts charge.

Defendant's objection is sustained _____

Defendant's objection is overruled_____

12.     Defendant objects to Plaintiff's Proposed Definition No. 6, found on page 17 of Plaintiff's Proposed Charge, because the Plaintiff's requested a definition of "loss of earning capacity" is not suggested or included in Texas Pattern Jury Charge or the Fifth Circuit Pattern Jury Instruction and therefore is an improper definition.

Defendant's objection is sustained _____

Defendant's objection is overruled_____

Further, Defendant objects to Plaintiff's Proposed Definition No. 6 because it constitutes an improper comment on the weight of the evidence and therefore is an improper definition.

Defendant's objection is sustained _____

Defendant's objection is overruled_____

Finally, Defendant objects to Plaintiff's Proposed Definition No. 6 because it is an improper attempt to interject jury argument into the Courts charge.

Defendant's objection is sustained _____

Defendant's objection is overruled_____

13.     Defendant objects to Plaintiff's Proposed Definition No. 7, found on page 18 of Plaintiff's Proposed Charge, because the Plaintiff's proposed a definition of "disfigurement" is not suggested or included in Texas Pattern Jury Charge or the Fifth Circuit Pattern Jury Instruction and therefore is an improper definition. It does not aid the jury.

Defendant's objection is sustained _____

Defendant's objection is overruled_____

Further, Defendant objects to Plaintiff's Proposed Definition No. 7 because it constitutes an improper comment on the weight of the evidence and therefore is an improper definition.

Defendant's objection is sustained _____

Defendant's objection is overruled_____

Finally, Defendant objects to Plaintiff's Proposed Definition No. 7 because it is an improper attempt to interject jury argument into the Courts charge.

Defendant's objection is sustained _____

Defendant's objection is overruled_____

14.     Defendant objects to Plaintiff's Proposed Special Interrogatory No. 1, found on page 20 of Plaintiff's Proposed Charge, because Special Interrogatory No. 1 request the jury to determine if the negligence, if any, proximately caused the occurrence.  It is improper pursuant to the Texas Pattern Jury Charge 51.1 and Texas Civil Practices & Remedies Code § 33.011 (4).  In this case Plaintiff's intoxication and causing of the automobile accident should be considered by the jury in answering the liability in comparative questions and therefore "injury" should be submitted rather than "occurrence" to enable the jury to consider Plaintiff's negligence in answering the liability and comparative questions. *See Pattern Jury Charge 51.1.*  Additionally, the Texas Civil Practices & Remedies Code § 30.011 (4) mandates the use of "injury" in determining percentage of responsibility by the jury.

Defendant's objection is sustained _____

Defendant's objection is overruled_____

15.     Defendant also objects to Plaintiff's Proposed Special Interrogatory No. 1, found on page 20 of Plaintiff's Proposed Charge wherein Plaintiff defines "occurrence in question". The proper submission requires the term "injury" to be used in the determination of liability and comparative responsibility questions. *See Texas Civil Practice & Remedies Code* §30.011 (4) *and Texas Pattern Jury Charge* 51.1.

Defendant's objection is sustained _____

Defendant's objection is overruled_____

16.     Additionally, Defendant objects to Plaintiff's Proposed Special Interrogatory No. 1, found on page 20 of Plaintiff's Proposed Charge where it states "non-diagnosis and non-treatment" because non-diagnosis and non-treatment constitutes medical treatment, which this Defendant is precluded from providing as a matter of law. *See Tex. Occ. Code* §151.002 (a) (13) (Vernon 2004). As phrased by Plaintiff, the Court would instruct the jury to find only against Dr. Dovale because the definition of "occurrence in question" only applies to his care.

Defendant's objection is sustained _____

Defendant's objection is overruled_____

17.     Defendant objects to Plaintiff's Proposed Special Interrogatory No. 1, found on page 20 of Plaintiff's Proposed Charge wherein Plaintiff submits the negligence of this Defendant's "agents and employees including  Nurse Harold Wright" who are not parties to this suit,  no pleadings are on file asserting claims against these individuals nor are these individuals settling Defendants or responsible third-parties.

Defendant's objection is sustained _____

Defendant's objection is overruled_____


Defendant objects to Plaintiff's Proposed Special Interrogatory No. 1, because it constitutes "non-diagnosis and non-treatment" comments on the evidence and contested fact issues.

Defendant's objection is sustained _____

Defendant's objection is overruled_____


18.     Defendant objects to Plaintiff's Proposed Special Interrogatory No. 2, found on page 21 of Plaintiff's Proposed Charge, because Special Interrogatory No.2 requests the jury to determine if the negligence, if any, proximately caused the occurrence and is therefore improper pursuant to the Texas Pattern Jury Charge 51.1 and Texas Civil Practices & Remedies Code § 33.011 (4). In this case Plaintiff's negligence should be considered by the jury in answering the liability and comparative questions and therefore "injury" should be submitted rather than "occurrence" to enable the jury to consider Plaintiff's negligence in answering the liability and comparative questions. *See Pattern Jury Charge 51.1.* Additionally, the Texas Civil Practices & Remedies Code § 30.011 (4) mandates the use of "injury" in determining percentage of responsibility by the jury.

Defendant's objection is sustained _____

Defendant's objection is overruled_____


19.     Additionally, Defendant objects to Plaintiff's Proposed Special Interrogatory No. 2, found on page 21 of Plaintiff's Proposed Charge wherein Plaintiff submits the negligence of this Defendant's "agents and employees including Nurse Harold Wright". The agents, employees and

Nurse Harold Wright are not parties to this suit. No pleadings are on file asserting claims against these individuals nor are these individuals settling Defendants or responsible third-parties.

Defendant's objection is sustained _____

Defendant's objection is overruled_____

20.    Finally, Defendant objects to Plaintiff's Proposed Special Interrogatory No. 2, found on page 21 of Plaintiff's Proposed Charge where it submits "occurrence" as Plaintiff has already defined that to mean "non-diagnosis" and "non-treatment" which institute medical treatment by a medical doctor. See *Tex. Occ. Code Ann.* §151.002 a(13) (Vernon 2004). Plaintiff's definition of occurrence would mandate an instructed verdict from the Court for the jury to find against Dr. Dovale only.

Defendant's objection is sustained _____

Defendant's objection is overruled_____

21.    Defendant objects to Plaintiff's Proposed Instruction conditioning the damages upon questions on liability following Special Interrogatory No. 2 because it improperly informs the jury of the effect of their answers to Special Interrogatory No. 1 and Special Interrogatory No. 2.

Defendant's objection is sustained _____

Defendant's objection is overruled_____

22.    Defendant further objects to Plaintiff's Proposed Instruction following Special Interrogatory No. 2 because it is an improper instruction pursuant to Texas Pattern Jury Charge 80.1.

Defendant's objection is sustained _____

Defendant's objection is overruled_____


23.     Defendant further objects to Plaintiff's Proposed Special Interrogatory No. 3 for the reason that Plaintiffs have submitted each element of damages separately.  Exemplary damages are not sought in this action and therefore there is no need to separate economic and non-economic damage findings. *See Texas Pattern  Jury Charge 80.2.*

Defendant's objection is sustained _____

Defendant's objection is overruled_____


WHEREFORE, PREMISES CONSIDERED, this Defendant would request that the Court grant its objections to Plaintiffs' Proposed Instructions and Charge and enter an order prohibiting the use of these and for such other and further relief, at law or in equity, to which this Defendant may justly show itself entitled to receive.

Respectfully submitted,

By: _____
     William Gault
     Federal I.D. No. 14685
     State Bar No. 07765050
     Michael Quintana
     Fed. ID No. 33291
     State Bar No. 24037314

Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

Of Counsel:
Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier
ATTORNEYS FOR DEFENDANT
COLUMBIA VALLEY HEALTHCARE
SYSTEM, L.P. D/B/A VALLEY
REGIONAL MEDICAL CENTER

## **CERTIFICATE OF SERVICE**

This is to certify that the above and foregoing instrument has been forwarded to counsel as indicated below on this the 8th day of November, 2004.

Mr. Thomas Crosley
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205

**VIA CMRRR #7004 1160 0001 4080 0396**

Mr. Michael Cowen
Law Offices of Michael R. Cowen
520 E. Levee
Brownsville, Texas 78520

**VIA REGULAR MAIL**

William Gault