United States District Court
Southern District of Texas
FILED

NOV 0 8 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CANDELARIO DE LEON § | |
| § | |
| VS. § | CIVIL ACTION NO. CV-B-00-192 |
| § | (JURY REQUESTED) |
| COLUMBIA VALLEY HEALTHCARE § | |
| SYSTEM, L.P. D/B/A VALLEY REGIONAL § | |
| MEDICAL CENTER § | |

### DEFENDANT'S SUPPLEMENTAL OBJECTIONS AND EVIDENCE IN SUPPORT OF ITS OBJECTIONS TO PLAINTIFF'S EXHIBITS

TO THE HONORABLE DISTRICT COURT:

COMES NOW, Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center, the Defendant in the above-styled and numbered cause and makes and files this supplemental objection and evidence in support of its objections to Plaintiff's exhibits, and would respectfully show unto the Court the following:

1.

Plaintiff produced billing records from Brownsville Emergency Medical Services, Plaintiff's Exhibit 4 and billing record from Brownsville Medical Center, Plaintiff's Exhibit 15 on June 23, 2004 after the Court ordered discovery cut off. Defendant objects to this late filing. See Exhibit A.

2.

Plaintiff's Exhibit 9 is the billing records from Valley Regional Medical Center. Plaintiff produced these after the Court ordered discovery cut off. Defendant objects to this late filing. See Exhibit B.

3.

Defendant was notified of Plaintiff's Exhibit 16 by a faxed letter dated September 27, 2004 and October 5, 2004 and Defendant received these documents on October 4 and October 6, 2004. See Exhibits C and D.

4.

Plaintiff's Exhibit 17 is Plaintiff's billing records from Valley Grande Manor. Defendant conditionally objects to these until the Plaintiff can show that these are reasonable and necessary and that they are related to Plaintiff's damage claims in this case.

5.

Plaintiff's Exhibit 18 is Plaintiff's billing records from Valley Grande Manor that were produced on October 19, 2004 after the Court ordered discovery cut off. See Exhibit E. Defendant objects to this late filing. Defendant further conditionally objects to these until the Plaintiff can show that these are reasonable and necessary and that they are related to Plaintiff's damage claims in this case.

6.

Plaintiff's Exhibits 60-69, 73 and 78 have never been produced to this Defendant.

7.

Defendant objected earlier to Plaintiff's Exhibit number 58 as that was not produced. While the Plaintiff did not produce this in discovery, Defendant has found a copy of a résumé of Dr. Soleja in one of the depositions on written questions of his records and therefore, Defendant withdraws this objection if it is the same résumé that has been previously produced.

WHEREFORE, PREMISES CONSIDERED, this Defendant would request that the Court grant its objections to Plaintiff's Exhibits 4, 9, 15-18, 60-69, 73 and 78 and enter an order prohibiting

the use of these exhibits and for such other and further relief, at law or in equity, to which this Defendant may justly show itself entitled to receive.

Respectfully submitted,

By: _____
William Gault
Federal I.D. No. 14685
State Bar No. 07765050
Michael Quintana
Fed. ID No. 33291
State Bar No. 24037314

Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

Of Counsel:
Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier
ATTORNEYS FOR DEFENDANT
COLUMBIA VALLEY HEALTHCARE
SYSTEM, L.P. D/B/A VALLEY
REGIONAL MEDICAL CENTER

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing instrument has been forwarded to counsel as indicated below on this the _8th_ day of November, 2004.

| | |
|---|---|
| Mr. Thomas Crosley<br>Branton & Hall, P.C.<br>One Riverwalk Place, Suite 1700<br>700 N. St. Mary's St.<br>San Antonio, Texas 78205 | **VIA CMRRR #7004 1160 0001 4080 0327** |
| Mr. Michael Cowen<br>Law Offices of Michael R. Cowen<br>520 E. Levee<br>Brownsville, Texas 78520 | **VIA REGULAR MAIL** |

_William Gault_