6/23/04

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON | § | |
| | § | CIVIL ACTION NO. CV-B-00-192 |
| VS. | § | |
| | § | (JURY REQUESTED) |
| COLUMBIA VALLEY HEALTHCARE | § | |
| SYSTEM, L.P. D/B/A VALLEY REGIONAL | § | |
| MEDICAL CENTER, JOAO DOVALE, M.D. | § | |
| AND STAT PHYSICIANS, P.A. | § | |

## PLAINTIFF'S FOURTH SUPPLEMENTAL RESPONSES TO REQUESTS FOR DISCLOSURE

TO:    Defendants Joao Dovale, M.D. and Stat Physicians, P.A., by and through their attorneys, Steven Matthew Gonzalez and Gerald E. Castillo, GONZALEZ, GAYTAN, GARZA & CASTILLO, L.L.P., 1317 E. Quebec Avenue, McAllen, TX 78503; Defendant Columbia Valley Healthcare System, L.P., by and through its attorneys, William Gault and Paul Fourt, BRIN & BRIN, P.C., 1325 Palm Blvd., Suite A, Brownsville, Texas 78520,

COMES NOW Plaintiff CANDELARIO DE LEON and serves the following Fourth Supplemental Responses to Requests for Disclosure, pursuant to FED. R. CIV. P. 26.

Respectfully submitted,

**Branton & Hall, P.C.**
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205
(210) 224-4474
(210) 224-1928 (Fax)

By: _____
THOMAS A. CROSLEY
State Bar No. 00783902
S. Dist. Texas No. 15434
JAMES L. BRANTON
State Bar No. 00000069
S. Dist. Texas No. 20163

**A**



MICHAEL COWAN
Attorney at Law
520 E. Levee
Brownsville, Texas 78520
(956) 541-4981
State Bar No. 00795306
S. Dist. Texas No. 19967

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served via certified mail, return receipt requested, on this **23** day of June, 2004, to:

Steven Matthew Gonzalez
Mr. Gerald E. Castillo
GONZALEZ, GAYTAN, GARZA & CASTILLO, L.L.P.
1317 E. Quebec Avenue
McAllen, TX 78503

ATTORNEYS FOR DEFENDANTS,
STAT PHYSICIANS, P.A. and
JOAO DOVALE, M.D.

William Gault
Paul Fourt
BRIN & BRIN, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520

ATTORNEYS FOR DEFENDANTS
COLUMBIA VALLEY HEALTHCARE
SYSTEM, L.P. D/B/A VALLEY
REGIONAL MEDICAL CENTER

THOMAS A. CROSLEY

G:\WPFILES\FILES.CLT\D\DEL9827\DISC\RRFD-4.wpd

-2-

## PLAINTIFF'S FOURTH SUPPLEMENTAL RESPONSES
## TO DEFENDANT'S REQUEST FOR DISCLOSURE

*Federal Rules of Civil Procedure, Rule 26(a):*

(1)(B)   A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

**RESPONSE:**

See attached medical bills of Brownsville Emergency Medical Service and Brownsville Medical Center.

See also medical records and bills from the following:

> Brownsville Medical Center
> 1048 W. Jefferson Street
> Brownsville, Texas 78520
> (956) 544-1400
>
> Valley Regional Medical Center
> 100 E. Alton Gloor Blvd., Suite A
> Brownsville, Texas 78526-3307
> (956) 831-9611
>
> Valley Regional Medical Center
> 8101 West Sam Houston Parkway South, Suite 100
> Houston, Texas
>
> Brownsville Police Department
> 600 East Jackson Street
> Brownsville, Texas 78520
> (956) 548-7000
>
> Brownsville Emergency Medical Service
> 954 East Madison Street
> Brownsville, Texas 78520
>
> Valley Grande Manor Brownsville
> 901 Wildrose Lane
> Brownsville, Texas 78520
> (956) 546-4568

Edward McGlynn, M.D.
100 A. Alton Gloor
Brownsville, Texas 78521
(956) 761-0411

Rio Grande Podiatry Center
500 Parades Lane Road, Suite 4
Brownsville, Texas 78521
(9567) 546-4119

University Eye Center
30 N. Park Place
Brownsville, Texas 78520
(956) 542-9118

Jose Luis Ayala, M.D.
500 Paredes Line Road, Suite 4
Brownsville, Texas 78520
(956) 456-4119

Luis Gayton, M.D.
2137 East 22nd Street
Brownsville, Texas 78570
(956) 548-7400

Victor Leal, M.D.
30 North Park Place
Brownsville, Texas 78572
(956) 542-9118

Plastic Surgery Center
109 E. Price Road
Brownsville, Texas 78521
(956) 546-5237

Pete Hurley
14027 Memorial Drive, Suite 425
Houston, Texas 78521
Unknown telephone number.

Gulf Port Services
Noe A. Hinojosa
7013 Springbriar

-4-

San Antonio, Texas 78201

Homayon Sidiq, M.D.
2137 East 22nd Street
Brownsville, Texas 78521
(956) 548-7400

Khalid R. Solija, M.D.
109 East Price Road
Brownsville, Texas 78520
(9567) 546-5237

BioCom Clinical Laboratories, Inc.
909 S. James, Suite E
Weslaco, Texas 78596
(956) 968-0222

Doron (Daniel) Nuchovich, M.D.
1309 Flagler Drive
West Palm Beach, Florida
(561) 746-2033

Danilo Asase, M.D.
1713 Treasure Hills, Suite 1B
Brownsville, Texas 78520
(800) 559-7833

Brownsville Urological Center
Jose Villalobos, M.D.
864 Central Blvd., Suite 500
Brownsville, Texas 78521
(9567) 546-3596

Brownsville Community Health Center
2137 E. 22nd Street
Brownsville, Texas 78521
(956) 548-7400

Internal Revenue Service
3651 South Interregional Hwy.
Austin, Texas
(800) 829-1040

Valley Grande Manor Brownsville
901 Wildrose Lane
Brownsville, Texas 78520
(956) 546-4568

Mobile Imaging X-ray
Brownsville, Texas 78520

F.M. Pharmacy
Address unknown.
(956) 544-1800

Lindale Medical Laboratory
500 Paredes Line Road, Suite 6
Brownsville, Texas 78521
(956) 546-3734

Express Towing
2591 Old Port Isabel Road
Brownsville, Texas 78520
(956) 541-2029

City of Brownsville Police Department
600 Jackson Street
Brownsville, Texas 78520
(956) 548-7000

Dairyland County Mutual
P.O. Box 8034
Stevens Point, Wisconsin 54481
(800) 532-2525

Cameron County Jail Division
954 E. Harrison
Brownsville, Texas 78520
(956) 544-0865

Texas Rehabilitation Commission
Disability Determination Services
P.O. Box 149198
Austin, Texas 78714-9198
(800) 252-9627

(1)(C)  A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered; and

**RESPONSE:**

Medical Expenses

| | |
|---|---:|
| Jose Villalobos, M.D. c/o Brownsville Urological Association | $2,870.00 |
| Brownsville Community Health | $11,380.96 |
| Khalid Soleja, M.D. | $175.00 |
| Brownsville EMS | $906.00 |
| Brownsville Medical Center | $237,825.78 |
| | $253,157.74 |

Other medical care providers          estimated at greater than $50,000.00

Loss of earning capacity – from December 25, 1998 to the present and into the future for the rest of his future up to his 65th birthday, Plaintiff alleges a total interruption of his earning capacity due to the nature and severity of his injuries. Plaintiff estimates these damages to be approximately $12,500.00 to $25,000.00 per year for a total of $100,000.00 to $200,000.00.

Past and future medical expenses – Plaintiff seeks recovery of the reasonable and necessary medical expenses for those providers that have treated him for his spinal cord injury and quadriplegia, including but not limited to those named on the attached Exhibit "B" previously provided. The total claimed is approximately $2.8 million. Past medical expenses exceed $300,000.00 and future medical and life care expenses are estimated at $2,455,930. Please refer to the report and deposition testimony of Dr. Alex Willingham and Dan Bagwell, each of which are incorporated herein by reference, for more detail on Plaintiff's damages pertaining to his life care needs and medical expenses.

Disfigurement – Plaintiff, by and through his attorney, estimates his disfigurement damages (past and future) to be $5 million.

Physical Impairment – Plaintiff, by and through his attorney, estimates his physical impairment damages (past and future) to be $10 million.

A884301 - 002

No: CV-V-00-192

CANDELARIO DE LEON
vs.
CITY OF BROWNSVILLE, TEXAS

IN THE U.S.D.C. FOR THE
SOUTHERN DIST. OF TEXAS
BROWNSVILLE DIVISION

## A F F I D A V I T

RECORDS PERTAINING TO:  CANDELARIO DE LEON DOB: ███/41 SSN: ███2544

Before me, the undersigned authority, personally appeared
Guillermina Atkinson, who being by me duly sworn, deposed as
follows:

My name is Guillermina Atkinson. I am of sound mind, capable of
making this affidavit, and personally acquainted with the facts herein
stated:

I am the person in charge of the billing records for BROWNSVILLE EMERGENCY
MEDICAL SERVICE. Attached to this Affidavit are records that provide an
itemized statement of the services and charges for the services that
BROWNSVILLE EMERGENCY MEDICAL SERVICE provided to the above named on the
date set forth in the attached records. The attached records are part of
this Affidavit. The services reflected in the records were prescribed by the
attending physician in charge. The services provided were necessary per
physician's orders and the amounts charged for the services were reasonable
at the time and place that the services were provided. The charges reflected
in the records total $ 900.00 .

This is a regularly conducted business activity, and these said pages are
kept by BROWNSVILLE EMERGENCY MEDICAL SERVICE in the regular course of
business and it was the regular course of business of BROWNSVILLE EMERGENCY
MEDICAL SERVICE for a person with the knowledge or one who had been provided
such knowledge of the act, event, condition, opinion, or diagnoses recorded
to make the record or to transmit information thereof to be included in such
record; and the record was made at or near the time or reasonably soon
thereafter; and the method of preparation was trustworthy.

The records attached thereto are original or exact duplicates of the original.

_____
AFFIANT/CUSTODIAN

SWORN TO AND SUBSCRIBED before me on the _____ day
of _____ 2004 .



_____
NOTARY PUBLIC FOR THE STATE OF TEXAS

JAIME GUERRA
NOTARY PUBLIC
State of Texas
Comm. Exp. 01-08-2005

# CITY OF BROWNSVILLE EMS
P.O. BOX 2067
BROWNSVILLE, TX 78522-2067
PHONE (956) 541-9491
TAX ID 74-6000422

| | |
|---|---|
| **PATIENT NAME:** MR CANDELARIO DELEON | **PATIENT NUMBER:** ▮▮▮ |
| | **CALL NUMBER:** 1-10421 |
| **INSURANCE:** Medicare ▮▮▮544A | **DATE OF CALL:** 08/21/2003 |
| TEXAS MEDICAID & HEAL ▮▮▮ | **TIME OF CALL:** 03:43 PM |
| | **CALLER:** 911 |
| | **FROM:** Brownsville Medical Center |
| CANDELARIO DELEON | **TO:** VALLEY GRANDE MANOR |
| ▮▮▮▮▮ | |
| BROWNSVILLE, TX 78520 | **REASON(S) FOR TRANSPORT** V498.9 |

| DESCRIPTION OF CHARGE | | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| BLS NON EMERGENCY BASE CHAR | Q3020 | 1.0 | 200.00 | 200.00 |
| BLS MILEAGE CHARGE | A0425 | 2.0 | 7.50 | 15.00 |
| GLOVES (INFECTION CONTROL) | A0398 | 1.0 | 2.00 | 2.00 |
| | | | **Total Charges** | 217.00 |

| DESCRIPTION OF PAYMENT | RECEIPT | PAYMENT DATE | AMOUNT |
|---|---|---|---|
| | | **Total Credits** | 0.00 |

**PLEASE PAY THIS AMOUNT** ➡ | **$217.00**

---

**DETACH ALONG PERFORATION ABOVE AND RETURN STUB WITH YOUR PAYMENT**

| | | |
|---|---|---|
| **PATIENT NAME:** DELEON, CANDELARIO | **CALL NUMBER:** 1-10421 | **AMOUNT DUE $** 217.00 |
| **PATIENT NUMBER:** ▮▮▮▮ | **BILLING DATE:** 06/17/2004 | **AMOUNT $** |
| | | **ENCLOSED** |

*0001*

We accept Visa ❑ M/C ❑ Discover ❑   Card #_____ Exp. Date _____ Signature_____
**CITY OF BROWNSVILLE EMS:** P.O. BOX 2067 • BROWNSVILLE, TX 78522-2067 • PHONE (956) 541-9491 • TAX ID 74-6000422

# CITY OF BROWNSVILLE EMS
P.O. BOX 2067
BROWNSVILLE, TX 78522-2067
PHONE (956) 541-9491
TAX ID 74-6000422

**PATIENT NAME:** MR CANDELARIO DELEON

**INSURANCE:** Medicare                    544A
TEXAS MEDICAID & HEAL

CANDELARIO DELEON

BROWNSVILLE, TX 78520

**PATIENT NUMBER:**
**CALL NUMBER:** 137367
**DATE OF CALL:** 10/01/1999
**TIME OF CALL:** 09:08 PM
**CALLER:** 911
**FROM:** VALLEY GRANDE MANOR
**TO:** Brownsville Medical Center

**REASON(S)**
**FOR**
**TRANSPORT**

| DESCRIPTION OF CHARGE | | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| BLS EMERGENCY BASE CHARGE | Q3019 | 1.0 | 150.00 | 150.00 |
| BLS MILEAGE CHARGE | A0425 | 3.0 | 5.00 | 15.00 |
| OXYGEN MASK/CANNULA ADMIS. | A0422 | 1.0 | 25.00 | 25.00 |
| GLOVES (INFECTION CONTROL) | A0398 | 1.0 | 2.00 | 2.00 |
| | | | **Total Charges** | 192.00 |

| DESCRIPTION OF PAYMENT | RECEIPT | PAYMENT DATE | AMOUNT |
|---|---|---|---|
| | | | |
| | | **Total Credits** | 0.00 |

**PLEASE PAY THIS AMOUNT** ➤   **$192.00**

DETACH ALONG PERFORATION ABOVE AND RETURN STUB WITH YOUR PAYMENT

**PATIENT NAME:** DELEON, CANDELARIO
**PATIENT NUMBER:**
**CALL NUMBER:** 137367
**BILLING DATE:** 06/17/2004

AMOUNT DUE $ 192.00
AMOUNT $
ENCLOSED

0002

We accept Visa ☐ M/C ☐ Discover ☐  Card #_____Exp. Date_____ Signature_____
**CITY OF BROWNSVILLE EMS**: P.O. BOX 2067 • BROWNSVILLE, TX 78522-2067 • PHONE (956) 541-9491 • TAX ID 74-6000422

# CITY OF BROWNSVILLE EMS
P.O. BOX 2067
BROWNSVILLE, TX 78522-2067
PHONE (956) 541-9491
TAX ID 74-6000422

**PATIENT NAME:** MR CANDELARIO DELEON

**INSURANCE:** Medicare ████544A
TEXAS MEDICAID & HEAL █████

CANDELARIO DELEON
██████████
BROWNSVILLE, TX 78520

**PATIENT NUMBER:** ████
**CALL NUMBER:** 139421
**DATE OF CALL:** 10/09/1999
**TIME OF CALL:** 03:08 PM
**CALLER:** 911
**FROM:** Brownsville Medical Center
**TO:** VALLEY GRANDE MANOR

**REASON(S) FOR TRANSPORT**

| DESCRIPTION OF CHARGE | | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| BLS NON EMERGENCY BASE CHAR | A0360 | 1.0 | 150.00 | 150.00 |
| BLS MILEAGE CHARGE | A0380 | 2.0 | 5.00 | 10.00 |
| GLOVES (INFECTION CONTROL) | A0398 | 1.0 | 2.00 | 2.00 |
| | | | **Total Charges** | **162.00** |

| DESCRIPTION OF PAYMENT | RECEIPT | PAYMENT DATE | AMOUNT |
|---|---|---|---|
| | | **Total Credits** | **0.00** |

**PLEASE PAY THIS AMOUNT ➡** | **$162.00**

---

**DETACH ALONG PERFORATION ABOVE AND RETURN STUB WITH YOUR PAYMENT**

**PATIENT NAME:** DELEON, CANDELARIO
**PATIENT NUMBER:** ████
**CALL NUMBER:** 139421
**BILLING DATE:** 06/17/2004

**AMOUNT DUE $** 162.00
**AMOUNT $ ENCLOSED** _____

0003

# CITY OF BROWNSVILLE
P.O. BOX 2067
BROWNSVILLE, TX 78522-2067
PHONE (956) 541-9491
TAX ID 74-6000422

**PATIENT NAME:** MR CANDELARIO DELEON

**INSURANCE:** Medicare ▓▓▓544A
TEXAS MEDICAID & HEAL▓▓▓

CANDELARIO DELEON
▓▓▓▓▓▓▓▓▓▓
BROWNSVILLE, TX 78520

**PATIENT NUMBER:** ▓▓▓
**CALL NUMBER:** 137367
**DATE OF CALL:** 10/01/1999
**TIME OF CALL:** 09:08 PM
**CALLER:** 911
**FROM:**
**TO:** VALLEY GRANDE MANOR
Brownsville Medical Center

**REASON(S)**
**FOR**
**TRANSPORT**

| DESCRIPTION OF CHARGE | | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| BLS EMERGENCY BASE CHARGE | Q3019 | 1.0 | 150.00 | 150.00 |
| BLS MILEAGE CHARGE | A0425 | 3.0 | 5.00 | 15.00 |
| OXYGEN MASK/CANNULA ADMIS. | A0422 | 1.0 | 25.00 | 25.00 |
| GLOVES (INFECTION CONTROL) | A0398 | 1.0 | 2.00 | 2.00 |
| | | | **Total Charges** | 192.00 |

| DESCRIPTION OF PAYMENT | RECEIPT | PAYMENT | AMOUNT |
|---|---|---|---|
| | | **Total Credits** | 0.00 |

**PLEASE PAY THIS AMOUNT ➤**   $192.00

---

DETACH ALONG PERFORATION ABOVE AND RETURN STUB WITH YOUR PAYMENT

**PATIENT NAME:** DELEON, CANDELARIO
**PATIENT NUMBER:** ▓▓▓▓

**CALL NUMBER:** 137367
**BILLING DATE:** 06/17/2004

**AMOUNT DUE $** 192.00
**AMOUNT $**
**ENCLOSED**

0004

We accept Visa ❑ M/C ❑ Discover ❑  Card #_____ Exp. Date _____ Signature_____
**CITY OF BROWNSVILLE EMS:** P.O. BOX 2067 • BROWNSVILLE, TX 78522-2067 • PHONE (956) 541-9491 • TAX ID 74-6000422



# COMPEX

## *Legal Services, Inc.*

*6/22/04  Inv # 505-6343 dated 6/18  $115.40*

```
Records of . . : CANDELARIO DE LEON
Defendant . . : CITY OF BROWNSVILLE, TEXAS
Client/Insured:
File Number . : ████
Case Number    : CV-V-00-192
```

A88430100101

```
Location  . :  BROWNSVILLE MEDICAL CENTER
               1048 WEST JEFFERSON
               BROWNSVILLE, TX  78520
Record Types   BILLING (REAS. & NECES.)/* ONLY CERTAIN DATES

Deliver to :   BRANTON & HALL P.C.
Attention . :  THOMAS A. CROSLEY
               700 NORTH ST. MARY'S, SUITE 1700
               SAN ANTONIO, TX  78205

06/24                                         049418
```

Document Retrieval  •  Complex Case Management  •  Court Reporting

## NATIONWIDE : (800) 4 COMPEX    (800) 426-6739

CANDELARIO DE LEON
vs.
CITY OF BROWNSVILLE, TEXAS

IN THE U.S.D.C. FOR THE
SOUTHERN DIST. OF TEXAS
BROWNSVILLE DIVISION

**NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS**

To:  All named parties in the above styled and numbered cause

You will take notice that after 14 days from the service of a copy
hereof with attached questions, a Deposition by Written
Questions will be taken of the Custodian of Records for:

▆▆▆▆▆▆

BROWNSVILLE MEDICAL CENTER
1048 WEST JEFFERSON, BROWNSVILLE, TX 78520

to such questions will be taken before a Notary Public with
COMPEX, 3300 NACOGDOCHES ROAD, SUITE 220, SAN ANTONIO, TX 78217
or their designated agent.
Which deposition with attached questions may be used in evidence upon
the trial of the above styled and numbered cause pending in the
above named court.

Notice is further given that request is here made as authorized under
Rule 45, Federal Rules of Civil Procedure, to the officer authorized
authorized to take this deposition to issue a subpoena duces tecum
and cause it to be served on the witness to produce
SEE ATTACHMENT THREE
and to turn all such records over to the officer authorized to take
this deposition so that photostatic copies of same may be made
and attached to said deposition.

*Thomas A. Crosley*
THOMAS A. CROSLEY, ESQ.
Attorney for Plaintiff
Bar #: 00783902
700 NORTH ST. MARY'S, SUITE 1700
SAN ANTONIO, TX  78205
Phone:(210) 224-4474 Fax:(210) 224-1928

========================================================================
I certify that a true exact copy of the foregoing Notice of
Intention to Take Deposition by Written Questions was mailed to the
respective parties or attorneys of record, by certified mail return
receipt requested, postage prepaid, courier receipted delivery,
or hand delivered.
Date:  5/25/04

Chuck E. Utz
COMPEX - SAN ANTONIO
3300 NACOGDOCHES ROAD, SUITE 220
SAN ANTONIO, TX 78217

CC: THOMAS A. CROSLEY, ESQ
WILLIAM GAULT, ESQ
STEVEN M. GONZALEZ, ESQ.

A884301-001

## ATTACHMENT THREE

1  AN ITEMIZED STATEMENT OF CHARGES FOR SERVICES RENDERED PERTAINING

2  TO:

3  PLAINTIFF,

4  CANDELARIO DE LEON, DOB: ████/41, SS#: ████2544,

5  FROM 12/24/98 TO AND INCLUDING 05/26/04.

 

ORDER #: A884301 - 001
AO 86 (Rev. 11/91) Subpoena in a Civil Case

# United States District Court

__SOUTHERN__ DISTRICT OF __TEXAS, BROWNSVILLE DIVISION__

CANDELARIO DE LEON

PLAINTIFF(S),

V.

## SUBPOENA IN A CIVIL CASE

CITY OF BROWNSVILLE, TEXAS

CASE NUMBER:[1] CV-V-00-192

DEFENDANT(S),

TO:     CUSTODIAN OF RECORDS
BROWNSVILLE MEDICAL CENTER
1048 WEST JEFFERSON
BROWNSVILLE, TEXAS  78520

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| AT THE OFFICES OF THE SUMMONED WITNESS | INSTANTER |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
AN ITEMIZED STATEMENT OF CHARGES FOR SERVICES RENDERED PERTAINING TO:
PLAINTIFF,
CANDELARIO DE LEON, DOB: ████41, SS#: █████2544,
FROM 12/24/98 TO AND INCLUDING 05/26/04.

| PLACE | DATE AND TIME |
|---|---|
| AT THE OFFICES OF THE SUMMONED WITNESS | INSTANTER |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to the suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Thomas A. Crosley by Compex*  ATTORNEY(S) FOR PLAINTIFF, CANDELARIO DE LEON | 5-26-04 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
THOMAS A. CROSLEY ATTORNEY-AT-LAW                    BAR# 00783902
BRANTON & HALL P.C.                                  (210) 224-4474
700 NORTH ST. MARY'S, SUITE 1700      SAN ANTONIO, TX  78205
                        (See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)
[1] If action is pending in district other than district of issuance state district under case number.

No: CV-V-00-192

CANDELARIO DE LEON                    IN THE U.S.D.C. FOR THE
              vs.                     SOUTHERN DIST. OF TEXAS
CITY OF BROWNSVILLE, TEXAS            BROWNSVILLE DIVISION


           Written Questions to be Propounded to the Witness,
                   Custodian of Records for:


     BROWNSVILLE MEDICAL CENTER
     1048 WEST JEFFERSON
     BROWNSVILLE, TEXAS 78520

1. State your full name, your position or title, the complete legal name
   of your employer, and your complete address.
   ANSWER: Francis Makielke, Custodian of Billing Records, Brownsville Medical Center; 1048 W. Jefferson St., Brownsville, Tx.; 78520

2. Have you or your employer made or caused to be made any records,
   including memoranda, reports, records, or data compilations, as set
   forth in the notice of this deposition, which is incorporated by
   reference herein?
   ANSWER: Yes

3. Do you have such records as described above?
   ANSWER: Yes

4. Are these records kept under your care, supervision, custody, or
   control?
   ANSWER: Yes

5. Please state whether this is a regularly conducted business activity.
   ANSWER: Yes

6. Are these records kept in the regular course of business?
   ANSWER: Yes

7. Was it the regular practice to make these records?
   ANSWER: Yes

8. Were these records made by, or from information transmitted by, a
   person with knowledge of the acts, events, conditions, opinions, or
   diagnoses stated therein?
   ANSWER: Yes

9. Were these records made at or near the time the acts, events,
   conditions, opinions, or diagnoses occurred or within a reasonable
   time thereafter?
   ANSWER: Yes

10. Was the method of preparation of these records trustworthy?
    ANSWER: Yes

A884301-001

11. **Were these records kept as described above?**
ANSWER: Yes

12. **Please state the full amount of charges in the treatment of CANDELARIO DE LEON , pertinent to 12/24/98 and all subsequent treatments.**
ANSWER: $ 237, 825. 78

13. **Are you familiar with the charges usually and customarily made for the medical services reflected in the bills furnished as a part of the requested written records?**
ANSWER: Yes

14. **Please state whether or not such charges are reasonable for like or similar services rendered in your vicinity?**
ANSWER: Yes

15. **Please state whether the facility services as reflected in the facility charges, as prescribed by the physician(s) in charge, were necessary for the proper care and treatment of CANDELARIO DE LEON ?**
ANSWER: Yes

16. **Please hand all such records to the Notary Public taking this desposition for photocopying and marking as Exhibits to be attached to this deposition.**
ANSWER: Yes

17. **Please state whether you have provided all the records required by the subpoena duces tecum. If not, why not?**
ANSWER: Yes

18. **Are the records that you have handed to the Notary Public accurate and complete?**
ANSWER: Yes

WITNESS CUSTODIAN

I, Isidro Ceballo , a Notary Public in the State of TEXAS, do hereby certify that the foregoing answers of the witness, the Custodian of Records, were by the said witness made before and sworn to and subscribed before me by the said witness.

GIVEN UNDER MY HAND AND SEAL OF OFFICE on this the _15th_ day of _June_ , _2004_.

NOTARY PUBLIC FOR THE STATE OF TEXAS

ISIDRO CEBALLOS
MY COMMISSION EXPIRES
October 3, 2006

A004301 -001

No: CV-V-00-192

CANDELARIO DE LEON

vs.

CITY OF BROWNSVILLE, TEXAS

IN THE U.S.D.C. FOR THE
SOUTHERN DIST. OF TEXAS
BROWNSVILLE DIVISION

## A F F I D A V I T

RECORDS PERTAINING TO:  CANDELARIO DE LEON DOB: 06/15/41 SSN: ████2544

Before me, the undersigned authority, personally appeared
*Francis Makiolke*        , who being by me duly sworn, deposed as
follows:

My name is *Francis Makiolke* , I am of sound mind, capable of
making this affidavit, and personally acquainted with the facts herein
stated:

I am the person in charge of the billing records for BROWNSVILLE MEDICAL
CENTER. Attached to this Affidavit are records that provide an itemized
statement of the services and charges for the services that BROWNSVILLE
MEDICAL CENTER provided to the above named on the date set forth in the
attached records. The attached records are part of this Affidavit. The
services reflected in the records were prescribed by the attending physician
in charge. The services provided were necessary per physician's orders and
the amounts charged for the services were reasonable at the time and place
that the services were provided. The charges reflected in the records total
$ *237,825.78* .

This is a regularly conducted business activity, and these said pages are
kept by BROWNSVILLE MEDICAL CENTER in the regular course of business and it
was the regular course of business of BROWNSVILLE MEDICAL CENTER for a
person with the knowledge or one who had been provided such knowledge of the
act, event, condition, opinion, or diagnoses recorded to make the record or
to transmit information thereof to be included in such record; and the
record was made at or near the time or reasonably soon thereafter; and the
method of preparation was trustworthy.

The records attached thereto are original or exact duplicates of the original.

_____
AFFIANT/CUSTODIAN

SWORN TO AND SUBSCRIBED before me on the _____ 15 th _____ day
of *June* *2004* .

_____
NOTARY PUBLIC FOR THE STATE OF TEXAS

ISIDRO CEBALLOS
MY COMMISSION EXPIRES
October 3, 2005

P.O. BOX 676864
DALLAS TX 75267-6864                    004018867        DISCHARGE

                                          08/24/03

DELSON CANDELARIO              BROWNSVILLE MEDICAL CENTER
                               P.O. BOX 676864
BROWNSVILLE    TX 78521        DALLAS TX 75267-6864

DELSON CANDELARIO        M   62   08/15/03   08/21/03   6   40   1

| | | | | | |
|---|---|---|---|---|---|
| 08150815 2300002 | SEMI-PVT | 1372B | 1 | 900.00 | 900.00 |
| 08160816 2300002 | SEMI-PVT | 1372B | 1 | 900.00 | 900.00 |
| 08170817 2300002 | SEMI-PVT | 1372B | 1 | 900.00 | 900.00 |
| 08180818 2300002 | SEMI-PVT | 1372B | 1 | 900.00 | 900.00 |
| 08190819 2300002 | SEMI-PVT | 1372B | 1 | 900.00 | 900.00 |
| 08200820 2300002 | SEMI-PVT | 1372B | 1 | 900.00 | 900.00 |
| 08150814 4100111 80053 | COMPLETE METAB. | | 1 | 705.00 | 705.00 |
| 08150815 4100166 80048 | BASIC METABOLIC | | 1 | 481.00 | 481.00 |
| 08180816 4100166 80048 | BASIC METABOLIC | | 1 | 481.00 | 481.00 |
| 08180817 4100166 80048 | BASIC METABOLIC | | 1 | 481.00 | 481.00 |
| 08190818 4100166 80048 | BASIC METABOLIC | | 1 | 481.00 | 481.00 |
| 08200819 4100166 80048 | BASIC METABOLIC | | 1 | 481.00 | 481.00 |
| 08150814 4101001 81001 | URINALYSIS COMPL | | 1 | 171.00 | 171.00 |
| 08180816 4101001 81001 | URINALYSIS COMPL | | 1 | 171.00 | 171.00 |
| 08150814 4102150 82150 | AMYLASE | | 1 | 266.00 | 266.00 |
| 08180815 4102962 82962 | GLUC BLD,NPT DV | | 4 | 216.00 | 216.00 |
| 08180816 4102962 82962 | GLUC BLD,NPT DV | | 4 | 216.00 | 216.00 |
| 08210817 4102962 82962 | GLUC BLD,NPT DV | | 8 | 432.00 | 432.00 |
| 08210819 4102962 82962 | GLUC BLD,NPT DV | | 3 | 162.00 | 162.00 |
| 08210820 4102962 82962 | GLUC BLD,NPT DV | | 4 | 216.00 | 216.00 |
| 08180815 4102994 83036 | HEMOGLOBIN, GLYC | | 1 | 29.00 | 29.00 |
| 08150814 4103690 83690 | LIPASE | | 1 | 92.00 | 92.00 |
| 08150814 4105007 85007 | DIFF MANUAL * | | 2 | 100.00 | 100.00 |
| 08180815 4105007 85007 | DIFF MANUAL * | | 1 | 50.00 | 50.00 |
| 08150814 4105028 85025 | CBC/PLT/ AUTO DI | | 2 | 424.00 | 424.00 |
| 08180815 4105028 85025 | CBC/PLT/ AUTO DI | | 1 | 212.00 | 212.00 |
| 08180816 4105028 85025 | CBC/PLT/ AUTO DI | | 1 | 212.00 | 212.00 |
| 08190818 4105028 85025 | CBC/PLT/ AUTO DI | | 1 | 212.00 | 212.00 |
| 08200819 4105028 85025 | CBC/PLT/ AUTO DI | | 1 | 212.00 | 212.00 |
| 08210820 4107040 87040 | CULT BLD AER/AN | | 1 | 454.00 | 454.00 |
| 08190818 4107086 87086 | CULT,URIN CNT | | 1 | 250.00 | 250.00 |
| 08150815 4603000 93005 | EKG | | 1 | 377.00 | 377.00 |
| 08150815 4901020 71020 | CHEST, TWO VIEW | | 1 | 471.00 | 471.00 |
| 08180818 4904400 74400 | UROGRAM, IVP | | 1 | 1227.00 | 1227.00 |

0001

P.O. BOX 676864
DALLAS TX 75367-6864

004018967    DISCHARGE

08/24/03


DELROS CANDELARIO

BROWNSVILLE MEDICAL CENTER
P.O. BOX 676864
DALLAS TX 75367-6864

DELROS CANDELARIO        M   62  08/15/03   08/21/03   5   40   2

```
P.O. BOX 676864                    004018867      DISCHARGE
DALLAS TX 75267-6864
                                   08/24/03

DELEON CANDELARIO          BROWNSVILLE MEDICAL CENTER
```

```
    BROWNSVILLE    TX 78521      P.O. BOX 676864
                                 DALLAS TX 75267-6864

DELEON CANDELARIO      M  62  08/15/03   08/21/03   6    40    3
```

| | | | | | |
|---|---|---|---|---|---|
| 08200814 5321711 | | LEVOFLOX 500PMX | 1 | 504.00 | 504.00 |
| 08170815 5321711 | | LEVOFLOX 500PMX | 1 | 504.00 | 504.00 |
| 08170816 5321711 | | LEVOFLOX 500PMX | 1 | 504.00 | 504.00 |
| 08180817 5321711 | | LEVOFLOX 500PMX | 2 | 1008.00 | 1008.00 |
| 08190818 5322938 | | ONDANSETRON 2ML | 1 | 96.00 | 96.00 |
| 08200819 5322938 | | ONDANSETRON 2ML | 1 | 96.00- | 96.00- |
| 08220821 5323668 | | PREVNAR .5ML | 1 | 180.00 | 180.00 |
| 08180818 5324139 | 90799 | SOD CL BACT 30N | 1 | 33.00 | 33.00 |
| 08180816 5330116 | | ALBUTEROL 3ML + | 2 | 22.00 | 22.00 |
| 08180817 5330116 | | ALBUTEROL 3ML + | 4 | 44.00 | 44.00 |
| 08190818 5330116 | | ALBUTEROL 3ML + | 4 | 44.00 | 44.00 |
| 08200819 5330116 | | ALBUTEROL 3ML + | 4 | 44.00 | 44.00 |
| 08210820 5330116 | | ALBUTEROL 3ML + | 4 | 44.00 | 44.00 |
| 08220821 5330116 | | ALBUTEROL 3ML + | 3 | 33.00 | 33.00 |
| 08180816 5331231 | | ATROVENT .02% + | 2 | 22.00 | 22.00 |
| 08180817 5331231 | | ATROVENT .02% + | 4 | 44.00 | 44.00 |
| 08190818 5331231 | | ATROVENT .02% + | 4 | 44.00 | 44.00 |
| 08200819 5331231 | | ATROVENT .02% + | 4 | 44.00 | 44.00 |
| 08210820 5331231 | | ATROVENT .02% + | 4 | 44.00 | 44.00 |
| 08220821 5331231 | | ATROVENT .02% + | 3 | 33.00 | 33.00 |
| 08180817 5338162 | | BISACODYL 10MG + | 1 | 16.00 | 16.00 |
| 08190818 5338162 | | BISACODYL 10MG + | 1 | 16.00 | 16.00 |
| 08180818 5387250 | A4646 | IOPAMEL NT100 | 1 | 828.00 | 828.00 |
| 08200814 5412640 | X7700 | NACL .9 100ML | 1 | 180.00 | 180.00 |
| 08200814 5412670 | X7700 | NACL .9 1L | 1 | 195.00 | 195.00 |
| 08180814 5420005 | X7700 | PF IV SBC | 1 | 94.00 | 94.00 |
| 08190817 5420005 | X7700 | PF IV SBC | 1 | 94.00 | 94.00 |
| 08180814 5420093 | X7700 | PF IV ADM | 1 | 105.00 | 105.00 |
| 08180815 5420093 | X7700 | PF IV ADM | 1 | 105.00 | 105.00 |
| 08190817 5420093 | X7700 | PF IV ADM | 1 | 105.00 | 105.00 |
| 08220821 5420093 | X7700 | PF IV ADM | 1 | 105.00 | 105.00 |
| 08180814 5420118 | X7700 | RF IV START | 1 | 111.00 | 111.00 |
| 08190817 5420118 | X7700 | RF IV START | 1 | 111.00 | 111.00 |
| 08180814 5420123 | X7700 | CATH IV PLCMNT | 1 | 108.00 | 108.00 |

P.O. BOX 676864
DALLAS TX 75267-6864

004018867    DISCHARGE

08/24/03

 DELEON CANDELARIO                BROWNSVILLE MEDICAL CENTER
                                        P.O. BOX 676864
BROWNSVILLE    TX 78521    DALLAS TX 75267-6864

DELEON CANDELARIO        M   62  08/15/03   08/21/03   6   40    4

| | | | | | |
|---|---|---|---|---|---|
| 08180816 | 5800120 | 94664 | NED DEMO/EVAL | 1 | 130.00 | 130.00 |
| 08180816 | 5800122 | 94640 | NEB TREAT | 1 | 114.00 | 114.00 |
| 08180817 | 5800122 | 94640 | NEB TREAT | 4 | 456.00 | 456.00 |
| 08190818 | 5800122 | 94640 | NEB TREAT | 4 | 456.00 | 456.00 |
| 08200819 | 5800122 | 94640 | NEB TREAT | 4 | 456.00 | 456.00 |
| 08210820 | 5800122 | 94640 | NEB TREAT | 4 | 456.00 | 456.00 |
| 08220821 | 5800122 | 94640 | NEB TREAT | 3 | 342.00 | 342.00 |
| 08220821 | 5800702 | | OXYGEN HOURS | 16 | 864.00 | 864.00 |
| 08150815 | 5705200 | 97001GP | PT EVAL LED | 1 | 236.00 | 236.00 |
| 08150815 | 5705296 | 97110GP | THERAPTC EXER15 | 1 | 179.00 | 179.00 |
| 08170816 | 5705296 | 97110GP | THERAPTC EXER15 | 1 | 179.00 | 179.00 |
| 08170817 | 5705296 | 97110GP | THERAPTC EXER15 | 1 | 179.00 | 179.00 |
| 08180818 | 5705296 | 97110GP | THERAPTC EXER15 | 1 | 179.00 | 179.00 |
| 08190819 | 5705296 | 97110GP | THERAPTC EXER15 | 1 | 179.00 | 179.00 |
| 08200820 | 5705296 | 97110GP | THERAPTC EXER15 | 1 | 179.00 | 179.00 |
| 08150815 | 5705312 | 97530GP | THERPTC ACTE15 | 1 | 178.00 | 178.00 |
| 08170816 | 5705312 | 97530GP | THERPTC ACTE15 | 1 | 178.00 | 178.00 |
| 08180818 | 5705312 | 97530GP | THERPTC ACTE15 | 1 | 178.00 | 178.00 |
| 08190819 | 5705656 | 97116GP | GAIT/STR TRN 15 | 1 | 179.00 | 179.00 |
| 08200820 | 5705656 | 97116GP | GAIT/STR TRN 15 | 1 | 179.00 | 179.00 |
| 08150814 | 6100527 | 99285 | ER VISIT LVL V | 1 | 1091.00 | 1091.00 |
| 08190817 | 8031920 | | CSN SKIN PROTC | 4 | 224.00 | 224.00 |
| 08210820 | 8031920 | | CSN SKIN PROTC | 2 | 112.00 | 112.00 |
| 08190817 | 8032022 | | DIAP ADLT LG | 7 | 70.00 | 70.00 |
| 08190818 | 8032022 | | DIAP ADLT LG | 4 | 40.00 | 40.00 |
| 08200819 | 8032022 | | DIAP ADLT LG | 5 | 50.00 | 50.00 |
| 08210820 | 8032022 | | DIAP ADLT LG | 6 | 60.00 | 60.00 |
| 08180815 | 8032360 | | GRADUATE | 1 | 12.00 | 12.00 |
| 08190818 | 8032360 | | GRADUATE | 1 | 12.00 | 12.00 |
| 08180815 | 8032890 | | KT PT CR | 1 | 97.00 | 97.00 |
| 08180815 | 8033775 | | RAZOR DISP | 1 | 11.00 | 11.00 |
| 08190817 | 8035067 | | UNDRPD CHUX EA | 4 | 24.00 | 24.00 |
| 08210820 | 8035067 | | UNDRPD CHUX EA | 2 | 12.00 | 12.00 |
| 08200819 | 8035120 | | URINAL MALE | 2 | 18.00 | 18.00 |

P.O. BOX 676864
DALLAS TX 75267-6864           004018867      DISCHARGE

                                08/24/03

DELSON CANDELARIO          BROWNSVILLE MEDICAL CENTER
                           P.O. BOX 676864
BROWNSVILLE    TX 78521    DALLAS TX 75267-6864

DELSON CANDELARIO       M   62  08/15/03   08/31/03  6   40    5

| | | | | | |
|---|---|---|---|---|---|
| 08180816 8083155 | TRY CATH FOLY | 1 | 396.00 | 396.00 |
| 08190818 8083155 | TRY CATH FOLY | 1 | 396.00 | 396.00 |
| 08180816 8083175 | TRY CATH ST | 2 | 378.00 | 378.00 |
| 08190818 8083707 | TRY IRR W/STR | 1 | 189.00 | 189.00 |
| 08180816 8086403 | TRY URIN METER | 1 | 31.00 | 31.00 |
| 08200819 8162095 | INP GOWN AS * | 1 | 68.00 | 68.00 |
| 08180816 8206000 | NEB AERSOL | 1 | 106.00 | 106.00 |

                                    36795.00      36795.00

004018867   . DELSON CANDELARIO

            BROWNSVILLE MEDICAL CENTER
         IR88760354630           956-544-1401

0005

P.O. BOX 676864
DALLAS TX 75267-6864          004018867      DISCHARGE

                             08/24/03

DELEON CANDELARIO          BROWNSVILLE MEDICAL CENTER
                           P.O. BOX 676864
BROWNSVILLE    TX 78521    DALLAS TX 75267-6864

DELEON CANDELARIO      M   62  08/15/03   08/21/03  6   40   6

DRG#
320

PT EVAL/RE-EVAL              236.00
DIAGNOSTIC RADIOPHARM       828.00
PHARMACY                  1,664.00
SEMI PRIVATE ROOM         5,400.00
PHARMACY                    180.00
RADIOLOGY                 1,698.00
PHARMACY-INJECTIONS       3,824.00
LABORATORY                7,207.00
STERILE SUPPLIES          1,427.00
EKG                         377.00
CENTRAL SUPPLY            2,681.00
PHYSICAL THERAPY          1,966.00
INHALATION THERAPY        2,410.00
EMERGENCY ROOM            1,091.00
CT SCAN                   5,481.00
IV THERAPY                  375.00

                36,795.00

BROWNSVILLE MEDICAL CENTER                    IRS# 760354630
P.O. BOX 676877
FINAL   10/04/02        DALLAS TX
                        75267-6877                    956 544 1400    O/P    1

DELEON,CANDELARIO          ██████████  TO  ██████2544      9/30/02      9/30/02
                                                          9:05AM       11:59PM

                              14458    ██████2544    SIDIQ HOMAYON

CANDELARIO  DELEON
██████████████████        MEDICAID                ██████████      ████████ ···
BROWNSVILLE     TX   78521

09300230600159 CT CHEST W/O CME1M1021          1   2,354.00
09300230600167 CT CHEST W/CM  E1M1681          1   2,704.00

     ** TOTAL   IMAGING-CT SCAN                   ====   5,058.00

09300240184863 UREA NITROGEN BG641050          1     135.00
09300240181331 CREATININE SERUG182650          1     116.00

     ** TOTAL   LABORATORY-PRIMARY                ====    251.00

09300250190370 CONRAY-60 50ML        J34       2     290.00

     ** TOTAL   PHARMACY-INJECTABLES             ====    290.00

        SUB-TOTAL OF CHARGES                           5,599.00

                                                      5,599.00

0007

BROWNSVILLE MEDICAL CENTER                         IRS# 760354630
P.O. BOX 676877
DALLAS TX
75267-6877                                  956 544 1400    O/P    2

FINAL  10/04/02

DELEON,CANDELARIO          6206502    TO O       2544      9/30/02      9/30/02
                                                           9:05AM       11:59PM


                            14458         2544     SIDIQ HOMAYON

CANDELARIO  DELEON                  MEDICAID

BROWNSVILLE        TX  78521                                          41


        * * * DEPARTMENT SUMMARY * * *

        IMAGING-CT SCAN                    ====    5,058.00
        LABORATORY-PRIMARY                 ====      251.00
        PHARMACY-INJECTABLES               ====      290.00




                                                  5,599.00        0008

BROWNSVILLE MEDICAL CENTER                          IRS# 760354630
P.O. BOX 676877
FINAL   06/04/02     DALLAS TX
                     75267-6877                   956 544 1400    MED    1

DELEON, CANDELARIO          3389376   TO ████2544      5/29/02     6/01/02
                                                       6:29PM      3:17PM

                            14458   ████2544   SIDIQ HOMAYON

CANDELARIO DELEON
9██████████        MEDICAID   ███████████
BROWNSVILLE    TX  78521                        ████41


05300215000052 ER VISIT LEVEL        W00    1     841.00

        ** TOTAL   EMERGENCY ROOM                 ====     841.00

05290220100087 ART BL GAS ANALG061440       1     748.00
05290220102034 PHLEBOTOMY ARTE              1      62.00
05300220101143 OXYGEN EMERGENCJ200300       1     217.00

        ** TOTAL   RESPIRATORY THERAPY             ====   1,027.00

05290220200176 EKG 3 CHANNEL WQ505150       1     377.00
        TRF #009358889

        ** TOTAL   CARDIOLOGY                      ====     377.00

05290230100416 CHEST 2V        E1D1500      1     471.00
        TRF #009358889

        ** TOTAL   IMAGING-RADIOLOGY-DIAG          ====     471.00

05290240182982 MAGNESIUM       G388700      1     271.00
        DELEON, CANDELARI
05290240151359 PROFILE, BLOOD               1     212.00
        DELEON, CANDELARI
05290240189540 COMPREHENSIVE M              1     705.00
        DELEON, CANDELARI
05290240170441 URINALYSIS, COM              1     171.00
        DELEON, CANDELARI
05290240161077 URINE CULTURE W              1     250.00
        DELEON, CANDELARI
05290240160194 CULTURE URINE I              1     220.00
        DELEON, CANDELARI
05290240160483 SENSITIVITY TESG049850       1     235.00
        DELEON, CANDELARI

BROWNSVILLE MEDICAL CENTER          IRS# 760354630
P.O. BOX 676877
FINAL  06/04/02       DALLAS TX
75267-6877
956 544 1400    MED    2

DELEON, CANDELARIO          3389376    TO I███████2544      5/29/02      6/01/02
6:29PM       3:17PM

14458     ████2544     SIDIQ HOMAYON

CANDELARIO  DELEON
████████████████       MEDICAID            ███████████
BROWNSVILLE      TX 78521                              ██████41

| Code | Description | | Qty | Amount |
|------|-------------|---|-----|--------|
| 05300240151359 | PROFILE, BLOOD | | 1 | 212.00 |
| | DELEON, CANDELARI | | | |
| 05300240188153 | BASIC METABOLIC | | 1 | 481.00 |
| | DELEON, CANDELARI | | | |
| 05310240151359 | PROFILE, BLOOD | | 1 | 212.00 |
| | DELEON, CANDELARI | | | |
| 06010240151359 | PROFILE, BLOOD | | 1 | 212.00 |
| | DELEON, CANDELARI . | | | |
| | ** TOTAL  LABORATORY-PRIMARY | | ==== | 3,181.00 |
| 05300250000025 | TYLENOL 325MG | W00 | 6 | 30.00 |
| | CACETAMIN 325MG | | | |
| 05300250000199 | ACETAMINOPHEN S | W00 | 2 | 16.00 |
| | CACETAMINOPHEN | | | |
| 05300250063379 | ORUDIS 75MG | W00 | 4 | 64.00 |
| | CKETOPROFEN 75M | | | |
| 05300250018811 | PROTONIX 40MG T | | 2 | 34.00 |
| | CPANTOPRAZOLE 4 | | | |
| 05300250012384 | NEURONTIN 300MG | W00 | .2 | 32.00 |
| | CGABAPENTIN 300 | | | |
| 05300250012384 | NEURONTIN 300MG | W00 | ;8 | 128.00 |
| | CGABAPENTIN 300 | | | |
| 05300250001668 | FLEXERIL 10MG | W00 | 2 | 26.00 |
| | CCYCLOBENZAPRIN | | | |
| 05300250012475 | AVENTYL 25MG | W00 | 2 | 28.00 |
| | CNORTRIPTYLINE | | | |
| 05300250033380 | UROQID-ACID TAB | W00 | 16 | 128.00 |
| | CMETHEN MAND SO | | | |
| 05300250073196 | THERAGRAN-M | W00 | 2 | 16.00 |
| | CTHERAGRAN-M TA | | | |
| 05300250000025 | TYLENOL 325MG | W00 | 6 | 30.00 |
| | CACETAMIN 325MG | | | |
| 05300250063379 | ORUDIS 75MG | W00 | 4 | 64.00 |

0010

BROWNSVILLE MEDICAL CENTER          IRS# 760354630
P.O. BOX 676877
FINAL  06/04/02          DALLAS TX
75267-6877
                                        956 544 1400   MED   3

DELEON,CANDELARIO          3389376   TO I█████2544     5/29/02     6/01/02
                                               6:29PM      3:17PM


                          14458    █████2544   SIDIQ HOMAYON
CANDELARIO  DELEON
████████████████   MEDICAID              ██████████
BROWNSVILLE     TX  78521                            ██████41


|  |  |  |  |  |
|---|---|---|---|---|
| | CKETOPROFEN 75M | | | |
| 06010250018811 | PROTONIX 40MG T | | 2 | 34.00 |
| | CPANTOPRAZOLE 4 | | | |
| 06010250012384 | NEURONTIN 300MG | W00 | 1 | 16.00 |
| | CGABAPENTIN 300 | | | |
| 06010250012384 | NEURONTIN 300MG | W00 | 12 | 192.00 |
| | CGABAPENTIN 300 | | | |
| 06010250001668 | FLEXERIL 10MG | W00 | 6 | 78.00 |
| | CCYCLOBENZAPRIN | | | |
| 06010250012475 | AVENTYL 25MG | W00 | 3 | 42.00 |
| | CNORTRIPTYLINE | | | |
| 06010250033380 | UROQID-ACID TAB | W00 | 12 | 96.00 |
| | CMETHEN MAND SO | | | |
| 06010250073196 | THERAGRAM-M | W00 | 3 | 24.00 |
| | CTHERAGRAM-M TA | | | |
| 06010250000025 | TYLENOL 325MG | W00 | 4 | 20.00 |
| | CACETAMIN 325MG | | | |
| 06010250063379 | ORUDIS 75MG | W00 | 9 | 144.00 |
| | CKETOPROFEN 75M | | | |
| 06010250000199 | ACETAMINOPHEN S | W00 | .2- | 16.00- |
| 06010250018811 | PROTONIX 40MG T | | ,2- | 34.00- |
| 06010250012384 | NEURONTIN 300MG | W00 | 12- | 192.00- |
| 06010250001668 | FLEXERIL 10MG | W00 | 5- | 65.00- |
| 06010250012475 | AVENTYL 25MG | W00 | 3- | 42.00- |
| 06010250033380 | UROQID-ACID TAB | W00 | 19- | 152.00- |
| 06010250073196 | THERAGRAM-M | W00 | 2- | 16.00- |
| 06010250000025 | TYLENOL 325MG | W00 | 9- | 45.00- |
| 06010250063379 | ORUDIS 75MG | W00 | 10- | 160.00- |

       ** TOTAL   PHARMACY NON-INJECTABLES        ====   520.00

| 05300250172006 | SOD CHLORIDE 0. | J29 | 1 | 13.00 |
|---|---|---|---|---|
| 05300250133370 | ROCEPHIN 1GM | Z60 | 2 | 750.00 |
| | CCEFTRIAXOME 1G | | | |

0011

BROWNSVILLE MEDICAL CENTER          IRS# 760354630
P.O. BOX 676877
FINAL  06/04/02          DALLAS TX
75267-6877                          956 544 1400    MED    4

DELEON,CANDELARIO          3389376    TO I ████2544    5/29/02    6/01/02
                                                      6:29PM     3:17PM

                          14458    ████2544    SIDIQ HOMAYON

CANDELARIO  DELEON
████████████          MEDICAID          ████████
BROWNSVILLE    TX 78521                        ████41

| | | | | | |
|---|---|---|---|---|---|
| 05300250133370 | ROCEPHIN 1GM | | Z60 | 2 | 750.00 |
| 05300250173228 | HUMAN R 100 U/M | | | 1 | 46.00 |
| | CINSULIN HUMAN | | | | |
| 06010250133370 | ROCEPHIN 1GM | | Z60 | 1 | 375.00 |
| | CCEFTRIAXONE 1G | | | | |
| 06010250172006 | SOD CHLORIDE 0. | | J29 | 1 | 13.00 |
| | CSOD CL 0.9% 10 | | | | |
| 06010250133370 | ROCEPHIN ,1GM | | Z60 | 1- | 375.00- |
| 06010250172006 | SOD CHLORIDE 0. | | J29 | 1 | 13.00 |

       ** TOTAL  PHARMACY-INJECTABLES                ====    1,585.00

| | | | | | |
|---|---|---|---|---|---|
| 05300250293406 | IV ADMIXTURE | | | 2 | 54.00 |
| | CIV ADMIXTURE F | | | | |
| 05300250270685 | D5W 50ML | | Y71 | 2 | 290.00 |
| | CIV D5W VIAFLEX | | | | |
| 05300250271295 | NS 1000ML | | Y71 | 1 | 157.00 |
| 05300250290956 | SET EXTENSION W | | Y71 | 1 | 71.00 |
| 05300250291046 | SET, IV START K | | Y71 | 1 | 90.00 |
| 05300250292895 | SET PRIM 20 UNI | | Y71 | 1 | 84.00 |
| 06010250271295 | NS 1000ML | | Y71 | 2 | 314.00 |
| | CIV NS 1000ML | | | | |
| 06010250293406 | IV ADMIXTURE | | | 1 | 27.00 |
| | CIV ADMIXTURE F | | | | |
| 06010250270685 | D5W 50ML | | Y71 | 1 | 145.00 |
| | CIV D5W VIAFLEX | | | | |
| 06010250291046 | SET, IV START K | | Y71 | 1 | 90.00 |
| | CIV SET STARTER | | | | |
| 06010250292887 | SEC SET 20 UNIV | | Y71 | 1 | 75.00 |
| | CIVAC SEC SET 7 | | | | |
| 06010250293257 | IV SET EXTEN Y- | | Y71 | 1 | 74.00 |
| | CCLAVE Y-TYPE S | | | | |
| 06010250271295 | NS 1000ML | | Y71 | 1 | 157.00 |
| 06010250293406 | IV ADMIXTURE | | | 1- | 27.00- |

BROWNSVILLE MEDICAL CENTER                    IRS# 760354630
P.O. BOX 676877
FINAL  06/04/02    DALLAS TX
75267-6877                        956 544 1400    MED    5

DELEON,CANDELARIO          3389376    TO I ████2544    5/29/02    6/01/02
                                                    6:29PM     3:17PM

                    14458    ████2544    SIDIQ HOMAYON

CANDELARIO  DELEON
████████████              MEDICAID        ██████████
BROWNSVILLE    TX 78521                        ████41


06010250270685 D5W 50ML            Y71    1-    145.00-
06010250292028 IV CATH INTRACA     Y71    1     79.00

    ** TOTAL   IV & IRRIGATING SOLUTION         ====   1,535.00

05300250340082 PROCESSING IUPB            2     N/C
               C<PROCESSING IV
06010250340082 PROCESSING IUPB            1     N/C
               C<PROCESSING IV
06010250340082 PROCESSING IUPB            1-    N/C

    ** TOTAL   PHARMACY CLINICAL SERV            ====       .00

05290262020490 KIT, PATIENT CA     A91    1     84.00
05290262019088 DIST WATER DRIN     A91    1     16.00
05290262012505 GRADUATE, DISP 101190 Y71  1     10.00
05290262001391 COLLECTOR, SPEC     Y71    1     22.00
05290262011135 PACK, GOWN DISP101190 Y71  1     59.00
05290262003033 DIAPER ADULT LA            1      8.00
05290262018940 UNDERPAD DISP E            1      5.00
05290262018940 UNDERPAD DISP E            1      5.00
05290262011135 PACK, GOWN DISP101190 Y71  1     59.00
05290262003033 DIAPER ADULT LA            1      8.00
05290262019898 SYSTEM,BATHING-           1      6.00
05290262011028 CANNULA, NASAL      A46    1     72.00
05290262019088 DIST WATER DRIN     A91    1     16.00
05290262012901 CONTAINER, SPEC101190 Y71 1     19.00
05290262019088 DIST WATER DRIN     A91    1     16.00
05290262013032 CUFF, BLOOD PRE     A46    1     91.00
05290262019088 DIST WATER DRIN     A91    1     16.00
05290262031380 RENT, MONITOR E101190 Y71  1    311.00
05290262030101 RENT, CARDIAC OHB44100Y71  1    453.00
05290262031182 IV INFUSION PUMPF26070W86  1    266.00
05290262040217 INFUSION PUMP I101190 Y71  1    489.00


0013

BROWNSVILLE MEDICAL CENTER          IRS# 760354630
P.O. BOX 676877
FINAL   06/04/02    DALLAS TX
75267-6877                          956 544 1400    MED    6

DELEON, CANDELARIO          3389376   TO I        2544     5/29/02    6/01/02
                                                           6:29PM     3:17PM

                              14458           2544    SIDIQ HOMAYON

CANDELARIO  DELEON
                         MEDICAID                5
BROWNSVILLE    TX 78521                                          41


| | | | | | |
|---|---|---|---|---|---|
| 05290262017355 | SHAMPOO | 101190 | A91 | 1 | 13.00 |
| 05290262002613 | POWDER, BODY | | A91 | 1 | 7.00 |
| 05300262040217 | INFUSION PUMP I101190 | | Y71 | 1 | 489.00 |
| 05300262031182 | IV INFUSION PUMP F26070W86 | | | 1 | 266.00 |
| 05300262003033 | DIAPER ADULT LA | | | 1 | 8.00 |
| 05300262003033 | DIAPER ADULT LA | | | 1 | 8.00 |
| 05300262018940 | UNDERPAD DISP E | | | 1 | 5.00 |
| 05300262019898 | SYSTEM, BATHING- | | | 1 | 6.00 |
| 05300262018940 | UNDERPAD DISP E | | | 1 | 5.00 |
| 05300262003033 | DIAPER ADULT LA | | | 1 | 8.00 |
| 05300262003033 | DIAPER ADULT LA | | | 1 | 8.00 |
| 05300262003033 | DIAPER ADULT LA | | | 1 | 8.00 |
| 05300262003033 | DIAPER ADULT LA | | | 1 | 8.00 |
| 05300262003033 | DIAPER ADULT LA | | | 1 | 8.00 |
| 05300262003033 | DIAPER ADULT LA | | | 1 | 8.00 |
| 05300262013016 | CREAM, PROTECTI | | Y71 | 1 | 48.00 |
| 05300262003033 | DIAPER ADULT LA | | | 1 | 8.00 |
| 05300262003033 | DIAPER ADULT LA | | | 1 | 8.00 |
| 05300262003033 | DIAPER ADULT LA | | | 1 | 8.00 |
| 05300262003033 | DIAPER ADULT LA | | | 1 | 8.00 |
| 05300262018940 | UNDERPAD DISP E | | | 1 | 5.00 |
| 05300262018940 | UNDERPAD DISP E | | | 1 | 5.00 |
| 05300262018940 | UNDERPAD DISP E | | | 1 | 5.00 |
| 05300262018940 | UNDERPAD DISP E | | | 1 | 5.00 |
| 05300262018940 | UNDERPAD DISP E | | | 1 | 5.00 |
| 05300262003033 | DIAPER ADULT LA | | | 1 | 8.00 |
| 05300262003033 | DIAPER ADULT LA | | | 1 | 8.00 |
| 05310262003033 | DIAPER ADULT LA | | | 1 | 8.00 |
| 05310262003033 | DIAPER ADULT LA | | | 1 | 8.00 |
| 05310262003033 | DIAPER ADULT LA | | | 1 | 8.00 |
| 05310262003033 | DIAPER ADULT LA | | | 1 | 8.00 |
| 05310262002548 | SOAP, BABY BATH | | A91 | 1 | 39.00 |
| 05310262003033 | DIAPER ADULT LA | | | 1 | 8.00 |
| 05310262019088 | DIST WATER DRIN | | A91 | 1 | 16.00 |

0014

BROWNSVILLE MEDICAL CENTER          IRS# 760354630
P.O. BOX 676877
**FINAL**  06/04/02        DALLAS TX
75267-6877                    956 544 1400   **MED**    7

**DELEON,CANDELARIO**        3389376    TO I     2544        5/29/02      6/01/02
                                                            6:29PM       3:17PM

                             14458        2544      SIDIQ HOMAYON

CANDELARIO  DELEON
                             MEDICAID
BROWNSVILLE      TX  78521

| | | | |
|---|---|---|---|
| 05310262012505 GRADUATE, DISP 101190 Y71 | 1 | 10.00 | |
| 05310262031182 IV INFUSION PUMHF26070W86 | 1 | 266.00 | |
| 06010262031182 IV INFUSION PUMHF26070W86 | 1 | 266.00 | |
| 06010262031182 IV INFUSION PUMHF26070W86 | 1 | 266.00 | |
| 06010262017199 RAZOR, DISPOSABHH84305Y71 | 1 | 9.00 | |
| | | | |
| ** TOTAL  CENTRAL STORES/EQUIP | | ==== | 3,919.00 |
| 05290265121238 SALE CAP/COLLAR | 1 | 14.00 | |
| 05290265121238 SALE CAP/COLLAR | 1 | 14.00 | |
| 05300265121238 SALE CAP/COLLAR | 1 | 14.00 | |
| 05300265121238 SALE CAP/COLLAR | 1 | 14.00 | |
| 05300265121238 SALE CAP/COLLAR | 1 | 14.00 | |
| 05300265121238 SALE CAP/COLLAR | 1 | 14.00 | |
| 05300265121238 SALE CAP/COLLAR | 1 | 14.00 | |
| | | | |
| ** TOTAL  DURABLE MEDICAL EQ | | ==== | 98.00 |
| 05290299138802 ROOM & BOARD | 1 | 672.00 | |
| 05300299138802 ROOM & BOARD | 1 | 672.00 | |
| 05310299138802 ROOM & BOARD | 1 | 672.00 | |
| | | | |
| ** TOTAL ROOM AND BOARD | | ==== | 2,016.00 |
| | | | |
| SUB-TOTAL OF CHARGES | | | 15,570.00 |

                                    15,570.00

0015

BROWNSVILLE MEDICAL CENTER                    IRS# 760354630
P.O. BOX 676877
FINAL  06/04/02         DALLAS TX
75267-6877                          956 544 1400    MED    8

DELEON,CANDELARIO          3389376   TO I ████2544      5/29/02      6/01/02
                                                       6:29PM       3:17PM

                        14458    ████2544     SIDIQ HOMAYON
CANDELARIO  DELEON
██████████            MEDICAID         ██████████
BROWNSVILLE    TX 78521                         █████████41


          * * * DEPARTMENT SUMMARY * * *

        EMERGENCY ROOM                  ====      841.00
        RESPIRATORY THERAPY             ====    1,027.00
        CARDIOLOGY                      ====      377.00
        IMAGING-RADIOLOGY-DIAG          ====      471.00
        LABORATORY-PRIMARY              ====    3,181.00
        PHARMACY NON-INJECTABLES        ====      520.00
        PHARMACY-INJECTABLES            ====    1,585.00
        IV & IRRIGATING SOLUTION        ====    1,535.00
        CENTRAL STORES/EQUIP            ====    3,919.00
        DURABLE MEDICAL EQ              ====       98.00
          3 DAYS MED/PVT                ====    2,016.00



                                               15,570.00

                                                              0016

WNSVILLE MEDICAL CENTER          IRS# 760354630
P.O. BOX 676877
DALLAS TX
75267-6877                              956 544 1400    O/P    1

FINAL   08/21/01

DELEON,CANDELARIO          5685842    TO C████2544        8/17/01        8/17/01
                                                          1:37PM         11:59PM

                          14458    ████2544    NUCHOVICH DORON

CANDELARIO   DELEON
████████████████    MEDICAID          5████████
BROWNSVILLE     TX 78521                        ████/41


08170130600167 CT CHEST W/CM  E1M1681      1    2,372.00

     ** TOTAL   IMAGING-CT SCAN                ====    2,372.00

08170150192558 ISOVUE 300MG/ML             1     339.00
08170150192699 ISOVUE-300 100M             1     585.00

     ** TOTAL   PHARMACY-INJECTABLES           ====     924.00

08170150291921 IV CATH BUTTERF     Y71     1      63.00

     ** TOTAL   IV & IRRIGATING SOLUTION        ====      63.00


     SUB-TOTAL OF CHARGES                              3,359.00


     * * * DEPARTMENT SUMMARY * * *

     IMAGING-CT SCAN                          ====    2,372.00
     PHARMACY-INJECTABLES                     ====     924.00
     IV & IRRIGATING SOLUTION                 ====      63.00




                                              3,359.00

                                                        0017

BRO___VILLE MEDICAL CENTER                    ___RS# 760354630
P.O. BOX 676877
FINAL   06/04/01          DALLAS TX
75267-6877                           956 544 1400    HBO    1

DELEON,CANDELARIO         5589126    TO 2 ___2544      5/02/01      5/31/01
                                                      9:45AM       11:59PM

                          14458    ___2544    AYALA JOSELUIS

CANDELARIO  DELEON
_____        MEDICAID      _____
BROWNSVILLE    TX 78521                        ___/41

| | | | | |
|---|---|---|---|---|
| 05020128030286 | HBO DEBRID SKIN | | 1 | 380.00 |
| 05020128030336 | HBO OP VISIT ESZ9100 | Z91 | 1 | 204.00 |
| 05040128030328 | HBO OP VISIT ESZ9100 | Z91 | 1 | 164.00 |
| 05070128030336 | HBO OP VISIT ESZ9100 | Z91 | 1 | 204.00 |
| 05140128030328 | HBO OP VISIT ESZ9100 | Z91 | 1 | 164.00 |
| 05210128030328 | HBO OP VISIT ESZ9100 | Z91 | 1 | 164.00 |
| 05290128030328 | HBO OP VISIT ESZ9100 | Z91 | 1 | 164.00 |
| | ** TOTAL  OTHER DIAG/THERA SERVICE | | ==== | 1,444.00 |
| | | | | |
| 05160150044155 | ACCUZYME 30MG | | 1 | 360.00 |
| 05290150044155 | ACCUZYME 30MG | | 1 | 360.00 |
| N | CPAPAIN/UREA 30 | | | |
| | ** TOTAL  PHARMACY NON-INJECTABLES | | ==== | 720.00 |
| | | | | |
| 05020162013016 | CREAM, PROTECTI | Y71 | 1 | 42.00 |
| 05020162013586 | DRESSING, 4 X 4 | Y71 | 1 | 47.00 |
| 05020162013826 | DRESSING, KERLIHT23600 | Y71 | 1 | 50.00 |
| 05020162017280 | DISP, SCALPEL  101190 | Y71 | 1 | 21.00 |
| 05020162018940 | UNDERPAD DISP E | | 1 | 4.00 |
| 05020162019641 | BARRIER, FILM S | Y71 | 1 | 34.00 |
| 05040162013586 | DRESSING, 4 X 4 | Y71 | 1 | 47.00 |
| 05040162013826 | DRESSING, KERLIHT23600 | Y71 | 1 | 50.00 |
| 05040162018940 | UNDERPAD DISP E | | 1 | 4.00 |
| 05070162013826 | DRESSING, KERLIHT23600 | Y71 | 1 | 50.00 |
| 05070162018940 | UNDERPAD DISP E | | 1 | 4.00 |
| 05210162018940 | UNDERPAD DISP E | | 2 | 8.00 |
| 05290162013826 | DRESSING, KERLIHT23600 | Y71 | 1 | 50.00 |
| 05290162018940 | UNDERPAD DISP E | | 3 | 12.00 |
| | ** TOTAL  CENTRAL STORES/EQUIP | | ==== | 423.00 |

BROWNSVILLE MEDICAL CENTER                    IRS# 760354630
P.O. BOX 676877
FINAL  06/04/01              DALLAS TX
                            75267-6877            956 544 1400    HBO    2

DELEON,CANDELARIO           5589126    TO 2 ████2544    5/02/01    5/31/01
                                                       9:45AM    11:59PM

                            14458    ████2544    AYALA JOSELUIS

CANDELARIO  DELEON
████████████                MEDICAID          █████████
BROWNSVILLE    TX  78521                          ████/41


        SUB-TOTAL OF CHARGES                        2,587.00
        * * * DEPARTMENT SUMMARY * * *

        OTHER DIAG/THERA SERVICE         ====    1,444.00
        PHARMACY NON-INJECTABLES         ====      720.00
        CENTRAL STORES/EQUIP             ====      423.00




                                        2,587.00



                                                        0019

BROWNSVILLE MEDICAL CENTER          IRS# 760354630
P.O. BOX 676877
FINAL   07/04/01   DALLAS TX
75267-6877                          956 544 1400    HBO    1

DELEON,CANDELARIO          5614422   TO 2      2544      6/01/01      6/30/01
                                                        11:18AM      11:59PM

                          14458          2544    AYALA JOSELUIS

CANDELARIO  DELEON
                      MEDICAID
BROWNSVILLE      TX 78521                                        41


06120128030328 HBO OP VISIT ESZ9100   Z91    1     164.00                .00
06260128030328 HBO OP VISIT ESZ9100   Z91    1     164.00                .00

       ** TOTAL  OTHER DIAG/THERA SERVICE        ====    328.00          .00

06120162013586 DRESSING, 4 X 4        Y71    1      47.00                .00
06120162018940 UNDERPAD DISP E               1       4.00                .00
06260162018940 UNDERPAD DISP E               1       4.00                .00

       ** TOTAL  CENTRAL STORES/EQUIP             ====     55.00         .00


       SUB-TOTAL OF CHARGES                              383.00          .00


       * * * DEPARTMENT SUMMARY * * *

       OTHER DIAG/THERA SERVICE                  ====    328.00          .00
       CENTRAL STORES/EQUIP                      ====     55.00          .00


                                                        383.00          .00


0020