BROWNSVILLE MEDICAL CENTER                    IRS# 760354630
P.O. BOX 676877
FINAL  08/04/01       DALLAS TX
                      75267-6877                    956 544 1400   HBO    1

DELEON,CANDELARIO            5636132   TO ____2544      7/01/01      7/31/01
                                                       3:41PM      11:59PM

                      14458   ____2544   AYALA JOSELUIS

CANDELARIO  DELEON
_____          MEDICAID               _____
BROWNSVILLE    TX 78521                            ____41


07100128030328 HBO OP VISIT ESZ9100  Z91    1    164.00              .00

       ** TOTAL  OTHER DIAG/THERA SERVICE         ====   164.00     .00

07100162018940 UNDERPAD DISP E              1     4.00              .00

       ** TOTAL  CENTRAL STORES/EQUIP             ====     4.00     .00


       SUB-TOTAL OF CHARGES                              168.00     .00


       * * * DEPARTMENT SUMMARY * * *

       OTHER DIAG/THERA SERVICE                  ====   164.00     .00
       CENTRAL STORES/EQUIP                      ====     4.00     .00




                                                 168.00     .00


                                                                *0021*

BROWNSVILLE MEDICAL CENTER                    IRS# 76035467
P.O. BOX 6 7
FINAL  09/01/00            DALLAS TX
                           75267-6877          956 544 1400    BCC    1

DE LEON, CANDELARIO          8801657    PT        2544    8/28/00    8/28/00
                                                          3:15PM     11:59PM

                             14458            2544    HUSSAIN KHADIM

CANDELARIO  DE LEON
                        MEDICAID
BROWNSVILLE       TX 78521                                        1

08280015000052 ER VISIT LEVEL           1      671.00

     ** TOTAL  EMERGENCY ROOM                  ====      671.00

08280020200176 EKG 3 CHANNEL WQ505150   1      301.00

     ** TOTAL  CARDIOLOGY                      ====      301.00

08280030100416 CHEST 2V      E1D1500     1      375.00

     ** TOTAL  IMAGING-RADIOLOGY-DIAG          ====      375.00

08280030410294 EXTREM VEINS DU          1    1,173.00

     ** TOTAL  IMAGING-ULTRASOUND              ====    1,173.00

08280040161077 URINE CULTURE W          1      199.00
08280040160194 CULTURE URINE I          1      175.00
08280040160483 SENSITIVITY TRSG049850   1      187.00
08280040150674 PROTHROMBIN TIM2495850   1      142.00
08280040150914 THROMBOPLASTIN G443850   1      200.00
08280040151359 PROFILE, BLOOD           1      169.00
08280040189540 COMPREHENSIVE M          1      562.00
08280040184715 TRANSAMINASE SGG625250   1      212.00
08280040182826 LDH LACTATE DEHG359850   1      255.00
08280040181281 CREATINE KINASBG181250   1      267.00
08280040182461 TROPONIN                 1      242.00
08280040181307 CREATINE KINASBG181700   1      393.00
08280040170441 URINALYSIS,COMP          1      136.00

     ** TOTAL  LABORATORY-PRIMARY             ====    3,139.00

08280062054044 CATH, FOLEY 5CCHD90600A43 1     157.00
08280062022074 TRAY CATH W/FOLHD93208A43 1     275.00

BROWNSVILLE MEDICAL CENTER                    IRS# 760354630
P.O. BOX 6877
FINAL   09/01/00            DALLAS TX
75267-6877                        956 544 1400    RCC    2

DE LEON,CANDELARIO          8801657    PT        2544       8/28/00      8/28/00
3:15PM      11:59PM

14458        2544       HUSSAIN KHADIM

CANDELARIO   DE LEON
MEDICAID
BROWNSVILLE    TX  78521                                            741


** TOTAL  CENTRAL STORES/EQUIP                ====     432.00


SUB-TOTAL OF CHARGES                                  6,091.00
* * * DEPARTMENT SUMMARY * * *

EMERGENCY ROOM                          ====     671.00
CARDIOLOGY                              ====     301.00
IMAGING-RADIOLOGY-DIAG                   ====     375.00
IMAGING-ULTRASOUND                       ====   1,173.00
LABORATORY-PRIMARY                       ====   3,139.00
CENTRAL STORES/EQUIP                     ====     432.00


6,091.00


0023

BROWNSVILLE MEDICAL CENTER                    IRS# 760354630
P.O. BOX 67
FINAL  06/04/00        DALLAS TX
75267-6877                    956 544 1400    HBO    1

DE LEON,CANDELARIO        6043763    TO ▮▮▮2544    5/01/00    5/31/00
10:33AM    11:59PM

20234  ▮▮2544    AYALA JOSELUIS

CANDELARIO  DE LEON
▮▮▮▮▮▮▮        MEDICAID
BROWNSVILLE    TX  78521        ▮▮▮▮▮▮    ▮41

| | | | | |
|---|---|---|---|---|
| 05020028030310 HBO OP VISIT BSX9100 | X91 | 1 | 110.00 | |
| 05050028030310 HBO OP VISIT BSX9100 | X91 | 1 | 110.00 | |
| 05080028030310 HBO OP VISIT BSX9100 | X91 | 1 | 110.00 | |
| 05120028030302 HBO OP VISIT BSX9100 | X91 | 1 | 62.00 | |
| ** TOTAL  OTHER DIAG/THERA SERVICE | | ==== | 392.00 | |
| 05020062008214 DRESSING,HYDROP | | 1 | 14.00 | |
| 05020062010574 BANDAGE, ELASTINT02300 | Y71 | 1 | 10.00 | |
| 05050062008214 DRESSING,HYDROP | | 1 | 14.00 | |
| 05080062008214 DRESSING,HYDROP | | 1 | 14.00 | |
| 05080062013586 DRESSING, 4 X 4 | Y71 | 1 | 39.00 | |
| 05080062013594 DRESSING, ADAPTES14500 | Y71 | 1 | 28.00 | |
| 05080062018940 UNDERPAD DISP E | | 1 | 3.00 | |
| 05120062013586 DRESSING, 4 X 4 | Y71 | 1 | 39.00 | |
| 05120062018940 UNDERPAD DISP E | | 2. | 6.00 | |
| ** TOTAL  CENTRAL STORES/EQUIP | | ==== | 167.00 | |
| SUB-TOTAL OF CHARGES | | | 559.00 | |

559.00

0024

FINAL 06/04/00          P.O. BOX 67███7
                        DALLAS TX
                        75267-6877                    956 544 1400      HMO    2

DE LEON,CANDELARIO          6043763      TO 2 ████2544      5/01/00      5/31/00
                                                           10:33AM      11:59PM

                              20234    ████2544    AYALA JOSELUIS

CANDELARIO  DE LEON
                             MEDICAID                511972653
BROWNSVILLE    TX   78521                          ████41


        * * * DEPARTMENT SUMMARY * * *

        OTHER DIAG/THERA SERVICE          ====    392.00
        CENTRAL STORES/EQUIP              ====    167.00




                                                   559.00

BROWNSVILLE MEDICAL CENTER                    IRS# 76035463
P.O. BOX 6877
DALLAS TX
75267-6877                      956 544 1400    HBO    1

FINAL  05/04/00

DE LEON,CANDELARIO        6022669    TO 2        2544    4/01/00    4/30/00
                                                        9:44AM    11:59PM

                            99831        2544    VENEGAS LUIS R

CANDELARIO  DE LEON              MEDICAID
BROWNSVILLE      TX  78521                                    41

| | | | |
|---|---|---|---|
| 04030028030310 HBO OP VISIT HSR9100 | H91 | 1 | 110.00 |
| 04040028030310 HBO OP VISIT HSR9100 | H91 | 1 | 110.00 |
| 04060028030310 HBO OP VISIT HSR9100 | H91 | 1 | 110.00 |
| 04110028030310 HBO OP VISIT HSR9100 | H91 | 1 | 110.00 |
| 04140028030310 HBO OP VISIT HSR9100 | H91 | 1 | 110.00 |
| 04180028030310 HBO OP VISIT HSR9100 | H91 | 1 | 110.00 |
| 04200028030310 HBO OP VISIT HSR9100 | H91 | 1 | 110.00 |
| 04240028030328 HBO OP VISIT HSR9100 | H91 | 1 | 136.00 |
| 04270028030328 HBO OP VISIT HSR9100 | H91 | 1 | 136.00 |

        ** TOTAL  OTHER DIAG/THERA SERVICE              ====    1,042.00

| | | | |
|---|---|---|---|
| 04030062010574 BANDAGE, ELASTINT02300Y71 | | 1 | 10.00 |
| 04030062013867 DRESSING, 2 X 2 | Y71 | 2 | 70.00 |
| 04030062014311 DRESSING, XEROFHU21200Y71 | | 1 | 35.00 |
| 04030062018940 UNDERPAD DISP E | | 1 | 3.00 |
| 04030062019641 BARRIER, FILM S | Y71 | 1 | 28.00 |
| 04040062008214 DRESSING,HYDROP | | 1 | 14.00 |
| 04040062013016 CREAM, PROTECTI | Y71 | 1 | 35.00 |
| 04040062013594 DRESSING, ADAPTHS14500Y71 | | 1 | 28.00 |
| 04060062008214 DRESSING,HYDROP | | 1 | 14.00 |
| 04060062013586 DRESSING, 4 X 4 | Y71 | 1 | 39.00 |
| 04060062013867 DRESSING, 2 X 2 | Y71 | 1 | 35.00 |
| 04060062018940 UNDERPAD DISP E | | 1 | 3.00 |
| 04110062013016 CREAM, PROTECTI | Y71 | 1 | 35.00 |
| 04110062013586 DRESSING, 4 X 4 | Y71 | 1 | 39.00 |
| 04140062008214 DRESSING,HYDROP | | 1 | 14.00 |
| 04140062013586 DRESSING, 4 X 4 | Y71 | 1 | 39.00 |
| 04140062013594 DRESSING, ADAPTHS14500Y71 | | 1 | 28.00 |
| 04140062018940 UNDERPAD DISP E | | 2 | 6.00 |
| 04180062008214 DRESSING,HYDROP | | 1 | 14.00 |
| 04180062013016 CREAM, PROTECTI | Y71 | 2 | 70.00 |
| 04180062013594 DRESSING, ADAPTHS14500Y71 | | 1 | 28.00 |
| 04180062018940 UNDERPAD DISP E | | 1 | 3.00 |

```
                         BROWNSVILLE ▮EDICAL CENTER          IRS# 76035463▮
                         P.O. BOX 6▮▮77
FINAL   05/04/00         DALLAS TX
                         75267-6877                    956 544 1400    HMO    2

  DE LEON,CANDELARIO         6022669    TO ▮▮▮▮▮2544     4/01/00    4/30/00
                                                        9:44AM     11:59PM

                             99831   ▮▮▮▮2544     VENEGAS LUIS R

 CANDELARIO   DE LEON
 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮      MEDICAID              ▮▮▮▮▮▮▮▮
 BROWNSVILLE    TX 78521                          ▮▮▮▮41


04200062008214 DRESSING,HYDROP           1     14.00
04200062013586 DRESSING, 4 X 4     Y71   1     39.00
04240062008214 DRESSING,HYDROP           2     28.00
04240062018940 UNDERPAD DISP E           1      3.00
04270062008214 DRESSING,HYDROP           2     28.00
04270062018940 UNDERPAD DISP E           1      3.00


    ** TOTAL   CENTRAL STORES/EQUIP       ====    705.00


    SUB-TOTAL OF CHARGES                          1,747.00
    * * * DEPARTMENT SUMMARY * * *

    OTHER DIAG/THERA SERVICE              ====    1,042.00
    CENTRAL STORES/EQUIP                  ====      705.00




                                   1,747.00
```

```
                        BROWNSVILLE MEDICAL CENTER          IRS# 7603546
                        P.O. BOX    77
FINAL  04/04/00         DALLAS TX
                        75267-6877
                                              956 544 1400   BMO   1

DE LEON,CANDELARIO           4980549          2544    3/01/00    3/31/00
                                                      12:19PM    11:59PM

                        97384         544    VENEGAS LUIS R
CANDELARIO  DE LEON
                            MEDICAID
BROWNSVILLE      TX  78521                                        41
```

```
03140028030302 BMO OP VISIT BSB9100  B91     1      62.00
03210028030302 BMO OP VISIT BSB9100  B91     1      62.00

     ** TOTAL  OTHER DIAG/THERA SERVICE         ====   124.00

03140062013586 DRESSING, 4 X 4       Y71     1      39.00
03140062018940 UNDERPAD DISP E               1       3.00

     ** TOTAL  CENTRAL STORES/EQUIP             ====    42.00


     SUB-TOTAL OF CHARGES                             166.00


     * * * DEPARTMENT SUMMARY * * *

     OTHER DIAG/THERA SERVICE                 ====   124.00
     CENTRAL STORES/EQUIP                     ====    42.00
```

```
                                                      166.00
```

BROWN___ ___ MEDICAL CENTER
P.O. BOX 6_7_77
DALLAS TX
75267-6877

FINAL  03/04/00

956 544 1400    KBO    1

DE LEON,CANDELARIO          TO 2 ____2544    2/01/00    2/29/00
                                            3:38PM     11:59PM

                    95694    ____2544    VENEGAS LUIS R

CANDELARIO  DE LEON
_____         MEDICAID         _____
BROWNSVILLE    TX 78521         .         _____    ____41


02080028030310 KBO OP VISIT KBK9100   Z91    1    96.00
02080028030310 KBO OP VISIT KBK9100   Z91    1    96.00
02220028030328 KBO OP VISIT KBK9100   Z91    1    118.00
02290028030328 KBO OP VISIT KBK9100   Z91    1    118.00

    ** TOTAL   OTHER DIAG/THERA SERVICE         ====    428.00

02080062018940 UNDERPAD DISP E              1    2.00
02080062018940 UNDERPAD DISP E              1    2.00
02220062013586 DRESSING, 4 X 4        Y71    1    34.00
02220062013826 DRESSING, KERLIX23600Y71     1    36.00
02220062013867 DRESSING, 2 X 2        Y71    1    30.00
02220062018940 UNDERPAD DISP E              1    2.00

    ** TOTAL   CENTRAL STORES/EQUIP          ====    106.00


    SUB-TOTAL OF CHARGES                        534.00








                                        534.00

BROWNSVILLE MEDICAL CENTER                    IRS# 760354631
P.O. BOX 676877
FINAL   03/04/00    DALLAS TX
75267-6877
                                              956 544 1400    NBO    2

DE LEON, CANDELARIO              TO 2           2/01/00      2/29/00
                                               3:38PM       11:59PM

                        95694              VENEGAS LUIS R
CANDELARIO   DE LEON
                        MEDICAID
BROWNSVILLE    TX  78521                                    41


        * * * DEPARTMENT SUMMARY * * *

        OTHER DIAG/THERA SERVICE           ====    428.00
        CENTRAL STORES/EQUIP               ====    106.00




                                           534.00

0030

BROWNSVILLE MEDICAL CENTER                    IRS# 760354636
P.O. BOX     7
DALLAS TX
75267-6877                          956 544 1400    HBO    1

FINAL  02/02/00

DE LEON,CANDELARIO              TO 2            1/01/00    1/31/00
                                                10:37AM    11:59PM

                        93768            AYALA JOSELUIS

CANDELARIO  DE LEON
                        MEDICAID
BROWNSVILLE    TX 78521

| Code | Description | | Qty | Amount | Total |
|------|-------------|---|-----|--------|-------|
| 01040028030328 | HBO OP VISIT BER9100 | B91 | 1 | 118.00 | |
| 01110028030328 | HBO OP VISIT BER9100 | B91 | 1 | 118.00 | |
| 01250028030328 | HBO OP VISIT BER9100 | B91 | 1 | 118.00 | |
| | ** TOTAL  OTHER DIAG/THERA SERVICE | | | ==== | 354.00 |
| 01250040186546 | GLUCOSE BLOOD S | | 1 | 34.00 | |
| | ** TOTAL  LABORATORY-PRIMARY | | | ==== | 34.00 |
| 01250050044858 | PANAFIL OINT 30 | | 1 | 165.00 | |
| | ** TOTAL  PHARMACY NON-INJECTABLES | | | ==== | 165.00 |
| 01250050340520 | DAILY PROFILE R | | 1 | 30.00 | |
| 01250050341080 | PROFILE INITIAT | | 1 | 30.00 | |
| | ** TOTAL  PHARMACY CLINICAL SERV | | | ==== | 60.00 |
| 01040062010574 | BANDAGE, ELASTIET02300 | Y71 | 1 | 9.00 | |
| 01040062013586 | DRESSING, 4 X 4 | Y71 | 4 | 136.00 | |
| 01040062013594 | DRESSING, ADAPTER14500 | Y71 | 1 | 24.00 | |
| 01040062013826 | DRESSING, KERLIET23600 | Y71 | 3 | 108.00 | |
| 01040062013867 | DRESSING, 2 X 2 | Y71 | 1 | 30.00 | |
| 01040062018940 | UNDERPAD DISP E | | 3 | 6.00 | |
| 01110062010574 | BANDAGE, ELASTIET02300 | Y71 | 1 | 9.00 | |
| 01110062013586 | DRESSING, 4 X 4 | Y71 | 1 | 34.00 | |
| 01110062018940 | UNDERPAD DISP E | | 2 | 4.00 | |
| 01250062013586 | DRESSING, 4 X 4 | Y71 | 1 | 34.00 | |
| 01250062013826 | DRESSING, KERLIET23600 | Y71 | 1 | 36.00 | |
| 01250062018940 | UNDERPAD DISP E | | 1 | 2.00 | |
| 01250062019641 | BARRIER, FILM S | Y71 | 1 | 24.00 | |
| | ** TOTAL  CENTRAL STORES/EQUIP | | | ==== | 456.00 |

0031

BROWNSVILLE MEDICAL CENTER

FINAL  02/02/00

P.O. BOX 846877
DALLAS TX
75267-6877                        956 544 1400    HBO    2

DE LEON,CANDELARIO            4946421    TO          2544    1/01/00    1/31/00
                                                            10:37AM    11:59PM

                              93768        2544    AYALA JOSELUIS

CANDELARIO  DE LEON
                              MEDICAID              2544              41
BROWNSVILLE    TX  78521


          SUB-TOTAL OF CHARGES                      1,069.00
          * * * DEPARTMENT SUMMARY * * *

          OTHER DIAG/THERA SERVICE            ====    354.00
          LABORATORY-PRIMARY                  ====     34.00
          PHARMACY NON-INJECTABLES            ====    165.00
          PHARMACY CLINICAL SERV              ====     60.00
          CENTRAL STORES/EQUIP                ====    456.00


                                    1,069.00

0032

BROWNSVILLE MEDICAL CENTER            IRS# 7603546█
P.O. BOX 6█7
FINAL  01/11/00      DALLAS TX
75267-6877                    956 544 1400    O/P    1

DE LEON,CANDELARIO          █████ TO █████2544    12/29/99    12/29/99
                                                  10:30AM     11:59PM

                    93875    █████2544    AYALA JOSELUIS

CANDELARIO   DE LEON
████████████████      MEDICAID          █████2653
BROWNSVILLE    TX 78521                   █████741


12299930101216 FOOT LTD 2V    E1X6000    1    227.00

     ** TOTAL   IMAGING-RADIOLOGY-DIAG          ====    227.00

     SUB-TOTAL OF CHARGES                       227.00

     * * * DEPARTMENT SUMMARY * * *

     IMAGING-RADIOLOGY-DIAG                     ====    227.00




                                        227.00

BROWNSVILLE MEDICAL CENTER                    IRS# 760356-█
P.O. BOX 6█77
FINAL   01/04/00          DALLAS TX
                          75267-6877            956 544 1400    HBO    1

DE LEON, CANDELARIO          ████    TO 2 ████2544    12/01/99    12/31/99
                                                        3:54PM      3:54PM

                        91451    ████2544    AYALA JOSELUIS

CANDELARIO   DE LEON
████████                    MEDICAID              ████2544
BROWNSVILLE    TX 78521                          ████41


12079928030310 HBO OP VISIT ESR9100   E91   1      96.00
12149928030310 HBO OP VISIT ESR9100   E91   1      96.00
12219928030328 HBO OP VISIT ESR9100   E91   1     118.00
12289928030336 HBO OP VISIT ESR9100   E91   1     147.00
12299928030336 HBO OP VISIT ESR9100   E91   1-    147.00-

      ** TOTAL  OTHER DIAG/THERA SERVICE      ====    310.00

12079962013586 DRESSING, 4 X 4         Y71   2      68.00
12079962013693 DRESSING, ADAPTER14500Y71     2      32.00
12079962013826 DRESSING, KERLIET23600Y71     2      72.00
12079962018940 UNDERPAD DISP E               1       2.00
12149962013826 DRESSING, KERLIET23600Y71     1      36.00
12149962018940 UNDERPAD DISP E               1       2.00
12219962013586 DRESSING, 4 X 4         Y71   1      34.00
12219962018940 UNDERPAD DISP E               1       2.00
12289962013586 DRESSING, 4 X 4         Y71   1      34.00
12289962013826 DRESSING, KERLIET23600Y71     1      36.00
12289962018940 UNDERPAD DISP E               1       2.00

      ** TOTAL  CENTRAL STORES/EQUIP          ====    320.00

      SUB-TOTAL OF CHARGES                           630.00




                                                     630.00


0034

BROWNSVILLE MEDICAL CENTER          IRS# 760354630
P.O. BOX 676877
FINAL   01/04/00          DALLAS TX
75267-6877

956 544 1400    HSO    2

DE LEON, CANDELARIO          ████ TO 2 ████544    12/01/99    12/31/99
3:54PM     3:54PM

91451  ████2544    AYALA JOSELUIS

CANDELARIO  DE LEON          MEDICAID          ████2544
BROWNSVILLE     TX 78521          ████41

* * * DEPARTMENT SUMMARY * * *

OTHER DIAG/THERA SERVICE          ════    310.00
CENTRAL STORES/EQUIP          ════    320.00          :

630.00

```
                           ██████ MEDICAL CENTER          IRSN 7603  #36
REBILL 01/13/00            P.O. BOX 6███7
                           DALLAS TX
                           75267-6877               956 544 1400    HBO    1


DE LEON,CANDELARIO         ███████ TO 2 ████2544    11/01/99    11/30/99
                                                    12:42PM      11:59PM


                              90511  ██████2544    AYALA JOSELUIS

CANDELARIO  DE LEON
                           MEDICAID          ██████2544
BROWNSVILLE    TX  78521                            ██████41


11019928030328 HBO OP VISIT ESR9100  E91    1     118.00
11159928030328 HBO OP VISIT ESR9100  E91    1     118.00
11229928030328 HBO OP VISIT ESR9100  E91    1     118.00
11299928030328 HBO OP VISIT ESR9100  E91    1     118.00

        ** TOTAL  OTHER DIAG/THERA SERVICE      ====    472.00

11019962013586 DRESSING, 4 X 4        Y71    2     68.00
11019962013826 DRESSING, KERLIET23600Y71     1     36.00
11019962018940 UNDERPAD DISP E               1      2.00
11159962013586 DRESSING, 4 X 4        Y71    1     34.00
11159962013693 DRESSING, ADAPTHS14500Y71     1     16.00
11159962013826 DRESSING, KERLIET23600Y71     1     36.00
11159962018197 TAPE, ELASTIKONHD07400Y71    1      47.00
11229962013586 DRESSING, 4 X 4        Y71    1      34.00
11229962013693 DRESSING, ADAPTHS14500Y71     1     16.00
11229962013826 DRESSING, KERLIET23600Y71     2     72.00
11229962018940 UNDERPAD DISP E               1      2.00
11299962013586 DRESSING, 4 X 4        Y71    1     34.00
11299962013826 DRESSING, KERLIET23600Y71     2     72.00
11299962018940 UNDERPAD DISP E               2      4.00

        ** TOTAL   CENTRAL STORES/EQUIP        ====    473.00

        SUB-TOTAL OF CHARGES                          945.00




                                                      945.00
```

0036

BROWNSVILLE MEDICAL CENTER                IRS# 7603546
P.O. BOX 6877
REBILL 01/13/00        DALLAS TX
75267-6877                        956 544 1400    HBO    2

DE LEON,CANDELARIO              ████ TO 2 ████2544    11/01/99    11/30/99
                                                     12:42PM     11:59PM

                        90511    ████2544    AYALA JOSELUIS

CANDELARIO  DE LEON           MEDICAID
████████████              ████████544
BROWNSVILLE    TX  78521              ████41


       * * * DEPARTMENT SUMMARY * * *

       OTHER DIAG/THERA SERVICE            ====    472.00
       CENTRAL STORES/EQUIP               ====    473.00




                                         945.00




0037

BRO▮▮VILLE MEDICAL CENTER          IRS#   0354630
P.O. BOX ▮6877
DALLAS T▮
75267-6877                    956 544 1400   HBO   1

FINAL  11/04/99

DE LEON,CANDELARIO         ▮▮▮ TO 2▮▮▮2544   10/18/99   10/31/99
                                            10:17AM

                    88259   ▮▮▮2544   AYALA JOSELUIS

CANDELARIO   DE LEON
                    MEDICAID          ▮2544
BROWNSVILLE    TX 78521              ▮▮▮41


10189928030328 HBO OP VISIT RSK9100  E91    1    118.00

    ** TOTAL  OTHER DIAG/THERA SERVICE        ====   118.00

10189962013586 DRESSING, 4 X 4      Y71    2    68.00
10189962013826 DRESSING, KERLIX23600Y71    2    72.00
10189962018940 UNDERPAD DISP E             1     2.00
10189962080825 SHOE, CAST WALKHB60475Y71   2   372.00

    ** TOTAL  CENTRAL STORES/EQUIP           ====   514.00

    SUB-TOTAL OF CHARGES                            632.00

    * * * DEPARTMENT SUMMARY * * *

    OTHER DIAG/THERA SERVICE          ====   118.00
    CENTRAL STORES/EQUIP              ====   514.00

                                            632.00

0038

FINAL  10/20/99

P.O. BOX 676877
DALLAS TX
75267-6877                          956 544 1400      SUR    1

DE LEON,CANDELARIO        2095874   TO I      2544   10/01/99   10/09/99
                                                     9:56PM     3:54PM

                          9587      2544   SIDIQ HOMAYON

CANDELARIO  DE LEON
                    MEDICAID              2544
BROWNSVILLE    TX  78521                        41


10029910010171 MINOR SURGERY, CA00030      1   1,084.00

     ** TOTAL   SURGERY/RECOVERY            ====  1,084.00

10029915000045 ER VISIT LEVEL B000250      1    417.00

     ** TOTAL   EMERGENCY ROOM              ====   417.00

10029920101143 OXYGEN EMERGENCJ200300      1    137.00

     ** TOTAL   RESPIRATORY THERAPY         ====   137.00

10029930101588 IVP UROGRAPH 7VE3K6000      1    778.00

     ** TOTAL   IMAGING-RADIOLOGY-DIAG      ====   778.00

10019940150674 PROTHROMBIN TIMG495850      1    113.00
     DE LEON, CANDELARIO
10019940150914 THROMBOPLASTIN G443850      1    159.00
     DE LEON, CANDELARIO
10019940151359 PROFILE, BLOOD              1    135.00
     DE LEON, CANDELARIO
10019940185621 PROFILE,METABOL             1    447.00
     DE LEON, CANDELARIO
10019940170441 URINALYSIS,COMP             1    108.00
     DE LEON, CANDELARIO
10029940151359 PROFILE, BLOOD              1    135.00
     DE LEON, CANDELARIO
10029940185621 PROFILE,METABOL             1    447.00
     DE LEON, CANDELARIO
10029940184665 THYROID STIM HOIR48000      1    309.00
     DE LEON, CANDELARIO
10039940151359 PROFILE, BLOOD              1    135.00
     DE LEON, CANDELARIO

0039

BROWNSVILLE MEDICAL CENTER                IRS# 7*0354630
FINAL 10/20/99    P.O. BOX ████████        DALLAS TX
75267-68██                                956 544 1400    SU██  2

DE LEON,CANDELARIO          ███████ TO I ████2544    10/01/99    10/09/99
                                                      9:56PM      3:54PM

                        9587  4███2544    SIDIQ HOMAYON

CANDELARIO DE LEON              MEDICAID          ████████2544    █████41
BROWNSVILLE    TX  78521


10039940182826 LDH LACTATE DEHG359850    1    203.00
       DE LEON, CANDELARIO
10039940151359 PROFILE, BLOOD            1    135.00
       DE LEON, CANDELARIO
10039940184558 PROFILE,METABOL           1    305.00
       DE LEON, CANDELARIO
10039940132094 PROSTATIC SPECIGZ52700    1    163.00
       DE LEON, CANDELARIO
10039940150765 SEDIMENTATION RG540850    1    118.00
       DE LEON, CANDELARIO
10039940100042 COLLECTION & HAGZ20000    1     32.00
10049940170441 URINALYSIS,COMP           1    108.00
       DE LEON, CANDELARIO
10059940151359 PROFILE, BLOOD            1    135.00
       DE LEON, CANDELARIO
10059940184558 PROFILE,METABOL           4    305.00
       DE LEON, CANDELARIO
10059940160095 CULTURE BLOOD  G188050    1    288.00
10069940161077 URINE CULTURE W           1    158.00
       DE LEON, CANDELARIO
10069940161077 URINE CULTURE W           1    158.00
       DE LEON, CANDELARIO
10079940160095 CULTURE BLOOD  G188050    1    288.00
10079940160632 BETA LACTAMASE            1     41.00
10079940160483 SENSITIVITY TESG049850    1    149.00
10079940160483 SENSITIVITY TESG049850    1    149.00
10079940160095 CULTURE BLOOD  G188050    1    288.00
       DE LEON, CANDELARIO
10079940160095 CULTURE BLOOD  G188050    1    288.00
       DE LEON, CANDELARIO
10079940161077 URINE CULTURE W           1    158.00
       DE LEON, CANDELARIO
10079940151359 PROFILE, BLOOD            1    135.00
       DE LEON, CANDELARIO

```
BROWNSVILLE MEDICAL CENTER
P.O.    X 676877
FINAL  10/20/99      DALLAS T
                     75267-6             956 544 1400      SU      3

DE LEON, CANDELARIO              TO      2544    10/01/99    10/09/99
                                                   9:56PM     3:54PM

                           9587        2544    SIDIQ HOMAYON

CANDELARIO  DE LEON
                         MEDICAID                    2544
BROWNSVILLE      TX  78521                                    41
```

| Code | Description | | Qty | Amount |
|------|-------------|---|-----|--------|
| 10089940170441 | URINALYSIS,COMP | | 1 | 108.00 |
| | DE LEON, CANDELARIO | | | |
| 10089940160442 | PROFILE, OVA & G422050 | | 1 | 180.00 |
| | DE LEON, CANDELARIO | | | |
| 10089940160525 | SMEAR, FECAL WDG683050 | | 1 | 66.00 |
| | DE LEON, CANDELARIO | | | |
| 10089940185191 | CLOSTRIDIUM DIF | | 1 | 53.00 |
| | DE LEON, CANDELARIO | | | |
| 10089940185944 | COMMON ANTIGEN | | 1 | 53.00 |
| | DE LEON, CANDELARIO | | | |
| ** TOTAL  LABORATORY-PRIMARY | | | ==== | 6,052.00 |
| 10029950002096 | TYLENOL 325MG 2 | | 24 | 48.00 |
| 10029950078617 | K-DUR TAB 20MEQ | W00 | 4 | 16.00 |
| 10029950063379 | ORUDIS 75MG | W00 | 6 | 60.00 |
| 10029950047455 | PRILOSEC 20MG | W00 | 3 | 87.00 |
| 10029950010099 | ELAVIL 50MG | W00 | 2 | 12.00 |
| 10029950010669 | LIORESAL 10MG T | W00 | 6 | 30.00 |
| 10029950032416 | GARAMYCIN OPTH | W00 | 1 | 61.00 |
| 10029950000025 | TYLENOL 325MG | W00 | 3 | 6.00 |
| 10039950002427 | XYLOCAINE JELLY | W00 | 1 | 112.00 |
| 10049950078617 | K-DUR TAB 20MEQ | W00 | 4- | 16.00- |
| 10049950063379 | ORUDIS 75MG | W00 | 3 | 30.00 |
| 10049950047455 | PRILOSEC 20MG | W00 | 1 | 29.00 |
| 10049950010099 | ELAVIL 50MG | W00 | 2 | 12.00 |
| 10049950010669 | LIORESAL 10MG T | W00 | 6 | 30.00 |
| 10049950010081 | ELAVIL 25MG | W00 | 4 | 16.00 |
| 10069950002096 | TYLENOL 325MG 2 | | 10- | 20.00- |
| 10069950063379 | ORUDIS 75MG | W00 | 3- | 30.00- |
| 10069950063379 | ORUDIS 75MG | W00 | 3- | 30.00- |
| 10069950047455 | PRILOSEC 20MG | W00 | 1- | 29.00- |
| 10069950010669 | LIORESAL 10MG T | W00 | 4- | 20.00- |
| 10069950010081 | ELAVIL 25MG | W00 | 4- | 16.00- |

0041

BROWN    ILLE MEDICAL CENTER                    IRS#    630
P.O. BO      5877
FINAL   10/20/99        DALLAS T
75267-6877                    956 544 1400    SUR    4

DE LEON,CANDELARIO        ▇▇▇▇ TO▇▇▇2544    10/01/99    10/09/99
                                            9:56PM      3:54PM

                        9587  ▇▇▇▇        SIDIQ HOMAYON

CANDELARIO  DE LEON
                MEDICAID
BROWNSVILLE        TX 78521                              41

| | | | | | |
|---|---|---|---|---|---|
| 10069950063379 | ORUDIS 75MG | W00 | 2 | 20.00 | |
| 10069950047455 | PRILOSEC 20MG | W00 | 2 | 58.00 | |
| 10069950010669 | LIORESAL 10MG T | W00 | 4 | 20.00 | |
| 10069950010081 | ELAVIL 25MG | W00 | 4 | 16.00 | |
| 10089950063379 | ORUDIS 75MG | W00 | 9 | 90.00 | |
| 10089950047455 | PRILOSEC 20MG | W00 | 3 | 87.00 | |
| 10089950010669 | LIORESAL 10MG T | W00 | 9 | 45.00 | |
| 10089950010081 | ELAVIL 25MG | W00 | 6 | 24.00 | |
| 10089950063379 | ORUDIS 75MG | W00 | 9 | 90.00 | |
| 10089950047455 | PRILOSEC 20MG | W00 | 3 | 87.00 | |
| 10089950010669 | LIORESAL 10MG T | W00 | 9 | 45.00 | |
| 10089950010081 | ELAVIL 25MG | W00 | 6 | 24.00 | |
| 10089950074368 | LEVAQION 500MG | | 3 | 102.00 | |

        ** TOTAL   PHARMACY NON-INJECTABLES        ====  1,096.00

| | | | | | |
|---|---|---|---|---|---|
| 10029950190370 | COMRAY-60 50ML | J34 | 1 | 91.00 | |
| 10029950172006 | SOD CHLORIDE 0. | J29 | 1 | 13.00 | |
| 10029950133370 | ROCEPHIN 1GM | Z60 | 1 | 246.00 | |
| 10059950172618 | LEVAQUIN 500MG/ | | 1 | 191.00 | |
| 10059950172006 | SOD CHLORIDE 0. | J29 | 1 | 13.00 | |
| 10069950172618 | LEVAQUIN 500MG/ | | 2 | 382.00 | |
| 10089950172006 | SOD CHLORIDE 0. | J29 | 2 | 26.00 | |

        ** TOTAL   PHARMACY-INJECTABLES        ====  962.00

| | | | | | |
|---|---|---|---|---|---|
| 10029950271295 | NS 1000ML | Y71 | 1 | 99.00 | |
| 10029950291046 | SET, IV START K | Y71 | 1 | 57.00 | |
| 10029950290576 | SET EXTENSION | Y71 | 2 | 96.00 | |
| 10029950292176 | IV CATH ANY SIZ | Y71 | 1 | 55.00 | |
| 10029950292846 | SET PRIM 20 UNI | Y71 | 1 | 48.00 | |
| 10029950292887 | SEC SET 20 UNIV | Y71 | 1 | 48.00 | |
| 10029950293257 | IV SET EXTEN Y- | Y71 | 1 | 47.00 | |
| 10029950271295 | NS 1000ML | Y71 | 1 | 99.00 | |

0042

BROWNSVILLE MEDICAL CENTER                    IRS# 2??354630
P.O. BOX 677                                   Y71
DALLAS, T?
75267-66?                                      956 544 1400    SUM?    5

FINAL  10/20/99

DE LEON,CANDELARIO          ?20????? TO I????2544    10/01/99    10/09/99
                                                     9:56PM      3:54PM

CANDELARIO  DE LEON                          SIDIQ MOMATON
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓         MEDICAID
BROWNSVILLE        TX  78521                          ?41

```
10029950293133 FLOXIN 400MG/10     Y71    3      684.00
10029950210095 NS 2000ML IRRIG     Y71    1      169.00
10029950271345 NS 50ML             Y71    1       84.00
10039950210160 WATER STERILE 2     Y71    2      316.00
10039950290089 TWO-BOTTLE IRR      Y71    1       54.00
10039950293133 FLOXIN 400MG/10     Y71    2      456.00
10049950271295 NS 1000ML           Y71    3      297.00
10049950293133 FLOXIN 400MG/10     Y71    1      228.00
10049950210095 NS 2000ML IRRIG     Y71    1      169.00
10049950292887 SBC SET 20 UNIV     Y71    1       48.00
10059950270453 D5/0.45NS 1000M     Y71    2      250.00
10059950292887 SBC SET 20 UNIV     Y71    1       48.00
10059950292028 IV CATH INTRACA     Y71    1       50.00
10059950292895 SET PRIM 20 UNI     Y71    1       53.00
10059950291046 SET, IV START K     Y71    1       57.00
10059950293364 MICROBORE EXT M     J34    1       47.00
10069950271295 NS 1000ML           Y71    1       99.00
10069950270453 D5/0.45NS 1000M     Y71    2      250.00
10089950270453 D5/0.45NS 1000M     Y71    1      125.00
10089950270453 D5/0.45NS 1000M     Y71    1      125.00
10089950270453 D5/0.45NS 1000M     Y71    1      125.00
10089950292028 IV CATH INTRACA     Y71    3      150.00
10089950291046 SET, IV START K     Y71    2      114.00
10089950292978 SET EXT ANEST C            2       26.00
10089950292804 SMARTSITE ACCES     Y71    1       13.00
10099950270453 D5/0.45NS 1000M     Y71    1      125.00

   ** TOTAL  IV & IRRIGATING SOLUTION         ====   4,711.00

10029950340520 DAILY PROFILE R            1       30.00
10029950345867 MAR PREPARATION            1       30.00
10029950341080 PROFILE INITIAT            1       30.00
10029950340082 PROCESSING IUPB            3      M/C
10039950340082 PROCESSING IUPB            2      M/C
```

0043

BROWNSVILLE MEDICAL CENTER
P.O. BOX 678877
DALLAS T█
75267-68█                                          956 544 1400   SUN   6

FINAL 10/20/99

DE LEON, CANDELARIO          █████ TO █████544   10/01/99   10/09/99
                                                 9:56PM     3:54PM

CANDELARIO   DE LEON                             SIDIQ HOMAYON
█████████████        MEDICAID
BROWNSVILLE    TX   78521                                    █41

| | | | |
|---|---|---:|---:|
| 10049950340520 DAILY PROFILE R | | 2 | 60.00 |
| 10049950345867 MAR PREPARATION | | 2 | 60.00 |
| 10049950340082 PROCESSING IUPB | | 1 | N/C |
| 10069950340520 DAILY PROFILE R | | 2 | 60.00 |
| 10069950345867 MAR PREPARATION | | 2 | 60.00 |
| 10089950340520 DAILY PROFILE R | | 3 | 90.00 |
| 10089950345867 MAR PREPARATION | | 3 | 90.00 |
| 10089950340520 DAILY PROFILE R | | 3 | 90.00 |
| 10089950345867 MAR PREPARATION | | 3 | 90.00 |
| 10099950340520 DAILY PROFILE R | | 2 | 60.00 |
| 10099950345867 MAR PREPARATION | | 2 | 60.00 |

```
     ** TOTAL  PHARMACY CLINICAL SERV          ====   810.00

10029950430693 FLOXIN 400MG T      J34    4   120.00
10049950430693 FLOXIN 400MG T      J34    4-  120.00-

     ** TOTAL  PHARMACY NON-INJECTABLES        ====      .00

10029960120169 BQ-FIBEROPTIC MDD10018A46   1   226.00
10029960130267 ANESTHESIA LOCAD505700A46   1   555.00

     ** TOTAL  SURGERY SUPPLIES/EQUIP          ====   781.00

10019962033055 THERMOMETER DAI     Y71    1     9.00
10029962033055 THERMOMETER DAI     Y71    1     9.00
10029962003033 DIAPER ADULT LA            2     8.00
10029962031380 RENT, MONITOR E101190Y71   1   197.00
10029962030101 RENT, CARDIAC ONB44100Y71  1   287.00
10029962032768 RENT, OXIMETER 101190Y71   1   166.00
10029962022074 TRAY CATH W/FOLED93208A43   1   219.00
10029962022298 TRAY, IRRIGATIONF50300A43  1   104.00
10029962018940 UNDERPAD DISP E            2     4.00
10029962019641 BARRIER, FILM S     Y71    1    24.00
```

0044

FINAL  10/20/99

P.O. ... 576877
DALLAS T...
75267-6877                          956 544 1400      SUN    7

DE LEON, CANDELARIO              TO X......2544    10/01/99    10/09/99
                                                   9:56PM      3:54PM

CANDELARIO  DE LEON                              SIDIQ HOMAYON
_____        MEDICAID        ____2544
BROWNSVILLE      TX 78521                                      41

| | | | |
|---|---|---|---|
| 10029962003033 | DIAPER ADULT LA | 1 | 4.00 |
| 10029962003033 | DIAPER ADULT LA | 1 | 4.00 |
| 10029962002613 | POWDER, BODY | A91 | 1 | 3.00 |
| 10029962017355 | SHAMPOO | 101190 A91 | 1 | 8.00 |
| 10029962013826 | DRESSING, KERLIX23600Y71 | 1 | 36.00 |
| 10029962001854 | DRESSING, TELFA | Y71 | 1 | 23.00 |
| 10029962013578 | DRESSING, 4 X 4KS84100Y71 | 1 | 30.00 |
| 10029962019088 | DIST WATER DRIN | A91 | 1 | 10.00 |
| 10029962022298 | TRAY, IRRIGATIONF50300A43 | 1 | 104.00 |
| 10029962004700 | SWAB, BETADINE | Y71 | 1 | 6.00 |
| 10029962013826 | DRESSING, KERLIX23600Y71 | 1 | 36.00 |
| 10029962013826 | DRESSING, KERLIX23600Y71 | 1 | 36.00 |
| 10029962013750 | DRESG KERLIX FLNT20555Y71 | 1 | 27.00 |
| 10029962054044 | CATH, FOLEY 5CCHD90600A43 | 3 | 375.00 |
| 10029962010459 | BAG, URINARY DRNC83000A43 | 1 | 87.00 |
| 10029962011135 | PACK, GOWN DISP101190 Y71 | 1 | 37.00 |
| 10029962016241 | SHEET, LAP PEDI101190 Y71 | 1 | 78.00 |
| 10029962013511 | STERILE GLOVES MT12588A49 | 3 | 84.00 |
| 10029962022645 | TRAY, SHAVE PREHJ65785A49 | 1 | 53.00 |
| 10029962013941 | DRESSING 4X4 BO | 1 | 5.00 |
| 10029962013248 | SYRINGE, TOOMEYHL14975A43 | 1 | 38.00 |
| 10039962033055 | THERMOMETER DAI | Y71 | 1 | 9.00 |
| 10039962020490 | KIT, PATIENT CA | A91 | 1 | 53.00 |
| 10039962018940 | UNDERPAD DISP E | 1 | 2.00 |
| 10039962013826 | DRESSING, KERLIX23600Y71 | 1 | 36.00 |
| 10039962018973 | URINAL DISP | 101190 E03 | 1 | 3.00 |
| 10039962018973 | URINAL DISP | 101190 E03 | 1 | 3.00 |
| 10039962018940 | UNDERPAD DISP E | 1 | 2.00 |
| 10039962022298 | TRAY, IRRIGATIONF50300A43 | 1 | 104.00 |
| 10039962013586 | DRESSING, 4 X 4 | Y71 | 1 | 34.00 |
| 10039962013586 | DRESSING, 4 X 4 | Y71 | 1 | 34.00 |
| 10039962004700 | SWAB, BETADINE | Y71 | 1 | 6.00 |
| 10039962004700 | SWAB, BETADINE | Y71 | 1 | 6.00 |
| 10039962013826 | DRESSING, KERLIX23600Y71 | 1 | 36.00 |

0045

BROWNS... MEDICAL CENTER  
P.O. BOX ... 6877  
DALLAS T...  
75267-6877

FINAL  10/20/99

956 544 1400    SUR    8

DE LEON, CANDELARIO          TO ████2544    10/01/99    10/09/99
                                             9:56PM       3:54PM

9587 ████2544    SIDIQ HOMAYON

CANDELARIO  DE LEON
                            MEDICAID          ████2544        ███41
BROWNSVILLE    TX 78521

```
10039962022785 TRAY, SUTURE REHK46100Y71      1      95.00
10039962003033 DIAPER ADULT LA                1       4.00
10039962003033 DIAPER ADULT LA                1       4.00
10039962003033 DIAPER ADULT LA                1       4.00
10039962003033 DIAPER ADULT LA                1       4.00
10039962003033 DIAPER ADULT LA                1       4.00
10039962018940 UNDERPAD DISP E                1       2.00
10039962003033 DIAPER ADULT LA                1       4.00
10039962003033 DIAPER ADULT LA                1       4.00
10039962018940 UNDERPAD DISP E                1       2.00
10039962018940 UNDERPAD DISP E                1       2.00
10039962001854 DRESSING, TELFA       Y71      1      23.00
10039962013826 DRESSING, KERLIHT23600Y71      1      36.00
10039962004700 SWAB, BETADINE       Y71       1       6.00
10049962033055 THERMOMETER DAI      Y71       1       9.00
10059962033055 THERMOMETER DAI      Y71       1       9.00
10059962021779 KIT, CLEAN CATC101190 Y71      1      27.00
10059962003033 DIAPER ADULT LA                1       4.00
10059962003033 DIAPER ADULT LA                1       4.00
10059962003033 DIAPER ADULT LA                1       4.00
10059962003033 DIAPER ADULT LA                1       4.00
10059962021779 KIT, CLEAN CATC101190 Y71      1      27.00
10059962040217 INFUSION PUMP I101190 Y71      1     310.00
10059962031182 IV INFUSION PUMP26070W86       1     169.00
10069962033055 THERMOMETER DAI      Y71       1       9.00
10069962013586 DRESSING, 4 X 4      Y71       1      34.00
10069962018940 UNDERPAD DISP E                1       2.00
10069962013826 DRESSING, KERLIHT23600Y71      1      36.00
10069962013826 DRESSING, KERLIHT23600Y71      1      36.00
10069962013594 DRESSING, ADAPTHS14500Y71      1      24.00
10069962013586 DRESSING, 4 X 4      Y71       1      34.00
10069962013016 CREAM, PROTECTI     Y71        1      30.00
10069962003033 DIAPER ADULT LA                1       4.00
10069962003033 DIAPER ADULT LA                1       4.00
```

0046

BROWN____ MEDICAL CENTER                                    IRS#    354630
P.O. BOX ___ 6877
FINAL  10/20/99      DALLAS T_
75267-6877                           956 544 1400     SUR      9

DE LEON, CANDELARIO              TO I____2544    10/01/99    10/09/99
                                                 9:56PM      3:54PM

                           9587   _____2544    SIDIQ HOMAYON

CANDELARIO  DE LEON
_____        MEDICAID           _____2544
BROWNSVILLE    TX 78521                      _____41

| Code | Description | Qty | Amount |
|---|---|---|---|
| 10069962003033 | DIAPER ADULT LA | 1 | 4.00 |
| 10069962031182 | IV INFUSION PUMPF26070W86 | 1 | 169.00 |
| 10069962019088 | DIST WATER DRIN       A91 | 1 | 10.00 |
| 10069962018940 | UNDERPAD DISP E | 1 | 2.00 |
| 10079962033055 | THERMOMETER DAI       Y71 | 1 | 9.00 |
| 10079962031182 | IV INFUSION PUMPF26070W86 | 1 | 169.00 |
| 10089962033055 | THERMOMETER DAI       Y71 | 1 | 9.00 |
| 10089962003033 | DIAPER ADULT LA | 1 | 4.00 |
| 10089962003033 | DIAPER ADULT LA | 1 | 4.00 |
| 10089962003033 | DIAPER ADULT LA | 1 | 4.00 |
| 10089962080098 | SPAN CRADLE BOOME73194E01 | 1 | 172.00 |
| 10089962080098 | SPAN CRADLE BOOME73194E01 | 1 | 172.00 |
| 10089962003033 | DIAPER ADULT LA | 1 | 4.00 |
| 10089962013826 | DRESSING, KERLIKT23600Y71 | 1 | 36.00 |
| 10089962021779 | KIT, CLEAN CATC101190 Y71 | 1 | 27.00 |
| 10089962013826 | DRESSING, KERLIKT23600Y71 | 1 | 36.00 |
| 10089962013693 | DRESSING, ADAPTES14500Y71 | 1 | 16.00 |
| 10089962013586 | DRESSING, 4 X 4       Y71 | 1 | 34.00 |
| 10089962013594 | DRESSING, ADAPTES14500Y71 | 1 | 24.00 |
| 10089962003033 | DIAPER ADULT LA | 1 | 4.00 |
| 10089962003033 | DIAPER ADULT LA | 1 | 4.00 |
| 10089962003033 | DIAPER ADULT LA | 1 | 4.00 |
| 10089962031182 | IV INFUSION PUMPF26070W86 | 1 | 169.00 |
| 10089962031182 | IV INFUSION PUMPF26070W86 | 1 | 169.00 |
| 10099962003033 | DIAPER ADULT LA | 1 | 4.00 |
| 10099962003033 | DIAPER ADULT LA | 1 | 4.00 |
| 10099962003033 | DIAPER ADULT LA | 1 | 4.00 |
| 10099962031182 | IV INFUSION PUMPF26070W86 | 1 | 169.00 |

** TOTAL  CENTRAL STORES/EQUIP           ====   4,849.00

| 10019999128100 | ROOM & BOARD | 1 | 350.00 |
| 10029999128100 | ROOM & BOARD | 1 | 350.00 |
| 10039999128100 | ROOM & BOARD | 1 | 350.00 |

0047

FINAL  10/20/99

████ ████ MEDICAL CENTER
P.O. BOX 676877
DALLAS
75267-6877                      956 544 1400      SUR    10        IR88   454630

DE LEON,CANDELARIO        ████ TO I ████2544    10/01/99    10/09/99
                                                 9:56PM      3:54PM

                          9587 ████2544    SIDIQ HOMAYON

CANDELARIO  DE LEON
████████          MEDICAID        ████2544
BROWNSVILLE    TX 78521                        ████41

10049999128100 ROOM & BOARD        1    350.00
10059999128100 ROOM & BOARD        1    350.00
10069999128100 ROOM & BOARD        1    350.00
10079999128100 ROOM & BOARD        1    350.00
10089999128100 ROOM & BOARD        1    350.00

    ** TOTAL ROOM AND BOARD            ====  2,800.00

    SUB-TOTAL OF CHARGES                     24,477.00


                              24,477.00

0048

FINAL  10/20/99

P.O. BOX 6877
DALLAS
75267-6877                        956 544 1400    SUR   11

DE LEON, CANDELARIO              TO I    2544    10/01/99   10/09/99
                                                 9:56PM     3:54PM

CANDELARIO  DE LEON                              SIDIQ HOMAYON

                          MEDICAID
BROWNSVILLE    TX  78521

```
* * * DEPARTMENT SUMMARY * * *

SURGERY/RECOVERY                    ====    1,084.00
EMERGENCY ROOM                      ====      417.00
RESPIRATORY THERAPY                 ====      137.00
IMAGING-RADIOLOGY-DIAG              ====      778.00
LABORATORY-PRIMARY                  ====    6,052.00
PHARMACY NON-INJECTABLES            ====    1,096.00
PHARMACY-INJECTABLES                ====      962.00
IV & IRRIGATING SOLUTION            ====    4,711.00
PHARMACY CLINICAL SERV              ====      810.00
SURGERY SUPPLIES/EQUIP              ====      781.00
CENTRAL STORES/EQUIP                ====    4,849.00
  8 DAYS SUR                        ====    2,800.00
```

24,477.00

0049

BROWNSVILLE MEDICAL CENTER                          IRS# 7-2354630
FINAL  10/04/99          DALLAS TX
                        75267-6                     956 544 1400    ED    1

DE LEON, CANDELARIO            UP 2      2544       9/01/99    9/30/99
                                                   8:18AM

CANDELARIO DE LEON                          AYALA JOSELUIS
                        MEDICAID
BROWNSVILLE     TX 78521                                         41


09149928030328 HBO OP VISIT R8Z9100   Z91   1    118.00
09289928030328 HBO OP VISIT R8Z9100   Z91   1    118.00

    ** TOTAL  OTHER DIAG/THERA SERVICE        ====    236.00

09289950044858 PANAFIL OINT 30          1    165.00

    ** TOTAL  PHARMACY NON-INJECTABLES        ====    165.00

09149962013586 DRESSING, 4 X 4        Y71   2    68.00
09149962013826 DRESSING, KERLINT23600Y71    2    72.00
09289962013586 DRESSING, 4 X 4        Y71   1    34.00
09289962013826 DRESSING, KERLINT23600Y71    2    72.00
09289962018940 UNDERPAD DISP E          1    2.00
09289962019641 BARRIER, FILM S        Y71   1    24.00

    ** TOTAL  CENTRAL STORES/EQUIP            ====    272.00

    SUB-TOTAL OF CHARGES                      673.00




                                      673.00

BROWN████ MEDICAL CENTER                                    ████ ██ ████
FINAL  10/04/99          P.O. BOX █████5877
                         DALLAS T█
                         75267-6877                    956 544 1400    HDO    2

DE LEON,CANDELARIO           ██████████ UP 2 ████2544    9/01/99    9/30/99
                                                         8:18AM

CANDELARIO  DE LEON              ████████████████    AYALA JOSELUIS

BROWNSVILLE      TX 78521    ████████████████████████    ████████41


         * * * DEPARTMENT SUMMARY * * *

         OTHER DIAG/THERA SERVICE              ====    236.00
         PHARMACY NON-INJECTABLES              ====    165.00
         CENTRAL STORES/EQUIP                  ====    272.00




                                        673.00




0051

```
FINAL  09/24/99          BROWNSVILLE MEDICAL CENTER      IRS# 74-354630
                         P       74-3
                         DALLAS T
                         75267-68                 956 544 1400   HB    2

DE LEON,CANDELARIO            UP       2544      8/02/99    8/31/99
                                                 5:03PM


CANDELARIO  DE LEON                          AYALA JOSELUIS

BROWNSVILLE      TX 78521                           41
```

```
08099962013826 DRESSING, KERLIHT23600Y71    2      72.00                J
08099962018940 UNDERPAD DISP E              3       6.00
08169962010574 BANDAGE, ELASTINT02300Y71    3      27.00
08169962013586 DRESSING, 4 X 4       Y71    2      68.00
08169962013693 DRESSING, ADAPTHS14500Y71    1      16.00
08169962013891 DRSHG OP-SITE   HT90005Y71   1     106.00
08169962018940 UNDERPAD DISP E              2       4.00
08189962013586 DRESSING, 4 X 4       Y71    2      68.00
08189962013826 DRESSING, KERLIHT23600Y71    2      72.00
08189962013867 DRESSING, 2 X 2       Y71    1      30.00
08189962018940 UNDERPAD DISP E              1       2.00
08319962013586 DRESSING, 4 X 4       Y71    2      68.00
08319962013826 DRESSING, KERLIHT23600Y71    1      36.00
08319962018940 UNDERPAD DISP E              1       2.00

    ** TOTAL  CENTRAL STORES/EQUIP             ====  1,527.00


    SUB-TOTAL OF CHARGES                            3,087.00
```

```
                                           3,087.00    3.
```

BROWNSVILLE MEDICAL CENTER          IRS# 760354630
FINAL  09/24/99    P.O. BOX 205877
                   DALLAS T
                   75267-68                        956 544 1400   ED    3

DE LEON,CANDELARIO          UP 2      2544    8/02/99    8/31/99
                                              5:03PM

                                       AYALA JOSELUIS

CANDELARIO  DE LEON
BROWNSVILLE     TX 78521                            /41


        * * * DEPARTMENT SUMMARY * * *

    OTHER DIAG/THERA SERVICE          ====    1,206.00
    PHARMACY NON-INJECTABLES          ====      354.00
    CENTRAL STORES/EQUIP              ====    1,527.00




                              3,087.00


0054

FINAL  08/04/99    ████████████████
P.O. ▉▉ 676877
DALLAS ▉
75267-6▉▉▉                          956 544 1400    OP▉  1

DE LEON,CANDELARIO          ██████ UA ▉██████2544    7/27/99    7/31/99
                                                      11:25AM

CANDELARIO  DE LEON          ███████████████    AYALA JOSELUIS
█████████████████
BROWNSVILLE    TX  78521      ██████████████            █████████1


```
07279921000013 STERILE DRESSING 1/31/86     2     238.00
07279921000153 DEBRIDEMENT       B154977     1     150.00
07279921000229 EVALUATION        L152020     1     172.00
07279921000518 PROCEDURE ASSIS               1      68.00
07309921000013 STERILE DRESSING 1/31/86     2     238.00
07309921000153 DEBRIDEMENT       B154977     1     150.00
07309921000518 PROCEDURE ASSIS               1      68.00

     ** TOTAL  PHYSICAL THERAPY               ====  1,084.00

07279962040571 SETUP, WHIRLPOO101190 Y71     1     101.00
07279962011408 CANNISTER, SUCT       A49     1      53.00
07279962024120 KIT IRRIGATOR C       Y71     1     256.00
07279962013511 STERILE GLOVES ST12588A49    1      28.00
07279962013750 DRSNG KERLIX FLAT20555Y71     1      27.00
07279962013826 DRESSING, KERLIX23600Y71      1      36.00
07279962013826 DRESSING, KERLIX23600Y71      1      36.00
07279962013750 DRSNG KERLIX FLAT20555Y71     1      27.00
07309962011408 CANNISTER, SUCT       A49     1      53.00
07309962013511 STERILE GLOVES ST12588A49     1      28.00
07309962013693 DRESSING, ADAPTES14500Y71     1      16.00
07309962024120 KIT IRRIGATOR C       Y71     1     256.00
07309962013693 DRESSING, ADAPTES14500Y71     1      16.00
07309962013826 DRESSING, KERLIX23600Y71      1      36.00
07309962013826 DRESSING, KERLIX23600Y71      1      36,00
07309962013750 DRSNG KERLIX FLAT20555Y71     1      27.00
07309962013511 STERILE GLOVES ST12588A49     1      28.00
07309962040571 SETUP, WHIRLPOO101190 Y71     1     101.00

     ** TOTAL  CENTRAL STORES/EQUIP           ====  1,161.00
```

0055

FINAL  08/04/99

BROWNSVILLE MEDICAL CENTER
P.O.  X 676877
DALLAS T
75267-6█                          956 544 1400   OF█   2

DE LEON,CANDELARIO            ████████████ █544   7/27/99    7/31/99
                                              11:25AM

CANDELARIO  DE LEON        ██████████████████
                           ████████████████████
BROWNSVILLE      TX  78521                    ███41           AYALA JOSELUIS


          SUB-TOTAL OF CHARGES                    2,245.00
          * * * DEPARTMENT SUMMARY * * *

          PHYSICAL THERAPY              ====  1,084.00
          CENTRAL STORES/EQUIP          ====  1,161.00




                                   2,245.00    :


0056

FINAL  07/28/99

BROWNSVILLE MEDICAL CENTER                      IRS# 742354630
P.O. BOX 206877
DALLAS TX
75267-68                         956 544 1400    MR#     1

DE LEON,CANDELARIO              UA X     2544     7/12/99      7/23/99
                                                 8:25AM      11:00PM

CANDELARIO  DE LEON                          NUCHOVICH DORON

BROWNSVILLE   TX  78521                                    41

| | | | |
|---|---|---|---|
| 07179913000260 | EGD W/BIOPSY    B155100 | 1 | 878.00 |
| 07179913000310 | ENDOSCOPIC PHOT | 6 | 300.00 |
| 07179913000559 | COLONOSCOPY FIBB154966 | 1 | 790.00 |
| 07179913001003 | AFTER HOURS CAL | 1 | 176.00 |
| | ** TOTAL GASTROINTESTINAL PROCED | ==== | 2,144.00 |
| 07129921000013 | STERILE DRESSING 1/31/86 | 1 | 119.00 |
| 07129921000013 | STERILE DRESSING 1/31/86 | 1 | 119.00 |
| 07129921000153 | DEBRIDEMENT    B154977 | 1 | 150.00 |
| 07129921000518 | PROCEDURE ASSIS | 1 | 68.00 |
| 07139921000013 | STERILE DRESSING 1/31/86 | 2 | 238.00 |
| 07139921000153 | DEBRIDEMENT    B154977 | 1 | 150.00 |
| 07139921000229 | EVALUATION    L152020 | 1 | 172.00 |
| 07139921000518 | PROCEDURE ASSIS | 1 | 68.00 |
| 07149921000013 | STERILE DRESSING 1/31/86 | 2 | 238.00 |
| 07149921000153 | DEBRIDEMENT    B154977 | 1 | 150.00 |
| 07149921000518 | PROCEDURE ASSIS | 1 | 68.00 |
| 07159921000013 | STERILE DRESSING 1/31/86 | 1 | 119.00 |
| 07159921000153 | DEBRIDEMENT    B154977 | 1 | 150.00 |
| 07159921000229 | EVALUATION    L152020 | 1 | 172.00 |
| 07159921000518 | PROCEDURE ASSIS | 1 | 68.00 |
| 07159921000559 | THERAPEUTIC EXEL568003 | 1 | 189.00 |
| 07159921000658 | TRANSFER TRAINID 1/31/86 | 1 | 114.00 |
| 07179921000013 | STERILE DRESSING 1/31/86 | 2 | 238.00 |
| 07179921000153 | DEBRIDEMENT    B154977 | 1 | 150.00 |
| 07179921000518 | PROCEDURE ASSIS | 1 | 68.00 |
| 07189921000013 | STERILE DRESSING 1/31/86 | 2 | 238.00 |
| 07189921000153 | DEBRIDEMENT    B154977 | 1 | 150.00 |
| 07189921000518 | PROCEDURE ASSIS | 1 | 68.00 |
| 07199921000559 | THERAPEUTIC EXEL568003 | 1 | 189.00 |
| 07199921000658 | TRANSFER TRAINID 1/31/86 | 1 | 114.00 |
| 07199921000013 | STERILE DRESSING 1/31/86 | 2 | 238.00 |
| 07199921000153 | DEBRIDEMENT    B154977 | 1 | 150.00 |

0057

FINAL  07/28/99
P.O. BOX 656877
DALLAS T
75267-6877                                  956 544 1400        MED    3

DE LEON, CANDELARIO                    UA X      2544      7/12/99       7/23/99
                                                          8:25AM       11:00PM

CANDELARIO  DE LEON                                        NUCHOVICH DORON

BROWNSVILLE    TX 78521                                                41

| Code | Description | | Qty | Amount | |
|---|---|---|---|---|---|
| 07199940186546 | GLUCOSE BLOOD S | | 3 | 102.00 | |
| 07199940186546 | GLUCOSE BLOOD S | | 3 | 102.00 | |
| 07199940186546 | GLUCOSE BLOOD S | | 3 | 102.00 | |
| 07199940186546 | GLUCOSE BLOOD S | | 2 | 68.00 | |
| 07199940186546 | GLUCOSE BLOOD S | | 3 | 102.00 | |
| 07209940160442 | PROFILE, OVA & G422050 | | 1 | 180.00 | |
| 07209940160525 | SMEAR, FECAL WBG683050 | | 1 | 66.00 | |
| 07209940185191 | CLOSTRIDIUM DIF | | 1 | 53.00 | |
| 07209940185944 | COMMON ANTIGEN | | 1 | 53.00 | |
| 07229940161077 | URINE CULTURE W | | 1 | 158.00 | |
| 07229940160194 | CULTURE URINE I | | 1 | 139.00 | |
| 07229940160483 | SENSITIVITY TESG049850 | | 1 | 149.00 | |
| 07229940186546 | GLUCOSE BLOOD S | | 2 | 68.00 | |
| 07229940186546 | GLUCOSE BLOOD S | | 2 | 68.00 | |
| 07229940186546 | GLUCOSE BLOOD S | | 2 | 68.00 | |
| 07229940170441 | URINALYSIS,COMP | | 1 | 108.00 | |
| | DE LEON, CANDELARIO | | | | |
| 07229940160400 | OCCULT BLOOD    G415850 | | 1 | 79.00 | |
| | DE LEON, CANDELARIO | | | | |
| 07239940151359 | PROFILE, BLOOD | | 1 | 135.00 | |
| | DE LEON, CANDELARIO | | | | |
| | ** TOTAL  LABORATORY-PRIMARY | | | ==== | 2,791.00 |
| 07199940400616 | SPECIAL STAINS G943500 | | 1 | 87.00 | |
| | ** TOTAL  PATHOLOGY-ANATOMICAL | | | ==== | 87.00 |
| 07139950046937 | PEPCID 20MG | W00 | 3 | 39.00 | |
| 07139950070234 | THERAGRAN | W00 | 3 | 9.00 | |
| 07139950023027 | LASIX 20MG | W00 | 6 | 18.00 | |
| 07139950078617 | K-DUR TAB 20MEQ | W00 | 6 | 24.00 | |
| 07139950063379 | ORUDIS 75MG | W00 | 7 | 70.00 | |
| 07139950061944 | NAPROSYN 250MG | W00 | 4 | 32.00 | |

0059

FINAL  07/28/99

P.O. BOX ███ 6877
DALLAS T█
75267-6877                        956 544 1400    MED   4

DE LEON, CANDELARIO                ███████      7/12/99     7/23/99
                                                8:25AM     11:00PM

CANDELARIO  DE LEON            ██████████ ███544    MOCHOVICH DORON

BROWNSVILLE    TX  78521                                        █41


| | | | | |
|---|---|---|---|---|
| 07139950040799 | ANUSOL OINT 30G | WOO | 1 | 18.00 |
| 07139950033927 | NEOSPORIN OINT | WOO | 1 | 5.00 |
| 07149950044155 | ACCUZYME 30MG | | 1 | 188.00 |
| 07159950046937 | PEPCID 20MG | WOO | 1 | 13.00 |
| 07159950070234 | THERAGRAN | WOO | 1 | 3.00 |
| 07159950023027 | LASIX 20MG | WOO | 3 | 9.00 |
| 07159950078617 | K-DUR TAB 20MEQ | WOO | 1 | 4.00 |
| 07159950063379 | ORUDIS 75MG | WOO | 5 | 50.00 |
| 07159950061944 | NAPROSYN 250MG | | 4- | 32.00- |
| 07159950086412 | CELEBREX 100MG | | 3 | 18.00 |
| 07159950044155 | ACCUZYME 30MG | | 1 | 188.00 |
| 07159950044858 | PANAFIL OINT 30 | | 1 | 165.00 |
| 07169950042340 | GOLYTELY 4000ML | WOO | 1 | 122.00 |
| 07179950063379 | ORUDIS 75MG | WOO | 8 | 80.00 |
| 07179950047455 | PRILOSEC 20MG | WOO | 3 | 87.00 |
| 07179950046937 | PEPCID 20MG | WOO | 3 | 39.00 |
| 07179950070234 | THERAGRAN | WOO | 3 | 9.00 |
| 07179950023027 | LASIX 20MG | WOO | 6 | 18.00 |
| 07179950078617 | K-DUR TAB 20MEQ | WOO | 6 | 24.00 |
| 07179950063379 | ORUDIS 75MG | WOO | 9 | 90.00 |
| 07199950070234 | THERAGRAN | WOO | 2 | 6.00 |
| 07209950023027 | LASIX 20MG | WOO | 1 | 3.00 |
| 07209950078617 | K-DUR TAB 20MEQ | WOO | 4 | 16.00 |
| 07209950063379 | ORUDIS 75MG | WOO | 5 | 50.00 |
| 07209950047455 | PRILOSEC 20MG | WOO | 2 | 58.00 |
| 07219950023027 | LASIX 20MG | WOO | 3 | 9.00 |
| 07229950070234 | THERAGRAN | WOO | 2 | 6.00 |
| 07229950023027 | LASIX 20MG | WOO | 4 | 12.00 |
| 07229950078617 | K-DUR TAB 20MEQ | WOO | 4 | 16.00 |
| 07229950063379 | ORUDIS 75MG | WOO | 5 | 50.00 |
| 07229950086412 | CELEBREX 100MG | | 2 | 12.00 |
| 07229950047455 | PRILOSEC 20MG | WOO | 2 | 58.00 |
| 07229950037399 | AMPICILLIN 500M | WOO | 2 | 8.00 |
| 07239950086412 | CELEBREX 100MG | | 2- | 12.00- |

0060

**FINAL 07/28/99**

P.O. BOX 226877
DALLAS T
75267-6877                              956 544 1400    MED    5

DE LEON,CANDELARIO                                      7/12/99      7/23/99
                                                        8:25AM      11:00PM

CANDELARIO DE LEON                          544    NUCHOVICHE DORON

                    MEDICAID (PENDING      4

BROWNSVILLE    TX 78521                                           41


```
07239950078336 PERATIVE 1000ML      W00    2     154.00
07239950078617 K-DUR TAB 20MEQ      W00    2       8.00
07239950037399 AMPICILLIN 500M      W00    3      12.00
07239950023027 LASIX 20MG           W00    1-      3.00-
07239950063379 ORUDIS 75MG          W00    2-     20.00-

      ** TOTAL   PHARMACY NON-INJECTABLES           ====  1,733.00

07139950172675 INSULIN HUMAN N      J34    1     138.00
07139950130111 AMPICILLIN 2GM       J34    8     616.00
07149950130111 AMPICILLIN 2GM       J34    4     308.00
07159950172006 SOD CHLORIDE 0.      J29    1      13.00
07169950130111 AMPICILLIN 2GM       J34    4     308.00
07179950110949 VERSED 1MG/ML 2      J34    1      35.00
07179950172006 SOD CHLORIDE 0.      J29    1      13.00
07179950103258 DIPRIVAN 10MG/M      J34    1     101.00
07179950172006 SOD CHLORIDE 0.      J29    1      13.00
07179950130111 AMPICILLIN 2GM       J34    5     385.00
07189950130111 AMPICILLIN 2GM       J34    5     385.00
07199950130111 AMPICILLIN 2GM       J34    2     154.00
07219950130111 AMPICILLIN 2GM       J34    4     308.00
07229950130111 AMPICILLIN 2GM       J34    4     308.00
07229950172006 SOD CHLORIDE 0.      J29    1      13.00
07239950130111 AMPICILLIN 2GM       J34    1-     77.00-
07239950172006 SOD CHLORIDE 0.      J29    1      13.00
07239950180264 HEPARIN 5000U/M      J34    1      20.00

      ** TOTAL   PHARMACY-INJECTABLES               ====  3,054.00

07139950293406 IV ADMIXTURE                8     136.00
07139950271303 NS 100ML             Y71    8     728.00
07139950292887 SEC SET 20 UNIV      Y71    1      48.00
07139950292895 SET PRIM 20 UNI      Y71    1      53.00
07149950293406 IV ADMIXTURE                4      68.00
```

0061

FINAL  07/28/99

BROWNSVILLE MEDICAL CENTER
P.O. BOX 976877
DALLAS TX
75267-6877                      956 544 1400    MED      6

DE LEON, CANDELARIO          2            2544    7/12/99     7/23/99
                                                  8:25AM     11:00PM

CANDELARIO   DE LEON                        NUCHOVICH DORON

BROWNSVILLE    TX   78521                                        41

| Code | Description | | Qty | Amount |
|------|-------------|--|-----|--------|
| 07149950271303 | MS 100ML | Y71 | 4 | 364.00 |
| 07149950271295 | MS 1000ML | Y71 | 2 | 198.00 |
| 07159950271295 | MS 1000ML | Y71 | 1 | 99.00 |
| 07169950293406 | IV ADMIXTURE | | 4 | 68.00 |
| 07169950271303 | MS 100ML | Y71 | 4 | 364.00 |
| 07179950292028 | IV CATH INTRACA | Y71 | 1 | 50.00 |
| 07179950291046 | SET, IV START K | Y71 | 1 | 57.00 |
| 07179950293257 | IV SET EXTEN Y- | Y71 | 1 | 47.00 |
| 07179950293406 | IV ADMIXTURE | | 5 | 85.00 |
| 07179950271303 | MS 100ML | Y71 | 5 | 455.00 |
| 07179950292887 | SEC SET 20 UNIV | Y71 | 1 | 48.00 |
| 07179950292895 | SET PRIM 20 UNI | Y71 | 1 | 53.00 |
| 07179950271295 | MS 1000ML | Y71 | 1 | 99.00 |
| 07179950271329 | MS 250ML | Y71 | 1 | 95.00 |
| 07189950293406 | IV ADMIXTURE | | 5 | 85.00 |
| 07189950271303 | MS 100ML | Y71 | 5 | 455.00 |
| 07189950271295 | MS 1000ML | Y71 | 1 | 99.00 |
| 07199950293406 | IV ADMIXTURE | | 2 | 34.00 |
| 07199950271303 | MS 100ML | Y71 | 2 | 182.00 |
| 07219950293406 | IV ADMIXTURE | | 4 | 68.00 |
| 07219950271303 | MS 100ML | Y71 | 4 | 364.00 |
| 07219950271295 | MS 1000ML | Y71 | 1 | 99.00 |
| 07229950293406 | IV ADMIXTURE | | 4 | 68.00 |
| 07229950271303 | MS 100ML | Y71 | 4 | 364.00 |
| 07229950271329 | MS 250ML | Y71 | 1 | 95.00 |
| 07229950292028 | IV CATH INTRACA | Y71 | 1 | 50.00 |
| 07229950291046 | SET, IV START K | Y71 | 1 | 57.00 |
| 07229950292895 | SET PRIM 20 UNI | Y71 | 1 | 53.00 |
| 07229950292887 | SEC SET 20 UNIV | Y71 | 1 | 48.00 |
| 07229950293364 | MICROBORE EXT M | J34 | 1 | 47.00 |
| 07229950271295 | MS 1000ML | Y71 | 1 | 99.00 |
| 07239950271295 | MS 1000ML | Y71 | 1 | 99.00 |
| 07239950293406 | IV ADMIXTURE | | 1- | 17.00- |
| 07239950271303 | MS 100ML | Y71 | 1- | 91.00- |