```
                           BROWNSVILLE MEDICAL CENTER         IRS# 760354630
                           P.O.
FINAL  01/09/99            DALLAS
                           75267-6                     956 544 1400         8

DE LEON,CANDELARIO                              2544    12/25/98    1/06/99
                                                        8:56AM      5:04PM

                                                SIDIQ HOMAYON

CANDELARIO  DE LEON
                           MEDICAID (PENDING
BROWNSVILLE    TX  78520                                              41


01069950270453 D5/0.45NS 1000M       Y71    2    191.40
01069950292895 SET PRIM 20 UNI       Y71    1     41.90
01069950270545 D5/NS 1000ML          Y71    1     95.70

    ** TOTAL   IV & IRRIGATING SOLUTION          ====  2,749.30

12279850340082 PROCESSING IUPB              2    N/C
12289850340520 DAILY PROFILE R              2     48.20
12289850345867 MAR PREPARATION              2     48.20
12289850340082 PROCESSING IUPB              2-   N/C
12299850340520 DAILY PROFILE R              2     48.20
12299850345867 MAR PREPARATION              2     48.20
12319850340520 DAILY PROFILE R              2     48.20
12319850345867 MAR PREPARATION              2     48.20
01029950340520 DAILY PROFILE R              3     72.30
01029950345867 MAR PREPARATION              3     72.30
01059950340520 DAILY PROFILE R              2     48.20
01059950345867 MAR PREPARATION              2     48.20

    ** TOTAL   PHARMACY CLINICAL SERV            ====    530.20

12279859000109 PREMIX SOLN 50M              2    N/C
12289859000109 PREMIX SOLN 50M              2-   N/C

    ** TOTAL   PHARMACY                          ====       .00

12259862033055 THERMOMETER DAI       Y71    1      6.50
12259862002142 WRAP, ATHROMBIC       Y71    1    338.50
12259862012505 GRADUATE, DISP 101190 Y71    1      2.60
12259862018940 UNDERPAD DISP E              1      1.20
12259862018940 UNDERPAD DISP E              1      1.20
12259862015623 METER, URINE OUHL61200A43    1    143.40
12259862080528 COLLAR, CERVICANB73400L01    1    186.70
12259862031380 RENT, MONITOR E101190 Y71    1    157.20
```

0103

BROWNSVILLE MEDICAL CENTER          IRS# 760354630
FINAL  01/09/99       P.O. ████ 676877
                      DALLAS ██
                      75267-6█                     956 544 1400      M█    9

DE LEON, CANDELARIO              ████████████2544   12/25/98    1/06/99
                                                    8:56AM      5:04PM

                                 ████████████ SIDIQ HOMAYON
CANDELARIO DE LEON
                      MEDICAID (PENDING    ████2544
BROWNSVILLE    TX  78520                              ████41


```
12259862022074 TRAY CATH W/FOLED93208A43      1    174.80
12269862033055 THERMOMETER DAI         Y71    1      6.50
12269862017355 SHAMPOO         101190  A91    1      6.70
12269862017934 INSTRUMENT, YAN101190   Y71    1     22.10
12269862015425 LOTION                  A91    1      4.20
12269862015425 LOTION                  A91    1      4.20
12269862017199 RAZOR, DISPOSABHH84305Y71      1      1.30
12269862019088 DIST WATER DRIN         A91    1      3.70
12269862052923 TUBING, CONNECT         Y71    1      4.30
12269862012901 CONTAINER, SPEC101190   Y71    1      2.60
12269862017496 SLIPPERS, FOAM,         Y71    1      4.30
12269862013016 CREAM, PROTECTI         Y71    1     26.60
12279862033055 THERMOMETER DAI         Y71    1      6.50
12279862011028 CANNULA, NASAL          A46    1     38.70
12289862033055 THERMOMETER DAI         Y71    1      6.50
12289862015250 TISSUES         101190  A91    1       .80
12289862011408 CANNISTER, SUCT         A49    1     41.60
12289862003033 DIAPER ADULT LA                1      2.10
12299862033055 THERMOMETER DAI         Y71    1      6.50
12299862017199 RAZOR, DISPOSABHH84305Y71      1      1.30
12299862002613 POWDER, BODY            A91    1      1.80
12299862017355 SHAMPOO         101190  A91    1      6.70
12299862015425 LOTION                  A91    1      4.20
12299862013016 CREAM, PROTECTI         Y71    1     26.60
12309862033055 THERMOMETER DAI         Y71    1      6.50
12309862013867 DRESSING, 2 X 2         Y71    1     26.70
12309862004585 SENSOR OXIMETRY         Y71    1     63.60
12309862019088 DIST WATER DRIN         A91    1      3.70
12309862031018 RENT, TELEMETRY         M05    1    201.20
12309862031018 RENT, TELEMETRY         M05    1    201.20
12319862033055 THERMOMETER DAI         Y71    1      6.50
01019962033055 THERMOMETER DAI         Y71    1      6.50
01019962012505 GRADUATE, DISP 101190   Y71    1      2.60
01019962003033 DIAPER ADULT LA                1      2.10
```

0104

```
BROWNSVILLE MEDICAL CENTER         IRS# 76-0354630
FINAL 01/09/99    P.O. ██████       
                  DALLAS
                  75267-68██          956 544 1400    MR      10

DE LEON, CANDELARIO          ██████████ 2544   12/25/98   1/06/99
                                               8:56AM     5:04PM

                                       ██████████ SIDIQ ROMAYOR

CANDELARIO  DE LEON
██████████              MEDICAID (PENDING        ██████
BROWNSVILLE    TX 78520                                  ██████ 1


01019962003033 DIAPER ADULT LA              1      2.10
01019962003033 DIAPER ADULT LA              1      2.10
01019962003033 DIAPER ADULT LA              1      2.10
01019962003033 DIAPER ADULT LA              1      2.10
01019962018940 UNDERPAD DISP E              1      1.20
01019962015425 LOTION                A91    1      4.20
01019962013016 CREAM, PROTECTI       Y71    1     26.60
01019962018940 UNDERPAD DISP E              1      1.20
01019962003033 DIAPER ADULT LA              1      2.10
01019962002613 POWDER, BODY          A91    1      1.80
01019962013016 CREAM, PROTECTI       Y71    1     26.60
01019962003033 DIAPER ADULT LA              1      2.10
01029962033055 THERMOMETER DAI       Y71    1      6.50
01029962003033 DIAPER ADULT LA              1      2.10
01029962003033 DIAPER ADULT LA              1      2.10
01029962050414 CATH, EXTERNAL HK80675A43    1     31.40
01029962003033 DIAPER ADULT LA              1      2.10
01029962003033 DIAPER ADULT LA              1      2.10
01029962003033 DIAPER ADULT LA              1      2.10
01029962006192 DRESSING, DUO-D       Y71    1     16.60
01029962050414 CATH, EXTERNAL HK80675A43    1     31.40
01029962004700 SWAB, BETADINE        Y71    1      4.00
01029962010459 BAG, URINARY DR#C83000A43    1     75.60
01029962002548 SOAP, BABY BATH       A91    1     19.30
01029962018940 UNDERPAD DISP E              1      1.20
01029962018940 UNDERPAD DISP E              1      1.20
01029962003033 DIAPER ADULT LA              1      2.10
01029962003033 DIAPER ADULT LA              1      2.10
01029962003033 DIAPER ADULT LA              1      2.10
01029962006192 DRESSING, DUO-D       Y71    1     16.60
01039962033055 THERMOMETER DAI       Y71    1      6.50
01039962018940 UNDERPAD DISP E              1      1.20
01039962018940 UNDERPAD DISP E              1      1.20
01039962018940 UNDERPAD DISP E              1      1.20
```

0105

```
                BROWNSVILLE MEDICAL CENTER         IRS# 760354630
                P.O. BOX 676617
FINAL  01/09/99  DALLAS
                 75267-6▓                          956 544 1400      11

DE LEON,CANDELARIO              ▓▓▓▓▓▓▓▓▓▓▓▓2544   12/25/98   1/06/99
                                                    8:56AM    5:04PM

                                ▓▓▓▓▓▓▓▓▓▓▓▓       SIDIQ HOMAYON

CANDELARIO  DE LEON
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓       MEDICAID (PENDING   ▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓VILLE    TX  78520                                      ▓▓▓▓41


01039962013016 CREAM, PROTECTI      Y71     1       26.60
01039962003033 DIAPER ADULT LA              1        2.10
01039962003033 DIAPER ADULT LA              1        2.10
01039962050414 CATH, EXTERNAL HK80675A43    1       31.40
01049962033055 THERMOMETER DAI     Y71      1        6.50
01049962003033 DIAPER ADULT LA              1        2.10
01049962003033 DIAPER ADULT LA              1        2.10
01049962003033 DIAPER ADULT LA              1        2.10
01049962011135 PACK, GOWN DISP101190 Y71    1       29.60
01049962003033 DIAPER ADULT LA              1        2.10
01049962003033 DIAPER ADULT LA              1        2.10
01049962003033 DIAPER ADULT LA              1        2.10
01049962010459 BAG, URINARY DRBC83000A43    1       75.60
01049962050414 CATH, EXTERNAL HK80675A43    1       31.40
01049962050414 CATH, EXTERNAL HK80675A43    1       31.40
01049962018940 UNDERPAD DISP E              1        1.20
01049962018940 UNDERPAD DISP E              1        1.20
01049962018940 UNDERPAD DISP E              1        1.20
01049962018940 UNDERPAD DISP E              1        1.20
01049962003033 DIAPER ADULT LA              1        2.10
01049962003033 DIAPER ADULT LA              1        2.10
01049962012505 GRADUATE, DISP 101190 Y71    1        2.60
01049962018940 UNDERPAD DISP E              1        1.20
01049962018940 UNDERPAD DISP E              1        1.20
01059962033055 THERMOMETER DAI     Y71      1        6.50
01059962022074 TRAY CATH W/FOLEHD93208A43   1      174.80
01059962052923 TUBING, CONNECT     Y71      1        4.30
01059962003033 DIAPER ADULT LA              1        2.10
01059962052840 TUBE, SUMP SALEHK34405Y71    1       56.10
01059962022298 TRAY, IRRIGATIONHF50300A43   1       90.20
01059962003033 DIAPER ADULT LA              1        2.10
01059962052923 TUBING, CONNECT     Y71      1        4.30
01059962003033 DIAPER ADULT LA              1        2.10
01059962018940 UNDERPAD DISP E              1        1.20
```

0106

BROWNSVILLE MEDICAL CENTER
P.O. BOX 676877
DALLAS TX
75267-6877

FINAL 01/09/99

956 544 1400   MIC  12

DE LEON, CANDELARIO                                    2544    12/25/98   1/06/99
                                                               8:56AM    5:04PM

                                          SIDIQ BOMAYON

CANDELARIO DE LEON
                          MEDICAID (PENDING
BROWNSVILLE    TX 78520
                                                                         /41


| | | | |
|---|---|---|---|
| 01059962003033 DIAPER ADULT LA | 1 | 2.10 | |
| 01059962010459 BAG, URINARY DYNC83000A43 | 1 | 75.60 | |
| 01059962003033 DIAPER ADULT LA | 1 | 2.10 | |
| 01059962012505 GRADUATE, DISP 101190 Y71 | 1 | 2.60 | |
| 01059962052535 TUBE, COLON RUBBC06300Y71 | 1 | 43.20 | |
| 01059962011408 CANNISTER, SUCT   A49 | 1 | 41.60 | |
| 01069962002613 POWDER, BODY      A91 | 1 | 1.80 | |
| 01069962015425 LOTION            A91 | 1 | 4.20 | |
| 01069962017355 SHAMPOO    101190 A91 | 1 | 6.70 | |
| ** TOTAL  CENTRAL STORES/EQUIP | | ==== | 2,854.30 |
| 12259899010209 I C U | 1 | 725.00 | |
| 12269899010209 I C U | 1 | 725.00 | |
| 12279899010209 I C U | 1 | 725.00 | |
| 12289899133407 ROOM & BOARD | 1 | 480.00 | |
| 12299899133407 ROOM & BOARD | 1 | 480.00 | |
| 12309899133407 ROOM & BOARD | 1 | 480.00 | |
| 12319899137903 ROOM & BOARD | 1 | 350.00 | |
| 01019999137903 ROOM & BOARD | 1 | 350.00 | |
| 01029999137903 ROOM & BOARD | 1 | 350.00 | |
| 01039999137903 ROOM & BOARD | 1 | 350.00 | |
| 01049999137903 ROOM & BOARD | 1 | 350.00 | |
| 01059999137903 ROOM & BOARD | 1 | 350.00 | |
| ** TOTAL ROOM AND BOARD | | ==== | 5,715.00 |

SUB-TOTAL OF CHARGES                                     38,418.15



                                                         38,418.15

0107

BROWNSVILLE MEDICAL CENTER

P.O. BOX 6877
DALLAS
75267-6877

FINAL 01/09/99

956 544 1400   MIC 13

DE LEON, CANDELARIO                    2544    12/25/98   1/06/99
                                                8:56AM     5:04PM

SIDIQ HOMAYON

CANDELARIO DE LEON
                              MEDICAID (PENDING
BROWNSVILLE    TX 78520                                    41

* * * DEPARTMENT SUMMARY * * *

| | |
|---|---:|
| EMERGENCY ROOM | 425.60 |
| RESPIRATORY THERAPY | 2,768.30 |
| CARDIOLOGY | 206.10 |
| PHYSICAL THERAPY | 2,315.40 |
| IMAGING-RADIOLOGY-DIAG | 2,412.50 |
| IMAGING-CT SCAN | 4,176.30 |
| MAGNETIC RESONANCE IMAG | 3,574.80 |
| LABORATORY-PRIMARY | 4,425.65 |
| PHARMACY NON-INJECTABLES | 463.10 |
| PHARMACY-INJECTABLES | 5,801.60 |
| IV & IRRIGATING SOLUTION | 2,749.30 |
| PHARMACY CLINICAL SERV | 530.20 |
| CENTRAL STORES/EQUIP | 2,854.30 |
| 6 DAYS MED/SP | 2,100.00 |
| 3 DAYS TELEMET | 1,440.00 |
| 3 DAYS ICU | 2,175.00 |

38,418.15

0108