

**BRANTON & HALL**
A PROFESSIONAL CORPORATION
OF TRIAL LAWYERS

JAMES L. BRANTON
Board Certified • Personal Injury Trial Law
• Civil Trial Law
Texas Board of Legal Specialization

THOMAS A. CROSLEY
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

JASON P. HOELSCHER

JAMES A. HALL
Board Certified • Personal Injury Trial Law
Texas Board of Legal Specialization

SONIA M. RODRIGUEZ
Of Counsel

HARRY L. MUNSINGER

KIM M. MUNSINGER

September 27, 2004

_**Via Facsimile (956) 544-0607**_

Mr. William Gault
BRIN & BRIN, P.C.
Attorneys at Law
1325 Palm Blvd.
Brownsville, Texas 78520

RE:   *Candelario DeLeon v. City of Brownsville, Texas*, Civil Action No. CV-V-00-192,
United States District Court for the Southern District of Texas, Brownsville Division
Our File No. 9827

Dear Mr. Gault:

We have received 1,852  pages of medical records from Valley Grande Manor (Bates
Stamped VGM 0001 - 1852) and 12 pages of billing records from Brownsville Community Health
Center (Bates Stamped BCH 01-12).   Please advise if you would like to receive copies of these
records and to arrange for payment of same.

If you have any questions, or need any additional information, please do not hesitate to
contact this office.

Sincerely,

Vivian Martinez
Legal Secretary to
THOMAS A. CROSLEY

:vm