

**BRANTON & HALL**

A PROFESSIONAL CORPORATION OF TRIAL LAWYERS

JAMES L. BRANTON
Board Certified – Personal Injury Trial Law
• Civil Trial Law
Texas Board of Legal Specialization

THOMAS A. CROSLEY
Board Certified – Personal Injury Trial Law
Texas Board of Legal Specialization

JASON P. HOELSCHER

JAMES A. HALL
Board Certified – Personal Injury Trial Law
Texas Board of Legal Specialization

SONIA M. RODRIGUEZ

Of Counsel
HARRY L. MUNSINGER
KIM M. MUNSINGER

October 5, 2004

*Via Facsimile (956) 544-0607*

Mr. William Gault
BRIN & BRIN, P.C.
Attorneys at Law
1325 Palm Blvd.
Brownsville, Texas 78520

RE: *Candelario DeLeon v. City of Brownsville, Texas,* Civil Action No. CV-V-00-192, United States District Court for the Southern District of Texas, Brownsville Division
Our File No. 9827

Dear Mr. Gault:

We have received additional medical records from Valley Grande Manor which they had apparently forgotten to include in the previous set. We have had them Bates Stamped VGM 1853-2022. Please advise if you would like to receive copies of these records and to arrange for payment of same.

If you have any questions, or need any additional information, please do not hesitate to contact this office.

Sincerely,

Vivian Martinez
Legal Secretary to
THOMAS A. CROSLEY

:vm