United States District Court
Southern District of Texas
FILED

NOV 0 8 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. CV-B-00-192 |
| | § | (JURY REQUESTED) |
| COLUMBIA VALLEY HEALTHCARE | § | |
| SYSTEM, L.P. D/B/A VALLEY REGIONAL | § | |
| MEDICAL CENTER | § | |

### DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
### PROPOSED VOIR DIRE QUESTIONS

TO THE HONORABLE DISTRICT COURT:

COMES NOW, Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center, the Defendant in the above-styled and numbered cause and makes and files these objections to Plaintiff's Proposed Voir Dire Questions, and would respectfully show unto the Court the following:

1.

Defendant objects to Plaintiff's proposed Voir Dire Question 12 as it is an incomplete hypothetical. It does not include whether the jury is assessing liability against the Plaintiff and Plaintiff's claim that the automobile accident caused the injury. It does not address Dr. Dovale's alleged negligence. This is an attempt to get venire members to commit to a position without having heard any of the evidence.

2.

Defendant objects to the following Plaintiff's proposed Voir Dire Questions as repetitive:

a) 19b is repetitive of 4 and 5;

b) 22 is repetitive of 1;

 c)  27a and b are repetitive of 17;

 d)  28 is repetitive of 4, 5 and 19; and

 e)  33 is repetitive of 24, 25 and 26.

3.

Defendant objects to Plaintiff's proposed Voir Dire Questions 25 and 33 as those questions violate a venire member's U.S. Constitution's First Amendment Rights of freedom to associate and freedom of speech.

4.

Defendant objects to Plaintiff's proposed Voir Dire Question No. 30 as it mischaracterizes Plaintiff's burden of proof. Plaintiff's burden is not '"a tipping of the scales" however slight.' Plaintiff begins this case with no evidence in its favor and must put forth evidence that is admitted that is the greater weight and degree of credible evidence in his favor. A '"tipping of the scales" however slight' is not the measure of Plaintiff's burden. Plaintiff's burden actually is much greater.

WHEREFORE, PREMISES CONSIDERED, this Defendant would request that the Court grant its objections to Plaintiff's Voir Dire Questions 12, 19b, 22, 25, 27a, 27b, 28, 30 and 33 and refuse to ask those to the venire panel and for such other and further relief, at law or in equity, to which this Defendant may justly show itself entitled to receive.

Respectfully submitted,

By: _____
William Gault
Federal I.D. No. 14685
State Bar No. 07765050
Michael Quintana
Fed. ID No. 33291
State Bar No. 24037314
Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

Of Counsel:
Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier
ATTORNEYS FOR DEFENDANT
COLUMBIA VALLEY HEALTHCARE
SYSTEM, L.P. D/B/A VALLEY
REGIONAL MEDICAL CENTER

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing instrument has been forwarded to counsel as indicated below on this the 8th day of November, 2004.

Mr. Thomas Crosley
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205

**VIA CMRRR #7004 1160 0001 4080 0372**

Mr. Michael Cowen
Law Offices of Michael R. Cowen
520 E. Levee
Brownsville, Texas 78520

**VIA REGULAR MAIL**

William Gault