IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON | § | |
| | § | CIVIL ACTION NO. CV-B-00-192 |
| VS. | § | |
| | § | (JURY REQUESTED) |
| COLUMBIA VALLEY HEALTHCARE | § | |
| SYSTEM, L.P. D/B/A VALLEY REGIONAL | § | |
| MEDICAL CENTER, JOAO DOVALE, M.D. | § | |
| AND STAT PHYSICIANS, P.A. | § | |

## PLAINTIFF'S SUPPLEMENTAL RESPONSES TO
## REQUESTS FOR DISCLOSURE

TO:  Defendants Joao Dovale, M.D. and Stat Physicians, P.A., by and through their attorneys, Steven Matthew Gonzalez and Gerald E. Castillo, GONZALEZ, GAYTAN, GARZA & CASTILLO, L.L.P., 1317 E. Quebec Avenue, McAllen, TX 78503; Defendant Columbia Valley Healthcare System, L.P., by and through its attorneys, William Gault and Paul Fourt, BRIN & BRIN, P.C., 1325 Palm Blvd., Suite A, Brownsville, Texas 78520,

COMES NOW Plaintiff CANDELARIO DE LEON and serves the following Supplemental Responses to Requests for Disclosure, pursuant to FED. R. CIV. P. 26.

Respectfully submitted,

**Branton & Hall, P.C.**
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205
(210) 224-4474
(210) 224-1928 (Fax)

By: _____
THOMAS A. CROSLEY
State Bar No. 00783902
S. Dist. Texas No. 15434
JAMES L. BRANTON
State Bar No. 00000069
S. Dist. Texas No. 20163

MICHAEL COWAN
Attorney at Law
520 E. Levee
Brownsville, Texas 78520
(956) 541-4981
State Bar No. 00795306
S. Dist. Texas No. 19967

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served via certified mail, return receipt requested, on this 21st day of June, 2004, to:

Steven Matthew Gonzalez
Mr. Gerald E. Castillo
GONZALEZ, GAYTAN, GARZA & CASTILLO, L.L.P.
1317 E. Quebec Avenue
McAllen, TX 78503

ATTORNEYS FOR DEFENDANTS,
STAT PHYSICIANS, P.A. and
JOAO DOVALE, M.D.

William Gault
Paul Fourt
BRIN & BRIN, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520

ATTORNEYS FOR DEFENDANTS
COLUMBIA VALLEY HEALTHCARE
SYSTEM, L.P. D/B/A VALLEY
REGIONAL MEDICAL CENTER

THOMAS A. CROSLEY

G:\WPFILES\FILES.CLT\D\DEL9827\DISC\RRFD-3.wpd

-2-

## PLAINTIFF'S SUPPLEMENTAL RESPONSES
## TO DEFENDANT'S REQUEST FOR DISCLOSURE

*Federal Rules of Civil Procedure, Rule 26(a):*

(1)(A)  The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information;

**RESPONSE:**

See attached Exhibit "A" which is incorporated by reference.

(1)(B)  A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

**RESPONSE:**

See attached medical bills of Brownsville Community Health Center, Jose VIllalobos, MD c/o Brownsville Urology and Khalid R. Soleja, M.D.

See also medical records and bills from the following:

Brownsville Medical Center
1048 W. Jefferson Street
Brownsville, Texas 78520
(956) 544-1400

Valley Regional Medical Center
100 E. Alton Gloor Blvd., Suite A
Brownsville, Texas 78526-3307
(956) 831-9611

Valley Regional Medical Center
8101 West Sam Houston Parkway South, Suite 100
Houston, Texas

Brownsville Police Department
600 East Jackson Street
Brownsville, Texas 78520
(956) 548-7000

Brownsville Emergency Medical Service
954 East Madison Street
Brownsville, Texas 78520

Valley Grande Manor Brownsville
901 Wildrose Lane
Brownsville, Texas 78520
(956) 546-4568

Edward McGlynn, M.D.
100 A. Alton Gloor
Brownsville, Texas 78521
(956) 761-0411

Rio Grande Podiatry Center
500 Parades Lane Road, Suite 4
Brownsville, Texas 78521
(9567) 546-4119

University Eye Center
30 N. Park Place
Brownsville, Texas 78520
(956) 542-9118

Jose Luis Ayala, M.D.
500 Paredes Line Road, Suite 4
Brownsville, Texas 78520
(956) 456-4119

Luis Gayton, M.D.
2137 East 22nd Street
Brownsville, Texas 78570
(956) 548-7400

Victor Leal, M.D.
30 North Park Place
Brownsville, Texas 78572
(956) 542-9118

Plastic Surgery Center
109 E. Price Road
Brownsville, Texas 78521
(956) 546-5237

Pete Hurley
14027 Memorial Drive, Suite 425
Houston, Texas 78521
Unknown telephone number.

Gulf Port Services
Noe A. Hinojosa
7013 Springbriar
San Antonio, Texas 78201

Homayon Sidiq, M.D.
2137 East 22nd Street
Brownsville, Texas 78521
(956) 548-7400

Khalid R. Solija, M.D.
109 East Price Road
Brownsville, Texas 78520
(9567) 546-5237

BioCom Clinical Laboratories, Inc.
909 S. James, Suite E
Weslaco, Texas 78596
(956) 968-0222

Doron (Daniel) Nuchovich, M.D.
1309 Flagler Drive
West Palm Beach, Florida
(561) 746-2033

Danilo Asase, M.D.
1713 Treasure Hills, Suite 1B
Brownsville, Texas 78520
(800) 559-7833

Brownsville Urological Center
Jose Villalobos, M.D.
864 Central Blvd., Suite 500
Brownsville, Texas 78521
(9567) 546-3596

Brownsville Community Health Center
2137 E. 22nd Street
Brownsville, Texas 78521
(956) 548-7400

Internal Revenue Service
3651 South Interregional Hwy.
Austin, Texas
(800) 829-1040

Valley Grande Manor Brownsville
901 Wildrose Lane
Brownsville, Texas 78520
(956) 546-4568

Mobile Imaging X-ray
Brownsville, Texas 78520

F.M. Pharmacy
Address unknown.
(956) 544-1800

Lindale Medical Laboratory
500 Paredes Line Road, Suite 6
Brownsville, Texas 78521
(956) 546-3734

Express Towing
2591 Old Port Isabel Road
Brownsville, Texas 78520
(956) 541-2029

City of Brownsville Police Department
600 Jackson Street
Brownsville, Texas 78520
(956) 548-7000

Dairyland County Mutual
P.O. Box 8034
Stevens Point, Wisconsin 54481
(800) 532-2525

Cameron County Jail Division
954 E. Harrison
Brownsville, Texas 78520
(956) 544-0865

Texas Rehabilitation Commission
Disability Determination Services
P.O. Box 149198
Austin, Texas 78714-9198
(800) 252-9627

(1)(C)   A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered; and

**RESPONSE:**

Loss of earning capacity – from December 25, 1998 to the present and into the future for the rest of his future up to his 65th birthday, Plaintiff alleges a total interruption of his earning capacity due to the nature and severity of his injuries. Plaintiff estimates these damages to be approximately $12,500.00 to $25,000.00 per year for a total of $100,000.00 to $200,000.00.

Past and future medical expenses – Plaintiff seeks recovery of the reasonable and necessary medical expenses for those providers that have treated him for his spinal cord injury and quadriplegia, including but not limited to those named on the attached Exhibit "B". The total claimed is approximately $2.5 million. Past medical expenses exceed $50,000.00 and future medical and life care expenses are estimated at $2,455,930. Please refer to the report and deposition testimony of Dr. Alex Willingham and Dan Bagwell, each of which are incorporated herein by reference, for more detail on Plaintiff's damages pertaining to his life care needs and medical expenses.

Disfigurement – Plaintiff, by and through his attorney, estimates his disfigurement damages (past and future) to be $5 million.

Physical Impairment – Plaintiff, by and through his attorney, estimates his physical impairment damages (past and future) to be $10 million.

Physical Pain and Mental Anguish – Plaintiff, by and through his attorney, estimates his physical pain and mental anguish damages (past and future) to be $10 million.

(1)(D) For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**RESPONSE:**

None.

(2)(A) A party shall disclose to other parties the identity of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence.

**RESPONSE:**

See attached Exhibit "C".

(2)(B) This disclosure shall, with respect to a witness who is retained or specially employed to provide expert testimony in the case or whose duties as an employee of the party regularly involve giving expert testimony, be accompanied by a written report prepared and signed by the witness. The report shall contain a complete statement of all opinions to be expressed and the basis and reasons therefor; the date or other information considered by the witness in forming the opinions; any exhibits to be used as a summary of or support for the opinions; the qualifications of the witness, including a list of all publications authored by the witness within the preceding ten years; the compensation to be paid for the study and testimony; and a listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years.

**RESPONSE:**

Retained experts have been previously been disclosed, however, for a list see attached Exhibit "C". Each retained expert's report and curriculum vitae have been previously provided.

-8-

## Exhibit "A" Persons with Knowledge of Relevant Facts
## (Excluding Medical Witnesses)

Candelario De Leon
901 Wild Rose Lane, Room 113
Brownsville, TX 78520
*Plaintiff will be called to testify regarding the events of December 24, 1998, including the medical treatment received on December 24, 1998, his arrest by Brownsville Police Officers, and his injuries and damages which continue as a result of subject incident.*

Francisco De Leon
Number 8 Ofelia Circle
Brownsville, Texas 78520
(956) 838-2929
*Brother of plaintiff who will be called to testify regarding the effects subject incident has had on Mr. De Leon's life. Damages witness.*

Margarita De Leon
1041 Flor Del Valle Drive
Brownsville, Texas 78520
(956) 350-3603
*Plaintiff's daughter-in-law who will be called to testify regarding the effects subject incident has had on Mr. De Leon's life. Damages witness.*

Mario De Leon
1041 Flor Del Valle Drive
Brownsville, Texas 78520
(956) 350-3603
*Plaintiff's son who will be called to testify regarding the effects subject incident has had on his father's life. Damages witness.*

Oscar De Leon
3354 East 25th Street
Brownsville, Texas 78520
(956) 542-5215
*Brother of plaintiff who will be called to testify regarding the effects subject incident has had on Mr. De Leon's life. Damages witness.*

Rosalva De Leon
10409 Sheridan Avenue S
Tacoma, WS 98444
*Daughter of plaintiff who will be called to testify regarding the effects subject incident has had on Mr. De Leon's life. Damages witness.*

Mary Garza
4009 Crabtree Cove
Midwest City, OK 73110
*Damages witness.*

Mary Lou Villarreal
24517 32nd Avenue E
Spanaway, WS 98387
*Damages witness.*

Felipa R Foster
10409 Sheridan Avenue S
Tacoma, WS 98444
*Damages witness.*

Jessica De Leon
2803 Glenridge Drive
Arlington, Tx 76016
*Damages witness.*

Luis Urbina Flores
4045 Coffeeport Road
Brownsville, Texas 78521
(956) 546-5824
*Involved in auto accident with plaintiff on December 24, 1998.*

Officer Alex Ortiz
c/o Brownsville Police Department
600 East Jackson Street
Brownsville, Texas 78520
(830) 548-7000
*This officer was one of the investigating and/or arresting officers involved in the detainment and arrest of plaintiff. He may be called to testify regarding the scene of the accident, injuries and damages resulting therefrom, the detainment, transfer and treatment of plaintiff while under detainment by the City of Brownsville. He may also be called to testify regarding the authenticity of business records, photographs and other demonstrative evidence originated a result of subject incident.*

Andre S. Torres, Jr.
c/o Brownsville Police Department
600 East Jackson Street
Brownsville, Texas 78520
(830) 548-7000

*This officer was one of the investigating and/or arresting officers involved in the detainment and arrest of plaintiff. He may be called to testify regarding the scene of the accident, injuries and damages resulting therefrom, the detainment, transfer and treatment of plaintiff while under detainment by the City of Brownsville. He may also be called to testify regarding the authenticity of business records, photographs and other demonstrative evidence originated by or for defendants as a result of subject incident.*

**Chief Beningo Reyna**
**c/o Brownsville Police Department**
**600 East Jackson Street**
**Brownsville, Texas 78520**
**(956) 548-7000**
*Chief Reyna may be called to testify regarding the facts and circumstances relevant to subject incident and the polices of the police department in handling detainees who are injured. He may also be called to testify regarding the authenticity of business records, photographs and other demonstrative evidence originated by or for defendants as a result of subject incident.*

## Exhibit "B" (Non-Retained Medical Witnesses)

Jose Luis Ayola, M.D.
500 Paredes Line Road, Suite 4
Brownsville, Texas 78520
(956) 456-4119
*Dr. Ayola has treated and continues to treat plaintiff Candelario DeLeon as a result of injuries sustained in the incident occurring on or after December 24, 1998. He may be called to testify regarding plaintiff's injuries and damages. He may be called to testify regarding the reasonableness and necessity of past and future medical treatment rendered and to be rendered to plaintiff as a result of subject incident. He or his custodian of records may also be called to testify regarding the authenticity of his business records.*

Rigoberto Bocanegra, EMT
2454 E. Price Road
Brownsville, Texas
(956) 544-7644
or
954 E. Madison Street
Brownsville, Texas 78520
(956) 541-9491
*Provided emergency medical treatment to plaintiff. This witness may be called to testify regarding treatment provided to plaintiff, injuries and damages he sustained, the authenticity of business records, an the reasonableness and necessity of treatment rendered.*

Agents, employees, representatives,
healthcare providers and
custodian of records of
Brownsville Medical Center
1048 West Jefferson Street
Brownsville, Texas 78520
(956) 544-1400
Doron Nuchovich, M.D.
O. Serrato
Nagarjun Narra, M.D.
Eduardo Kofman, M.D.
W.J. McKinney, M.D.
Anant Utturkar, M.D.
Khadim Hussain, M.D.
Maria Uribe, M.D.
Henry Imperial, M.D.
Fayez Nahhas, M.D.
F. Villos, M.D.
Jose Luis Ayala, D.P.M.

Luis Garcia, M.D.
Jose Villalobos, M.D., F.A.C.S.
*These witnesses may be called to testify regarding the injuries and damages sustained by plaintiff as a result of subject incident. They may also be called to testify regarding the reasonableness and necessity of treatment rendered and to be rendered to plaintiff in the future as a result of injuries sustained in subject incident. They may also be called to testify regarding the authenticity of their business records.*

Agents, employees, representatives,
officers, and custodian of records of
City of Brownsville
Brownsville Police Department
600 East Jackson Street
Brownsville, Texas
(956) 548-7000
*These witnesses may be called to testify regarding their knowledge of subject incident and the injuries and damages resulting therefrom. They may also be called to testify regarding the authenticity of their business records, including photographs, videotapes, and all other evidence created by or for this agency as a result of the detainment and arrest of Candelario De Leon.*

Agents, employees, representatives,
healthcare providers and
custodian of records of
City of Brownsville E.M.S.
954 East Madison Street
Brownsville, Texas 78520
(956) 541-9491
P. Rodriguez
S. Fonseca
C. Mendoza
Guste Mendez
James Henson
Rey Rosas (Rosat)
E. Draniser, L.V.N.
Lara, Driver
Encardo, Attendant
C. Del Angel
C.T. Ortiz
Edith Ramos
Luis Flores Urbina
*Provided emergency medical treatment to plaintiff. These witnesses may be called to testify regarding treatment provided to plaintiff, injuries and damages he sustained, the authenticity of their business records, and the reasonableness and necessity of treatment rendered.*

Agents, employees, representatives,
healthcare providers and
custodian of records of
Columbia Valley Regional Medical Center
now referred to as Valley Regional Medical Center
100 A. E. Alton Gloor
Brownsville, Texas
(956) 350-7000
Harold Daryth, Sr., R.N.
Joao Dovale, M.D.
Diane Clark, Custodian of Records
Harold Wright, R.N.
*These witnesses may be called to testify regarding treatment rendered to Candelario De Leon while a patient at their facility. They may also be called to testify regarding the authenticity of their business records and the reasonableness and necessity of treatment rendered.*

Joao Dovale, M.D.
1102 West Trenton Road
Edinburg, Texas
*Defendant who provided treatment to plaintiff while a patient at Columbia Valley Regional Medical Center who will be called to testify regarding that treatment.*

S. Fonseca, EMT
City of Brownsville E.M.S.
954 East Madison Street
Brownsville, Texas 78520
(956) 541-9491
*Provided emergency medical treatment to plaintiff. This witness may be called to testify regarding treatment provided to plaintiff, injuries and damages he sustained, the authenticity of business records, and the reasonableness and necessity of treatment rendered.*

Luis Gayton, M.D.
2137 East 22nd Street
Brownsville, Texas 78520
(956) 548-7400
*Dr. Gayton has treated and continues to treat plaintiff Candelario DeLeon as a result of injuries sustained in the incident occurring on or after December 24, 1998. He may be called to testify regarding plaintiff's injuries and damages. He may be called to testify regarding the reasonableness and necessity of past and future medical treatment rendered and to be rendered to plaintiff as a result of subject incident. He or his custodian of records may also be called to testify regarding the authenticity of his business records.*

James Henson, EMT
City of Brownsville E.M.S.

954 East Madison Street
Brownsville, Texas 78520
(956) 541-9491
*Provided emergency medical treatment to plaintiff. This witness may be called to testify regarding treatment provided to plaintiff, injuries and damages he sustained, the authenticity of business records, and the reasonableness and necessity of treatment rendered.*

Victor Leal, M.D.
30 North Park Place
Brownsville, Texas 78520
(956) 542-9118
*Dr. Leal has treated and continues to treat plaintiff Candelario DeLeon as a result of injuries sustained in the incident occurring on or after December 24, 1998. He may be called to testify regarding plaintiff's injuries and damages. He may be called to testify regarding the reasonableness and necessity of past and future medical treatment rendered and to be rendered to plaintiff as a result of subject incident. He or his custodian of records may also be called to testify regarding the authenticity of his business records.*

G. Mendoza, E.M.T.
City of Brownsville E.M.S.
954 East Madison Street
Brownsville, Texas 78520
(956) 541-9491
*Provided emergency medical treatment to plaintiff. This witness may be called to testify regarding treatment provided to plaintiff, injuries and damages he sustained, the authenticity of business records, and the reasonableness and necessity of treatment rendered.*

Nagarjun Narra, M.D.
Brownsville Medical Center
1048 West Jefferson Street
Brownsville, Texas 78528
(956) 544-1400
*Dr. Narra diagnosed and treated plaintiff Candelario DeLeon for his spinal cord injuries. He may be called to testify regarding plaintiff's injuries and damages. He may be called to testify regarding the reasonableness and necessity of past and future medical treatment rendered and to be rendered to plaintiff as a result of subject incident. He or his custodian of records may also be called to testify regarding the authenticity of his business records.*

Philip Onghai, M.D.
Brownsville Medical Center
1048 West Jefferson Street
Brownsville, Texas 78520
(956) 544-1400
*or*
Medical Billing Services

302 Kings Highway, Suite 210
Brownsville, Texas 78521
(956) 982-0400
*Dr. Onghai diagnosed and treated plaintiff Candelario DeLeon for his spinal cord injuries. He may be called to testify regarding plaintiff's injuries and damages. He may be called to testify regarding the reasonableness and necessity of past and future medical treatment rendered and to be rendered to plaintiff as a result of subject incident. He or his custodian of records may also be called to testify regarding the authenticity of his business records.*

Helson Pacheco-Serrant, M.D.
Internal Medicine Group, Inc.
1700 N. Oregon Street, Suite 515
El Paso, TX 79902
(915) 532-4744
*Dr. Pacheco diagnosed and treated plaintiff Candelario DeLeon for his spinal cord injuries. He may be called to testify regarding plaintiff's injuries and damages. He may be called to testify regarding the reasonableness and necessity of past and future medical treatment rendered and to be rendered to plaintiff as a result of subject incident. He or his custodian of records may also be called to testify regarding the authenticity of his business records. He is expected to testify that it is imperative to begin steroid therapy on a patient like Mr. De Leon who has suffered spinal cord contusion and that the steroids need to be started within eight hours of injury and continued for 48 hours. He is expected to testify that, based upon reasonable medical probablity, he feels it is more likely than not that the extent of Mr. De Leon's injuries would not have been as severe had Mr. De Leon been treated appropriately in the Valley Regional ER. In his opinion, the Valley Regional ER and/or Dr. Dovale should have performed a complete neurological exam on Mr. De Leon if he was complaining of numbness below the neck, as documented in the EMS transport records. If the neurological exam, which at a minimum would include motor, sensory and reflexes, was abnormal, then an X-ray should be performed. If there was serious sensory deficit, an MRI or a CT myelogram should have been performed. Also, the patient should not have been removed from spinal precautions, including the cervical collar, until spinal injury had been ruled out.*

Plinio Rojas, EMT
City of Brownsville E.M.S.
954 East Madison Street
Brownsville, Texas 78520
(956) 541-9491
or
355 Palo Verde Drive
Brownsville, Texas 78521
(956) 542-4470
*Provided emergency medical treatment to plaintiff. This witness may be called to testify regarding treatment provided to plaintiff, injuries and damages he sustained, the authenticity of business records, and the reasonableness and necessity of treatment rendered. He is*

*expected to testify that he gave the patient's chief complaint, including the complaint of numbness from the neck down to the ER staff when the patient was transferred to Valley Regional ER.*

Rey Rosat, EMT
City of Brownsville E.M.S.
954 East Madison Street
Brownsville, Texas 78520
(956) 541-9491
*Provided emergency medical treatment to plaintiff. This witness may be called to testify regarding treatment provided to plaintiff, injuries and damages he sustained, the authenticity of business records, and the reasonableness and necessity of treatment rendered.*

Homayon Sidiq, M.D.
2137 East 22nd Street
Brownsville, Texas 78521
(956) 548-7400
*Dr. Sidiq diagnosed and treated and continues to treat plaintiff Candelario DeLeon for his spinal cord injuries. He may be called to testify regarding plaintiff's injuries and damages. He may be called to testify regarding the reasonableness and necessity of past and future medical treatment rendered and to be rendered to plaintiff as a result of subject incident. He or his custodian of records may also be called to testify regarding the authenticity of his business records.*

Any and all doctors (who treated Plaintiff at),
nurses, agents, servants, representatives,
and/or employees and the Custodian of
Records of:
Plastic Surgery Center
Khalid R. Solija, M.D.
109 East Price Road
Brownsville, Texas 78520
(956) 546-5237
*Dr. Solija has treated and continues to treat plaintiff Candelario DeLeon as a result of injuries sustained in the incident occurring on or after December 24, 1998. He may be called to testify regarding plaintiff's injuries and damages. He may be called to testify regarding the reasonableness and necessity of past and future medical treatment rendered and to be rendered to plaintiff as a result of subject incident. He or his custodian of records may also be called to testify regarding the authenticity of his business records.*

Maria C. Uribe, M.D.
Brownsville Medical Center
1048 West Jefferson Street
Brownsville, Texas 78528
(956) 544-1400

*Dr. Uribe diagnosed and treated plaintiff Candelario DeLeon for his spinal cord injuries. She may be called to testify regarding plaintiff's injuries and damages. She may be called to testify regarding the reasonableness and necessity of past and future medical treatment rendered and to be rendered to plaintiff as a result of subject incident. She or her custodian of records may also be called to testify regarding the authenticity of his business records.*

Anant Utturkar, M.D.
Brownsville Medical Center
1048 West Jefferson Street
Brownsville, Texas 78528
(956) 544-1400
*Dr. Utturkar diagnosed and treated plaintiff Candelario DeLeon for his spinal cord injuries. He may be called to testify regarding plaintiff's injuries and damages. He may be called to testify regarding the reasonableness and necessity of past and future medical treatment rendered and to be rendered to plaintiff as a result of subject incident. He or his custodian of records may also be called to testify regarding the authenticity of his business records.*

Agents, employees, representatives,
healthcare providers and
custodian of records of
Valley Grande Manor Nursing Home
901 Wild Rose Lane
Brownsville, Texas 78520
(956) 546-4568
Maria Torres
Homayon Sidiq, M.D.
Sylvia P. Cortez, L.S.W.
Philip Onghai, M.D.
Pelly, M.D.
Lach, M.D.
Reddy, M.D.
*These witnesses may be called to testify regarding the care required by plaintiff Candelario De Leon as a result of injuries he sustained in subject incident. They may also be called to testify regarding the reasonableness and necessity of treatment rendered and to be rendered in the future plaintiff. They may be called to testify regarding the authenticity of their business records.*

Jose Luis Villalobos, M.D.
864 Central Boulevard
Brownsville, Texas 78520
(956) 546-3595
Gloria Cavazos, Secretary
De La Vega, M.D.
*Dr. Villalobos has treated and continues to treat plaintiff Candelario DeLeon as a result of injuries sustained in the incident occurring on or after December 24, 1998. He may be*

*called to testify regarding plaintiff's injuries and damages. He may be called to testify regarding the reasonableness and necessity of past and future medical treatment rendered and to be rendered to plaintiff as a result of subject incident. He or his custodian of records may also be called to testify regarding the authenticity of his business records.*

Harold D. Wright, R.N.
1504 Sunshine
Brownsville, Texas 78521
(956) 227-3605
*Provided emergency medical treatment to plaintiff at Valley Regional Medical Center. He may be called to testify regarding the treatment he provided to and/or failed to provide to plaintiff, as well as the hospital's policies concerning same.*

Any and all doctors (who treated Plaintiff at),
nurses, agents, servants, representatives and/or
employees and the Custodian of Records of:
BioCom Clinical Laboratories, Inc.
909 S. James, Suite E
Weslaco, Texas 78596
(956) 968-0222
*Individuals at BioCom Laboratories, Inc. Rendered care and treatment to Candelario DeLeon. He may be called upon to testify regarding this care and treatment and regarding Candelario Deleon's condition. The custodian of records may be called upon to testify regarding the authenticity of its business records.*

Any and all doctors (who treated Plaintiff at),
nurses, agents, servants, representatives and/or
employees and the Custodian of Records of:
Doron (Daniel) Nochovich, M.D.
1309 Flagler Drive
West Palm Beach, FL
(561) 746-2033
*Dr. Nochovich has treated and continues to treat plaintiff Candelario DeLeon. He may be called to testify regarding plaintiff's injuries and damages. He may be called to testify regarding the reasonableness and necessity of past and future medical treatment rendered and to be rendered to plaintiff as a result of subject incident. He or his custodian of records may also be called to testify regarding the authenticity of his business records.*

Any and all doctors (who treated Plaintiff at),
nurses, agents, servants, representatives and/or
employees and the Custodian of Records of:
Danilo Asase, M.D.
1713 Treasure Hills, Suite 1B
Brownsville, Texas 78520
(800) 546-3596

*Dr. Asase has treated and continues to treat plaintiff Candelario DeLeon. He may be called to testify regarding plaintiff's injuries and damages. He may be called to testify regarding the reasonableness and necessity of past and future medical treatment rendered and to be rendered to plaintiff as a result of subject incident. He or his custodian of records may also be called to testify regarding the authenticity of his business records.*

Any and all doctors (who treated Plaintiff at),
nurses, agents, servants, representatives and/or
employees and the Custodian of Records of:
Brownsville Community Health Center
2137 E. 22nd Street
Brownsville, Texas 78521
(956) 548-7400
Pishordi, M.D.,
Daniel T. Garcia, Health Information Services Supervisor
Luis Gaytan, M.D.
Homayon Sidiq, M.D.
Irma Hinojosa
O. Rodriguez
*Individuals at Brownsville Community Health Center who treated and continue to treat plaintiff Candelario DeLeon. They may be called to testify regarding plaintiff's injuries and damages. They may be called to testify regarding the reasonableness and necessity of past and future medical treatment rendered and to be rendered to plaintiff as a result of subject incident. They or the custodian of records may also be called to testify regarding the authenticity of his business records.*

Any and all doctors (who treated Plaintiff at),
nurses, agents, servants, representatives and/or
employees and the Custodian of Records of:
Mobile Imaging X-Ray
Brownsville, Texas 78520
*Individuals at Imaging X-Ray have treated and continue to treat plaintiff Candelario DeLeon. They may be called to testify regarding plaintiff's injuries and damages. They may be called to testify regarding the reasonableness and necessity of past and future medical treatment rendered and to be rendered to plaintiff as a result of subject incident. They or the custodian of records may also be called to testify regarding the authenticity of his business records.*

Any and all doctors (who treated Plaintiff at),
nurses, agents, servants, representatives and/or
employees and the Custodian of Records of:
Lindale Medical Laboratory
500 Paredes Line Road, Suite 6
Brownsville, Texas 78521

(956) 546-3734

*Individuals at Lindale Medical Laboratory have rendered care and treatment to plaintiff Candelario DeLeon. They may be called to testify regarding plaintiff's injuries and damages. They may be called to testify regarding the reasonableness and necessity of past and future medical treatment rendered and to be rendered to plaintiff as a result of subject incident. They or the custodian of records may also be called to testify regarding the authenticity of his business records.*

Any and all agents, servants, representatives and/or
employees and the Custodian of Records of:
Texas Rehabilitation Commission
Disability Determination Services
P.O. Box 149198
Austin, Texas
(800) 252-9627

*Individuals at Texas Rehabilitation Commission evaluated Candelario DeLeon. They may be called to testify regarding plaintiff's injuries and damages. They may be called to testify regarding the reasonableness and necessity of past and future medical treatment rendered and to be rendered to plaintiff as a result of subject incident. They or his custodian of records may also be called to testify regarding the authenticity of his business records.*

Any and all agents, servants, representatives and/or
employees and the Custodian of Records of:
Cameron County Jail Division
954 E. Harrison
Brownsville, Texas 78520
(956) 544-0865

*These individuals were involved in the arrest and incarceration of Candelario DeLeon. They may be called to testify regarding plaintiff's injuries and damages. They may be called to testify regarding the reasonableness and necessity of past and future medical treatment rendered and to be rendered to plaintiff as a result of subject incident. They or his custodian of records may also be called to testify regarding the authenticity of his business records.*

Any and all agents, servants, representatives and/or
employees and the Custodian of Records of:
Pete Hurley (Personnel)
14027 Memorial Drive
Houston Texas
*Plaintiff's employer*

Any and all agents, servants, representatives and/or
employees and the Custodian of Records of:
Gulf Port Services (Personnel)
Noe A. Hinojosa
7013 SpringBriar

San Antonio, Texas
*Plaintiff's employer*

Any and all agents, servants, representatives and/or
employees and the Custodian of Records of:
Cipriano Reyna
Reyna Investigative Services
134 E. Price Road
Brownsville, Texas 78521
*Private Investigator*

Any and all agents, servants, representatives
and/or employees and the Custodian of Records of:
Internal Revenue Service
3651 South Interregional Hwy.
Austin, Texas
(800) 829-1040

Any and all agents, servants, representatives
and/or employees and the Custodian of Records of:
Express Towing
2591 Old Port Isabel Road
Brownsville, Texas
(956) 541-2029
*Company who towed Candelario DeLeon's vehicle after the accident. They may testify to
the condition of the vehicle.*

Any and all agents, servants, representatives
and/or employees and the Custodian of Records of:
Dairyland County Mutual
P.O. Box 8034
Stevens Point, WI 54481
(800) 532-2525
*Insurance company with information regarding the accident made basis of this suit.*

## Exhibit "C" (Retained Experts)

Dan Bagwell, R.N.
Rehabilitation Professional Consultants, Inc.
5101 Medical Drive
San Antonio, Texas 78229
(210) 615-7772
*Mr. Bagwell is a nurse retained by plaintiff, who specializes in the preparation of life care plans. He will assist Dr. Willingham in the preparation of a life care plan for Candelario De Leon. He will assess the activities of daily living and medical needs of Candelario De Leon for the rest of his life expectancy. The Life Care Plan compiled by Alex C. Willingham, M.D. and Dan Bagwell was previously provided. The curriculums vitae and fee schedule of Alex C. Willingham and Dan Bagwell have also been provided. Publications by this expert are contained in his curriculum vitae. A list of deposition and trial testimony for the past four years was previously provided.*

Nick Peters, M.D.
1919 Post Oak Park Drive, Apt. 1113
Houston, Texas 77027
(713) 776-5552
*Dr. Peters is a board certified Emergency Medicine physician retained by plaintiffs to review the medical treatment provided to Candelario De Leon while a patient at Columbia Valley Regional Medical Center. His mental impressions and opinions are contained in his reports and affidavits previously produced, as well as his deposition of May 26, 2004, each of which are incorporated herein by reference. His CV has been produced and list of prior testimony has been previously produced.*

Commander Albert Rodriguez
11017 Crossland
Austin, Texas 78726
(512) 424-2218
*Commander Rodriguez is Director of Training for the Texas Department of Public Safety and has been retained as an expert to testify regarding the police officers' actions during the arrest and detainment of Candelario De Leon beginning on December 24, 1998. His mental impressions and opinions are contained in his report which has been provided and in his deposition which was previously given. His curriculum vitae containing trial testimony and list of publications has been provided.*

Zeff Ross, FACHE
10213 Capri Street
Cooper City, Florida 33026-4637
(954) 433-7199
*Mr. Ross is a retained expert who is a certified healthcare executive and Fellow in the American College of Healthcare Executives. He is currently the Administrator of a hospital in Florida. Mr. Ross will be called to testify regarding hospital policies and procedures to*

*ensure healthcare providers meet the standard of care in the treatment of its patients. His curriculum vitae and fee schedule have been provided. His report has also been provided. He will testify regarding the care and treatment rendered by Columbia Valley Regional Medical Center. He may also testify regarding Stat Physicians and the hospital's policies and procedures for selecting and hiring physicians. His fee schedule has been provided. His list of testimony for the past four years has been produced. Refer to his deposition and his report for his expected testimony.*

Jeremy Slater, M.D.
7171 Buffalo Speedway
Houston, Texas 77025
(713) 500-7117

*Dr. Slater is a Board Certified Neurologist retained by plaintiffs. His mental impressions and opinions are contained in his reports previously provided, as well as his deposition of May 26, 2004. His curriculum vitae and fee schedule have also been provided. His publications and testimony have been produced.*

Alex C. Willingham, M.D.
Rehabilitation Professional Consultants, Inc.
5101 Medical Drive
San Antonio, Texas 78229
(210) 615-7772

*Dr. Willingham is a Physical Medicine and Rehabilitation physician, retained by plaintiff to prepare a Life Care Plan for Candelario De Leon. He has assessed the activities of daily living and medical needs of Candelario De Leon for the rest of his life expectancy. His report, curriculum vitae and fee schedule have been provided. Publications for the past ten years by this expert are contained in his curriculum vitae. A list of depositions and trial testimony for the past four years has also been provided.*

Plaintiff also attached billing records of Candelario De Leon from Jose Villalobos, M.S., Brownsville Community Health Center, and Khalid Soleja, M.D., which are not included in this Exhibit A.