United States District Court
Southern District of Texas
FILED

NOV 0 8 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. CV-B-00-192 |
| | § | (JURY REQUESTED) |
| COLUMBIA VALLEY HEALTHCARE | § | |
| SYSTEM, L.P. D/B/A VALLEY REGIONAL | § | |
| MEDICAL CENTER | § | |

### DEFENDANT'S OBJECTION TO PLAINTIFF'S WITNESSES AND EVIDENCE IN SUPPORT THEREOF

TO THE HONORABLE DISTRICT COURT:

COMES NOW, Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center, the Defendant in the above-styled and numbered cause and makes and files this objection to Plaintiff's witnesses and evidence in support thereof, and would respectfully show unto the Court the following:

1.

Plaintiff has listed Eddie Cravey as a witness on its witness list in the Joint Pretrial Order for the first time. This person has never been listed as a witness at any time before Plaintiff's counsel produced a copy of the Joint Pretrial Order to this Defendant at 5 p.m. on October 14, 2004. Defendant objects to this late designated witness as he was not designated pursuant to the Court Scheduling Order deadlines.

Defendant further objects to this witness as Plaintiff has not listed any medical or nursing credentials for the witness. Plaintiff has stated that the witness will testify as to the Plaintiff's needs, the necessity of his care, and nursing home care and services and the reasonable cost thereof.

If the witness is allowed to testify, this Defendant objects to this witness until his qualifications can be shown to testify as to these areas.

2.

Dr. Helson Pacheco-Serrant was not listed as a witness or an expert by Plaintiff at the time of their Court ordered expert designation deadline of March 19, 2004 in the Court's Scheduling Order. Defendant objects to Dr. Pacheco-Serrant testifying as a liability or damage expert and going beyond the scope of his records. Dr. Pacheco-Serrant was not designated until the Court's cut off for discovery date in the Court's Scheduling Order, which was June 21, 2004, which Defendant received after that date. At that time, the Plaintiff filed the attached designation. See Exhibit A. In the Joint Pretrial Order, Plaintiff attached a different designation for him. See Exhibit B. In the Joint Pretrial Order, there are criticisms designated against this Defendant that did not appear in the previous designation. Plaintiff did not file an FRCP Rule 26 disclosure of this witness, nor any reports for this witness. Defendant objects to Dr. Pacheco-Serrant testifying as an expert witness for these reasons.

From what this Defendant can discern from reviewing the evidence that has been obtained in this case, according to the Brownsville Medical Center records, Dr. Pacheco-Serrant only treated the Plaintiff during his hospital admission at Brownsville Medical Center from December 25, 1998 to January 6, 1999. As best as this Defendant can tell, Defendant has not been provided with and does not know of any records of any further treatment by this doctor after the Plaintiff was discharged on January 6, 1999. At the pretrial hearing, Plaintiff's counsel stated to the Court that this doctor has only reviewed the medical records of his treatment of the Plaintiff. This Defendant objects to Dr. Pacheco-Serrant testifying outside of those records and specifically objects to the witness testifying as to the Defendant's standard of care, whether or not that was breached on the issue of causation,

and any testimony as to the Plaintiff's damages before or after the time of his treatment of the Plaintiff.

Defendant objects to Plaintiff's request for this witness to appear by closed circuit or video conference from El Paso as reflected in §13B(5) of the Joint Pretrial Order. At the last pretrial conference, Plaintiff's counsel stated that the witness treated the Plaintiff the day after the automobile accident. This refers to Plaintiff's treatment at Brownsville Medical Center from 12/25/98 – 1/6/99. Defendant has these medical records. However, Plaintiff's counsel also stated that Dr. Pacheco-Serrant continued to treat the Plaintiff and was his treating doctor. Plaintiff has also listed Plaintiff's Exhibits 68 and 69 which are Dr. Pacheco-Serrant's medical and billing records. This Defendant has filed objections to these with the Court on October 20 stating that these records have not been produced to Defendant. They still have not been produced.

Plaintiff has not shown good cause and compelling circumstances pursuant to FRCP 43.

For all these reasons, Defendant objects to the presentation of Dr. Pacheco-Serrant other than as an in-Court witness.

3.

In the Joint Pretrial Order, the Plaintiff has listed a Life Care Planner expert, Dr. Willingham. Dr. Willingham has given his damage model of future damages without calculating its present value. Dr. Willingham has not made the calculation of present value. Plaintiff has not designated an economist to calculate the present value of the award of future damages. This Defendant objects to Plaintiff's offer of future damages unless there is a calculation made as to its present value. *Culver v. Slater*, 772 F.2d 114, 122 (U.S.C.A.-5th), *Allbritton v. Colonial Life & Accident Insurance Company*, 2000 WL 769225 (N.D. Tex.).

WHEREFORE, PREMISES CONSIDERED, this Defendant would request that the Court grant its objections to Plaintiff's witnesses, Eddie Cravey, Dr. Helson Pacheco-Serrant and Dr. Willingham and enter an order prohibiting and limiting the use of these witnesses as requested in this motion and for such other and further relief, at law or in equity, to which this Defendant may justly show itself entitled to receive.

Respectfully submitted,

By: _____
William Gault
Federal I.D. No. 14685
State Bar No. 07765050
Michael Quintana
Fed. ID No. 33291
State Bar No. 24037314
Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

Of Counsel:
Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier
ATTORNEYS FOR DEFENDANT
COLUMBIA VALLEY HEALTHCARE
SYSTEM, L.P. D/B/A VALLEY
REGIONAL MEDICAL CENTER

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing instrument has been forwarded to counsel as indicated below on this the 8th day of November, 2004.

Mr. Thomas Crosley  
Branton & Hall, P.C.  
One Riverwalk Place, Suite 1700  
700 N. St. Mary's St.  
San Antonio, Texas 78205

**VIA CMRRR #7004 1160 0001 4080 0334**

Mr. Michael Cowen  
Law Offices of Michael R. Cowen  
520 E. Levee  
Brownsville, Texas 78520

**VIA REGULAR MAIL**

_____  
William Gault