302 Kings Highway, Suite 210
Brownsville, Texas 78521
(956) 982-0400

*Dr. Onghai diagnosed and treated plaintiff Candelario DeLeon for his spinal cord injuries. He may be called to testify regarding plaintiff's injuries and damages. He may be called to testify regarding the reasonableness and necessity of past and future medical treatment rendered and to be rendered to plaintiff as a result of subject incident. He or his custodian of records may also be called to testify regarding the authenticity of his business records.*

Helson Pacheco-Serrant, M.D.
Internal Medicine Group, Inc.
1700 N. Oregon Street, Suite 515
El Paso, TX 79902
(915) 532-4744

*Dr. Pacheco diagnosed and treated plaintiff Candelario DeLeon for his spinal cord injuries. He may be called to testify regarding plaintiff's injuries and damages. He may be called to testify regarding the reasonableness and necessity of past and future medical treatment rendered and to be rendered to plaintiff as a result of subject incident. He or his custodian of records may also be called to testify regarding the authenticity of his business records. He is expected to testify that it is imperative to begin steroid therapy on a patient like Mr. De Leon who has suffered spinal cord contusion and that the steroids need to be started within eight hours of injury and continued for 48 hours. He is expected to testify that, based upon reasonable medical probablity, he feels it is more likely than not that the extent of Mr. De Leon's injuries would not have been as severe had Mr. De Leon been treated appropriately in the Valley Regional ER. In his opinion, the Valley Regional ER and/or Dr. Dovale should have performed a complete neurological exam on Mr. De Leon if he was complaining of numbness below the neck, as documented in the EMS transport records. If the neurological exam, which at a minimum would include motor, sensory and reflexes, was abnormal, then an X-ray should be performed. If there was serious sensory deficit, an MRI or a CT myelogram should have been performed. Also, the patient should not have been removed from spinal precautions, including the cervical collar, until spinal injury had been ruled out.*

Plinio Rojas, EMT
City of Brownsville E.M.S.
954 East Madison Street
Brownsville, Texas 78520
(956) 541-9491
or
355 Palo Verde Drive
Brownsville, Texas 78521
(956) 542-4470

*Provided emergency medical treatment to plaintiff. This witness may be called to testify regarding treatment provided to plaintiff, injuries and damages he sustained, the authenticity of business records, and the reasonableness and necessity of treatment rendered. He is*

