while under detainment by the City of Brownsville. He may also be called to testify regarding the authenticity of business records, photographs and other demonstrative evidence originated a result of subject incident.

Helson Pacheco-Serrant, M.D.
El Paso Orthopaedic Surgery Group
1700 Murchison
El Paso, TX 79902
(915) 533-7465
(915-534-5220 - fax

Dr. Pacheco diagnosed and treated plaintiff Candelario DeLeon for his spinal cord injuries. He may be called to testify regarding plaintiff's injuries and damages. He may be called to testify regarding the necessity of past and future medical treatment and the reasonable cost of services rendered and to be rendered to Plaintiff as a result of subject incident. He or his custodian of records may also be called to testify regarding the authenticity of his business records. He is expected to testify that it is imperative to begin steroid therapy on a patient like Mr. De Leon who has suffered spinal cord contusion and that the steroids need to be started within eight hours of injury and continued for 48 hours. He is expected to testify that, based upon reasonable medical probability, he feels it is more likely than not that the extent of Mr. De Leon's injuries would not have been as severe had Mr. De Leon been treated appropriately in the Valley Regional ER and that the spinal cord injury was accelerated and aggravated by the failure to diagnose and treat Plaintiff's spinal cord injury and by the removal of the spinal precautionary devices, as well as the failure to hospitalize the Plaintiff. In his opinion, the Valley Regional ER and/or Dr. Dovale should have performed a complete neurological exam on Mr. De Leon if he was complaining of numbness below the neck, as documented in the EMS transport records, especially if the nursing staff furnished this vital medical history to the ER doctor. If the neurological exam, which at a minimum would include motor, sensory and reflexes, was abnormal, then an X-ray should be performed. If there was serious sensory deficit, an MRI or a CT myelogram should have been performed. Also, the patient should not have been removed from spinal precautions, including the cervical collar, until spinal injury had been ruled out. The failure of nursing staff to transmit the EMS records to the ER doctor would be below the standard of care and a contributing cause to the failure to diagnose and treat and hospitalize, and to the aggravation of the injury.

Dr. Serrant is a duly licensed medical physician qualified by knowledge, skill, experience, training and education.

Chief Beningo Reyna
c/o Brownsville Police Department
600 East Jackson Street
Brownsville, Texas 78520