United States District Court
Southern District of Texas
FILED

NOV 0 8 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. CV-B-00-192 |
| | § | (JURY) |
| COLUMBIA VALLEY HEALTHCARE | § | |
| SYSTEM, L.P. D/B/A VALLEY REGIONAL | § | |
| MEDICAL CENTER | § | |

## PLAINTIFF'S OBJECTIONS TO DEFENDANT'S EXHIBITS

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES Plaintiff in the above-captioned and numbered cause of action and files these Objections to Defendant's Exhibits as listed in Defendant's Exhibit List and in support of his objections would show the Court as follows:

1. Plaintiff objects to Defendant's Exhibit Numbered 1 through 3. Plaintiff's Original Complaint and any amended pleadings thereafter are not evidence in the case and are drafted by counsel and filed for the benefit of the Court and the parties and for compliance with Rules of Procedure.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that the Court exclude as evidence Plaintiff's Original Complaint and any amended pleadings filed by Plaintiff thereafter, and for all other relief to which he may be justly entitled.

Respectfully submitted,

By: _____
THOMAS A. CROSLEY
Attorney-in-Charge
State Bar No. 00783902
S. Dist. Texas No. 15434
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205
(210) 224-4474
(210) 224-1928 (fax)

Of Counsel:

**BRANTON & HALL, P.C.**
JAMES L. BRANTON
State Bar No. 00000069
S. Dist. Texas No.20163
SONIA M. RODRIGUEZ
State Bar No. 24008466
S. Dist. Texas No. 29199

And

MICHAEL COWEN
State Bar No. 00795306
S. Dist. Texas No. 19967
**LAW OFFICES OF COWEN & BODDEN**
520 E. Levee
Brownsville, Texas 78520
(956) 541-4981

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the above and foregoing has been served, via facsimile on this the 8th day of November, 2004, to:

> Mr. William Gault
> Mr. Michael Quintana
> BRIN & BRIN, P.C.
> 1325 Palm Blvd., Suite A
> Brownsville, Texas 78520
>
> ATTORNEYS FOR DEFENDANTS
> COLUMBIA VALLEY HEALTHCARE
> SYSTEM, L.P. D/B/A VALLEY
> REGIONAL MEDICAL CENTER

THOMAS A. CROSLEY

C:\Documents and Settings\jlucio\Local Settings\Temporary Internet Files\OLK2A\Obj2exhibits.wpd