United States District Court
Southern District of Texas
FILED

NOV 0 9 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. CV-B-00-192 |
| | § | (JURY) |
| COLUMBIA VALLEY HEALTHCARE | § | |
| SYSTEM, L.P. D/B/A VALLEY REGIONAL | § | |
| MEDICAL CENTER | § | |

## PLAINTIFF'S UNOPPOSED MOTION TO DISMISS

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES Plaintiff Candelario De Leon in the above numbered and entitled cause, acting by and through his attorney of record herein, and files this motion requesting the Court to dismiss said cause of action with prejudice, and as grounds therefore would show unto the Court as follows:

I.

That all matters in controversy herein have been resolved and Plaintiff no longer desires to prosecute his claims. The parties have agreed that this cause of action shall be dismissed with prejudice and that costs shall be borne by the party incurring same.

WHEREFORE, Plaintiff respectfully requests that the Court to enter an Order dismissing the above-entitled and numbered cause with prejudice, and taxing the costs of Court herein against the party incurring same.

Respectfully submitted,

BRANTON & HALL, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205
(210) 224-4474
(210) 224-1928 (Fax)

By: /s/ Thomas A. Crosley
THOMAS A. CROSLEY
State Bar No. 00783902
S. Dist. Texas No. 15434
JAMES L. BRANTON
State Bar No. 00000069
S. Dist. Texas No. 20163

And

MICHAEL COWEN
State Bar No. 00795306
S. Dist. Texas No. 19967
LAW OFFICES OF COWEN & BODDEN
520 E. Levee
Brownsville, Texas 78520
(956) 541-4981

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served via fax on this 9th day of September, 2004, to:

> Mr. William Gault
> BRIN & BRIN, P.C.
> 1325 Palm Blvd., Suite A
> Brownsville, Texas 78520
>
> ATTORNEYS FOR DEFENDANTS
> COLUMBIA VALLEY HEALTHCARE
> SYSTEM, L.P. D/B/A VALLEY
> REGIONAL MEDICAL CENTER

/s/ Thomas A. Crosley
THOMAS A. CROSLEY

G:\WPFILES\FILES.CLT\DADSI.9827\PLEAD\Motion to dismiss.wpd