IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. CV-B-00-192 |
| | § | (JURY) |
| COLUMBIA VALLEY HEALTHCARE | § | |
| SYSTEM, L.P. D/B/A VALLEY REGIONAL | § | |
| MEDICAL CENTER | § | |

## ORDER OF DISMISSAL

The Court has considered Plaintiff's Unopposed Motion for Dismissal of the above-entitled and numbered cause, and the Court being fully advised, finds that all matters herein have been resolved and that Plaintiff no longer desires to prosecute his claims, and that the Plaintiff has agreed that this cause shall be dismissed with prejudice; and it appearing to the Court that the motion should be granted;

It is therefore ORDERED, ADJUDGED AND DECREED by the Court that the above entitled and numbered cause be, and the same is hereby, in all things dismissed with prejudice to the right of Plaintiff to reassert said cause of action or any part thereof, and the costs of court herein are taxed against the party incurring same.

It is further ORDERED, ADJUDGED AND DECREED that all relief not expressly granted is hereby denied.

SIGNED this _____ day of November, 2004.

_____
HON. HILDA TAGLE,
UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED:

BRANTON & HALL, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205
(210) 224-4474
(210) 224-1928 (Fax)

By: _____
THOMAS A. CROSLEY
State Bar No. 00783902
S. Dist. Texas No. 15434

ATTORNEYS FOR PLAINTIFF

AND

BRIN & BRIN, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520

By: _____
WILLIAM GAULT
State Bar No. 07765050
S. Dist. Texas No. 14685

ATTORNEYS FOR DEFENDANT COLUMBIA VALLEY
HEALTHCARE SYSTEM, L.P. D/B/A VALLEY REGIONAL MEDICAL CENTER

G:\WPFILES\F11.RS.CLT\D\DEL9827\PLEAD\Motion to dismiss.wpd