United States District Court
Southern District of Texas
ENTERED

NOV 10 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. CV-B-00-192 |
| | § | (JURY) |
| COLUMBIA VALLEY HEALTHCARE | § | |
| SYSTEM, L.P. D/B/A VALLEY REGIONAL | § | |
| MEDICAL CENTER | § | |

## ORDER OF DISMISSAL

The Court has considered Plaintiff's Unopposed Motion for Dismissal of the above-entitled and numbered cause, and the Court being fully advised, finds that all matters herein have been resolved and that Plaintiff no longer desires to prosecute his claims, and that the Plaintiff has agreed that this cause shall be dismissed with prejudice; and it appearing to the Court that the motion should be granted;

It is therefore ORDERED, ADJUDGED AND DECREED by the Court that the above entitled and numbered cause be, and the same is hereby, in all things dismissed with prejudice to the right of Plaintiff to reassert said cause of action or any part thereof, and the costs of court herein are taxed against the party incurring same.

It is further ORDERED, ADJUDGED AND DECREED that all relief not expressly granted is hereby denied.

SIGNED this 10th day of November, 2004.

HON. HILDA TAGLE,
UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED:

BRANTON & HALL, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's St.
San Antonio, Texas 78205
(210) 224-4474
(210) 224-1928 (Fax)

By: _____
    THOMAS A. CROSLEY
    State Bar No. 00783902
    S. Dist. Texas No. 15434

ATTORNEYS FOR PLAINTIFF


AND


BRIN & BRIN, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520

By: _____
    WILLIAM GAULT
    State Bar No. 07765050
    S. Dist. Texas No. 14685

ATTORNEYS FOR DEFENDANT COLUMBIA VALLEY
HEALTHCARE SYSTEM, L.P. D/B/A VALLEY REGIONAL MEDICAL CENTER

G:\WPFILES\FIL.RS.CLT\D\DBL9827\PLEADM\tion to dismiss.wpd