IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CANDELARIO DE LEON | § § § § | COMPLAINT FOR DAMAGES FOR VIOLATIONS OF CIVIL RIGHTS UNDER COLOR OF STATE LAW |
| vs. | § § § | (42 U.S.C. §§ 1983, 1985, 1988) |
| CITY OF BROWNSVILLE, TEXAS; BENIGNO REYNA, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE FOR THE CITY OF BROWNSVILLE, CITY OF BROWNSVILLE POLICE OFFICER ANDRE S. TORRES, JR., INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; AND CITY OF BROWNSVILLE POLICE OFFICER ALEX ORTIZ, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; HCA-THE HEALTHCARE COMPANY FORMERLY D/B/A COLUMBIA/HCA HEALTHCARE CORPORATION, COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P., INDIVIDUALLY AND D/B/A VALLEY REGIONAL MEDICAL CENTER AND FORMERLY D/B/A COLUMBIA VALLEY REGIONAL MEDICAL CENTER, JOAO DOVALE, M.D. AND STAT PHYSICIANS, P.A. | § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. CV-B-00-192 |

**AGREED ORDER OF DISMISSAL**

ON THIS _____ day of _____, 2005, this Agreed Order of

Dismissal of Defendants, Joao Dovale, M.D. and STAT Physicians, P.A., was considered

by the Court. The Court, after reviewing this Order, is of the opinion that it should be GRANTED.

IT IS, THEREFORE, ORDERED that Plaintiff's cause of action against Defendants, Joao Dovale, M.D. and STAT Physicians, P.A., is dismissed with prejudice and that all costs incurred by these parties are assessed against the party incurring same.

SIGNED this _____ day of _____, 2005.

_____
JUDGE PRESIDING

APPROVED AS TO FORM
AND SUBSTANCE:

BRANTON & HALL, P.C.

By: _____
Thomas A. Crosley
SBN: 00783902
Sonia Rodriguez
SBN: 24008466

One Riverwalk Place, Suite 1700
700 N. St. Mary's Street
San Antonio, Texas 78205

ATTORNEYS FOR PLAINTIFF
CANDELARIO DELEON

GONZALEZ, GAYTAN, GARZA & CASTILLO, LLP

By: _____/s/ Gerald Castillo_____
Steve Gonzalez
SBN: 08131900
Gerald Castillo
SBN: 24012399

1317 E. Quebec Avenue
McAllen, Texas 78503
(956) 618-0115
FAX: (956) 618-0445

ATTORNEYS FOR DEFENDANTS
JOAO DOVALE, M.D. AND STAT PHUSICIANS, P.A.